# EXHIBIT A

Hunters Point Lawsuit

Corrected Plaintiff Names List

Linked to Dkt #43

## WRONGFUL DEATH PLAINTIFF LIST

1. Aguilar, Tinaya Represented By Josephine Lee
2. Aitemon, Mary Represented By Waynenard Aitemon
3. Alexander, Brenda Represented By Sherry Sanders
4. Alexander, Carl Represented By Tania Alexander
5. Alexander, Elwood Represented By Damon Humphrey
6. Alfafara, Joseph Represented By Joseph Alfafara
7. Allen, David Represented By Eileen Williams
8. Anderson, Virdell Represented By Joyce Anderson
9. Andrews, Audrey Represented By Robert Duncan Sr
10. Aquilina, Joseph Represented By Rosceline Aquilina
11. Aquilina, Pauline Represented By Rosceline Aquilina
12. Armstrong, Ricky Represented By
13. Austin, Don Represented By Don Austin
14. Baldwin, Addrine Represented By
15. Barnett, Helen Represented By Jacquelyn Wiley
16. Bates, Lisa Represented By Vance Meredith
17. Baxter, Rosie Represented By Natasha Pulliam
18. Baxter-Roberts, Trudy Represented By Marva Samuel
19. Beasley, Ceola Represented By Ceola Beasleyphone
20. Beasley, Elmo Represented By Scharlene Gilbert
21. Beasley, Ida Represented By Scharlene Gilbert
22. Beasley, Jerry Represented By Jerry Beasley
23. Bell, Bertha Represented By Cynthia Bell Whittle
24. Bell, Elizabeth Represented By Laverne Bell
25. Bell, Jose Represented By Alexander Bell
26. Bennett, Natasha Represented By Latisha Bennett
27. Bibbs, Pearlie Represented By Shani Harrison
28. Bishop, Cleon Represented By Tenisha Bishop
29. Bishop, Gail Represented By LaTisa Brooks
30. Bishop, Sherman Represented By Jacqueline Bishop
31. Blunt, Mark Represented By Lawrence Leo Blunt
32. Boggus, Dale Represented By Rachel Pitcher
33. Bolden, Patricia Represented By Terry Franklin
34. Bolden, Thomas Jr. Represented By Cynthia Bell Whittle
35. Bordeaux, Linda Represented By Anthony Bordeaux
36. Bradley, Carl Jr. Represented By Satavia Jones
37. Branch, John Represented By Scott Branch
38. Branch, Patricia Represented By Scott Branch
39. Branner, Clarence Represented By Penelope Branner

40. Breaux, Maryann Represented By Gussie Breaux
41. Brewster, JoeAnne Represented By Taleria Brewster
42. Brewster, Lorna Represented By Loran Anderson
43. Brown, Barbara Represented By Fredrick Shumate
44. Brown, Carolyn Represented By James Glover
45. Brown, Melvin Sr. Represented By Brown, Melvin Jr.
46. Brown, Renae Represented By Edith Brown
47. Brown, Wharton Jr. Represented By Patrice Brown
48. Browner, Aquilla Represented By Yvette Browner
49. Buffington, Michael Represented By Vanessa Buffington
50. Burnett, Birlena Represented By Linda Burnett
51. Burnett, Hattie Represented By Regina Rodney
52. Burrus, Eric Represented By Kevin Burrus
53. Burrus, Mary Represented By Kevin Burrus
54. Busby, Calvin Represented By Antronn Busby
55. Butler, Earl Represented By Earl Butler
56. Butler, Eula Represented By Eula Butler
57. Calloway, Alice Represented By Deanndra Williams
58. Canady, Charles Jr. Represented By Sebrina Lafleur
59. Cannon, Lurline Represented By Johnny Cannon
60. Cannon, Rachel Represented By Johnny Cannon
61. Cannon, Robert Represented By Johnny Cannon
62. Carpenter, Debbie Represented By Tiana Hasan
63. Carr, Melinda Represented By Michele Carr-Brewster
64. Carson, Sherre Represented By Nieka Carson
65. Carter, Verlinda Represented By Donald Hughes Sr
66. Casey, Ralph Represented By Toni Casey
67. Celestine, J'anis Represented By Kelly Copeland
68. Chambers, Stanley Represented By Araina Smith
69. Chandler, Jimmy II Represented By Latanya Green
70. Chism, Ronald Represented By Kenneth Chism
71. Coleman, Helen Represented By Beverly Coleman
72. Coleman, NorrIs Sr. Represented By Naomi Coleman
73. Coleman Williams`, Lucille Represented By Maurice Williams
74. Conley, Lydell Represented By Lisa Conley
75. Cook, Dan Represented By Marilyn French-Speller
76. Cook, Donnell Represented By Donnika August
77. Cooksey, Roosevelt Represented By Geraldine Cooksey
78. Cooper, Betty Represented By Kenneth Robinson
79. Countee, Morgan II Represented By Davina Countee
80. Cross, Willie Represented By Dkarl Cross

81. Crossley/Grimes, Idell Represented By Larry Crossley
82. Cummings, Ruthie Represented By Reginald Cummings
83. Curry, Clinton Represented By Darlene Curry
84. Curry, Gerald Represented By Darlene Curry
85. Curry, Mary Represented By Renita Curry
86. Curry, Moese Represented By Charvel Augustine
87. Daniels, Joy Represented By Mekeko Newton
88. Daniels, Martha Represented By Michelle Daniels
89. Davis, Kenneth Represented By Miyako Cooper
90. Davis, Laron Represented By Donya Merritt
91. Davis, Shenett Represented By Miyako Cooper
92. Demers, Karlotta Represented By Charlet Demers
93. Denny, Edgar Represented By
94. Denson, Harry Represented By cheryl Denson-Thornton
95. Donaldsin, Andree Represented By Andree Donaldsin
96. Dixon, Alton Represented By Valerie Davis
97. Dominique, Lee Jr. Represented By Karen Hayes
98. Donahue, Vivian Represented By K. David Donahue, Jr
99. Donaldson, Andree Represented By Dwanee Rogers
100.     Donley, Merion Represented By Brian Donley
101.     Doucette, Michael Represented By Lester Stuart
102.     Dougherty, Karen Represented By Karen Dougherty
103.     Douglas, Clydeen Represented By Jason Douglas
104.     Dunaway, Theresa Represented By Sherwin Dunaway
105.     Duncan, Camille Represented By Robert Duncan Sr
106.     Duncan, Robert Jr. Represented By Robert Duncan Sr
107.     Dunkerson, James Represented By Lachele Bradford
108.     Durretti, Ruthie Represented By Sylvester Marshall
109.     Dyer, Regina Represented By Ava Gulley
110.     Eddins, John Represented By Audrey Eddins-Lewis
111.     Edwards, Edna Represented By Byron Edwards
112.     Everette, Georgia Represented By Yvette Browner
113.     Everette, Robert Sr. Represented By Robert Everette
114.     Faataui, Kirisimasi Sr. Represented By Pelenise Faataui
115.     Faulalo, Gaui Represented By Jasmine Faulalo
116.     Feilds Van Holten, Renee Represented By Tamnica Fields
117.     Fenley, Rudolph Represented By Deundra Hundon
118.     Fenley, Sadie Represented By Deundra Hundon
119.     Fennell, Brenda Represented By Calvin Fennell, IV
120.     Fennell, Calvin Represented By Calvin Fennell IV
121.     For'te, Burnette Represented By Maureen Sweeney

122.    Francois, James Represented By
123.    Frayer, Aaron Represented By Fonda Lewis
124.    Freeman, Leisa Represented By Rosetta Gilbert
125.    Freeman, Patrick Represented By Rosetta Gilbert
126.    Freeman, Suretha Represented By Phyllis Freeman
127.    Freeman-Atkinson, Leisa Represented By Rosetta Gilbert
128.    Freeman-White, Earline Represented By Stacey Troupe
129.    French, Marvin Represented By Asya French
130.    Fullwood, Isom Represented By Candice Fullwood
131.    Gaffney, Willie Represented By Gail Gaffney
132.    Garcia, Rose Represented By Rose Sims
133.    Gardner, J.D. Represented By Jacqueline Gardner
134.    Gebremedhin, Rozina Represented By Netsanet Abraha
135.    Geter, Leon Represented By Anna Geter
136.    Geter, Cedric Sr. Represented By Anna Geter
137.    Gilmore, Lorelloral Represented By Shaandreia Gilmore
138.    Gilmore, Shirley Represented By Shaandreia Gilmore
139.    Glaspie, Fredrick Represented By Barbara Hebert
140.    Glover, Carolyn Represented By Kenyatta Boddie
141.    Gomez, Francisco Represented By Jose Lopez
142.    Grady, Millard Represented By Jesse Grady
143.    Graham, Tommie Represented By Sheila Johnson
144.    Graves, Ramona Represented By Dominic Cheatum
145.    Gray, Elva Represented By Roselyn Stanley
146.    Gray, Henry Represented By Roselyn Stanley
147.    Green, Julie Represented By Kim Sawyer
148.    Green, Thomas Represented By Rodney Green Sr.
149.    Green, Virginia Represented By Deborah Green
150.    Green, Bessie Represented By Rodney Green Sr.
151.    Green, Murphy Sr. Represented By Rodney Green Sr.
152.    Gulley, Clint Represented By Ava gulley
153.    Hampton, Nona Represented By Kelley Lewis
154.    Hannah, A .Dee Jr. Represented By Sheila Johnson-Hannah
155.    Hardy, Lucille Represented By Carla Love-Washington
156.    Harrison, Albert Jr. Represented By LaSonya Franklin
157.    Harrison, Shirley Represented By Tanya Green
158.    Hart, Stephanie Represented By Akila Canton
159.    Hawkins, Ruby Represented By Brigette
160.    Haye, Franklin Represented By Jasmine Nelson
161.    Heather, Aneriueta Represented By Gaynorann Siataga
162.    Helton, Ronald Sr. Represented By Ronald Helton Jr.

163.    Henry, Sheila Represented By Stacy Stewart
164.    Herrera, Alexander Jr. Represented By Tikia Herrera
165.    Hill-Webb, Gwendolyn Represented By Annette Hill-Scott
166.    Hillis, Zezzette Represented By Robert James
167.    Hines, John Represented By Isa Hines
168.    Hodges, Bobby Represented By Tarik Hodges
169.    Holmes, Charles Represented By Rosetta Gilbert
170.    Holton, Dartanyan Represented By Diahanna Christie
171.    Hoskins, Willie Represented By Patricia Henderson-Hoskins
172.    Howard, Mary Represented By Lenika Howard
173.    Howard, Wendy Represented By Jacqueline Howard
174.    Howard, Willie Represented By Jacqueline Howard
175.    Hudnall, James Represented By Antonio Hudnall
176.    Hunter, Michael Sr. Represented By Leona Cannon-Hunter
177.    Ingram, Mae Represented By Shameka Johnson
178.    Iulio, Tipilua Represented By Joyce Sua
179.    Jack, Mary Represented By Raymond Jack
180.    Jack, Raymond Sr. Represented By Raymond Jack
181.    Jackmon, RaSheida Represented By Carmen Jackmon
182.    Jackson, Ameere Represented By Charvel Augustine
183.    Jackson, Howard Represented By Andrea Stewart
184.    Jackson, Sandra Represented By Maurice White
185.    Jacobs, Monique Represented By Monnie Jacobs
186.    Jameson, Elizabeth Represented By Elizabeth Jameson
187.    Jefferson, Carter Represented By James Jefferson
188.    Jefferson, Henrietta Represented By James Jefferson
189.    Jeffery, Christian'deon Represented By Carolyn Jeffery
190.    Jinks, Senoris Sr. Represented By Rachelle Gogetta
191.    Jinks, Senoris Jr. Represented By Rachelle Gogetta
192.    Johnson, Irene Represented By Kim Johnson
193.    Johnson, La Ron Jr. Represented By Ronnishia Johnson
194.    Johnson, Levell Represented By Elounda King
195.    Johnson, Mechlyn Represented By Donna Doyle
196.    Johnson, Vernon Represented By Shala Johnson
197.    Johnson, William Represented By Evelyn Leonard
198.    Jolivette, Annetta Represented By Nathan Jolivette
199.    Jones, Annie Represented By Joyce Al-Islam
200.    Jones, Gregory Represented By Deshawn Turner
201.    Jones, Samuel Represented By Patrice Jones
202.    Jones, Willa Represented By Harriet Jeter
203.    Jordan, Bertha Represented By Sam Jordan

204.    Jordan, Isaac Jr. Represented By Audrey Jordan
205.    Jordan, Sam Sr. Represented By Sam Jordan
206.    Joseph, Ida Represented By Tamisha Williams
207.    Joseph, Raymond Sr. Represented By Raylina Joseph
208.    Keith, James Represented By Brian Keith
209.    Kemp, Tyrone Represented By Denice Kemp
210.    Kennedy, Dorothy Represented By Cecelia Kennedy
211.    Kennedy, Linda Represented By Mark Kennedy
212.    Kennedy, Verna Represented By Mark Kennedy
213.    Kindle, Sarah Represented By Karen Brown
214.    King, Javon Represented By Anita Barron
215.    King, Louis Represented By Shirley Duncan-King
216.    Langley, Adrienne Represented By Aleisa Johnson
217.    Langley, Barbara Represented By Alesia Johnson
218.    Larry, George Represented By Reginald Jones
219.    Law, Marcus Jr. Represented By Monica autry
220.    Laws, Shirley Represented By Giovanni Rodgers
221.    LeBlanc, Melvin Represented By Janell LeBlanc
222.    Lee, Ida Represented By Phyllis Freeman
223.    Lee, Joyce Represented By Mahogany Spears
224.    Leiato, Naomi Represented By Dorothy Leiato
225.    Lewis, Jacqueline Represented By Latrice Manuel
226.    Lewis, Nina Represented By Fonda Lewis
227.    Lewis, Willean Represented By Marva Moore-Armstrong
228.    Livingston, Patricia Represented By Mondrea Patrice Golden
229.    Lloyd, Annie Represented By Linda Lloyd-Stephens
230.    Lloyd, William Represented By Linda Lloyd-Stephens
231.    Lopez, Maximina Represented By Jessica Lopez
232.    Lopez, Roberto Represented By Rafael Lopez
233.    Lumsey, Anthony Jr. Represented By Josinta Sanders
234.    Lumsey, Joseph Jr. Represented By Josinta Sanders
235.    Mabrey, Richard Represented By Chantelle Mabrey
236.    Mackey, Regina Represented By Regina Mackey
237.    Maea, Agalelei Represented By Susana Maea
238.    Major, James Represented By Jennifer Major-Grant
239.    Mallory, Evelyn Represented By Elston Mallory
240.    Maluia, Sepe Represented By Vaialofi Maluia
241.    Mansfield, Theresa Represented By Shirlian Mansfield
242.    Mason, Jessie Represented By Dorothy Edwards
243.    Matthews, Craig Represented By Michelle Matthews
244.    Matthews, Wilfred III Represented By Nelwyne Matthews-Walls

245.     Maua, Seeti Represented By Roslyn Bradshaw
246.     McKitric-Brown, Patience Represented By Pecola Laray
247.     McBride, Henry Represented By Luwana McBride
248.     McCray, Lucille Represented By Ida McCray
249.     McDonald, Myrna Represented By Regina Witherspoon
250.     McElroy, Charles Represented By Gloria Spacer
251.     McFarland, Exie Represented By Valerie Statham
252.     McFarland, LeRoy Represented By Valerie Statham
253.     McFarland, Steve Represented By Therol Spruill
254.     McKinney, Adrian Represented By Shalice Otis
255.     McNeal, Selecia Represented By Ramon Jones
256.     Meacham, George Jr. Represented By Ora Meacham
257.     Meacham, Zemma Represented By Ora Meacham
258.     Medford, DeRay Represented By Donyatta Merritt
259.     Michael, Andrea Represented By Unique Thompson
260.     Michaels, Dorothy Represented By Deedra Cooper
261.     Miller, Delbert Jr. Represented By Eric Miller
262.     Miller, Eneida Represented By Michael Miller
263.     Mims, Lillian Represented By Deliah
264.     Minkins, Joseph Represented By Maryann Minkins
265.     Mitchell, Charles Represented By Tanya Johnson
266.     Mondy, Louis Represented By Monica Mondy
267.     Moore, Darlene Represented By Rahshedia Collins
268.     Moore, Erma Represented By April Crowder
269.     Munk, Hans Represented By Hanne Loyd
270.     Murphy, Robert Represented By Frankie Watson
271.     Nalls, John Represented By Aisha Nalls Coleman
272.     Nalls, Jonathan Represented By Jerry Nalls Jr.
273.     Nelson, Frank Represented By Carolyn Davis
274.     Nelson, Ora Represented By Carolyn Davis
275.     Nicholson, Phyllis Represented By Diomi Aaron
276.     Oliver, Monique Represented By Ronnishia Johnson
277.     Oliver Mackey, Doris Represented By Rachel Pitcher
278.     Ortiz, Rosalina Represented By De'Niel Butler Jr.
279.     Ortua, Zacarias Jr. Represented By Lolita Ortua
280.     Parker, Ira Jr. Represented By Mechiel Holman
281.     Parker, Linda Represented By Mechiel Holman
282.     Patterson, Gloria Represented By Carolena Williams
283.     Patton, Tony Jr. Represented By Tyleena Patton
284.     Peters, Fannie Represented By Fannie Peters
285.     Phillips, James Represented By Javon Phillips

286. Pierce, Carl Represented By Chandra Pierce
287. Pierce, Charles Represented By Chandra Pierce
288. Pierce, Cleophas Represented By Cassandra Pierce
289. Pierre, Betty Represented By Culver Pierre
290. Pittman, Sharon Represented By Donald Pittman
291. Polk, John Represented By Tyrisha Holmes
292. Polk, Sidney Represented By Ronald Lewis
293. Porter, Allen Sr. Represented By Shontia Porter
294. Porter, Anthony Represented By Shontia Porter
295. Porter, Lovy Represented By Shontia Porter
296. Porter, Sid Sr. Represented By Shontia Porter
297. Porter-Moore, Lovy Represented By Shontia Porter
298. Posey, Annie Represented By Barbara Howard
299. Powell, Annie Represented By Edward Powell
300. Powell, Gabriel Represented By Edward Powell
301. Powell, Jessie Represented By Melvin Powell
302. Powell, Sharlitta Represented By Gloria Sanders
303. Price, Linda Represented By Jawan Crismon
304. Probasco, Patricia Represented By Tamakio Harris, Sr
305. Rambo, Brenda Represented By Ashley Rambo
306. Rand, Joseph Represented By Elizabeth Williams
307. Redmond, John Represented By Diana Redmond
308. Reese, Brenda Represented By Bree Demings
309. Reese, Stephen Represented By Stephen Reese
310. Robinson, Johnnie Mae Represented By Rodney Robinson
311. Robinson, Ollie Sr. Represented By Marilyn Chism
312. Rodgers, Duff Represented By Gwendolyn Rodgers
313. Rodgers, Inez Represented By Renee Blakes
314. Rodgers, Jo Represented By Renee Blakes
315. Rogers, Faye Represented By Shemicka Ellis
316. Ross, Johnnie Represented By Shontia Porter
317. Ross-McCallister, Linda Represented By Amos McCallister
318. Roston, Leon Represented By Jeannette Johnson
319. Rudolph, Zachary Represented By Shawnte Brown
320. Russell, James Jr. Represented By Angelina Russell
321. Russell, Mary Represented By Angelina Russell
322. Sanders, Shirley Represented By Anthony Rankin
323. Scales, Vernita Represented By Tameka Cato
324. Scott, Willie Represented By Raymond Scott
325. Scott , Leslie Jr. Represented By Lisa Scott
326. Seastrunk, Ada Represented By Donald Seastrunk

327.    Seastrunk, Connie Represented By Donald Seastrunk
328.    Seastrunk, Willie Represented By Donald Seastrunk
329.    Sentell, Diane Represented By Jenaiah Jones
330.    Sentell, Vernon Represented By Pauline Diggs
331.    Sharp, Lester Represented By Juanita Price
332.    Sharpe lll, Robert Represented By Mechiel Holman
333.    Shaw, Ruth Represented By Ruth Blankenship
334.    Simms, Debra Represented By Leslie Simms
335.    Simon, Patricia Represented By Nelwyne Matthews-Walls
336.    Sims, Columbus Represented By Kenneth Sims
337.    Sims, Esther Represented By Kenneth Sims
338.    Singleton, Clarence Jr. Represented By Clarence Singleton
339.    Smith, Callie Represented By Debra Lemmons
340.    Smith, Dennis Represented By Latonia Jennings
341.    Smith, Deonte Represented By Ella Smith
342.    Smith, Donald Represented By Loren Smith
343.    Smith, Florence Represented By Lorene Jones
344.    Smith, Harold Represented By Callie Green
345.    Smith, Johnnie Represented By Aduni Ubaka
346.    Smith, Samuel Represented By Sharon Rhodes
347.    Spencer, James Represented By LaVonne Spencer
348.    Stancil, Ben Represented By Deon Stancil
349.    Stewart, Herman Sr. Represented By Stacy Stewart
350.    Stewart, Joseph Sr. Represented By Stacy Stewart
351.    Stiner, Disko Represented By Rosela Johnson
352.    Stroman, Patricia Represented By Donyelle Watson
353.    Stuart, Helen Represented By Tiffany Stuart
354.    Stutts, Carl Represented By Andre Stutts
355.    Sullivan, Shirley Represented By Jack Sullivan
356.    Taamai, Vorita Represented By Nemia Andy Masina
357.    Taeotui, Joseph Represented By Mollie Siolo
358.    Talley, Henry Represented By James Talley
359.    Talley, Patricia Represented By James Talley
360.    Tatum, Al Represented By Alec Tatum
361.    Taylor, Joseph Represented By Charlotte Taylor
362.    Taylor, Sidney Jr. Represented By Loretta Wilcher
363.    Telfor-Doucherty, Karen Represented By Cenitina Lawrence
364.    Eennison, Dollie Represented By Julius Mack
365.    Thibodeaux, Martha Represented By Christine Thibodeaux
366.    Thomas, Deborah Represented By Crystal Henderson
367.    Thomas, Harold Represented By Harold Thomas

368.    Thomas, Ruby Represented By Althea Thomas
369.    Thomas, Willie Represented By Anthony Thomas
370.    Thomas D, Eura Represented By Renita Abram
371.    Thompson, Ella Steen Represented By Willie Thompson
372.    Thompson, Herman Represented By Willie Thompson
373.    Thornton, Andrew Represented By Monique Hayes
374.    Threat, Milfred Represented By Jessica Threat
375.    Todd, William Represented By   L Todd
376.    Townsend, Demtrius Represented By Tiara Scott
377.    Tunner, Carrie Represented By Michael Miller
378.    Turner, Luis Represented By Elisa Singh
379.    Turner, Oralene Represented By Elisa Singh
380.    Turner, Sharon Represented By Tameca Smalling
381.    Vander Court, Oliver Represented By Barbara Vander Court
382.    Vanell, Brown Represented By Brown Vanell
383.    Walker, DeAngelo Represented By Jenaiah Jones
384.    Walker, Elizabeth Represented By Velvelon Walker
385.    Walker, Ikedaline Represented By Iesha Ely
386.    Walker, Luke Jr. Represented By Velvelon Walker
387.    Wardell, Christie Represented By Diahanna Christie
388.    Warren, Anthony Represented By Algarisce Warren
389.    Warren, Mildred Represented By Algarisce Warren
390.    Watson, Yevonna Represented By Murphy Watson
391.    Wayne, Samuel Sr. Represented By Samuel Wayne Jr.
392.    Webb, Essie Represented By Patricia James
393.    Westry, Ronald Sr. Represented By Pamela Westry
394.    Westry, Ronnie Represented By Ronnie Westry Jr.
395.    Whitaker, Andrea Represented By Alesia Johnson
396.    Whitaker, Andres Represented By Alesia Johnson
397.    White, Lloyd Represented By Mickel London
398.    White, Robert Represented By Deborah Johnson-White
399.    White, Willie Represented By Mickel London
400.    Whitfield, Marilyn Represented By Lanae Hadley
401.    Whittenberg, Ronald Represented By Ethel Ennon
402.    Whittle, Serrell Jr. Represented By Cynthia Bell Whittle
403.    Wilcher, John Represented By Loretta Wilcher
404.    Wiley, Carolyn Represented By Alicia Wiley Powell
405.    Williams, Aline Represented By Aubanie Barnes
406.    Williams, Barbara Represented By Alesia Valentine
407.    Williams, Dolores Represented By Josephine Broussard
408.    Williams, Dorothy Represented By Dwayne Williams

409.    Williams, Eric Represented By Latori Turner
410.    Williams, Jessie Represented By Candice Williams
411.    Williams, Joseph Jr. Represented By Elizabeth Woods
412.    Williams, Joseph Sr. Represented By Elizabeth Woods
413.    Williams, Joseph Represented By Deborah Williams
414.    Williams, Keeley Represented By Cynthia Persley
415.    Williams, Lloyd Represented By Nicole Williams
416.    Williams, Lucille Represented By Adrienne Pickens
417.    Williams, Moses Represented By LaTanya Thomas
418.    Williams, Phoebe Represented By Irene Matthews
419.    Williams, Stanley Sr. Represented By Elyria Williams
420.    Williams-Stewart, Oena Represented By Stacy Stewart
421.    Winding, Dorothy Represented By LaVonne Spencer
422.    Wolridge, Shirley Represented By Genina Reagan
423.    Woods, Margaret Represented By Tahari Holliman
424.    Woods Thomas, Fredericka Represented By Fredericka Woods Thomas
425.    Xuereb, Carmela Represented By Anthony Xuereb
426.    York, Willie Jr. Represented By Carolyn York
427.    Young, Caesar Represented By Stephen Young
428.    Young, Steve Represented By Rose Wysinger

## MINOR CHILDREN IN LAWSUIT

429.    Abangan, Laura R By Verla Morris
430.    Abram, Isaiah By Faraji Abram
431.    Abram, Kareem By Miesha Abram
432.    Abram, Xavier By Rochell Louise Coats
433.    Adams, Diamond By Yulishea Sweet Lester
434.    Adams, Elijah By Yulishea Sweet Lester
435.    Adams, Fenese By A'sonda Fenese Adams
436.    Adams, Gregory F By Gregory F Adams
437.    Adams, Hannah By A'Sonda Fenese Adams
438.    Adams, Isaac By Shirley Marie Adams
439.    Adams, Izeana By
440.    Adams, Jeweline By Jamela Fowlis
441.    Adams, King Brisen By Jescina O Adams
442.    Adams, Moani By Bhanica Vertrice Adams
443.    Adams, Izeana By Shirley Marie Adams
444.    Adams, King Brisen By Jescina 0 Adams
445.    Adamson, Lorenzo Iii By Lorenzo Adamson
446.    Afef, Ashraf By Cecilia K Hall
447.    Agredano, Daniel Jr. By Mayra Alejandra Bermudez
448.    Agredano, Marianna By Mayra Alejandra Bermudez
449.    Aguayo, Jovanni By Melissa Justina Jolivette
450.    Aguayo, Lorriani A By Melissa Justina Jolivette
451.    Aguinaga, Lorenzo J By Verla Morris
452.    Ajisebutu, Kherington By Amanda Christine Paula Ajisebutu
453.    Ajisebutu-Brown, Kingston By Amanda Christine Paula Ajisebutu
454.    Alacorn, Itzel P By
455.    Alacorn, Xavier P By
456.    Alas, Roberto Jr. By Chaeron L Westry
457.    Aleman-Sanchez, Savalei By
458.    Alexander, Fai By Fai Iulio
459.    Alexander, Jianeigh By Ashley Rambo
460.    Alexander, Leafaitulagi By Fai Iulio
461.    Alexander, Ondre By Fai Iulio
462.    Allah, Erin D By Eric Dillon
463.    Allen, Aaliyah By Raylina Raychelle Joseph
464.    Allen, Adonis By Andre Allen
465.    Allen, Airis By Andre Allen

466.    Allen, Amen Aeson By Andre Allen
467.    Allen, Aurai By Andre Allen
468.    Allen, A'zari By Raylina Raychelle Joseph
469.    Allen, Jontae Jr. By Jones
470.    Allen, Ryan By La Shell Allen
471.    Allen, Starr S By Cemetra R Thomas
472.    Allen, Tasia By Delpheanea Delreah Holmes
473.    Ameeya, Broussard By Chelsea L Crossley-Broussard
474.    Amiga, Brevin By Tiara Scott
475.    Amiga, Mason By Tiara Scott
476.    Ancheta, Branden By Brandie N Ancheta
477.    Anderson, Georgio Jr. By Shantel Gardner
478.    Anderson, Jacob By Bryant L Melissa
479.    Anderson, Jacoby By Kim Yvette Smith
480.    Anderson, Jalynn By Lovey Wilson
481.    Anderson, Jamyah By Jacquettia Banks
482.    Anderson, Laila By Lovey Lorean
483.    Anderson, Leah By
484.    Anderson, Lyric By
485.    Anderson, Marion By Ethel P Ennon
486.    Andrew, Syncere By Chardrea L Andrews
487.    Andrews, Jamera By Tamika Shavonne Branner
488.    Andrews, Syncere By
489.    Andrews, Tamia By Tamika Shavonne Branner
490.    Angel, Lonni Oryan By Niani Maree Mitchell
491.    Angel, Nakayla By Niani Maree Mitchell
492.    Angel-Short, Moanee Nariah By Verena Lonjahnette Angel
493.    Anthony, Laurent E By Jannie M Laurent
494.    Araujo, Oscar By
495.    Araujo, Valeria By
496.    Ard, Achilleus By
497.    Ard, Aerius By
498.    Ard, Ariana By Elisa V Singh
499.    Arenal, Devoan-Laquan By
500.    Armstrong, Aasir By Andrew E Armstrong
501.    Armstrong, Akira By Andrew E Armstrong
502.    Armstrong, Asani By Asia Armstrong
503.    Armstrong, Asiya By Asia Armstrong
504.    Armstrong, Daijon By Briana Shanee Campbell
505.    Asia Carter By Nicole Anderson
506.    Atkinson, Zimari By Vivian Louise Donahue

| | |
|---|---|
| 507. | Austin, Janiya By Jetoria C Washington |
| 508. | Ayatch, Makhai By Jt |
| 509. | Ayatch, Ty'sjon By Jt |
| 510. | Bailey, Blessin By Greta Ellis |
| 511. | Bailey, Jazmine By Glynis Ratler-Bailey |
| 512. | Bailey, Taylor N By Felicia T Sanders |
| 513. | Bailey, Taylor By Felicia T Sanders |
| 514. | Ballard, Ahnesti By Ashley La Joi Ballard |
| 515. | Ballard, Antoine By Kamilah Nyota Watson |
| 516. | Ballard, Nicholas By Kamilah Nyota Watson |
| 517. | Ballard, Xavier By Ashley Ballard |
| 518. | Ballard-Mack, Naji By Ashley Ballard |
| 519. | Banks, Alana By Atilana Nicole Bronson |
| 520. | Banks, Atilana By Atilana Nicole Bronson |
| 521. | Banks, David By Atilana N Bronson |
| 522. | Banks, David Terrell Jr. By Atilana Nicole Bronson |
| 523. | Banks, Gianna By Brandese Unique Silas |
| 524. | Banks, Marcella By Pamela Elizabeth Banks |
| 525. | Banks, Markeyce By Pamela Elizabeth Banks |
| 526. | Banks, Markeyla By Pamela Elizabeth Banks |
| 527. | Banks, Nalani By Lildoris Frelot |
| 528. | Banks, Sadaya By Dora Chhith |
| 529. | Barker, Zaryiah By Curtis D Barker |
| 530. | Barnes, Christian By Miwanda Barnes |
| 531. | Barnes, Makaih By Ronee A Lewis |
| 532. | Barron, Andres L Jr. By |
| 533. | Bass, Kaylinn-Lour'de By Karche Krystle Bass |
| 534. | Batson, Tyrone By |
| 535. | Batte, London L By Danielle M Lomax |
| 536. | Batton, Journey S By Kimberly D Grizzell |
| 537. | Batton, Melia By |
| 538. | Bean, Kalani By Kamilah Taylor |
| 539. | Beard, Kingsean By Dominique S Jones |
| 540. | Bell, Jahnte By Lajanee M Turner |
| 541. | Bell, Jasmine T By Faleteine L Bell |
| 542. | Bell, Khaleya By Jewel A Bell |
| 543. | Bell, Kilamanjaro Jr. By |
| 544. | Bell, Kilaya By |
| 545. | Bell, Nazell By Latina Nelwyn Jones |
| 546. | Bell, Robert Jr. By Robert Devon Bell |
| 547. | Bell, Robert D Jr. By Keisha M Hightower |

548.     Bell, Romell By Keisha Marie Hightower
549.     Bellazain, Kalea By Paul Bellazain
550.     Bender, Treasure By
551.     Benjamin, Elwood By Jorunica Odhams
552.     Benjamin, Maleayah By Needra Johnson
553.     Benjamin, Tanyla By Charlena Odhams
554.     Bennett, Asia U By Toya S Beck
555.     Bennett, Carl By Latisha R Bennett
556.     Bennett, India S By Toya S Beck
557.     Bennett, Sir By Diane Bennett
558.     Bennett, Tae'aurie By Keisha Nicole Perkins
559.     Bennett, Taliyah U By Kiesha N Perkins
560.     Bennett, Taliyah By Keisha Nicole Perkins
561.     Benton, Jaden R. By Nelson C Benton
562.     Benton, Jaeden By Nelson Charles Benton
563.     Benton, Jevon O By Nelson C Benton
564.     Bergans, Jordan By
565.     Bergans, Mariyana By
566.     Bermudez, Maria By
567.     Bermudez, Solomona By Cinthia J Bermudez
568.     Berry, Myquita By Verna Jean Berry
569.     Berry, Shemauri By Sheiba Boissiere
570.     Besses, Lareina By Kaire J Poole-Besses
571.     Besses, Lasahara By Kaire J Poole-Besses
572.     Besses, Lasavannah By Kaire J Poole-Besses
573.     Bibbs, Dexter By Angel L Frelot
574.     Black, Carleese By Laveese M Woldridge
575.     Black, Carmelo By Courtney Jessie Laney
576.     Black, Daniel L By
577.     Black, Mya C By
578.     Blackburn, Ebony By
579.     Blankenship, Aminah By Latanya Williams
580.     Bluford, Kenijah By Phillip Bluford
581.     Boddie, Jermany By Williams S Monteia
582.     Bolds, Dariyana A. By Stephanie Ortez
583.     Bonds, Robin By Kiesha Narcisse
584.     Bongiorno, Anthony G. Satinover By Danielle Satinover
585.     Borela, Caesar By Tiffany Borela
586.     Bourne, Kaleb By Kyle Douglas Bourne
587.     Bourne, Sienna By Salina Bourne
588.     Bow, Aniyah By

589.    Bowden, Lejhaun A By Jamila D Starks
590.    Bowen, Survon By Jt
591.    Boyd, Markai P By Marquez J Boyd
592.    Boyden, Kamarah By Kashina Garner
593.    Bradford, D'mahni Call By Amela Bradford
594.    Bradford, Mikala Call By Amela Bradford
595.    Bradford-Crockett, Mikala Ann By
596.    Bradley, Lejoi By Rumeka Mcglothin
597.    Bradley, Samiyah By Satavia Talesha Jones
598.    Bradshaw, Trustin Maua By Bradshaw Maua Roslyn
599.    Bradshaw, Tyrus Tauosooso By Bradshaw Maua Roslyn
600.    Braggs, Aariana Tamiya By Marquisha Jene Ransburg
601.    Braggs, Ka'mailee C. E. By De'onna G Jack
602.    Branch, A'kyla J By Malorie Jamelia Branch
603.    Branch, A'malakai H By Malorie Jamelia Branch
604.    Branch, Andre L. Jr. By Malorie Jamelia Branch
605.    Branner, Eric By Nakisha Yavonne Ferguson
606.    Branner, Kaliyah By Resheeona Lashay Oliver
607.    Branner, Kamiyah By Resheeona Lashay Oliver
608.    Branner, Shamika Call By
609.    Branner, Tydis By Sheenia L Branner
610.    Brantley, Simone By Shani Harrison
611.    Braud, Tionnie Call By Tamelia Armstrong
612.    Braziel, Kamorra T By Alycia M White
613.    Breston, Kaliyah By Denise Lawson
614.    Brewer, Ny'lani By Tiffany Nicole Stuart
615.    Brewer, Nyana By Tiffany Nicole Stuart
616.    Brewster, Darryl Iii By Darryl Fredrick Brewster
617.    Brewster, Darryl Jr. By
618.    Brewster, Devin E By Darryl F Brewster
619.    Brewster, Randy By Katina Vincent
620.    Brewster, Tochia By
621.    Britt, Brian By
622.    Brooks, Dominique By Natasha Crosley
623.    Brooks, Phyllis By Latania Mackey
624.    Broussard, Ameeya By Chelsea Lavett Crossley
625.    Broussard, Deyona' J. By Kelly C Copeland
626.    Broussard, Onnie By Lakesha Kyle
627.    Broussard, Ryder D By Camille Broussard
628.    Broussard, Tajanae By Jerome Joseph Broussard
629.    Brown, True By Barbara Renee Brown

630. Brown, Amber Joyce By Racine Harris
631. Brown, Angel By Ledbetter J. Anita
632. Brown, Blessett By James D Barnes
633. Brown, Cairah By Rahsan Brown
634. Brown, Calyse By Rahsan Brown
635. Brown, Chauncey By Jt
636. Brown, Chloe By Jt
637. Brown, Darrell M By Janice D Sanders
638. Brown, Devon By Darrell Calvin Brown
639. Brown, De'von C By Darrell C Brown
640. Brown, E'laya By Denise Brown
641. Brown, Harmonie By Jeffrey Clark Williams
642. Brown, Labrea By Traci Leigh Calhoun
643. Brown, Layla By Latrice Williams
644. Brown, Lyric By Jeffrey Clark Williams
645. Brown, Nevaeh By Ronald Brown
646. Brown, Noah By Brown Noah
647. Brown, Rah By Rahsan Brown
648. Brown, Rahjah By Rahsan Brown
649. Brown, Reggie Call By Latrice Williams
650. Brown, Rickie Iii By Jovanda Nicole Higgs
651. Brown, Taj By Tandra Lowe
652. Brown, Yaidra By Mary Jane Boddie
653. Brown, Zadia By Mary Jane Boddie
654. Brown-Angel, Delorean By Delorean Delbert Angel
655. Brown-Boston, Ineya By Brenda Joyce Brown
656. Bryant, Diondria K By Kimberly F Montgomery
657. Bryant, Harmonie By Jeffrey Williams
658. Bryant, Lyric By Jeffrey Williams
659. Bryant, Sincere By Labriette C Collins
660. Buckins, Birdie By Georgia Lee Malone
661. Buckley, Mary By
662. Buffington, Eliseo D By Michael A Buffington
663. Buffington, Samuel A By Michael A Buffington
664. Bunker, Sinsere By Debra Bunker
665. Burke, Jones Jeremy By Letitia M Jones
666. Burnett, Maurice Jr. By Maurice Donay Burnett
667. Burrell, Anira By Vanessa Smith
668. Burrell, Anthony By Antonio Burrell
669. Burrell, Antonio R By Antonio R Burrell
670. Burroughs, Jamarrea By Lm

671.    Burroughs, Le'onni By Jah'nice J Mcelroy
672.    Burton, Nalani By Nala Amor Lake
673.    Busby, Antronn Jr. By Antronn Busby
674.    Busby, London By Antronn Busby
675.    Busby, Milai By Antronn Busby
676.    Busby, Milan By Antronn Busby
677.    Butler, Dwayne A Jr. By Dwayne A Butler
678.    Butler, Jalliah By Sabrina Castle
679.    Butler, Jamil By Tiffany Butler
680.    Butler, Juno By
681.    Butler, Kyra By Anetra
682.    Butler, Treyvon By Linda Kay Williams
683.    Butler, Trey'von Lamont Jamal By Linda K Williams
684.    Byrd, Kareem By Bella Berry
685.    Byrd, Kiari O By Amber S Sims
686.    Byron, Amari By Amanda Mcghee-Byron
687.    Cade, Chantel By
688.    Cage, Dimarlo By
689.    Cain, Naomi By Tyleena Marie Patton
690.    Cain, Terrill By Terrill N Cain
691.    Cain, Ty'rez By Tyleena Matie Patton
692.    Caliph, Leon By Leticia Haynes
693.    Calloway, Romello S By Shataea M Dickson
694.    Calloway, Jamisi Iii By Shaquett D Thompson
695.    Campbell, Omari By Ronald Derrell Campbell
696.    Candler, Makahi By Nina M Young
697.    Capers, Brooklyn By
698.    Carney, Kenyatta D By Markeya J Frank
699.    Carney, Keyanna V By Markeya J Frank
700.    Carpenter, Charles J. By Patricia A. Clements
701.    Carpenter, Destinee By Ronee A Lewis
702.    Carpenter, Gia K By Miya C Carpenter
703.    Carpenter, Raymond By
704.    Carroll, Athena By Cassandra Yvonne Pierce
705.    Carroll, Ivana By Cassandra Yvonne Pierce
706.    Carson, Shanai By La Shonda Renise Reddic
707.    Carson, Stevee By La Shonda Renise Reddic
708.    Carswell, Brandon Jr. By La Shae Lincoln
709.    Carter, Amari By Antonette A. Ivy
710.    Carter, Asia By Nicole Anderson
711.    Carter, Eniah By Angel Gloria Zinn

712.    Carter, Graeson Laurent By Ian Laurent Carter
713.    Cassidy-White, Leah By Selena Fata Cassidy
714.    Catina, M By
715.    Cato, Taliyah By Tiffany Borela
716.    Cato, Zaden By Tiffany Borela
717.    Cato, Zayani By Tiffany Borela
718.    Chandler, Kimahn Cornelius By Jt
719.    Chandler, Makahi By Rojae M Lake
720.    Chang, Kacey By
721.    Chapman, Kasiah L By Karimah E Mouton
722.    Chatman, Brooke By Rachel O Pettus
723.    Chaunice, Duncan By Cecilia Harris
724.    Chavarria, Jasmine M By Josephine J Broussard
725.    Cheatham, Quiana By Ebonie Robinson
726.    Cheatum, Laniya By Pamela Robinson
727.    Cheeves, Simya By Jada Walker
728.    Chilton, Donnie By
729.    Chilton, Maurice By
730.    Chilton-Banks, Treyshawn By Britney Chilton
731.    Chism, Imani By Marilyn M Chism
732.    Chung, Philant By Nemia Masina
733.    Chung-Evans, Ahlayah By Sophia Chung Masina
734.    Clark, Donte M By
735.    Clark, Khephren N. By Latoya None Mcinnis
736.    Clark, Ma'at M By Latoya None Mcinnis
737.    Clay, Cael Sr. By
738.    Clayton, Tomani By Shamika Thomas
739.    Clayton, Tomari By Shamika Thomas
740.    Clewies, Tyrese By Modesty Monee Johnson
741.    Cofield, Nasir By Lewis H Cofield
742.    Cohen, Khalil By Kura L Cohen
743.    Cohen, Kylah By Kura L Cohen
744.    Colbert, Jovian O By Ebony I Isler
745.    Colbert, London By Loren Candace Smith
746.    Colbert, Dewayne Iii By Loren Candace Smith
747.    Coldpepper, Damiah By Starneisa Shanique Branch
748.    Coldpepper, Devin By Starneisa Shanique Branch
749.    Coldpepper, Devin P By Branch S Starneisa
750.    Coldpepper, Khalil By Starneisa Shanique Branch
751.    Cole, Damarion By Damarion Lesean Cole
752.    Coleman, Jaiden By Kristen Hubbard Hubbard

| | |
|---|---|
| 753. | Coleman, Jaiden By Kristen Hubbard |
| 754. | Coleman, Osean By Shante L Williams |
| 755. | Collier, Amiya By Nina L Foster |
| 756. | Collier., Amiya By Nina L Foster |
| 757. | Collins, Brianna Lanae By Jt |
| 758. | Collins, Leniyah By Alexis Gaines |
| 759. | Collins, Malena By Rahshedia Lee Collins |
| 760. | Collins, Noah L By Kimberly N/A Collins |
| 761. | Colvin, Denim By Darlena Colvin |
| 762. | Colvin, Kameel By Joshlyn Tiffany Meloncon |
| 763. | Colvin, Lesan By Joshlyn Tiffany Meloncon |
| 764. | Colvin, Milanni By Diane Redmond |
| 765. | Colvin, Nazir By Joshlyn Tiffany Meloncon |
| 766. | Commer, Julia Camille By Mack Ray Commer |
| 767. | Conley, Aaron By |
| 768. | Conner, Demari By Lildoris Frelot |
| 769. | Cook, Peyton L By Simms M Leslie |
| 770. | Cook, Ronnie By Ronnie L Cook |
| 771. | Cook, Siana N By Sheenia L Branner |
| 772. | Cooks, Husani By Erica Deanna Phillips |
| 773. | Cooks, Rihanna By Erica Deanna Phillips |
| 774. | Cooks, Sa'rhonda By Erica Deanna Phillips |
| 775. | Cooper, Fay By Maya D Washington |
| 776. | Cooper, Kinu By Terrance N Cooper |
| 777. | Cooper, Megan By Miyako Chontay Cooper |
| 778. | Cooper, Nakiya By Vance N Cooper |
| 779. | Cooper, Namiyah By Vance N Cooper |
| 780. | Cooper, Nariyah By Vance N Cooper |
| 781. | Copeland, August By Lajanee M Turner |
| 782. | Cornelious, Keyeon Khris By Kymorea Johnson |
| 783. | Cosey, Alva D By Patrice J Hammond |
| 784. | Costello, Cabrina By Rochan L Quinton |
| 785. | Cottonham, Jonathan By Erianna Loraine Eason |
| 786. | Council, Terrieak By Christina Council |
| 787. | Coussinat, Jean Dara By |
| 788. | Coussinat, Joshua By |
| 789. | Cox, Aaron By |
| 790. | Cox, Edwin Iii By Casey Guillebeau |
| 791. | Crawford, Jateesha By |
| 792. | Crawford-King, R'riana By Elrona Crawford |
| 793. | Crayton, Ari By Maurice B Crayton |

794.     Crayton, Isa By Maurice B Crayton
795.     Crayton, Isa A By Maurice B Crayton
796.     Crenshaw, Caleb By Kelinda Crenshaw
797.     Crenshaw, Camron By Camron Crenshaw
798.     Crismon, Aki By Alicia I Crismon
799.     Crismon, Jai By Alicia I Crismon
800.     Cross, Da'nell By Dkarl Graves Cross
801.     Cross, Demonte By Chivonne Dunn
802.     Cross, Desire By Dkarl Graves Cross
803.     Cross, Devine By Chivonne Dunn
804.     Cross, Tyra Vicki By Kandace Patrice Davis
805.     Cross, Dkarl Jr. By Dkarl Graves Cross
806.     Cross Johnson, Acacia By Ladoris Williams
807.     Cross-Johnson, Tiani By Ladoris Williams
808.     Crowder, Jaliyah By April Ivy Crowder
809.     Cruse, Skylar By Breshelle Wesley
810.     Cruse, Willow By Breshelle Wesley
811.     Cudjo, Erron By
812.     Cummings, Keiley By Yancy Cummings
813.     Cummings, Mandingo By Unique Shardae Thompson
814.     Cummings, Winter By Tierra S Cummings
815.     Cunningham, Jamon Jr. By Johnetta Johnetta Dixon
816.     Curry, Asia By Ricky Renard Curry
817.     Curry, Iii Ricky By Ricky R Curry
818.     Curry, Ricky Iii By Sandy Yong Fa Zhou
819.     Curtis, Mason Lee By Mario De'sean Curtis
820.     Curtis, Truman Lee By Mario De'sean Curtis
821.     Dagger, Gionte By Na'jae A Williams
822.     Daniels, Am'brianna By Amber Michelle Hall
823.     Daniels, Geordan By Leah Ca Hunter
824.     Daniels, Jaydah H By Jenaiah L Jones
825.     Daniels, Jayquan R By Jenaiah L Jones
826.     Daniels, Jhaiseon By Sherra Rosner Perry
827.     Daniels, Omari By Vannoy Ivohn Mccree
828.     Daniels, Passion By Mario Celestine Daniels
829.     Danzy, Imani By
830.     Danzy, Oscar Jr. By
831.     Danzy, Rhonda By
832.     Davis, Anthony By Lashunda Hollis
833.     Davis, Jamya By Jasmine J Brooks
834.     Davis, Janiya A Jr. By Lalinda M Benson

835.    Davis, Just By Ulysses Tykee Davis
836.    Davis, Justice By Ulysses Tykee Davis
837.    Davis, Kenneth By Kenneth Ray Davis
838.    Davis, Keyon By Kenneth Ray Davis
839.    Davis, La'rae By Kenneth Ray Davis
840.    Davis, Meiko By Marcus Davis
841.    Davis, Myrical By Cecilia K Hall
842.    Davis, Nihyah E By Ashley G Wysinger
843.    Davis, Sincere By Ulysses Tykee Davis
844.    Davis, Marquez Jr. By Patrice I Willis
845.    Dawson, Kalelle By Antoinette Renee Green
846.    Dawson, Mikari By Miazia M Dada
847.    De Los Reyes, Joselito By Miquesha Rodriaka Willis
848.    Delacruz, Eva By
849.    Delacruz, Evonni By
850.    Delgado, Josiah F By Adrienne N Delgado
851.    Demings, Tahj By
852.    Depalma, Evan By Rachel G. Madison
853.    Despanie, Jade By Rocquel Shanel Mason
854.    Dew, Demetrius J By Racquel Marie Reeves
855.    Dews, Keimaree J By Racquel Marie Reeves
856.    Diamond, Webb By Heidi Deeanna Bluford
857.    Dias, Aaliyah By Angela Smith
858.    Dias, Amir By Angela Smith
859.    Dias, Ashanti By Angela Smith
860.    Dillard, Azaria A By Charlesetta None Burks
861.    Dillard, De'yani By Laticia Erving
862.    Dillon, Evah By Eric
863.    Dillon-Cobbs, Treasure L By Leandra L Dillon
864.    Dilworth, Jacqueline By Lloyd Anthony Dilworth
865.    Diramos, Sky By Macy M Lau
866.    Dixon, Alfredo By Jorunica Odhams
867.    Dixon, Sir'vontae By Schantay Lafaye Walker
868.    Dominguez, Nisa By Eric Dominguez
869.    Domino, Nevaeh By Vontrice Loveaisha Mcginnis
870.    Douglas, Richard By Xlisha Laurent
871.    Duckett, Kassidy By Chanpale Lewis
872.    Dudley, Jayceon By Jacquoia Antane Scott
873.    Dunbar, Zion Ethan By Vanisha Shuntel Reed
874.    Duncan, Chanice L By Cecilia Doreen Harris
875.    Duplessis, Jarmal R By Jasmine N Marshall

876. Duran-Ibarra, Santino By Trista Marie Duran
877. Duran-Ibarra, Santino By Trista M Duran
878. Durant, Aniah N By Ronnesha N/A Westry
879. Durden, Taylor By Sadie B Domingue
880. Duvall, Kendra T By Deanndra C Williams
881. Duvall, Kenya M By Deanndra C Williams
882. Duvall, Kenya Jr. By
883. Duvall, Kendra By Deanndra Chante Williams
884. Dyson, Jevon By Karwanna Dyson
885. Dyson, Markaila By Karwanna Dyson
886. East, A'jaia By Rumeka Mcglothin
887. East, Jai Kinsmoke Jr. By Tashia Hayes
888. East, Jai'shon Jr. By Jonte Mcdowell
889. East, Jamai By Jonte Mcdowell
890. Edmunds, Raven By Latasha T Telfor
891. Edwards, Dajon L. By Byron L Edwards
892. Edwards, Dezyre By Deshawn Khalil
893. Edwards, Janae By Madelyn Ca Jackson
894. Edwards, Janae L By Madelyn D Jackson
895. Edwards, Ja'shon L By Madelyn D Jackson
896. Edwards, Jordan By Maurice C. Edwards
897. Edwards, Raya E. By Byron L Edwards
898. Ellenberg, Je'kayla By
899. Ellenberg, Donte Jr. By Shardae King
900. Ellis, Deanna By Greta Ellis
901. Ellis, Jazelle By Tiara A Mitchell
902. Ellis, Jazelle By Tiara A Mitchell
903. Ellis, Layla By Antoine Ellis
904. Ellis, Nayanna By Greta Ellis
905. Ellison, Esther By
906. Emenike, Amahje J By Sabra J Bell
907. Ennis, Billy By Billy Preston Ennis
908. Ennis, Naiya By Billy Preston Ennis
909. Ennon, Andre By Lisa Monique Howard
910. Ennon, Coraithian By Lorraine Renee Ennon
911. Ennon, Waltkece By
912. Erwin, Keenan By Alaiya Minyonne Kennard
913. Evans, Ki'ara By Anika Tanyell Evans
914. Evans, Ki'ara L By Anika T Evans
915. Everett, Ariana By Raquel D Tompkins
916. Everett, Malachi By Raquel D Tompkins

917.    Everett, Skylar By Raquel D Tompkins
918.    Everette, Chantel M By Deshon M Everette
919.    Faalau, Jalen By Laveaina Michael Faalau
920.    Faalau, Jalen S Jr. By Laveaina M Faalau Jr.
921.    Faalau, Kaleah By Laveaina Michael Faalau
922.    Faalau, Kaleah S By Laveaina M Faalau Jr.
923.    Faalau, Laveaina Iii By Laveaina Michael Faalau
924.    Faalau, Taetuli By Laveaina Michael Faalau
925.    Faataui, Alanna By
926.    Faataui, Alzaedo By Alzaedo Faia Faataui
927.    Faataui, Amazing By Vevesi Ruben Faataui
928.    Faataui, Angelene By
929.    Faataui, Caeten By
930.    Faataui, Cincinnati By Vevesi Ruben Faataui
931.    Faataui, Elisapeta By Vevesi Ruben Faataui
932.    Faataui, Pearl By Larry Tiny Faataui
933.    Faataui, Serenity By Vevesi Ruben Faataui
934.    Faataui, Vevesi C By
935.    Faciane, Dominic By Karen M Faciane
936.    Faciane, Faith By Karen M Faciane
937.    Faciane, Livaly By Karen M Faciane
938.    Fagatele, Selanaia By Sarona Taiva Fagatele
939.    Failauga, Winter-Snow By
940.    Faith, Stern By Ceyante Pennix
941.    Faiva, Ropeti By
942.    Faletagaloa, Jacob By Jacob Ezekiel Faletagaloa
943.    Farley, Journey Labre By
944.    Farnell, Alicia By Rashad Farnell
945.    Farnell, Leilani By Rashad Farnell
946.    Farnell, Rashad Jr. By Rashad Farnell
947.    Feliciana, Stephan D By Stephan M Feliciana
948.    Felix, Yaniyah J By Yentil A Williams
949.    Ferguson, Dante M By Shakarri M Hebron
950.    Ferguson, Ja'miyah By Nakisha Yavonne Ferguson
951.    Fields, Duwan Jr. By Duwan Fields
952.    Fiest, Celeste By Cera Celeste Clark
953.    Fleeton, Quinones Antero By Antero Quinones Fleeton
954.    Flores, Ashley By Nelson Flores
955.    Flores, Jonathan By Nelson Flores
956.    Flucker, Tilaysia By Johniesha Jada Mack
957.    Folliott, Trenton By Tiffany C Brewster

958.    Fondel, Stephanie By Stephanie C Burch
959.    Fonseca, Jayden Alexander By Carlos A Ozan
960.    Forte, Xzaramiya By Charise Johnson
961.    Foster, Angel By
962.    Foster, Angelo By
963.    Foster, Jarae By James Foster Ii
964.    Fowlis, Lailoni J By Jamela Fowlis
965.    Fowlis, Louis J Iii By Jamela Fowlis
966.    Fox, Kyleima L By Delmar Na Solomona
967.    Franklin, Damori By
968.    Franklin, Lea By Jameila S Jenkins
969.    Franklin, Ta'meia By Terry Laneal Franklin Jr.
970.    Frayer, Nadiamond By
971.    Frayer, Natalie R By Natalie R Frayer
972.    Frazier, A'layah A.J By Tyrisha L Holmes
973.    Frazier, Dominic By Theresa Jackson-Frazier
974.    Freeman, Kairee By Chavon Anderson
975.    Freeman, Kanye By Chavon Anderson
976.    Freeman, Saniyah By
977.    Frelot, Avery By Dwayne L Frelot
978.    Frelot, Cambrya By Dwayne L Frelot
979.    Frelot, Emmalyn By Dwayne L Frelot
980.    French, Gregory By James L French Jr
981.    French, Jamaiya By Deshawn L Turner
982.    French, Madison By Deshawn L Turner
983.    Fuentes, Upumoni E By Niva N/A Leaea
984.    Fuentes, Sulugatitioleola By
985.    Fuentes, Upumoni E By
986.    Gadson, Amir Lamar By
987.    Gahagan, Aedam By Kentrece Charrisse Gahagan
988.    Gaines, Dwayne H. Jr. By Dwayne Gaines
989.    Gaines, Harlem By Omolara Lela Osinowo-Gaines
990.    Gaines, Jean By Lasonia Patrice Mansfield
991.    Gaines, Lorenzo Jr. By Tonika Hines
992.    Gaines, Maniyah By Rosanna Faafetai Maua
993.    Gainey, Antonio M By Hill A Tiphane
994.    Gallaread, Katlin A By Jason L Gallaread
995.    Gamboa, Amir By Joyce L Jones
996.    Gantt, Cynthia By Greta Ellis
997.    Garcia-Dennard, Sarai Taylor By
998.    Gardner, Baye Twice Amaryah By Kissi Kenya Carpenter

999.       Gardner, Charles By Andrea Smith
1000.      Gardner, Malik By
1001.      Garner, Calise By Dyesha Garner
1002.      Garner, Day'jai By Dyesha Garner
1003.      Garrett, Nona By
1004.      Garrett, Viante By Lottie Jean Titus-Whiteside
1005.      Gastinell, Josiah By Kevin Lawrence Gastinell
1006.      Gastinell, Sa'vaughn Adam-Whitt By Kevin Lawrence Gastinell
1007.      Gates, Keimaya By Kellisha Elizabeth Magee
1008.      Gatewood, London-Lorean By Leanna L Porter
1009.      Gato, Luciano By
1010.      Gee, Aniko Ryan By Dennis Kaye Lockett
1011.      Germaine, Horton M By Gans Taya Aunesha
1012.      Geter, Cedric Iii By Cedric R Geter Jr.
1013.      Geter, Leon By Hyatt-Geter R Tiaka
1014.      Geter, Mattheus By Hyatt-Geter R Tiaka
1015.      Gibson, Sean Claude Iii By
1016.      Gill, Rayanna By Brittney Lashawn Cook
1017.      Gilliam, Shy'lah By Twavida Plummer
1018.      Gillis, Makayla By
1019.      Gillis, Mia By
1020.      Gilmore, Alex By Larhonda Gaines
1021.      Gilmore, Da'kyla By
1022.      Gilmore, Robyn By Larhonda Gaines
1023.      Gilton, Ariah By Akilah Hunter
1024.      Gilton-Cawthrone, Kaliah By Kailer N Gilton
1025.      Givens, D'yani By Douglas Joe Givens
1026.      Glaser, Chloe By Laneisha Washington
1027.      Glaser, Chloe C By Laneisha A Washington
1028.      Glenn, Karter By D'annadele Glenn
1029.      Glenn-Schofield, A'zande By D'annadele Glenn
1030.      Glenn-Schofield, Leilah By D'annadele Glenn
1031.      Glenn-Schofield, Leilani By D'annadele Glenn
1032.      Glover, Lloyd Jr. By Lloyd M Glover
1033.      Gogetta, China By Asia B Brooks
1034.      Gogetta, Maciveli By Asia B Brooks
1035.      Goodman, Charleshon Jarae By Clareese B Ruffin
1036.      Gordon, A'rhayna By Upendo Louise Gordon
1037.      Gordon, Arhayna V By Upendo L Gordon
1038.      Gordon, Austin By Upendo Louise Gordon
1039.      Gordon, Marion By Qunnice Augustus Gordon

1040.    Grady, Christopher Jr. By Yvonne Lewis
1041.    Grady, Dallas L By Tiffani M.J. Grady
1042.    Grady, Delaney By Jesse D Grady
1043.    Grady, Traevon By Yvonne Lewis
1044.    Graham, Anivia By
1045.    Grant, Deron By Shakema Stoney
1046.    Gray, Damarcus By Sheiba Boissiere
1047.    Gray, Kummie By Jt
1048.    Grays, Elijah By Lashawnda Lucille Mongi
1049.    Grayson, Deshon By Linila Shanee Fleeton
1050.    Grayson, De'yani By Linila Shanee Fleeton
1051.    Green, Harper Jakeem By
1052.    Green, Lilianna By Nia Katiair Tijerino
1053.    Green, Mae By
1054.    Green, Niles By Namone R Green
1055.    Green, Savana By Ericka Scott
1056.    Green, Savion By Ericka Scott
1057.    Greenwood, Davanyauntae A. By Nefateria Greenwood
1058.    Greer, Deion By Stephen Anthony Greer
1059.    Greer, Deion V By Stephen Anthony Greer
1060.    Greer, Marcus By Jamie Bernadette Bell
1061.    Greer, Shania By Yoshiko Shantell Mitchell
1062.    Greer, Stephen Jr. By Stephen Anthony Greer
1063.    Greer, Stephen Jr. By Stephen Anthony Greer
1064.    Gubson, Cherish By Cassandra Gubson
1065.    Guillory, Addrine By Pamela Gayle Baldwin
1066.    Guillory, Tyree By Myeika Lamontte
1067.    Guillory, Tyree By Myeika D Lamontte
1068.    Guillory, Tyshawn By Myeika Lamontte
1069.    Guintivano, Yna K. By Dennis A Fidelino
1070.    Gulley, Adream By Denisha A Loggins
1071.    Gulley, Sa'miyah By Najja Namukasa Akil
1072.    Gutter, Katori By Mary Jane Boddie
1073.    Guy, Myster By Uvonne Bennett
1074.    Hale, Lillian M By
1075.    Haley, Jelah C By Lawrence Jackson Haley
1076.    Haley, Kahlia B By Diana N Washington
1077.    Haley, Nina May By
1078.    Hall, De'ari By Markieda Hollier
1079.    Hall, Leila N. By Gina M. Balestrieri
1080.    Hall, Leila By Gina Balestrieri

1081.    Hall, Nia By Lakeisha Mathews
1082.    Hall, Zaraiyah By Shadaja N. Ledbetter
1083.    Hamilton, Ayinde By
1084.    Hamilton, David Iv By Chanel Hoskins
1085.    Hamilton, Haniyah By Francelle White
1086.    Hamilton, Josiah By Chanel Hoskins
1087.    Hamilton, Maziah By
1088.    Hamilton, Mwanee By
1089.    Hamilton, Nyete By
1090.    Hammond, Isis By Leona Walker
1091.    Hammond, Nayzian By Timiko E Hammond
1092.    Hampton, Marke By
1093.    Hampton, Miracle By Lakeda Tims
1094.    Hand, Adella By Mildred King
1095.    Hand, Kairi By Mildred King
1096.    Hanif, Abdul-Jalil By Latondra Poplar
1097.    Hannah, Sevyn By Kimberly J Washington
1098.    Harbor, Jamahd By Tamika Laura Knight
1099.    Harbor, Jameel By Tamika Laura Knight
1100.    Harden, Jacob By Joell Mattie Thames
1101.    Hardy, Josiah By Denise M Hardy
1102.    Hargraves, Mya By Jermaine Hargraves
1103.    Hargraves, Ronald D. J. By Erika L Foots
1104.    Hargraves, Jermaine Jr. By Jermaine Hargraves
1105.    Harmon, Jeremiah By Monique Harmon
1106.    Harmon, Myasia By Monique Harmon
1107.    Harper, Jakeem By Catherine A Harper
1108.    Harper, Sparkle By Linda Antoine
1109.    Harper, Sparkle M. M. By Linda M Antoine
1110.    Harper, Tommy E Jr. By Tommy Harper
1111.    Harper, Tommy E By Tommy E Harper
1112.    Harper, Tony James By Linda Antoine
1113.    Harrell, Jaylyn S By Donnisha Harrell
1114.    Harris, Carmelo By Ginale B Harris
1115.    Harris, Dai'mahri S By Damar S Harris
1116.    Harris, Jamar J By Constance R Hages
1117.    Harris, Marvell By Nicolette Michelle Webster
1118.    Harris, Nazir By
1119.    Harris, Shani By Shawn D Harris
1120.    Harris, Shani A By Shawn D Harris
1121.    Harris, Shanye By Shawn D Harris

1122.    Harris, Shanye J By Makeda R Harris
1123.    Harris, Za'niyah By La'shonda Joseph
1124.    Harrison, David By Lasonya Franklin
1125.    Harrison, Liahna By Lawrence W Harrison
1126.    Harrison, Te'angelo E By Sharell M Reed
1127.    Harris-Pennix, Kanaiya By Ceyante Pennix
1128.    Harriswatson, Rosaria By
1129.    Hart, Galin By Gayle Lutricia Hart
1130.    Hart, Heavyn'lei A By Alice R Kelly
1131.    Hart, Heavynlei By Alice R Kelly
1132.    Harvey, Zah'miya By Briana Barnes
1133.    Hasan, Dannielle By
1134.    Hasan, Isabella By Dannielle Monique Martinez
1135.    Hawkins, Maliekah By Vatima Patton
1136.    Hawkins, Narshon Jr. By Vatima Patton
1137.    Hawkins, Ruby R By Constance J Horace
1138.    Hawkins, Timothy Jr. By Constance J Horace
1139.    Hawkins-Collins, Daniel By Daniel R Hawkins-Collins
1140.    Hawkins-Collins, Jordan By Daniel R Hawkins-Collins
1141.    Hawkins-Collins, Jordan By Daniel R Hawkins-Collins
1142.    Hawkins-Collins, Ryan By Daniel R Hawkins-Collins
1143.    Hawkins-Collins, Ryan By
1144.    Hawkins-Collins, By Daniel R Hawkins-Collins
1145.    Haye, Ka'mya By Shanriya Hill
1146.    Hayes, Kailyiah By Joyce Lynell Jones
1147.    Hayes, Lakayla By
1148.    Hayes, Maniyah By
1149.    Hayes, Nyree By Maria Robinson
1150.    Haynes, Jamal By Leticia Haynes
1151.    Haywood, Angellita By Angel Frelot
1152.    Heard, Naymiah G By Janae Heard
1153.    Heard, Naymoni G By Janae Heard
1154.    Hearne, Tamara By Keisha Jones
1155.    Hebderson, Kaeden D. L. By Antonique K Johnson
1156.    Henderson, Damari By Lakisha Powell
1157.    Henderson, Ruby By Phoebe Brooke Markham
1158.    Henderson, Ryan By Phoebe Brooke Markham
1159.    Henderson, Sun-Ra Jr. By
1160.    Henry, Kayden By Krystel A Geeter
1161.    Henry, Nigel Jr. By D'annadele Glenn
1162.    Herbert, Amazing By

1163.    Hernandez, Ja;Niya By Nikiiya Maria Kelly
1164.    Hernandez, Ja'mya By Lytefah Brown
1165.    Hernandez Soto, Ashley Daniela By Yessenia Soto Hernandez
1166.    Herrera, D'angelo By Alexcis Herrera
1167.    Herrera, Diane By Alexcis Herrera
1168.    Herrera, Solina By Vida Nayeli Ramirez
1169.    Hickerson, Mozell By Charles Hickerson
1170.    Hicks, Cameron By Shonia Porter
1171.    Hicks, Tyran S By Patrice J Hammond
1172.    Higgins, Le'dre By Courtney Je'ne Bracy
1173.    Higgins, Nylah By Courtney Je'ne Bracy
1174.    Higgins, Sasha L By Gloria J Space
1175.    Higgins-Hampton, Joy By Rodney Hampton
1176.    Higgins-Hampton, Khephren By Rodney Hampton
1177.    Higgs, Joziah By Jovanda Higgs
1178.    High, E'niya By Denise Brown
1179.    Hightower, Imani By Maurice Dwight Hightower
1180.    Hightower, Kayla M By Trammese L Walker
1181.    Hightower, Orion By Maurice Dwight Hightower
1182.    Hill, Coyney By Raphael Hill
1183.    Hill, Cydney By Joyce L Jones
1184.    Hill, Deangelo D By Denisha M Simon
1185.    Hill, Jamari E By Denisha M Simon
1186.    Hill, Jerrinae J By Denisha M Simon
1187.    Hill, Jerry M By Denisha M Simon
1188.    Hill, Julia By
1189.    Hill, Marissa By Patricia Madina Rivers
1190.    Hill, Michael By Theoatis Lee Hill
1191.    Hill, Prince-Kenneth By Kenneth Lee Alexander Hill
1192.    Hill, Santino By Areyana Hill
1193.    Hill, Tiny Marie By
1194.    Hill, Vanessa By Patricia Madina Rivers
1195.    Hines, Alyssa R By Alvin R Hines
1196.    Hines, Aziah R By Alvin R Hines
1197.    Hines, Kaia By
1198.    Hinkle, Malaysia S By Walker Tamitti Latishia
1199.    Hobdy, Tajanay By
1200.    Hodges, Kylie By Renesha Renika Whittenberg
1201.    Hodges, Jarvis Jr. By Cynthia Marie Martin
1202.    Hodges, Jovan Jr. By Jovan M Hodges
1203.    Hogan, Akeelah By Shani Jamila Jaha Wyatt

1204.    Hogan, Eddie By James Eugene Hogan
1205.    Hogan, Eddie By James Eugene Hogan Ii
1206.    Hogan, Ellana By Shani Jamila Jaha Wyatt
1207.    Hogan, Jarious By James Eugene Hogan
1208.    Hogan, Kaelani By James Eugene Hogan
1209.    Hogan, Semaj By Jescina 0 Adams
1210.    Hogan, Semaj By Jescina O Adams
1211.    Hogan, Taliah By James Eugene Hogan Ii
1212.    Holcomb, Robert By Michelle Holcomb
1213.    Hollins, Kahlani By Lakesha L Ryan
1214.    Hollins, Prince Jaden By Velvelon Walker
1215.    Hollis, Brandon By Lashunda Hollis
1216.    Holloway, Shana By Donald Ramon Holloway
1217.    Holyfield, Delayja By
1218.    Hopkins, Aliyah Annette By Gigi Lymnette Hill-Hopkins
1219.    Horten, Germaine By Aduni A Ubaka
1220.    Hoskins, Rashad By Patricia Hoskins
1221.    House, Antone B By Nicole M Williams
1222.    Houston, Brianna By Brianna Ardria Houston
1223.    Howard, Avani By Temon L Howard
1224.    Howard, Chalon By
1225.    Howard, Emmanuel By Temon L Howard
1226.    Howard, Eric By Temon L Howard
1227.    Howard, Ja'riyah By Jerimond Howard
1228.    Howard, Kenera Ya-El By Dani . Johnson
1229.    Howard, Latrell By
1230.    Howard, Lonell By Lonell Douglas Howard
1231.    Howard, Queen By
1232.    Howard, Samual By
1233.    Howard, Temani By Temon L Hiward
1234.    Howard, Temon By Temon L Howard
1235.    Howard, Teric By Temon L Howard
1236.    Howard, Terrell By
1237.    Howard, Tyrese By
1238.    Howell, Deandre By Andrea Anderson
1239.    Hubbard, Kamani By Kristen Hubbard
1240.    Hubbard, Kniyoki By Kristen Hubbard
1241.    Hubbard, Sa'mone E By Nichelle D Akins
1242.    Hubbard, Sa'monee By Nichelle D Akins
1243.    Huges, Torrion By Perry Hughes
1244.    Hughes, Honesty D By Genese L Hughes

1245.    Hughes, Mo'niece By
1246.    Hughes, Noah Solante By
1247.    Hughes, Saini By Perry Hughes
1248.    Hughes, Torrion By
1249.    Hunt, Terrence Jr. By Tara Alysia Allen
1250.    Hunter, Anthony By
1251.    Hunter, Kassani By Geordan Ca Daniels
1252.    Hunter, Kassani By Leah M Hunter
1253.    Hunter-Hill, Tommy'an By Raylina Raychelle Joseph
1254.    Huntley, Asia By Jt
1255.    Hussein, Hana By Alana M Barnes
1256.    Hyson, Semaj By Shinette Marie Thomas
1257.    Hyson, Shamiya By Shinette Marie Thomas
1258.    Ia-Stancil, Myzayah By Damanique L Ia-Stancil
1259.    Ibrahimovic, Rujka By
1260.    Ieremia, Seloti Anthony F. By Cecilia S. Ale
1261.    Imhotep, Sweet By Keisha Lashawn Brown
1262.    Inyang, Sean By Tammie Marie Jackson
1263.    Inyang, Steven By Tammie Marie Jackson
1264.    Irving, Paris-Janae E. By Erika L Foots
1265.    Isaac, Ahria By Gail Gaffney
1266.    Isaac, Baby Jesus By Gail Gaffney
1267.    Iulio, Ron Jr. By Ron Sr. Lenord Iulio
1268.    Jace, Young By Lakesha Kyle
1269.    Jack, Kallista A By Joseph G Jack
1270.    Jackmon, Ming-Lee By Meiko Jackmon
1271.    Jackson, Chase By Tommy Lee Jackson
1272.    Jackson, Dominick Jr. By Raichele Jackson
1273.    Jackson, E'cie Jax By
1274.    Jackson, Iliyah N By Ivan Wyndell Jackson Jr
1275.    Jackson, Imani By Jesenia Monic Martin
1276.    Jackson, Isaiah By Shonni Hollis
1277.    Jackson, Iyana By Jesenia Monic Martin
1278.    Jackson, Jamir By Alexis Alandra Broussard
1279.    Jackson, Jamisha By Alexis Alandra Broussard
1280.    Jackson, Jemarcus E By Katina Jackson
1281.    Jackson, Jordan By Tommy Lee Jackson
1282.    Jackson, Kenneth Iii By Malisha Lane
1283.    Jackson, Maliek By Dominique N/A Hasan
1284.    Jackson, Maliek By Mose B Jackson Iii
1285.    Jackson, Raekwon By Diana Lynn Brooks

1286.    Jackson, Rai'vyn By Raichele Jackson
1287.    Jackson, Sha'rai By Veljanae Bradford
1288.    Jackson, Shilo By Susan Staka
1289.    Jackson, Tahjia By Nadiyah Shereff
1290.    Jackson, Tommy Iii By Tommy Lee Jackson
1291.    Jackson, Tydeus By Taniesha Williams
1292.    Jackson, Tyrin By Taniesha Williams
1293.    Jackson, Tyrone By Taniesha Williams
1294.    Jackson, Ivan W Iii By Ivan Wyndell Jackson Jr
1295.    Jacksonholt, Anthony By Shirley J Jackson
1296.    Jackson-Holt, Anthony Xavier By Shirley J Jackson
1297.    Jackson-Jones, Vearl Zg By Devalin Jackson
1298.    Jackson-Jones, Zamora D By Devalin Jackson
1299.    Jacobs, Josiah A. Lewis By Tanesha L Jacobs
1300.    Jacoby, Kamar By Kim Yvette Smith
1301.    Jada, Ann Marie By Jada A Lewis
1302.    James, Jamie By Kentrece Charrisse Gahagan
1303.    James, Janiya By Kentrece Charrisse Gahagan
1304.    James, Jewel L By Leandra L Dillon
1305.    James, King L By Leandra L Dillon
1306.    Jamison, Louolle By Dawn Y Bradstreet
1307.    Jamison, Maurice By Dawn Y Bradstreet
1308.    Jayden, By Feraren O Dennis
1309.    Jean, Keemon By
1310.    Jefferson, Dearies By Lasha Scranton
1311.    Jefferson, James Iii By James Carter Jefferson
1312.    Jeffries, James L By
1313.    Jenkins, Naa'rai L By Paris D Jenkins
1314.    Jewel, James By Kevin L James
1315.    Johnese, Kylil By Monique Micelle Digan
1316.    Johns, Isaiah N. By
1317.    Johnson, Acacia By La Doris Williams
1318.    Johnson, Ahmani By Antonio Julius Johnson
1319.    Johnson, Antonio J Ii By Antonio Julius Johnson
1320.    Johnson, Ariyah S Iii By Tieisha F Simon
1321.    Johnson, Brooklynn C By Sheila J Johnson
1322.    Johnson, Brooklynn'celine By Tiana Rene Frazier
1323.    Johnson, Camryn By Ciara Lynn Bullock
1324.    Johnson, Caniya By Monique Harmon
1325.    Johnson, Clarence Iv By Ikeysha V Green
1326.    Johnson, Curtis Iii By

1327.    Johnson, E'sean By Stacey M Troupe
1328.    Johnson, Elijah-Lee By Farrell Lamon Johnson
1329.    Johnson, E'mayah By Damanique L Ia
1330.    Johnson, Enijah N By Patricia A Tyson
1331.    Johnson, Eric By Stacey M Troupe
1332.    Johnson, Felicia By
1333.    Johnson, Horace Jr. By Tiana Rene Frazier
1334.    Johnson, Horace R By Sheila J Johnson
1335.    Johnson, Jada By Farrell Johnson
1336.    Johnson, Ja'nyah By Velma C Moore
1337.    Johnson, Jasmine By Anitra Ennis
1338.    Johnson, Josiah By Velma C Moore
1339.    Johnson, Kah'mya L By Al'jirea C Williams
1340.    Johnson, Kamarhee By
1341.    Johnson, Karys By Stephanie Clowette Johnson-Williams
1342.    Johnson, Kiante C. L. By Cherish A Allen-Moore
1343.    Johnson, Kiara C By Cherish A Allen-Moore
1344.    Johnson, Malik By Tianna Elaine Johnson
1345.    Johnson, Meshach By Tasha Johnson
1346.    Johnson, Nico By Andrea N Williams
1347.    Johnson, Quincy By Natasha Crosley
1348.    Johnson, Relishea By Loneshea S Lester
1349.    Johnson, Tiani M By Ladoris Williams
1350.    Johnson, Zaniyah M By Tieisha F Simon
1351.    Johnson, Zyair Jayceon By Brittany Green
1352.    Johnson Williams, Denahjae By Denishia Elise Johnson
1353.    Johnston, Amya Q By Moieshay L Lane
1354.    Jolivette, Anaya By Nathan Louis Jolivette
1355.    Jones, Aajai By Ebony Nicole Jones
1356.    Jones, Aaliyah By Ashleigh Camille Cofield
1357.    Jones, Angelina A. L. By Paul A Jones
1358.    Jones, Armani By Algernae Denise Brewster
1359.    Jones, Breanna By Latasha T Telfor
1360.    Jones, Cameron J. By Shante Borela
1361.    Jones, Carter A By Mekhi A Counter
1362.    Jones, Chemika D By Chemika D Hollis
1363.    Jones, Curtis Iii By Raquel C Knighten
1364.    Jones, Damarco By
1365.    Jones, Demarion By Kisha Marie Whittenberg
1366.    Jones, Deonte By Marlo Jones
1367.    Jones, Jadaria By Jackie Noreen Taylor

1368.    Jones, Jakeya By James C Jones
1369.    Jones, Jalyn Ann-Marie By Lyn-Tise Jones
1370.    Jones, Jekeya By James Jones
1371.    Jones, Jeremiah E By Teanisha C Hudson
1372.    Jones, Jeremy Jr. By Jeremy Jones
1373.    Jones, Jeremy By Letitia Marie Jones
1374.    Jones, Johnathan By Cecilia K Hall
1375.    Jones, Jordan By Letitia Marie Jones
1376.    Jones, Julius By Lyn-Tise Jones
1377.    Jones, Khalil By Raushanah Shahidah Riles
1378.    Jones, London L By Laurie M Jones
1379.    Jones, Lymar By Laurie M Jones
1380.    Jones, Lyndon By Laurie M Jones
1381.    Jones, Lynia By Laurie M Jones
1382.    Jones, Lynnox By Laurie M Jones
1383.    Jones, Marshawn Jr. By Marshawn N/A Jones
1384.    Jones, Nasir By Raquel C Knighten
1385.    Jones, Niyanni By Demeya Precious Randle
1386.    Jones, Noelle By James Jones
1387.    Jones, Pamela By Shante Borela
1388.    Jones, Raven By Shante Borela
1389.    Jones, Ray A By Tyrone Batson
1390.    Jones, Ryan By La Rhonda L Reddic
1391.    Jones, Victoria By Juanita Arlene Pollard
1392.    Jones, Yasmeen S By Shenisha M Williams
1393.    Jones, Yemannie By James Jones
1394.    Jones, Marshawn Jr. By Marshawn Jones
1395.    Jones, Curtis Iii By Raquel C Knighten
1396.    Jones-Miller, Rylan By Taneika Janae Jones
1397.    Jones-Wilson, Ja'laya By Janae Martice Jones
1398.    Jones-Wilson, Ja'liya By Janae Martice Jones
1399.    Jordan, Baylor By Alia Briana Valentino
1400.    Jordan, Jayla By Jacynta Nameka Jordan
1401.    Jordan, Josiah J By Ronnesha N/A Westry
1402.    Jordan, Karys By Nickey Volett Jorden
1403.    Jordan, Samuel By Deandra Bryant
1404.    Jordan, Xaviah V By Nickey Volett Jorden
1405.    Joseph, A Lumsey By Josinta L Sanders
1406.    Joseph, Elijah By Raymond Joseph
1407.    Joseph, Josyiah By Denise Davis
1408.    Joseph, Lilly By Asad Joseph

1409.    Joseph, Mohamed By Asad Joseph
1410.    Joseph, Nemah By Asad Joseph
1411.    Joseph, Omar By Asad Joseph
1412.    Joseph, Raymond By Raymond E Joseph
1413.    Josiah, Brandon By Iesha N Ely
1414.    Joubert, Devon By Tiffany Monee Joubert
1415.    Jules, Jaelyn By Katherine J Wallace
1416.    Justice, Jamar By Joe Richard Odhams
1417.    Kaide, Loftin By Rita R Lafleur
1418.    Katagawa, Semaya By
1419.    Kayden, Sims By Sims A Steven
1420.    Keith, Avin By Remi Na Irving
1421.    Kelley, Myron Craig Iii By Rose Marie Sims
1422.    Kellom, Maliah By Lawanda Kidd
1423.    Kellom, Miracle By Lawanda Kidd
1424.    Kellom, Muhammad Jr. By Lawanda Kidd
1425.    Kelly, Kyla T. By Anjeannette Sarah Showers
1426.    Kelly, Tyjon By Nina ?? Donehue Stiger
1427.    Kendrix, Dezsinae By
1428.    Kent, Justice By Ebony Denise Scott
1429.    Kidd, Damecha O. By Donna D Doyle
1430.    Kimble, Dandre By Rosaria M Harris
1431.    King, Elisa By Debra Ross
1432.    King, Jai'lyn By Lanishia Marie Thomas
1433.    King, Jame By Kevin L James
1434.    King, Malaya D. By La Tanya Spears
1435.    King, William By Deebony L Smith
1436.    Kirk, Javier By Jay Paul Alexander Kirk
1437.    Kittles, Darius Kaleo Iii By Darius Kittles
1438.    Kittles, Desire Irene Oytana By Darius Kittles
1439.    Knight, Antonio By Tamika Laura Knight
1440.    Knight, Areonna By Aisha Gilmore
1441.    Knight, Devan Jr. By Alkisha Porter
1442.    Knight, Dylan By Alkisha Porter
1443.    Knight, Justin D By Shantanice S Gaines
1444.    Knight, Justin Jr. By Shantanice S Gaines
1445.    Knox, Leo Iii By Nitosha J Stevenson
1446.    Kuresa, Cherise By Cheryl L Kuresa
1447.    Kuresa, Izalanny By Christina V Kuresa-Sokimi
1448.    Kuresa, Reilley By Christina V Kuresa-Sokimi
1449.    Lafo, Adrian By Cinthia J Bermudez

1450. Lafo, Solomona Jr. By Cinthia J Bermudez
1451. Lagerhausen, Kaiser Lopez By Oyuki Lopez
1452. Lakalaka, Genesis By Melody Janita Lesa
1453. Lake, Kebbai By Ashley Smith
1454. Lake, Keenan By Patricia Myles
1455. Lampkins, Ayjae By Lesi Sepulona
1456. Lampkins, Selina By Lesi Sepulona
1457. Landry, Taejohn T Jr. By Ayafemi T Wilson
1458. Lane, Larreia By Jt
1459. Lane, Milyana By Porsche Nicole Grimes
1460. Lane, Zyla By Cedric Lane
1461. Lang, Jasai By Rowena I Lang
1462. Lang, Jasaiy By Rowena I Lang
1463. Lang, Kalonice By Rowena I Lang
1464. Lang, Tyrone By Rowena I Lang
1465. Langston, Darlene By Bernadette Frances Scarbrough-Sices
1466. Lanuza, Isaiah By Jt
1467. Lanuza, Israel By Jt
1468. Lathan, Maurice E By Sabra J Bell
1469. Lathen, Gabrielle By Gloria Walker
1470. Latif, Youssef By
1471. Lau, Arianna By Macy M Lau
1472. Lau, Jayden By Macy M Lau
1473. Laury, Ariel By Jeanae Franks
1474. Lawson, Ellaya L By Angela M Dowell
1475. Leae, Fetuali"I By Christensen Leae
1476. Leaea, Rajadanae L By Delmar Na Solomona
1477. Leatutufu, Kionie By Patricia A. Clements
1478. Ledbetter, Jordan R By Eugene C Ledbetter
1479. Ledbetter, Mickal By Michelle Martin
1480. Ledbetter, Sarai N. By Shadaja N. Ledbetter
1481. Lee, Jamal By Justin Lee
1482. Lee, Justin Jr. By Justin Lee
1483. Lee, Miyah By Lottie Titus
1484. Leggett, Prince By Rosemary Leggett
1485. Leiato, Leilah By Martha C Bermudez
1486. Leiato, Makeilah By Martha C Bermudez
1487. Lemon, Chanel C. By Tennille T Fondon
1488. Lemon, Darnell F. By Tennille T Fondon
1489. Leonard, Jahnae By Shante L Williams
1490. Leremis, Seloti A By Cecilia Ale

1491.    Letelemaana, Sauimale D By Mark P Taylor
1492.    Lewis, Da'myiah Y By Anthony Lp Lewis
1493.    Lewis, De'vontay D By Nicole S Lewis
1494.    Lewis, Emmanuel By Jazmyne Laniece Carmichael
1495.    Lewis, Jada By
1496.    Lewis, Joseph By
1497.    Lewis, Le'vontay C By Nicole S Lewis
1498.    Lewis, May'auna By Monique Cherina Le Blanc
1499.    Lewis, Tay'quan By Quantay J Lewis
1500.    Lewis-Gary, Jaliyah By Tierra Lewis
1501.    Lewis-Gary, Mia By Tierra Lewis
1502.    Lewis-North, Jaelah By Lanesha Lewis
1503.    Lewis-North, Jasani By Lanesha Lewis
1504.    Liang, Ian By Xiuqi Jiang
1505.    Liang, Venus By Xiuqi Jiang
1506.    Lintz, James By Jameila S Jenkins
1507.    Littleton, Malayah By Lakeisha Ann Mathews
1508.    Liu, Jasmine By Peter Liu
1509.    Lockett, Kawhi By Raynard D Davis Jr.
1510.    Lockett, Malik Federico By Olivia Lopez
1511.    Loftin, Kaiden By Sebrina Elnora Lafleful-Pellom
1512.    Loftin, Kaiden By Rita Lafleur
1513.    Lofton, Dallas By Leshell Redd
1514.    Lopez, Teresa By Elizabeth Renee Rivera
1515.    Lord, Kelley Kingsley By Akeli I Lord
1516.    Lord Kelley, Kingsley By Akeli I Lord
1517.    Love, A'layla By Kentrece Charrisse Gahagan
1518.    Love, Jayda By Antoinette Fort
1519.    Love, Joy By Antoinette Fort
1520.    Love, Reginae By Jamie A Redmond
1521.    Lovelace, Howard By Rolanda A Mccully
1522.    Lowery, Immanuel By Nikcole Cunningham
1523.    Lucas, Jewel By Janeen Long
1524.    Lucas, Megaa By Janeé Lucas
1525.    Lucas, Taneyah By Tiffany Lucas
1526.    Lucas, Tyler By Tiffany Nicole Lucas
1527.    Luckett, Dameion By
1528.    Luckett, Dereon D. By Gwenisha Collins
1529.    Lucky, Wryan By Wayne E Lucky
1530.    Lutt, Ceyaan By Raylina Raychelle Joseph
1531.    Lutt, Cwari By Raylina Raychelle Joseph

1532.    Lyons, Sky By Alia Briana Valentino
1533.    Mabrey, Tawattia By Tenisha Frazier
1534.    Mack, Amareon N By Tenisha R Bishop
1535.    Mack, Angel By Melissa Mae White
1536.    Mack, Julissa By Melissa Mae White
1537.    Mackey, Antoine Jr. By
1538.    Mackie, Naiomi By Tiffany Nicole Stuart
1539.    Mackie, Nicole By Tiffany Nicole Stuart
1540.    Madero, Aaliyah By Mary C Garrett
1541.    Maga, Jeremiah By Lani Mavaega Maga
1542.    Malepeai, Asoparpae By Malepeai None Sineva
1543.    Malepeai, Fa'afetai Jr. By Malepeai None Sineva
1544.    Malepeai, Junior Kennedy By Malepeai None Sineva
1545.    Malone, Deandre By
1546.    Manion, Gabrielle E. Iii By Ebony M Manion
1547.    Manion, Gabrielle By Ebony M Manion
1548.    Manion, Kyle By Ebony M Manion
1549.    Manion, Kyle S By Ebony M Manion
1550.    Manion, Sophia By Ebony M Manion
1551.    Manning, Omarion By Earlasha Jordan
1552.    Manns, Jazyier By Jueleah Denise Williams
1553.    Manuel, Amari By Ronisha Lajoyce Crosley
1554.    Mapu-Mathews, Alijah By Cynthia Mapu-Mathews
1555.    Marchall, Nariah By Chanarae Marchall
1556.    Marchall, Nylah By Chanarae Marchall
1557.    Mariah, Savannah By Alisha Robinson
1558.    Marman, Devon Jr. By Jt
1559.    Marquis, Deshon By Linila Deyani Melinda
1560.    Marshall, Jevon By Jeannae Franks
1561.    Marshall, King Royalty Jr. By Yolanda Lashay Marshall
1562.    Marshall, Ri'johnae By Charmaine Marie Broussard
1563.    Marshall, Richard By Charmaine M Broussard
1564.    Marshall, Rinia Z By Charmaine M Broussard
1565.    Martin, Achilleus By Gladys A Peacock
1566.    Martin, Jakai By Marilyn Taylor
1567.    Martin, Jasmeen By Tiffany Allen
1568.    Martin, Jyairrah By Marilyn Taylor
1569.    Martin, Madison By Brenda Joyce Brown
1570.    Martin, Qumari By Qumari T Martin
1571.    Martin-, Richard Taylor By Kristina M Martin
1572.    Masina, Donntae By Sophia Chung Masina

1573.    Mason, Tutankhamun By Latisa Marie Brooks
1574.    Mata'u, Jennifer J By Vaisuli D Matau
1575.    Matau, Jennifer Gardella By Michael S Matau
1576.    Matau, Vaisuli By
1577.    Mateos, Bryan T Jr. By Bryan Mateos
1578.    Mateos, Bryan T Jr. By Bryan Mateos
1579.    Mateos, Isabel By Bryan Mateos
1580.    Mateos, Tuututulaki A By Bryan Mateos
1581.    Mathis, Alexis Jr. By Antonette A. Ivy
1582.    Matlock, Nautica By Jt
1583.    Matthews, Akhir K. By Karen P Matthews
1584.    Matthews, Janai By
1585.    Matthews, Jimmie E By Jimmie E Matthews
1586.    Matthews, Jimmie Iii By
1587.    Matthews, Jimmieya By
1588.    Matthews, Kadir O. By Karen P Matthews
1589.    Matthews, Kaniyah By
1590.    Matthews, Keith By Cordelia Felicia Hampton
1591.    Matthews, Mallyah By
1592.    Matthews, Nasim F. By Karen P Matthews
1593.    Matus, Benjamin By Veronica Rose Perez
1594.    Matus, Fabian By Veronica Rose Perez
1595.    Mauldin, Maurenzo L By Sharwanna M Williams
1596.    Mauldin, Maurice G Jr. By Sharwanna M Williams
1597.    Mayberry, James By Meghan Michelle Marman
1598.    Mayes, Destiny By
1599.    Mayfield, Daejon By Davina R Countee
1600.    Mayfield, Deonna By Davina Countee
1601.    Mayfield, Lorenzo F By Niamia Lamar Wagner
1602.    Mayfield, Mariah O By Niamia Lamar Wagner
1603.    Mayfield, Mikayla By Zulaika Mayfield
1604.    Mays, Destiny By Shirley Marie Adams
1605.    Mays, Dunte By Alise Minor
1606.    Mc Daniel, Laila By Ja Marr Le James Mc Daniel
1607.    Mccalpin, Crishay By Jt
1608.    Mcclinton, Rasani By Regina B Moseley
1609.    Mcconico, Ke'monte By Shamika Kenmona Jones
1610.    Mccoy, Uziah By Valerie Victoria Hendricks
1611.    Mccree, Darius Jr. By
1612.    Mccree, Keyonie Leaea By
1613.    Mccree, Laniyah Leaea By

1614.    Mccree, Nevaeh Leaea By
1615.    Mcdaniel, Laila A By Jamarr L Mcdaniel
1616.    Mcdaniel, Leah By Jamarr Le James Mc Daniel
1617.    Mcdaniel, Onyx By Carrie Elizabeth Smith
1618.    Mcdonald, Gerald Jr. By Gerald Jamer Mcdonald
1619.    Mcdonald, Jordan By
1620.    Mcdowell, Amoria By Ahja Powell
1621.    Mcdowell, Ch'nique By
1622.    Mcdowell, Johnte Jr. By
1623.    Mcdowell, Kamiyah By Brandese Unique Silas
1624.    Mcdowell, Kyley J By Al'jirea C Williams
1625.    Mcdowell, Miracle By Janae L Helton
1626.    Mcdowell, Syncere By Leniyah Collins
1627.    Mcdowell, Zoey By Zoey Mcdowell
1628.    Mcduffie, Monteyah By Latoi Vermell Travis
1629.    Mcghee, Jordan By Pamela Breaux
1630.    Mcghee, Orase Iii By Pamela Marie Breaux
1631.    Mcgilberry, Lionel Iii By Lanesha Lewis
1632.    Mcguire, Zion By Angelique Mcguire
1633.    Mckinnon, Leilani By Stacy Hermain Stewart
1634.    Mclain, Damiyan By Kelley R Lewis
1635.    Mclin, Damiyan By Kelley R Lewis
1636.    Meadors, Sanya By Shanika Natrese Bell
1637.    Medley, Alyssa By Jt
1638.    Mehki, Heckard Gabriel By Pinkston N Maika
1639.    Mejia, Jones Jordan By Letitia M Jones
1640.    Mendez, Daniel Ii By Maxine Mitchell-Guardian
1641.    Meredith, Phillip By Gina Balestrieri
1642.    Merritt, Aleena By
1643.    Merritt, Randy Jr. By
1644.    Miles, Damien By Damiana Lige
1645.    Miles, Da'mya By Damiana Lige
1646.    Miles, Elijah By Ashley Ballard
1647.    Miller, Ahmani By
1648.    Miller, Isiah By Treniece White
1649.    Miller, Khumar By Faleteine L Bell
1650.    Miller, Marcellus Major By Mercedes Winnfield
1651.    Miller, Omari S. A. By Crystal N/A Coatsmiller
1652.    Miller, Shamar By Treniece White
1653.    Miller, Tania By Dwight Marcus Brown
1654.    Miller, Taniah By Faleteine L Bell

1655.    Miller, Wayman By Faleteine L Bell
1656.    Milligan, Kiewonn By Armissa Milligan
1657.    Mills, Odessa By Marcellus Lee Mills
1658.    Milton, Jalyn By
1659.    Mims, Ja'mill By Shaunte Nicole Johnson
1660.    Minor, Aaron By
1661.    Minor, Sa'myah By Samuel Minor
1662.    Mitchell, Azmir E By Lalinda M Benson
1663.    Mitchell, Brittani C By Yvette R Dyson-Mitchell
1664.    Mitchell, Isaac By Erica Mitchell
1665.    Mitchell, Ke'ion By Kechette Lavette Walls
1666.    Mitchell, Keion N. By Kechette L Walls
1667.    Mitchell, Nevaeh By
1668.    Mixon, Demauriae L Jr. By Tasheanna Christy Johnson
1669.    Mixon, Ja'leyah By
1670.    Mixon, Jason By Simone Morton
1671.    Mixon, Jerry Jr. By
1672.    Moore, Amira R By Monroe None Adrianna
1673.    Moore, Brooklyn By
1674.    Moore, Deoaceria (?) By
1675.    Moore, Deoaunta By
1676.    Moore, Egypt By Monroe None Adrianna
1677.    Moore, Iii Kenneth By Kenneth R Moore
1678.    Moore, Infinity By Velma C Moore
1679.    Moore, Kaiya By Kenneth R Moore
1680.    Moore, Kamani By
1681.    Moore, Kaylani R By Kenneth R Moore
1682.    Moore, Khaleesi By Kenneth R Moore
1683.    Moore, Kimaya By Kenneth R Moore
1684.    Moore, Lamarion By
1685.    Moore, Laniyah M By Shenisha M Williams
1686.    Moore, Loyal By
1687.    Moore, Victor By Chanel J Mc Laurin
1688.    Morales, Damian By Siai Carol Faataui-Morales
1689.    Morales, Leticia By Siai Carol Faataui-Morales
1690.    Morgan, Jayden By Christina A Brown
1691.    Morris, Jade N By Mieshal Henry
1692.    Morris, Tavaris Jovan Jr. By Tavaris Jovan Morris
1693.    Moss, Pierre By Yolanda Lashay Marshall
1694.    Mouton, Sicily By
1695.    Mouton, Siena By

1696.  Mouton, Sydney By
1697.  Mozeke, Ja'ni By Patsy Candley
1698.  Mozeke, Tre'mayne By Patsy Candley
1699.  Muhammad, Ahmad By Jt
1700.  Muhammad, Aisha By Lejeannia Richardson
1701.  Muhammad, Akhira By Tahira Marjani Lester
1702.  Muhammad, Alesha Razia By Catherine Muhammad
1703.  Muhammad, Aliyah By Amili Harrison
1704.  Muhammad, Amila By Amili Harrison
1705.  Muhammad, Aminah By Shimetha Rashawn Joseph
1706.  Muhammad, Amir By
1707.  Muhammad, Aryssa By Catherine Muhammad
1708.  Muhammad, Asa By Shimetha Rashawn Joseph
1709.  Muhammad, Azeem By
1710.  Muhammad, Aziz By Amili Harrison
1711.  Muhammad, Bilal By Rahima Muhammad
1712.  Muhammad, Elyasan By Tynnetta Salaman Muhammad
1713.  Muhammad, Emia By Linda Byrd
1714.  Muhammad, Fathiyah S By Sati Samad
1715.  Muhammad, Fatimah S By
1716.  Muhammad, Hakeem By Akida Goma Harrison
1717.  Muhammad, Jaseenah By Juma Byrd
1718.  Muhammad, Jasir By Juma Byrd
1719.  Muhammad, Jennah By Juma Byrd
1720.  Muhammad, Kamilah M By Ona Watley
1721.  Muhammad, Khalipha By
1722.  Muhammad, Mariyah By
1723.  Muhammad, Mateen By Victoria Lanore Muhammad
1724.  Muhammad, Messiah By Linda Felicia Muhammad
1725.  Muhammad, Nafi By
1726.  Muhammad, Naim By Lynette Owens-Muhammad
1727.  Muhammad, Saadiq By Erica Muhammad
1728.  Muhammad, Sharieff By Lejeannia Richardson
1729.  Muhammad, Torah By Linda Felicia Muhammad
1730.  Muhammad, Y'hoshua By Erica Muhammad
1731.  Muhammad, Zahir By
1732.  Mwaniki, Jada By
1733.  Myron, Kelley Iii By Rose Marie Sims
1734.  Nalls, Jaden By
1735.  Nalls, Kalil By
1736.  Naomi, Cain By Tyleena M Patton

1737.    Neal, Harmonie R/C J. By Chaeron L Westry
1738.    Neal, Michaela. By Mandisa L.S. Brooks
1739.    Neely, Maijor By Tarian Latasha Garner
1740.    Nelson, Aaliyah By Aaliyah L Nelson
1741.    Nelson, Andreya By Jt
1742.    Nelson, Derrick By Derrick J Nelson
1743.    Nelson, Frederick Andre Jr. By Latasha
1744.    Nelson, Kelis By Shimetha Rashawn Joseph
1745.    Nelson, Paris By Andrea Smith
1746.    Nelson, Promise L.D By Crystal M Besant
1747.    Nelson, Promise By Crystal Besant
1748.    Nelson, Teressa By Catina Hopkins
1749.    Nevaeh, B Reed By Erica N/A Matthews
1750.    Nevaeh, Fuimaono By Bridget Badasow
1751.    Newton, Jai R'nyi By Latondra Poplar
1752.    Newton, Ronnie Jr. By Kimonya Santosha Scott
1753.    Ngumezi, Malik By Tenisha Frazier
1754.    Nguyen, Vy Hoang By Anh Xuan Nguyen
1755.    Nicholas, Jason Jr. By Deanna Eliza Rattler
1756.    Nickerson, Carielle K By Stephanie Faye Roberson
1757.    Nigel, Burris By Damon A Burris
1758.    Norbert, Aubbie'yon By Aubanie Barnes
1759.    Nuqui, Alexander By Jt
1760.    Nuqui, Allan M Jr. By Jt
1761.    Oberes, Charles By Charles Julian Oberes
1762.    Oberste-James, Alma Rose By Jasmine Oberste
1763.    Ogans, Cayden Allen Jr. By Craig Allen Ogans
1764.    Oliver, Gabrielle By Alexander Lonnie Oliver
1765.    Oliver, Hezekiah By Anne Valerie Taylor
1766.    Oliver, Ja'mari By Maurice Charles Oliver
1767.    Oliver, Maurice By Maurice Charles Oliver
1768.    Oliver, Maximus By Alexander Lonnie Oliver
1769.    Oliver, Miles By Alexander Lonnie Oliver
1770.    Oliver, Olivia By Anne Valerie Taylor
1771.    Ollie, Kylon-Lee C By Christina V Ollie
1772.    Omar, D Blanco By Nichlous A Carter
1773.    Oneal, Jade By Tabrela Wilson
1774.    Oneal, Lena By Tabrela Wilson
1775.    O'neal, Jade By Mandon Isaiah O'neal
1776.    O'neal, Lena By
1777.    O'neal, Skye Marie By Aaliyah Javae Mercedes O'neal

1778.    Orcino Mabunga, Dylan By Don Reyes Mabunga
1779.    Oriabure, Osereme By Cienesha Young
1780.    Orjel, Dakota M By Nicole A Williams
1781.    Orukari, Naasir By Debonne Nelson
1782.    Otis, Anthony A By Mildred V Otis
1783.    Otis, Lumont Jr. By Candice S Pierson
1784.    Oyobio, Devontae By Latànya Trease Bradford
1785.    Ozan, Carlos Jr. By
1786.    Ozan, Diamond By Carlos Antwion Ozan
1787.    Pace, Jamaya By Tasha T Spencer
1788.    Pace, James Iv By Tasha T Spencer
1789.    Palakiko-Garcia, Kamea By Brittney Lemons
1790.    Palomares, Mariana By Lashawnda Lucille Mongi
1791.    Palomares, Ruben By Lashawnda Lucille Mongi
1792.    Pardue-Bishop, Isaiah By Sharron L Watts
1793.    Pardue-Bishop, Nia By Sharron L Watts
1794.    Paris, Willis By Mieisha Fay Thompson
1795.    Parish, Kei Marques By Natasha Crosley
1796.    Parker, Caleb T By Heshima A Hardy
1797.    Parker, Calvin J. By Patricia A. Clements
1798.    Parker, Dante By Shakarri D Parker
1799.    Parker, Marzette By Shannon Hill
1800.    Parker-Garrett, Viante By Lottie Titus
1801.    Parks, Cheyenne M By Charles O Lewis
1802.    Pasene, Jada A By Justin J Pasene
1803.    Patterson, Jeremiah By Carolena Ann Williams
1804.    Patton, Khloe By James D Barnes
1805.    Patton, Sha'mykel By
1806.    Pearson-Shaw, Davonte By
1807.    Pelesauma, Aaliyah By Michelle Brezeale
1808.    Pelesauma, Jefferey By Michelle R Brezeale
1809.    Pelesauma, Jeremiah By Michelle Brezeale
1810.    Pennie, Lamont By Nikisha H.S. Glasper
1811.    Pennie, Lance By Nikisha H.S. Glasper
1812.    Pennie, Landon By Nikisha H.S. Glasper
1813.    Pennix, Liberty By Ceyante Pennix
1814.    Perkins, Damani By Rabihah T Riles
1815.    Perkins, Emaya By Vincena Whitaker
1816.    Perkins, Eriana By Vincena Whitaker
1817.    Perkins, Erik D By Vanessa Monee Brown
1818.    Perkins, Sincere By Charon Renee' Mc Elroy

1819.    Perry, Aaliyah I By Antonae Robertson Antonae
1820.    Perry, Alexys Dior By Antonae Robertson Antonae
1821.    Perry, Khali Simone By Antonae Robertson Antonae
1822.    Perry, Marrissa S By Diana I Cotton
1823.    Perry., Janiya R By Tiffany N Lucas
1824.    Perryman, Charlotte By Dorethy Taylor
1825.    Perryman, Elijah By Dorethy Taylor
1826.    Peters, Leander By Tammie Lavette Gibson
1827.    Peterson, Damia By Artrice Shanise Turner
1828.    Phillips, Chloe M.T By Tarian Latasha Garner
1829.    Phillips, Justyce R. By Tarian Latasha Garner
1830.    Phillips, Raine G. By Tarian Latasha Garner
1831.    Phillips, Zoe Brezina Opel By Tarian Latasha Garner
1832.    Pickett, Marcel By Kashia Dominque
1833.    Picot, Aniyah By Angelique Picot
1834.    Pierce, Genesis W By Dominique M Poole
1835.    Pierce, Geneva M By Dominique M Poole
1836.    Pierce, Genevieve B By Dominique M Poole
1837.    Pierce, Joy E. By
1838.    Pierce, Lillie By Caleb Gabriel Pierce
1839.    Pina, Kai By Karina Pina
1840.    Pinkston, Mariah By Loretta Louise Ennon
1841.    Pitney, Ta'siyah By Akila Canton
1842.    Pittman, Janiya Call By
1843.    Pittman, Saniya Call By
1844.    Polk, Leilah By Faida Caldwell
1845.    Pon, Peter By Angelina Rovetti
1846.    Poole, Kailee By Kaire M Poole
1847.    Poole, Kairo By Kaire M Poole
1848.    Porche, Imye By Kyndra
1849.    Porter, Iliyah By Tierra S Cummings
1850.    Porter, Taryell Jr. By Catina M Heslip
1851.    Porter, Jr. By M Heslip Catina
1852.    Powell, Ayanna By Melvin Powell
1853.    Powell, Deshon Jr. By
1854.    Powell, Gabriella By Tyshae Powell
1855.    Powell, Ignacio By John Edward Powell
1856.    Powell, Ja'lea By Shantel Gardner
1857.    Powell, Ja'mya By Shantel Gardner
1858.    Powell, Janae By John Edward Powell
1859.    Powell, John E. D. By John E Powell

1860.    Powell, John Jr. By John Edward Powell
1861.    Powell, Kelis By Shierickea Andreana White
1862.    Powell, Khaiaira By Shierickea White
1863.    Powell, Kiara By Jt
1864.    Powell, Maleehah By Melvin Powell
1865.    Powell, Maliek By Melvin Powell
1866.    Powell, Maliyah By Tianna Elaine Johnson
1867.    Powell, Montae By Melvin Powell
1868.    Powell, Nathan By Nicole Powell
1869.    Pratt, Jahfari By Herman Pratt
1870.    Pratt, Jahzara By Herman Pratt
1871.    Pratt, Jonathan Jr. By Vandercourt V Victoria
1872.    Presley, Cinae' By Tanae Sharie Colbert
1873.    Presley, Chad Iii By Tanae Sharie Colbert
1874.    Preston, Rasiah By Rashad Preston
1875.    Price, Ariel By Kenya Rochelle Washington
1876.    Price, Kali D By Vandercourt V Victoria
1877.    Price, Loriel By Loria Ann Price
1878.    Price., Loriel K By Loria Ann Price
1879.    Primus, Samiyah By Sherri Ross
1880.    Prince, Passion N By Donnissa Aprilynn Richardson
1881.    Pugh, Samaria By Jt
1882.    Pushia, David Jr. By
1883.    Qumari, Martin By Qumari T Martin
1884.    Rahel, M. Yonas By Netsanet G Abraha
1885.    Ram, Leonard By Evelyn Ram
1886.    Ramirez, Jose Mateo By Vida Nayeli Ramirez
1887.    Ramirez-Herrera, Solina Ameyali By
1888.    Randle, Tyler By Deebony L Smith
1889.    Randy, Brewster By
1890.    Ray, Anthony By Inita
1891.    Ray, Michael By
1892.    Rayford, Timia By Timothy Sean Rayford
1893.    Rayford, Timothy Jr. By Timothy Sean Rayford
1894.    Rebollini, Giovanni A By David A Rebollini
1895.    Recio, Alcide Jr. By Patricia Recio
1896.    Recio, Almauri By Patricia Recio
1897.    Reddic, Brooklyn By Kindred Ross
1898.    Redmond, Donovan By Eleisha Redmond
1899.    Redmond, Nahla By Tamika Laura Knight
1900.    Reed, Brianna Nevaeh By Erica Matthews

1901.    Reed, Da'veon By Bernadine Riley
1902.    Reed, Javian By Atolya Loggins
1903.    Reed, Jaya By Marquesia Seymore
1904.    Reed, Jovan By
1905.    Reed, Khali By Natasha Marie Pulliam
1906.    Reed, Leila By Natasha Marie Pulliam
1907.    Reed, Nevaeh By Damillion Willamson
1908.    Reed, Raina By Natasha Marie Pulliam
1909.    Reed, Raina By Natasha M. Pulliam
1910.    Reed, Rashaan Jr. By Natasha Marie Pulliam
1911.    Reese, Mordecai Jr. By Mordecai Reese
1912.    Reid, Royalty By Shade Taccore Hughes
1913.    Relishea, Johnson By Yulishea Sweet Lester
1914.    Reynolds, Deshanti By Shamika Tene Branner
1915.    Reynolds, Isaiah By
1916.    Reynolds, Ja'nyia By Jazzlynn Samuel
1917.    Reynolds, Savannan By Shamika Tene Branner
1918.    Reynolds, Sedric By Tina Marie Owens
1919.    Rhodes, Sariyah By
1920.    Richardson, Marijewel By Jn
1921.    Richardson, Prynce Don By Latissa Dolores Manigo
1922.    Richson, Deovonnie By Adina L Gulley
1923.    Ricks-Gaines, Zion S By Charmaine - Williams
1924.    Ridout, Ramiya By Ricole Sharnelle Tige
1925.    Ridout, Raniya S By Ricole Sharnelle Tige
1926.    Riles, Rasheed Jr. By Rasheed Saleem Riles
1927.    Riles, Savannah By Rasheed Saleem Riles
1928.    Roberson, Jayvion By Jueleah Denise Williams
1929.    Roberson, Sarina By Karima Tinsley
1930.    Robertson, Seth Enos Jr. By
1931.    Robinson, Amari By Acquilla E Tijerino
1932.    Robinson, Chase By Raevyn D Robinson
1933.    Robinson, Chyna By Patricia Madina Rivers
1934.    Robinson, Cidney By Raevyn D Robinson
1935.    Robinson, Destiny By Kennisha J Ginn
1936.    Robinson, Kai'vey M By Roshon A Murray
1937.    Robinson, Kamaya By Shantia Marie Mack
1938.    Robinson, Kenessa By
1939.    Robinson, Michel By Kevin Lee Robinson
1940.    Robinson, Nalah By
1941.    Robinson, Nasia By

1942.    Robinson, Nigel By
1943.    Robinson, Nikko By
1944.    Robinson, Ton'jia L. By Sharell M Reed
1945.    Robinson, Ty'trevion By Aretha Robinson
1946.    Robinson-Seastrunk, Shanise By Shuncey Darie Robinson
1947.    Robison, Dyaer By Dolores Lynal Williams
1948.    Robison, Dyer D By Dolores L Williams
1949.    Rocha, Jovanni J By Ievrin Na Orozco
1950.    Rochell, Bre'yan By
1951.    Rochell, Damyan Jr. By Adriane Garvin
1952.    Rochell, Dejon By Adriane Garvin
1953.    Rodriguez, Angelo By Jennifer Careen Salcedo
1954.    Rogers, By Johnie Ray Rogers
1955.    Rollins, Terrell L By Shareta L Allen
1956.    Rollins, Terrion D By Shareta L Allen
1957.    Romero, Caleb Isai By Anielka Romero-Mejia
1958.    Romero, Diamonte By Taneika Janae Jones
1959.    Romero, Matthew Alessandro By Anielka Romero-Mejia
1960.    Ropeti, Faiva By Eseta Fau Paopao
1961.    Rosie, Mitchell M By Joseph L Kaulave
1962.    Ross, Dupre Jr. By Diamond De'mone-Dorothy Davis
1963.    Ross, King E By Debra Williams Ross
1964.    Ross, Vernon M By Vernon C Gaines
1965.    Roth, Wyatt By
1966.    Rubin, Adan L By Dennis A Fidelino
1967.    Rudolph, Kemondre By Kimberly Washington
1968.    Rudolph, Kemonte By Kimberly Jemela Washington
1969.    Rudolph, Xzavier Lorenzo By
1970.    Ruiz Mejia, David By Anielka Romero-Mejia
1971.    Ruiz Mejia, Nahomi By Anielka Romero-Mejia
1972.    Rupan-Tompkins, Mizan By Raphael Tompkins
1973.    Rupan-Tompkins, Namaz By Raphael Tompkins
1974.    Rupan-Tompkins, Surah By Raphael Tompkins
1975.    Russell-Foreman, Samaria By
1976.    Ryan, Cheyenne By Charles Marcel Ryan
1977.    Ryan, Miyani By Doriell Smith
1978.    Sagote, Seu E By Faapito A Sagote
1979.    Sagote, Sialele E By Tiffany N Sagote
1980.    Sailors, Erica By Tasha Johnson
1981.    Sailors, Queen-Egypt R By Foteche S Major
1982.    Salvador, Harlem By Mya C Sullivan

1983.    Salvador, Santana By Mya C Sullivan
1984.    Sampson, Younger By
1985.    San Miguel, Antonio By Rhayna R Jones-San Miguel
1986.    Sanders, Armani By
1987.    Satele Alberty, Zachariah By Jocelyn Asomuamua Satele
1988.    Saulny, Andrea By
1989.    Saulny-Green, Ja'vion By Denae Elyse Green
1990.    Saulny-Green, Maurice By Callie Green
1991.    Saulny-Green, Rei'elle By Denae E Green
1992.    Saulny-Green, Robert By Callie Green
1993.    Savannah, Alisha By Alisha Robinson
1994.    Savannah, Mariah By
1995.    Scales, Genesis By
1996.    Scales, Mackenlee By Darrelle Scales
1997.    Scott, Laiona G. By Bernardine N/A Brown
1998.    Scott-Lewis, Jade By Quantay J Lewis
1999.    Session, Iman Jr. By Lakeda Tims
2000.    Session, Taraji By Jalena Marie Wright
2001.    Seymore, Makhi By Kashina Garner
2002.    Seymore, Nia'amor By Dillard L Shanisha
2003.    Seymore, Seymore By
2004.    Shackleford-Cooper, Deasjmanyhke By Jasmine Butler
2005.    Shambray, Gemirr By Larita Michelle Shambray Robinson
2006.    Shambray Evans, Amiya By Larita Michelle Shambray Robinson
2007.    Shambray Evans, Ja'niya By Larita Michelle Shambray Robinson
2008.    Shambray Hendrix, Reygan By La Shanda La Juan Shambray Lewis
2009.    Shambray Jones, Reniya By La Shanda La Juan Shambray Lewis
2010.    Sharp, Akeelah By Juanita Price
2011.    Sharp, Miyah By Juanita Price
2012.    Shaw, Dameon By Tiana Shaw
2013.    Shaw, Damondre By Tiana Shaw
2014.    Shaw, Davonte By Tiana Shaw
2015.    Shaw, Deashawn By Tiana Shaw
2016.    Shaw, Lonaii By London Raymon Shaw
2017.    Shaw, Taylor By James C Jones
2018.    Shelton, Ceyonie By Ceyante Pennix
2019.    Shepard-Dorsey, Zhariyah By
2020.    Shepherd, Christen By La Tori Turner
2021.    Sherbal, Antoine By Shareta L Allen
2022.    Shick, Keith Jr. By Keith Richard Shick
2023.    Shields, Bobbi R By Ericka Shields

2024. Short, Chanyla By Charlena Odhams
2025. Silva, Caia Felecia By Cirilo N/A Silva
2026. Silva, Cirilo Iv By Cirilo N/A Silva
2027. Silva, Janae Ciara By Cirilo N/A Silva
2028. Simmons, Demariyae C By Annette M Barber
2029. Simms, Alona J By Adam Simms
2030. Simms, Ava By Robert Simms
2031. Simms, Carmello By Carmello Frances Simms
2032. Simms, Cruz By Robert Simms
2033. Simms, Taina By Robert Simms
2034. Simon, Joshua By Ronda Simpson
2035. Simpson, Taleah M By Danielle A Tillery
2036. Simpson-Tautua, Jason By Cynthia Mapu-Mathews
2037. Simpson-Tautua, P-K Jason By Cynthia Mapu-Mathews Mapu
2038. Sims, Kayden By Steven Sims
2039. Sims, Lily R By Lashawn P Raybon
2040. Sims V, Jeremiah By Jeremiah Sims Iv
2041. Sincere, Perkins By Charon Renee Mc Elroy
2042. Sincere, Travis By Tiffany S William
2043. Singh, Shalvin By Evelyn Ram
2044. Singleton, Brielle A By Ashley J Singleton
2045. Singleton, Gabriel D. By Carmen D Singleton
2046. Singleton, Milan D By Ashley J Singleton
2047. Skinner, Kenndi By Corey Skinner
2048. Slaughter-Coleman, Jordan J By Ari M Coleman
2049. Sloan, Ahmari R. L. By Malaysia P Wallace
2050. Smalling, Maurice Jr. By Tameca E Smalling
2051. Smith, Aaliyah I By Harold Smith
2052. Smith, Amir By Jt
2053. Smith, Anaya By Krystle A Smith
2054. Smith, Aria By Araina Smith
2055. Smith, Aric-Benjamin By Araina Smith
2056. Smith, Ashanti By Tianna Elaine Johnson
2057. Smith, Azia By Krystle A Smith
2058. Smith, Brianna C By Danielle D Taylor
2059. Smith, Elaysha By Krystle A Smith
2060. Smith, Jaheim By Cloia Jean Smith
2061. Smith, Jaheim I By Harold Smith
2062. Smith, Ja'shoun By
2063. Smith, Kelis J By Harold Smith
2064. Smith, Kimora By Carrie Elizabeth Smith

2065.    Smith, Mehki By Doriell Smith
2066.    Smith, Michael D By Monica M Hoskins
2067.    Smith, Quincy By Lashanda Smith
2068.    Smith, Serena By Adrienne Ann Pickens
2069.    Smith, Skylar P By Nghia I Twine
2070.    Smith, Smith I By Harold Smith
2071.    Smith, Zion I By Harold Smith
2072.    Smith, Zion E By Emanuel M Smith
2073.    Sneed, Nevaeh By Alise Minor
2074.    Sokimi, Nicholas By Christina V Kuresa-Sokimi
2075.    Sokimi, Orepa By Christina V Kuresa-Sokimi
2076.    Sokimi, Othaliah By Christina V Kuresa-Sokimi
2077.    Solofa-Fatu, Jordan By Bridget Badasow
2078.    Solofa-Fatu, Manaia By Bridget Badasow
2079.    Sonza, Rex By Kelli Earline Martin
2080.    Spain, Carter By
2081.    Spain, Cy'anna By
2082.    Spain, Cyanna By Cynthia A Sauceda
2083.    Spears, Amari By Anthony Alfred Spears
2084.    Spears, Amier By Anthony Alfred Spears
2085.    Spears, Aniyah By
2086.    Spears, Shelia By Anthony Alfred Spears
2087.    Spicer, Theron By
2088.    Spicey, Nicholas By Antoinique Forbes
2089.    Springfield-Talley, Reynardo By Antionay Springfield-Talley
2090.    Spruell, Shaniya By Sharifa B Jones
2091.    Spruell, Kwanma Jr. By Lakesha L Ryan
2092.    Starks, Justin By Lashea A Russell
2093.    Starr, Kaleb By Esther L Starr
2094.    Statham, Mckaela By Salene Statham
2095.    Stephen, Feliciana By Stephan Marcell Feliciana
2096.    Stephens, Emani By Whitley Jasmine
2097.    Stephens, Emiya By Whitley Jasmine
2098.    Stephens, Vonte By Porsche Nicole Grimes
2099.    Stern, Arion By Abreeon Lynch
2100.    Stern, Faith By Ceyante Pennix
2101.    Stevens, Ja'veah By Kellisha Elizabeth Magee
2102.    Storelli, Thomas By
2103.    Strom, Lanecia By
2104.    Stuart, Anthony By Carlisa Myra James
2105.    Sturdivant, Micheal By Tianna Elaine Johnson

2106. Stutts, Kennedy M By Andre M Stutts
2107. Stutts, Zuri A By Andre M Stutts
2108. Suber, Shannon By Yahminah Suber
2109. Suber, Sharif By Yahminah Suber
2110. Sullivan, Nylah By
2111. Sullivan, Saniah By Cheryl Miller
2112. Sunga, Kaileah By Shierickea Andreanna White
2113. Sunga, Kaison By Shierickea Andreanna White
2114. Swann, Avion By Avinn Bruce Swann
2115. Sweet, Imhotep L By Keisha L Brown
2116. Swinson, Masherrod By Veraniece Sutton
2117. Taeotui, Jodie By Mollie Nicole Siolo
2118. Tagaloa, Corrinsea By Sam Tagaloa
2119. Tagaloa, G'ahni By Nicole Aladrian Carroll
2120. Tagaloa, Keely By Sam Tagaloa
2121. Tagalu, Zion By Kaisarena Lealofi Lesa
2122. Talley, Reynardo Springfield By Antionay Talley
2123. Tamiyah, Scott By Coffee Latrice Latrice
2124. Tanner, Aniya By Tyshae Powell
2125. Tarlesson, Jamontez By Shalice M Otis
2126. Tatum, Cachey L. By Claudia L. Tatum
2127. Tatum, Kharee By Nicole V Grant
2128. Tauai-Chiang, Sydney Christine By Christine P Tauai
2129. Tautua, Brianna K By Rachel P Thompson-Tautua
2130. Tautua, Noah J By Rachel P Thompson-Tautua
2131. Taybron, Marquesha K By Moieshay L Lane
2132. Taylor, Clifton Call By
2133. Taylor, Darryl Jr. By Patsy Candley
2134. Taylor, Divine S By Mark P Taylor
2135. Taylor, Ja'shaun Kylie'reign By Chynah D Burge
2136. Taylor, Ja'shawn By Chynah Burge
2137. Taylor, Ka'mari Joubert By Sanders Sherry
2138. Taylor, Kenneth L Jr. By Lake C Malika
2139. Taylor, Martin Richard By Kristina Michele Martin
2140. Taylor, Paige S By Rashad A Owens
2141. Taylor-White, Lornell By Estoshia White-Butler
2142. Tea, Ainalani By
2143. Tea, Blessings By
2144. Telfor, Emaurie By
2145. Terilyn, Evans Jr. By Traci E Evans
2146. Terrell, Cecil By Shani Harrison

2147.    Terrell, Drew By
2148.    Terrill, Neal Cain By Terrill N Cain
2149.    Thebpanya, Yasalyn A By Phongsavanh A Thebpanya
2150.    Thebpanya, Yoshi M By Phongsavanh A Thebpanya
2151.    Thomas, Bella By Krystle A Smith
2152.    Thomas, Donald Iii By Shinette Marie Thomas
2153.    Thomas, Jordan L. C. By Nicole A Joe
2154.    Thomas, Josiah By Cindy Dione Pierce
2155.    Thomas, Kachelle By Kachelle D Henry
2156.    Thomas, Kenyon By Kachelle D Henry
2157.    Thomas, Pierce Riley By Taneshia Miller
2158.    Thomas, Talia M By Nicole A Joe
2159.    Thomas-Marshall, Omarion By Tiffany Russell
2160.    Thomasson, Alana S By Leon J Thomasson
2161.    Thomasson, Aluna By
2162.    Thomasson, Shaniah S. L. By Leon J Thomasson
2163.    Thompson, Anthony L By Tanya A Nunley
2164.    Thompson, Derrico By Zipporah Hall- Mom-
2165.    Thompson, E'liyah T By Tanya A Nunley
2166.    Thompson, Leonte By Jada Walker
2167.    Thompson, Miracle By
2168.    Thompson, Rodrick Jr. By Charlesetta None Burks
2169.    Thompson, Piper By
2170.    Thompson, Rodrick Jr. By Charlesetta Burks
2171.    Thorne, Carson By Natasha Kendrick
2172.    Thornton-Close, Waverly By Lauren Laree Weston
2173.    Threets, Jesiah D By Gregory D Lawrence Sr.
2174.    Threets, Sarae C By Gregory D Lawrence Sr.
2175.    Tiger, Aysia J By Teanisha C Hudson
2176.    Tiger, Sean S By Sheila S Grier
2177.    Tiller, Jayla By
2178.    Tillman, Triumph By Maya D Washington
2179.    Tinsley-Powell, Ashanti By
2180.    Tobias, Emiko By Eddie Tobias
2181.    Tobie, Devon G By Tobie L Delvin
2182.    Tofaeono, Ailaomaletagataola By Luis Tofaeono
2183.    Tofaeono, Brilin By Luis Tofaeono
2184.    Tofaeono, Chase By Corrinna Loivao Tasi
2185.    Tofaeono, Fegauiaiolealofa By Luis Tofaeono
2186.    Tofaeono, Japheth By Corrinna Loivao Tofaeono
2187.    Tofaeono, Jason By Corrinna Loivao Tasi

2188.    Tofaeono, Jeremiah By Luis Tofaeono
2189.    Tofaeono, Judah By Jeremiah Eneliko Tofaeono
2190.    Tofaeono, Julius By Jeremiah Eneliko Tofaeono
2191.    Tofaeono, Lucas By Patrick Tofiso'o Tofaeono
2192.    Tofaeono, Tofiso'o By Patrick Tofiso'o Tofaeono
2193.    Tolbert, Demari C By Chris N Tolbert
2194.    Tolliver, Maniya By Dakari M Warren
2195.    Tonga, Fuli M By Ologa Siolo Malolo
2196.    Torres-Scott, Miyanna B By Paul E Scott Jr.
2197.    Toussant, Zaki Aa By Ashley L Austin
2198.    Travis, Amir By Anthony Travis
2199.    Travis, Anicia By Anthony Travis
2200.    Travis, Damarion By Pamela Travis
2201.    Travis, Damariyah By Latoi Vermell Travis
2202.    Travis, Jaden By
2203.    Travis, Jeremiah By
2204.    Travis, Jurnee By
2205.    Travis, Nasir Call By Anthony Travis Jr.
2206.    Travis, Ynvonna By Anthony
2207.    Traylor, Nicolas S By Brandy N King
2208.    Trotter, Jaidyn By Dionne D Jeffery
2209.    Tucker, Deonte By Lyketa Nyree Robinson
2210.    Turner, Jaquan N By Nakeyda K Martin
2211.    Turner, Kenyatta By La Tori Turner
2212.    Turner, Kingston By
2213.    Turner, Ra'niya By De'andra Annette Banks
2214.    Twine, Rae'vyn S. By Edward D Twine
2215.    Tyson, Jacob By
2216.    Tyson, Joe Iii By
2217.    Tyson, Jordan By
2218.    Ubedei, Ka'liyah Hafeeza By
2219.    Ubedei, Keith Aaron By
2220.    Umu, Kimo By Linda C Montoya
2221.    Urbina, Anayah By Adriana N/A Campos
2222.    Urbina, Nyla By Adriana N/A Campos
2223.    Valez, Erianah By Keisha Washington
2224.    Vander, Court-Estrada Mikita By Anita L Vander Court
2225.    Variste, Snow H By Edwayne K Variste
2226.    Vasquez, Giovanni By Vannoy Mccree Ivohn
2227.    Vaughn, Aleyah By Joyce Williams
2228.    Vaughn, Josiah By

2229.    Vaughn, Layla By Joyce Williams
2230.    Vea, Chase By Saniko Siufofogaalofa Togafau
2231.    Vea, Sean'paul By Saniko Siufofogaalofa Togafau
2232.    Velasquez, Jade G By Gustavo Velasquez
2233.    Velasquez, Jefferson A By Gustavo Velasquez
2234.    Villaneuva, Genesis A. By Antonique K Johnson
2235.    Villaneuva, Giselle D. By Antonique K Johnson
2236.    Villeda, Benito By
2237.    Villeda, Pelenia By
2238.    Vines, Paris D By Thomas L Heather
2239.    Vines, Phoenix D By Thomas L Heather
2240.    Vizcarra, Jayson Jr. By Jayson Vizcarra
2241.    Wagner, Aniela By Mario Wagner
2242.    Wagner, Neilan By Mario Wagner
2243.    Wagner, Sumiah By Niamia Lamar Wagner
2244.    Walker, Diamond Arianna Paris By Shene Wells
2245.    Walker, Isaiah M. By Chanelle Marie Dorton
2246.    Walker, Jahda S By Crystal N/A Coatsmiller
2247.    Walker, Janae By
2248.    Walker, Kamani By
2249.    Walker, Michelle By
2250.    Wallace, Avionna By Lildoris Frelot
2251.    Wallace, London Z By Toni D Jefferson
2252.    Walls, Tanisha By
2253.    Walsh, Jayla By Jasmine Collins
2254.    Walters, Mishawwnn By Angela Windom
2255.    Walton, Jamarea M By Valerie L Valerie
2256.    Warren, Darien By Kaaron K Warren
2257.    Warsaw, Lynisa By Kelli Earline Martin
2258.    Washington, Dakari By Dakari Amirah Washington
2259.    Washington, Diallo By Diallo Amiri Washington
2260.    Washington, Errick Jr. By Aisha N Jackson
2261.    Washington, Gulley By Ava Viola Gulley
2262.    Washington, Ilithya D By Marlon D Washington
2263.    Washington, Jade By
2264.    Washington, Janessa A By Jimmy W Washington
2265.    Washington, Jimmie By Jimmie W Washington
2266.    Washington, Jimmy A By Jimmy W Washington
2267.    Washington, Jose W By Jimmy W Washington
2268.    Washington, Ka'layah By Aaliyah Vic'tanya Carroll
2269.    Washington, Keandre By Kimberly Washington

2270.    Washington, Khalil By Kimberly J Washington
2271.    Washington, Khortelle By Brandiss B Barlow
2272.    Washington, Ky'ora B By Brandiss B Barlow
2273.    Washington, Laura E By Jimmy W Washington
2274.    Washington, Sinaii By Brenda J Washington
2275.    Washington, Tia V By Sherina Nicole Criswell
2276.    Washington, Tiarri By Tiffany C Brewster
2277.    Washington, By Stephanie L Dixon
2278.    Washington, By
2279.    Watkins, Amia By Denise L Brown
2280.    Watkins, Ja'niyah Ashonna By Malisha Lane
2281.    Watson, Eizayah R By Kenetta T Hampton
2282.    Watson, Elijah L By Kenetta T Hampton
2283.    Watson, Kamilah By
2284.    Watson, Laniya By Lachelle Lewis
2285.    Watson, Serene-Miracle By Kenetta T Hampton
2286.    Watson, Sirlence Ii By
2287.    Watts, Kamia By Kelvina D Brooks
2288.    Waverly, R. Thornton-Close By Weston L Lauren
2289.    Weathersby, Adriel J By Ramona M Weathersby
2290.    Weathersby, Uriah R By Ramona M Weathersby
2291.    Webb, Diamond Christina By Franklin M Bonnie
2292.    Webb, Tyson By Tyiesha V Jones
2293.    Webster, Jacob By
2294.    Webster, Jewell By
2295.    Welch, Anthony L By Lalinda M Benson
2296.    Wellington, Ra'niyah By Monica M Hoskins
2297.    Wesley, Amina By Armeka Wesley
2298.    Wesley, Fallon N By Faheem N Wesley
2299.    Wesley, Finesse N By Faheem N Wesley
2300.    Wesley, Matao By Armeka Wesley
2301.    Wesley, Nasir T. By Faheem Nasir Wesley
2302.    West, Edward By Nitosha J Stevenson
2303.    West, Kie'juan By Nitosha J Stevenson
2304.    Westry, Heaven L By Ronnie D Westry
2305.    Westry, Jeremih D By Ronnie D Westry
2306.    Westry, Lanai By Elizabeth Renee Rivera
2307.    Westry, Sade G By Ronnie D Westry
2308.    Whitaker, Javone By Cedric Whitaker
2309.    White, Angel By Melissa Mae White
2310.    White, Ava D. By Dominique S Jones

2311.    White, Cannon Elijah By Alycia M White
2312.    White, Ganique By Dominique S Jones
2313.    White, Isom By Candice Rose Fullwood
2314.    White, Jeremiah By Candace Davina White
2315.    White, Julissa By Melissa Mae White
2316.    White, Lei'lonnee By Andre White
2317.    White, Na'myi By Najee White
2318.    White, Snow By Yolanda Lashay Marshall
2319.    Whitfield, Adeloa By
2320.    Whitfield, Trey By Tamera Arielle Whitfield
2321.    Whitley, Bianca By Roderick Whitley
2322.    Whitley, Dietrich Iii By Latonya Lathen
2323.    Whittenberg, Noel By Crystal Sade Hodges
2324.    Wiggins, Makayla By Latissa Dolores Manigo
2325.    Wilborn, Blessin By Naomia Lanecice Payton
2326.    Wilkins, Jeremiah By Christina Council
2327.    Wilkins, Zechariah By Christina Council
2328.    Wilks, Kailei Z By Chemika D Hollis
2329.    William, Damaya By
2330.    Williams, Aaliyah Williams By Leontine Collins
2331.    Williams, Alasha By Angela Demetrise Williams
2332.    Williams, Caiden M. By Raevyn D Robinson
2333.    Williams, Cherub By Dominique Pascal Williams
2334.    Williams, Deandre By Deborah King
2335.    Williams, Demi By
2336.    Williams, Dennis Jr. By Dennis Charles Williams
2337.    Williams, Derrick Ii By Tasha T Spencer
2338.    Williams, Derricka By Derrick Dewuan Williams Sr
2339.    Williams, Donwuan By Tasha T Spencer
2340.    Williams, Dream By Stephanie Clowette Johnson-Williams
2341.    Williams, Dushay Damian By Dennis Kaye Lockett
2342.    Williams, Fancy By Candice Marie Williams
2343.    Williams, Glais S. By Stephanie Clowette Johnson-Williams
2344.    Williams, I Phillip By Erika L Foots
2345.    Williams, Irie By Dominique Pascal Williams
2346.    Williams, Jabril B By Sharita A Williams
2347.    Williams, Jada By Dominique Springfield
2348.    Williams, Jade L By Alonzo L Williams
2349.    Williams, Jaquain Jr. By Natasha Crosley
2350.    Williams, Jayden T By Britney N Medlock
2351.    Williams, Joquain By Natasha Crosley

2352.    Williams, Karakia L By Sweetie A Williams
2353.    Williams, Katie Joy By Sarah June Thomas
2354.    Williams, Kaysan T By Alonzo L Williams
2355.    Williams, Keith By
2356.    Williams, Kenneth Lll By Kenneth Oman Williams
2357.    Williams, King By Arielle Gonyeau
2358.    Williams, Lloyd E By
2359.    Williams, M Tariyah By Denise M Sylve
2360.    Williams, Malae By
2361.    Williams, Mariyahna D By Al'jirea C Williams
2362.    Williams, Mar'laiya J By Al'jirea C Williams
2363.    Williams, Marvin D. B. By Al'jirea C Williams
2364.    Williams, Mixion By
2365.    Williams, Naomi By Miesha Abram
2366.    Williams, Niji By Stephanie Clowette Johnson-Williams
2367.    Williams, Onyx By
2368.    Williams, Ozias A. By Kimberly N Williams
2369.    Williams, Pacita Call By Pacita Justin
2370.    Williams, Pacita By James / Pacita
2371.    Williams, Poet By Stephanie Clowette Johnson-Williams
2372.    Williams, Robert Jr. By
2373.    Williams, Roy Sr. By
2374.    Williams, Satiaa' By Dennis Charles Williams
2375.    Williams, Seraph By Dominique Pascal Williams
2376.    Williams, Seraph D. By Dominique P Williams
2377.    Williams, Starr By Leontine None Collins
2378.    Williams, Taelle By Tashawn Demarlo Williams
2379.    Williams, Talaya M By Gregory F Adams
2380.    Williams, Tashawn By Tashawn Demarlo Williams
2381.    Williams, Theodore By Jazz Banks
2382.    Williams, Tiger By Jazz Banks
2383.    Williams, Timoni By Maya Whisby
2384.    Williams, Travis Yhvonna By Tiffany S William
2385.    Williams, Tremaine By Kenneth Oman Williams
2386.    Williams, Yahsire A By Dyana L Tucker
2387.    Williams-Bailey, Jabril By Sharita A Williams
2388.    Williams-Lewis, Anaya T. By Tamisha Tamu Williams
2389.    Willis, Aaleiah By Aaleiah J Willis
2390.    Willis, Jesstyce By
2391.    Willis, Madyson C By Tinisha N Polk
2392.    Willis, Nilayah By Mieisha Thompson

2393.    Willis, Omere A By Tinisha N Polk
2394.    Willis, Oveyarn A By Tinisha N Polk
2395.    Willis, Paris By Mieisha Thompson
2396.    Wilson, Amayiah L. A. By Ronnesha N/A Westry
2397.    Wilson, Andre Jr. By Twavida Plummer
2398.    Wilson, Brooklyn By Chanta L Helton
2399.    Wilson, Cassius By Carolyn Evams
2400.    Wilson, Dacian By Lynnette Songe Brown-Shaw
2401.    Wilson, David By
2402.    Wilson, Isis By Jiavani Haynes
2403.    Wilson, Matthew By Candace Marie Walker
2404.    Wilson, Nicholas A By Berlin C Arriola
2405.    Wilson, Nikayla B By Berlin C Arriola
2406.    Wilson, Ronin By La Ron Wilson
2407.    Wilson, Rylin By La Ron Wilson
2408.    Winston, Alani By Mistee Unique Grice
2409.    Winston, Jahlysa By Denishia Elise Johnson
2410.    Winston, Jah'nia By Denishia Elise Johnson
2411.    Winston, Khyla By Mistee Unique Grice
2412.    Winston, Ria Elise By Shatara N/A Vinson Winston
2413.    Wong, Ayden By Jennifer Louie
2414.    Woods, Chyna A By Crystal N/A Coatsmiller
2415.    Woods, Er'juan By Brandy Smith
2416.    Woodson, Mariana By Marquisha Ransburg
2417.    Woodward, Hassan By Jasmine Butler
2418.    Woodward, Jalil By Jasmine Butler
2419.    Woolfolk, Jaley By Ashley Todd
2420.    Woolfolk, Jameela By Ashley Todd
2421.    Woolfolk, Jazmyn By Ashley Todd
2422.    Wooten, Amari-Earl By Jasmine Collins
2423.    Wooten, Bre'yahn By Kaneesha Canton
2424.    Wooten, Jakari Jr. By
2425.    Wooten, Jamari By
2426.    Wooten, Jaymari By
2427.    Wortham, Brygena P By Sharwanna M Williams
2428.    Wortham, Bryliah Calyiah M. Iii By Sharwanna M Williams
2429.    Wortham, Bryvonnie'a M By Sharwanna M Williams
2430.    Worthy, Samyah By Sheila Owens
2431.    Wright, Milani By Felicia Harrell
2432.    Wyatt, Heaven Lee By Hattie Breed
2433.    Wyatt, Sir Christopher By Hattie Breed

2434.    Wynn, Dynasti By Ingrid Wynn
2435.    Wynn, Sofia By Ingrid Wynn
2436.    Wyrick-Frazier, Monica By Theresa Jackson-Frazier
2437.    X, Kareem By
2438.    Yang, Isaac By Whitney Gregory
2439.    York, Unique By
2440.    Young, Dontaya By Dontay Young
2441.    Young, Joshua By Chantiy Waters
2442.    Young, Prince Caleb By Chantiy Waters
2443.    Young, Tymaira By Stephanie Young
2444.    Young-Brown, Darion M By Rodgers J Gwendolyn
2445.    Yu, Jimmy By
2446.    Zaid, Saaliyah By Nette Pierce-Zaid
2447.    Zaid, Sami By Nette Pierce-Zaid
2448.    Zaire, E Laurent By Jannie M Laurent
2449.    Zanders, Myia By Nette Pierce Zaid
2450.    Zari, Moore D By Arnetta L Butler
2451.    Zinn, Makayla By Michelle Martin

## PLAINTIFFS SEEKING DAMAGES FOR PERSONAL INJURY

2452.    Aaron, Audie
2453.    Aaron, Loretta S.
2454.    Aaron, Diomi
2455.    Aaron, Loretta A.
2456.    Aaron, Charisma
2457.    Aaron, David
2458.    Abbott, Julia
2459.    Abboushi, Ayed Sr
2460.    Abboushi, Najeh
2461.    Abboushi, Howida
2462.    Abbushi, Sammy
2463.    Abdulla, Madien H
2464.    Abdulla, Shayma H
2465.    Abdulla, Hana H
2466.    Abercrombie, Michael James
2467.    Abernathy, Joanne
2468.    Abney, Renee
2469.    Abney, Hassan Salin Call
2470.    Abouremeleh, Ramsey
2471.    Abraha, Gebremedhin
2472.    Abraha, Netsanet
2473.    Abram, Renita
2474.    Abram, Rashaan Sr
2475.    Abram, Miesha
2476.    Abram, Faraji Sr.
2477.    Abram, Ashley
2478.    Abram, Trinity
2479.    Abuzahriyeh, Amjad Majed
2480.    Abuzahriyeh, Majdi
2481.    Acosta, Dulce
2482.    Acquilla, Tijerino
2483.    Adalaide, Edna
2484.    Adams, Shirley
2485.    Adams, Dina Lee
2486.    Adams, Warnetta
2487.    Adams, Kenneth
2488.    Adams, A'sonda Fenese
2489.    Adams, Berry
2490.    Adams, Bhanica

| | |
|---|---|
| 2491. | Adams, Gregory Sr |
| 2492. | Adams, Jescina |
| 2493. | Adams, Talena Call |
| 2494. | Adams, Christopher |
| 2495. | Adams, Jacob A. |
| 2496. | Adams, Kenne Iman |
| 2497. | Adams-Moore, Jerell |
| 2498. | Adamson, Lorenzo Sr |
| 2499. | Adamson, Daneshia |
| 2500. | Adamson, Lorenzo Jr |
| 2501. | Adams-Sims, Talena Call |
| 2502. | Addison, Curtis Arthur |
| 2503. | Addison, Sheila |
| 2504. | Addison, Shannon |
| 2505. | Adrianna, Monroe |
| 2506. | Afalava, Lusa |
| 2507. | Agnew, Derodd |
| 2508. | Aguallo, Francisco |
| 2509. | Aguayo, Joseph |
| 2510. | Aguilar, Hector |
| 2511. | Aguilar, Tinaya |
| 2512. | Ahmed, Jhonyelle Olivia |
| 2513. | Ailsworth, Shirley |
| 2514. | Aitemon, Waynenard Jerome |
| 2515. | Ajisebutu, Amanda |
| 2516. | Akil, Rashaad |
| 2517. | Akins, Nichelle |
| 2518. | Akinson, Charles |
| 2519. | Alapati, Mailiyah |
| 2520. | Albert, Raymond Jr |
| 2521. | Ale, Cecilia |
| 2522. | Alefosio, Pelenatete |
| 2523. | Alexander, Andy |
| 2524. | Alexander, Latanya |
| 2525. | Alexander, Jack Jr |
| 2526. | Alexander, Earl |
| 2527. | Alexander, Rhonda |
| 2528. | Alexander, Marquez L |
| 2529. | Alexander, Kenisha |
| 2530. | Alexander, Doris |
| 2531. | Alexander, Matelina |

| | |
|---|---|
| 2532. | Alexander , Rufus Ii |
| 2533. | Alfafara, Aric Lee |
| 2534. | Alfafara, Joseph Prince Sr |
| 2535. | Alfafara, Joseph Jr. |
| 2536. | Alhark, Janasha |
| 2537. | Ali, Hamidullah M |
| 2538. | Al-Islam, Ameerah |
| 2539. | Al-Islam, Aliyah |
| 2540. | Alkareem, Beverly |
| 2541. | Allah, Alasia |
| 2542. | Allen, Willi |
| 2543. | Allen, Homer |
| 2544. | Allen, Florine |
| 2545. | Allen, Reginald |
| 2546. | Allen, Cynthia |
| 2547. | Allen, Linda |
| 2548. | Allen, Yolanda |
| 2549. | Allen, Dexter L |
| 2550. | Allen, Debra |
| 2551. | Allen, Janet Call |
| 2552. | Allen, La Shell |
| 2553. | Allen, Yvonne |
| 2554. | Allen, Tiffany Angel |
| 2555. | Allen, Andre |
| 2556. | Allen, Deanna |
| 2557. | Allen, Ronald |
| 2558. | Allen, Ronnie |
| 2559. | Allen, Ronnie |
| 2560. | Allen, Shareta |
| 2561. | Allen, Tamara |
| 2562. | Allen, Tara |
| 2563. | Allen, Johnta L |
| 2564. | Allen, Javonn |
| 2565. | Allen, Brittney |
| 2566. | Allen, Joy |
| 2567. | Allen-Bell, Renita |
| 2568. | Allen-Moore, Cherish |
| 2569. | Allen-Thomas, Kimberly |
| 2570. | Allen-Williams, Janet Call |
| 2571. | Altmayer, Olanda Javae Marie |
| 2572. | Altmayer, Kayla |

2573. Ameperosa, Sharon
2574. Ameperosa, Anthony
2575. Amerson, Victor
2576. Amerson, Sheila
2577. Amerson, Katina
2578. Amerson, Jonte
2579. Amil, Rashaad
2580. Amos, Shan
2581. Ancheta, Brandie
2582. Anderson, Geraldine
2583. Anderson, Marie
2584. Anderson, Sheila Pierce
2585. Anderson, Debra
2586. Anderson, Gwendolyn
2587. Anderson, Ronald Ray
2588. Anderson, Andre Sr
2589. Anderson, Jeffrey Sr.
2590. Anderson, Melissa
2591. Anderson, Elizabeth
2592. Anderson, Denise S
2593. Anderson, Rodney
2594. Anderson, Jacqueline
2595. Anderson, Andrea Ann
2596. Anderson, Cecil Sr.
2597. Anderson, Joyce
2598. Anderson, Kim
2599. Anderson, Marlana Marie
2600. Anderson, Brian
2601. Anderson, Jamie
2602. Anderson, Loran
2603. Anderson, Chavon Marie
2604. Anderson, Nicole Latrice
2605. Anderson, Laron Raymond
2606. Anderson, Andre Jr
2607. Anderson, Curtis
2608. Anderson, Lateefah Lee
2609. Anderson, Lateisha
2610. Anderson, Anthony Ray
2611. Anderson, William
2612. Anderson, Ravon Eric
2613. Anderson, Travon

2614.    Anderson, Lamont
2615.    Anderson, Cecil Jr
2616.    Anderson, Jayshawn
2617.    Anderson, Lanna
2618.    Anderson, Quentin
2619.    Anderson, Anse
2620.    Anderson, Alexis
2621.    Anderson, Zariya
2622.    Anderson, Alia
2623.    Anderson, Daijha
2624.    Anderson, Samyah
2625.    Anderson, Anthony
2626.    Andre, Ronald
2627.    Andrews, Kenneth Sr
2628.    Andrews, Candace
2629.    Andrews, Charles Ii
2630.    Andrews, Chardrea
2631.    Andrews, Kenneth Jr
2632.    Andrews, Jaliel
2633.    Andrews, Audrey
2634.    Ang, Sheila
2635.    Angel, Lonnie
2636.    Angel, Serena
2637.    Angel, Verena Lonjahnette
2638.    Angel, Delorean
2639.    Angelini, Karen
2640.    Anserson, Anse Ashaky
2641.    Anthony, Patricia A.
2642.    Anthony, Caliste
2643.    Antoine, Candace
2644.    Antoine, Linda
2645.    Antoine, Heidi
2646.    Appleton, Andre
2647.    Appleton, Rameia
2648.    Applon, Carl
2649.    Aquilina, Rosceline
2650.    Arana Mendez, Erik
2651.    Araujo, Oscar A.
2652.    Ard, Monique Yvonne
2653.    Ard, Anthony
2654.    Ard, Aynjel

2655.    Ardoin, Johnathan
2656.    Armstead, Marna
2657.    Armstead, Stephon
2658.    Armstrong, Tony
2659.    Armstrong, Lawanda J
2660.    Armstrong, Charlie
2661.    Armstrong, Karen
2662.    Armstrong, Uyquanda
2663.    Armstrong, Charlene
2664.    Armstrong, Ronnie
2665.    Armstrong, Jessica C
2666.    Armstrong, Tiffany
2667.    Armstrong, Andrew Ii
2668.    Armstrong, Tamelia
2669.    Armstrong, Rashon
2670.    Armstrong, Nathanael
2671.    Armstrong, Isaac
2672.    Armstrong, Charviera L
2673.    Arriola, Berlin
2674.    Arriola Avilucea, Giovanni
2675.    Arterberry, Edna
2676.    Artis, Deangles
2677.    Artthur, Anderson J
2678.    Asberry, D'angelo
2679.    Aseged, Eskender
2680.    Ash, Monique Yvonne
2681.    Ashbourne, Courtney
2682.    Asprilla - Caicedo, Carl
2683.    Atanoa, Colleen
2684.    Atkinson, Lucille
2685.    Atkinson, William
2686.    Atkinson, Charles
2687.    Augmon, Yvette
2688.    August, Nicole
2689.    August, Donnika
2690.    Augustine, Charvel
2691.    Augustine, Debari
2692.    Aumoeualogo, Taiepisi
2693.    Aumoeualogo, Lolita
2694.    Aunesha, Gans
2695.    Austin, Don C. Sr

2696.    Austin, Roberto A Sr
2697.    Austin, Don K. Ii
2698.    Austin, Roberto A Jr
2699.    Austin, Kirstin
2700.    Austin, Ashley
2701.    Austin, Tabari
2702.    Austin, Roberto A Iii
2703.    Austin, Syncere
2704.    Austin, Briana
2705.    Autry, Hazel
2706.    Autry, Monica
2707.    Auzenne, Martin
2708.    Auzenne, Sheila
2709.    Avery, Ruth
2710.    Avery, Vanetta
2711.    Babers, Jonnye B
2712.    Babers, Linda
2713.    Badasow, Bridget
2714.    Badon, Trejay
2715.    Bagby, Mamie
2716.    Bagby, Teiary
2717.    Bailey, Valine D.
2718.    Bailey, Wilma Jean
2719.    Bailey, Maxine
2720.    Bailey, Reginald
2721.    Bailey, Gary D
2722.    Bailey, Lawrence Jemel
2723.    Bailey, Andre Floyd
2724.    Bailey, Delvon Deshell Sr
2725.    Bailey, Jemal
2726.    Bailey, Giselle
2727.    Bailey, Allegra Viola Louise
2728.    Bailey, Richard M
2729.    Bailey, Asa
2730.    Bailey, Delvon Ii
2731.    Bailey, Marshawn
2732.    Baker, Torry
2733.    Balbona, Erin
2734.    Baldain, Chanice
2735.    Baldain, De John
2736.    Baldwin, Pamela

| | |
|---|---|
| 2737. | Balestrieri, Michelle |
| 2738. | Balestrieri, Gina |
| 2739. | Balinton, Cleo |
| 2740. | Balinton, Armando |
| 2741. | Balinton, Dario |
| 2742. | Balinton, Marquis D |
| 2743. | Balinton, Melek |
| 2744. | Ballard, Tony L. Ii |
| 2745. | Ballard, Ashley |
| 2746. | Balsley, Stephanie |
| 2747. | Balsley, Wellington |
| 2748. | Banford, Donald Jerome Sr |
| 2749. | Banford, Kenneth Darrell |
| 2750. | Bank, Lee Ann |
| 2751. | Banks, Alice Marie |
| 2752. | Banks, Arlenia |
| 2753. | Banks, Rhonda |
| 2754. | Banks, Huey Jr |
| 2755. | Banks, Edward |
| 2756. | Banks, Donna Louise |
| 2757. | Banks, Yolanda Rena |
| 2758. | Banks, Alisia |
| 2759. | Banks, Deborah J |
| 2760. | Banks, Byron |
| 2761. | Banks, Marcel Sr |
| 2762. | Banks, Queen Vanessa |
| 2763. | Banks, Lamar Sr |
| 2764. | Banks, Nicole |
| 2765. | Banks, Raeshawn |
| 2766. | Banks, Jermaine |
| 2767. | Banks, Pamela |
| 2768. | Banks, Jacquettia |
| 2769. | Banks, Jazz |
| 2770. | Banks, Lamar Jr |
| 2771. | Banks, Devon |
| 2772. | Banks, De'andra |
| 2773. | Banks, Markel |
| 2774. | Banks, Ariauna |
| 2775. | Banks-Muhammad, Mark Call |
| 2776. | Bankston, Eugene |
| 2777. | Barbee, Tianne |

2778.    Barber, Annette
2779.    Barber, Michael Jr
2780.    Barber, Tre'jor
2781.    Barboza, Julian
2782.    Bardell, Shanani
2783.    Barefield, Pamela S
2784.    Barker, Curtis
2785.    Barker, Dayshawn
2786.    Barker, Devon
2787.    Barker, Z
2788.    Barlow, Brandiss
2789.    Barnes, James Sr
2790.    Barnes, Gail
2791.    Barnes, James Jr
2792.    Barnes, Bobby Sr
2793.    Barnes, Jacqueline
2794.    Barnes, Miwanda
2795.    Barnes, Lorenzo
2796.    Barnes, Marcel Jr
2797.    Barnes, Clarissa
2798.    Barnes, Alana
2799.    Barnes, James D
2800.    Barnes, Howard
2801.    Barnes, Briana
2802.    Barnes, Aubanie
2803.    Barnes, Bobby Jr
2804.    Barnes, Brandon
2805.    Barnes, Jackie
2806.    Barnes, Bill
2807.    Barnes, Christian Milestone
2808.    Barnes, Brenton
2809.    Barnes, Latesha Johnson
2810.    Barnes Johnson, Mreshelle Denise
2811.    Barnes-Jackson, Myria
2812.    Barnett, Lester
2813.    Barnett, Rodney Lamar
2814.    Barnett, Davonne
2815.    Barnett, Kenyeon
2816.    Barnett, Joseph
2817.    Barrett, Derrick
2818.    Barrett, Darrell

2819.    Barrett, Jewel
2820.    Barron, Paul Sr.
2821.    Barron, Anita
2822.    Barron, Andres L Sr
2823.    Barth, Michael Alan
2824.    Bartok, Kristen Ann
2825.    Barton, Marteal
2826.    Basped, Jessie
2827.    Basped, Noelle
2828.    Bass, Karche Krystle
2829.    Bassetti, Carol Lynn
2830.    Batson, Tyrone James Sr
2831.    Batson, Kimberly
2832.    Batson, Demetra
2833.    Batson, Joe
2834.    Batson, Shirley
2835.    Batte, Sh'tara
2836.    Batte, Lacresha
2837.    Battle, Fe S
2838.    Battley, Belinda
2839.    Batton, Shonda
2840.    Bautista, Michael
2841.    Baxter, Jerry
2842.    Bean, Elvis R.
2843.    Beard, Michael Jr
2844.    Beasley, Ernestine
2845.    Beasley, Willie Rae
2846.    Beasley, Terry Sr
2847.    Beasley, Mark
2848.    Beasley, Armon
2849.    Beasley, Charish
2850.    Beasley, Jeremy Ulysses-Thaddeus
2851.    Beasley, Terry Jr.
2852.    Beasley, Damond
2853.    Beasley, Fredrick
2854.    Beasley, Ernestine
2855.    Beck, Toya
2856.    Beck, Clarence Jr.
2857.    Bedenfield, Darin
2858.    Bee, Terry
2859.    Befford, Maurice Jr.

2860.    Befford, Toni
2861.    Behera, Sambit
2862.    Bell, Haywood Sr
2863.    Bell, Jean
2864.    Bell, Alexander
2865.    Bell, Dora
2866.    Bell, Anthony Paul Sr.
2867.    Bell, Laverne
2868.    Bell, Haywood Jr
2869.    Bell, Richard Jr
2870.    Bell, Judy
2871.    Bell, Vincent
2872.    Bell, Audrey
2873.    Bell, Malinda A.
2874.    Bell, Julian
2875.    Bell, Faleteine
2876.    Bell, Alex Jr.
2877.    Bell, Sabra
2878.    Bell, Anthony P Jr
2879.    Bell, Robert Sr.
2880.    Bell, Shanika
2881.    Bell, Jewel
2882.    Bell, Kristen E. Jason
2883.    Bell, Kilamanjaro Sr
2884.    Bell, Larenzo
2885.    Bell, Mercedes
2886.    Bell, Jamie
2887.    Bell, Damone
2888.    Bell, Felipe Dontay Lee
2889.    Bell, Jordon
2890.    Bell, Osiris
2891.    Bell, Keith
2892.    Bell, Relondo
2893.    Bell, Jackie
2894.    Bell, Adrianna
2895.    Bell, Antoine
2896.    Bell Whittle, Cynthia
2897.    Bellazain, Paul Call Jr
2898.    Bellazain, Paul Call Jr
2899.    Bellot, Shevonna
2900.    Beltcher, Isaiah

2901.    Benard, Brandon Lee
2902.    Bender, Susie M.
2903.    Bender, Trueman
2904.    Benedetti, Emilio
2905.    Benjamin, Huey
2906.    Benjamin, Aaron Neal
2907.    Benjamin, Lakisha
2908.    Benjamin, Jermaine Sr
2909.    Benjamin, Kendell
2910.    Bennett, Frank
2911.    Bennett, Uvonne
2912.    Bennett, Latisha
2913.    Bennett, Unique
2914.    Bennett, Ja'von
2915.    Bennett, Diane
2916.    Benson, Irie Sr.
2917.    Benson, Marsha
2918.    Benson, Lalinda
2919.    Benson, Tasha
2920.    Benson, Myesha
2921.    Benson, Crystal
2922.    Benson, Isriel
2923.    Benson-Williams, Rosemary
2924.    Benton, Cheree
2925.    Benton, David Jr.
2926.    Benton, Nelson
2927.    Benton, Tonya
2928.    Benton, Kanishae
2929.    Benton, David Iii
2930.    Benton, Derrick
2931.    Benton, Aniyah Patrice
2932.    Benton-Martin, Erika
2933.    Bergans Ii, Marvin Austin
2934.    Bermudez, Juan Sr.
2935.    Bermudez, Martha
2936.    Bermudez, Mayra Alejandra
2937.    Bermudez, Cinthia
2938.    Bermudez, Juan Jr.
2939.    Bernard, Wilma Ann
2940.    Berry, Dollie Ivory
2941.    Berry, Charles

2942.    Berry, Early
2943.    Berry, Verna
2944.    Berry, Larry
2945.    Berry, Natalie
2946.    Berry, Tammie
2947.    Berry, Tania
2948.    Berry, Gloria
2949.    Berry, Jason
2950.    Berry, Devance
2951.    Berry, Bella
2952.    Berry, Ervin Call
2953.    Berry, Jammie
2954.    Bertron, Bruno
2955.    Besant, Crystal
2956.    Bessard, Raymond
2957.    Bessard, Tasha
2958.    Bethea, Donsha
2959.    Bettis, Michelle
2960.    Bevans, April
2961.    Bibbs, Jewell
2962.    Bibbs, Erickea N.
2963.    Bibbs, Kelvin F.
2964.    Biddle, Ronnie Jr
2965.    Biggins, Betty
2966.    Billups, Dennis E
2967.    Billups, Laura A. Call
2968.    Bin-Bilal, Mariam
2969.    Bingham, Claudine
2970.    Bishop, Gary
2971.    Bishop, Jacqueline
2972.    Bishop, Andre O
2973.    Bishop, Valerie
2974.    Bishop, Myron Sr.
2975.    Bishop, Antoinette
2976.    Bishop, Sha'mauda
2977.    Bishop, Tenisha
2978.    Bishop, Chelice
2979.    Bishop, Marcee
2980.    Bishop, Dennis Call Jr.
2981.    Bishop, Shalanda
2982.    Bishop-Holmes, Sha'liyah

2983.    Black, Sharon Rochelle
2984.    Black, Donna
2985.    Black, Travis Terrell Sr
2986.    Black, Tiffany
2987.    Black, Omar Asad M
2988.    Black, Travis T Jr
2989.    Blackwell, Anitra
2990.    Blackwell, Shakilah Joyce
2991.    Blaize, Kevin
2992.    Blake, Deedra
2993.    Blake, Lavette
2994.    Blake, Woodrow
2995.    Blakely, Darnell M
2996.    Blakes, Renee
2997.    Blakes, Marco
2998.    Blakes, Adrienna
2999.    Blakley, Sophronia
3000.    Blanchard, Frances
3001.    Blankenship, Leroy
3002.    Blankenship, Sherrita
3003.    Blankenship, Stacey Lynette
3004.    Blankenship, Johnel
3005.    Blankenship, Jhadei Cherelle
3006.    Blatcher, Derek
3007.    Blatcher, Anthony
3008.    Block, Anaya
3009.    Blue, Lyeishia
3010.    Blueford, Markida
3011.    Bluford, Bonnie
3012.    Bluford, Valerie
3013.    Bluford, Jannette
3014.    Bluford, Heidi
3015.    Bluford, Travis T.
3016.    Bluford, Tatiana
3017.    Bluford, Phillip Ii
3018.    Bluford, Valentina Roshawn
3019.    Bluford, Valentina Roshawn
3020.    Bluford, Nicholas
3021.    Bluford, Jo' Liann E
3022.    Blunt, Patricia
3023.    Blunt, Lawrence

| | |
|---|---|
| 3024. | Blunt, James |
| 3025. | Boatman, Shannon Marie |
| 3026. | Bobby, Bobby Call |
| 3027. | Bobo, Allen |
| 3028. | Boddie, Mary |
| 3029. | Boddie, Kenyatta |
| 3030. | Boddie, Novella |
| 3031. | Boddie, Javon |
| 3032. | Boddie, Javeona |
| 3033. | Boddie - Cobb, Mary Jane |
| 3034. | Boissiere, Sheiba |
| 3035. | Boissiere, Inez |
| 3036. | Bolden, Henderson B |
| 3037. | Bolds, Lorraine |
| 3038. | Bolds, Pamela |
| 3039. | Bolds, Dariene |
| 3040. | Bolds, Carl |
| 3041. | Bolmer, Victoria Donna Armond |
| 3042. | Bolmer, Armani |
| 3043. | Bolton, Lonnie Ray |
| 3044. | Bond, James L. |
| 3045. | Bonnie, Franklin |
| 3046. | Boone, Aukayla B. Smith |
| 3047. | Booth, Karen D |
| 3048. | Bordeaux, Anthony Call |
| 3049. | Bordeaux, Anthony Call |
| 3050. | Borela, Helen |
| 3051. | Borela, Shante |
| 3052. | Borela, Tiffany |
| 3053. | Borela, Sheriee |
| 3054. | Boudreaux, Esther |
| 3055. | Boudreaux, Olivia |
| 3056. | Boudreaux, Lelan |
| 3057. | Boudreaux, Laprea |
| 3058. | Boudreaux White, Geraldine Elaine |
| 3059. | Boudreaux-Matthews, Michelle |
| 3060. | Bouie, George Iv |
| 3061. | Bourne, Kyle Ii |
| 3062. | Bourne, Salina |
| 3063. | Bowden, Florence |
| 3064. | Bowden, Celeste |

| | |
|---|---|
| 3065. | Bowden, Emma C |
| 3066. | Bowers, Gloria |
| 3067. | Bowers, Chabrika |
| 3068. | Bowers, Stephen |
| 3069. | Bowers, Antonio |
| 3070. | Bowers, Tymisha |
| 3071. | Bowie, Charlotte Call |
| 3072. | Bowman, Elna Erving |
| 3073. | Box, Teana |
| 3074. | Boyd, Theria |
| 3075. | Boyd, Jodie |
| 3076. | Boyd, Raymond C. |
| 3077. | Boyd, Marquez Sr |
| 3078. | Boyd, Markeys J |
| 3079. | Boykin, Brittenne |
| 3080. | Boyland, Rhonda Renee |
| 3081. | Bracy, Jodi |
| 3082. | Bracy, Courtney |
| 3083. | Bracy, Louise |
| 3084. | Bradford, Denise Marie Call |
| 3085. | Bradford, Lachele A. Call |
| 3086. | Bradford, Loretha Call |
| 3087. | Bradford, Latanya |
| 3088. | Bradford, Nayche |
| 3089. | Bradford, Amela |
| 3090. | Bradford, Veljanae |
| 3091. | Bradford, Savana |
| 3092. | Bradley, Pamela |
| 3093. | Bradley, Samuel Henry Call |
| 3094. | Bradley, Margaret M Call |
| 3095. | Bradshaw, Ollie Jr |
| 3096. | Bradshaw, Keith |
| 3097. | Bradstreet, Dawn |
| 3098. | Branch, Chenita |
| 3099. | Branch, Scott Douglas |
| 3100. | Branch, Andre Sr |
| 3101. | Branch, Starneisa |
| 3102. | Branch, Malorie Jamelia |
| 3103. | Brandon, Brittany |
| 3104. | Brandon, Josiah |
| 3105. | Branner, Marvin L. Call |

3106.    Branner, Jeffrey Orlandlo Sr
3107.    Branner, Marvin
3108.    Branner, Penelope
3109.    Branner, Eric Sr
3110.    Branner, Lashawna
3111.    Branner, Lyana
3112.    Branner, Tamika Call
3113.    Branner, Shamika
3114.    Branner, Sheenia
3115.    Branner, Jeffrey Iii
3116.    Braud, Dimitra
3117.    Braud, Davonte
3118.    Bray, Glenn D.
3119.    Breaux, Gussie M
3120.    Breaux, Steven J.
3121.    Breaux, Daryl
3122.    Breaux, Pamela
3123.    Breed, Paul
3124.    Breed, Priscilla
3125.    Breed, Hattie M.
3126.    Breed, Comelia
3127.    Brewer, Sharon
3128.    Brewer, Eric Call
3129.    Brewer, Eric Call
3130.    Brewster, Charlotte
3131.    Brewster, Linda S
3132.    Brewster, Debra
3133.    Brewster, Anthony Ronaldo
3134.    Brewster, Anthony Call Sr.
3135.    Brewster, Sonia
3136.    Brewster, Michele
3137.    Brewster, Darryl Sr
3138.    Brewster, Tiffany
3139.    Brewster, Anthony R. Jr.
3140.    Brewster, Viola
3141.    Brewster, Esau
3142.    Brewster, Denee
3143.    Brewster, Dorothy
3144.    Brewster, Algernae
3145.    Brewster, Taleria
3146.    Brewster, Janita

| | |
|---|---|
| 3147. | Brewster, Cenious |
| 3148. | Brewster, Alicia |
| 3149. | Brewster, Evangela |
| 3150. | Brewster, Malone |
| 3151. | Brewster, Michael |
| 3152. | Brewster, Michele |
| 3153. | Brewster, Otis |
| 3154. | Brezeale, Michelle |
| 3155. | Bridges, Gwendolyn M. |
| 3156. | Briggs, Lillie |
| 3157. | Brigham, Trina |
| 3158. | Brigham, Destinée |
| 3159. | Briley, Paul H. |
| 3160. | Briley, Paul C |
| 3161. | Britt, Willie L. |
| 3162. | Britt, Gilma M. |
| 3163. | Britton, Dari Ann |
| 3164. | Britton, Yvonne |
| 3165. | Britton, Shaun |
| 3166. | Britton, Lonnell Jr |
| 3167. | Britton, Erica Lynette |
| 3168. | Britton, Eric F Jr |
| 3169. | Brock, Monica |
| 3170. | Bronson, Atilana |
| 3171. | Brook, Ethan |
| 3172. | Brooks, Dians |
| 3173. | Brooks, Earl Eugene |
| 3174. | Brooks, Barry |
| 3175. | Brooks, Deborah |
| 3176. | Brooks, Gregory |
| 3177. | Brooks, Kelvin Dwayne Call |
| 3178. | Brooks, Sharon |
| 3179. | Brooks, Flora |
| 3180. | Brooks, Christopher |
| 3181. | Brooks, Charles |
| 3182. | Brooks, Irwin Jr |
| 3183. | Brooks, Victor |
| 3184. | Brooks, Mandisa |
| 3185. | Brooks, Latisa |
| 3186. | Brooks, Ronald Jr |
| 3187. | Brooks, Mayah |

3188.    Brooks, Jasmine Call
3189.    Brooks, Jah'moni
3190.    Brooks, Kelly
3191.    Brooks, Kelvina
3192.    Brooks, Gregory A Jr.
3193.    Brooks, Paradice
3194.    Brooks, Rudolph Ii
3195.    Brooks, Justin
3196.    Brooks, Asia Autumn
3197.    Brooks, Stephone
3198.    Brooks, Ronald Iii
3199.    Broom, Alice
3200.    Broom, Michael
3201.    Broussard, Eric
3202.    Broussard, Camille
3203.    Broussard, Charmaine
3204.    Broussard, Josephine
3205.    Broussard, Jerome Joseph
3206.    Broussard, Alexis Alandra
3207.    Broussard, Casimir N
3208.    Broussard Carter, Antone
3209.    Browder, Cesena Michele
3210.    Brown, Shirley
3211.    Brown, Deborah
3212.    Brown, Elizabeth
3213.    Brown, Lawrence
3214.    Brown, Johnny
3215.    Brown, Geary L. Sr.
3216.    Brown, James
3217.    Brown, Lynne
3218.    Brown, Michael Sr
3219.    Brown, Dewey Call
3220.    Brown, Michael
3221.    Brown, Constance
3222.    Brown, Edith
3223.    Brown, Roger Lee
3224.    Brown, Ivy
3225.    Brown, Eunice
3226.    Brown, Karen
3227.    Brown, Emil
3228.    Brown, Sheree Ethel

| | |
|---|---|
| 3229. | Brown, Leslie |
| 3230. | Brown, Francille |
| 3231. | Brown, Sandra |
| 3232. | Brown, Darrell |
| 3233. | Brown, Lamont Call |
| 3234. | Brown, Manard |
| 3235. | Brown, Vicki |
| 3236. | Brown, Albert Jr |
| 3237. | Brown, Venette |
| 3238. | Brown, Damon |
| 3239. | Brown, Bernardine |
| 3240. | Brown, Pamela |
| 3241. | Brown, Janet |
| 3242. | Brown, Melvin Jr. |
| 3243. | Brown, Cynthia |
| 3244. | Brown, Terry Sr |
| 3245. | Brown, Darrell |
| 3246. | Brown, Robert |
| 3247. | Brown, Toriano D |
| 3248. | Brown, Leana |
| 3249. | Brown, Shawnda |
| 3250. | Brown, Keisha |
| 3251. | Brown, Alicia L. |
| 3252. | Brown, Tiffany |
| 3253. | Brown, Kevin Sr |
| 3254. | Brown, John Iii |
| 3255. | Brown, Patrice |
| 3256. | Brown, Shawnte Danielle |
| 3257. | Brown, Duane M. |
| 3258. | Brown, Dwight M. |
| 3259. | Brown, Sha'ron |
| 3260. | Brown, Lytefah |
| 3261. | Brown, Latrelle |
| 3262. | Brown, Shanae |
| 3263. | Brown, Naeemah 1981 |
| 3264. | Brown, Crystal L |
| 3265. | Brown, Kelle J |
| 3266. | Brown, Chanel |
| 3267. | Brown, Kenneth Jr. |
| 3268. | Brown, Michael Jr |
| 3269. | Brown, Barbara |

3270.    Brown, Denise L.
3271.    Brown, Rahsan Deon
3272.    Brown, Thomas Wrey
3273.    Brown, Sharae Latrice
3274.    Brown, Brenda
3275.    Brown, Vanessa
3276.    Brown, Jacqelyn
3277.    Brown, Lynne Iii
3278.    Brown, Wywnoka
3279.    Brown, Christina
3280.    Brown, James
3281.    Brown, Reginald Call
3282.    Brown, Michael
3283.    Brown, Latiece
3284.    Brown, Ronnie Mack
3285.    Brown, Raven Symone
3286.    Brown, Cheryl
3287.    Brown, Deonte O.
3288.    Brown, Anthony
3289.    Brown, Derrick Derrell
3290.    Brown, Marquez
3291.    Brown, Treasure
3292.    Brown, Khari
3293.    Brown, Alexis
3294.    Brown, Michael Iii
3295.    Brown, Mikjaah
3296.    Brown, Geary L. Jr.
3297.    Brown, Tammy M.
3298.    Brown-Andry, Ikeda Corine
3299.    Browner, Yvette N
3300.    Brown-Shaw, Lynnette Songe
3301.    Bruce, Amelia
3302.    Bruce, Letesa
3303.    Bruce, Donnell
3304.    Brumfield, Predetta
3305.    Bruno, Bertron
3306.    Bryant, Gregory Call
3307.    Bryant, Dino Richardo
3308.    Bryant, Duke J
3309.    Bryant, Annette
3310.    Bryant, Alonda

| | |
|---|---|
| 3311. | Bryant, Sonya |
| 3312. | Bryant, Myron |
| 3313. | Bryant, Dina |
| 3314. | Bryant, Ayofemi |
| 3315. | Bryant, Deandra |
| 3316. | Bryant, Akeem |
| 3317. | Bryant, Nefartari |
| 3318. | Bryant, Laurice |
| 3319. | Bryant, Eurie |
| 3320. | Bryant, Rasheida |
| 3321. | Bryant, Randy |
| 3322. | Bryant, Delores |
| 3323. | Bubakar, Meena |
| 3324. | Buchanan, Franklin Jr |
| 3325. | Buchanan, Zharia Unique |
| 3326. | Buckley-Chung, Samantha |
| 3327. | Buckley-Chung, Sylisia Veronica |
| 3328. | Buffington, Lily |
| 3329. | Buffington, Diana |
| 3330. | Buffington, Michael Jr. |
| 3331. | Buffington, Vanessa |
| 3332. | Buffington, Samuel A |
| 3333. | Buggs, Elizabeth |
| 3334. | Bui, Cortne Call |
| 3335. | Bui, Cuc Call |
| 3336. | Bullard, Tosca |
| 3337. | Bullock, Paul Jr |
| 3338. | Bullock, Ciara |
| 3339. | Bullock, Lisa S |
| 3340. | Bunker, Debra |
| 3341. | Burch, Stephanie |
| 3342. | Burch, Jermaine |
| 3343. | Burge, Daijah |
| 3344. | Burge, Chynah |
| 3345. | Burge, Edward D |
| 3346. | Burke, Jessie |
| 3347. | Burks, Charlesetta |
| 3348. | Burleson, Albert Call Sr. |
| 3349. | Burleson, Valerie |
| 3350. | Burleson, Alvin |
| 3351. | Burleson, Regina |

| | |
|---|---|
| 3352. | Burleson, Albert James Call Jr |
| 3353. | Burleson, Timothy |
| 3354. | Burnett, Linda |
| 3355. | Burnett, Wheeler Jr |
| 3356. | Burnett, Maurice Sr |
| 3357. | Burnett, Preaya |
| 3358. | Burns, Alice |
| 3359. | Burrell, Antonio R |
| 3360. | Burrell, Joy |
| 3361. | Burris, Tracy |
| 3362. | Burris, Damon |
| 3363. | Burris, Maya |
| 3364. | Burroughs, Javanea |
| 3365. | Burroughs, Le-Onni |
| 3366. | Burrus, Kevin |
| 3367. | Burrus, Melinda |
| 3368. | Burrus, Nashe M |
| 3369. | Burton, Terry Lynn |
| 3370. | Burton, Jahmon |
| 3371. | Busby, Laura |
| 3372. | Busby, Adrienne |
| 3373. | Busby, Calvin |
| 3374. | Busby, Paula |
| 3375. | Busby, Elaine |
| 3376. | Busby, Kerrine |
| 3377. | Busby, Antronn Sr |
| 3378. | Busby, Anitra |
| 3379. | Busby, Doshon |
| 3380. | Busby, Kajon |
| 3381. | Bush, Bridgett |
| 3382. | Bush, Classie |
| 3383. | Butler, Eula |
| 3384. | Butler, John |
| 3385. | Butler, Earl Monee |
| 3386. | Butler, Sharon |
| 3387. | Butler, Michelle |
| 3388. | Butler, Wendy |
| 3389. | Butler, Angela Diana |
| 3390. | Butler, Tami |
| 3391. | Butler, Iris |
| 3392. | Butler, Juno |

3393.   Butler, Touissant
3394.   Butler, Jamal X Sr.
3395.   Butler, Arnetta
3396.   Butler, Desiree
3397.   Butler, Cardell
3398.   Butler, Dwayne Sr
3399.   Butler, Jasmine K
3400.   Butler, Rachel
3401.   Butler, Tiffany N.
3402.   Butler, Briyana
3403.   Butler, Timothy
3404.   Butler, Tiyana Marie
3405.   Butler, Shalene Osha
3406.   Butler, Deniel Jr
3407.   Butler, Zion
3408.   Butler, Sabrina
3409.   Butler, Jallah
3410.   Butler, Ejzon
3411.   Butler, Taylos
3412.   Byrd, Linda
3413.   Byrd, Sheree Lynn
3414.   Byrd, Rudolph
3415.   Byrd, Deanna
3416.   Byrd, Toniesha
3417.   Byrd, Linda
3418.   Byrd, Juma
3419.   Byrd, Robert
3420.   Byron, Amani
3421.   Cabrera, Pamela
3422.   Cabrol, Andrea
3423.   Caceres, Norma
3424.   Cade, Larenda Lynette
3425.   Cadena, Michael
3426.   Cael, Patricia D.
3427.   Cael, Teresa
3428.   Cael, Harry
3429.   Cael, Astrian C.
3430.   Cael, Taneasha
3431.   Cage, Angel
3432.   Cain, Samone
3433.   Cain, Terrill Sr

3434.    Cain, Lashunda Call
3435.    Caine, Joyce
3436.    Cairns, Joan
3437.    Caldwell, Rhonda
3438.    Caldwell, Faida
3439.    Caldwell, Willie
3440.    Caldwell, Kishira
3441.    Caldwell, Jordyn Cimone
3442.    Caleb, Pierce
3443.    Calhoun, Traci
3444.    Callier, Fay C.
3445.    Callier, Murray
3446.    Callier-Johnson, Mona
3447.    Calloway, Alice
3448.    Calloway, Joyce M
3449.    Calloway, Matthew Jr
3450.    Calloway, Kim Rochelle
3451.    Calloway, Andrea
3452.    Calloway, Jamisi
3453.    Calzada, Manuel Jr
3454.    Cameron, Janis
3455.    Campbell, Briana
3456.    Campbell, Ronald D Iii
3457.    Campbell, Denise
3458.    Campos, Adriana
3459.    Camreon, Edward Jr.
3460.    Canada, Pamela Denise
3461.    Canales, Rolando
3462.    Canaya, Rochelle M
3463.    Candley, Patsy
3464.    Cann, Ranetta
3465.    Cannedy, Kiyanna
3466.    Cannon, Richard
3467.    Cannon, Johnny
3468.    Cannon, Chasity M
3469.    Cannon, John
3470.    Cannon, Thomas
3471.    Cannon, David
3472.    Cannon, Daniel
3473.    Cannon, Tre'zhan
3474.    Cannon-Hunter, Leona

3475.    Cansino, Krystle
3476.    Canton, Akila Natasha
3477.    Canton, Kaneesha B
3478.    Cantrell, Jimmie Lee
3479.    Cantrell, Conrad
3480.    Cantrell, Valencia
3481.    Cantrell, Veronica
3482.    Caraway, Melvin
3483.    Caraway, Anthony
3484.    Caray, Amanda
3485.    Carley, Bruce
3486.    Carmichael, Jazmyne
3487.    Carmon, Marcus
3488.    Carney-Williams, Kenneth
3489.    Carpenter, Leauthry Sr
3490.    Carpenter, Danielle
3491.    Carpenter, Miya
3492.    Carpenter, Kissi Kenya
3493.    Carpenter, Denita
3494.    Carpenter, Tory
3495.    Carpenter, Temoni
3496.    Carpenter, Te-Onzay L.
3497.    Carpenter, Angel
3498.    Carpenter, Charles J
3499.    Carr, Cynthia
3500.    Carrara, Heather
3501.    Carrillo, Antonio Guillermo
3502.    Carrington, Michelle
3503.    Carrington, Charles
3504.    Carrion, Socorro
3505.    Carroll, Joyce
3506.    Carroll, Michael
3507.    Carroll, Nicole
3508.    Carroll, Aaliyah
3509.    Carson, Janna
3510.    Carson, Nieka
3511.    Carson, Aniyah
3512.    Carson, Shaela
3513.    Carter, Conrad
3514.    Carter, Sharon G Richardson
3515.    Carter, Joyce

3516.    Carter, Gregory L.
3517.    Carter, Juanita
3518.    Carter, Fran
3519.    Carter, Bridget
3520.    Carter, Brian
3521.    Carter, Richard
3522.    Carter, Maurice
3523.    Carter, Nichelle Jr
3524.    Carter, Shawn Sr
3525.    Carter, Lynell
3526.    Carter, La'shawna
3527.    Carter, Ian
3528.    Carter, Anthony
3529.    Carter, Nichlous
3530.    Carter, Brandon
3531.    Carter, Brandon
3532.    Carter, Tashana D.
3533.    Carter, Belinda Francine
3534.    Carter, Ricky
3535.    Cartwright, Anthony Lee
3536.    Carvajal, Jason
3537.    Casanova, Flora
3538.    Casey, Louis
3539.    Casey, Kathleen
3540.    Casey, Toni
3541.    Casillas, Cesar Sr
3542.    Cassidy, Selena
3543.    Castanon, Margarita
3544.    Castle, Sabrina
3545.    Cato, Yvonne
3546.    Cato, Dexter I
3547.    Cato, Tameka
3548.    Cato, Alisha
3549.    Cato, Tieranee
3550.    Cavu, Melania
3551.    Celestine, Joseph
3552.    Celestine, Paris
3553.    Celestine, Dawnyae
3554.    Celestine, Dayahna
3555.    Centeno, Luisa Amalia
3556.    Chaeron, Westry

| | |
|---|---|
| 3557. | Chambers, Gregory |
| 3558. | Chambers, Kenneth |
| 3559. | Chambers, Jonathan |
| 3560. | Chambers, Dennis |
| 3561. | Chambers, Erika |
| 3562. | Chandler-Lewis, Dawnyelle |
| 3563. | Chandler-Lewis, Michele |
| 3564. | Chandler-Lewis, Michele |
| 3565. | Chang, Jeanette P. |
| 3566. | Chantha, Sareth |
| 3567. | Chapman, Dana |
| 3568. | Chapman, Demarquis V. |
| 3569. | Chapman, Alize |
| 3570. | Chapman, Keith S. |
| 3571. | Chapple, Horace Iii |
| 3572. | Charles, Rose |
| 3573. | Charles, Dwayne J. |
| 3574. | Charles, James C Owens |
| 3575. | Chatman, Andrea |
| 3576. | Chatman, Brooke |
| 3577. | Chavarria, Guadalupe Jr |
| 3578. | Chavarria, Jasmine M. |
| 3579. | Chavez, Cristina |
| 3580. | Cheatum, Lovinsky |
| 3581. | Cheatum, Dominic |
| 3582. | Cheatum, Laneice |
| 3583. | Cheatum' Clayton, Aladrian |
| 3584. | Cheeves, Byron |
| 3585. | Cheney, Lydia |
| 3586. | Cherry, Jason Eric |
| 3587. | Chhith, Dora |
| 3588. | Childs, Myisha |
| 3589. | Chiles, Kevin N |
| 3590. | Chiles, Khristian |
| 3591. | Chilton, Shirley |
| 3592. | Chilton, Rosette |
| 3593. | Chilton, Britney |
| 3594. | Chilton, Victoria |
| 3595. | Chilton, Samuel |
| 3596. | Chism, Kenneth W |
| 3597. | Chism, Ronald |

| | |
|---|---|
| 3598. | Chism, Charles |
| 3599. | Chism, Charles E |
| 3600. | Chism, Yohance |
| 3601. | Chism, Naeem |
| 3602. | Chism, Jana |
| 3603. | Chism, Ayinde |
| 3604. | Chism, Charles |
| 3605. | Chism, Marilyn |
| 3606. | Chism, Yohance |
| 3607. | Chkinef, Mo |
| 3608. | Cho, Wooyeon |
| 3609. | Chow, Vincy |
| 3610. | Christian, Maurice Simeon |
| 3611. | Christian, Stormy |
| 3612. | Christie, Gloria |
| 3613. | Christie, Diahanna Raye |
| 3614. | Christine-Coleman, Joseph |
| 3615. | Christopher, Chris |
| 3616. | Chu, Kim |
| 3617. | Churchill, Nate |
| 3618. | Clark, Clarence |
| 3619. | Clark, Bettie |
| 3620. | Clark, Lester |
| 3621. | Clark, Cera |
| 3622. | Clary-Brown, Carolyn |
| 3623. | Clay, Tania |
| 3624. | Clay, Kendra |
| 3625. | Clayborn, Gregory Sr |
| 3626. | Clayborn, Janesse |
| 3627. | Clayborn, Bridgette |
| 3628. | Clayton, Pladee Tommy Jr. |
| 3629. | Clayton, Tia |
| 3630. | Clayton, Pladee III |
| 3631. | Clayton, Tyce |
| 3632. | Clements, Rita |
| 3633. | Clements, Patricia |
| 3634. | Clements, Khalilah |
| 3635. | Coats, Robert Lee Jr. |
| 3636. | Coats, Rochell |
| 3637. | Coatsmiller, Crystal |
| 3638. | Cobb, Edgar |

3639.  Cobb, Marie
3640.  Cobb, Temariya
3641.  Cofield, Lewis
3642.  Cofield, Ashleigh
3643.  Cogmon, Serene
3644.  Cohen, Jacqueline
3645.  Cohen, Kura
3646.  Cohn, Wanda
3647.  Colbert, Dewayne Sr
3648.  Colbert, Tanae
3649.  Colbert, Dewayne Jr
3650.  Colbert, Dewayne Jr.
3651.  Colbert, Tanisha
3652.  Cole, Lois Ann
3653.  Cole, Yolande
3654.  Cole, Stacey Cole Lavonn
3655.  Cole, Stacey Lavonn
3656.  Cole, Dexter Jr
3657.  Cole, Sha-Rita L
3658.  Cole, Jon
3659.  Coleman, Louis
3660.  Coleman, Gwendolyn
3661.  Coleman, Beverly
3662.  Coleman, Wilfred
3663.  Coleman, Theresa
3664.  Coleman, Yolanda Yvette
3665.  Coleman, Norris Iii
3666.  Coleman, Cesena
3667.  Coleman, Ari
3668.  Coleman, Anthony Frank
3669.  Coleman, Areiana
3670.  Coleman, Alvetre
3671.  Coleman, Bevely
3672.  Coleman, Marion
3673.  Coleman, Naomi
3674.  Coleman, Norris Ii
3675.  Coleman, Norris Sr
3676.  Coleman-Roach, Deborah
3677.  Coleman-Warrior, Norma J.
3678.  Colemon, Kimberly
3679.  Colen, Clyde

| | |
|---|---|
| 3680. | Collier, Frank |
| 3681. | Collier, Josephine Marie |
| 3682. | Collier, Leon |
| 3683. | Collier, William H Iv |
| 3684. | Collier, Kiasi |
| 3685. | Collier, Akili A. |
| 3686. | Collier, William |
| 3687. | Collins, Tommie |
| 3688. | Collins, Juster |
| 3689. | Collins, Leontine |
| 3690. | Collins, Laurie |
| 3691. | Collins, Dulce |
| 3692. | Collins, Kevin |
| 3693. | Collins, Larry |
| 3694. | Collins, Terry Sr |
| 3695. | Collins, Donetta |
| 3696. | Collins, Arlisa |
| 3697. | Collins, Kimberly |
| 3698. | Collins, Latrina Denise |
| 3699. | Collins, Auery |
| 3700. | Collins, Auery |
| 3701. | Collins, Clarence |
| 3702. | Collins, Quincy Sr |
| 3703. | Collins, Lashawnda |
| 3704. | Collins, Jamila |
| 3705. | Collins, Rahshedia |
| 3706. | Collins, Jasmin D |
| 3707. | Collins, Anja |
| 3708. | Collins, Labriette |
| 3709. | Collins, Jasmine |
| 3710. | Collins, Jerroyn Keiare |
| 3711. | Collins, Gwenisha |
| 3712. | Collins, Makayla |
| 3713. | Collins, Delacey |
| 3714. | Collins, Maleina |
| 3715. | Collins , Norita |
| 3716. | Collins-Jacob, Rashida |
| 3717. | Collins-Turner, Layla |
| 3718. | Colvin, Leonard Lee Sr |
| 3719. | Colvin, Maurice |
| 3720. | Colvin, Joshlyn |

3721.    Colvin, Darlena Marie
3722.    Colvin, Renee
3723.    Colvin, Ac
3724.    Colvin, Denim M
3725.    Combs, Ja'shawn
3726.    Combs-Bell, Khristophre
3727.    Commer, Mack Jr
3728.    Conley, Anthony M.
3729.    Conley, Darnell
3730.    Conley, Lisa E.
3731.    Conley-Briley, Paul Dave
3732.    Conner, Andy
3733.    Conner, Sharon Martin
3734.    Conner, Janova
3735.    Connie, Cox
3736.    Cook, Dorothy
3737.    Cook, Iesha
3738.    Cook, Kiana Shaniece
3739.    Cook, Robert
3740.    Cook, Brittney
3741.    Cooks, Joe
3742.    Cooks, Gloria
3743.    Cooks, Reggie
3744.    Cooksey, Gerealdine
3745.    Cooksey, Marcellus
3746.    Cooksey, Wayne
3747.    Cooper, Maryle
3748.    Cooper, Lois
3749.    Cooper, Barbara Carolyn
3750.    Cooper, Derrell
3751.    Cooper, Derrick
3752.    Cooper, Deon
3753.    Cooper, Linda C
3754.    Cooper, Deedra
3755.    Cooper, Linda
3756.    Cooper, Precious J.
3757.    Cooper, Lemarlin
3758.    Cooper, Miyako
3759.    Cooper, Deshon
3760.    Cooper, Lois
3761.    Cooper, Terrance

| | |
|---|---|
| 3762. | Cooper, Vance Iii |
| 3763. | Cooper, Daron M |
| 3764. | Cooper, Danielle M |
| 3765. | Copeland, Josephine |
| 3766. | Copeland, Kelly |
| 3767. | Corley, Darnell J. |
| 3768. | Corley, Bruce Ii |
| 3769. | Corley, Tyrone |
| 3770. | Corley, Jasmin |
| 3771. | Corley, Lynnell |
| 3772. | Corley, Monique |
| 3773. | Corley, Mylani |
| 3774. | Corley, Quianjn |
| 3775. | Correa, Denise |
| 3776. | Cosey, Alva |
| 3777. | Cosper, Yolanda |
| 3778. | Cosy, Ronald |
| 3779. | Cotton, Brenda |
| 3780. | Cotton, Cathy |
| 3781. | Cotton, Diana |
| 3782. | Coulah, Tramaine |
| 3783. | Council, Patrina |
| 3784. | Council, Christina |
| 3785. | Council, Sharral |
| 3786. | Council, Shanta |
| 3787. | Council, Trevell |
| 3788. | Countee, Davina |
| 3789. | Counter, Mekhi |
| 3790. | Coursey, Belinda |
| 3791. | Coussinat, Jasmine Call |
| 3792. | Covington, Lewis James |
| 3793. | Cowan, April |
| 3794. | Cowlah, Tramaine |
| 3795. | Craner, Eddiemac |
| 3796. | Craner, Jimmy Lee |
| 3797. | Crater, Shirley |
| 3798. | Crawford, Eli Iii |
| 3799. | Crawford, Gina |
| 3800. | Crawford, Majeid |
| 3801. | Crawford, Ebonee |
| 3802. | Crawford, Kinisha |

3803.    Crawford, Seannis
3804.    Crawford, Shante
3805.    Crawford, Sean Jr
3806.    Crawford-Lewis, Shirley
3807.    Crayton, Maurice
3808.    Crenshaw, Mary
3809.    Crenshaw, Kelinda
3810.    Crismon, Jawan
3811.    Crismon, Alicia
3812.    Criswell, Betty
3813.    Criswell, Benjamin
3814.    Criswell, Sherina
3815.    Criswell, Catrina
3816.    Crittle, Rita L.
3817.    Crosby, Thelma
3818.    Crosley, Natasha
3819.    Crosley, Ronisha
3820.    Crosley, Ashley
3821.    Cross, Willie
3822.    Cross, Dkarl Sr
3823.    Cross, Mercedes
3824.    Crossley-Broussard, Chelsea
3825.    Crowder, Jayann
3826.    Crowder, April
3827.    Crowther, Stan
3828.    Crowther, Monique
3829.    Crumby, Artwetta
3830.    Crumby, Rynnetta
3831.    Cruse, Dale J.
3832.    Crutchfield, Marvin
3833.    Cuadra, Vanessa
3834.    Culclager, Nicole
3835.    Cumby, Marcia
3836.    Cummings, Reginald Call
3837.    Cummings, Yancy
3838.    Cummings, Tierra
3839.    Cummings, Christin Dean
3840.    Cummings, Reginald Call
3841.    Cummings, Hakeem
3842.    Cunningham, Anita
3843.    Cunningham, Angela C.

3844.    Cunningham, Lee Jr
3845.    Cunningham, Nikcole
3846.    Cunningham, Jamon
3847.    Curl, Margaret H
3848.    Curl, Clarence Jr
3849.    Currie, Dana
3850.    Currie, Tra'tavion
3851.    Curry, Marry
3852.    Curry, Darlene
3853.    Curry, Marlene
3854.    Curry, Gerald
3855.    Curry, Renita
3856.    Curry, Christine
3857.    Curry, Ricky Jr
3858.    Curry, Marlyn
3859.    Curry, Robert Mr
3860.    Curry, Ronnie
3861.    Curry, Susan
3862.    Curry-Alexander, Doris
3863.    Curtis, Marion De'sean
3864.    Dada, Miazia
3865.    Dagatan, Ferdinand
3866.    Dailey, Karen
3867.    Damyan, Jr.
3868.    Dancy, Kimberly
3869.    Dangerfield, Alexandra
3870.    Daniel, William Albert
3871.    Daniel, Ruby
3872.    Daniel, Jacquelyn
3873.    Daniel, Michelle
3874.    Daniel, Michael
3875.    Daniel, Lamar Ii
3876.    Daniel , Astrianna L
3877.    Daniel-Collier, Melody
3878.    Daniels, Cleveland J. Jr.
3879.    Daniels, Lenora
3880.    Daniels, Larry
3881.    Daniels, Myra Lennette
3882.    Daniels, Linda
3883.    Daniels, Bryan L.
3884.    Daniels, Michelle R

| | |
|---|---|
| 3885. | Daniels, Lynn |
| 3886. | Daniels, Glenn |
| 3887. | Daniels, Najuawanda |
| 3888. | Daniels, Hezzack |
| 3889. | Daniels, Jaisha |
| 3890. | Dantzler, Breauna Ashleigh |
| 3891. | D'ascenzo, Mark Anthony |
| 3892. | David, Silvia |
| 3893. | David, Henry Jr. |
| 3894. | David-Jacobs, Chauncey Felicia |
| 3895. | Davis, Young |
| 3896. | Davis, Joan |
| 3897. | Davis, Frances |
| 3898. | Davis, Dejenney |
| 3899. | Davis, Carolyn |
| 3900. | Davis, Betty |
| 3901. | Davis, Janet Kaye |
| 3902. | Davis, Karl |
| 3903. | Davis, Vicki |
| 3904. | Davis, Valerie |
| 3905. | Davis, Shenett |
| 3906. | Davis, Leander S |
| 3907. | Davis, Sobrina S |
| 3908. | Davis, John |
| 3909. | Davis, Anne |
| 3910. | Davis, Henry Jr |
| 3911. | Davis, Daniel |
| 3912. | Davis, Pamela |
| 3913. | Davis, Lisa Chennette |
| 3914. | Davis, Kevin |
| 3915. | Davis, Tina R |
| 3916. | Davis, Darrence Sr |
| 3917. | Davis, Raynard |
| 3918. | Davis, Felicia |
| 3919. | Davis, Laron |
| 3920. | Davis, Shela |
| 3921. | Davis, Demei Call Sr |
| 3922. | Davis, Demetrius Call Sr |
| 3923. | Davis, Marcus |
| 3924. | Davis, Nicole |
| 3925. | Davis, Tia Michelle |

| | |
|---|---|
| 3926. | Davis, Angel |
| 3927. | Davis, Jason Jr |
| 3928. | Davis, Ulysses |
| 3929. | Davis, Raymond Jr |
| 3930. | Davis, Manuel |
| 3931. | Davis, Kenneth Jr |
| 3932. | Davis, Karly |
| 3933. | Davis, Kandace |
| 3934. | Davis, Sanioata |
| 3935. | Davis, Ashley Victoria |
| 3936. | Davis, Darrence |
| 3937. | Davis, Deshawn |
| 3938. | Davis, Shawnetta |
| 3939. | Davis, Stephen Michael |
| 3940. | Davis, Diamond |
| 3941. | Davis, Jimmy Jr |
| 3942. | Davis, Chelsea |
| 3943. | Davis, Benjamin D |
| 3944. | Davis, Derion |
| 3945. | Davis, Destiney |
| 3946. | Davis, Denaya |
| 3947. | Davis, Keantay |
| 3948. | Davis, De'jah |
| 3949. | Davis, Cycari |
| 3950. | Davis, Jashonna |
| 3951. | Davis, Ashley |
| 3952. | Davis, Christine |
| 3953. | Davis, Henry Lee |
| 3954. | Davis, Jasmine |
| 3955. | Davis, Lanisha |
| 3956. | Davis, Robert |
| 3957. | Davis, Tiffany |
| 3958. | Davis Jr., Raynard |
| 3959. | Davis-George, Lisa Annette |
| 3960. | Dawes, Laquan |
| 3961. | Dawson, Marilyn Louise |
| 3962. | Dawson, Jeanette |
| 3963. | Dawson, Gregory Jr |
| 3964. | Dawson, Darion |
| 3965. | Dawson, Kaleah |
| 3966. | De Los Reyes, Joselito Call Jr |

| | |
|---|---|
| 3967. | De Rouen, Theresa |
| 3968. | Dean, Angela M. |
| 3969. | Dean Cummings, Christin |
| 3970. | Deanda, Jorge M |
| 3971. | Dean-Rivers, Deborah E |
| 3972. | Decoy, Rebecca |
| 3973. | Dejon, Mykel Laron |
| 3974. | Del Chiaro, Jasmine |
| 3975. | Delgado, Adrienne |
| 3976. | Delvin, Tobie |
| 3977. | Demers, Charlet |
| 3978. | Demetrius, Davis Sr |
| 3979. | Demings, Evette |
| 3980. | Demings, Bree |
| 3981. | Demus, Lashanda |
| 3982. | Demus, Lois Michelle |
| 3983. | Dennis, Feraren |
| 3984. | Dennis, Ethan |
| 3985. | Denny, Kimberly |
| 3986. | Denny-Jones, Willie |
| 3987. | Denson-Thornton, Cheryl |
| 3988. | Dent, Neveland Call |
| 3989. | Dent, Donnella |
| 3990. | Dent, Nevella |
| 3991. | Dernyisha, Gaines |
| 3992. | Derouen, Lynette |
| 3993. | Deschamps, Hl Alexander |
| 3994. | Deschamps, Jessie |
| 3995. | Despanie, Clifton |
| 3996. | Devore, Barry K. |
| 3997. | Dews, Kelvin Darnay |
| 3998. | Dews, Billy Farah |
| 3999. | Dews, Demetrius Call Sr |
| 4000. | Dews, Demetrius Call |
| 4001. | Dews, Billy F |
| 4002. | Dials, Enna M. |
| 4003. | Dias, Andre |
| 4004. | Dickerson, Janice |
| 4005. | Dickerson, Maiysha |
| 4006. | Dickson, Shataea |
| 4007. | Diggs, Pauline |

| | |
|---|---|
| 4008. | Diggs, Beatrice |
| 4009. | Diggs, Vashtie |
| 4010. | Diggs, Dedmon |
| 4011. | Dikon, A. |
| 4012. | Dillard, Willie |
| 4013. | Dillard, Anthony |
| 4014. | Dillard, Danielle |
| 4015. | Dillard, Marquita |
| 4016. | Dillon, Yvonne Marie |
| 4017. | Dillon, Percy Iii |
| 4018. | Dillon, Eric Warren |
| 4019. | Dillon, Leandra |
| 4020. | Dillon, Eric |
| 4021. | Dilworth, Lloyd |
| 4022. | Dismukes, Christopher Jerome |
| 4023. | Dixon, Suede |
| 4024. | Dixon, Ikhaleed |
| 4025. | Dixon, Stephanie |
| 4026. | Dixon, Johnetta |
| 4027. | Dixon, Marcus |
| 4028. | Dixon, Airel Artrese |
| 4029. | Dixon, Ariel |
| 4030. | Dixon, Johnetta |
| 4031. | Dmarco, Joubert |
| 4032. | Doaty, Marie |
| 4033. | Dodson, Manika |
| 4034. | Dogan, Deon |
| 4035. | Domingue, James Bernard Jr |
| 4036. | Domingue, Pamela |
| 4037. | Domingue, Kashia L |
| 4038. | Domingue, Sadie Bea |
| 4039. | Domingue, James Bernard Iii |
| 4040. | Dominguez, Eric |
| 4041. | Dominique, Dorothy |
| 4042. | Dominique, Karen Call |
| 4043. | Dominique, Dorothy |
| 4044. | Dominique , Lee Sr |
| 4045. | Domino, Andrew |
| 4046. | Domino, D'quan |
| 4047. | Domino, Devonte |
| 4048. | Dominque, Kashia Lashay |

| | |
|---|---|
| 4049. | Domunique, Lowe |
| 4050. | Donahue, Vivian |
| 4051. | Donahue, Michelle |
| 4052. | Donaldson, Andrea |
| 4053. | Donaldson, Danae |
| 4054. | Donehue-Stiger, Nina L |
| 4055. | Donell, Guidry Sr |
| 4056. | Donley, Ola Brian |
| 4057. | Donley, Merion |
| 4058. | Donley, Brian |
| 4059. | Dorn, Yuld Sr. |
| 4060. | Dorn-Mullins, Worlanda Faye |
| 4061. | Dorsey, Angela |
| 4062. | Dorsey, Prometheus James |
| 4063. | Dorsey, Anjeanette |
| 4064. | Dorton, Chanelle |
| 4065. | Doss, Cornell |
| 4066. | Dougherty, Jack Ambrose |
| 4067. | Douglas, Whitley |
| 4068. | Douglas, Jewell |
| 4069. | Douglas, Richard |
| 4070. | Douglas, Wilson Sr |
| 4071. | Douglas, Jason |
| 4072. | Douglas, Shanece |
| 4073. | Douglas, Kendell |
| 4074. | Dowell, Angela |
| 4075. | Doyle, Donna |
| 4076. | Draper, Toni R |
| 4077. | Draper-Cardana, Judy |
| 4078. | Drayvonn, Emil |
| 4079. | Drew, Dana |
| 4080. | Drummer, Arlene |
| 4081. | Drummer, Grinds |
| 4082. | Drummer, Tammy |
| 4083. | Drummer, Ronald |
| 4084. | Drummer, Brinda F. |
| 4085. | Drummer, Tammy |
| 4086. | Dudley, Donald |
| 4087. | Dudley, Joseph R |
| 4088. | Dukes, Tyrone Jr |
| 4089. | Dukes, Cherie |

4090.    Dukes, Tyrone Iii
4091.    Dunaway, Bertha
4092.    Dunaway, John
4093.    Dunaway, Brenda
4094.    Dunaway, Marie
4095.    Dunaway, Arnold
4096.    Dunaway, Yvette
4097.    Dunaway, Sherwin
4098.    Dunaway, Cheryl
4099.    Dunaway, Justin
4100.    Dunaway, Jayshawn
4101.    Dunaway, Dayvon
4102.    Duncan, Roscoe
4103.    Duncan, Robert Sr
4104.    Duncan, Janet
4105.    Duncan, Amelia
4106.    Duncan, Candiss
4107.    Duncan, Richard
4108.    Duncan, Lyric
4109.    Duncan-King, Shirley M
4110.    Dunkerson, Tracey
4111.    Dunn, Kelvin Seymourn
4112.    Dunn, Rita
4113.    Dunn, Akilah
4114.    Dunn, Nicole
4115.    Dunn, Lamont Troy
4116.    Dunn, Chivonne
4117.    Dunson, Annie
4118.    Dunson, Gwenette M
4119.    Dunson, Megan L.
4120.    Duran, David
4121.    Duran, Trista
4122.    Duran, David Stephen
4123.    Durden, Marcell
4124.    Durden, Johnta Delion
4125.    Durley, Toni
4126.    Duro, Diana B
4127.    Durretti, Nadine
4128.    Duty, Laura
4129.    Dyer, Gregory
4130.    Dyson, Karl

| | |
|---|---|
| 4131. | Dyson, Lillian |
| 4132. | Dyson, Karwanna |
| 4133. | Dyson, Gregory |
| 4134. | Dyson, Jacqueline |
| 4135. | Dyson Lll, Gerald |
| 4136. | Dyson-Mitchell, Yvette |
| 4137. | Ealy, Rosie M |
| 4138. | Earby, Percy |
| 4139. | Earby, Zaire |
| 4140. | Earle, Robin |
| 4141. | Earle, Racquel |
| 4142. | Earle, Christopher |
| 4143. | Earnestine, Mabry |
| 4144. | Eason, Erianna |
| 4145. | Eason, Charles |
| 4146. | East, Ernest |
| 4147. | East, Jai Sr |
| 4148. | Ebony, Caraway |
| 4149. | Eckles, Tamela |
| 4150. | Eddins, Audrey Clarisse |
| 4151. | Eddins, Lyniece N |
| 4152. | Edmonds, Lenetta |
| 4153. | Edward, Carpenter Kenneth |
| 4154. | Edward, Rash Jr |
| 4155. | Edwards, Dorothy Jene |
| 4156. | Edwards, Maurice Chevalier |
| 4157. | Edwards, Jovan |
| 4158. | Edwards, Angelo |
| 4159. | Edwards, April Delaine |
| 4160. | Edwards, Dethra |
| 4161. | Edwards, Byron Sr |
| 4162. | Edwards, Amentotep |
| 4163. | Edwards, Alexis |
| 4164. | Edwards, Keosha Leona |
| 4165. | Edwards, Jasmine |
| 4166. | Edwards, Gione |
| 4167. | Edwards, Stacie |
| 4168. | Eiland, Judy M |
| 4169. | Eison, Patricia |
| 4170. | Elder, Sennaca |
| 4171. | Elder, Aaronisha |

| | |
|---|---|
| 4172. | Elder, Marcellus Aaron Jr. |
| 4173. | Elder, Alanna |
| 4174. | Ellenberg, Derek |
| 4175. | Ellington, Eula |
| 4176. | Elliott, Hazel |
| 4177. | Elliott, Jackie |
| 4178. | Elliott, Curtis |
| 4179. | Ellis, Henry Dewayne Jr |
| 4180. | Ellis, Antoine |
| 4181. | Ellis, Greta |
| 4182. | Ellis, Shemicka Monquie |
| 4183. | Ellis, Devin |
| 4184. | Ellis, Kimiante D |
| 4185. | Ellison, Ethel |
| 4186. | Ellison, Ronald Sr. |
| 4187. | Ellison, Yolanda |
| 4188. | Ellis-Smith, Jamela |
| 4189. | Elmore, Christopher |
| 4190. | Elston, Wanda |
| 4191. | Ely, Iesha |
| 4192. | Emerson, Phyllis |
| 4193. | Emerson, Frederick James Jr |
| 4194. | Emma, Celina |
| 4195. | English, Raquel |
| 4196. | Ennis, Sabrina |
| 4197. | Ennis, Anitra |
| 4198. | Ennis, Billy Sr |
| 4199. | Ennis, Ivory |
| 4200. | Ennis , Marty |
| 4201. | Ennon, Loretta Call |
| 4202. | Ennon, Lorraine |
| 4203. | Ennon, Walter |
| 4204. | Ennon, Ethel |
| 4205. | Epps, Kevin |
| 4206. | Epps, Tyler |
| 4207. | Eric, Vincent |
| 4208. | Erving, Elna |
| 4209. | Erving, Laticia |
| 4210. | Esa, Nasser |
| 4211. | Esa, Adam Call |
| 4212. | Esa, Jemal |

4213.    Esa, Aisha
4214.    Esa, Elijah
4215.    Esa, Elijah
4216.    Escobar, Dora L
4217.    Escobar, Doris Michelle
4218.    Escobar, Carla
4219.    Escobar, Jairo
4220.    Espinoza, Juan
4221.    Espinoza, Juan Maciel
4222.    Espree, Charles
4223.    Espree, Quindella
4224.    Essick, Belinda
4225.    Essick, Michael
4226.    Essick, Michael Jr
4227.    Essick, Michelle
4228.    Essick, Melissa
4229.    Ester, Cassaundra
4230.    Ettienne, Avan D
4231.    Eubanks, Royale
4232.    Eubanks, Royale
4233.    Evans, Gary M.
4234.    Evans, Marsha Call
4235.    Evans, Mirzett
4236.    Evans, Steven Michael Sr.
4237.    Evans, Marvin Ronnie
4238.    Evans, Rachell M
4239.    Evans, Traci
4240.    Evans, Anika
4241.    Evans, Lashonda
4242.    Evans, Lashonda
4243.    Evans, Kemaine
4244.    Evans, Amber
4245.    Evans, Carolyn
4246.    Evans, Maurice Jr.
4247.    Evans, Charles
4248.    Evans, Ruby
4249.    Everett, Ronald
4250.    Everett, Deshon Maurice Jr.
4251.    Everette, Georgia E
4252.    Everette, Deshon
4253.    Everette, Deshon Jr

| | |
|---|---|
| 4254. | Everette, Robert Tre Jr |
| 4255. | Everette, Darrell |
| 4256. | Faafetai, Rosanna |
| 4257. | Faafiti, Mafaufauga |
| 4258. | Faafiti, Easter |
| 4259. | Faalau, Laveaina |
| 4260. | Faalau, Dorothy |
| 4261. | Faalau, Suhayla |
| 4262. | Faalau, Suhayla |
| 4263. | Faalau Jr., Laveaina |
| 4264. | Faalogoifo, Isaiah |
| 4265. | Faananafu, Peleseum S |
| 4266. | Faataui, Elizabeth |
| 4267. | Faataui, Penina |
| 4268. | Faataui, Fiatonu |
| 4269. | Faataui, Gollhofer |
| 4270. | Faataui, Century D Sr. |
| 4271. | Faataui, Vevesi Ruben |
| 4272. | Faataui, Pelenise |
| 4273. | Faataui, Lisimoni |
| 4274. | Faataui, Krystal |
| 4275. | Faataui, Felicia Rebecca |
| 4276. | Faataui, Adele |
| 4277. | Faataui, Donna |
| 4278. | Faataui, Paul Vaosea |
| 4279. | Faataui, Century Jr |
| 4280. | Faataui, Kimo |
| 4281. | Faataui, Tavana |
| 4282. | Faataui, Tiana |
| 4283. | Faataui, Jewel |
| 4284. | Faataui-Morales, Siai |
| 4285. | Faatoalia, Ioana |
| 4286. | Facey, Kamara |
| 4287. | Faciane, Karen |
| 4288. | Fagatele, Sarona |
| 4289. | Fails, Beverly A. |
| 4290. | Fails, John |
| 4291. | Fails, Lana |
| 4292. | Fails, Robert |
| 4293. | Fails, Lenette |
| 4294. | Fairley, Glynis |

| | |
|---|---|
| 4295. | Fairley, Kenneth Jr |
| 4296. | Fairley-Statham, Valerie |
| 4297. | Falesoga, David H. |
| 4298. | Fambro, Milton |
| 4299. | Farah, Henry |
| 4300. | Farnell, Rashad Sr |
| 4301. | Farr, Daniel |
| 4302. | Fatima, Kerrine |
| 4303. | Faulalo, Jasmine |
| 4304. | Faust, Earl André |
| 4305. | Fayfisher, Kathleen |
| 4306. | Fears, Shirley |
| 4307. | Felder, Stephanie |
| 4308. | Feliciana, Stephan M |
| 4309. | Fenley, Andre |
| 4310. | Fenley, Andre |
| 4311. | Fennell, Calvin Iv |
| 4312. | Fennell, Doris |
| 4313. | Fennell, Sonya |
| 4314. | Feraren, Dennis |
| 4315. | Ferguson, Brenda |
| 4316. | Ferguson, Lois Marie |
| 4317. | Ferguson, Lamonte Elliott |
| 4318. | Ferguson, Shedrick 3rd |
| 4319. | Ferguson, Sean |
| 4320. | Ferguson, Danita |
| 4321. | Ferguson, Nakisha |
| 4322. | Ferguson-Blankenship, Danita R. |
| 4323. | Ferrando, Jason |
| 4324. | Fidelino, Dennis |
| 4325. | Fields, Winnie |
| 4326. | Fields, James |
| 4327. | Fields, Nina |
| 4328. | Fields, Lonnie Sr |
| 4329. | Fields, Robert |
| 4330. | Fields, Tamnica D. |
| 4331. | Fields, Duwan Sr |
| 4332. | Fields, Tanicka |
| 4333. | Fields, Tenesha |
| 4334. | Fields, Ronnie Darnell Iii |
| 4335. | Fields, Niko |

| | |
|---|---|
| 4336. | Fields, Rico Clifford |
| 4337. | Fields, Robert Iii |
| 4338. | Figueroa, Nathalie F. |
| 4339. | Finamore, Carl Phillip |
| 4340. | Finley, Charles |
| 4341. | Finley, Maurice |
| 4342. | Finley, Charles Sr |
| 4343. | Finley, Micheal |
| 4344. | Fisher, Evelyn |
| 4345. | Fisher, Kathleen Fay |
| 4346. | Fisher, Rosalind |
| 4347. | Fisher, Lynette |
| 4348. | Fisher, Darquis Sr |
| 4349. | Fisher, Lynice |
| 4350. | Fisher, Shaquille |
| 4351. | Fisher, Darquis Jr. |
| 4352. | Fisher, Vincent |
| 4353. | Fleeton, Linila |
| 4354. | Fleeton, Antero Quinones |
| 4355. | Fleming, Darlene |
| 4356. | Fletcher, Jeanette |
| 4357. | Flippin, Linda |
| 4358. | Flores, Jasmine |
| 4359. | Flores, Nelson |
| 4360. | Flores, Dilcia |
| 4361. | Flores, Clemente |
| 4362. | Flowers, Doris |
| 4363. | Flowers, Gayle |
| 4364. | Flowers, Elliott C. |
| 4365. | Fondel, Keith |
| 4366. | Fondel, Keimani |
| 4367. | Fondon, Tennille |
| 4368. | Fonoti, Puletele |
| 4369. | Fonseca, Judith |
| 4370. | Fonseca, Jose Carlos |
| 4371. | Fonseca, Orisa |
| 4372. | Fontenot, Ricky |
| 4373. | Fontenot, Ramon |
| 4374. | Fontenot, Jabari |
| 4375. | Foote, D'oveion |
| 4376. | Foots, Louise |

| | |
|---|---|
| 4377. | Foots, Erika |
| 4378. | Forbes, Sheila |
| 4379. | Forbes, Angelique |
| 4380. | Forbes, Antoinique |
| 4381. | Ford, Andrew H |
| 4382. | Ford-Pittman-Hudson, Trina |
| 4383. | Forrest, Lewis/White |
| 4384. | Fort, Antoinette |
| 4385. | Fort'e, Burnette Iii |
| 4386. | Forte, Almeta Jenkins |
| 4387. | Forte, Elizabeth |
| 4388. | Forte, Anthony Sr |
| 4389. | Forte, Amina Call |
| 4390. | Fortenberry, Laronda |
| 4391. | Foster, Nina |
| 4392. | Foster, Orlando Keith |
| 4393. | Foster, Eric |
| 4394. | Foster, Cherlynn |
| 4395. | Foster, Ijnanya |
| 4396. | Foster, Derek |
| 4397. | Foster, James Ii |
| 4398. | Foster, Vernisha |
| 4399. | Foster, Damion |
| 4400. | Fowlis, Jamela |
| 4401. | Fox, Denise |
| 4402. | Fox, Yolanda |
| 4403. | Fraise, Eriannah |
| 4404. | Francis, Janisa |
| 4405. | Francois, Linda |
| 4406. | Frank, Frandis |
| 4407. | Frank, Jeraldine |
| 4408. | Frank, Brianna |
| 4409. | Frank, Markeya |
| 4410. | Franklin, Marie |
| 4411. | Franklin, Patty Jo |
| 4412. | Franklin, Patricia |
| 4413. | Franklin, Leon |
| 4414. | Franklin, George |
| 4415. | Franklin, Lasonya |
| 4416. | Franklin, Earline |
| 4417. | Franklin, Aretha |

| | |
|---|---|
| 4418. | Franklin, Tracy |
| 4419. | Franklin, Jennifer |
| 4420. | Franklin, Terry Sr |
| 4421. | Franklin, Cloteal |
| 4422. | Franklin, Amos Jr |
| 4423. | Franklin, Bonnie M. |
| 4424. | Franklin, Keimani |
| 4425. | Franklin, Terry Jr |
| 4426. | Franklin, Bernadine |
| 4427. | Franklin, Aanori |
| 4428. | Franklin-Davis, Maybell |
| 4429. | Franks, Jeanae |
| 4430. | Franks, Rafique |
| 4431. | Frayer, Natalie - |
| 4432. | Frazier, Myron D. |
| 4433. | Frazier, Sammy |
| 4434. | Frazier, Tenisha |
| 4435. | Frazier, Tiana |
| 4436. | Freeman, Phyllis |
| 4437. | Freeman, Leisa |
| 4438. | Frelot, Da'shun |
| 4439. | Frelot, Dwayne |
| 4440. | Frelot, Lildoris |
| 4441. | Frelot, Delilah |
| 4442. | Frelot, Angel |
| 4443. | Frelot, Kelvin Jr |
| 4444. | Frelot, Isaac |
| 4445. | Frelot, Isacartece |
| 4446. | French, James Jr |
| 4447. | French-Speller, Marilyn |
| 4448. | Freyman, Yevgeniy |
| 4449. | Frias, Angelica E |
| 4450. | Friedman, Bonnie |
| 4451. | Fromer, Gina |
| 4452. | Frye, Malik |
| 4453. | Fulbright, Harris |
| 4454. | Fulbright, Veronica |
| 4455. | Fuller, Charles Jr |
| 4456. | Fuller, Delela |
| 4457. | Fullwood, Laura |
| 4458. | Fullwood, Candice |

| | |
|---|---|
| 4459. | Fung, Grace |
| 4460. | Furlough, Loyce Marie |
| 4461. | Gaddies, Sonia |
| 4462. | Gaddies, Tonia |
| 4463. | Gaffney, Gail |
| 4464. | Gaffney, Sheri |
| 4465. | Gaffney, Regina |
| 4466. | Gage, Carolyn |
| 4467. | Gage, Yvonne L. |
| 4468. | Gage, Lloyd |
| 4469. | Gage, Tiffany |
| 4470. | Gage, Lashanti |
| 4471. | Gahagan, Kentrece |
| 4472. | Gaines, Alex |
| 4473. | Gaines, Ricky M. |
| 4474. | Gaines, Dwayne H. Sr |
| 4475. | Gaines, Jennifer |
| 4476. | Gaines, Yolanda |
| 4477. | Gaines, Derrick |
| 4478. | Gaines, Sheree |
| 4479. | Gaines, Salahudin |
| 4480. | Gaines, Jerry |
| 4481. | Gaines, Jennifer |
| 4482. | Gaines, Frederick |
| 4483. | Gaines, Harold Jr. |
| 4484. | Gaines, Rashalanda |
| 4485. | Gaines, Vernon |
| 4486. | Gaines, Alexis |
| 4487. | Gaines, Shantanice |
| 4488. | Gaines, Christopher |
| 4489. | Gaines, Derrick L |
| 4490. | Gaines, Larhonda M |
| 4491. | Gaines, Jakala |
| 4492. | Gaines, Davonta |
| 4493. | Gaines, Joudere Aremel |
| 4494. | Gaines, Briana |
| 4495. | Gaines, Jeanette Alicia |
| 4496. | Gaino, Mildred H. |
| 4497. | Gallaread, Walter Jr |
| 4498. | Gallaread, Jason |
| 4499. | Gallo, Elena |

| | |
|---|---|
| 4500. | Gallon, Marquet |
| 4501. | Gamble, Janae N. |
| 4502. | Gans, Robert L. |
| 4503. | Gans, Sharon L. |
| 4504. | Gans, Myra |
| 4505. | Gans, Annesha |
| 4506. | Gantt, Brian |
| 4507. | Gantt, Dazahlee |
| 4508. | Garbys, Nicole |
| 4509. | Garcia, Alfonso Alvin |
| 4510. | Garcia, Ramon |
| 4511. | Garcia, Homero |
| 4512. | Garcia, Nakisha Josie |
| 4513. | Garcia, Singin T |
| 4514. | Garcia, Marquise |
| 4515. | Garcia, Makayla |
| 4516. | Garcia-Barth, Maria D. |
| 4517. | Gardiner, Arianna |
| 4518. | Gardner, Gilbert |
| 4519. | Gardner, Charles Jr |
| 4520. | Gardner, Larenda |
| 4521. | Gardner, Mecale Lateef |
| 4522. | Gardner, Shantel Trisha Faye |
| 4523. | Garner, Eurma |
| 4524. | Garner, Regina |
| 4525. | Garner, Dyesha |
| 4526. | Garner, Tarian |
| 4527. | Garner, Kashina |
| 4528. | Garrett, Rodney D |
| 4529. | Garrett, Mary |
| 4530. | Garrett, Ladiamond Cordellia |
| 4531. | Garrett, Kiere |
| 4532. | Garrit, Jazmanika |
| 4533. | Garvin, Adriane Alexis |
| 4534. | Garvin, Carlos Jr |
| 4535. | Garza, Jesus |
| 4536. | Gaspard, Lashona |
| 4537. | Gastinell, Kevin Sr |
| 4538. | Gastinell, Varlander |
| 4539. | Gastinell, Lorenzo E |
| 4540. | Gastinell, Kevin Jr |

| | |
|---|---|
| 4541. | Gastinell, Kymber |
| 4542. | Gastinell, Nia |
| 4543. | Gatewood, Brian |
| 4544. | Gathron, Keonte |
| 4545. | Gaut, Siataga |
| 4546. | Gaynorann, Siataga |
| 4547. | Geeter, Louise Jr |
| 4548. | Geeter, Howard |
| 4549. | Geeter, Gregory |
| 4550. | Geeter, Angela |
| 4551. | Geeter, Krystel |
| 4552. | Genochio, Rachel M |
| 4553. | George, Jeffery W. |
| 4554. | George, Theo James |
| 4555. | George, Johnicon |
| 4556. | George, Nikita |
| 4557. | George, Vona |
| 4558. | George, Davian |
| 4559. | Geter, Willie |
| 4560. | Geter, Anna |
| 4561. | Geter, Shamika |
| 4562. | Geter, Leon |
| 4563. | Geter , Cedric Jr |
| 4564. | Geter , Cedric Sr |
| 4565. | Geter-Irving, Dishon |
| 4566. | Ghanem, Mohamed |
| 4567. | Giacopazzi, Michelle |
| 4568. | Gibson, James Jr |
| 4569. | Gibson, Michele |
| 4570. | Gibson, Tammie |
| 4571. | Gibson, Mark |
| 4572. | Gibson, Sean Claide Jr |
| 4573. | Gibson, Marcel |
| 4574. | Gibson, Raekwon |
| 4575. | Gibson, Milia |
| 4576. | Gifford, Randy |
| 4577. | Gilbert, Rosetta |
| 4578. | Gilbert, Scharlene |
| 4579. | Gilbert, Mervin Cory |
| 4580. | Gill, Lauren |
| 4581. | Gill, Camryn |

| | |
|---|---|
| 4582. | Gilliam, Cailynn |
| 4583. | Gillis, Charles |
| 4584. | Gillis-Massey, Martina |
| 4585. | Gillum, Krystal |
| 4586. | Gilmore, Daryl |
| 4587. | Gilmore, Shaavon |
| 4588. | Gilmore, Asia |
| 4589. | Gilmore, Aisha |
| 4590. | Gilmore, Daryl |
| 4591. | Gilmore, Shaandreia |
| 4592. | Gilton, Antonio Sr |
| 4593. | Gilton, Armond |
| 4594. | Gilton, Kailer |
| 4595. | Ginn, Kennisha |
| 4596. | Givens, Douglas Jr |
| 4597. | Givens, Christopher |
| 4598. | Givens, Douglas Sr |
| 4599. | Givens Sr, Dennis |
| 4600. | Glaser, Jamoni |
| 4601. | Glasper, Nikisha |
| 4602. | Glaspie, Glendon B |
| 4603. | Glaspie, Lashundra S |
| 4604. | Glaspie, Emil |
| 4605. | Glass, Gary |
| 4606. | Glass, Ontario |
| 4607. | Glass, Racquel |
| 4608. | Glass, Vivian |
| 4609. | Gleaves, Arleta |
| 4610. | Glenn, D'annadele |
| 4611. | Glenn-King, Barbara |
| 4612. | Gloria, Lisa |
| 4613. | Glover, James |
| 4614. | Glover, Annik |
| 4615. | Glover-Cheek, Dorothy L |
| 4616. | Godall, Harry |
| 4617. | Godwin-Porter, Lovy |
| 4618. | Gogetta, Rachelle |
| 4619. | Goins, Autisea |
| 4620. | Goins, Emmanuel |
| 4621. | Goins, Raphael |
| 4622. | Golden, Nyiesha Leshay |

| | |
|---|---|
| 4623. | Golden, Nyiesha |
| 4624. | Golson, Geletti |
| 4625. | Gonyeau, Arielle |
| 4626. | Gonzales, Jesus |
| 4627. | Goodall, Sabrina M |
| 4628. | Gooden, Loretta |
| 4629. | Goodwin, Jason C |
| 4630. | Goodwin, Jason |
| 4631. | Gorden, Andrea |
| 4632. | Gordon, Jacqueline |
| 4633. | Gordon, Andrea |
| 4634. | Gordon, Upendo |
| 4635. | Gordon, Qunnice |
| 4636. | Gordon, Mondrea |
| 4637. | Gordon, Monik |
| 4638. | Gordon, Damiane |
| 4639. | Gordon, Andrew |
| 4640. | Gordon, Cary |
| 4641. | Gordon, Jeremiah |
| 4642. | Gordon-Brown, Carnella Veronica |
| 4643. | Goree, James |
| 4644. | Gould, Sharon Renee |
| 4645. | Gould, John Iv |
| 4646. | Gowan, Meoisha |
| 4647. | Gowwan, Alexia |
| 4648. | Grady, Sandra |
| 4649. | Grady, Sandra |
| 4650. | Grady, Jesse Sr. |
| 4651. | Grady, Kevin |
| 4652. | Grady, Gladys |
| 4653. | Grady, Cynthia |
| 4654. | Grady, Sonia |
| 4655. | Grady, Jennifer |
| 4656. | Grady, Christopher |
| 4657. | Grady, Jesse Jr |
| 4658. | Grady, Tiffani |
| 4659. | Grady, Sharenda Jilmelia |
| 4660. | Graff, Aprilyn |
| 4661. | Graff, Monica |
| 4662. | Grant, Lorraine |
| 4663. | Grant, Berle |

4664.    Grant, Martha L
4665.    Grant, Kenneth
4666.    Grant, Nicole
4667.    Grant, Tamesha
4668.    Grant, Tercell
4669.    Grant, Tijuana
4670.    Grant, Latasha
4671.    Grant-Mills, Lolita
4672.    Grate, Jayden
4673.    Graves, Gloria
4674.    Graves, Gina M
4675.    Graves, Kimberly Rasheal
4676.    Gray, Debrah
4677.    Gray, Arbee
4678.    Gray, Sharon D
4679.    Gray, Michelle
4680.    Gray, Germond
4681.    Gray, Philip Iii
4682.    Gray, Giovanni Valintino
4683.    Gray, Giovanni
4684.    Gray, Jeremiah
4685.    Gray, Jeremiah
4686.    Gray-Jones, Dawn
4687.    Grays, Betty
4688.    Grays, Maurice
4689.    Grays, Darius
4690.    Grays, Earl
4691.    Grays, Earl Vonte
4692.    Grayson, Frederick C.
4693.    Grayson, Kyla Lourial
4694.    Grayson, D'juanae M
4695.    Grayson, Dwayne Iii
4696.    Grayson, Armani
4697.    Gray-Thompson, Cynthia
4698.    Green, Rosalyn
4699.    Green, Bobby
4700.    Green, Mary
4701.    Green, Doris
4702.    Green, Norman
4703.    Green, Rodney Maurice Sr
4704.    Green, Rodney B

| | |
|---|---|
| 4705. | Green, Richard Martin |
| 4706. | Green, Deborah |
| 4707. | Green, Phillip |
| 4708. | Green, Anna |
| 4709. | Green, Leora |
| 4710. | Green, Latanya |
| 4711. | Green, Tanya |
| 4712. | Green, Echelle |
| 4713. | Green, Asaneko Yakeylee |
| 4714. | Green, Norman |
| 4715. | Green, Namone Sr |
| 4716. | Green, Maurice Alexander |
| 4717. | Green, Pierre Jr |
| 4718. | Green, Robert A |
| 4719. | Green, Antoinette Renee |
| 4720. | Green, Callie |
| 4721. | Green, Angela Lanelee |
| 4722. | Green, Ikeysha Call |
| 4723. | Green, Danielle |
| 4724. | Green, Jeremiah Sr. |
| 4725. | Green, Princess |
| 4726. | Green, Princess |
| 4727. | Green, Christoper |
| 4728. | Green, Denae |
| 4729. | Green, Deanna L |
| 4730. | Green, Aaron |
| 4731. | Green, Elijah |
| 4732. | Green, Yvonne |
| 4733. | Green, Brittany |
| 4734. | Green, Tyrone |
| 4735. | Green, Sincere Shamone |
| 4736. | Green, Jonathan Iii |
| 4737. | Green, Adalaide |
| 4738. | Green, Virginia |
| 4739. | Green-Bissig, Victoria Yvette |
| 4740. | Greene, Jade M |
| 4741. | Greene, Ladell |
| 4742. | Greenwood, Nefateria |
| 4743. | Greenwood, David |
| 4744. | Greenwood, Davious A. |
| 4745. | Greer, Shelia |

| | |
|---|---|
| 4746. | Greer, Flora |
| 4747. | Greer, Samuel |
| 4748. | Greer, Issac |
| 4749. | Greer, Stephen Sr |
| 4750. | Greer, Christopher Jr |
| 4751. | Greer, Nia |
| 4752. | Gregory, Whitney |
| 4753. | Gregory, Elston |
| 4754. | Grice, Mistee U. |
| 4755. | Grice-Robinson, Myeshia |
| 4756. | Grier, Barbara |
| 4757. | Grier, Sheila |
| 4758. | Grier, Sherri |
| 4759. | Grier, Sheila |
| 4760. | Griffin, Deborah Ann |
| 4761. | Griffin, Ozel |
| 4762. | Griffin, Jacqueline |
| 4763. | Griffin, Tracy |
| 4764. | Griffin, Andre |
| 4765. | Griffin, Karleen |
| 4766. | Griffin, Xandrine |
| 4767. | Griffin, Xzeric |
| 4768. | Griffin, Jade |
| 4769. | Griffin-Johnson, Laronda |
| 4770. | Grigsby Lewis, Victoria |
| 4771. | Grimes, Porsche |
| 4772. | Grisby, Karianna |
| 4773. | Grizzell, Kimberly |
| 4774. | Grooms, Darryl |
| 4775. | Gross, Miryoki |
| 4776. | Gross, Nakida |
| 4777. | Gross, Marsai Javon |
| 4778. | Groves-Diggs, La Vonia |
| 4779. | Gubson, Cassandra |
| 4780. | Gubson, Charles |
| 4781. | Gubson, Troy |
| 4782. | Gubson, Jarvis |
| 4783. | Gubson, Terrishe |
| 4784. | Gubson, Anthony |
| 4785. | Gudino, Alexandra |
| 4786. | Guerrero, Maricella |

| | |
|---|---|
| 4787. | Guest, Denita |
| 4788. | Guevara, Dolores O |
| 4789. | Guido, Rachel |
| 4790. | Guidry, Winnie |
| 4791. | Guidry, Donell |
| 4792. | Guidry, Orlando |
| 4793. | Guidry, Danielle |
| 4794. | Guillebeau, Casey Doris |
| 4795. | Guillory, Tyshaun |
| 4796. | Guinn, Edward |
| 4797. | Gulley, Clint Iii |
| 4798. | Gulley, Ava |
| 4799. | Gulley, Adina Ms. |
| 4800. | Gulley, Angelo |
| 4801. | Gulley, Destiny |
| 4802. | Gulley, Deniro |
| 4803. | Gunn, Kimberly |
| 4804. | Gunn, Derrell |
| 4805. | Gunn, Esther |
| 4806. | Gunter, James |
| 4807. | Gunter, Jermaine |
| 4808. | Gupton, Dorothy |
| 4809. | Gupton, Azizi |
| 4810. | Guter, Andrew Jr |
| 4811. | Gutierrez, Sofia |
| 4812. | Gutierrez, Agustin |
| 4813. | Gutu, Taiepisi |
| 4814. | Guy, Arika |
| 4815. | Guy, Vincent |
| 4816. | Guy, Vincent Dj |
| 4817. | Guyton, Bria |
| 4818. | Ha, Henry |
| 4819. | Hacker, Alexandra Papkov |
| 4820. | Hackett, Ronald Jr |
| 4821. | Hackett, Jauquez |
| 4822. | Hadley, Lanae |
| 4823. | Hadley, Welton |
| 4824. | Hages, Constance |
| 4825. | Haines, Bridget Marie |
| 4826. | Haines, Tawanna |
| 4827. | Hale, Laandre |

| | |
|---|---|
| 4828. | Haley, Lawrence Iii |
| 4829. | Haley, Dalon |
| 4830. | Hall, Bertha Lee |
| 4831. | Hall, Larita |
| 4832. | Hall, Vanessa |
| 4833. | Hall, Donald |
| 4834. | Hall, Shirley Jean |
| 4835. | Hall, Gregory |
| 4836. | Hall, Terrance |
| 4837. | Hall, Terrence |
| 4838. | Hall, Tamaitaioleao |
| 4839. | Hall, Michael |
| 4840. | Hall, Abuena |
| 4841. | Hall, Dwight Edward |
| 4842. | Hall, Zipporah |
| 4843. | Hall, Tiffany |
| 4844. | Hall, Amber |
| 4845. | Hall, William C |
| 4846. | Hall, Cecilia |
| 4847. | Hall, Jabari |
| 4848. | Hall, Tiffany |
| 4849. | Hall, Teierah |
| 4850. | Hall, Frank Iii |
| 4851. | Hall, Emani |
| 4852. | Hall, Jaiden |
| 4853. | Hall, Maruin |
| 4854. | Hamby, Shirley |
| 4855. | Hamby, James |
| 4856. | Hamilton, Thomas W. |
| 4857. | Hamilton, Rhonda |
| 4858. | Hamilton, L |
| 4859. | Hamilton, Regina L |
| 4860. | Hamilton, Dana |
| 4861. | Hamilton, Syretta |
| 4862. | Hamilton, Omorede C |
| 4863. | Hamilton, Erik |
| 4864. | Hamilton, Regan |
| 4865. | Hamlin, Adrian |
| 4866. | Hamlin, Tanya |
| 4867. | Hamlin, Lanz Jr |
| 4868. | Hamlin, Lanz Jr |

| | |
|---|---|
| 4869. | Hammond, Zidra |
| 4870. | Hammond, Timiko |
| 4871. | Hammond, Patrice |
| 4872. | Hammond, Tiffany |
| 4873. | Hammons, William |
| 4874. | Hammons, Jazmyn |
| 4875. | Hampton, Ralph |
| 4876. | Hampton, Gail |
| 4877. | Hampton, Renna |
| 4878. | Hampton, Rodney |
| 4879. | Hampton, Earl |
| 4880. | Hampton, Kenetta |
| 4881. | Hampton, Cordelia Felicia |
| 4882. | Hampton, Cedrica |
| 4883. | Hampton, Michael |
| 4884. | Hampton, Deshane |
| 4885. | Hand, Robert Ii |
| 4886. | Handy, Kim |
| 4887. | Hankerson, Shemeta |
| 4888. | Hanley, Julian |
| 4889. | Hanna, Cyril Iv |
| 4890. | Hannah, A. Dee |
| 4891. | Hannah, Asha |
| 4892. | Hannah-Merriweather, Adeeshela |
| 4893. | Harden, Ericka |
| 4894. | Harden, Arielle |
| 4895. | Harden, Dontrell Lee |
| 4896. | Harden, Eric |
| 4897. | Harding, Noryu |
| 4898. | Hardy, Janice |
| 4899. | Hardy, James Oliver |
| 4900. | Hardy, Albert Jr |
| 4901. | Hardy, Denise |
| 4902. | Hardy, Jeremiah |
| 4903. | Hardy, Heshima |
| 4904. | Hardy, Alaya |
| 4905. | Hardy, Josiah R |
| 4906. | Harge, Monisha K. |
| 4907. | Hargraves, Jermaine Sr |
| 4908. | Hargraves, David Jr |
| 4909. | Harmon, Monique Kimberly |

| | |
|---|---|
| 4910. | Harold, Maurice |
| 4911. | Harold, Tonya |
| 4912. | Harper, David |
| 4913. | Harper, Tommy Earl Sr |
| 4914. | Harper, Catherine |
| 4915. | Harper, Ramondo L |
| 4916. | Harper, Edmond Leon |
| 4917. | Harper, Ha'keem Omar G. |
| 4918. | Harper, Angel |
| 4919. | Harrell, Earl Jr |
| 4920. | Harrell, Issac |
| 4921. | Harrell, Issac Maurice |
| 4922. | Harrell, Felicia |
| 4923. | Harrell, Donald Ray |
| 4924. | Harrell, Donnisha |
| 4925. | Harrell, Sefo S |
| 4926. | Harrell, Henderson B |
| 4927. | Harrell, Linda C |
| 4928. | Harrell, Maryle C |
| 4929. | Harris, Ernestine |
| 4930. | Harris, Marlene R |
| 4931. | Harris, Janice |
| 4932. | Harris, Rosaria |
| 4933. | Harris, Tommy Lee |
| 4934. | Harris, Maurice |
| 4935. | Harris, Emma |
| 4936. | Harris, Lucky D. |
| 4937. | Harris, Constance Faith |
| 4938. | Harris, Ginale |
| 4939. | Harris, Angela |
| 4940. | Harris, Gregory F Ii |
| 4941. | Harris, Gregory |
| 4942. | Harris, Cecilia |
| 4943. | Harris, Teisha |
| 4944. | Harris, Shawn |
| 4945. | Harris, Myishea |
| 4946. | Harris, Tazia |
| 4947. | Harris, Andre Jr |
| 4948. | Harris, Latesha |
| 4949. | Harris, Andrew Lavan |
| 4950. | Harris, Andrew |

| | |
|---|---|
| 4951. | Harris, Tamakio Sr |
| 4952. | Harris, Makeda |
| 4953. | Harris, Ariana |
| 4954. | Harris, Tazia R. |
| 4955. | Harris, Greg Iii |
| 4956. | Harris, Marisa |
| 4957. | Harris, Damond Jr |
| 4958. | Harris, Racine Lynnette |
| 4959. | Harris, Bernice |
| 4960. | Harris, Damar |
| 4961. | Harris, D'mauriae |
| 4962. | Harris, Adrein |
| 4963. | Harris, Paris Maurice |
| 4964. | Harrison, Troy Jr |
| 4965. | Harrison, Thomas L |
| 4966. | Harrison, Marie |
| 4967. | Harrison, Larry D. |
| 4968. | Harrison, Arieann Marie |
| 4969. | Harrison, Arihann |
| 4970. | Harrison, Stacey |
| 4971. | Harrison, Dion Sr |
| 4972. | Harrison, Akida |
| 4973. | Harrison, Amili |
| 4974. | Harrison, Adelya |
| 4975. | Harrison, Shani |
| 4976. | Harrison, Jessica Elysse |
| 4977. | Harrison, Lawrence Jr |
| 4978. | Harrison, Leandrew |
| 4979. | Harrison, Dion Jr |
| 4980. | Harrison, Angelito Jr |
| 4981. | Harrison, Roman |
| 4982. | Harrison, Thomas Jr. |
| 4983. | Harrison, Lavonte K |
| 4984. | Harrison, Albert Iv |
| 4985. | Harrison, Aja |
| 4986. | Harrison, April |
| 4987. | Harrison, Marie |
| 4988. | Harrison, Naim Sr |
| 4989. | Harris-Welch, D'nique Christopher |
| 4990. | Harris-Young, Sheila |
| 4991. | Harry, Felix |

| | |
|---|---|
| 4992. | Hart, Gayle |
| 4993. | Hart, Motaigus |
| 4994. | Hart, Dwight |
| 4995. | Harvey, Monica |
| 4996. | Harvey, Dia Kenyatte |
| 4997. | Harvey, Tyrell |
| 4998. | Harvey, Dia Q Jr |
| 4999. | Hasan, Fadl |
| 5000. | Hasan, Mikal |
| 5001. | Hasan, Dominique |
| 5002. | Hasan, Tiana |
| 5003. | Hatch, Cale |
| 5004. | Havard, Jerome Carl |
| 5005. | Havard, Sharon Louise |
| 5006. | Hawkins, Ruby J |
| 5007. | Hawkins, David L. Jr. |
| 5008. | Hawkins, Verlaine |
| 5009. | Hawkins, Brigette |
| 5010. | Hawkins, Niema |
| 5011. | Hawkins, Narshon Sr. |
| 5012. | Hawkins, Latara |
| 5013. | Hawkins, Devon Fredrick |
| 5014. | Hawkins, Erick |
| 5015. | Hawkins, Kenya |
| 5016. | Hawkins, Jasmine V. |
| 5017. | Hawkins, Kenisha |
| 5018. | Hawkins, Zaire |
| 5019. | Hawkins - Garcia, Preston David |
| 5020. | Hawkins-Collins, Daniel R |
| 5021. | Hawkins-Collins, Lashunda Call |
| 5022. | Hay, William |
| 5023. | Hay, William |
| 5024. | Hay, Vanessa |
| 5025. | Hayden, Lahrol Ahmad |
| 5026. | Haye, Steva |
| 5027. | Hayes, Gloria |
| 5028. | Hayes, Karen Call |
| 5029. | Hayes, Alan A. Sr. |
| 5030. | Hayes, Monique |
| 5031. | Hayes, Chasity Alicia |
| 5032. | Hayes, Rashawn D.F. |

5033.    Hayes, Tashia
5034.    Hayles, Ernest Iii
5035.    Haynes, Willie
5036.    Haynes, Leticia N/A
5037.    Haynes, Quintara
5038.    Haynes, Jiavani
5039.    Haynes, Lonisha
5040.    Hays, Ramona Alfreda
5041.    Haywood, William Jr.
5042.    Haywood, Tracy
5043.    Hazard, Lavonne
5044.    Hazard, Edna Maria
5045.    Hazard, Adrian James
5046.    Hazard, Kareem
5047.    Hazard-Hawkins, Erick Anthony
5048.    Heagney, Camielle
5049.    Heard, Kentrece
5050.    Heard, Kentrece
5051.    Heard, Janae
5052.    Heard, Ashley K.
5053.    Hearne, Leilani Marie
5054.    Heath, Andranique
5055.    Hebert, Barbara S
5056.    Hebert, Emil Drayvonn
5057.    Hebron, Shakarri
5058.    Heckard, Rose
5059.    Hector, Michelle Peppars
5060.    Hector, Aguilar
5061.    Heinz, Ralph
5062.    Heinz, Starla
5063.    Helm, Laura
5064.    Helm, William
5065.    Helm, Noreen
5066.    Helm, Leonard Sr
5067.    Helm, Christopher
5068.    Helm, Tobias Sr
5069.    Helm, Leonard P H Jr
5070.    Helton, Jeffrey
5071.    Helton, Janae
5072.    Helton, Chanta
5073.    Helton, Ronald Jr

5074.    Henderson, John Mark
5075.    Henderson, Constance R.
5076.    Henderson, Crystal
5077.    Henderson, Delana
5078.    Henderson, Delawna
5079.    Henderson, Troy Jr
5080.    Henderson, Troy I
5081.    Henderson , Terrance Jr.
5082.    Hendricks, Sharon
5083.    Hendricks, Michael Robert
5084.    Hendricks, Tiesha
5085.    Hendricks, Valerie
5086.    Henry, Jeralene
5087.    Henry, Linda
5088.    Henry, Farah
5089.    Henry, Michael D. Jr.
5090.    Henry, Deneitra
5091.    Henry, Troy
5092.    Henry, Kachelle
5093.    Henry, Mieshael
5094.    Henry, Michael D. Iii
5095.    Henry, Donald Jr
5096.    Henry, Donald Jr
5097.    Hentrel, Martha Renee
5098.    Hepburn, Emanuel
5099.    Herbert, Diamond
5100.    Herd, Fabian
5101.    Herman, Brittany
5102.    Hernandez, Maria
5103.    Hernandez, José
5104.    Hernandez, Sequioa
5105.    Hernandez, Angel Alonzo
5106.    Hernandez, April
5107.    Hernández Hernández, José
5108.    Hernandez-Ramirez, Angel Alonzo
5109.    Herrera, Alexcis
5110.    Herrera, Tikia
5111.    Herrera, Jose Alberto
5112.    Herrera, Alena
5113.    Herron, Lanu
5114.    Hervey, Armond L Jr

5115.    Heslip, Larry
5116.    Heslip, Woodrow Jr
5117.    Heslip, Barbara Ann
5118.    Heslip, Catina
5119.    Hester, Partricia
5120.    Hickerson, Charles A
5121.    Hickerson, Robert M Jr
5122.    Hickerson, Tyriq
5123.    Hickman, Sybil
5124.    Hicks, Helen L
5125.    Hicks, Raymond
5126.    Hicks, Schanita
5127.    Hicks, Marchari
5128.    Higgins, Betty
5129.    Higgins, Jerry
5130.    Higgins, Sonja
5131.    Higgins, Tristan
5132.    Higgs, Niema S
5133.    Higgs, Jovanda
5134.    Hightower, Maurice
5135.    Hightower, Keisha
5136.    Hill, Raleigh Willie
5137.    Hill, Sherman
5138.    Hill, Daisy
5139.    Hill, Michael
5140.    Hill, Harold
5141.    Hill, Michele
5142.    Hill, Roy
5143.    Hill, Tonya
5144.    Hill, Theoatis Jr
5145.    Hill, Raphael
5146.    Hill, Norman
5147.    Hill, Semetha
5148.    Hill, Malika
5149.    Hill, James
5150.    Hill, Tiphane
5151.    Hill, Ceione
5152.    Hill, Kenneth Lee
5153.    Hill, Demetrius T
5154.    Hill, Shabriya Jeane
5155.    Hill, Shannon

| | |
|---|---|
| 5156. | Hill, Theoatis Iii |
| 5157. | Hill, Rolando |
| 5158. | Hill, Areyana |
| 5159. | Hill, Isis |
| 5160. | Hill, Unique |
| 5161. | Hill, Tiaria |
| 5162. | Hill-Hopkins, Gigi |
| 5163. | Hilliard, Eva |
| 5164. | Hilliard, Eva |
| 5165. | Hilliard, Cedric Ii |
| 5166. | Hillis, Raynard H. Sr. |
| 5167. | Hill-Scott, Annette |
| 5168. | Hindsman, Elaine |
| 5169. | Hines, Jonetta |
| 5170. | Hines, Rashad |
| 5171. | Hines, Alvin Ii |
| 5172. | Hines, Isa |
| 5173. | Hines, Tonika |
| 5174. | Hines, Stetson |
| 5175. | Hinks, Marshari |
| 5176. | Hoang, Thuong Nhat |
| 5177. | Hobdy, Jason |
| 5178. | Hockett, Cowya Lamond |
| 5179. | Hodge, Da'mya |
| 5180. | Hodges, Arnessa |
| 5181. | Hodges, Jovan Sr |
| 5182. | Hodges, Tarik |
| 5183. | Hodges, Crystal |
| 5184. | Hodges, Jamal |
| 5185. | Hodges, Jarvis Kent Jr |
| 5186. | Hoffmann, Jeremy |
| 5187. | Hoffmann, Catiussi |
| 5188. | Hogan, Lester |
| 5189. | Hogan, Kevin |
| 5190. | Hogan, James Ii |
| 5191. | Hogan, Derrick Ii |
| 5192. | Hogan, Jai'ere |
| 5193. | Hogan, James Eugene Iii |
| 5194. | Hoges, Kylie |
| 5195. | Hogg, Cadmus |
| 5196. | Hogg, Cuntis |

| | |
|---|---|
| 5197. | Hogg, Dennis |
| 5198. | Holcomb, Michelle |
| 5199. | Holcomb, Mercedes |
| 5200. | Holiday, Stephon |
| 5201. | Holland, Jackson |
| 5202. | Hollander, Ardie |
| 5203. | Holliday, Lawrence Jr |
| 5204. | Hollier, Markieda |
| 5205. | Holliman, Tahari Kasai |
| 5206. | Holliman, Taje Jakkar |
| 5207. | Hollingsworth, Linda Gail |
| 5208. | Hollingworth, Leonard |
| 5209. | Hollins, Tacora |
| 5210. | Hollins, Keion |
| 5211. | Hollins, Kerry |
| 5212. | Hollis, Lashunda M. |
| 5213. | Hollis, Chemika |
| 5214. | Hollis, Revon Jr |
| 5215. | Hollomon, Latrice |
| 5216. | Holloway, Donald Ramon |
| 5217. | Holloway, Trish |
| 5218. | Holloway, Ta'shaun |
| 5219. | Holman, Mechiel |
| 5220. | Holman, John Iii |
| 5221. | Holman, Lamont |
| 5222. | Holman, Brianna |
| 5223. | Holmes, Sheila |
| 5224. | Holmes, Margie |
| 5225. | Holmes, Camilla |
| 5226. | Holmes, Fatina |
| 5227. | Holmes, Latashia |
| 5228. | Holmes, Latashia |
| 5229. | Holmes, Aaron |
| 5230. | Holmes, Damon |
| 5231. | Holmes, Sheanita La Shea |
| 5232. | Holmes, Peter |
| 5233. | Holmes, Delpheanea |
| 5234. | Holmes, Tyrisha |
| 5235. | Holmes, Anthony |
| 5236. | Holmes, Darius |
| 5237. | Holmes, David |

5238.    Holmes, Dominique
5239.    Holtz, Tramaine
5240.    Hoopai, Sarah
5241.    Hopkins, Vivian
5242.    Hopkins, Catina
5243.    Hopkins, Charles
5244.    Horace, Constance
5245.    Horner, Kimberly
5246.    Hoskins, Patricia Henderson
5247.    Hoskins, Chanel
5248.    Hoskins, Monica
5249.    Hoskins, Brittany
5250.    Howard, Willie
5251.    Howard, Ernestine
5252.    Howard, Verna L
5253.    Howard, Theresa
5254.    Howard, Leonard
5255.    Howard, Barbara Ann
5256.    Howard, Jacqueline
5257.    Howard, Melody
5258.    Howard, Samantha
5259.    Howard, Harry Sr
5260.    Howard, Cusanda Lynn
5261.    Howard, Tina
5262.    Howard, Vale
5263.    Howard, Malaisha
5264.    Howard, Lenika
5265.    Howard, Danielle S
5266.    Howard, Lisa Monique
5267.    Howard, Temon Sr
5268.    Howard, Lonell Sr.
5269.    Howard, Tyiasha
5270.    Howard, Jasmine Jahwana
5271.    Howard, Cardarin
5272.    Howard, Angelic
5273.    Howard, Hajji
5274.    Howard, Leonard Rashad
5275.    Howard, Le'andre
5276.    Howard, Teandre
5277.    Howard, Aaron
5278.    Howard, Brandon

5279.    Howard, Neal
5280.    Howard, Markesta
5281.    Howard, Markeston
5282.    Howard, Leonard Douglas Jr
5283.    Howard, Precious
5284.    Howard, Princess
5285.    Howard, Jerimond De' Shon
5286.    Howard, Jerimond
5287.    Howard, Mikose
5288.    Howard, Mardell
5289.    Howard, Myles
5290.    Howard-Kidd, Teandre
5291.    Hubbard, Linda Faye
5292.    Hubbard, Janis
5293.    Hubbard, Gwendolyn
5294.    Hubbard, Kristen
5295.    Hubbard, Tammia
5296.    Hubbard, Te Andre
5297.    Hubbart, Jennifer D
5298.    Hubbart, Artter J
5299.    Hubbart, Emonie A
5300.    Hudnall, James Henry
5301.    Hudnall, Evelyn
5302.    Hudson, Orlando Sr
5303.    Hudson, Jill
5304.    Hudson, Ali Mustafa
5305.    Hudson, Teanisha
5306.    Hudson, Orlando Nimrod Jr
5307.    Hudson, Robert
5308.    Hudson, Alayia Jahnessa
5309.    Hudson, Alayia
5310.    Hueso, Adela Andrea
5311.    Hueso, Mario
5312.    Huff, Mae
5313.    Hughes, Donald Sr.
5314.    Hughes, Stephanie L.
5315.    Hughes, Ka'van
5316.    Hughes, Nicole
5317.    Hughes, Genese
5318.    Hughes, Donald Jr
5319.    Hughes, Perry Jr

| | |
|---|---|
| 5320. | Hughes, Darvell |
| 5321. | Hughes, Kristy |
| 5322. | Hughes, Tanisha |
| 5323. | Hughes, Xiuxiao |
| 5324. | Hughes, Krystle |
| 5325. | Hughes, Sheena |
| 5326. | Hughes, Wittie |
| 5327. | Hughes, Shanice |
| 5328. | Hughes, Pierre |
| 5329. | Hughes, Melinda |
| 5330. | Hughes, Demaire |
| 5331. | Hughes, Shade Taccore |
| 5332. | Hughes , Perry Jr |
| 5333. | Hughes Iii, Perry |
| 5334. | Hughes/Forte, Amina |
| 5335. | Humble, Heather A. |
| 5336. | Humphrey, Alexander |
| 5337. | Humphrey, Chardonne |
| 5338. | Humphrey, Edward |
| 5339. | Humphrey, Michael |
| 5340. | Humphries, Kianga |
| 5341. | Hundall, Jessie |
| 5342. | Hundon, Deundra |
| 5343. | Hunter, Rutha |
| 5344. | Hunter, Roosevelt Jr |
| 5345. | Hunter, Vincent |
| 5346. | Hunter, Dana |
| 5347. | Hunter, Michael Call Jr |
| 5348. | Hunter, Leah |
| 5349. | Hunter, Antoine Jr. |
| 5350. | Hunter, Derrick |
| 5351. | Hunter, Akilah |
| 5352. | Hunter , Gloria J |
| 5353. | Huntley, Kevin |
| 5354. | Huntley, Corinne |
| 5355. | Huntley, Catherine |
| 5356. | Hurd, Ray Antwoine |
| 5357. | Hurst, Hope |
| 5358. | Hyde, Sylvia |
| 5359. | Hyde, Roni |
| 5360. | Ia, Damanique |

5361.    Ibarra, Vincent
5362.    Ikeda, Corine
5363.    Iles - Crane, Stephanie Ellen 1970
5364.    Iman, Jr.
5365.    Ingram, Dalonna
5366.    Inyang, Lemuel Sr
5367.    Inyang, Lemuel Jr
5368.    Ioane, Pipii
5369.    Ioane, Leafaitulagi
5370.    Irving, Terrell
5371.    Irving, Remi
5372.    Irving, Dishon Renee
5373.    Irving, Angelique
5374.    Isaac, Tommy Bruce
5375.    Isaac, Reneil Jr
5376.    Isaacs, Kimberly
5377.    Isabore, Laura
5378.    Isler, Ebony
5379.    Iulio, Fai
5380.    Iulio, Ron Sr
5381.    Iulio, Lauoletolo
5382.    Iulio-Sua, Joyce
5383.    Ivory, Shamilah
5384.    Ivy, Robert
5385.    Ivy, Peggy
5386.    Ivy, Antonette
5387.    Jack, Simon
5388.    Jack, Francis N
5389.    Jack, Mary
5390.    Jack, Raymond Jr
5391.    Jack, Simon Jack
5392.    Jack, Joseph Sr
5393.    Jack, Timothy
5394.    Jack, Lori
5395.    Jack, John Fitzgerald
5396.    Jack, Joseph
5397.    Jack, De'onna
5398.    Jack, Vance Jr.
5399.    Jack, John Jr
5400.    Jack Allen, Joy
5401.    Jackmon, Mae

| | |
|---|---|
| 5402. | Jackmon, Carmen |
| 5403. | Jackmon, Meiko |
| 5404. | Jackson, Alma |
| 5405. | Jackson, Frankie |
| 5406. | Jackson, Vera L. |
| 5407. | Jackson, Rick |
| 5408. | Jackson, Juanita |
| 5409. | Jackson, Edward |
| 5410. | Jackson, Gregory A. |
| 5411. | Jackson, Diane |
| 5412. | Jackson, Wanda |
| 5413. | Jackson, Sandra |
| 5414. | Jackson, Darrell |
| 5415. | Jackson, Brenda D |
| 5416. | Jackson, James Jr |
| 5417. | Jackson, Karen |
| 5418. | Jackson, Eddie |
| 5419. | Jackson, Cherice |
| 5420. | Jackson, Violet |
| 5421. | Jackson, Anthony |
| 5422. | Jackson, Gerald |
| 5423. | Jackson, Jermaine Sr |
| 5424. | Jackson, Aisha |
| 5425. | Jackson, Frederick |
| 5426. | Jackson, Thomas W |
| 5427. | Jackson, Madelyn |
| 5428. | Jackson, Artaga |
| 5429. | Jackson, Delricco J. |
| 5430. | Jackson, Amanda |
| 5431. | Jackson, Tommy Lee |
| 5432. | Jackson, Tanesha |
| 5433. | Jackson, Shirley |
| 5434. | Jackson, Dewayne |
| 5435. | Jackson, Zakiya |
| 5436. | Jackson, Raichele |
| 5437. | Jackson, Tammie |
| 5438. | Jackson, Ricky Jr |
| 5439. | Jackson, Jamica |
| 5440. | Jackson, Ivan Jr |
| 5441. | Jackson, Melissa |
| 5442. | Jackson, Dominick Sr |

| | |
|---|---|
| 5443. | Jackson, Jessie Iii |
| 5444. | Jackson, Myron |
| 5445. | Jackson, Toni |
| 5446. | Jackson, Damarko |
| 5447. | Jackson, Devalin |
| 5448. | Jackson, Katina |
| 5449. | Jackson, Mose 3rd |
| 5450. | Jackson, Kayla |
| 5451. | Jackson, Miesha |
| 5452. | Jackson, Aja |
| 5453. | Jackson, Lacy D. |
| 5454. | Jackson, Ameere R |
| 5455. | Jackson, Brittany |
| 5456. | Jackson, Frederick Jr |
| 5457. | Jackson, Frederick Sr. |
| 5458. | Jackson Hayden, Emma |
| 5459. | Jackson-Frazier, Theresa |
| 5460. | Jackson-Lane, Carletta |
| 5461. | Jacobs, Chemista |
| 5462. | Jacobs, Monnie |
| 5463. | Jacobs, Monique |
| 5464. | Jacobs, Monique |
| 5465. | Jacobs, Tanesha |
| 5466. | Jacobs, Jacari |
| 5467. | Jacobs Calloway, Dartise |
| 5468. | Jada, Lennox |
| 5469. | Jagdish, Sanjay |
| 5470. | Jamerson, Cy |
| 5471. | James, Margaret |
| 5472. | James, Oscar |
| 5473. | James, Patricia |
| 5474. | James, Thomas |
| 5475. | James, Eddie |
| 5476. | James, Lorna P. |
| 5477. | James, Libbie |
| 5478. | James, Carlisa |
| 5479. | James, Inez |
| 5480. | James, Vaughntese |
| 5481. | James, Vaughntese Wendell |
| 5482. | James, Jessica |
| 5483. | James, Kevin |

| | |
|---|---|
| 5484. | James, Laiarie |
| 5485. | James, Jayla |
| 5486. | James, Robert |
| 5487. | James-Mcway, Kathy |
| 5488. | Jameson, Stanney |
| 5489. | Jasper, Darae |
| 5490. | Jatagawa, Semaya |
| 5491. | Javae, Aaliyah |
| 5492. | Javon, L |
| 5493. | Jefferson, James I |
| 5494. | Jefferson, Michael |
| 5495. | Jefferson, Kim |
| 5496. | Jefferson, Stefon |
| 5497. | Jefferson, Toni |
| 5498. | Jefferson, James C. Ii |
| 5499. | Jefferson, Stefanie |
| 5500. | Jefferson, Jnai |
| 5501. | Jefferson, Deja |
| 5502. | Jefferson, Eris |
| 5503. | Jefferson, James Carter |
| 5504. | Jefferson, Makai |
| 5505. | Jefferson, Makiah |
| 5506. | Jeffery, Dionne |
| 5507. | Jeffries, Joy |
| 5508. | Jeffries, Tiffany Y. |
| 5509. | Jenkins, Geraldine |
| 5510. | Jenkins, Michael Otis |
| 5511. | Jenkins, Deborah R. |
| 5512. | Jenkins, Carmen Pia |
| 5513. | Jenkins, Timothy |
| 5514. | Jenkins, Lateshia |
| 5515. | Jenkins, Cherlena |
| 5516. | Jenkins, Brandon E |
| 5517. | Jenkins, Paris |
| 5518. | Jenkins, Georgina |
| 5519. | Jenkins, Nicole Sharron |
| 5520. | Jenkins, Jacquia La'ruth Butler |
| 5521. | Jenkins, Jameila |
| 5522. | Jenkins, Jemar Teron Jr |
| 5523. | Jenkins, Deja |
| 5524. | Jenkins- Knight, Nache |

5525.    Jennings, Carman
5526.    Jennings, Jacqueline
5527.    Jennings, Dina
5528.    Jennings, Latonia
5529.    Jennings, Rachelle
5530.    Jennings, Kalen
5531.    Jessica, Shim
5532.    Jeter, Harriet
5533.    Jett, Junetta
5534.    Jiang, Huang Wen
5535.    Jiang, Shao Lan
5536.    Jiang, Xiuqi Call
5537.    Jiang, Xianzhang
5538.    Jiang, Zhang
5539.    Jiang, Zheng Zhang
5540.    Jimenez, Josue Asael R
5541.    Jinks, Lynork
5542.    Jinks, Betty
5543.    Jodan, Ezerah
5544.    Joe, Nicole
5545.    Johns, Harold B.
5546.    Johns, Eraina
5547.    John's, Louis
5548.    Johnson, Lizzie
5549.    Johnson, Gerald
5550.    Johnson, Dorothy
5551.    Johnson, Cora L
5552.    Johnson, Julia
5553.    Johnson, James
5554.    Johnson, Lessie L.
5555.    Johnson, Wanda 1970
5556.    Johnson, Lynda
5557.    Johnson, Jeannette
5558.    Johnson, Veronica
5559.    Johnson, George
5560.    Johnson, Albert
5561.    Johnson, Gail
5562.    Johnson, Stephanie
5563.    Johnson, Horace
5564.    Johnson, Sheila
5565.    Johnson, Rosalind

| | |
|---|---|
| 5566. | Johnson, Cynthia |
| 5567. | Johnson, Ray |
| 5568. | Johnson, Rhonda |
| 5569. | Johnson, Jennifer |
| 5570. | Johnson, Dorothy |
| 5571. | Johnson, Angela |
| 5572. | Johnson, Lynetta A |
| 5573. | Johnson, Deanna |
| 5574. | Johnson, Lawrence |
| 5575. | Johnson, Rosela |
| 5576. | Johnson, Tanya Lynn |
| 5577. | Johnson, Frederick |
| 5578. | Johnson, Alvin Lee |
| 5579. | Johnson, David Cornell |
| 5580. | Johnson, Derrick |
| 5581. | Johnson, Sharon |
| 5582. | Johnson, Paul |
| 5583. | Johnson, Harolynne |
| 5584. | Johnson, Alesia |
| 5585. | Johnson, Lucia |
| 5586. | Johnson, Vinson Sr |
| 5587. | Johnson, Victoria |
| 5588. | Johnson, Andrea |
| 5589. | Johnson, Sidney |
| 5590. | Johnson, Dani |
| 5591. | Johnson, Kim |
| 5592. | Johnson, Eric Sr |
| 5593. | Johnson, Darnell Sr |
| 5594. | Johnson, Andrae |
| 5595. | Johnson, Anthony Sr |
| 5596. | Johnson, Tracie |
| 5597. | Johnson, Marcus |
| 5598. | Johnson, Bernice |
| 5599. | Johnson, Shawntale |
| 5600. | Johnson, Frankethia |
| 5601. | Johnson, Tasha |
| 5602. | Johnson, Antonique |
| 5603. | Johnson, Monique S |
| 5604. | Johnson, Jeniece |
| 5605. | Johnson, Tamara |
| 5606. | Johnson, Horace Jr |

| | |
|---|---|
| 5607. | Johnson, Kymorea |
| 5608. | Johnson, Cherise Lynette |
| 5609. | Johnson, Damar |
| 5610. | Johnson, Nikko Isiah |
| 5611. | Johnson, Iesha |
| 5612. | Johnson, Farrell Sr. |
| 5613. | Johnson, Royale |
| 5614. | Johnson, Lasheca |
| 5615. | Johnson, Fredrick |
| 5616. | Johnson, Shalah |
| 5617. | Johnson, Antonio J Sr |
| 5618. | Johnson, Erika |
| 5619. | Johnson, Hadrian |
| 5620. | Johnson, Felicia |
| 5621. | Johnson, Farrarri Tyrone |
| 5622. | Johnson, Derwayne |
| 5623. | Johnson, Veronique M |
| 5624. | Johnson, Cornell |
| 5625. | Johnson, Tianna Elaine |
| 5626. | Johnson, Denishia |
| 5627. | Johnson, Quanisha |
| 5628. | Johnson, Modesty |
| 5629. | Johnson, Needra |
| 5630. | Johnson, Sade |
| 5631. | Johnson, Demarcus J |
| 5632. | Johnson, Elmira |
| 5633. | Johnson, Audriana Marie |
| 5634. | Johnson, Shaunte |
| 5635. | Johnson, Makia Lynnette |
| 5636. | Johnson, Louis |
| 5637. | Johnson, Ronnishia Unique Ann |
| 5638. | Johnson, Tasheanna Christy |
| 5639. | Johnson, Loneshea |
| 5640. | Johnson, Cecilia |
| 5641. | Johnson, Vinson Jr |
| 5642. | Johnson, Tazar |
| 5643. | Johnson, Rochelle |
| 5644. | Johnson, Travelle Demarco |
| 5645. | Johnson, Inita |
| 5646. | Johnson, Kanyce |
| 5647. | Johnson, Chanel |

| | |
|---|---|
| 5648. | Johnson, Gerald Jr |
| 5649. | Johnson, Anthony Jr |
| 5650. | Johnson, Jeray |
| 5651. | Johnson, Anirell |
| 5652. | Johnson, Erica |
| 5653. | Johnson, Arianna |
| 5654. | Johnson, Jahrell |
| 5655. | Johnson, Mauriyon |
| 5656. | Johnson, Diarrianna S |
| 5657. | Johnson, Moeshe |
| 5658. | Johnson, Jasmine |
| 5659. | Johnson, Jeremiah |
| 5660. | Johnson, Erinne |
| 5661. | Johnson, Richard Sr |
| 5662. | Johnson, Rosela |
| 5663. | Johnson, Shakisha |
| 5664. | Johnson, Shameka |
| 5665. | Johnson, Tyree |
| 5666. | Johnson Carter, Rachel |
| 5667. | Johnson Colbert-Thornton, Horace Jr |
| 5668. | Johnson-Hannah, Sheila |
| 5669. | Johnson-Marchall, Chanarae B. |
| 5670. | Johnson-Mckeever, Chandra R. |
| 5671. | Johnson-White, Deborah |
| 5672. | Johnson-Williams, Stephanie |
| 5673. | Jolivette, Nathan |
| 5674. | Jolivette, Melissa |
| 5675. | Jolivette, Melissa |
| 5676. | Jones, Mattie |
| 5677. | Jones, Noretha |
| 5678. | Jones, Fletcher Jr. |
| 5679. | Jones, Ashford Jr. |
| 5680. | Jones, Amos Sr |
| 5681. | Jones, Shirley |
| 5682. | Jones, Maxine P |
| 5683. | Jones, Theaster |
| 5684. | Jones, Joslyn |
| 5685. | Jones, Reginald |
| 5686. | Jones, Charles Lynn |
| 5687. | Jones, Theresa |
| 5688. | Jones, Virginia Rae |

5689.    Jones, Bobby
5690.    Jones, Elois
5691.    Jones, Davie
5692.    Jones, Jo Ann
5693.    Jones, Donald Ray
5694.    Jones, James D
5695.    Jones, Jimmie Franklin
5696.    Jones, Lottina
5697.    Jones, Belvin
5698.    Jones, Lorene
5699.    Jones, Edward Earl
5700.    Jones, Marsha Lee
5701.    Jones, Debra
5702.    Jones, Darryl
5703.    Jones, Pamela
5704.    Jones, Reginald
5705.    Jones, Jarhonda
5706.    Jones, Jonel L.
5707.    Jones, Sonja Denise
5708.    Jones, Charles Lee Sr
5709.    Jones, Darryl N
5710.    Jones, Victor Lance Sr
5711.    Jones, Regina
5712.    Jones, Vickie W
5713.    Jones, Tomeka M
5714.    Jones, Sadriena
5715.    Jones, Enrico
5716.    Jones, Charles
5717.    Jones, James C
5718.    Jones, Tamara
5719.    Jones, Montrell
5720.    Jones, Keisha
5721.    Jones, Antwon C
5722.    Jones, Ayahna
5723.    Jones, Deon Sr
5724.    Jones, Chalise
5725.    Jones,
5726.    Jones, Lakisha
5727.    Jones, James Ii
5728.    Jones, Jenaiah
5729.    Jones, Sharifa

| 5730. | Jones, Phillip |
| 5731. | Jones, Makitha |
| 5732. | Jones, Queen Ester |
| 5733. | Jones, Tyiesha |
| 5734. | Jones, Marshawn Sr. |
| 5735. | Jones, Patrice |
| 5736. | Jones, Paul Ii |
| 5737. | Jones, Tina |
| 5738. | Jones, Curtis Jr |
| 5739. | Jones, Ebony |
| 5740. | Jones, Joyce |
| 5741. | Jones, Tiffany |
| 5742. | Jones, Shameika |
| 5743. | Jones, Laurie |
| 5744. | Jones, Abayomi-E |
| 5745. | Jones, Lyn-Tise |
| 5746. | Jones, Jeremy Sr |
| 5747. | Jones, Taneika |
| 5748. | Jones, Satavia |
| 5749. | Jones, Tisha |
| 5750. | Jones, Donald Omar Malik Rasheed |
| 5751. | Jones, Eric B |
| 5752. | Jones, Celeste |
| 5753. | Jones, Myeisha |
| 5754. | Jones, Syeeda |
| 5755. | Jones, Donnell |
| 5756. | Jones, Antonio |
| 5757. | Jones, Mystique |
| 5758. | Jones, Dominique |
| 5759. | Jones, Deon Jr |
| 5760. | Jones, Shamika |
| 5761. | Jones, Gregory |
| 5762. | Jones, Christian |
| 5763. | Jones, Charles Lee Jr |
| 5764. | Jones, Letitia |
| 5765. | Jones, Connor |
| 5766. | Jones, Janae |
| 5767. | Jones, Jarel |
| 5768. | Jones, Ramon E |
| 5769. | Jones, Danielle |
| 5770. | Jones, Emerald |

5771.    Jones, Banay Nicole
5772.    Jones, Rhajone
5773.    Jones, Kylan
5774.    Jones, Jabriel
5775.    Jones, Sharome
5776.    Jones, Kenyana Jr
5777.    Jones, Kyra Avina
5778.    Jones, Lashaunae V
5779.    Jones, James Mario Ll
5780.    Jones, Armani
5781.    Jones, Rhayna
5782.    Jones, James Iii
5783.    Jones, Dayja
5784.    Jones, Donae Jr.
5785.    Jones, Danielle Monique
5786.    Jones, Rellavon Deshawn
5787.    Jones, Mercadez
5788.    Jones, Jonah Adle
5789.    Jones, Kayla
5790.    Jones, Annie Mae
5791.    Jones, Honah
5792.    Jones, Jordon
5793.    Jones, Jotisha
5794.    Jones, Pecola
5795.    Jones, Samuel
5796.    Jones , Andrew Jr
5797.    Jones , James Iii
5798.    Jones , Marie
5799.    Jones-Beasley, Sonya
5800.    Jones-Garner, G Alyssa Kimberlle
5801.    Jones-San Miguel, Rhayna
5802.    Jones-Turner, Gregory E
5803.    Jonesw, Iesha
5804.    Jordan, Eartha
5805.    Jordan, Joann
5806.    Jordan, Joyce
5807.    Jordan, Audrey
5808.    Jordan, Ruth
5809.    Jordan, Sam Iii
5810.    Jordan, Damont
5811.    Jordan, Kendrick

| | |
|---|---|
| 5812. | Jordan, Samuel Iv |
| 5813. | Jordan, Jacynta |
| 5814. | Jordan, Shante Sade |
| 5815. | Jordan, Jasiah J |
| 5816. | Jorden, Nickey Jr |
| 5817. | Jordon, Earlasha |
| 5818. | Jose, Maria Jr. |
| 5819. | Joseph, Gladys |
| 5820. | Joseph, Tanya |
| 5821. | Joseph, Alice |
| 5822. | Joseph, Abdallah |
| 5823. | Joseph, Maher |
| 5824. | Joseph, Raymond E Jr |
| 5825. | Joseph, Shimetha |
| 5826. | Joseph, Terrell Markest Jr. |
| 5827. | Joseph, Asad |
| 5828. | Joseph, Raylina |
| 5829. | Joseph, Tamy |
| 5830. | Joseph, Lashomda N |
| 5831. | Joseph, La'shonda |
| 5832. | Joseph, Lanesha E |
| 5833. | Joseph, La'nesha |
| 5834. | Joseph, Ka'jhiya |
| 5835. | Joshua, Enyese S. |
| 5836. | Joubert, Kenneth |
| 5837. | Joubert, Dmarco |
| 5838. | Joubert, Deandre Sr |
| 5839. | Joyce, Linda Dow |
| 5840. | Juarez, Esther |
| 5841. | Juarez, Jose Angel |
| 5842. | Juarez, Xavier James |
| 5843. | Juarez, Briana Monique |
| 5844. | Julie, Lanu |
| 5845. | Jurline, Jurline |
| 5846. | Justice, Marcus |
| 5847. | Justin, Pacita |
| 5848. | Justin, Kim L |
| 5849. | Justin, Latrice |
| 5850. | Justin, Mona |
| 5851. | Kalifs, Isa M |
| 5852. | Kaulave, Joseph |

5853.     Kaulave, Merita
5854.     Kaulave, John
5855.     Kaulave, Joseph
5856.     Kavan, Amanda
5857.     Kazee, Marilyn
5858.     Kearney, Cynthia
5859.     Keasley, Kevin D
5860.     Keene, Selina R
5861.     Keith, Brian
5862.     Keith, Avin
5863.     Kelley, Fredrick
5864.     Kelley, Fredrick
5865.     Kelley, Julia
5866.     Kelley, Michelle
5867.     Kelley, Bruce
5868.     Kelley, Myron Sr
5869.     Kelley, Sheila
5870.     Kelley, Dorothy Yvette
5871.     Kelley, Kimberly E
5872.     Kelley, Ayana
5873.     Kelley, Craig Call Jr
5874.     Kelley, Myron Call Jr.
5875.     Kelley, Bryan
5876.     Kelley, Craig Sr
5877.     Kelley, Brittney
5878.     Kelley Bourne, Laura Dean
5879.     Kellom, Muhammad Sr.
5880.     Kelly, Clara B.
5881.     Kelly, Artemese F
5882.     Kelly, Alice
5883.     Kelly, Brittenne R
5884.     Kelly, Nikiiya Maria
5885.     Kemp, Denise
5886.     Kendrick, Classie
5887.     Kendrick, Diana G
5888.     Kendrick, Natasha
5889.     Kendrick, Dominique
5890.     Kendrix, Krystal
5891.     Kennard, Alaiya
5892.     Kennedy, Vernell
5893.     Kennedy, Emily

| | |
|---|---|
| 5894. | Kennedy, Lavonne |
| 5895. | Kennedy, Cecelia |
| 5896. | Kennedy, Jacqueline |
| 5897. | Kennedy, Mark J |
| 5898. | Kennedy, Verna J |
| 5899. | Kenneth, Joubert |
| 5900. | Kenneth, Davis Jr |
| 5901. | Kennon, Gwendalyn |
| 5902. | Kennon, Shajuan |
| 5903. | Kenny, Carla D |
| 5904. | Kenny, Gregory |
| 5905. | Kent, Lavar |
| 5906. | Kent, Washington |
| 5907. | Keran, Amanda |
| 5908. | Kess, Roxane |
| 5909. | Keys, Randy |
| 5910. | Khalil, Zulaikha |
| 5911. | Khalil, Deshawn |
| 5912. | Khan, Anisah |
| 5913. | Khan, Anisah-Miriam |
| 5914. | Khan, Rashaad |
| 5915. | Kidd, Cheryl |
| 5916. | Kidd, Barbara |
| 5917. | Kidd, Lawanda |
| 5918. | Kidd, Dianisha |
| 5919. | Kidd, Tanis |
| 5920. | Kilgore, Zollie Lee |
| 5921. | Kiliona, Maumeni |
| 5922. | Kiliona, Vao |
| 5923. | Kim, Lynch |
| 5924. | Kimble, Damont Sr |
| 5925. | Kincaid, Aimee |
| 5926. | Kincaid, Deonte |
| 5927. | King, Susie Mae |
| 5928. | King, Franzo Wayne |
| 5929. | King, Marina |
| 5930. | King, Lavaughn |
| 5931. | King, Brenda |
| 5932. | King, Deborah Ann |
| 5933. | King, Duran Orlando |
| 5934. | King, Elounda |

| | |
|---|---|
| 5935. | King, Jolynn |
| 5936. | King, Danyel Yvette |
| 5937. | King, Rama |
| 5938. | King, Melvin Caldwell |
| 5939. | King, Mark |
| 5940. | King, Mildred |
| 5941. | King, Shunnee Renee Jr |
| 5942. | King, Brandy |
| 5943. | King, Shardae |
| 5944. | King, Tyonna |
| 5945. | King, Deborah |
| 5946. | Kirk, Jay Paul |
| 5947. | Kirk, Travis |
| 5948. | Kirtman , Bennie |
| 5949. | Kirtman , Bernice M |
| 5950. | Kittles, Darius Rai Jr |
| 5951. | Kittles, Po |
| 5952. | Kittles, Deandra |
| 5953. | Kittles, Simone |
| 5954. | Kitts, Carolyn |
| 5955. | Knapp, Kenneth Bernard |
| 5956. | Knapp, Karl |
| 5957. | Knight, Walter |
| 5958. | Knight, Tamique |
| 5959. | Knight, Anthony |
| 5960. | Knight, Nache |
| 5961. | Knight, Sundiata |
| 5962. | Knight, Sandiata |
| 5963. | Knighten, Cynthia Marie |
| 5964. | Knighten, Joseph Sr |
| 5965. | Knighten, Jesse Iii |
| 5966. | Knighten, Raquel |
| 5967. | Knighten Birden, Flora |
| 5968. | Kountz, Desean |
| 5969. | Kuka, Malama Sarah |
| 5970. | Kuka, Princess L |
| 5971. | Kuresa, Faavela |
| 5972. | Kuresa, Cheryl |
| 5973. | Kuresa-Sokimi, Christina |
| 5974. | Kyer, Terrie A |
| 5975. | Kyle, Lakesha |

5976.    L, Terry Sr
5977.    Lacey, Thomas
5978.    Lacrosse, Sara Nicole
5979.    Laday, Cassandra
5980.    Lafayette, Thomas
5981.    Lafleful-Pellom, Sebrina
5982.    Lafleur, Serina
5983.    Lafleur, Rita
5984.    Lafo, Solomona Sr
5985.    Lagerhausen, Brian Scott
5986.    Lagrone, Clarisse J
5987.    Laird, Cynthia
5988.    Laird, Raymond Jr
5989.    Lake, Joseph Elmalik Iii
5990.    Lake, Nala
5991.    Lake, Rojae
5992.    Lake, Joseph Iv
5993.    Lakisha, Jones
5994.    Lam, Chun Hing
5995.    Lamecka, Phipps
5996.    Lamontte, Myeika
5997.    Lampkins, Arnold Iii
5998.    Lampkins, Arnold Leon Iii
5999.    Lancaster, James B
6000.    Landry, Daniel B
6001.    Landry, Tavis Terrell
6002.    Landry, Tavis M
6003.    Landry, Tamia
6004.    Landry, Tavion
6005.    Landry, Marcus B
6006.    Lane, Wardell Jr
6007.    Lane, Gwendolyn T.
6008.    Lane, Tonette
6009.    Lane, Ronnie
6010.    Lane, Marshawn
6011.    Lane, Moieshay
6012.    Lane, Tyeisha
6013.    Lane, Marquis Lamond
6014.    Lane, Cedric Jr
6015.    Lane, Malisha
6016.    Lane, Tonette J.

6017. Laney, Courtney
6018. Lang, Rowena
6019. Langley, George Jr
6020. Lanuza, Elias Sr.
6021. Lanuza, Magdalena
6022. Lanuza, Elias M Jr.
6023. Lara, Francisco
6024. Lark, Rita
6025. Lark, Hattie
6026. Larkins, David
6027. Laron, Plouche Ii
6028. Larrimore, Monique
6029. Larry, James J.
6030. Larry, Lavonne
6031. Latchinson, Joseph
6032. Lathan, Maurice
6033. Lathen, Gloria
6034. Lathen, Latonya T
6035. Latif, Yossef
6036. Latimer, Faith Eileen
6037. Latimore, Beauvlen Louise
6038. Latimore, Kamilah N
6039. Latimore, Khaliq A. R.
6040. Latissa, Manigo
6041. Latrice, Coffee
6042. Lau, Yiu
6043. Lau, Sandra
6044. Lau, Macy
6045. Lau, Harry
6046. Laurent, Mahalia
6047. Laurent, Jannie
6048. Laurent, Brandy
6049. Laurent, Xlisha
6050. Laurie, Artel Amaya
6051. Laury, Tyrone Jr
6052. Laury, Durrell Jr.
6053. Lavallier, Patricia
6054. Lavallier, Pamela
6055. Laviere, David Jr.
6056. Laviere, De'marco W.
6057. Laviere, De'maurie M.

| | |
|---|---|
| 6058. | Law, Markeisha |
| 6059. | Law , Marcus A Jr |
| 6060. | Lawless, Darnell Edward |
| 6061. | Lawrence, Gregory Sr |
| 6062. | Lawrence, Cenitina |
| 6063. | Lawrence, Anthony |
| 6064. | Lawrence, Anthony Jr |
| 6065. | Lawrence, Gregory Iii |
| 6066. | Lawrence, Nyriana |
| 6067. | Laws, Paulette |
| 6068. | Lawson, Denise Ms |
| 6069. | Lazarus, Williams |
| 6070. | Le, Tommy |
| 6071. | Le Blanc, Marcellus |
| 6072. | Le Blanc, Janell |
| 6073. | Le Blanc, Monique |
| 6074. | Le Blanc, Lenard L |
| 6075. | Leae, Christensen |
| 6076. | Leae, Elisha |
| 6077. | Leaea, Niva |
| 6078. | Leaea, Marlena Talaula |
| 6079. | Leafa, Johnstone |
| 6080. | Lealea, Marlena |
| 6081. | Leatutufu, Kahmilah |
| 6082. | Leatutufu, Saidah |
| 6083. | Leatutufu, Kionie |
| 6084. | Leblanc, Melindra |
| 6085. | Leblanc, Melindra |
| 6086. | Leblanc, Sheree |
| 6087. | Lebrane, Jerome |
| 6088. | Le'brane, Terece Marie |
| 6089. | Ledbetter, Elijah |
| 6090. | Ledbetter, Dianne |
| 6091. | Ledbetter, Anita |
| 6092. | Ledbetter, Carmen |
| 6093. | Ledbetter, Elijah Jr |
| 6094. | Ledbetter, Janice Marie |
| 6095. | Ledbetter, Eugene |
| 6096. | Ledbetter, Shadaja |
| 6097. | Ledbetter, Michelle |
| 6098. | Lee, Sophia |

6099.    Lee, Joyce
6100.    Lee, Nyoka
6101.    Lee, Charlie
6102.    Lee, Mishwa M
6103.    Lee, Jacqueline
6104.    Lee, Robbie C
6105.    Lee, Curtis Dwayne
6106.    Lee, John
6107.    Lee, Shili
6108.    Lee, Howard
6109.    Lee, John
6110.    Lee, Imin T
6111.    Lee, Randy Ray
6112.    Lee, Donald
6113.    Lee, Sandra
6114.    Lee, Pauline
6115.    Lee, Renard
6116.    Lee, Herbert Sr.
6117.    Lee, Jason Dwayne
6118.    Lee, Carolyn
6119.    Lee, Justin Sr
6120.    Lee, Demario
6121.    Lee, Jerio
6122.    Lee, Donald Jr
6123.    Lee, Taurean
6124.    Lee, Daijohn A
6125.    Lee, Nyishea
6126.    Lee-Lockwood, Ella
6127.    Leggett, Rosemary
6128.    Leiato, Taetuli
6129.    Leiato, Michael
6130.    Leiato, Laufa M
6131.    Leiato, Etevise
6132.    Leiato, Taetuli
6133.    Lejender, Michael
6134.    Lelaind, Antia
6135.    Lemmons, Debra
6136.    Lemon, Asonda
6137.    Lemon, Danille
6138.    Lemon Sr., Darnell
6139.    Lemon-Jones, Kanikah Debra

6140.   Lemons, Brittney
6141.   Lena, Walker
6142.   Lenard, Ametria
6143.   Leonard, Marion
6144.   Leonard, Johnnie V.
6145.   Leonardi, Joseph
6146.   Lesa, Melody
6147.   Lesa, Kaisarena
6148.   Leslie, Simms
6149.   Lester, James Vernon
6150.   Lester, Vernon
6151.   Lester, Loneshea
6152.   Lester, Yulishea
6153.   Lester, Tahira
6154.   Lester, Hasina
6155.   Lester Sharp, Juanita
6156.   Letele, Lupelele
6157.   Leui, Iosefa
6158.   Lewi, Ernest
6159.   Lewis, Labridgette
6160.   Lewis, Barbara Ann
6161.   Lewis, Charles
6162.   Lewis, Rose
6163.   Lewis, Gregory
6164.   Lewis, Nina
6165.   Lewis, Cheryl Renee
6166.   Lewis, Ernest Sr
6167.   Lewis, Theresa
6168.   Lewis, Ronald
6169.   Lewis, Dawn
6170.   Lewis, Tyrone S.
6171.   Lewis, Cynthia
6172.   Lewis, Jerome Sr
6173.   Lewis, Regina
6174.   Lewis, Kelley
6175.   Lewis, Yolanda
6176.   Lewis, Lonzel
6177.   Lewis, Donald Leone
6178.   Lewis, Lisa
6179.   Lewis, Michael
6180.   Lewis, Jameszell

| | |
|---|---|
| 6181. | Lewis, Chantel |
| 6182. | Lewis, Nicole |
| 6183. | Lewis, Arkela Shareese |
| 6184. | Lewis, Ronee |
| 6185. | Lewis, Anthony Jr |
| 6186. | Lewis, Yvonne |
| 6187. | Lewis, Lachelle |
| 6188. | Lewis, Tierra Sharee |
| 6189. | Lewis, Fonda |
| 6190. | Lewis, Junea |
| 6191. | Lewis, Starlena |
| 6192. | Lewis, Ernest |
| 6193. | Lewis, Lanesha Michelle |
| 6194. | Lewis, Donall Joseph |
| 6195. | Lewis, Quantay |
| 6196. | Lewis, Charise |
| 6197. | Lewis, Roosevelt |
| 6198. | Lewis, Lysha |
| 6199. | Lewis, Chanpale |
| 6200. | Lewis, Shandrea |
| 6201. | Lewis, Brittany |
| 6202. | Lewis, Jerome Jr |
| 6203. | Lewis, Stephanie |
| 6204. | Lewis, Delfonse |
| 6205. | Lewis, Tatiana |
| 6206. | Lewis, Tay'quan |
| 6207. | Lewis , Willean |
| 6208. | Lewis-Hughes, Damauryae Jaleel |
| 6209. | Lewis-White, Forrest |
| 6210. | Liang, Rui Hua |
| 6211. | Liang, Ian H |
| 6212. | Liang, Chao Jun |
| 6213. | Lige, Damiana |
| 6214. | Limb, Sally |
| 6215. | Limon, Jose Alfredo |
| 6216. | Lincoln, La Shae Yvette |
| 6217. | Lindo, Ron |
| 6218. | Lindsey, Thomas |
| 6219. | Lintz, Charles |
| 6220. | Lipscomb, Sonya |
| 6221. | Litmon, David |

| | |
|---|---|
| 6222. | Little, Robert |
| 6223. | Little, Robert |
| 6224. | Littlejohn, Wade |
| 6225. | Littleton, Chad |
| 6226. | Littleton, Chadsity |
| 6227. | Liu, Lillian |
| 6228. | Liu, Peter |
| 6229. | Liu, Jeffrey P. |
| 6230. | Liu, Nini M. |
| 6231. | Liu, Hector Jia |
| 6232. | Liu, Deion |
| 6233. | Liu, Michael |
| 6234. | Liu, Christine |
| 6235. | Lium, Jaylina |
| 6236. | Lium, Layline |
| 6237. | Live, Gladys |
| 6238. | Livingston, Velma |
| 6239. | Lloyd, Annie Pearl |
| 6240. | Lloyd, David |
| 6241. | Lloyd-Agnew, Maggie Marie |
| 6242. | Lloyd-Stephens, Linda Ann |
| 6243. | Lloyd-Watts, Pamela Jean |
| 6244. | Lockett, Junious |
| 6245. | Lockett, Laverne |
| 6246. | Lockett, Dennis K Jr |
| 6247. | Lockett, Michael |
| 6248. | Lockett, Charvezy |
| 6249. | Lockhart, Howard |
| 6250. | Loftin, Tanya |
| 6251. | Lofton, Malcolm |
| 6252. | Lofton, Marnitha |
| 6253. | Lofton, Devonta |
| 6254. | Logan, Venitta |
| 6255. | Loggins, Denisha |
| 6256. | Loggins, Atolya |
| 6257. | Loggins, Teshawn |
| 6258. | Loggins, Julius |
| 6259. | Lomax, Thomas |
| 6260. | Lomax, Timothy D |
| 6261. | Lomax, Brenda |
| 6262. | Lomax, Maria |

6263.    Lomax, Danielle
6264.    Lomax, Christopher
6265.    Lomax, Briana
6266.    Lomax, Jamie
6267.    London, Mickel
6268.    London, Karen
6269.    London - Harrington, Janelle
6270.    Long, James Jr
6271.    Long, Janeen
6272.    Long, Markeith Shante
6273.    Long, Tossie
6274.    Long, James
6275.    Long, Steven
6276.    Long, Antoine
6277.    Long, Lawayne
6278.    Lopez, Felix
6279.    Lopez, Elizabeth
6280.    Lopez, Richard
6281.    Lopez, Kelli
6282.    Lopez, Olivia Elizabeth
6283.    Lopez, Oyuki
6284.    Lopez, Ruben Jr
6285.    Lopez, Jessica
6286.    Lopez, Adarinna I
6287.    López, Elias Sr
6288.    Lord, Akeli
6289.    Lorean, Marie
6290.    Louie, Jennifer
6291.    Love, Gina
6292.    Love, Therese Natasha
6293.    Love, Victor R. Jr.
6294.    Lovelace, Lavaughn
6295.    Love-Washington, Carla
6296.    Loville, James
6297.    Loville, Dajshawn
6298.    Lowe, Ethel
6299.    Lowe, Tandra
6300.    Lowe, Brianna
6301.    Lowe, Jason Jr
6302.    Lowell, Dexter Cato
6303.    Lowery, Samuel Leon

6304.    Lowery, Dezáray
6305.    Loyd, Hanne Munk
6306.    Loyd, Azizi
6307.    Lucas, Juanita J
6308.    Lucas, Tiffany
6309.    Lucas, Marvellus Jr
6310.    Lucas, Janeé
6311.    Lucas, Jordyn
6312.    Luckett, Danny
6313.    Luckett, Diane
6314.    Lucky, Wayne Ii
6315.    Lum, Keala
6316.    Lumar, Denise
6317.    Lumpkin, Fred
6318.    Lumsey, Dennis
6319.    Lumsey, Andrea
6320.    Luo, Xiao Wen
6321.    Lustbader, Alison
6322.    Lutali, Vorita
6323.    Lynch, Theresa
6324.    Lynch, Gary
6325.    Lynch, Abreeon
6326.    Lynch, Jesse
6327.    Lynell, Joyce
6328.    Lyons, Tanica
6329.    Lyons, Luke Jr.
6330.    Mabrey, Josie
6331.    Mabrey, Olujimi Sr
6332.    Mabrey, Tiffany
6333.    Mabrey, Chantelle
6334.    Mabunga, Don Reyes
6335.    Macey, Aisha
6336.    Mack, Ann
6337.    Mack, Julius
6338.    Mack, Shantia Marie
6339.    Mack, Melissa Call
6340.    Mack, Johniesha
6341.    Mack, Johnny Javon
6342.    Mackenzie, London
6343.    Mackey, Richard Sr
6344.    Mackey, Clarence

6345.    Mackey, Charmaine
6346.    Mackey, Kenneth
6347.    Mackey, Terry
6348.    Mackey, Latania Dionne
6349.    Mackey, Marcus
6350.    Mackey, Rena
6351.    Mackey, Antoine Sr
6352.    Mackey, Simone
6353.    Mackey, Leland
6354.    Mackey, Saroya
6355.    Maddox, Shamika
6356.    Madison, Rachel
6357.    Madkins, Tatiniesha
6358.    Maea, Mautu
6359.    Maea, Susana
6360.    Maea, Segi
6361.    Maea, Agaalofa
6362.    Maga, Lani
6363.    Maga, Mavaega
6364.    Magee, Kellisha
6365.    Mahasin, Jihad Waleed
6366.    Mahasin, Salahudin
6367.    Mahasin, Amir
6368.    Mahasin, Omar Qawi
6369.    Mahasin-Walls, Antar Rasheed
6370.    Major, Katrina
6371.    Major, Charlene
6372.    Major, Foteche
6373.    Malepeai, Sineva
6374.    Malik, Haneefa
6375.    Malik, Ismail Abdul
6376.    Malik, Shaakir
6377.    Malika, Lake
6378.    Mallory, Kimberley Marie
6379.    Mallory, Elston James Jr
6380.    Mallyah,
6381.    Malolo, Ologa
6382.    Malone, Betty
6383.    Malone, Herman
6384.    Malone, Christalyn Eve
6385.    Malone, Drumon Wallace

6386.  Malone, Sichard
6387.  Malone, Betty
6388.  Malone, Georgia
6389.  Malone, Trearl
6390.  Malone, Terry Jr
6391.  Malone, Juwan Elijah
6392.  Malone, Trayana
6393.  Malone, Aisha
6394.  Malone, Terry
6395.  Maloney, Maurice J.
6396.  Maluia, Vaialofi
6397.  Maluia, Ashley
6398.  Mamea, Jayne
6399.  Manchester, Sylvania
6400.  Manigo, Jimmie Lee
6401.  Manigo, Latissa
6402.  Manigo, Tatiana
6403.  Manion, Ebony
6404.  Manning, Amani Chaz
6405.  Mansfield, Shirlian
6406.  Mansfield, Barbara
6407.  Mansfield, Lasonia
6408.  Mansfield, Doris
6409.  Manuel, Latrice
6410.  Manuel, Jabari Sr
6411.  Manuel, Jamila
6412.  Manuel, Jabari Jr
6413.  Manuel, Jaida Treasure
6414.  Manuel-Oldham, Pamela
6415.  Manuels, Ebony A
6416.  Mapu, Cynthia
6417.  Mapu-Mathews, Cynthia
6418.  Mar, Elna Erving
6419.  Marbley, Akaylah
6420.  Marcell, Ramsey
6421.  Marcellus, Mills
6422.  Marcyoniak, Philip
6423.  Marie, Elaina
6424.  Mark, Cassandra Louise
6425.  Mark, Dl
6426.  Mark, Danielle

| | |
|---|---|
| 6427. | Mark, Sarah |
| 6428. | Market, Catherine |
| 6429. | Markham, Phoebe Brooke |
| 6430. | Marks, Sarah |
| 6431. | Marman, Meghan |
| 6432. | Marman, Deshon |
| 6433. | Marman, Devon Sr |
| 6434. | Marrable, Javion |
| 6435. | Marshall, Jean |
| 6436. | Marshall, Cathalene |
| 6437. | Marshall, Virginia |
| 6438. | Marshall, Sylvester |
| 6439. | Marshall, Samuel Lynn |
| 6440. | Marshall, Marshall Call |
| 6441. | Marshall, Delphine |
| 6442. | Marshall, Tomeicka |
| 6443. | Marshall, Yolanda |
| 6444. | Marshall, Lashonda |
| 6445. | Marshall, Vincent |
| 6446. | Marshall, Davon R |
| 6447. | Marshall, Jasmine |
| 6448. | Marshall, Marcus |
| 6449. | Marshall, Shaun |
| 6450. | Marshall, Jeremiah |
| 6451. | Marshall, De'quan Eugene |
| 6452. | Marshall, Miracle |
| 6453. | Marshall, Marcus |
| 6454. | Martin, Selma |
| 6455. | Martin, Earl Walls |
| 6456. | Martin, Elaine |
| 6457. | Martin, Randy |
| 6458. | Martin, Robert |
| 6459. | Martin, Kelli |
| 6460. | Martin, Jalisco Marrell |
| 6461. | Martin, Kristina |
| 6462. | Martin, Cynthia |
| 6463. | Martin, Nakeyda |
| 6464. | Martin, Crystal |
| 6465. | Martin, Michelle Renna |
| 6466. | Martin, Jesenia |
| 6467. | Martin, Ja'raya |

6468.    Martin, Jahmarea
6469.    Martinez, Gertrude
6470.    Martinez, Jeffrey A
6471.    Martinez, Julia
6472.    Martinez, Robert
6473.    Martinez, Stephano
6474.    Martinez, Divina Monica
6475.    Martinez, Dannielle
6476.    Martinez, Leanna
6477.    Martinez, Senerita
6478.    Martinez, Sherri
6479.    Martin-Richard, Taylor K
6480.    Marx, Sean
6481.    Mary, Whitley
6482.    Masangcay, Nestor
6483.    Masina, Sophia
6484.    Masina, Nemia
6485.    Mason, Paula
6486.    Mason, Derek Le'jon
6487.    Mason, Rocquel
6488.    Mason, Lishanique J
6489.    Mason, Alexandria
6490.    Massingale-Crossley, Pamela
6491.    Mata'u, Nicholas
6492.    Matau, Michael
6493.    Mateos, Bryan
6494.    Mathews, Richard
6495.    Mathews, I'easha L
6496.    Mathews, Bianca
6497.    Mathews, Lakeisha
6498.    Mathews, Erica
6499.    Mathews, De'janay
6500.    Mathews, Richelle
6501.    Matina, Showers
6502.    Matlock, Michael Sr
6503.    Matlock, Darlene
6504.    Matlock, Michael Jr
6505.    Matos, Priscilla
6506.    Matthews, Mamie
6507.    Matthews, Craig
6508.    Matthews, Irene

| | |
|---|---|
| 6509. | Matthews, Carolyn |
| 6510. | Matthews, Vernita |
| 6511. | Matthews, Jennifer |
| 6512. | Matthews, Lenora |
| 6513. | Matthews, Amina |
| 6514. | Matthews, Latrice |
| 6515. | Matthews, Jimmie Ii |
| 6516. | Matthews, Theodis |
| 6517. | Matthews, Karen |
| 6518. | Matthews, Monyea |
| 6519. | Matthews, Maleke |
| 6520. | Matthews, Naliyah |
| 6521. | Matthews-Walls, Nelwyne Call |
| 6522. | Mattos-Tance, Jahmeia |
| 6523. | Matus, Camilo |
| 6524. | Maua, Faafetai |
| 6525. | Maua, Rosanna |
| 6526. | Maua, Dominique |
| 6527. | Mauldin, Maurice Sr. |
| 6528. | Maurice, Williams |
| 6529. | Maurisha, Finley |
| 6530. | Maxey, Janet Ii |
| 6531. | Maxwell, Darlene |
| 6532. | Maxwell, Krystal |
| 6533. | Maybon, Robert |
| 6534. | Mayes, Clifford |
| 6535. | Mayes, Marquez |
| 6536. | Mayfield, Laronda |
| 6537. | Mayfield, Zulaika |
| 6538. | Mayfield, Deontae |
| 6539. | Mayfield, Aaron |
| 6540. | Mayo, Kristopher |
| 6541. | Mays, Shanti |
| 6542. | Mays, Paris |
| 6543. | Mc Daniel, Shanti |
| 6544. | Mcalister, Kenneth |
| 6545. | Mcallister, Antoinette R |
| 6546. | Mcbride, Henry |
| 6547. | Mcbride, Luwana |
| 6548. | Mcbride, Brian |
| 6549. | Mcbride, Antoinette |

6550. Mcbride, Antonio
6551. Mccall, Elonda Denise
6552. Mcclain, Kevin J.
6553. Mcclanahan, Shana
6554. Mcclanahan, Mariah
6555. Mcclendon, Ahmondra
6556. Mcclendon, Annette Marie
6557. Mcclinton, Helen
6558. Mcclure, Semaj J
6559. Mcclure, Senia
6560. Mccoy, Franklin Jr
6561. Mccoy, Mary
6562. Mccoy, Christopher
6563. Mccoy, Aiyana
6564. Mccracken-Foster, Jordan
6565. Mccray, Ida
6566. Mccree, Darius Glen Sr
6567. Mccree, Vannoy
6568. Mccree, Patrick
6569. Mccroey, Cedric
6570. Mccroey, Corey
6571. Mccully, Rolanda
6572. Mccutcheon, Jawanza
6573. Mcdaniel, Clara
6574. Mcdaniel, Charles
6575. Mcdaniel, Clarissa
6576. Mcdaniel, Quinton Jr.
6577. Mcdaniel, Jamarr
6578. Mcdaniels, Timothy Sr
6579. Mcdonald, John
6580. Mcdonald, Steven
6581. Mcdonald, Gerald Sr.
6582. Mcdonald, John Jr.
6583. Mcdonald, Tamia
6584. Mcdonald, W.T.
6585. Mcdowell, Deborah
6586. Mcdowell, Gregory
6587. Mcdowell, Johnte Sr.
6588. Mcdowell, Isaiah
6589. Mcelroy, Rasheena
6590. Mcelroy, Charon

6591.    Mcelroy, Jah-Nise
6592.    Mcelroy, Jah'ne
6593.    Mcfarland, Verna
6594.    Mcfarland, Harvey Jr
6595.    Mcfarland, Antonietta M
6596.    Mcfarland, Latashia
6597.    Mcfarland, Shanika
6598.    Mcfarland, Armani
6599.    Mcfarland, Lea
6600.    Mcfarland , Kimonesha
6601.    Mcfee, Bonita
6602.    Mcgee, Betty
6603.    Mcgee, Theaster
6604.    Mcgee, Theaster
6605.    Mcgee, Latrail B
6606.    Mcgee, Kelly
6607.    Mcgee, Nijahl
6608.    Mcgee-Byron, Amanda
6609.    Mcgehee, Bobby
6610.    Mcghee, Frances
6611.    Mcghee, Dana
6612.    Mcghee, Orase Jr.
6613.    Mcghee, Shaquett
6614.    Mcghee, Dimarco L
6615.    Mcgilberry, Lontisha
6616.    Mcgilbery, Sherrel
6617.    Mcginnis, Levon Sr
6618.    Mcginnis, Vivienne
6619.    Mcginnis, Vontrice
6620.    Mcginnis, Katrice
6621.    Mcginnis, Levon Jr.
6622.    Mcglothin, Curtis
6623.    Mcglothin, Girtha
6624.    Mcglothin, Rumeka
6625.    Mcglothin, Brice
6626.    Mcglothin, Zachariah
6627.    Mcgowan, Joseph D
6628.    Mcgowan, Tanesha
6629.    Mcgowan, Maurisha
6630.    Mcguire, Angelique S.
6631.    Mcinnis, Ronny

| 6632. | Mcinnis, Sheila |
| 6633. | Mcinnis, Moreo |
| 6634. | Mcinnis, Latoya |
| 6635. | Mckeever, James |
| 6636. | Mckeever, Semaj Arevon |
| 6637. | Mckeever, Ebony |
| 6638. | Mckinney, Adrian |
| 6639. | Mckinney, Adriane |
| 6640. | Mckneely, Trey |
| 6641. | Mclaren, Letricia |
| 6642. | Mclaurin, Chanel |
| 6643. | Mclemore, Barbara |
| 6644. | Mclemore, Ashley Nicole |
| 6645. | Mcmurry, Jeremy |
| 6646. | Mcnair, Pamela |
| 6647. | Mcnair, Jonathon |
| 6648. | Mcnamara, John |
| 6649. | Mcnamara, Gregory |
| 6650. | Mcneal, Shankel |
| 6651. | Mcneil, Mark |
| 6652. | Mcneil, Marianna Emmajean Marie |
| 6653. | Mcpeters, Monique Nicole |
| 6654. | Mcpheeters, Mary |
| 6655. | Mcpherson, Anthony D. |
| 6656. | Mcpowell, Isaiah |
| 6657. | Mcqueen, Trenise |
| 6658. | Mcway, Derrick Ii |
| 6659. | Mcway , Derrick Sr |
| 6660. | Mcwhorter, John |
| 6661. | Mcwhorter, Austin |
| 6662. | Mcwhorter, Bryan |
| 6663. | Meacham, George Jr |
| 6664. | Meacham, Ora Meacham |
| 6665. | Meacham, Ora Jean |
| 6666. | Meacham, Zemma |
| 6667. | Meadors, Jaisohn |
| 6668. | Meal, Harmonie |
| 6669. | Mean, Saroeun |
| 6670. | Mean, Johnny |
| 6671. | Medearis, Vernon Ll |
| 6672. | Medlock, Britney |

6673.　　Mejia, Darian
6674.　　Melissa, Bryant
6675.　　Meloncon, Joshlyn
6676.　　Meloncon, Jenaya
6677.　　Melton, Anthony E.
6678.　　Mendez, Albert
6679.　　Menifee, Charles
6680.　　Meraz-Rojas, Pedro
6681.　　Mercer, Berthina
6682.　　Meredith, Vance
6683.　　Meredith, Lanaesha
6684.　　Meredith, Ishmael
6685.　　Meredith, Nicole
6686.　　Meredith, Raymond
6687.　　Mermon, Toni
6688.　　Merrihew, Anita Mignon
6689.　　Merrihew, Morgan Wiley
6690.　　Merrihew, Anita
6691.　　Merrihew, Morgan
6692.　　Merritt, Lita
6693.　　Merritt, Donyatta
6694.　　Merritt, Randy
6695.　　Michael, Byrd
6696.　　Michael, Andrea
6697.　　Michael, Charles Sr.
6698.　　Michael, Darnell Call Jr
6699.　　Michael, Sheena
6700.　　Michael, Andrea
6701.　　Michaels, Anita
6702.　　Mickels, Merlinda
6703.　　Mickels, Justice
6704.　　Mickle, Reddick Jr.
6705.　　Mickles, Ellean
6706.　　Milburn, Davina Aleana
6707.　　Milburn-Webb, Ursula M.
6708.　　Miles, Valentino Sr
6709.　　Miles, Simone
6710.　　Miles, Valentino Jr
6711.　　Miles, Joshua
6712.　　Millard, Larkin Ii
6713.　　Miller, Leonard

| | |
|---|---|
| 6714. | Miller, Pearlie |
| 6715. | Miller, Eric Eugene |
| 6716. | Miller, Lagenia |
| 6717. | Miller, Michael |
| 6718. | Miller, Reggie |
| 6719. | Miller, Donell |
| 6720. | Miller, Cheryl D |
| 6721. | Miller, Monique |
| 6722. | Miller, Taneshia |
| 6723. | Miller, Royce |
| 6724. | Miller, Raquel |
| 6725. | Miller, Cornelius Jr |
| 6726. | Miller, Trenell Daeshawn |
| 6727. | Miller-Mack, Evelyn |
| 6728. | Milligan, Armissa |
| 6729. | Mills, Carolyn |
| 6730. | Mills, Marquisha |
| 6731. | Mills, Lakeisha |
| 6732. | Mills, Joshua |
| 6733. | Mills, Nina |
| 6734. | Mills, Monifa |
| 6735. | Mills, Marcellus Jr |
| 6736. | Mills, Tyresha S |
| 6737. | Mims, Lillian |
| 6738. | Mims, Sandra Lynn |
| 6739. | Mims, Deliah |
| 6740. | Mims, Ethan Todd Ii |
| 6741. | Mims, Lamont |
| 6742. | Mims, Lamonte |
| 6743. | Mims-Edwards, Elise |
| 6744. | Minard, Robert E. |
| 6745. | Minard, Robert Eugene |
| 6746. | Miner, Sheila |
| 6747. | Minkins, Joseph W |
| 6748. | Minkins, Maryann |
| 6749. | Minor, Joseph |
| 6750. | Minor, Aaron Montrell |
| 6751. | Minor, Samuel Jr. |
| 6752. | Minor, Alise |
| 6753. | Minov, Andre |
| 6754. | Miranda, Stella Nadine |

6755.     Miranda, John Joseph
6756.     Mitchell, Pamela
6757.     Mitchell, Tanya Johnson C/O Charles Call
6758.     Mitchell, Steven Sr.
6759.     Mitchell, Noble
6760.     Mitchell, Felix Iii
6761.     Mitchell, Maxine Colette
6762.     Mitchell, Angelo N/A
6763.     Mitchell, Tomasa Lucille
6764.     Mitchell, Fulton
6765.     Mitchell, Aubra
6766.     Mitchell, Yoshiko
6767.     Mitchell, Erica
6768.     Mitchell, Marquita
6769.     Mitchell, Niani
6770.     Mitchell, Kiani
6771.     Mitchell, Tiara
6772.     Mitchell, Demarie
6773.     Mitchell, Breyanna
6774.     Mitchell, Anthony
6775.     Mitchell, Steven Jr
6776.     Mitchell, Khary
6777.     Mitchell, Shalaika
6778.     Mitchell, Shadihia M
6779.     Mitchell, Ke'shae
6780.     Mitchell, Maurice Antonio Jr
6781.     Mitchell, Nikoh Glen
6782.     Mitchell, Ke'shawn
6783.     Mitchell, Yvette
6784.     Mitchell , Maurice Jr
6785.     Mixon, Catherine
6786.     Mixon, James
6787.     Mixon, Denise
6788.     Mixon, Demauriae Sr
6789.     Mixon, Jariel
6790.     Mixon, John
6791.     Mixon, Katina
6792.     Mixon, Ladasha
6793.     Mixon, Odell
6794.     Mize, Jeffery J
6795.     Mobley, Antoinette

6796.    Moffett, Ajeenah
6797.    Molet, Marilyn
6798.    Molex, Lynn
6799.    Molex, Leela Virginia
6800.    Molex, Dion
6801.    Molina, Gregory Jr
6802.    Molloy, Kelly
6803.    Molly, Sullivan
6804.    Monae, Willis-Ellington
6805.    Moncada, Lucia G
6806.    Monday, Candy R.
6807.    Mondy, Louis Sr
6808.    Mondy, Louis Jr
6809.    Mondy, Monica
6810.    Mondy, Noland
6811.    Mondy, Noland Jr
6812.    Monea, Tiara Scott
6813.    Mongi, Lashawnda
6814.    Monic, Jesenia
6815.    Monique, Klesha Narcisse
6816.    Monroe, Carmelita
6817.    Monroe, Dana Belle
6818.    Monroe, Mardell
6819.    Monroe, Tanesha
6820.    Monteia, Williams
6821.    Monteza, Fiorella
6822.    Montford, Keith
6823.    Montford, Gregory
6824.    Montford, G'echele
6825.    Montgomery, Linda
6826.    Montgomery, Kimberly
6827.    Montoya, Linda
6828.    Monzo, Maria
6829.    Moody, Dominique
6830.    Moon, Philip
6831.    Moore, Lee Esther
6832.    Moore, Leroy
6833.    Moore, Joyce
6834.    Moore, Raymond
6835.    Moore, Diane M.
6836.    Moore, Daniel

6837.    Moore, Ricky Darnell
6838.    Moore, Robyn L
6839.    Moore, Natalie
6840.    Moore, Tina
6841.    Moore, Rene
6842.    Moore, Kenneth Ii
6843.    Moore, Velma
6844.    Moore, Ayanna Call
6845.    Moore, Ryanna (?) Call
6846.    Moore, William Leroy-Downs
6847.    Moore, Janielle
6848.    Moore, Dominic
6849.    Moore-Armstrong, Marva
6850.    Mooring, Diane
6851.    Mooring, Marvin Jr
6852.    Morales, Rose
6853.    Moran, Charlene
6854.    Morgan, Cheryl
6855.    Morgan, Angela
6856.    Morgan, Delvon
6857.    Morita, Mitsuko
6858.    Mormon, Shawn R
6859.    Morris, Alandis
6860.    Morris, James
6861.    Morris, Deshawna
6862.    Morris, Galon Morris
6863.    Morris, Benjamin Jr
6864.    Morris, Quintin Jr
6865.    Morris, Tavaris Jovan Sr
6866.    Morris, Verla
6867.    Morris Jr, Quintin
6868.    Morrison, Andrea
6869.    Morton, Plushawn
6870.    Morton, Simone L
6871.    Morton, Alahjawon
6872.    Morton, Milyn
6873.    Moseley, Nicole
6874.    Moseley, Ronald Jr
6875.    Moseley, Regina
6876.    Moss, Joan
6877.    Moss, Pia

| 6878. | Moss, Millard Fillmore |
|-------|------------------------|
| 6879. | Motton, Barbara |
| 6880. | Moudgil, David |
| 6881. | Mouton, Quincy |
| 6882. | Mouton, Karimah |
| 6883. | Mouton, Azjah Monae |
| 6884. | Mpenda, Nzinga |
| 6885. | Muhammad, Colleen |
| 6886. | Muhammad, Cyril |
| 6887. | Muhammad, Albert Frank |
| 6888. | Muhammad, Catherine |
| 6889. | Muhammad, Linda |
| 6890. | Muhammad, Miles |
| 6891. | Muhammad, Martha K |
| 6892. | Muhammad, Rahima |
| 6893. | Muhammad, Erica |
| 6894. | Muhammad, Anthony Marquis |
| 6895. | Muhammad, Alitash |
| 6896. | Muhammad, Azraa Portia |
| 6897. | Muhammad, Tynetta |
| 6898. | Muhammad, Arshad Zahir |
| 6899. | Muhammad, Halimah Simone |
| 6900. | Muhammad, Asia |
| 6901. | Muhammad, Yasin |
| 6902. | Muhammad, Maryam |
| 6903. | Muhammad, Tariq |
| 6904. | Muhammad, Mayyadah |
| 6905. | Muhammad, Jihad |
| 6906. | Muhammad, Sumayyah |
| 6907. | Muhammad, Amir |
| 6908. | Muhammad, Amir |
| 6909. | Muhammad, Salaman |
| 6910. | Muhammad, Yolande Cole |
| 6911. | Muise, Deborah |
| 6912. | Mullins, Frances M |
| 6913. | Mullins, Kevin Arnold Jr |
| 6914. | Mumphrey, Matthew |
| 6915. | Muniz, Jessie |
| 6916. | Munk, Lee |
| 6917. | Munmon, Gloria |
| 6918. | Munmon, Randy |

6919.    Munmon, Randy Jr
6920.    Munoz, Erika
6921.    Murphy, Larry L.
6922.    Murphy, Melvin
6923.    Murphy, James
6924.    Murphy, Donald
6925.    Murray, Marketta
6926.    Murray, Roshon
6927.    Myles, Patricia A.
6928.    Najwa, Rogers
6929.    Nalls, Sharon
6930.    Nalls, Jerry Jr
6931.    Nalls, Ronald Ii
6932.    Nalls, Chantel
6933.    Nalls, Tyron
6934.    Nalls-Coleman, Aisha
6935.    Napoleon, Metaraya
6936.    Narcisse, A. Rene
6937.    Narcisse, Jamal
6938.    Narcisse, Kiesha
6939.    Nash, Carolyn
6940.    Nauer, John Jr
6941.    Neal, Andrea
6942.    Neal, Sidra
6943.    Neal, Sharell
6944.    Neberay, Samra
6945.    Ned, Clifton
6946.    Ned, Zafirah
6947.    Ned, Stacey
6948.    Ned, Deandre
6949.    Neely, Anetra
6950.    Nelson, Vera Louise
6951.    Nelson, Joyce
6952.    Nelson, Demarcus Leeoits
6953.    Nelson, Debonne
6954.    Nelson, Terlron Lee
6955.    Nelwyn, Latina
6956.    Neor, Deborah A
6957.    Neot, Deborah A
6958.    Newt, Nicole Nashae
6959.    Newt, Cariesha

6960. Newt, Cariesha
6961. Newton, Yolanda
6962. Nguyen, Anh Xuan
6963. Nguyen, James
6964. Nguyen, Thuong
6965. Nichole, Patrice Porter
6966. Nichols, Courtney Cordea
6967. Nicholson, Irene
6968. Nicholson- Chilton, Jeremy
6969. Nieka, Nieka
6970. Niko, Jordan
6971. Niko, Jericho Sue
6972. Nikole, Shaw
6973. Niles, Angela
6974. Nisby, Deryl
6975. Niuvao, Taufua
6976. Nizuk, Robert
6977. Noel, Joseph Iii
6978. Norman, Michael
6979. Norman, Dennis K.
6980. Norman, Genete
6981. Norman, Leandra
6982. Norman, Jacqueline
6983. Norris-Washington, Jacqueline
6984. North, Bessie
6985. Nunley, Tanya
6986. Nuno, Jesus Sr
6987. Nuqui, Allan M Sr
6988. Nyasha, Vincent
6989. Nzerem, Uzoamaka
6990. Nzerem, Ifeyinwa
6991. Nzerem, Chidole
6992. O'neal, Rakita
6993. O'bannon, Thomas
6994. Oberes, Girlie
6995. Oberes, Charles
6996. Oberes, Cheyenne
6997. Oberes, Cheyenne
6998. Oberes, Kailyn
6999. Oboyle, Siobhan
7000. O'brien, David Jr

| 7001. | O'brien, Joey Michael |
|-------|----------------------|
| 7002. | O'bryant, Tizeyah |
| 7003. | O'cain, Shakeyla A |
| 7004. | Odhams, Joe |
| 7005. | Odhams, Jorunica |
| 7006. | Odhams, Charlena |
| 7007. | Odom, Marilyn |
| 7008. | Ogans, Taunika |
| 7009. | Ogans, Craig Allen Jr. |
| 7010. | Ogans-Meeks, Ayana Latrice |
| 7011. | Ogilvie, Wayne |
| 7012. | Okharedia, Imafidon |
| 7013. | Oldham, Troy |
| 7014. | Olds, Lenora |
| 7015. | Olds, Denzell |
| 7016. | Oliver, Faye L |
| 7017. | Oliver, Jonathon David |
| 7018. | Oliver, George L |
| 7019. | Oliver, Frank Jr |
| 7020. | Oliver, Georgie |
| 7021. | Oliver, Diane |
| 7022. | Oliver, Reginald Leon |
| 7023. | Oliver, Terry |
| 7024. | Oliver, Tracey Larice |
| 7025. | Oliver, Alexander Lll |
| 7026. | Oliver, Charles |
| 7027. | Oliver, Maurice |
| 7028. | Oliver, Carter Brandon |
| 7029. | Oliver, Resheeona |
| 7030. | Ollie, Christina |
| 7031. | Olomua, Tapusilia |
| 7032. | O'neal, Mandon Isaiah |
| 7033. | O'neal, Aaliyah J M |
| 7034. | O'neal, Lawrence |
| 7035. | O'neil, Judy |
| 7036. | O'neil, Lenora |
| 7037. | Onyeador, Obinna |
| 7038. | Opetaia, Liliani |
| 7039. | Oregana, Alcuin |
| 7040. | Orejel, Andre |
| 7041. | Ornelas, Mario J |

7042.    Orozco, Levrin
7043.    Ortez, Stephanie
7044.    Ortez-Toussand, Iasiah
7045.    Ortiz, William Alfredo
7046.    Ortiz, Rebecca
7047.    Ortua, Zacarias Jr.
7048.    Ortua, Lolita
7049.    Osborne, Contessa
7050.    Osborne, Mark Ii
7051.    Osborne, Jeanette
7052.    Osborne, Alex
7053.    Osborne, Lamar
7054.    Osinowo-Gaines, Omolara Lela
7055.    Osorio, Jannet
7056.    Otis, Lumont Sr
7057.    Otis, Mildred
7058.    Otis, Shalice
7059.    Otis, Deondre
7060.    Otis, Adrian Ii
7061.    Otis, Lumont Jr
7062.    Otis-Burnley, Gwendolyn
7063.    Ow, Alvin
7064.    Ow, Matthew
7065.    Ow, Matthew
7066.    Owens, Mattie
7067.    Owens, Mary
7068.    Owens, Douglas
7069.    Owens, Sarah
7070.    Owens, Lessie M
7071.    Owens, Gloria
7072.    Owens, Bradley
7073.    Owens, Tracey
7074.    Owens, Sheila R
7075.    Owens, Lynette
7076.    Owens, Tina Marie
7077.    Owens, Rashad
7078.    Owens-Ennon, Kiahnka
7079.    Owens-Webster, Sharon
7080.    Owes, Brian
7081.    Ozan, Carlos
7082.    Pace, Cliff

7083.     Padilla, Ivon
7084.     Paea, Ikahihifi
7085.     Page-Bond, Patricia
7086.     Palmer, Janice
7087.     Palmer, Bernie Primous
7088.     Paopao, Fotu Fotu
7089.     Paopao, Fotole
7090.     Paopao, Eseta
7091.     Paopao, Natasha
7092.     Parish, Oscar
7093.     Parish, Brenda
7094.     Parish, Chris
7095.     Parish, Keishawn
7096.     Parker, Rodney
7097.     Parker, Bernadette
7098.     Parker, Sheila
7099.     Parker, Kimberly N.
7100.     Parker, Veotis Lee
7101.     Parker, Marcus
7102.     Parker, Marshai
7103.     Parker, Mizelle
7104.     Parker, Shakarri
7105.     Parker, Almaz
7106.     Parkerinson, Chandral
7107.     Parm, James
7108.     Parra-Mcglothin, Paloma
7109.     Parsons, Bernadette
7110.     Pasene, Justin
7111.     Patterson, Dewayne Sr
7112.     Patterson, Frank
7113.     Patterson, Akilah
7114.     Patterson, Anthony Earl
7115.     Patterson, Tiajhanna
7116.     Patterson, Gloria
7117.     Patterson, Keys
7118.     Patton, Dorothy
7119.     Patton, Everett Jr
7120.     Patton, Midred L
7121.     Patton, Vatima
7122.     Patton, Everett E Iii
7123.     Patton, Bryan

7124. Patton, Gregory Jr
7125. Patton, Tevis
7126. Patton, Christopher
7127. Patton, Tyleena
7128. Patton, Sabrina Michelle
7129. Patton, Everett Iv
7130. Patton, Jordan
7131. Payne, Vincent
7132. Payne, Debbie Lynn
7133. Payne, Remi
7134. Payton, Naomia
7135. Peace, Garry Sr
7136. Peace, Vanessa
7137. Peacock, Marlyn
7138. Peacock, Gladys
7139. Peacock, Nakeisha
7140. Peacock, Christaupher
7141. Peacock, Charles
7142. Peang, Natalie
7143. Pearson, Gloria
7144. Pedroso, Leonor
7145. Pedroso, Ignacia
7146. Pelesauma, Tamaitaioleao Tai
7147. Peleseuma, Emeliano
7148. Peleseuma, Ike
7149. Pelkesauma, Olive
7150. Pellette, Anthony Tony
7151. Pellom, Rosalind
7152. Penn, Mercedes
7153. Pennix, Ceyante
7154. Peoples, Leevell
7155. Peoples, Faith Keturah Call
7156. Peoples, Shemira
7157. Peoples, Darrell
7158. Pepin, Carlos
7159. Peppars, Linda
7160. Percy, Zakiya
7161. Perez, Ramon M
7162. Perez, Veronica
7163. Perkins, Rosemarie
7164. Perkins, Keisha

| 7165. | Perkins, Sylvester Michael Jr |
| 7166. | Perkins, Erik |
| 7167. | Perry, Valerie |
| 7168. | Perry, Sherra |
| 7169. | Perry, Chantel |
| 7170. | Perryman, Trenell |
| 7171. | Persons, Latrice |
| 7172. | Pete, Jessica J. |
| 7173. | Peters, Fannie |
| 7174. | Peters, Angela R. |
| 7175. | Peters, Reggie |
| 7176. | Peters, Sabrina |
| 7177. | Peters, Henderson |
| 7178. | Peterson, Dorothy Mae |
| 7179. | Peterson, David |
| 7180. | Peterson, Lynell |
| 7181. | Pettus, Rachel |
| 7182. | Pettus, Chayla |
| 7183. | Pettway, Ronnie |
| 7184. | Phillips, Eric D |
| 7185. | Phillips, Wanda |
| 7186. | Phillips, Tracie |
| 7187. | Phillips, Rita R |
| 7188. | Phillips, Javon |
| 7189. | Phillips, Eric D Jr |
| 7190. | Phillips, Khamal |
| 7191. | Phillips, Erica Deanna |
| 7192. | Phillips, Dajuan |
| 7193. | Phillips, Amir |
| 7194. | Phillips , Antoinette |
| 7195. | Phipps, Joseph Nathaniel |
| 7196. | Pickens, Adrienne Ann |
| 7197. | Pickens, Roland |
| 7198. | Pickett, Carole Elaine |
| 7199. | Picot, Angelique |
| 7200. | Pierce, Chandra E |
| 7201. | Pierce, Charlotte Call |
| 7202. | Pierce, Christopher |
| 7203. | Pierce, Robert Jr. |
| 7204. | Pierce, Erica |
| 7205. | Pierce, Cindy |

| | |
|---|---|
| 7206. | Pierce, Cassandra |
| 7207. | Pierce, Karimah |
| 7208. | Pierce-Mack, Charity |
| 7209. | Pierre, Culver Hugo |
| 7210. | Pierson, Melinda |
| 7211. | Pierson, Candice |
| 7212. | Pierson, Kim |
| 7213. | Pina, Karina |
| 7214. | Pina, Karim |
| 7215. | Pinkard, Robert |
| 7216. | Pinkard, Mercedes |
| 7217. | Pinkard, Monica |
| 7218. | Pinkston, Maika |
| 7219. | Pinson, Marvin |
| 7220. | Piotter, Richard |
| 7221. | Pitcher, Geraldine |
| 7222. | Pitcher, Rachel |
| 7223. | Pittman, Donald |
| 7224. | Pittman, Betty |
| 7225. | Plummer, Twavida |
| 7226. | Plummer, Kumasi |
| 7227. | Polk, Sidney |
| 7228. | Polk, Annie Victoria |
| 7229. | Polk, Marilyn |
| 7230. | Polk, Benjamin |
| 7231. | Polk, Tinisha |
| 7232. | Pollard, Vergil Louise |
| 7233. | Pollard, Elvira |
| 7234. | Pollard, Juanita |
| 7235. | Pon, Milian Angel |
| 7236. | Poole, Willie Jr |
| 7237. | Poole, Dominique |
| 7238. | Poole, Kaire |
| 7239. | Poole-Besses, Latondra |
| 7240. | Poole-Besses, Kaire |
| 7241. | Pope, Harold |
| 7242. | Porche, Frank Iii |
| 7243. | Porter, Snow |
| 7244. | Porter, Lovy |
| 7245. | Porter, Maurice Sr |
| 7246. | Porter, Antoine V Sr. |

| | |
|---|---|
| 7247. | Porter, Sid |
| 7248. | Porter, Nicole N |
| 7249. | Porter, Anika N. |
| 7250. | Porter, Maurice Jr |
| 7251. | Porter, Shonia |
| 7252. | Porter, Shontia |
| 7253. | Porter, Jasmine Monique |
| 7254. | Porter, Mariechele |
| 7255. | Porter, Charyell |
| 7256. | Porter, Alkisha |
| 7257. | Porter, Leanna |
| 7258. | Porter, Antoine Jr |
| 7259. | Porter, Markus |
| 7260. | Posey, Annie |
| 7261. | Potter, Shamyjare |
| 7262. | Potter, Shamykel |
| 7263. | Powell, Jania |
| 7264. | Powell, Edward |
| 7265. | Powell, Robert |
| 7266. | Powell, Violette A |
| 7267. | Powell, Denise |
| 7268. | Powell, Norean |
| 7269. | Powell, Charles C.P |
| 7270. | Powell, Ulysses |
| 7271. | Powell, Cherry |
| 7272. | Powell, John |
| 7273. | Powell, Pamela |
| 7274. | Powell, Gretchen |
| 7275. | Powell, Pamela |
| 7276. | Powell, Samuel Joseph |
| 7277. | Powell, Alicia |
| 7278. | Powell, Nicole |
| 7279. | Powell, Brian |
| 7280. | Powell, Hunny |
| 7281. | Powell, Samuel Iii |
| 7282. | Powell, Tanya |
| 7283. | Powell, Melvin Bradford Jr. |
| 7284. | Powell, Adam |
| 7285. | Powell, John Sr |
| 7286. | Powell, Shareka Sharonda-Marie |
| 7287. | Powell, Ali Amore |

| | |
|---|---|
| 7288. | Powell, Brandon |
| 7289. | Powell, James Jr |
| 7290. | Powell, Melvin Bradford Lll |
| 7291. | Powell, Malcolm |
| 7292. | Powell, Branden |
| 7293. | Powell, Cimone T Miss |
| 7294. | Powell, Tyshae |
| 7295. | Powell, Paris |
| 7296. | Powell, Jade |
| 7297. | Powell, Ahja |
| 7298. | Powell, Harell |
| 7299. | Powell, Lakisha |
| 7300. | Powell, Shantel |
| 7301. | Powell-Derguson, Brenda |
| 7302. | Powell-Derguson, Stanley |
| 7303. | Powers, Melynda |
| 7304. | Poydras, Mary |
| 7305. | Pratt, Herman Iii |
| 7306. | Pratt, Herman Iv |
| 7307. | Pratt, I'jah |
| 7308. | Pratt, U'jah |
| 7309. | Prentice, D'naya |
| 7310. | Pressley, Eric |
| 7311. | Preston, Rashad |
| 7312. | Preston, Jalen |
| 7313. | Price, Loria |
| 7314. | Price, Lester Sharp |
| 7315. | Price, Romear |
| 7316. | Price, Kevin |
| 7317. | Price, Doshea |
| 7318. | Price, Jammonie |
| 7319. | Price, Tanayshia |
| 7320. | Price, Kaloni |
| 7321. | Priestly, Tracy Leon |
| 7322. | Priestly, Melvin |
| 7323. | Primes, Jerome |
| 7324. | Primus, Olivia |
| 7325. | Primus, Rudolph |
| 7326. | Primus, Opal |
| 7327. | Primus, Valerie |
| 7328. | Prince, Alex |

| 7329. | Prince, Walter Jr |
| 7330. | Prive, Loria |
| 7331. | Profit, Kathy D. |
| 7332. | Profit, Joseph |
| 7333. | Profit, Gaynell |
| 7334. | Profit, Makaylah |
| 7335. | Prosser, Travis Marquise |
| 7336. | Provost, Damion |
| 7337. | Pryer, Kim Ellen |
| 7338. | Puckett, Cynthia |
| 7339. | Puckett, Janielle |
| 7340. | Pugh, Ciara |
| 7341. | Pulliam, James |
| 7342. | Pulliam, Natasha |
| 7343. | Pulliam, Johnathan |
| 7344. | Punzal, Tara |
| 7345. | Purnell, Delina T |
| 7346. | Purnell, Delina |
| 7347. | Quarles, Aujahnae A |
| 7348. | Quinley, Denise |
| 7349. | Quinn, Donte Miguel |
| 7350. | Quinnine, Sharmaine |
| 7351. | Quinton, Rochan |
| 7352. | Rabb, Denaysia |
| 7353. | Rabbitt, Matthew A |
| 7354. | Radney, Saliah Dupree |
| 7355. | Raheem, Shamari |
| 7356. | Raiford, Demetrius Ta'var Jr |
| 7357. | Ram, Leonard |
| 7358. | Ram, Evelyn |
| 7359. | Rambo, Ashley Victoria |
| 7360. | Ramirez, Miguel Angel Call |
| 7361. | Ramirez, Tracey |
| 7362. | Ramirez, Vida |
| 7363. | Ramirez, Dionicio |
| 7364. | Ramirez, Danae |
| 7365. | Ramos, Deanna |
| 7366. | Randall, Pearl |
| 7367. | Randall, Tamara |
| 7368. | Randell, Tonia |
| 7369. | Randle, Demeya |

7370. Randleston, Shirley Randleston
7371. Randolph, Leilani Victoria
7372. Randolph, Tony
7373. Raney, Sonya Rena
7374. Range, Deshawn
7375. Rankin, Anthony
7376. Rankins, Claire L.
7377. Ransburg, Jadale
7378. Ransburg, Marquisha
7379. Rao, Al Shankar
7380. Rao, Alamelu
7381. Rao, Aleiman Saradha
7382. Rash, Edward Jr
7383. Rasool, Shaheed Khalil
7384. Ratcliff, Willie
7385. Ratcliff, Mary
7386. Ratler-Bailey, Glynis D
7387. Ratliff, Lakeesha Nicole
7388. Rattler, Deanna
7389. Rattler, Ja'lynn
7390. Raybon, Lashawn
7391. Rayford, Timothy Sean
7392. Raymon, London Shaw
7393. Raymond, Andre
7394. Raynaldo, Ronald Jr
7395. Raynor, Ronald F Jr
7396. Raynor , Reginald
7397. Reagan, Genina
7398. Rebecca, Ortiz
7399. Rebollini, David
7400. Rechinya, Shaunika Trammell
7401. Recio, Alcide Sr
7402. Recio, Patricia
7403. Red, Emerold
7404. Redd, Leshell
7405. Redd, Alina
7406. Reddic, Dalton Jr
7407. Reddic, La Shonda
7408. Reddic, La Rhonda
7409. Redding, Javius
7410. Redmond, Donald

7411. Redmond, Eleisha Tanya
7412. Redmond, Jamie
7413. Redmond, Jaeden Silas
7414. Redmond, Donald
7415. Redmond, Diana
7416. Redmond, John
7417. Redus, Elaine
7418. Redwood, Helen S
7419. Redwood, Anthony
7420. Redwood-Helton, Theresa Marie
7421. Reece, Guillermo E
7422. Reed, Pauline
7423. Reed, Lou Ella
7424. Reed, Eddie R.
7425. Reed, Loretta F
7426. Reed, Carol
7427. Reed, Victor
7428. Reed, Martin William
7429. Reed, Frederick Sr
7430. Reed, George L Jr.
7431. Reed, Terrance Dimitri Sr.
7432. Reed, Latara
7433. Reed, Charlene
7434. Reed, Douglas
7435. Reed, Malena
7436. Reed, Sharell
7437. Reed, Rashaan Sr
7438. Reed, Crystal
7439. Reed, Marcella
7440. Reed, Vanisha Shunte
7441. Reed, Paradyce Jane
7442. Reed, Eric Lynn Jr.
7443. Reed, Vincent Jr
7444. Reed, Darielle
7445. Reed, Da'reon
7446. Reeder, Crystal
7447. Reese, Mordecai Sr
7448. Reese, Brenda
7449. Reeves, Racquel
7450. Reeves, Romeo
7451. Reggans, Antoinette

| | |
|---|---|
| 7452. | Reggans, Antonio |
| 7453. | Reid, Benjamin |
| 7454. | Reid, Benjamin Jr |
| 7455. | Reid, Tiffani J. |
| 7456. | Reid, Tyson D. |
| 7457. | Reyes, George Call |
| 7458. | Reyes, Sandra |
| 7459. | Reyes, Oscar Jr |
| 7460. | Reyna, Lalinda |
| 7461. | Reyna, Rorico Jr |
| 7462. | Reynolds, Sheila |
| 7463. | Reynolds, Danielle Roseanne |
| 7464. | Reynolds, Shonia Jeriyah |
| 7465. | Rhea, Deloris |
| 7466. | Rhoda, Charles |
| 7467. | Rhodes, Sharon Candace |
| 7468. | Rhodes, Velda |
| 7469. | Rhodes, Agyei Rasheem |
| 7470. | Rhodes, Sherron A |
| 7471. | Rhodes, Julius Sr |
| 7472. | Rhodes, Julissan |
| 7473. | Rhodes, Julius Jr |
| 7474. | Rhone, Donald Earle |
| 7475. | Rice, Deanna |
| 7476. | Richard, Charles |
| 7477. | Richard, Detrin Sr |
| 7478. | Richard, Breonna |
| 7479. | Richard, Champagne Denise |
| 7480. | Richard, James Jr. |
| 7481. | Richard, Trevor |
| 7482. | Richard-Howard, Khaylum |
| 7483. | Richardson, Vivian J. |
| 7484. | Richardson, Jimmie |
| 7485. | Richardson, Gretchen |
| 7486. | Richardson, Don Jr. |
| 7487. | Richardson, Lejeannia |
| 7488. | Richardson, Bobby Iii |
| 7489. | Richardson, Jukari |
| 7490. | Richardson, Donnissa |
| 7491. | Richardson, Marquis |
| 7492. | Richardson, Ajah |

| | |
|---|---|
| 7493. | Ricks, Alex |
| 7494. | Ricky, Anthony |
| 7495. | Riddle, Wilbert Keith |
| 7496. | Rigers, Dwanee |
| 7497. | Riles, Rabihah |
| 7498. | Riles, Raushanah |
| 7499. | Riles, Rasheed Sr |
| 7500. | Riley, Everlena |
| 7501. | Riley, Christopher |
| 7502. | Riley, Bernadine |
| 7503. | Rivera, Elizabeth |
| 7504. | Rivers, Geraldine |
| 7505. | Rivers, Patricia |
| 7506. | Rivers, William R |
| 7507. | Rivers, Tracy |
| 7508. | Rivers, Alicia |
| 7509. | Rivers, Terri |
| 7510. | Roach, Glenn |
| 7511. | Roach, Kristine |
| 7512. | Roan, John Winfred Jr. |
| 7513. | Roan, Dianna Faye |
| 7514. | Roan, Lucia |
| 7515. | Roan, Shalinda Felice |
| 7516. | Roan Chilton, Shamauria |
| 7517. | Roark, Reona Lynn |
| 7518. | Robeison, Giselle A. |
| 7519. | Robeison, Giselle A. |
| 7520. | Roberson, Stephanie F |
| 7521. | Robert, Laquince Sr. |
| 7522. | Robert, Austin Sr |
| 7523. | Robertson, Fionn |
| 7524. | Robertson, Antonae Y |
| 7525. | Robertson, Keichanee |
| 7526. | Robinizine, Glenda S. |
| 7527. | Robinson, Samuel |
| 7528. | Robinson, Bernard Jr. |
| 7529. | Robinson, Marvin L |
| 7530. | Robinson, Velma |
| 7531. | Robinson, Emmitt Iii |
| 7532. | Robinson, C |
| 7533. | Robinson, Albert Jr |

| | |
|---|---|
| 7534. | Robinson, Willie |
| 7535. | Robinson, Jacqueline |
| 7536. | Robinson, Heidi |
| 7537. | Robinson, Rodney |
| 7538. | Robinson, Derek |
| 7539. | Robinson, De Marco |
| 7540. | Robinson, Kenneth Earl Jr |
| 7541. | Robinson, Donnell |
| 7542. | Robinson, Pamela |
| 7543. | Robinson, Maurice L |
| 7544. | Robinson, Henry |
| 7545. | Robinson, Juliann |
| 7546. | Robinson, Lyketa |
| 7547. | Robinson, Aretha |
| 7548. | Robinson, Ebonie |
| 7549. | Robinson, Damarcus |
| 7550. | Robinson, Tedd Christian |
| 7551. | Robinson, Shuncey |
| 7552. | Robinson, Maria Francisca |
| 7553. | Robinson, Kevin Jr |
| 7554. | Robinson, Sierra |
| 7555. | Robinson, Damon Jr |
| 7556. | Robinson, Sean |
| 7557. | Robinson, Raevyn |
| 7558. | Robinson, Jesse |
| 7559. | Robinson, Tiana |
| 7560. | Robinson, Ednitra |
| 7561. | Robinson, Roniqua |
| 7562. | Robinson, Te'various |
| 7563. | Robinson, Chanisce |
| 7564. | Robinson, Alisha |
| 7565. | Robinson, Michael Amari |
| 7566. | Robinson, Kenessa |
| 7567. | Robinson, Ton'jia |
| 7568. | Robinson, Tori L |
| 7569. | Robinson-Mccoy, Pdomonique |
| 7570. | Robison, Mary Lee |
| 7571. | Robison, Ronnie Lee |
| 7572. | Roche, Sean Patrick |
| 7573. | Rochell, Elisha |
| 7574. | Rochell, Elphonso |

| | |
|---|---|
| 7575. | Rochell, Alfonso |
| 7576. | Rochell, Tanay |
| 7577. | Rochell, Damyan Sr |
| 7578. | Rochelle, Tamara |
| 7579. | Rochelle, Katina |
| 7580. | Rodgers, Bennett |
| 7581. | Rodgers, Gwendolyn |
| 7582. | Rodgers, James |
| 7583. | Rodgers, Joseph |
| 7584. | Rodgers, Giovanni |
| 7585. | Rodgers- Hall, Gia |
| 7586. | Rodney, Andy R. |
| 7587. | Rodney, Regina C. |
| 7588. | Rodney, Iman Reginald |
| 7589. | Rodney, Armani Lee |
| 7590. | Rodriguez, Francisco |
| 7591. | Rodriguez, Leonarda |
| 7592. | Rodriguez, Debra |
| 7593. | Rodriguez, Rafael |
| 7594. | Rodriguez, Anjenette |
| 7595. | Rodriguez, Ana B |
| 7596. | Rogers, Corliss |
| 7597. | Rogers, Najwa |
| 7598. | Rogers, Najwa |
| 7599. | Rogers, Dwanee' Lee |
| 7600. | Rogers, Marla |
| 7601. | Rogers, Deliah |
| 7602. | Rogers, Johnie |
| 7603. | Rogers, Shangra |
| 7604. | Rogers, Tierra |
| 7605. | Rogers, Roman |
| 7606. | Rogers, Terrell |
| 7607. | Roland, Linda |
| 7608. | Rollins, Roscoe |
| 7609. | Rollins, Brenda |
| 7610. | Rollins, Jocelyn |
| 7611. | Rollins, Terilee |
| 7612. | Rollins, Terrisha |
| 7613. | Romanski, Raymond |
| 7614. | Romero, Roger |
| 7615. | Romero, Zachary Aaron |

7616.    Romero, Neila
7617.    Romero, Jose
7618.    Romero-Mejia, Anielka
7619.    Ronald, Shaandreia
7620.    Rooks, Dwayne Jr
7621.    Rooks, Chad
7622.    Rose, Scott
7623.    Rose-Davis, Angela
7624.    Rosemary, Reyna
7625.    Roslyn, Bradshaw
7626.    Ross, Mildred
7627.    Ross, Johnnie Marie
7628.    Ross, Franklin
7629.    Ross, Sherri
7630.    Ross, Kindred
7631.    Ross, Damien
7632.    Ross, Ronald Jr
7633.    Ross, Paris
7634.    Ross, Anthony Jr
7635.    Ross, Dupre Sr
7636.    Ross, Richard
7637.    Ross, Debra
7638.    Roth, Denis Dean
7639.    Rouse, Sean
7640.    Rovetti, Leanna
7641.    Rovetti, Angelina
7642.    Rovetti, Susie
7643.    Rovetti, Darla
7644.    Rowel, Kevin
7645.    Rowel, Chanel
7646.    Rubin, Joseph N Jr
7647.    Rubin, Vendella
7648.    Rubin, Joseph N
7649.    Rucks, Loratta S
7650.    Rudnick, Eli Otis
7651.    Rudolph, Denise
7652.    Rudolph, Alexander
7653.    Rudolph, Daishaniqua
7654.    Rueda, Denishia
7655.    Ruffin, Clareese
7656.    Ruffin, Kathy

7657.    Ruiz, Victor
7658.    Runnels, Cheryline
7659.    Rupan, Ashwin
7660.    Rupan-Tompkins, Ronica
7661.    Russell, Gwendolyn Lorraine
7662.    Russell, Angelina
7663.    Russell, Lashea
7664.    Russell, Dana M
7665.    Russell, Tiffany
7666.    Russell, Alexandria
7667.    Ruta, Franchesca
7668.    Rutherford, Vanord
7669.    Ryan, Charles Jr
7670.    Ryan, Lakesha
7671.    Rylander, Rita
7672.    Ryles, Elanda D
7673.    Ryles, Searcey
7674.    Sade, Lashundra
7675.    Saechao, Keith
7676.    Saechao, Jacob
7677.    Sagote, Faapito Jr
7678.    Sagote, Tiffany
7679.    Sailors, Robert
7680.    Salcedo, Jennifer
7681.    Saleh, Mary
7682.    Saleh, Monica Renee
7683.    Saleh, Gabriel H
7684.    Salimu, Butcher
7685.    Salvador, Robert
7686.    Sam, Kevin
7687.    Samad, Sati
7688.    Samasoni, Olomua
7689.    Samifua, Ventura
7690.    Samifua, Loloma
7691.    Samples, Janice
7692.    Sampson, D'shannyah
7693.    Samuel, Jazzlynn
7694.    Sanchez, Edith
7695.    Sander, Eric
7696.    Sanders, Henry
7697.    Sanders, Charlsie L.

| | |
|---|---|
| 7698. | Sanders, Janice |
| 7699. | Sanders, Felicia |
| 7700. | Sanders, Gloria |
| 7701. | Sanders, Coltyce |
| 7702. | Sanders, Josinta |
| 7703. | Sanders, Lamont Lamar |
| 7704. | Sanders, Emerald |
| 7705. | Sanders, Raymone |
| 7706. | Sanford, Rodney Jr |
| 7707. | Sanford, Jovauhn |
| 7708. | Sanford, Asha |
| 7709. | Saniaota, Davis |
| 7710. | Sapini, Nita |
| 7711. | Sarkany, Jennifer |
| 7712. | Sarsour, Marquetta |
| 7713. | Sarsour, Larent Nicola |
| 7714. | Sasha, Lockett |
| 7715. | Satele, Falaofuta |
| 7716. | Satele, Desiree |
| 7717. | Satele, Jerome |
| 7718. | Satele, Jocelyn |
| 7719. | Satele, Jessica |
| 7720. | Satele, Destiney |
| 7721. | Satinover, Mireille |
| 7722. | Satinover, Danielle |
| 7723. | Satterwhite, Keianna |
| 7724. | Satterwhite, Victor Jr |
| 7725. | Sattui, Mario |
| 7726. | Sauceda, Cynthia |
| 7727. | Saucier, Rashida |
| 7728. | Saulny, Terry |
| 7729. | Saulny-Green, Anita |
| 7730. | Saunders, Marcel |
| 7731. | Savoy, Marion |
| 7732. | Savoy, Shawn A |
| 7733. | Sawyer, Charles |
| 7734. | Sawyer, Kim |
| 7735. | Sawyers, Charles |
| 7736. | Scales, Rico |
| 7737. | Scales, Darrelle Edward Jr |
| 7738. | Scales, Rickia |

7739.   Scarborough, Bernadette
7740.   Scarborough, Kenneth
7741.   Schneier, Joanna
7742.   Scott, Benard
7743.   Scott, Sally
7744.   Scott, Jesse
7745.   Scott, Milton Randolph
7746.   Scott, Anthony
7747.   Scott, Barbara Elaine
7748.   Scott, Willie Bernard Jr
7749.   Scott, Sandra
7750.   Scott, Lisa
7751.   Scott, Paul
7752.   Scott, William
7753.   Scott, Sheila
7754.   Scott, Michelle
7755.   Scott, Angela
7756.   Scott, Ronkenia
7757.   Scott, Ericka
7758.   Scott, Katherine
7759.   Scott, Uganda Trinika
7760.   Scott, Stanley Jr
7761.   Scott, Kimonya
7762.   Scott, Ebony D.
7763.   Scott, Tiara Monea
7764.   Scott, Jacquoia A
7765.   Scott, Paul E Jr
7766.   Scranton, Lasha
7767.   Scurry, Susan
7768.   Seagrave, Katherine
7769.   Seagrave, Harold Jr
7770.   Sean, Claude Iii
7771.   Seastrunk, Shirley
7772.   Seastrunk, Kearney Lee
7773.   Seastrunk, Donald Ray
7774.   Seastrunk, Johnny
7775.   Seastrunk, Orlando
7776.   Seastrunk, Donald Maurice Sr
7777.   Seastrunk, Donnell Donald
7778.   Seastrunk, Ladonna Marie
7779.   Secrease, Kenneth

7780.    Segi, Liu
7781.    Segovia, Jasminn
7782.    Segovia, De'angelo
7783.    Selby, Lisa M
7784.    Seniga, Zuri
7785.    Sentell, Vernon
7786.    Sentell, Merilee
7787.    Sentell-Bassett, Carol
7788.    Sepulona, Tusiga
7789.    Sepulona, Lesi
7790.    Serrell, Tusiga
7791.    Serrell, Rickey
7792.    Settle, Shanna
7793.    Seymore, Elijah
7794.    Seymore, Jacob
7795.    Seymore, Brandonn
7796.    Seymore, Mitchelle
7797.    Seymore, Marquesia
7798.    Shabazz, Doris Linda
7799.    Shackleford, Gloria
7800.    Shambray Jones, Rashad Kevin
7801.    Shambray Lewis, La Shanda Lajuan
7802.    Shambray Robinson, Larita Michelle
7803.    Shambray-Crowder, Reayna Lucille
7804.    Shanika, Mcfarland
7805.    Shanisha, Dillard
7806.    Shankar, A.L.
7807.    Shannon, Ayofemi
7808.    Shannon, Elizabeth
7809.    Sharedie, Beasley
7810.    Shareff, Nadiyah
7811.    Sharell, Reed
7812.    Sharell, Neal
7813.    Sharp, Arlene
7814.    Sharp, Martha
7815.    Shaw, Dawn
7816.    Shaw, Debra H
7817.    Shaw, Tiana
7818.    Shaw, Brittany
7819.    Shaw, Arkelia J.
7820.    Shaw, Joaquin Jr

| | |
|---|---|
| 7821. | Shaw, Jaquan |
| 7822. | Shaw, Lionel |
| 7823. | Shaw, James Anthony |
| 7824. | Shayla, Tiger |
| 7825. | Shedrick, Phylise |
| 7826. | Shelbua, Antwan |
| 7827. | Shelton, Jeremy Jr. |
| 7828. | Shelton-Garcia, Marion |
| 7829. | Shepard, Lynda Faye |
| 7830. | Shepard, Keana |
| 7831. | Shereff, Nadiyah |
| 7832. | Sherman, James C |
| 7833. | Sherman, Quincy |
| 7834. | Sherry, |
| 7835. | Shick, Richard |
| 7836. | Shick, Keith Sr |
| 7837. | Shields, Ericka S |
| 7838. | Shine, Lillian |
| 7839. | Shine, Claudine |
| 7840. | Shine, Timothy |
| 7841. | Shiree, Dale |
| 7842. | Showers, Vivian |
| 7843. | Showers, Anjeannette S. |
| 7844. | Showers, Jerry Lee Jr |
| 7845. | Showers, Matina |
| 7846. | Shula, Chardonnay |
| 7847. | Shumate , Fredrick Sr |
| 7848. | Shumate , Fredrick Jr |
| 7849. | Siaopo, Janella |
| 7850. | Siataga, Gaynorann |
| 7851. | Siataga, Ursulaann |
| 7852. | Sices, Bianca |
| 7853. | Sices, Katrina |
| 7854. | Sigui, Jose Angel |
| 7855. | Silas, Tanisha |
| 7856. | Silas, Brandese Unique |
| 7857. | Silas, Devaughn |
| 7858. | Silas, Nandi |
| 7859. | Silva, Chanda |
| 7860. | Silva, Chantell Call |
| 7861. | Silva, Chantell Iii |

| | |
|---|---|
| 7862. | Simmos, Mister Sr |
| 7863. | Simms, Fairy |
| 7864. | Simms, Chandra |
| 7865. | Simms, Robert Sr |
| 7866. | Simms, Kim |
| 7867. | Simms, Reginald |
| 7868. | Simms, Komet |
| 7869. | Simms, Robert Jr |
| 7870. | Simms, Walkiris Call |
| 7871. | Simms, Adam |
| 7872. | Simon, Denisha |
| 7873. | Simon, Tieisha |
| 7874. | Simond, Alton |
| 7875. | Simpson, Dorothy |
| 7876. | Simpson, Phyllis |
| 7877. | Simpson, Ronda |
| 7878. | Simpson, Michelle |
| 7879. | Simpson, Fredreena |
| 7880. | Sims, Karen |
| 7881. | Sims, Kenneth M |
| 7882. | Sims, Rose Marie Iii |
| 7883. | Sims, Jeremiah Iii |
| 7884. | Sims, Rose Marie Iii |
| 7885. | Sims, Terrance Sr |
| 7886. | Sims, Billy |
| 7887. | Sims, Patrice Denise |
| 7888. | Sims, Yisha |
| 7889. | Sims, Yisha E |
| 7890. | Sims, Sadrina |
| 7891. | Sims, Jeremiah Iv |
| 7892. | Sims, Rose Marie Iv |
| 7893. | Sims, Steven |
| 7894. | Sims, Wesley J |
| 7895. | Sims, Christopher |
| 7896. | Sims, Ontario |
| 7897. | Sims, Terrance N. Jr. |
| 7898. | Sims, Amber |
| 7899. | Sims, Matia |
| 7900. | Singh, Elisa |
| 7901. | Singh, Donna |
| 7902. | Singh, Shalbeendra |

| | |
|---|---|
| 7903. | Singleton, Grantland |
| 7904. | Singleton, Denise |
| 7905. | Singleton, Carmen |
| 7906. | Singleton, Ashley |
| 7907. | Singleton, Anyah |
| 7908. | Singleton, Isaac |
| 7909. | Singleton, Iziah |
| 7910. | Singleton, Laconya |
| 7911. | Siolo, Mollie |
| 7912. | Skinner, Joyce |
| 7913. | Skinner, Corey |
| 7914. | Skinner, Corey Jr |
| 7915. | Skinner, Najah |
| 7916. | Slade, James Ivan Jr |
| 7917. | Sloan, Ahmad J Sr |
| 7918. | Sloan, Ahmajanei |
| 7919. | Sloan, Robert |
| 7920. | Smalling, Maurice L Sr |
| 7921. | Smalling, Tameca |
| 7922. | Smalling, Shamese |
| 7923. | Smirh, Janice |
| 7924. | Smith, Harold |
| 7925. | Smith, Lorraine |
| 7926. | Smith, Dorothy |
| 7927. | Smith, Joyce O'conner |
| 7928. | Smith, Okye |
| 7929. | Smith, Beverly |
| 7930. | Smith, Mary Elizabeth |
| 7931. | Smith, Diane Wesley |
| 7932. | Smith, Yvonne |
| 7933. | Smith, Rosaland R. |
| 7934. | Smith, Clayton Jr |
| 7935. | Smith, Denise |
| 7936. | Smith, Ella |
| 7937. | Smith, Diana Lorraine |
| 7938. | Smith, Vanessa |
| 7939. | Smith, Laveitte |
| 7940. | Smith, Dorothy J. |
| 7941. | Smith, Andre |
| 7942. | Smith, Gregory |
| 7943. | Smith, Harold D |

| | |
|---|---|
| 7944. | Smith, La Ronda |
| 7945. | Smith, Kevin |
| 7946. | Smith, Stephen D Sr. |
| 7947. | Smith, Lowana Laura |
| 7948. | Smith, Wanda |
| 7949. | Smith, Frederick |
| 7950. | Smith, April |
| 7951. | Smith, Cloia |
| 7952. | Smith, Maurice Carl |
| 7953. | Smith, Donte |
| 7954. | Smith, Doriell |
| 7955. | Smith, Harold I Iii |
| 7956. | Smith, La Tonya |
| 7957. | Smith, Kim |
| 7958. | Smith, Lakesha |
| 7959. | Smith, Rodney |
| 7960. | Smith, Jamarr P |
| 7961. | Smith, Armand Jr |
| 7962. | Smith, Araina |
| 7963. | Smith, Marti C. |
| 7964. | Smith, Rashida |
| 7965. | Smith, Carrie Elizabeth |
| 7966. | Smith, Laveitte |
| 7967. | Smith, Brandy |
| 7968. | Smith, Deebony |
| 7969. | Smith, Demetrius |
| 7970. | Smith, Nikia |
| 7971. | Smith, Demetrius |
| 7972. | Smith, Angela |
| 7973. | Smith, Tiffany |
| 7974. | Smith, Krystle |
| 7975. | Smith, Brian |
| 7976. | Smith, Neisha |
| 7977. | Smith, Emanuel |
| 7978. | Smith, Denise |
| 7979. | Smith, Lashanda |
| 7980. | Smith, Dominique Shanice |
| 7981. | Smith, Ashley Elaine Nicole |
| 7982. | Smith, Shanette |
| 7983. | Smith, Deonte |
| 7984. | Smith, Andre Raydel Jr |

| | |
|---|---|
| 7985. | Smith, Loren |
| 7986. | Smith, Lonisha |
| 7987. | Smith, Jessica |
| 7988. | Smith, Andrea |
| 7989. | Smith, Andrew |
| 7990. | Smith, Tamir |
| 7991. | Smith, Ahmari |
| 7992. | Smith, Byriontae A |
| 7993. | Smith, Aaliyah |
| 7994. | Smith, Byronae |
| 7995. | Smith, Stephanie |
| 7996. | Smith, Stephen D Jr. |
| 7997. | Smith, Cameron |
| 7998. | Smith, Dwayne |
| 7999. | Smith, Aalliyah |
| 8000. | Smith, Besjama |
| 8001. | Smith, Gail |
| 8002. | Smith , Harold Jr |
| 8003. | Smith , Frederick |
| 8004. | Smith-Al-Ghani, Tonyette |
| 8005. | Smith-Francis, Sandra |
| 8006. | Smith-Perry, Cynthia |
| 8007. | Smith-Perry, Frances |
| 8008. | Smock, Deborah Lynn |
| 8009. | Smothers, Ethel L. |
| 8010. | Sneed, Stephen |
| 8011. | Snelgro, Marian |
| 8012. | Snell, Nicholas A |
| 8013. | Snell, Joseph |
| 8014. | Snell, Jamiya |
| 8015. | Solomon, Emily |
| 8016. | Solomona, Delmar |
| 8017. | Solomon-Norton, Tafari |
| 8018. | Solorzano, Rosa |
| 8019. | Solorzano, Octavio Guillermo |
| 8020. | Soto Hernandez, Yessenia |
| 8021. | Soun, Sakhan |
| 8022. | Spain, Jahmil Mikel |
| 8023. | Sparks, Shelia |
| 8024. | Sparks, Jeremiah Sr |
| 8025. | Spears, Juliana |

| | |
|---|---|
| 8026. | Spears, Barbara |
| 8027. | Spears, Annette |
| 8028. | Spears, April |
| 8029. | Spears, Peter |
| 8030. | Spears, Latanya Nicole |
| 8031. | Spears, Anthony |
| 8032. | Spears, Mahogany |
| 8033. | Speed, Pamela Joy |
| 8034. | Speed, Lorenzo Leon Jr |
| 8035. | Speight, Brenda D |
| 8036. | Speight, Clinton |
| 8037. | Speller, Eddie |
| 8038. | Spencer, Lavonne |
| 8039. | Spencer, Reginald |
| 8040. | Spencer, Lavette |
| 8041. | Spencer, Darryl Sr |
| 8042. | Spencer, James |
| 8043. | Spencer, Tasha |
| 8044. | Spencer-Brown, Myra |
| 8045. | Spikener, David P |
| 8046. | Springfield, Dominique |
| 8047. | Springfield, Sharnae |
| 8048. | Spruill, Ronnie |
| 8049. | Square-Levias, Ava |
| 8050. | Sr Carter, Freddie |
| 8051. | St. Leon, Kamari |
| 8052. | St. Louis, Constance |
| 8053. | St. Louis, Levoi |
| 8054. | Staka, Susan |
| 8055. | Stallworth, Gregory Sr |
| 8056. | Stallworth, Lenita |
| 8057. | Stallworth, Gregory |
| 8058. | Stancil, Esselene |
| 8059. | Stancil, Deon |
| 8060. | Stancil, Jeffrey Sr |
| 8061. | Stancil, Madonna |
| 8062. | Stancil, Jourdyn Edwina |
| 8063. | Stancil, Jaleel |
| 8064. | Stancil, Jerrel K |
| 8065. | Stancil, Janelle |
| 8066. | Standifer, Teriana |

| | |
|---|---|
| 8067. | Stanford, Georgette G |
| 8068. | Stanley, Roselyn |
| 8069. | Stanley, Maybell |
| 8070. | Stanley, Jameka Janella |
| 8071. | Starks, Marshica |
| 8072. | Starks, Jamila |
| 8073. | Starr, Esther |
| 8074. | Statham, Valerie |
| 8075. | Statham, Valerie Annette |
| 8076. | Statham, Karen L. |
| 8077. | Statham, Clarence J |
| 8078. | Statham, Valerie |
| 8079. | Statham, Jasmin Anne-Marie |
| 8080. | Statham, Salene |
| 8081. | Stein, Helena |
| 8082. | Stephanie, Felder |
| 8083. | Stephens, Emmanuel |
| 8084. | Stepney, Jacqueline |
| 8085. | Stern, Lamarcus |
| 8086. | Stern, Arthur Jr. |
| 8087. | Steven, Sims |
| 8088. | Stevenson, Nitosha Sr |
| 8089. | Stevenson, Daimonnae E |
| 8090. | Steverson, Ivy |
| 8091. | Stewart, Johnny Sr |
| 8092. | Stewart, Emma |
| 8093. | Stewart, Leslie |
| 8094. | Stewart, Bruce Anthony |
| 8095. | Stewart, Catherine |
| 8096. | Stewart, Johnny Jr. |
| 8097. | Stewart, Betty M |
| 8098. | Stewart, Coretta |
| 8099. | Stewart, Anassa |
| 8100. | Stewart, Victoria |
| 8101. | Stewart, Raven O |
| 8102. | Stewart, Stacy Hermain |
| 8103. | Stewart, Andrea |
| 8104. | Stewart, Andrea |
| 8105. | Stewart-Thomas, Diane |
| 8106. | Stiger, Tiffanique |
| 8107. | Stiger, Janina |

| | |
|---|---|
| 8108. | Stitt, Ruthie |
| 8109. | Stitt, Kimberley - |
| 8110. | Stitt, Lashondra |
| 8111. | Stitt, Charles E |
| 8112. | Stocks, Deja |
| 8113. | Stokes, Sheila |
| 8114. | Stone, Edward Jr |
| 8115. | Stone, Aaron |
| 8116. | Stone, Jae'meel |
| 8117. | Stoney, Shakema |
| 8118. | Storelli, Thomaz |
| 8119. | Strain, Gwendol |
| 8120. | Strain, Myeasha |
| 8121. | Strickland, Gwendolyn |
| 8122. | Strickland, Donald |
| 8123. | Strickland, Donald |
| 8124. | Stringer, Virginia |
| 8125. | Strom, Lanecia |
| 8126. | Strong, Derrick |
| 8127. | Strother, Nitosha Jr |
| 8128. | Strother, Edrina |
| 8129. | Strother, Brittany |
| 8130. | Stuart, Lester |
| 8131. | Stuart, Reginald E |
| 8132. | Stuart, Mary |
| 8133. | Stuart, Angela Faye |
| 8134. | Stuart, Tiffany |
| 8135. | Stuart, Dante |
| 8136. | Stuart, Anthony |
| 8137. | Sturdivant, Sariah |
| 8138. | Stutts, Janice |
| 8139. | Stutts, Carla |
| 8140. | Stutts, Andre |
| 8141. | Stutts, Yvette |
| 8142. | Sua, Maletino |
| 8143. | Sua, Pelesani |
| 8144. | Sua, Tipilua |
| 8145. | Sua, Joyce |
| 8146. | Suber, Yahminah |
| 8147. | Suber, Crystal Call |
| 8148. | Suber, Crystal |

8149.    Suesue, Lafulafu
8150.    Suesue, Tedrik
8151.    Suesue, Vaituutuu
8152.    Suesue, Abraham
8153.    Suesue, Isaiah
8154.    Sulley, Uwah
8155.    Sulliivan, Maurice
8156.    Sullivan, Jack Machon
8157.    Sullivan, Charles Barnett
8158.    Sullivan, Maurice A.
8159.    Sullivan, Monica
8160.    Sullivan, Maurice
8161.    Sullivan, Monisha Gina
8162.    Sullivan, Mya
8163.    Sullivan, Monica
8164.    Sullivan-Green, Terry Denise
8165.    Sultan, Shana
8166.    Sultan, Shayna
8167.    Sunday, Beulah Mae
8168.    Sutton, Veraniece
8169.    Suwandi, Suwandi Call
8170.    Swan, Bertha
8171.    Swan-Cummings, Tierra Shereece
8172.    Swann, Cynthia
8173.    Swann, Avinn
8174.    Swann, Awinn
8175.    Swayne, Gregory C.
8176.    Sweeney, Donna
8177.    Sweeney, Maureen
8178.    Sweeney, Maurice
8179.    Sweeney, Barbara
8180.    Sweeney-Allen, Davoir D
8181.    Sweet, Cedric
8182.    Swift, Walter
8183.    Swift, Kwanza
8184.    Sykes, Paris
8185.    Sylve, Janet Denise
8186.    Sylve, Denise
8187.    Sylve, Marlissa
8188.    Sylvester, Starrkisha
8189.    Taamaar, Florita Call

8190. Tabler, Brianna
8191. Tabron, Ules Jr
8192. Tabron, Dupree Shyheem
8193. Taeotui, Joseph
8194. Tagaloa, Leua
8195. Tagaloa, Vae
8196. Tagaloa, Lamasapatani
8197. Tagaloa, Ailepata
8198. Tagaloa, Taoso
8199. Tagata, Faaliliu Jr
8200. Tagata, Sweetie Sr.
8201. Taggart, Capricia
8202. Taleria, Leasena
8203. Talley, Henry
8204. Talley, Patricia
8205. Talley, James
8206. Talley, Cecil
8207. Talley, Antionay Earnessa
8208. Talley, Jaylen
8209. Talley-Evans, Diane
8210. Talolo, Matthew Michael
8211. Talton, Phyllis
8212. Tanesha, Andrea
8213. Tangela, Lebrane
8214. Tanksley, Carolyn
8215. Tanksley, Wendy
8216. Tanksley, Steve
8217. Tanksley, Tatiana
8218. Tanner, Marlin
8219. Tanner, Yvonne
8220. Tanner, Lakesha M
8221. Tanner, Latrasha
8222. Tanner, Latresha M
8223. Tanner, Kermit D Jr.
8224. Tanner, Lanisha
8225. Tanner, Durrell
8226. Tanner, Aaron
8227. Taper, Thomas Iv
8228. Tarlesson, Lynniece
8229. Tarlesson, Lyn Niece
8230. Tashara, Harris

| | |
|---|---|
| 8231. | Tasi, Corrinna |
| 8232. | Tatum, Lynn |
| 8233. | Tatum, Wayne |
| 8234. | Tatum, Alec |
| 8235. | Tatum, Claudia |
| 8236. | Tatum, Christopher |
| 8237. | Tatum, Alec |
| 8238. | Tatum, Koshawn |
| 8239. | Tatum, Chauncy |
| 8240. | Tauai, Christopher Sr |
| 8241. | Tauai, Uo |
| 8242. | Tauai, Christopher Jr |
| 8243. | Tauai, Christine |
| 8244. | Taumaoe, Taufetee |
| 8245. | Tautolo, Kitiona |
| 8246. | Tautua, Senerita |
| 8247. | Tautua, Tautua |
| 8248. | Tautua, Faasau |
| 8249. | Tautua, Jacob |
| 8250. | Tauvaa, Williams Jr |
| 8251. | Taylor, Beverly Anne |
| 8252. | Taylor, Pearl |
| 8253. | Taylor, Wilbert |
| 8254. | Taylor, Sina |
| 8255. | Taylor, Charlotte Elizabeth |
| 8256. | Taylor, Shirley |
| 8257. | Taylor, Linda |
| 8258. | Taylor, Lance |
| 8259. | Taylor, Pamela |
| 8260. | Taylor, Henry R Jr. |
| 8261. | Taylor, Cheryl Renee |
| 8262. | Taylor, Mack Edward Sr |
| 8263. | Taylor, Elaine |
| 8264. | Taylor, Cynthia Call |
| 8265. | Taylor, Kenneth R Sr |
| 8266. | Taylor, Patricia |
| 8267. | Taylor, William Jr |
| 8268. | Taylor, Suzette |
| 8269. | Taylor, Epenesa |
| 8270. | Taylor, Melody Monique |
| 8271. | Taylor, Paul |

| | |
|---|---|
| 8272. | Taylor, Marylin |
| 8273. | Taylor, Danielle |
| 8274. | Taylor, Doretha |
| 8275. | Taylor, Konnie |
| 8276. | Taylor, Anne |
| 8277. | Taylor, Jermaine |
| 8278. | Taylor, Loruhamah |
| 8279. | Taylor, Jackie |
| 8280. | Taylor, Mark |
| 8281. | Taylor, Omar |
| 8282. | Taylor, Kamilah |
| 8283. | Taylor, Hakim |
| 8284. | Taylor, Darnell |
| 8285. | Taylor, Bianca |
| 8286. | Taylor, Leslie |
| 8287. | Taylor, Oronde |
| 8288. | Taylor, Latoya Call |
| 8289. | Taylor, Adam Jr |
| 8290. | Taylor, Anthony |
| 8291. | Taylor, Niesha |
| 8292. | Taylor, Adrian Jr |
| 8293. | Taylor, Naeemah |
| 8294. | Taylor, Patrick |
| 8295. | Taylor, Kenneth |
| 8296. | Taylor, Rondoe Call |
| 8297. | Taylor, Kenneth R Jr. |
| 8298. | Taylor, Anthony |
| 8299. | Taylor, Dorrion |
| 8300. | Taylor, Kishira |
| 8301. | Taylor, Randy Jr |
| 8302. | Taylor, Ivoree |
| 8303. | Taylor, Angelo |
| 8304. | Taylor, Clifton Call |
| 8305. | Taylor, Jacob |
| 8306. | Taylor, Jewell |
| 8307. | Taylor, Joseph B |
| 8308. | Taylor, Kelvin |
| 8309. | Taylor, Mack Edward Jr |
| 8310. | Taylor, Precious |
| 8311. | Taylor, Jr, Randy |
| 8312. | Taylor-Jones, Tiffany A |

| | |
|---|---|
| 8313. | Tazar, Johnson |
| 8314. | Tea, Fialuga |
| 8315. | Tea, Sione Jr |
| 8316. | Teandre', Marqueese |
| 8317. | Teat, Lakitha |
| 8318. | Telfor, Alberta |
| 8319. | Telfor, Alfred |
| 8320. | Telfor, Margaret |
| 8321. | Telfor, Malcolm |
| 8322. | Telfor, Latasha |
| 8323. | Telfor, Tiona |
| 8324. | Tellery, Cleo M |
| 8325. | Tellery/Smith, Ashley M |
| 8326. | Tellez, John A |
| 8327. | Tennant, Juliet |
| 8328. | Terrell, Anthony |
| 8329. | Terrell, Amber |
| 8330. | Terrell, Nicole |
| 8331. | Terrell, Jessica |
| 8332. | Terrell, William Ii |
| 8333. | Terrell-Rhodes, Antonika |
| 8334. | Terry, Collins |
| 8335. | Thames, Joell |
| 8336. | Thao Basa, Dew |
| 8337. | Thebpanya, Phongsavanh |
| 8338. | Thibauex, Lloyd |
| 8339. | Thibodeaux, Chris |
| 8340. | Thibodeaux, Christine |
| 8341. | Thomas, Mildred Dean |
| 8342. | Thomas, Dorthy |
| 8343. | Thomas, Willie |
| 8344. | Thomas, Elizabeth Ann |
| 8345. | Thomas, Pettrenelia |
| 8346. | Thomas, Kenneth |
| 8347. | Thomas, Roberta |
| 8348. | Thomas, Latanya |
| 8349. | Thomas, Roosevelt |
| 8350. | Thomas, Craig |
| 8351. | Thomas, Terrence Sr |
| 8352. | Thomas, Cherry |
| 8353. | Thomas, Linda Michelle |

| | |
|---|---|
| 8354. | Thomas, Melvin |
| 8355. | Thomas, Vanessa |
| 8356. | Thomas, Rena |
| 8357. | Thomas, Dexter |
| 8358. | Thomas, Renee |
| 8359. | Thomas, Melvin Lee |
| 8360. | Thomas, Cynthia |
| 8361. | Thomas, Anthony |
| 8362. | Thomas, Nathan |
| 8363. | Thomas, Michael |
| 8364. | Thomas, Rosalind |
| 8365. | Thomas, Robert Jr |
| 8366. | Thomas, Jovan |
| 8367. | Thomas, Renaldo |
| 8368. | Thomas, Yolanda |
| 8369. | Thomas, Lorenzo |
| 8370. | Thomas, Shinette |
| 8371. | Thomas, Althea |
| 8372. | Thomas, Gregory |
| 8373. | Thomas, Emmitt |
| 8374. | Thomas, Tania |
| 8375. | Thomas, Anastasia |
| 8376. | Thomas, Tiffani |
| 8377. | Thomas, Bernard Jr |
| 8378. | Thomas, Jovan |
| 8379. | Thomas, Sarah June |
| 8380. | Thomas, Demetric |
| 8381. | Thomas, Tamika |
| 8382. | Thomas, Crystal Taina |
| 8383. | Thomas, Heather |
| 8384. | Thomas, Donald |
| 8385. | Thomas, John |
| 8386. | Thomas, Lafayette |
| 8387. | Thomas, Lanishia |
| 8388. | Thomas, Lashawnda |
| 8389. | Thomas, Terrence Jr |
| 8390. | Thomas, Shaveka |
| 8391. | Thomas, Duarias |
| 8392. | Thomas, Cemetra |
| 8393. | Thomas, Aysha |
| 8394. | Thomas, Joshua |

| | |
|---|---|
| 8395. | Thomas, Isaiah |
| 8396. | Thomas, Jeremiah |
| 8397. | Thomas, Bernard Kevin Sr |
| 8398. | Thomas, Elijah |
| 8399. | Thomas, Miles |
| 8400. | Thomas, Ramahd |
| 8401. | Thomas, Isaiah |
| 8402. | Thomas, Jeremiah |
| 8403. | Thomas, Damaia Monet |
| 8404. | Thomas -Dell, Annie |
| 8405. | Thomas-Higgins, Patricia Ann |
| 8406. | Thomaso, Dorothy |
| 8407. | Thomasson, Tracey Lynn |
| 8408. | Thomasson, Leon |
| 8409. | Thomlinson, Valiree |
| 8410. | Thomlinson, Emelda |
| 8411. | Thompson, Mary |
| 8412. | Thompson, Willie |
| 8413. | Thompson, Cynthia |
| 8414. | Thompson, Gerald Lewis |
| 8415. | Thompson, Ena |
| 8416. | Thompson, Phyllis |
| 8417. | Thompson, Van |
| 8418. | Thompson, Diane |
| 8419. | Thompson, Tanya |
| 8420. | Thompson, Tracey |
| 8421. | Thompson, Danielle |
| 8422. | Thompson, Jackie |
| 8423. | Thompson, Brian |
| 8424. | Thompson, Claresse |
| 8425. | Thompson, Mieisha |
| 8426. | Thompson, Tiffany |
| 8427. | Thompson, Diandra |
| 8428. | Thompson, Unique |
| 8429. | Thompson, Takia Teletha |
| 8430. | Thompson, Shaquett |
| 8431. | Thompson, Skylar |
| 8432. | Thompson, Ashley |
| 8433. | Thompson, Charles Barnes Dr |
| 8434. | Thompson, Fred E. |
| 8435. | Thompson, Sherrell |

| | |
|---|---|
| 8436. | Thompson-Tautua, Rachel |
| 8437. | Thompson-Whitfield, Colby |
| 8438. | Thong, Savoeun |
| 8439. | Thorn, Karwarn M. |
| 8440. | Thornton, Tanya Colbert |
| 8441. | Thornton, Ramone |
| 8442. | Thornton, Kaneem |
| 8443. | Threets, Evelyn M |
| 8444. | Thrower, Sharon |
| 8445. | Thurston, Daniel |
| 8446. | Tiaka, Hyatt-Geter |
| 8447. | Tiffany, Brown |
| 8448. | Tiger, Ricole |
| 8449. | Tiger, Shayla |
| 8450. | Tijerino, Nia |
| 8451. | Tillery, Danielle |
| 8452. | Tillery, Misdajanai |
| 8453. | Timms, Sonja |
| 8454. | Timms, Crystal |
| 8455. | Tims, Lakeda |
| 8456. | Tinsley, Karima |
| 8457. | Titus, April |
| 8458. | Titus, Jermaine |
| 8459. | Titus-Taylor, Lesha |
| 8460. | Titus-Whiteside, Lottie Jean |
| 8461. | Tobias, Joycelin |
| 8462. | Tobias, Henry L. Jr. |
| 8463. | Tobias, Eddie Rashawed |
| 8464. | Tobias, Terrell Sr |
| 8465. | Tobie, Tonya |
| 8466. | Tobie, Delvin |
| 8467. | Tobie, Nagail |
| 8468. | Tobie, De'vante |
| 8469. | Todd, Carl |
| 8470. | Todd, Seretha |
| 8471. | Todd, Linda |
| 8472. | Todd, Takisha |
| 8473. | Todd, Porsha Lanet |
| 8474. | Todd, Ashley |
| 8475. | Todd, William |
| 8476. | Todd, Dorthy |

| | |
|---|---|
| 8477. | Toeaina, Alexander M |
| 8478. | Toeaina, Fiaau |
| 8479. | Toeaina, Alexandria |
| 8480. | Toeaina, Albert |
| 8481. | Toeaina, Alex Ii |
| 8482. | Toeaina, Alexis |
| 8483. | Toeaina, Lefefe |
| 8484. | Toeaina, Alexis |
| 8485. | Tofaeono, Doris |
| 8486. | Tofaeono, Ailao |
| 8487. | Tofaeono, Faauila |
| 8488. | Tofaeono, Maria |
| 8489. | Tofaeono, Luis |
| 8490. | Tofaeono, Jeremiah Sr |
| 8491. | Tofaeono, Patrick |
| 8492. | Tofaeono, Corazon |
| 8493. | Togafau, Saniko |
| 8494. | Tolbert, Tantay M |
| 8495. | Tolbert, Chris |
| 8496. | Tolliver, Tantay |
| 8497. | Tolliver, Theodore Juan Ii |
| 8498. | Tolliver, Sherrie Lynn |
| 8499. | Tolliver, Tiffany Terrell |
| 8500. | Tolliver, Theodore Iii |
| 8501. | Tolliver, Tavarus |
| 8502. | Tom, Jeremy |
| 8503. | Tompkins, Letitia |
| 8504. | Tompkins, Rochanne |
| 8505. | Tompkins, Raphael |
| 8506. | Tompkins, Danielle |
| 8507. | Tompkins, Raquel |
| 8508. | Tompkins, Tiana |
| 8509. | Tompkins, Belen |
| 8510. | Tompkins, Briana |
| 8511. | Tompkins, Daniel T. |
| 8512. | Toney, Catrice Alicia Francis |
| 8513. | Torrence, Tatiana |
| 8514. | Torres-Scott, Happy |
| 8515. | Toups, Jill Aline |
| 8516. | Toups, Jameela |
| 8517. | Toups, Khary |

8518.    Townsendbuggs, Angela
8519.    Tracy, Jamal
8520.    Tramil, Mary Louise
8521.    Trammell, Dominique
8522.    Tran, Tyler Quoc-Thanh
8523.    Trathen, Ronald Harlow Jr
8524.    Travis, Anthony Sr
8525.    Travis, Mary Jean
8526.    Travis, Paul
8527.    Travis, Pamela
8528.    Travis, Anthony Jr.
8529.    Travis, Chavarla
8530.    Travis, Jason
8531.    Travis, Latoi V
8532.    Travis, Stephen Call
8533.    Travis, Laura
8534.    Travis, Anthony Iii
8535.    Travis, Keith
8536.    Travis, Hassan Malik
8537.    Travis, Kaheel R.
8538.    Travis, Bernard
8539.    Traylor, Troy
8540.    Trochez Coto, Juan Ramon
8541.    Trotter, Michael Sr
8542.    Trotter, Dorothy
8543.    Trotter, Miketha
8544.    Trotter, Michael Jr.
8545.    Troupe, Stacey
8546.    Troupe, Quintasia
8547.    Troupe, Dominick
8548.    Truvillion, Mark
8549.    Truvillion, Anthony
8550.    Tua, Tracy
8551.    Tuaau, Loretta
8552.    Tucker, Dyana
8553.    Tuioti, Navy
8554.    Tukes, Tyler T
8555.    Tumbat, Gulnur
8556.    Turnage, Cheryl
8557.    Turner, Marjorie
8558.    Turner, Pearl B

8559.    Turner, Alberta
8560.    Turner, Marquiza
8561.    Turner, Lafayette
8562.    Turner, Sandra Lynette
8563.    Turner, Patricia
8564.    Turner, Leamuel
8565.    Turner, Gregory Jr
8566.    Turner, Naomi D
8567.    Turner, Kenneth
8568.    Turner, Jacqueline
8569.    Turner, Terrance Sr.
8570.    Turner, Valerie
8571.    Turner, Artrice
8572.    Turner, Deshawn
8573.    Turner, Monique
8574.    Turner, La Tori
8575.    Turner, Lajanee
8576.    Turner, Terrance
8577.    Turner, Michael Jr
8578.    Turner, Herbert B.
8579.    Turner, Lerone Call
8580.    Turner, Marylin
8581.    Turner, Ropesha
8582.    Turner, Terry
8583.    Twine, Nghia
8584.    Twine, Edward
8585.    Tyler, Sirnell
8586.    Tyner, Louise
8587.    Tyree, Shameka
8588.    Tyree, Anthony
8589.    Tyson, Barbara
8590.    Tyson, Catherine
8591.    Tyson, Patricia
8592.    Tyson, Shawn A
8593.    Tyson, Daron
8594.    Tyson, Melinda
8595.    Tyson, Joe Nathan Jr
8596.    Tyson, Angela Nicole
8597.    Tyson, Nefatora Vernita
8598.    Tyson, Joekolby
8599.    Ubaka, Aduni

8600.   Ugarte, Jeanette
8601.   Ulavale, Vailea
8602.   Uluave, Omi
8603.   Underdue, Sundra
8604.   Unutoa, Ben
8605.   Unutoa, Fiona
8606.   Utley, Terry
8607.   Uziah,
8608.   Vado, Jose
8609.   Vae, Aleisaga
8610.   Vae, Ramona
8611.   Valencia, Jeannette Lily
8612.   Valentine, Alesia
8613.   Valentino, Alia
8614.   Valerie, Valerie
8615.   Vallier, Tiffany
8616.   Van Meter, Dina
8617.   Vance, Michael
8618.   Vander Court, Barbara
8619.   Vander Court, Brian Sr
8620.   Vander Court, Anita
8621.   Vander Court-Austin, Olga
8622.   Vandercourt, Adrianne
8623.   Vannoy, Mccree
8624.   Vargas, Crystal
8625.   Variste, Edwayne
8626.   Variste, Leon
8627.   Vaughan, Delores
8628.   Vaughn, Anthony Frederick
8629.   Vaughn, Joyce E.
8630.   Vaughn, Samuel
8631.   Vaughn, Marquez
8632.   Vaughntese, James
8633.   Velasquez, Gustavo
8634.   Verdun, Joseph
8635.   Victor, Brenda
8636.   Victoria, Gizelle
8637.   Victoria, Vandercourt
8638.   Victoria, Jamese
8639.   Victoria, Auzsa
8640.   Victoria, Arrys

8641.    Videau, Alyssa
8642.    Vincent, Eugene
8643.    Vincent, Adriana
8644.    Vincent, Victoria
8645.    Vincent, Katina
8646.    Vinent, Stephan
8647.    Vines, Edward P Jr
8648.    Vines, Michelle
8649.    Vines, Kim
8650.    Vines, Lynjae
8651.    Vines, James
8652.    Vinnie, Rogers
8653.    Vinson, Jordan
8654.    Vinson, Patricia
8655.    Vinson Winston, Shatara
8656.    Vizcarra, Jayson P Sr
8657.    Waddell, Charles Jr
8658.    Wade, Robert
8659.    Wade, Jaqueline
8660.    Wade, Kathryn
8661.    Wagner, Antonio
8662.    Wagner, Niamia
8663.    Wagner, Christina Bridget
8664.    Wagner, Mario
8665.    Wagner, Candace
8666.    Wagner, Brandy
8667.    Walker, Crystal
8668.    Walker, Cesena
8669.    Walker, Marie
8670.    Walker, Velvelon
8671.    Walker, Shawney Arena
8672.    Walker, Marsha
8673.    Walker, Anthony Rydell
8674.    Walker, Synitha Renae
8675.    Walker, Sandra
8676.    Walker, Jacqueline Yvette
8677.    Walker, Kevin Davon
8678.    Walker, Tara
8679.    Walker, Gloria
8680.    Walker, Dana
8681.    Walker, Raetrece

| | |
|---|---|
| 8682. | Walker, Leon |
| 8683. | Walker, Jennifer |
| 8684. | Walker, Devant Londell |
| 8685. | Walker, Leona Laketa |
| 8686. | Walker, Candace |
| 8687. | Walker, Tenithia |
| 8688. | Walker, Jamar |
| 8689. | Walker, Jada |
| 8690. | Walker, Tamara |
| 8691. | Walker, Latishia |
| 8692. | Walker, Rachael Jeanette |
| 8693. | Walker, Tiffany |
| 8694. | Walker, Cortez |
| 8695. | Walker, Reniqua |
| 8696. | Walker, Jasmine |
| 8697. | Walker, Trammese |
| 8698. | Walker, Devante |
| 8699. | Walker, Janeisha |
| 8700. | Walker, Omar Sharif Jr |
| 8701. | Walker, Remy |
| 8702. | Walker, Dejah |
| 8703. | Walker, Desiree L. |
| 8704. | Walker, Denae Nichelle-Rose |
| 8705. | Walker, Jalen |
| 8706. | Walker, Rae'quon |
| 8707. | Walker, Rakai |
| 8708. | Walker, Ikie |
| 8709. | Walker, Zyion |
| 8710. | Walker-Waldron, Dana |
| 8711. | Wallace, Theresa F |
| 8712. | Wallace, Marguerite |
| 8713. | Wallace, Veronica |
| 8714. | Wallace, Frank |
| 8715. | Wallace, Le'vester Jr |
| 8716. | Wallace, Alfreda |
| 8717. | Wallace, Arnett |
| 8718. | Wallace, Lavett |
| 8719. | Wallace, Katherine |
| 8720. | Wallace, Ebony |
| 8721. | Wallace, Malaysia |
| 8722. | Waller, Renata Call |

| | |
|---|---|
| 8723. | Walley, Linda |
| 8724. | Walls, Ricardo Cortez |
| 8725. | Walls, Lelia |
| 8726. | Walls, Richard V. Jr |
| 8727. | Walls, Basheba V |
| 8728. | Walls, Kechette |
| 8729. | Walls, Ghaimah Mahasin |
| 8730. | Walls, Richard V. Iv |
| 8731. | Walter, Prince Jr |
| 8732. | Walton, Dale |
| 8733. | Ward, Laneita |
| 8734. | Ward, Terrell Ray |
| 8735. | Ward, Nadine |
| 8736. | Ward, Joe |
| 8737. | Ward, Junequa |
| 8738. | Ward, Terrell Ray Jr |
| 8739. | Ward, Christina |
| 8740. | Ward, Anjunette |
| 8741. | Ward, Tierra L. |
| 8742. | Ward, Tiffany |
| 8743. | Ward, Terron A. |
| 8744. | Ware, Billy |
| 8745. | Ware, Patricia |
| 8746. | Warner, Charnetta |
| 8747. | Warren, Robert |
| 8748. | Warren, Lanny Albert |
| 8749. | Warren, Lee |
| 8750. | Warren, Dianne |
| 8751. | Warren, Diane |
| 8752. | Warren, Anthony |
| 8753. | Warren, Richard |
| 8754. | Warren, Ulysses Sr. |
| 8755. | Warren, Subrena Chirstina |
| 8756. | Warren, Algarisce |
| 8757. | Warren, Kaaron |
| 8758. | Warren, Nichole |
| 8759. | Warren, Tonia |
| 8760. | Warren, Ulysses Jr. |
| 8761. | Warren, Maurice |
| 8762. | Warren, Nathaniel |
| 8763. | Warren, Dakari |

8764.    Warrior, Herbert
8765.    Washington, Virginia
8766.    Washington, Zell
8767.    Washington, Brenda
8768.    Washington, Jaqueline
8769.    Washington, Gregory Allen
8770.    Washington, Linda Louise
8771.    Washington, Barbara Ann
8772.    Washington, James
8773.    Washington, Jimmie Sr
8774.    Washington, Gwenetta Call
8775.    Washington, Lashell Call
8776.    Washington, Lee Jr.
8777.    Washington, Kim
8778.    Washington, Tanya
8779.    Washington, Kenya
8780.    Washington, Sharon
8781.    Washington, Jimmy Jr
8782.    Washington, Demandre
8783.    Washington, Marlon
8784.    Washington, Antwone
8785.    Washington, Janice
8786.    Washington, Marlayna
8787.    Washington, Gregory Ii
8788.    Washington, Kimberly
8789.    Washington, Diana
8790.    Washington, Kimberly Jemela
8791.    Washington, Tiffany
8792.    Washington, Maya
8793.    Washington, Brooke
8794.    Washington, Jetoria
8795.    Washington, Keisha
8796.    Washington, Miles
8797.    Washington, Leonard Call Iii
8798.    Washington, Dashawn
8799.    Washington, Jarell
8800.    Washington, Laneisha
8801.    Washington, Sahkari
8802.    Washington, Anisa
8803.    Washington, Zyerre Malik
8804.    Washington, Arim

| | |
|---|---|
| 8805. | Washington, Jacueline |
| 8806. | Washingtonll, Gregory Allan Mr |
| 8807. | Waskom, Jacqueline |
| 8808. | Waters, Chantiy L |
| 8809. | Watkins, Joyce Ann |
| 8810. | Watkins, Shanya |
| 8811. | Watkins, Parrish |
| 8812. | Watkins, Donnell |
| 8813. | Watkins, Marqueese T |
| 8814. | Watkins, Revolvda |
| 8815. | Watley, Ona M. |
| 8816. | Watson, Sandra Varnette |
| 8817. | Watson, Murphy |
| 8818. | Watson, Frankie |
| 8819. | Watson, Barbara A |
| 8820. | Watson, Arthur Sr |
| 8821. | Watson, Jabar |
| 8822. | Watson, Lence |
| 8823. | Watson, Yasmeem |
| 8824. | Watson, Arhtur Jr |
| 8825. | Watson, Wardell R |
| 8826. | Watson, Roosevelt |
| 8827. | Watson, Donyelle |
| 8828. | Watson, Lanija |
| 8829. | Watts, Sharron |
| 8830. | Watts, Pepper |
| 8831. | Watts, Cliniquwa |
| 8832. | Watts, Shannon |
| 8833. | Weathersby, Kenyatta |
| 8834. | Weathersby, Ramona M |
| 8835. | Weaver, Marshawn |
| 8836. | Webb, Donna |
| 8837. | Webb, Mager Sr |
| 8838. | Webb, Cynthia Rose |
| 8839. | Webb, Guisseppe |
| 8840. | Webb, Victoria Estella |
| 8841. | Webb, James Dante |
| 8842. | Webb, Courtin |
| 8843. | Webb, Denesia |
| 8844. | Webb, Diamond |
| 8845. | Webster, Carlos |

| | |
|---|---|
| 8846. | Webster, Nicolette |
| 8847. | Webster, Solomon |
| 8848. | Webster, Shomari |
| 8849. | Webster, Latia |
| 8850. | Webster, Precious |
| 8851. | Weight, Jalena Marie |
| 8852. | Welch, Dameon A. |
| 8853. | Welch, Antanisha |
| 8854. | Welch, Antanae |
| 8855. | Wells, Chuck |
| 8856. | Wells, Shene |
| 8857. | Wells, Angell |
| 8858. | Wesley, Earl |
| 8859. | Wesley, Kelly Rashand Sr |
| 8860. | Wesley, Armeka |
| 8861. | Wesley, Faheem |
| 8862. | Wesley, Breshelle |
| 8863. | Wesley, Manzell |
| 8864. | Wesley, Meka |
| 8865. | West, Jeff |
| 8866. | West, Gregory |
| 8867. | West, Shamurier |
| 8868. | West, Tyler |
| 8869. | Westbrooks - Williams, Elise |
| 8870. | Weston, Lauren |
| 8871. | Westry, Ronald Sr |
| 8872. | Westry, Pamela |
| 8873. | Westry, Lynn |
| 8874. | Westry, Kenneth Sr |
| 8875. | Westry, Ronnie Jr |
| 8876. | Westry, Chaeron |
| 8877. | Westry, Ronnesha |
| 8878. | Whiltenberg, Billy |
| 8879. | Whiltenberg, Ronnie |
| 8880. | Whiltenberg, Shiela |
| 8881. | Whiltshire, Areon |
| 8882. | Whisby, Maya |
| 8883. | Whitaker, Cedric L Sr |
| 8884. | Whitaker, Vincena |
| 8885. | Whitaker, Victor Sr |
| 8886. | Whitaker, Vance |

8887.    Whitaker, Vahn
8888.    Whitaker, Juanyah
8889.    Whitaker, Victor Jr
8890.    White, Pearlie M
8891.    White, John
8892.    White, Vanessa
8893.    White, Nathaniel Iii
8894.    White, Jerome R
8895.    White, Barbara
8896.    White, Cynthia R.
8897.    White, Andra I
8898.    White, Brian E
8899.    White, Eric Londell
8900.    White, Lynette
8901.    White, Jacqueline
8902.    White, Francelle
8903.    White, Crystal
8904.    White, Robert
8905.    White, Amelia
8906.    White, Damonn
8907.    White, Robert
8908.    White, Terri
8909.    White, Treniece
8910.    White, Monique
8911.    White, Maurice
8912.    White, Melissa Call
8913.    White, Candace
8914.    White, Keyona Nicole
8915.    White, Roderick Jr
8916.    White, John Jr
8917.    White, Javon
8918.    White, Shierickea
8919.    White, Na'jee Nikita Answar
8920.    White, Andra
8921.    White, Torrence
8922.    White, Andre
8923.    White, Kiana
8924.    White, Johnny
8925.    White, Michael
8926.    White, Henry Leroy
8927.    White, Alycia

| | |
|---|---|
| 8928. | White-Butler, Estoshia Romeca |
| 8929. | Whiteside, Donald |
| 8930. | Whiteside, Donald |
| 8931. | Whitfield, Frank |
| 8932. | Whitfield, Roslyn |
| 8933. | Whitfield, Lashanna |
| 8934. | Whitfield, Andrew |
| 8935. | Whitfield, Tamera |
| 8936. | Whitley, Shirley |
| 8937. | Whitley, Roderick |
| 8938. | Whitley, Dietrich D. Sr |
| 8939. | Whitley, Jasmine |
| 8940. | Whitley, Antwon |
| 8941. | Whitley, Mary |
| 8942. | Whittenberg, Sheila |
| 8943. | Whittenberg, James Jr |
| 8944. | Whittenberg, Jason |
| 8945. | Whittenberg, Reginald Jr |
| 8946. | Whittenberg, Renesha |
| 8947. | Whittle, Lola |
| 8948. | Whittle, Serrell Sr. |
| 8949. | Whittle, Victoria |
| 8950. | Whittle, Mashonna |
| 8951. | Wiggins, Stephanie |
| 8952. | Wiggins, Talisha P |
| 8953. | Wilborn, Renae |
| 8954. | Wilcher, Loretta |
| 8955. | Wilcher, Sidney |
| 8956. | Wiley, George |
| 8957. | Wiley, Jacquelyn Beatrice |
| 8958. | Wiley, Roland Jr |
| 8959. | Wilke, Jeffrey |
| 8960. | William, Jazmin Call |
| 8961. | William, Haywood Jr. |
| 8962. | William, Tiffany |
| 8963. | Williams, Blanche |
| 8964. | Williams, Jessie |
| 8965. | Williams, Clydia |
| 8966. | Williams, Dorothy |
| 8967. | Williams, Bennie L. |
| 8968. | Williams, Dorothy |

| | |
|---|---|
| 8969. | Williams, Willie |
| 8970. | Williams, Daniel |
| 8971. | Williams, Kenneth E |
| 8972. | Williams, Thomas |
| 8973. | Williams, Ocie |
| 8974. | Williams, Eleanor |
| 8975. | Williams, Lanita |
| 8976. | Williams, Beverly Ann |
| 8977. | Williams, Percilla |
| 8978. | Williams, Sweetie |
| 8979. | Williams, Nolan |
| 8980. | Williams, Callie |
| 8981. | Williams, Dolores |
| 8982. | Williams, Barbara |
| 8983. | Williams, Talosaga |
| 8984. | Williams, James |
| 8985. | Williams, Ladoris |
| 8986. | Williams, Shirley |
| 8987. | Williams, Verla Denise |
| 8988. | Williams, Deborah |
| 8989. | Williams, Elyria |
| 8990. | Williams, Otis |
| 8991. | Williams, Larenzo |
| 8992. | Williams, Rita A. |
| 8993. | Williams, Steven |
| 8994. | Williams, Antoinette |
| 8995. | Williams, Ricky L |
| 8996. | Williams, Garry Lane |
| 8997. | Williams, Deborah |
| 8998. | Williams, Damon |
| 8999. | Williams, Betty |
| 9000. | Williams, Brigitte |
| 9001. | Williams, Angela |
| 9002. | Williams, George |
| 9003. | Williams, Barbara |
| 9004. | Williams, Mavis |
| 9005. | Williams, Lea Janay |
| 9006. | Williams, Milosia |
| 9007. | Williams, Marian |
| 9008. | Williams, Carolina |
| 9009. | Williams, Dwayne |

| | |
|---|---|
| 9010. | Williams, Douglas |
| 9011. | Williams, Nicole |
| 9012. | Williams, Shirley |
| 9013. | Williams, Maurice |
| 9014. | Williams, Eileen |
| 9015. | Williams, Tracy |
| 9016. | Williams, Angela |
| 9017. | Williams, Dolores Lynal |
| 9018. | Williams, Kenneth Sr |
| 9019. | Williams, Jeffrey |
| 9020. | Williams, Antoine Durand |
| 9021. | Williams, Candice |
| 9022. | Williams, Demetrius |
| 9023. | Williams, Lashaun |
| 9024. | Williams, Robert Alonzo |
| 9025. | Williams, Shante Call |
| 9026. | Williams, Sharita |
| 9027. | Williams, Rashawn |
| 9028. | Williams, Tamisha |
| 9029. | Williams, Williams |
| 9030. | Williams, Derrick Sr |
| 9031. | Williams, Mosi |
| 9032. | Williams, Felicia |
| 9033. | Williams, Dennis Charles |
| 9034. | Williams, Niesha |
| 9035. | Williams, Latanya |
| 9036. | Williams, Alonzo |
| 9037. | Williams, Nemond |
| 9038. | Williams, Stanley Jr |
| 9039. | Williams, Taniesha |
| 9040. | Williams, Andre |
| 9041. | Williams, Tyrone |
| 9042. | Williams, Kyndra Warnette |
| 9043. | Williams, Deanndra |
| 9044. | Williams, Latrice |
| 9045. | Williams, Jueleah |
| 9046. | Williams, Joseph |
| 9047. | Williams, Joyce |
| 9048. | Williams, Edward |
| 9049. | Williams, Andrea |
| 9050. | Williams, Nicole Call |

| | |
|---|---|
| 9051. | Williams, Sharwanna |
| 9052. | Williams, Filipo |
| 9053. | Williams, Shanekia |
| 9054. | Williams, Yentil |
| 9055. | Williams, Alec |
| 9056. | Williams, Dominique |
| 9057. | Williams, Shenisha |
| 9058. | Williams, Christopher |
| 9059. | Williams, Maurice |
| 9060. | Williams, Nicole |
| 9061. | Williams, Eliezer |
| 9062. | Williams, Lydia Renee |
| 9063. | Williams, Tiffany |
| 9064. | Williams, Al'jirea |
| 9065. | Williams, Kenneth Jr |
| 9066. | Williams, Kimberly |
| 9067. | Williams, Linda Valenda |
| 9068. | Williams, Valenda |
| 9069. | Williams, Shante |
| 9070. | Williams, Demonya |
| 9071. | Williams, Nicholas |
| 9072. | Williams, Geanell |
| 9073. | Williams, Romayn Le'andre |
| 9074. | Williams, Tashawn |
| 9075. | Williams, Sharonda |
| 9076. | Williams, Tauvaa Jr |
| 9077. | Williams, Simien Jr. |
| 9078. | Williams, Roy Ii |
| 9079. | Williams, Demountria |
| 9080. | Williams, Brian |
| 9081. | Williams, Chances |
| 9082. | Williams, Goyette C |
| 9083. | Williams, Lazarus |
| 9084. | Williams, Na'jae |
| 9085. | Williams, Jaelun D |
| 9086. | Williams, Taylor |
| 9087. | Williams, Tylor |
| 9088. | Williams, Kealani |
| 9089. | Williams, Damani |
| 9090. | Williams, Chantel |
| 9091. | Williams, La'raya |

| | |
|---|---|
| 9092. | Williams, Honesty Campbell Ann |
| 9093. | Williams, Willie Iii |
| 9094. | Williams, |
| 9095. | Williams, Biesha |
| 9096. | Williams, Brandon |
| 9097. | Williams, Charmaine |
| 9098. | Williams, Freetta |
| 9099. | Williams, Imani |
| 9100. | Williams, Ineva |
| 9101. | Williams, Jeffrey C |
| 9102. | Williams Ross, Debra |
| 9103. | Williams-Chisholm, Jacquez |
| 9104. | Williamson, Dominique |
| 9105. | Williamson, Damillion |
| 9106. | Williams-Woods, Elizabeth |
| 9107. | Willis, Jose |
| 9108. | Willis, Patrice |
| 9109. | Willis, Tina |
| 9110. | Willis, Patrick |
| 9111. | Willis, Shalana |
| 9112. | Willis, Oveyarn |
| 9113. | Willis, Miquesha |
| 9114. | Willis, Jacory |
| 9115. | Willis, Aliciah |
| 9116. | Willis Ellington, Monae |
| 9117. | Willis-De Los Reyes, Miquesha |
| 9118. | Wilson, Linda |
| 9119. | Wilson, Jimmie E |
| 9120. | Wilson, Gaynell |
| 9121. | Wilson, Michael |
| 9122. | Wilson, Matthew Call |
| 9123. | Wilson, Jacque |
| 9124. | Wilson, Edwin |
| 9125. | Wilson, Stafunda |
| 9126. | Wilson, Khalid Ahmad |
| 9127. | Wilson, Ayafemi |
| 9128. | Wilson, Changamire |
| 9129. | Wilson, Tobias |
| 9130. | Wilson, Lovey |
| 9131. | Wilson, Nadiyah |
| 9132. | Wilson, Linda Faye Ii |

| | |
|---|---|
| 9133. | Wilson, La Ron |
| 9134. | Wilson, Latoya |
| 9135. | Wilson, Danesha |
| 9136. | Wilson, Tabrela Rashell |
| 9137. | Wilson, Priscilla Lagi |
| 9138. | Wilson, Keir |
| 9139. | Wilson, Jahque |
| 9140. | Wilson, Da'ron |
| 9141. | Wilson, Erin |
| 9142. | Wilson, Sha'mya |
| 9143. | Wilson, Daron |
| 9144. | Wilson, Shanelle |
| 9145. | Wilson, Karen |
| 9146. | Wilson, Kari |
| 9147. | Wilson-Allen, Linda Faye |
| 9148. | Wimberly, Eileen |
| 9149. | Winchester, Rahsaan |
| 9150. | Windham, Jeffery Robert |
| 9151. | Windham, Aneth Ngatosa |
| 9152. | Windom, Sabrina |
| 9153. | Windom, Lerrell |
| 9154. | Windom, Terrell |
| 9155. | Windom, Angela Denise |
| 9156. | Windom, Brandy Denise |
| 9157. | Windom, Terrell Ladon Iii |
| 9158. | Windom, Randy |
| 9159. | Wingate, Joyce |
| 9160. | Winnfield, Mercedes A |
| 9161. | Winston, Kenya Joy |
| 9162. | Winston, Wendy |
| 9163. | Winston, Kenyon |
| 9164. | Winterstein, Alex |
| 9165. | Winterstein, Elizabeth Chastity |
| 9166. | Winterstein, Evelyn Puletele |
| 9167. | Winterstein, Hanschen |
| 9168. | Wise-Gastinell, Kim |
| 9169. | Witherspoon, Ezekiel Evans Ii |
| 9170. | Witherspoon, Regina Louise |
| 9171. | Witherspoon, Ezekiel E Iii |
| 9172. | Woldridge, Laveese |
| 9173. | Woldridge, Marshae D |

| 9174. | Wolfe, Lyris Delphinia |
| 9175. | Wolfe-Green, Tyrone |
| 9176. | Wolley, Linda |
| 9177. | Womack, Anthony |
| 9178. | Wong, Nathan H |
| 9179. | Wood, Lisa |
| 9180. | Woodbrerry, Vaughn |
| 9181. | Woodlief, Danita |
| 9182. | Woodlief, Trayshawn |
| 9183. | Woods, Barbara B |
| 9184. | Woods, Jack |
| 9185. | Woods, Ricky |
| 9186. | Woods, Elizabeth |
| 9187. | Woods, Shanelle |
| 9188. | Woods, Nathaniel |
| 9189. | Woods, Mikale |
| 9190. | Woods, Victoria |
| 9191. | Woodson, Jamie |
| 9192. | Woodson, Jamell |
| 9193. | Woodson, Wynter |
| 9194. | Woodward, Monika |
| 9195. | Woody, Courtney |
| 9196. | Wooten, Ascari S Jr |
| 9197. | Wooten, Jakari |
| 9198. | Worley, Cherryl |
| 9199. | Worthy, Lawrence |
| 9200. | Worthy, Jonae Earline |
| 9201. | Wright, Patricia A |
| 9202. | Wright, Danny |
| 9203. | Wright, Lula |
| 9204. | Wright, Duruna |
| 9205. | Wright, Derrick Sr |
| 9206. | Wright, Ericha |
| 9207. | Wright, Karlton Cleveland Iii |
| 9208. | Wright, Matthew |
| 9209. | Wright, Jalena |
| 9210. | Wright, Shawana A |
| 9211. | Wright, Carla Sheree |
| 9212. | Wright, Janae |
| 9213. | Wright, Karlton Cleveland |
| 9214. | Wright, Caela Adrianna |

| | |
|---|---|
| 9215. | Wright, Jusea K |
| 9216. | Wright, Jusea |
| 9217. | Wyatt, Shani |
| 9218. | Wycoff, Chaundell Call |
| 9219. | Wynn, Ingrid |
| 9220. | Wynn, Lisa |
| 9221. | Wynn, Angel |
| 9222. | Wyrick, Keithen |
| 9223. | Wysinger, Reginald |
| 9224. | Wysinger, Banisha |
| 9225. | Wysinger, Ashley |
| 9226. | Xceric, Griffin |
| 9227. | Xu, Yali |
| 9228. | Xuereb, Anthony |
| 9229. | Yarker, Knekeia |
| 9230. | Yates, George Iii |
| 9231. | Yates, Sashell Sherese |
| 9232. | Yates, George Iv |
| 9233. | Yau, Jerry |
| 9234. | Yoakum, Troy Jr |
| 9235. | Yoki, Jason |
| 9236. | York, Carolyn Sue |
| 9237. | York, Jackie Ray |
| 9238. | York, Antoinella Marie |
| 9239. | York, Sharina M |
| 9240. | York, Joe |
| 9241. | York, Darrious |
| 9242. | York, Antone |
| 9243. | York, Angel |
| 9244. | York, Tyneka Lashon |
| 9245. | York, Zakari |
| 9246. | York, Davareia U |
| 9247. | Young, Margaret |
| 9248. | Young, Perry |
| 9249. | Young, Carolyn |
| 9250. | Young, Stephen |
| 9251. | Young, Elnora |
| 9252. | Young, Delbert |
| 9253. | Young, Beverly Ann |
| 9254. | Young, Victor |
| 9255. | Young, Toni |

9256.    Young, Dontay
9257.    Young, Taron
9258.    Young, Luciana
9259.    Young, Marvin Scott
9260.    Young, Cienesha Monet
9261.    Young, Lenette
9262.    Young, Grenita
9263.    Young, Demauriae
9264.    Young, Amanda Demetria
9265.    Young, Stephanie F.
9266.    Youngs, Eric Sr.
9267.    Youngs, Aretha
9268.    Youngs, Tyrone
9269.    Youngs-Colvin, Diane
9270.    Zachary, Rudolph
9271.    Zaid, Nette
9272.    Zaid, Shakir
9273.    Zapardiel, Richardo
9274.    Zayas, Mekiela R.
9275.    Zhong, Jun
9276.    Zhou, Sandy
9277.    Zinn, Angel Gloria
9278.    Zinn, Nicole Jean
         9279.  Young, Miniimahe