UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>TETRA TECH EC, INC., et al,<br><br>              Defendants. | Case No. 3:13-cv-03835-JD (DMR)<br><br>**ORDER** |
| UNITED STATES OF AMERICA, ex rel. et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>SHAW ENVIRONMENTAL & INFRASTRUCTURE INC., et al,<br><br>              Defendants. | RELATED CASES:<br><br>Case No. 3:14-cv-01509-JD (DMR) |
| ANTHONY SMITH,<br><br>              Plaintiffs,<br><br>       v.<br><br>TETRA TECH EC, INC., et al.,<br><br>              Defendants. | Case No. 3:16-cv-01106-JD (DMR) |

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. et al,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TETRA TECH EC, INC., et al.,<br><br>　　　　　Defendants. | RELATED CASES:<br><br>Case No.  3:16-cv-01107-JD (DMR) |
| LINDA PARKER PENNINGTON, et al,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TETRA TECH INC., et al,<br><br>　　　　　Defendants. | Case No.  3:18-cv-5330-JD (DMR) |
| BAYVIEW HUNTERS POINT RESIDENTS, et al,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TETRA TECH EC, INC., et al,<br><br>　　　　　Defendants. | Case No.  3:19-cv-01417-JD (DMR) |
| KEVIN ABBEY, et al,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TETRA TECH EC, INC., et al,<br><br>　　　　　Defendants. | Case No.  3:19-cv-07510-JD (DMR) |

| | |
|---|---|
| FIVE POINT HOLDINGS, LLC, et al,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al,<br><br>Defendants. | RELATED CASES:<br><br>Case No. 3:20-cv-01480-JD (DMR) |
| FIVE POINT HOLDINGS, LLC, et al,<br><br>Plaintiffs,<br><br>v.<br><br>TETRA TECH, INC., et al,<br><br>Defendants. | Case No. 3:20-cv-01481-JD (DMR) |
| CPHP DEVELOPMENT, LLC, et al,<br><br>Plaintiffs,<br><br>v.<br><br>TETRA TECH, INC., et al,<br><br>Defendants. | Case No. 3:20-cv-01485-JD (DMR) |
| TETRA TECH EC, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CH2M HILL INC., et al,<br><br>Defendants. | Case No. 3:20-cv-04704-JD (DMR) |
| KEVIN ABBEY, et al,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE NAVY,<br><br>Defendants. | Case No. 3:20-cv-06443-JD (DMR) |

3

|  |  |
|---|---|
| TETRA TECH, INC.,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al,<br><br>          Defendants. | Case No. 3:20-cv-08100-JD (DMR) |
| MARLENE HEIDECK, et al,<br><br>          Plaintiffs,<br><br>     v.<br><br>TETRA TECH EC, INC., et al.<br><br>          Defendants. | Case No. 3:21-cv-02798-JD (DMR) |

In the wake of the 6/17/21 status conference before Judge Donato, the TetraTech Parties and the CH2M Defendants have raised the question of whether I "excused" the latter from participating in discovery and the document repository. The answer is no. In my capacity as the settlement judge, I provisionally exempted the CH2M Defendants from taking an active role in the settlement planning process. This process has included engaging the parties to identify what discovery is essential for productive settlement discussions. I did not "excuse" the CH2M Defendants from their discovery obligations, including participation in the document repository. I do not have the authority to do so.

The lifting of all discovery stays on 6/17/21 significantly impacts the settlement planning process. For one thing, it directly raises the question of how the parties can move efficiently toward early settlement discussions while avoiding undue duplication of efforts in ESI searches and depositions. For that reason, I will hold a meeting of the settlement planning committee,

4

which at this time is expanded to include counsel for the CH2M Defendants. Mr. Anton and at least one counsel for the Bayview Resident Plaintiffs shall also attend. The meeting will take place on Zoom on 8/31/21 at 10:15 and will take approximately 1 – 1.5 hours. By 8/24/21, the following groups shall send an email to DMRsettlement@cand.uscourts.gov, copied to all other participants on the settlement planning committee (now including counsel for CH2M Defendants), plus Mr. Anton, Mr. Charles Bonner and Mr. Cabral Bonner:

1. USA as Plaintiff and USA as Defendant
2. Relators
3. TetraTech Defendants
4. Builders
5. Abbey and Bay View Residents Plaintiffs
6. Homeowner Plaintiffs
7. CH2M Defendants

The emails shall set forth each group's ideas and positions regarding how the settlement process should go forward in light of the lifting of all discovery stays, with particular attention to (1) timing, and (2) how best to structure consolidated discovery in these related cases to be able to engage as early as possible in settlement discussions while also containing undue duplication of discovery efforts.

**IT IS SO ORDERED.**

Dated: July 15, 2021

_____
DONNA M. RYU
United States Magistrate Judge

5