| | |
|---|---|
| 1 | CHARLES A. BONNER, ESQ.  SB# 85413 |
| 2 | A. CABRAL BONNER, ESQ. SB# 247528<br>**LAW OFFICES OF BONNER & BONNER** |
| 3 | 475 GATE FIVE RD, SUITE 211<br>SAUSALITO, CA 94965 |
| 4 | TEL: (415) 331-3070<br>FAX: (415) 331-2738 |
| 5 | cbonner799@aol.com<br>cabral@bonnerlaw.com |
| 6 | |
| 7 | ATTORNEYS FOR PLAINTIFFS |
|   | [Additional Counsel Listed on Signature Pages] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAYVIEW HUNTERS POINT RESIDENTS, DANIELLE CARPENTER, CHRISTOPHER CARPENTER, DECEASED, BY DANIELLE CARPENTER, REPRESENTATIVE AND SUCCESSOR IN INTEREST; CATHERINE MUHAMMAD, *Including All Parties Listed In Exhibit A;* and Doe Plaintiffs 1-40,000, on behalf of themselves, and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>TETRA TECH EC, INC., et al.<br><br>        Defendants. | Case No. 3:19-cv-01417-JD<br><br>Assigned to the Hon. James Donato<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PENDING SETTLEMENT BETWEEN BAYVIEW HUNTERS POINT RESIDENTS AND LENNAR CORPORATION; and FIVE POINT HOLDINGS, LLC.** |

Pursuant to Local Rule 6-1(a), all Plaintiffs identified in the caption and exhibits of the Fifth Amended Complaint for Damages and Injunctive Relief (ECF No. 114, 115, 117, and 154) (collectively, "Plaintiffs"); Defendant Lennar Corporation; and Defendant Five Point Holdings, LLC; by and through their undersigned counsel, hereby stipulate as follows:

1. On March 2, 2020 Plaintiffs filed their Fourth Amended Complaint (ECF No. 43) that named Defendants LENNAR, INC. and FIVE POINT HOLDINGS, LLC solely in the thirteenth cause of action for injunctive relief.

2. Plaintiffs contend they learned on June 17, 2020 that Defendant LENNAR CORPORATION had re-commenced its development efforts and was digging and excavating a section of Parcel A in the Hunters Point Shipyard directly contiguous to a chain-link fence dividing the Shipyard from a school and residences along Kiska Road.

3. In October 2020, Plaintiffs and Lennar Corporation began mediating the matter with Judge Daniel Weinstein (Ret.) and Lizbeth Hasse, Esq in an effort to resolve the dispute, including the issue of the ongoing digging.

4. On April 16, 2021, Plaintiffs included additional allegations and named LENNAR CORPORATION and FIVE POINT HOLDINGS, LLC in additional causes of action in Plaintiffs' Fifth Amended Complaint. On September 21, 2021, Plaintiffs filed an amended and corrected Exhibit A listing 9517 plaintiffs named in the Fifth Amended Complaint.

5. On June 17, 2021, Plaintiffs filed a Motion for An Order To Show Cause Directing Defendant Lennar Corporation And Five Point Holdings, LLC To Show Why A Temporary Restraining Order Should Not Issue For Failure To Comply With Proposition 65 Regarding Releases Of Toxic Materials, Including Radionuclides (ECF No. 132, hereinafter "Show Cause Motion"). Plaintiffs filed the Show Cause Motion in an effort to temporarily stop the digging Plaintiffs believe was commenced on June 17, 2020.

6. On July 7, 2021, at the joint request of Lennar, Five Point, and Plaintiffs, the Court extended the time for Lennar and Five Point to respond to the Show Cause Motion to August 12, 2021 and Plaintiff's time to file its reply to September 2, 2021. The Court set the hearing on the Show Cause Motion for September 30, 2021. (ECF No. 140.)

7. On July 27, 2021, at the joint request of Lennar, Five Point, and Plaintiffs, the Court extended the time for Lennar and Five Point to respond to the Show Cause Motion to October 15, 2021, and the time for Plaintiffs to file their reply to November 5, 2021. The Court continued the hearing on the Show Cause Motion to December 1, 2021. (ECF No. 146.)

8. On September 15, 2021, at the joint request of Lennar, Five Point, and Plaintiffs, the Court extended the time for Lennar and Five Point to respond to the Show Cause Motion to December 1, 2021, and the time for Plaintiffs to file their reply to December 22, 2021. The Court continued the hearing on the Show Cause Motion to February 3, 2022. (ECF No. 153.)

9. On October 19, 2021, Five Point, joined by Lennar, filed their motions to dismiss, setting the hearing on the motions for December 2, 2021, at 10:00 a.m. and February 3, 2022, at 10:00 a.m., respectively (ECF Nos. 156 and 157) (the "Motions to Dismiss").

10. On October 22, 2021, Plaintiffs requested a one-month extension from November 2, 2021 within which to file oppositions to the Motions to Dismiss because the attorneys for Plaintiffs were in trial and unavailable for the whole month of October 2021 in *Singh v. Santa Clara Valley Medical Center*, Case No. 2013-1- CV244607, Santa Clara Superior Court. Lennar and Five Point agreed to the extension.

11. On October 25, 2021, Lennar and Five Point requested a further extension of time to respond to the Show Cause Motion from December 1, 2021 to January 24, 2022 due to Plaintiffs' untimely responses to discovery previously issued by Lennar and Five Point. Plaintiffs' reply would be then due February 14, 2022. Plaintiffs agreed to the extension.

12. On November 8, 2021, the Court granted a further extension of time and modification to the briefing schedule for both the oppositions to Defendants' Motions to Dismiss and the Show Cause Motion. (ECF No. 162)

13. On November 22, 2021, Plaintiffs and Five Point entered into a letter agreement whereby Plaintiffs agreed to withdraw their Show Cause Motion against Five Point with prejudice.

14. On November 23, 2021, Plaintiffs dismissed Five Point from the Show Cause Motion with prejudice (ECF No. 163);

15. On November 23, 2021, Defendant Lennar Corporation, Defendant Five Point, and

Plaintiffs entered into a settlement agreement in principle to resolve all claims, including the class claims, against Defendants Lennar Corporation and Five Point as pled in Plaintiffs' Fifth Amended Complaint, with a final agreement to be negotiated and submitted for Court approval together with a determination of good faith settlement.  In light of the settlement the parties agree to the following:

    a.    Plaintiffs will immediately withdraw their Show Cause Motion (ECF No. 132). This withdrawal will be deemed with prejudice to refiling with respect to Lennar, on Court approval of the settlement.  Plaintiffs have already dismissed Five Point from the Show Cause motion with prejudice to refiling (ECF No. 163);

    b.    Defendants Lennar Corporation and Five Point will withdraw their Motions to Dismiss (ECF Nos. 156 and 157) without prejudice to refiling if the Court does not approve the current settlement;

    c.    Defendant Lennar Corporation, Defendant Five Point, and Plaintiffs agree that all litigation of the claims brought by the Plaintiffs against Defendants Lennar Corporation and Five Point should be stayed pending a dismissal with prejudice of the action against Defendants Lennar Corporation and Five Point on approval of the current settlement.  This stay shall have no effect against Plaintiffs' pursuit of claims against other Defendants named in their operative complaint, nor affect Five Point or Lennar from pursuing claims brought in separate complaints filed against Tetra Tech (and its subsidiaries) or the United States; and

    d.    The hearing dates on Plaintiff's Show Cause Motion and Five Point and Lennar's Motion to Dismiss should be vacated.

This stipulation does not seek to alter the date of any other events or deadlines already fixed by Court order.  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD TO PLAINTIFFS, LENNAR, AND FIVE POINT.

| | | |
|---|---|---|
| 1 | DATED: December 7, 2021 | BONNER & BONNER |
| 2 | | |
| 3 | | By: _____/s/ *Charles A. Bonner*_____ |
| 4 | | CHARLES A. BONNER |
| | | A. CABRAL BONNER |
| 5 | | Attorneys for Plaintiffs Bayview Hunters Point Residents, Danielle Carpenter, Catherine Muhammad and All Parties identified as Plaintiffs in the Caption and Exhibits of the Corrected Fourth Amended Complaint |
| 9 | DATED: December 7, 2021 | O'MELVENY & MYERS LLP |
| 11 | | |
| 12 | | By: _____/s/ *GEOFF YOST*_____ |
| | | DANIEL M. PETROCELLI |
| 13 | | DAVID MARROSO |
| | | GEOFF YOST |
| 14 | | MADHU POCHA |
| | | Attorneys for Defendant Lennar Corporation |
| 16 | DATED: December 7, 2021 | ALSTON & BIRD |
| 18 | | By: _____/s/ *JEFFREY D. DINTZER*_____ |
| | | JEFFREY D. DINTZER |
| 19 | | MATTHEW C. WICKERSHAM |
| | | Attorneys for Defendant Five Point Holdings, LLC |

**Civil Local Rule 5-1(i)(3) Attestation**

Pursuant to Local Rule 5-1(i)(3), I, A. Cabral Bonner, the ECF filer of this document, hereby attest that I obtained concurrence in the filing of this document from each of the other signatories.

Dated: December 6, 2021          _____/s/ *A. Cabral Bonner*_____
                                                   A. CABRAL BONNER

**[PROPOSED] ORDER**

Pursuant to stipulation and for good cause shown, the Court orders that (a) all further proceedings in the above-captioned case involving the Lennar Corporation and Five Point Holdings, LLC are hereby STAYED with the exception of proceedings related to the approval of the Parties' class settlement; and (b) all deadlines and hearings related to Plaintiffs' Show Cause Motion and Lennar Corporation and Five Point Holdings, LLC's motions to dismiss are vacated.

IT IS SO ORDERED.

Dated: December 14, 2021

_____
Hon. James Donato
United States District Judge