CHARLES A. BONNER, ESQ. SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF CHARLES A. BONNER**
475 GATE FIVE RD, SUITE 211
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAYVIEW HUNTERS POINT RESIDENTS, DANIELLE CARPENTER, CHRISTOPHER CARPENTER, DECEASED, BY DANIELLE CARPENTER, REPRESENTATIVE AND SUCCESSOR IN INTEREST; CATHERINE MUHAMMAD, *Including All Parties Listed In Exhibit A*; and Doe Plaintiffs 1-40,000, on behalf of themselves, and all others similarly situated,<br><br>    Plaintiffs,<br>vs.<br>TETRA TECH EC, INC.; TETRA TECH, INC; DAN L. BATRACK, *In his Individual and Official Capacity*, CHAIRMAN, CHIEF EXECUTIVE OFFICER and PRESIDENT of TETRA TECH; STEVEN M. BURDICK, *In his Individual and Official Capacity*, EXECUTIVE VICE PRESIDENT, CHIEF FINANCIAL OFFICER OF TETRA TECH; STEPHEN C. ROLFE, *In his Individual and Official Capacity*, MANAGING AGENT OF TETRA TECH EC INC.; JUSTIN E. HUBBARD, *In his Individual and Official Capacity*, MANAGING AGENT OF TETRA TECH EC INC.; LENNAR CORPORATION; and FIVE POINT HOLDINGS, LLC., and DOES 1-100 Inclusive,<br><br>    Defendants. | Case No.: 3:19-cv-01417-JD<br><br>**DECLARATION OF ARIEANN HARRISON IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF *BAYVIEW HUNTERS POINT RESIDENTS* CLASS ACTION SETTLEMENT WITH HOMEBUILDER DEFENDANTS**<br><br>DATE: December 8 2022<br>TIME: 10:00 am<br>DEPT.: 11<br>JUDGE: HONORABLE J. DONATO |

I, ARIEANN HARRISON declare as follows:

1. I am one of the Plaintiffs in this action.

2. My family and I are long-time residents of the Hunters Point community. I currently live at 19 Kiska Road, San Francisco, CA 94124. Before moving to 19 Kiska in 2019, my address was 730 Innes Ave San Francisco, CA 94124, which was a half block from Hunters Point Naval Shipyard. There is a chain-link fence separating the shipyard from the residential community and my house.

3. I make this Declaration in support of the BAYVIEW HUNTERS POINT RESIDENT Plaintiff's motion for preliminary approval of the settlement with Defendants LENNAR CORPORATION and FIVE POINT HOLDINGS, LLC (collectively, the "Homebuilders.")

4. I have been actively involved in this litigation since its inception and provided a declaration in support of the Motion For An Order To Show Cause Directing Defendant Lennar Corporation And Five Point Holdings, LLC To Show Why A Temporary Restraining Order Should Not Issue For Failure To Comply With Proposition 65 Regarding Releases Of Toxic Materials, Including Radionuclides (Dkt 132-5 pg 4).

5. For decades individuals in our community have suffered negative health effects due to the contamination present in the HPNS Superfund site. In addition to living in the 94124 zip code, my family members, including my mother and grandfather, worked in the shipyard. My grandfather moved from Louisiana to San Francisco in 1950-1951 specifically to work at the Naval Shipyard.

6. We, the members of the community, were cautiously optimistic when we learned Tetra Tech was going to clean up the site. When we learned that Tetra Tech had falsified data instead of cleaning the site, it created a great sense of fear and betrayal. Learning about Tetra Tech's fraud, greatly exacerbated the fear, anxiety, and emotional distress I felt because I knew that the toxins and radioactive material were still present due to Tetra Tech's conduct. Further, knowing that Tetra Tech was digging up radioactive soil and then concealing its presence, made me more concerned that the release of radioactive materials

that had otherwise lied dormant was now swept up by the prevailing winds and deposited over the homes and commercial ventures in my community. Finally, it is obvious that Tetra Tech felt empowered to engage in this fraud because Bay View Hunters Point is a majority-minority community.

7. During the course of the litigation, Charles Bonner and the Law Offices of Bonner & Bonner have participated in many meetings with community leaders and with the community at large. During these meetings, many community members discussed their fears and health concerns related to Tetra Tech's fraud.

8. In June 2020, members, including me, of the community noticed renewed digging activity at the portion of Parcel A directly adjacent to a chain-link fence dividing the Shipyard from a school and residences along Kiska Road. This was a great shock to the community and caused many people, including me, to become very concerned about our health.

9. In October 2020, Mr. Bonner began to hold meetings with community leaders to discuss the mediation efforts with the Homebuilders. In these meetings, the community leaders, including me, informed Mr. Bonner that out demand was three-fold: 1) provide assurance that the Homebuilders future excavation were safe; 2) create a fund to determine the health impacts on the community; and 3) emotional distress damages.

10. I understood that this mediation and any settlement were for the conduct of the Homebuilders and were not for the conduct of Tetra Tech. The primary concern raised by the community leaders and me was the fear and threat caused by the Homebuilders' renewed digging.

11. Over the next year, Mr. Bonner held frequent meetings with several community leaders, including me, regarding the progress of the mediation.

12. Prior to April 30, 2021, Mr. Bonner informed the community leaders that he was going to add additional claims and allegations against the Homebuilders in the Fifth Amended Complaint (ECF No. 114). I understood and approved of adding these allegations against the Homebuilders in response to the new digging.

DECLARATION OF ARIEANN HARRISON IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF BAYVIEW HUNTERS POINT RESIDENTS CLASS ACTION SETTLEMENT

2

13. Throughout 2021, the community leaders and I met with Mr. Bonner to discuss the ongoing mediation efforts. In November 2021, Mr. Bonner indicated that there was a proposal by the mediators for a settlement that would address our three-pronged demand. Mr. Bonner explained that the Homebuilders agreed to the following: 1) allow the Mediators to review weekly sight monitoring reports regarding the ongoing digging at Parcel A; 2) set up a medical monitoring Fund; and 3) pay money damages to the members of the community. Mr. Bonner informed us that the Homebuilders agreed to pay a total amount of $5,400,000.

14. Mr. Bonner fully explained the mediators' proposal to the community leaders and we all agreed to accept the proposal and move forward with the settlement. I understand that this settlement is focused on the conduct of the Homebuilders and is separate from the conduct of Tetra Tech. I understand that this settlement does not represent the full value of the injuries and damages suffered by me and my community and that the litigation against Tetra Tech will continue.

15. I understand my role as class representative. I am willing to sit for a deposition and to answer written discovery questions. I understand that I represent the interests of all Class Members, and I understand that I have a duty to stay informed about the lawsuit. I believe that a successful resolution of my claim will benefit the whole community.

16. I am informed about this lawsuit because I am in regular contact with Mr. Charles Bonner. I also attend community meetings regarding the lawsuit and the cleanup efforts. I stay informed of the community's concerns by speaking with my friends and relatives, many of whom live in the Bayview Hunters Point community.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this __28th__ th day of September 2022 in San Francisco, California.

*ARIEANN HARRISON*

DECLARATION OF ARIEANN HARRISON IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF BAYVIEW HUNTERS POINT RESIDENTS CLASS ACTION SETTLEMENT

4