CHARLES A. BONNER, ESQ. SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF CHARLES A. BONNER**
475 GATE FIVE RD, SUITE 211
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAYVIEW HUNTERS POINT RESIDENTS, DANIELLE CARPENTER, CHRISTOPHER CARPENTER, DECEASED, BY DANIELLE CARPENTER, REPRESENTATIVE AND SUCCESSOR IN INTEREST; CATHERINE MUHAMMAD, *Including All Parties Listed In Exhibit A*; and Doe Plaintiffs 1-40,000, on behalf of themselves, and all others similarly situated,<br>　　　　Plaintiffs,<br>vs.<br>TETRA TECH EC, INC.; TETRA TECH, INC; DAN L. BATRACK, *In his Individual and Official Capacity*, CHAIRMAN, CHIEF EXECUTIVE OFFICER and PRESIDENT of TETRA TECH; STEVEN M. BURDICK, *In his Individual and Official Capacity,* EXECUTIVE VICE PRESIDENT, CHIEF FINANCIAL OFFICER OF TETRA TECH; STEPHEN C. ROLFE, *In his Individual and Official Capacity,* MANAGING AGENT OF TETRA TECH EC INC.; JUSTIN E. HUBBARD, *In his Individual and Official Capacity,* MANAGING AGENT OF TETRA TECH EC INC.; LENNAR CORPORATION; and FIVE POINT HOLDINGS, LLC., and DOES 1-100 Inclusive,<br>　　　　Defendants. | Case No.: 3:19-cv-01417-JD<br><br>**DECLARATION OF HON. DANIEL WEINSTEIN (RET) IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF *BAYVIEW HUNTERS POINT RESIDENTS* CLASS ACTION SETTLEMENT WITH HOMEBUILDER DEFENDANTS;**<br><br>DATE: December 8 2022<br>TIME: 10:00 am<br>DEPT.: 11<br>JUDGE: HONORABLE J. DONATO |

I, Hon. Daniel Weinstein, declare as follows:

1. I am currently a mediator at JAMS in San Francisco, California. I have mediated complex legal disputes for over twenty years.

2. I received my B.A. *cum laude* from Stanford University in 1962 and my L.L.B. *cum laude* from Harvard University Law School in 1965.

3. I began my legal career in private practice, specializing in litigation of federal cases. From 1976-1978, I served as the Chief Assistant District Attorney of San Francisco. Then, from 1978-1982, I served as a Judge on the Municipal Court of San Francisco. I served as Associate Justice Pro Term, California Supreme Court and the First District Court of Appeal in 1984, and on the Superior Court of San Francisco from 1982 to 1988.

4. Since 1997, I have mediated cases with aggregate values of billions of dollars annually.

5. In 1979, I co-founded JAMS, the largest private alternative dispute resolution provider in the world. In 1990, I founded CASA (Class Action Settlement Administration), a JAMS subsidiary dedicated to the fair and speedy allocation of settlement funds in large scale matters. Since 2021, I have served as Distinguished Mediator in Residence at Pepperdine University's Caruso School of Law.

6. I have extensive experience mediating litigation or pre-litigation disputes arising out of, among other things: class actions involving consumer borrowers, toxic tort claimants, low-cost housing tenants, account holders and credit card customers, insurance purchasers, and a wide variety of product liability issues; securities claims; intellectual property claims; entertainment, technology and media disputes; antitrust claims; environmental actions; human and civil rights matters; and international matters. (A true and correct summary of my qualifications is attached hereto as **Exhibit A**.)

7. The Bayview Hunters Point Plaintiffs ("BVHP Plaintiffs") and the Homebuilder Defendants LENNAR CORPORATION and FIVE POINT HOLDINGS, LLC ("Homebuilder Defendants"), collectively the "Parties," retained the mediating team of myself and my colleague, JAMS neutral Lizbeth Hasse, Esq. to mediate the above-captioned case. Ms. Hasse has mediated

complex litigation and pre-litigation disputes, including multiple class actions, for twenty years. (Ms. Hasse's declaration accompanies this one.)

8. I have reviewed the Settlement Agreement, including the Releases contained in Section V.H.

9. The purpose of the mediation was to work with the Parties to explore whether they could reach a consensual settlement of this matter, based on an evaluation of the risks and costs each side faced in the litigation. The BVHP Plaintiffs are concerned in their action about radioactive and other contaminants present in their community due to a faulty clean up of the soil by Tetra Tech. They were concerned with the potential for disease and further contamination due to digging in the soil by the Homebuilder Defendants. Their claims against the Homebuilder Defendants were primarily based on the BVHP Plaintiffs' fears of additional exposure to contaminants due to digging and renewed digging by the Homebuilder Defendants in their neighborhoods and the possibility of the release of contaminants otherwise lying dormant in the soil. Accordingly, it emerged that monitoring or halting the digging by the Homebuilder Defendants, and securing certain types of medical screening and a way of identifying health trends for BVHP Plaintiffs in the vicinity, were a primary focus of the case against the Homebuilder Defendants.

10. The Settlement Agreement was the result of arm's length and contentious negotiations among the Parties that took place over a period of approximately 22 months beginning in October of 2020. The mediation unfolded during the period of Covid-19 restrictions and the process was conducted by myself and by Ms. Hasse, sometimes together and sometimes separately, through multiple Zoom meetings and conference call sessions. We also held telephonic sessions with counsel and claims administrators and guided the Parties in their discussions about the structuring of the notice and administration process and their selection of a class administration firm. Some of our discussions with the Parties were joint discussions involving both counsel for the Homebuilder Defendants and counsel for the BVHP Plaintiffs. Other times we conferred with the separate counsel.

11. During the course of the mediation, Charles Bonner and Cabral Bonner reported to my colleague and me about their many meetings with the Hunters Point community leaders and with groups of Plaintiffs, and specifically how some of their health concerns related to digging by the Homebuilder Defendants. During the time period of our mediation meetings, Plaintiffs also amended their complaint twice to add new claims against the Homebuilder Defendants with respect to the concerns about the release of toxic materials regulated by Proposition 65.

12. During the course of the mediation. Ms. Hasse and I reviewed proposals of Plaintiffs' expert about the design and scope of a medical screening or monitoring program. In reviewing the proposals of Plaintiffs' expert, we were told, and both sides discussed, how screening of a relevant sample would be of value to this community. This medical monitoring plan was the result of substantial work, research and re-design by the experts and counsel over many months.

13. During the course of the mediation, Ms. Hasse and I were also involved in discussions with counsel for the Parties regarding the design and effectiveness of monitoring of Homebuilder Defendants' digging and related activities at the site during the pendency of the action against Tetra Tech. The mediators worked with the Parties who designed a monitoring process that was related to the Homebuilder Defendants' current monitoring and reporting process, and responsive to Plaintiffs' expressed concerns about there being a continued reporting through a practical process that could be supervised by the mediators during the duration of the agreement.

14. Each component of the final settlement terms agreed upon was well-negotiated by the Parties. The final form of the Settlement was largely drafted by the mediators, drawing on the input for both sides and the substance of the negotiations. After the Parties accepted a mediators' proposal for the main components of the settlement, they recommenced negotiations on the details and on factors pertaining to the administration of a settlement fund.

15. The mediation process was confidential, but all Parties have authorized me to inform the Court of the matters presented in this declaration. I make this declaration based on personal knowledge and am competent to testify to the matters set out herein.

16. The fairness and reasonableness of this settlement are issues solely for the Court to decide. Based on my lengthy participation in the mediation process in this case, my review of the claims and the Settlement Agreement, and my extensive experience as a mediator in complex litigation, I believe that the terms of the settlement are overall fair, adequate and reasonable to class members.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed on October 18, 2022 in San Francisco CA California.

*[signature]*

Hon. Daniel H. Weinstein (ret.), Mediator
Mediator

# Exhibit A





# Hon. Daniel Weinstein (Ret.)

JAMS Mediator

**Case Manager**

Scott Schreiber
T: 415-774-2615
F: 415-982-5287
Two Embarcadero Center, Suite 1500, San Francisco, CA 94111
sschreiber@jamsadr.com

# Biography

**Hon. Daniel Weinstein (Ret.)** is one of the nation's preeminent mediators of complex civil disputes. He is a pioneer in the development of mediation and teaches and lectures to fellow mediators and lawyers throughout the United States.

Judge Weinstein is recognized as one of the premier mediators of complex, multi-party, high-stake cases, both in the United States and abroad. He is the recipient of the 2014 International Advocate for Peace Award from the Cardozo Journal of Conflict Resolution, whose past honorees have included former Presidents Jimmy Carter and Bill Clinton, Ambassador Richard Holbrooke, and Nobel Peace Prize winner Bishop Desmond Tutu. In January 2020, the Straus Institute for Dispute Resolution, Pepperdine Caruso School of Law, presented Judge Weinstein with the Peacemaker Award, its highest honor. The award was last presented in 2013 to Archbishop Desmond Tutu.

In addition to his active mediation practice, Judge Weinstein is currently the Distinguished Mediator in

Residence at Pepperdine and teaching one week every two months. Additionally, he directs the Weinstein International Foundation in its endeavors in conflict resolution and training in the Middle East, Ukraine, Rwanda, Zambia, Peru and other countries throughout the world.

# ADR Experience and Qualifications

- Designs the process and oversees the resolution of challenging securities class actions, mass torts, intellectual property, antitrust, entertainment law, insurance allocation, environmental, toxic tort, professional malpractice, and venture capital partnership disputes
- Mediates cases with aggregate values of billions of dollars annually (since 1997), while designing innovative processes tailored to unique, complex, and highly sensitive cases
- Founded CASA (Class Action Settlement Administration), a JAMS subsidiary dedicated to the fair and speedy allocation of settlement funds in large scale matters i.e. the Union Oil Carbide settlement, African American Farmers discrimination claims, and compensation and overtime claims in retail industries
- Former California Judge and a founder of JAMS, the World's largest provider of mediation and arbitration services

# Representative Matters

Judge Weinstein has successfully mediated the following representative complex cases:

- **Securities cases** involving Enron, Homestore, Qwest, Adelphia, Dynegy, Providian, Clarent, Cardinal Health and other major NYSE and NASDAQ corporations
- **Class Actions** involving borrowers, credit card customers, toxic tort claimants, low cost housing tenants, insurance purchasers, and a wide variety of product liability suits, including:
  - Resolution of the KPMG tax shelter class action cases, hepatitis C blood product class, California Phen-fen litigation, and Manufacturers Life vanishing premium cases
  - Dispute involving Tyson Foods, Inc., Peco Foods, Inc., Fieldale Corp. and George's Farms Corp alleging the poultry processors engaged in a conspiracy to suppress chicken production and raise prices in violation of federal and state anti-trust and consumer protection laws
  - Class-action case involving a corroded pipeline that spilled an estimated 15,000 barrels of crude oil into the Pacific Ocean in 2015
- **Intellectual Property** disputes including significant cases involving Apple Computer, Intel,

Microsoft, Oracle, Motorola, and Hewlett Packard
- **Entertainment cases** involving numerous high profile actors and all studios, major music groups, and entertainers; Rosa Parks v. Outkast defamation case
- **Anti-Trust actions** involving price fixing allegations against multinational oil corporations, cosmetic industry companies, and major financial institutions
    - Mediated to settlement several antitrust class actions brought on behalf of direct purchaser plaintiffs and indirect purchaser plaintiffs for antirust damages related to alleged conspiracies by competitor-manufacturers to fix prices in the domestic US and international sales and importation of electronic capacitors.
- **Environmental cases:**
    - Hillview Porter; Lockheed; and City of Santa Monica, major environmental superfund cases
    - PCL v. DWR, dispute involving the water resources for the State of California and the Monterey agreement
- **Human and Civil Rights matters** including Black Farmers, Doe v. Unocal, Alien Tort claims, civil rights case regarding pipeline construction in Burma, Holocaust restitution, and racial discrimination
- **Construction Defect matters** including a series of complex, multi-party mediations related to a 58-story skyscraper in San Francisco that opened in 2008 and by 2016 had sunk 16 inches and tilted 2 inches
- **International matters** involving major disputes in the international financial markets:
    - Served as the U.S. Special Representative to Bosnia for privatization to oversee $14 billion transfer of funds to Muslims, Croats, and Serbs (1999-2000)
    - Mediated the Swiss Converium case, the Parmalat case involving American banks, accounting firms, and Parmalat Bank in Italy, and the Shinsei Bank financial disaster in Tokyo, Japan
    - Currently assigned as mediator in the Vivendi litigation
    - Mediated numerous, high dollar figure reinsurance cases in Amsterdam and England, 2006-present, involving all major international insurance carriers
    - Mediated disputes for Volvo and BMW
    - Resolved litigation arising out of Adelphia, Qwest, and Enron financial "meltdowns"
    - Mediated tax shelter cases including international claims involving international accounting firms Deloitte and KPMG, among others
- **Other Complex Matters**
    - Paceco Corp. v. City of Long Beach, public entity litigation
    - City of Atascadero v. Merrill Lynch, Orange County bankruptcy case
    - 80 death cases arising out of Alaska Airlines flight #261 crash
    - Stull v. Bank of America, involving bank escheats funds
    - False Claims Act mediation between State Farm and realtors that were affected by State Fram's mischaracterization of wind damage from Hurricane Katrina as flood damage and shifting its losses onto the federal flood insurance program.

## Honors, Memberships, and Professional Activities

*Completed Virtual ADR training conducted by the JAMS Institute, the training arm of JAMS.*

- Recognized as a "Best Lawyers, Mediation," *Best Lawyers in America*, 2023
- Recognized as a "Best Lawyer" by *Best Lawyers in America*, 2022
- Recognized as a "Best Lawyer," Alternative Dispute Resolution Category, *Northern California Best Lawyers in America*, 2022
- Distinguished Mediator in Residence, Straus Institute for Dispute Resolution, Pepperdine University Caruso School of Law, 2021
- Peacemaker Award, Straus Institute for Dispute Resolution, Pepperdine Caruso School of Law, 2020
- Recognized as an "ADR Champion," *National Law Journal*, 2017-2018
- Included on "National Mediators" list, *Chambers USA America's Leading Lawyers for Business,* 2016-2022
- Honoree, International Advocate for Peace Award, Cardozo Journal of Conflict Resolution, 2014
- Recognized as a Best Lawyer, Alternative Dispute Resolution Category, *Best Lawyers in America*, 2006-2015
- Recognized as a "Top Master," *Daily Journal* Top California Neutrals List, 2013
- Recognized as a "Top California Neutral," *Daily Journal*, 2002, 2004-2012
- Northern California Super Lawyer, *San Francisco Magazine*, 2006, 2009, 2011-2014, 2019
- Recognized as One of the 500 Leading Judges in America, *Lawdragon Magazine*, 2006
- American Jewish Committee, Distinguished Learned Hand Award, 2003
- Selected as the Bay Area's Most Popular Mediator, *The Recorder,* 2002
- San Francisco Trial Lawyers Association first recipient, Distinguished Mediator Award, 1999
- Board of Directors, Environmental Law Institute, 2009
- U.S. Representative to the Bosnian Privatization Commission, overseeing the transfer of $15 billion of state-owned assets to the citizens of Bosnia, 1998-2001
- Co-founder and President of 7 Tepees Youth Program for disadvantaged youth
- Former Chairman of the Northern California CORO Foundation, No. California Special Olympics, and The Midnight Basketball League
- Professor, Mediation Advocacy, Stanford University
- Northern California Selection Commission for Federal Judgeships, Feinstein Committee

## Background and Education

- Superior Court of San Francisco, 1982-1988
- Associate Justice Pro Tem, California Supreme Court and the First District Court of Appeal, 1984
- Municipal Court of San Francisco, 1978-1982

Case 3:19-cv-01417-JD   Document 186-3   Filed 11/03/22   Page 11 of 11

- Chief Assistant District Attorney of San Francisco, 1976-1978
- Private practice for seven years, specializing in litigation of federal cases
- L.L.B., *cum laude,* Harvard University Law School, 1965; B.A., *cum laude,* Stanford University, 1962

Available worldwide ›

## Disclaimer

This page is for general information purposes. JAMS makes no representations or warranties regarding its accuracy or completeness. Interested persons should conduct their own research regarding information on this website before deciding to use JAMS, including investigation and research of JAMS neutrals. See More