CHARLES A. BONNER, ESQ. SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF CHARLES A. BONNER**
475 GATE FIVE RD, SUITE 211
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAYVIEW HUNTERS POINT RESIDENTS, DANIELLE CARPENTER, CHRISTOPHER CARPENTER, DECEASED, BY DANIELLE CARPENTER, REPRESENTATIVE AND SUCCESSOR IN INTEREST; CATHERINE MUHAMMAD, *Including All Parties Listed In Exhibit A*; and Doe Plaintiffs 1-40,000, on behalf of themselves, and all others similarly situated,<br>        Plaintiffs,<br>vs.<br>TETRA TECH EC, INC.; TETRA TECH, INC; DAN L. BATRACK, *In his Individual and Official Capacity*, CHAIRMAN, CHIEF EXECUTIVE OFFICER and PRESIDENT of TETRA TECH; STEVEN M. BURDICK, *In his Individual and Official Capacity*, EXECUTIVE VICE PRESIDENT, CHIEF FINANCIAL OFFICER OF TETRA TECH; STEPHEN C. ROLFE, *In his Individual and Official Capacity*, MANAGING AGENT OF TETRA TECH EC INC.; JUSTIN E. HUBBARD, *In his Individual and Official Capacity*, MANAGING AGENT OF TETRA TECH EC INC.; LENNAR CORPORATION; and FIVE POINT HOLDINGS, LLC., and DOES 1-100 Inclusive,<br>        Defendants. | Case No.: 3:19-cv-01417-JD<br><br>**DECLARATION OF LIZBETH HASSE IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF *BAYVIEW HUNTERS POINT RESIDENTS* CLASS ACTION SETTLEMENT WITH HOMEBUILDER DEFENDANTS;**<br><br>DATE: December 8 2022<br>TIME: 10:00 am<br>DEPT.: 11<br>JUDGE: HONORABLE J. DONATO |

I, Lizbeth Hasse, declare as follows:

1. I am currently a mediator, arbitrator, and special master/referee at JAMS in San Francisco, California. I have mediated complex legal disputes since 2000.

2. I received my B.A. *magna cum laude* from Wesleyan University, Middletown, CT in 1977, my J.D. from University of California, Berkeley School of Law in 1982, and my M.A. in Jurisprudence and Social Policy from University of California, Berkeley, in 1982. I am certified (2000) in The Civilian Personnel of Peace-keeping/Humanitarian Operations and Mediation through La Scuola Superiore Sant' Anna di Pisa, Italy on behalf of the UNHCHR. I am a Fellow with the Chartered Institute of Arbitrators (FCIArb).

3. I began my legal career in private practice in San Francisco in 1983 specializing in litigation of federal cases. While a practicing attorney, I also taught comparative constitutional law, media law, intellectual property law, and legal theory as visiting faculty at University of California Berkeley, University of Paris V, American University of Armenia (Yerevan), and the University of Denpasar, Indonesia.

4. Since 1998, I have focused my practice on dispute resolution and have mediated complex cases during that time, primarily in San Francisco, Los Angeles, and New York City. I have resolved over one thousand disputes, with an aggregate value in the billions of dollars. I have extensive experience assisting in the settlement of many different types of complex actions, including antitrust class actions; securities class actions; intellectual property and trade secret actions; consumer class actions in the banking and healthcare sectors; environmental cases; litigation with bankruptcy elements; entertainment, technology, and sports disputes; insurance coverage claims; human rights matters; international disputes involving environmental claims; and Alien Tort Claims actions. Many cases in which I have served as a neutral have included numerous plaintiffs and plaintiffs' counsel, as well as multiple defendants and their counsel. I set forth my background as a mediator above to provide context for the comments that follow, and to demonstrate that my perspective on the settlement of this Action is rooted in significant experience in the resolution of complex litigation. (A true and correct summary of my qualifications is attached hereto as **Exhibit A**.)

5.  The Bayview Hunters Point Plaintiffs ("BVHP Plaintiffs") and the Homebuilder Defendants LENNAR CORPORATION and FIVE POINT HOLDINGS, LLC ("Homebuilder Defendants"), collectively the "Parties," retained the mediating team of my colleague, JAMS neutral Judge Daniel H. Weinstein (ret.) and me to mediate the above-captioned case. (Judge Weinstein's declaration also accompanies this motion.)

6.  I have reviewed the Settlement Agreement, including the Releases contained in Section V.H.

7.  The purpose of the mediation was to work with the Parties to explore whether they could reach a consensual settlement of this matter, based on an evaluation of the risks and costs each side faced in the litigation. The BVHP Plaintiffs are concerned in their action about radioactive and other contaminants present in their community due to a faulty clean-up of the soil by Tetra Tech, Inc. They were concerned about the potential for disease and further contamination due to digging in the soil by the Homebuilder Defendants. Their claims against the Homebuilder Defendants were primarily based on the BVHP Plaintiffs' fears of additional exposure to contaminants due to digging by the Homebuilder Defendants and the possibility of the release of contaminants otherwise lying dormant in the soil. Accordingly, it emerged that monitoring, modifying or halting the digging by the Homebuilder Defendants, and securing certain types of medical screening and a way of identifying health trends for BVHP Plaintiffs in the vicinity, were matters of primary focus in the case against the Homebuilder Defendants.

8.  The Settlement Agreement was the result of arm's length and contentious negotiations among the Parties that took place over a period of approximately 22 months beginning in October of 2020. The mediation unfolded during the period of Covid-19 restrictions and the process was conducted by Judge Weinstein and me, sometimes together and sometimes separately, through multiple video and telephonic meetings with counsel. We also guided the Parties in their discussions about the structuring of the notice and administration process and their selection of a class administration firm. Some of our discussions with the Parties were joint discussions involving both counsel for the Homebuilder Defendants and counsel for the BVHP Plaintiffs; other times we conferred with counsel separately.

9. During the course of the mediation, Charles Bonner and Cabral Bonner reported to Judge Weinstein and me about their many meetings with the Hunters Point community leaders and with groups of Plaintiffs, and specifically about how some of their health concerns related to digging by the Homebuilder Defendants. During the time period of our mediation meetings, Plaintiffs also amended their complaint twice to add new claims against the Home-builder Defendants with respect to the concerns about the release of toxic materials regulated by Proposition 65.

10. During the course of the mediation, Judge Weinstein and I reviewed proposals of Plaintiffs' expert about the design and scope of a medical screening or monitoring program. In reviewing the proposals of Plaintiffs' expert, we were told, and both sides discussed, how screening of a relevant sample of residents would be of value to this community even if not every resident could or would choose to get tested. The medical monitoring plan was the result of substantial work, research and re-design by the expert and counsel over many months.

11. During the course of the mediation, Judge Weinstein and I were also involved in discussions with counsel for the Parties regarding the design and effectiveness of monitoring the Homebuilder Defendants' digging and related development activities at the site during the pendency of the ongoing action against Tetra Tech. The mediators worked with the Parties who designed a monitoring process that was related to the Homebuilder Defendants' current monitoring and reporting process, and responsive to Plaintiffs' expressed concerns about there being continued reporting through a practical process that could be supervised by the mediators during its duration.

12. Each component of the final settlement terms agreed upon was well-negotiated by the Parties. The final form of the Settlement Agreement was largely drafted by the mediators, drawing on the input for both sides and the substance of the negotiations. After the Parties accepted a mediators' proposal for the main components of the settlement, they recommenced negotiations, with continued involvement of the neutrals, in the details of the Settlement Agreement and with the factors pertaining to the administration of a settlement fund.

13.     The mediation process was confidential, but all Parties have authorized me to inform the Court of the matters presented in this declaration. I make this declaration based on personal knowledge, and I am competent to testify to the matters set out herein.

14.     The fairness and reasonableness of the settlement are solely for the Court to decide. Based on my participation in the mediation process and in the drafting of the Settlement Agreement, my review of the claims and case materials, my months-long review and analysis of the litigation risks to the Parties and the benefits conferred by the Settlement Agreement as presented, the extensive efforts of skillful advocacy and arm's length negotiations of counsel, and my extensive experience as a mediator in complex litigation, I believe that the terms of the settlement overall are fair, adequate and reasonable for the class members.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed on October 15, 2022 in Berkeley, California.

Lizbeth Hasse, Esq.
Mediator

# Exhibit A





# Lizbeth Hasse, Esq., FCIArb

JAMS Mediator, Arbitrator and Referee/Special Master

**Case Manager**

Aimee Hwang

T: 415-774-2607

F: 415-982-5287

Two Embarcadero Center, Suite 1500, San Francisco, CA 94111

ahwang@jamsadr.com

# Biography

**Lizbeth Hasse** has served as mediator, arbitrator, negotiator, or special master since 1998 in over 1,000 matters in the United States as well as internationally. Bringing 30+ years of international experience in the fields of intellectual property, business operations, entertainment and media, and technology law, Ms. Hasse has proven sophistication to manage a wide range of disputes.

Ms. Hasse is best known for her commitment to the process and its participants. Her resourceful insights, tenacity, intellectual acumen, and masterful communication skills enable her to resolve high stakes and multi-party cases involving highly talented lawyers and their clients. Ms. Hasse is also a mentor to new mediators and frequently speaks and writes about mediation and intellectual property.

# ADR Experience and Qualifications

Ms. Hasse has designed settlement processes and resolved disputes as a mediator, arbitrator, and special master in over 1,000 cases, as follows:

- **Anti-Trust**
    - Large complex actions involving price fixing and anti-competitive allegations in SRAM, DRAM, LCD, egg distribution, and health care industries
- **Board Governance**
    - Variety of board disputes and dysfunctional situations for non-profit and profit entities; board governance reform in corporate derivative actions; structuring of mergers of large charitable organizations
- **Business/Commercial**
    - High-value merger and investor disputes; breach of buy-sell agreements in ongoing business relations; joint agency dispute; back-dating options actions; attorneys' fee arbitrations; partnership and joint venture disputes and dissolutions; broker disputes; disputes between private equity firms and major bank; wide variety of business contract and licensing disputes; lender liability actions
- **Class Action**
    - Institutional lender-borrower class actions; high value DRAM anti-trust claims involving private and governmental plaintiffs; class certification issues; federal securities and common law fraud; multiple carrier insurance coverage issues in class action resolutions; big pharma securities fraud class; consumer products and consumer fraud class actions; financial entities and fraudulent reporting; consumer class actions involving statutory penalties that would potentially bankrupt company
- **Employment**
    - Sexual discrimination cases; statutory wage and benefits class actions; employee and customer raiding; employee and company trade secret issues; founder and executive employment termination
- **Entertainment, Sports, and Media**
    - Disputes between artists and distributors over music rights; film property and publishing royalty disputes; file-sharing ("peer to peer") copyright actions; pre-filing resolution in production and talent matters; defamation involving high profile individuals; "idea theft;" misappropriation and production disputes; distribution rights disputes; arbitrations of rights between motion picture co-producers; rights of publicity; major boxing promotion disputes; sports merchandising disputes; arbitration of rights involving film distribution; copyright termination matters
- **Environmental**
    - Resolution of actions involving environmental activist organization plaintiffs; private action toxic pollution claims; water bank disputes involving countries and private owners; resolution of environmental remediation claims requiring complex long-term settlement

structure; multinational disputes in extractive industries; environmental cases involving indigenous populations; California Environmental Quality Act (CEQA) challenges; actions relating to county implementation of general plan and EIR

- **Insurance Coverage**
    - Numerous cases on inconsistencies/differences in policy language between layers of insurance coverage; coverage issues in IP cases; coverage dispute involving broker malpractice allegations; insurance and reinsurance coverage disputes
- **Intellectual Property**
    - High tech, software and hardware, patent and copyright infringement; trademark infringement claims by multinational companies; patent and licensing disputes; patent infringement involving data privacy and encryption; fashion design misappropriation; secondary liability in online copyright infringement; video game licensing dispute; copyright termination issues; Fair Use; university/researcher IP and patent ownership issues; joint venture IP ownership disputes
- **International**
    - Complex disputes in business commercial, intellectual property, and environmental disputes between business partners, local communities, indigenous populations and quasi-governmental bodies; experience in Africa, Europe, Central Europe, and Central Asia
- **Nonprofit/Education**
    - Alleged discrimination in public school system; dispute between nonprofits over donors; nonprofits' mergers; issues between founder of charity and non-profit board; facilitation of board and constituent issues for nonprofits; disputes between major private universities and foundations; disputes between public universities and pension fund fiduciary
- **Personal Injury/Torts**
    - Successfully mediated a variety of disputes including wrongful death, medical malpractice, emotional distress, defamation and trade libel matters; cases involving long-term health effects resulting from severe personal injury
- **Professional Liability**
    - Accounting negligence in bet-the-company litigation; attorney malpractice in complex IP rights matters; attorney negligence in large damages actions
- **Securities**
    - Acquisition of company and stock trade resolution; cases with a variety of stock-drop Dura class action analyses; restatement, securities fraud and/or §11 cases at different stages of litigation; control person liability; resolution of derivative actions involving governance and fee/cost negotiations; settlement of China reverse-merger actions; mortgage-backed securities litigation; multiple securities class actions

# Representative Matters

- Settlement master since 2007, for highest grossing US rock band
- Part of team that settled numerous banking and financial institution actions arising out of Enron collapse
- Part of team that designed processes and settled multiple antitrust/practice fixing cases in the DRAM, SRAM, LCD, and other multinational competition matters
- Part of a team that resolved class action and other cases in the Adelphia bankruptcy
- Mediated and managed process for landmark environmental case involving indigenous Peruvian Amazon communities versus a major petro-chemical company
- Mediated several complex securities cases following public offerings of high valued Chinese energy and resources companies
- Structured process and helped resolve major copyright termination, copyright infringement, and related rights of motion picture studios and content originators and estates
- Mediated high-value technology development and licensing cases involving university technology exchange and private industry
- Neutral evaluator for trademark dispute involving major technology mark
- Mediated numerous trademark actions involving disruptive or evolving technology and rights-holders in the music, video, and gaming industries
- Negotiation of high tech-venture involving governmental and private interests in West Africa
- USAID evaluator and designer of rule of law, judicial, and legal reform projects in Central Asia and Eastern and Central European countries

# Honors, Memberships, and Professional Activities

*Completed Virtual ADR training conducted by the JAMS Institute, the training arm of JAMS.*

- Fellow, Chartered Institute of Arbitrators, London
- Fulbright Fellow, Paris, France; Legal Scholar in comparative law
- Selected Member, The Masters Forum of the Straus Institute for Dispute Resolution, Pepperdine University
- Certified by United Nations in Civilian Personnel of Peace-Keeping, Mediators and Election Monitoring at International Faculty of Scuola Superiore Sant'Anna, (Advanced Studies in Human Rights and Conflict Management), Pisa, Italy
- Panelist, AIPLA (American Intellectual Property Law Association) ADR Neutral Registry
- Panelist, Arts Arbitration and Mediation Services, San Francisco
- Panelist, Bar Association of San Francisco, Qualified Mediator Panel and Trainer of Mediators
- Member, American Bar Association – Intellectual Property and Dispute Resolution Sections
- Member, California Bar Association – Intellectual Property, Litigation, Dispute Resolution, and

International Law sections
- Member, San Francisco Intellectual Property Association; Women's Intellectual Property Law Association
- Visiting Professor, University of California Berkeley, American University School of Law, Yerevan, Armenia; University of Paris V Faculty of Law, France; Indonesian State University at Denpasar Law Facility, Intellectual Property, Civil Law, Comparative Law, Dispute Resolution, Media Law and Legal Theory
- Member, Boards of Directors: Heart-to-Heart International Children's Medical Alliance; Track Two Center for Diplomacy; the Russian-American Center; Founding Board of the Edible Schoolyard, Berkeley, CA; Trustee: Presidio Graduate School, San Francisco, CA

## Background and Education

- Founding Partner, Creative Industry Law, San Francisco
- Coudert Brothers LLP, 2002-2004
- Hasse Molesky LLP 1987-2002
- Steinhart & Falconer LLP, 1984-1986
- Heller Ehrman, White & McAuliffe LLP, 1982-1984
- J.D., University of California, Berkeley School of Law (formerly Boalt Hall School of Law), 1982
- M.A., Jurisprudence and Social Policy, University of California, Berkeley, 1982
- B.A., *magna cum laude*, Wesleyan University, Highest Honors in Linguistics, 1977
- On parle francais

**Disclaimer**

This page is for general information purposes. JAMS makes no representations or warranties regarding its accuracy or completeness. Interested persons should conduct their own research regarding information on this website before deciding to use JAMS, including investigation and research of JAMS neutrals. See More