| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER: Cathy Greenfield | 2a. CONTACT PHONE NUMBER: (326) 246-6866 | 3. CONTACT EMAIL ADDRESS: cgreenfield@omm.com |
| 1b. ATTORNEY NAME (if different): Geoffrey H. Yost | 2b. ATTORNEY PHONE NUMBER: (415) 984-8724 | 3. ATTORNEY EMAIL ADDRESS: gyost@omm.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
O'Melveny & Myers LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067-6035

5. CASE NAME: Bayview Hunters Point Residents et al v. Tetra Tech EC, Inc. et al

6. CASE NUMBER: 3:19-cv-01417-JD

7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX)→ [X] FTR

8. THIS TRANSCRIPT ORDER IS FOR:
[ ] APPEAL    [ ] CRIMINAL    [ ] In forma pauperis (NOTE: Court order for transcripts must be attached)
[ ] NON-APPEAL    [X] CIVIL    CJA: Do not use this form; use Form CJA24.

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/8/22 | JD | MOTION | | [X] | O | O | O | O | O | O | [X] | O | O | O | O |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:
Hearing of Motion for Preliminary Approval of of Bayview Hunters Point Residents Mass Action and Class Action Settlement with Homebuilder Defendants.

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).
11. SIGNATURE: /s/ Geoffrey H. Yost
12. DATE: December 9, 2022