WILMERHALE

January 18, 2023

Honorable James Donato
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   **Hunters Point Naval Shipyard Litigation, Bayview Hunters Point Residents et al. v. Tetra Tech EC, Inc. et al.: Joint Notice of Resolution of Discovery Letter Brief re Deposition of Purported Class Representative Arieann Harrison**

Dear Judge Donato:

On January 11, 2023, the Defendants Tetra Tech EC, Inc. and Tetra Tech, Inc. (the "Tetra Tech Defendants") submitted a letter brief in the *Bayview Hunters Point Residents et al. v. Tetra Tech EC, Inc. et al.* litigation (No. 3:19-cv-01417-JD) requesting that the Court order Plaintiff and purported class representative Arieann Harrison to complete the production of documents she relied on in preparing her Plaintiff Fact Sheet and to be made available for a deposition.

On January 16, 2023, Plaintiffs' counsel provided additional documents Ms. Harrison relied on in preparing her Plaintiff Fact Sheet and also provided a mutually-agreeable date (February 22, 2023) for Ms. Harrison's deposition. On January 17, 2023, the Tetra Tech Defendants served an amended deposition notice for Ms. Harrison.

Thus, Plaintiffs have now complied with the relief requested in the Tetra Tech Defendants' January 11, 2023 letter brief and no further Court intervention is necessary at this time.

Respectfully submitted,

WILMER CUTLER PICKERING
HALE AND DORR LLP

*/s/ Christopher T. Casamassima*
CHRISTOPHER T. CASAMASSIMA
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
chris.casamassima@wilmerhale.com

DAVINA PUJARI
CHRISTOPHER A. RHEINHEIMER

WILMERHALE

Judge James Donato
January 18, 2023
Page 2
1 Front Street, Suite 3500
San Francisco, CA 94111
davina.pujari@wilmerhale.com
chris.rheinheimer@wilmerhale.com

*Attorneys for TETRA TECH, INC., TETRA TECH EC, INC., and ANDREW BOLT*

<u>*/s/ Cabral Bonner*</u>
CHARLES A. BONNER, ESQ. SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
Law Offices of Charles A. Bonner
475 Gate Five Rd, Suite 211
Sausalito, Ca 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

*Attorneys for PLAINTIFFS*

**WilmerHale**

Judge James Donato
January 18, 2023
Page 3

## SIGNATURE ATTESTATION

 Pursuant to Local Rule 5-1(h), I, Christopher T. Casamassima, as the ECF filer of this document, attest that I obtained concurrence in the filing of this document from each signatory listed above.

DATED:  January 18, 2023         */s/ Christopher T. Casamassima*
                     CHRISTOPHER T. CASAMASSIMA