WILMERHALE

May 4, 2023

Chris Casamassima

+1 213 443 5374 (t)
+1 213 443 5400 (f)
chris.casamassima@wilmerhale.com

Honorable James Donato
450 Golden Gate Avenue
San Francisco, CA 94102

Re: **Hunters Point Naval Shipyard Litigation,** *Bayview Hunters Point Residents et al. v. Tetra Tech EC, Inc., et al.*: **Defendants' Discovery Letter Brief re Plaintiffs' Missing Written Discovery Responses**

Dear Judge Donato:

      Defendants Tetra Tech EC, Inc. and Tetra Tech, Inc. ("Defendants") respectfully submit this letter brief in the *Bayview Hunters Point Residents et al. v. Tetra Tech EC, Inc. et al.* litigation (No. 3:19-cv-01417-JD), requesting that the Court order the 20 Plaintiffs named below to respond to Defendants' interrogatories and requests for production, which have been outstanding for five months, since December 7, 2022. Plaintiffs' continued failure to provide any responses to these discovery requests violates Federal Rules of Civil Procedure 33 and 34. The undersigned counsel certifies that, in addition to written correspondence, Defendants met and conferred with Plaintiffs' counsel, the Bonner Firm, about these issues by telephone.

      On December 7, 2022, Defendants served 2 Interrogatories and 7 Requests for Production ("RFPs") to 220 Plaintiffs, or approximately 2% of the 9,517 purportedly named Plaintiffs in this litigation. The Interrogatories and RFPs were targeted, narrow, and highly relevant to the claims and defenses in this case. The 220 Plaintiffs represented a core cohort of Plaintiffs who had represented that they: (1) lived, worked, or went to school near the Hunters Point Naval Shipyard ("HPNS"); (2) experienced symptoms purportedly related to exposure to toxic substances from HPNS; <u>and</u> (3) have been diagnosed with an injury related to such exposure.

      Accordingly, the Interrogatories and RFPs sought information on topics like the basis for these Plaintiffs' beliefs that their claimed symptoms and diagnoses are related to HPNS. *See* Exhibit 1 (sample RFPs) and Exhibit 2 (sample December 2022 Interrogatories).[1]

      Under Federal Rules 33 and 34, Plaintiffs were required to respond to the Interrogatories and RFPs by January 6, 2023. However, in recognition of the number of Plaintiffs served with Interrogatories and RFPs, Defendants agreed to an extended response schedule: Plaintiffs' counsel would produce 10 Plaintiffs' responses on January 17, 2023; 50 Plaintiffs' responses on

---

[1] Each of the 20 Plaintiffs named below received identical Interrogatories and RFPs.

Wilmer Cutler Pickering Hale and Dorr LLP, 350 South Grand Avenue, Suite 2400, Los Angeles, CA 90071

Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   San Francisco   Washington

**WILMERHALE**

Honorable James Donato
May 4, 2023
Page 2

January 31, 2023; 100 Plaintiffs' responses on February 14, 2023; and the remaining responses on March 1, 2023.

By March 1, 2023, the 17 Plaintiffs below had failed to respond to any Interrogatory or RFP:

1. Sharon Conner
2. Connor Jones
3. Danita Ferguson
4. Lynetta Johnson
5. Rosela Johnson
6. Davon Marshall
7. Marilyn French-Speller
8. Terrence Hunt
9. Benjamin Criswell
10. Erickea Bibbs
11. Kirstin Austin
12. Jovan Edwards
13. Harold Williams
14. Charlene Major
15. Natalie Peang
16. Rahsaan Winchester
17. Bertha Hall

Additionally, the following 3 Plaintiffs provided only <u>blank responses</u> to their Interrogatories:

18. Jonathan Nalls
19. David Allen
20. Lovell Johnson

Defendants notified Plaintiffs of these deficiencies by e-mail on March 10 and 28, 2023. Plaintiffs' counsel responded by e-mail that they would "look into" and "refocus" on resolving this "missing discovery," but failed to do so. Defendants and Plaintiffs met and conferred by telephone on March 31, 2023, and Plaintiffs' counsel stated that he would provide more information later that day on these missing responses, but he never did so.

As of the date of this Letter Brief, none of the 20 Plaintiffs above have addressed these issues. Defendants thus respectfully request the Court to order these 20 Plaintiffs to respond to the Interrogatories and RFPs (including verifications of the responses to Interrogatories) within two weeks of this Court's order.

WILMERHALE

Honorable James Donato
May 4, 2023
Page 3

Respectfully submitted,


WILMER CUTLER PICKERING
HALE AND DORR LLP

*/s/ Christopher T. Casamassima*
CHRISTOPHER T. CASAMASSIMA
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
chris.casamassima@wilmerhale.com

DAVINA PUJARI
CHRISTOPHER A. RHEINHEIMER
1 Front Street, Suite 3500
San Francisco, CA 94111
davina.pujari@wilmerhale.com
chris.rheinheimer@wilmerhale.com

*Attorneys for TETRA TECH, INC., TETRA TECH EC, INC., and ANDREW BOLT*