# Exhibit 2

WILMER CUTLER PICKERING
   HALE AND DORR LLP
DAVINA PUJARI (SBN 183407)
Davina.Pujari@wilmerhale.com
CHRISTOPHER A. RHEINHEIMER (SBN 253890)
Chris.Rheinheimer@wilmerhale.com
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone:  (628) 235-1000
Facsimile:  (628) 235-1001

WILMER CUTLER PICKERING
   HALE AND DORR LLP
CHRISTOPHER T. CASAMASSIMA (SBN 211280)
Chris.Casamassima@wilmerhale.com
GEMMA BATEMAN (SBN 329471)
Gemma.Bateman@wilmerhale.com
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

Attorneys for Defendants
TETRA TECH EC, INC. and TETRA TECH, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BAYVIEW HUNTERS POINT RESIDENTS, *et al.*<br><br>            Plaintiffs,<br><br>   vs.<br><br>TETRA TECH EC, INC., *et al.*<br><br>            Defendants. | Case No. 3:19-cv-01417-JD<br><br>Related To:  Case No. 3:18-cv-05330-JD and<br>                     Case No. 3:19-cv-07510-JD<br><br>Assigned to Hon. James Donato Courtroom 11<br><br>**DEFENDANTS TETRA TECH EC, INC. AND TETRA TECH, INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF SHARON CONNER** |

PROPOUNDING PARTY:        Defendants Tetra Tech EC, Inc. and Tetra Tech, Inc.

RESPONDING PARTY:          Plaintiff SHARON CONNER

SET NO.:                                  One

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendants Tetra Tech EC, Inc. and Tetra Tech, Inc., by its undersigned counsel, hereby request that the Plaintiff answer the following interrogatories ("Interrogatories"), in writing and under oath, by January 9, 2023.

To the extent that any of these Interrogatories may at any time be supplemented, changed, or otherwise affected by information acquired by the Plaintiff, subsequent to the service of its answers, Defendants direct the Plaintiff to promptly serve supplemental answers reflecting such changes pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

## **DEFINITIONS**

The words and phrases used in these Interrogatories shall have the meanings ascribed to them under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of California. In addition, the following terms shall have the meanings set forth below whenever used in any Interrogatory:

A.  "HPNS" means any portion of the former Hunters Point Naval Shipyard in San Francisco, California, including but not limited to current and former parcels thereof, and the Bayview Hunters Point Community, as referred to in Paragraphs 14, 15, and 16 of the Fifth Amended Complaint filed April 30, 2021 in this litigation, *Bayview Hunters Point Residents, et al. v. Tetra Tech EC, Inc., et al.*, No. 3:19-cv-01417 (ECF No. 114) (N.D. Cal.).

B.  "PLAINTIFF," "YOU" and "YOUR" means the Responding Party to these Interrogatories, and any and all present or former employees and agents, including attorneys, investigators, representatives, or other PERSONS acting on behalf of the Responding Party.

C.  "PFS1" means Plaintiff Fact Sheet No. 1 attached as Exhibit 1 to Stipulation Regarding Plaintiff Fact Sheet No. 1 (ECF No. 150) filed September 9, 2021 in this litigation.

D.  "SYMPTOMS" has the same meaning in these Interrogatories as in PFS1.

E.  "DIAGNOSES" has the same meaning in these Interrogatories as in PFS1.

-1-

**INSTRUCTIONS**

A. Answer each Interrogatory separately and fully in writing under oath.

B. If YOU contend that any Interrogatory is objectionable in whole or in part, please state with particularity each objection, the basis for it, and the categories of information to which the objection applies, and respond to the Interrogatory insofar as it is not deemed objectionable.

C. If YOU find the meaning of any term in these Interrogatories unclear, YOU shall assume a reasonable meaning, state what the assumed meaning is, and respond to the Interrogatory according to the assumed meaning.

D. The following Interrogatories shall be deemed continuing so as to require supplementation in the event that YOU obtain additional knowledge or information responsive to the Interrogatories.

**INTERROGATORIES**

**INTERROGATORY NO. 1:**

For all SYMPTOMS YOU identified in response to PFS1 Question 8.a, describe all facts upon which YOU base your contention that the SYMPTOMS were caused by or can be attributed to YOUR exposure to toxic substances at or from HPNS.

**INTERROGATORY NO. 2:**

For all DIAGNOSES YOU identified in response to PFS1 Question 9.a, describe all facts upon which YOU base your contention that the DIAGNOSES were caused by or can be attributed to YOUR exposure to toxic substances at or from HPNS.

| | | |
|---|---|---|
| Dated: December 2, 2022 | | WILMER CUTLER PICKERING HALE AND DORR LLP |

By:  /s/*Christopher A. Rheinheimer*
DAVINA PUJARI
CHRISTOPHER T. CASAMASSIMA
CHRISTOPHER A. RHEINHEIMER
GEMMA BATEMAN

*Attorneys for Defendants* Tetra Tech, Inc. and Tetra Tech EC, Inc

-3-