WILMER CUTLER PICKERING
  HALE AND DORR LLP
DAVINA PUJARI, SBN 183407
davina.pujari@wilmerhale.com
CHRISTOPHER A. RHEINHEIMER, SBN 253890
chris.rheinheimer@wilmerhale.com
1 Front Street, Suite 3500
San Francisco, California 94111
Telephone:     (628) 235-1002
Facsimile:     (628) 235-1001

CHRISTOPHER T. CASAMASSIMA, SBN 211280
chris.casamassima@wilmerhale.com
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone:     (213) 443-5300
Facsimile:     (213) 443-5400

MICHAEL J. BROWN, Admitted *Pro Hac Vice*
mike.brown@wilmerhale.com
60 State Street, Boston MA 02109
Telephone:     (617) 526-6310
Facsimile:     (617) 526-5000

Attorneys for Defendants
TETRA TECH, INC., TETRA TECH EC, INC.,
and ANDREW BOLT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE CARPENTER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TETRA TECH EC, INC., et al.,<br><br>Defendants. | Case Nos.   3:19-cv-01417-JD<br>                     3:19-cv-07510-JD<br>                     3:18-cv-05330-JD<br><br>Assigned to Hon. James Donato<br>Courtroom 11<br><br>**DECLARATION OF MICHAEL J. BROWN IN SUPPORT OF DEFENDANTS TETRA TECH EC, INC., TETRA TECH, INC., AND ANDREW BOLT'S MOTION FOR PARTIAL SUMMARY JUDGMENT (NUISANCE CAUSES OF ACTION)**<br><br>Date: November 16, 2023<br>Time: 10:00 am<br>Courtroom: 11<br>Judge: Hon. James A. Donato |
| KEVIN ABBEY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TETRA TECH, INC., et al.,<br><br>Defendants. | |

| | |
|---|---|
| LINDA PARKER PENNINGTON, et al., <br><br>      Plaintiffs, <br><br>v. <br><br>TETRA TECH, INC., et al., <br><br>      Defendants. | |

I, Michael J. Brown, declare as follows:

    1.    I am an attorney at law duly licensed to practice before the courts of the State of Massachusetts and have been admitted to practice before this Court pro hac vice. I am an attorney at Wilmer Cutler Pickering Hale and Dorr LLP, attorneys of record for Defendants Tetra Tech, Inc., Tetra Tech EC, Inc., and Andrew Bolt ("Tetra Tech Defendants"). I have personal knowledge of the facts set forth herein and if called as a witness, could competently testify to the matters set forth herein.

    2.    I make this Declaration in support of the Tetra Tech Defendants' Motion for Partial Summary Judgment (Nuisance Causes of Action).

    3.    Attached as **Exhibit A** are excerpts of a true and correct copy of the document titled "Historical Radiological Assessment," produced in this litigation by the United States on June 9, 2023 and bearing a beginning Bates number of US_NAVY-012744862.

    4.    Attached as **Exhibit B** are excerpts of a true and correct copy of the document titled "Hazardous Ranking System Package Naval Station, Treasure Island Hunters Point Annex San Francisco, California," produced in this litigation by the United States on August 13, 2021, and bearing a beginning Bates number of US_NAVY-000063952.

    5.    Attached as **Exhibit C** are excerpts of a true and correct copy of the document titled "Draft Final Parcel A Remedial Investigation," produced in this litigation by the United States on June 2, 2023, and bearing a beginning Bates number of US_NAVY-006921060.

    6.    Attached as **Exhibit D** is a true and correct copy of Kay, Jane, *Shipyard guilty of dumping toxic waste*, SAN FRANCISCO EXAMINER (Aug. 4, 1992).

7. Attached as **Exhibit E** is a true and correct copy of the slipsheet and native image for a Hunters Point Parcel Map produced in this litigation by the United States on July 13, 2023, and bearing a beginning Bates number of US_NavyNg-000802778.

8. Attached as **Exhibit F** are excerpts of a true and correct copy of the document titled "PARCEL B DRAFT FINAL REMEDIAL INVESTIGATION REPORT, ENGINEERING FIELD ACTIVITY, WEST, NAVAL FACILITIES ENGINEERING COMMAND, HUNTERS POINT SHIPYARD, SAN FRANCISCO, CALIFORNIA" produced in this litigation by the United States on July 13, 2023 and bearing a beginning Bates number of US_NavyNg-000717219.

9. Attached as **Exhibit G** are excerpts of a true and correct copy of the document titled "DRAFT FINAL PARCEL C REMEDIAL INVESTIGATION REPORT, VOLUME 1 OF 15 – MAIN TEXT THROUGH SECTION 4.2.8.5" produced in this litigation by the United States on June 2, 2023 and bearing a beginning Bates number of US_NAVY-007023777.

10. Attached as **Exhibit H** are excerpts of a true and correct copy of the document titled "PARCEL D REMEDIAL INVESTIGATION DRAFT FINAL REPORT" produced in this litigation by the United States on June 2, 2023 and bearing a beginning Bates number of US_NAVY_02-001197409.

11. Attached as **Exhibit I** are excerpts of a true and correct copy of the document titled "Parcel E Remedial Investigation Draft Final Report" produced in this litigation by the United States on June 2, 2023 and bearing a beginning Bates number of US_NAVY_02-001310015.

12. Attached as **Exhibit J** are excerpts of a true and correct copy of the document titled "AWARD/CONTRACT" for Contract No. N44255-01-D-2000 produced in this litigation by the United States on August 13, 2021 and bearing a beginning Bates number of NAVY-001-000035687.

13. Attached as **Exhibit K** are excerpts of a true and correct copy of the document titled "DRAFT FINAL PARCEL C REMEDIAL INVESTIGATION REPORT, VOLUME 3 OF 15 – SECTIONS 4.8 THROUGH 5.7" produced in this litigation by the United States on June 2, 2023 and bearing a beginning Bates number of US_NAVY-007024792.

14. Attached as **Exhibit L** are excerpts of a true and correct copy of the document titled "FEDERAL FACILITY AGREEMENT HUNTERS POINT SHIPYARD" produced in this litigation by the Tetra Tech Defendants on June 2, 2023 and bearing a beginning Bates number of TT_03952268.

15. Attached as **Exhibit M** are excerpts of a true and correct copy of the document titled "FINAL BASEWIDE DUST CONTROL PLAN REVISION 1" produced in this litigation by the United States on June 9, 2023 and bearing a beginning Bates number of EPA_02-000209182.

16. Attached as **Exhibit N** is a true and correct copy of the document titled "2023 Annual Update of Cleanup Achievements for Hunters Point Naval Shipyard," dated May 31, 2023, and available at https://www.navy.mil/DesktopModules/ArticleCS/Print.aspx?PortalId=1&ModuleId=523&Article=3412609 (last accessed August 31, 2023).

17. Attached as **Exhibit O** are excerpts of a true and correct copy of a compilation of contract documents for Contract No. N44255-01-D-200, produced in this litigation by the Tetra Tech Defendants on July 15, 2022 and bearing a beginning Bates number of TT_00155655.

18. Attached as **Exhibit P** are excerpts of a true and correct copy of a compilation of contract documents for Contract No. N62473-08-D-8823, produced in this litigation by the Tetra Tech Defendants on July 15, 2022 and bearing a beginning Bates number of TT_00156152.

19. Attached as **Exhibit Q** are excerpts of a true and correct copy of a compilation of contract documents for Contract No. N62473-07-D-3211, produced in this litigation by the Tetra Tech Defendants on July 15, 2022 and bearing a beginning Bates number of TT_00157847.

20. Attached as **Exhibit R** are excerpts of a true and correct copy of a compilation of contract documents for Contract No. N62473-12-D-2006, produced in this litigation by the Tetra Tech Defendants on July 15, 2022 and bearing a beginning Bates number of TT_00159614.

21. Attached as **Exhibit S** are excerpts of a true and correct copy of a compilation of contract documents for Contract No. N62473-10-D-0809, produced in this litigation by the Tetra Tech Defendants on July 15, 2022 and bearing a beginning Bates number of TT_00160873.

22. Attached as **Exhibit T** are excerpts of a true and correct copy of a compilation of contract documents for Contract No. N62473-12-D-4808, produced in this litigation by the Tetra Tech Defendants on July 15, 2022 and bearing a beginning Bates number of TT_00163202.

23. Attached as **Exhibit U** are excerpts of a true and correct copy of a compilation of contract documents for Contract No. N62473-06-D-2201, produced in this litigation by the Tetra Tech Defendants on July 15, 2022 and bearing a beginning Bates number of TT_00164304.

24. Attached as **Exhibit V** are excerpts of a true and correct copy of a compilation of contract documents for Contract No. N687711-98-5713, produced in this litigation by the Tetra Tech Defendants on July 15, 2022 and bearing a beginning Bates number of TT_00165949.

25. Attached as **Exhibit W** are excerpts of a true and correct copy of a document titled "Parcel A of the Former Hunters Point Naval Shipyard ('Shipyard')" produced in this litigation by the California Department of Public Health pursuant to a California Public Records Act Request on August 17, 2021 and bearing a beginning Bates number of PRA-CDPH_00012421.

26. Attached as **Exhibit X** are excerpts of a true and correct copy of a document titled "Environmental Cleanup Complete (January 2021)" produced in this litigation by the United States on June 9, 2023 and bearing a beginning Bates number of US_NAVY-013602869.

27. Attached as **Exhibit Y** are excerpts of a true and correct copy of the deposition taken of Linda Parker Pennington in this matter on December 6, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 1, 2023 in Boston, Massachusetts.

                                                  */s/ Michael J. Brown*
                                                  Michael J. Brown

**Civil Local Rule 5-1(i)(3) Attestation**

Pursuant to Local Rule 5-1(i)(3), I, Christopher T. Casamassima, the ECF filer of this document, hereby attest that I obtained concurrence in the filing of this document from each of the other signatories.

Date: September 1, 2023

By: */s/ Christopher T. Casamassima*
Christopher T. Casamassima