# EXHIBIT I

# Parcel E
# Remedial Investigation
# Draft Final Report



# Hunters Point Shipyard
# San Francisco, California



Department of the Navy • Engineering Field Activity West

CONFIDENTIAL

US_NAVY_02-001310015

**COMPREHENSIVE LONG-TERM ENVIRONMENTAL ACTION NAVY (CLEAN II)**
**Northern and Central California, Nevada, and Utah**
**Contract No. N62474-94-D-7609**
**Contract Task Order No. 005**


**Prepared for**

**U.S. DEPARTMENT OF THE NAVY**
**Naval Facilities Engineering Command**
**Engineering Field Activity West**
**San Bruno, California**


**PARCEL E REMEDIAL INVESTIGATION**
**DRAFT FINAL REPORT**
**HUNTERS POINT SHIPYARD**
**SAN FRANCISCO, CALIFORNIA**


**October 27, 1997**


Prepared by
TETRA TECH EM INC.
135 Main Street, Suite 1800
San Francisco, CA  94105
415/543-4880

and

URIBE & ASSOCIATES
2930 Lakeshore Avenue, Suite 200
Oakland, CA  94610-3614
510/832-2233

LEVINE-FRICKE-RECON
1900 Powell Street, 12th floor
Emeryville, CA  94608
510/652-4500

_____

James M. Sickles, PRC Project Manager


  US_NAVY_02-001310016

# CONTENTS

**Chapter**                                                                                                            **Page**

ABBREVIATIONS, ACRONYMS, AND SYMBOLS ......................................................................... xxxv

EXECUTIVE SUMMARY ................................................................................................................... ES-1

1.0    INTRODUCTION ................................................................................................................... 1-1

    1.1    REMEDIAL INVESTIGATION OBJECTIVES ........................................................... 1-1

    1.2    REMEDIAL INVESTIGATION REPORT SCHEDULE, LIMITATIONS,
        AND ORGANIZATION ............................................................................................... 1-2

        1.2.1    Remedial Investigation Report Schedule ...................................................... 1-2

        1.2.2    Remedial Investigation Report Limitations ................................................... 1-3

        1.2.3    Remedial Investigation Report Organization ................................................ 1-4

    1.3    FACILITY SETTING AND BACKGROUND ............................................................. 1-6

        1.3.1    HPS Surrounding Area .................................................................................. 1-6

        1.3.2    HPS History ................................................................................................... 1-6

        1.3.3    HPS Installation Restoration Program ......................................................... 1-10

        1.3.4    HPS Investigation Site Nomenclature ......................................................... 1-11

2.0    PREVIOUS INVESTIGATIONS, REMOVAL ACTIONS, AND ONGOING ACTIVITIES .... 2-1

    2.1    FACILITY-WIDE INVESTIGATIONS ....................................................................... 2-1

        2.1.1    Initial Assessment Study ............................................................................... 2-1

        2.1.2    Confirmation Study ....................................................................................... 2-2

        2.1.3    Triple A Investigation and Remedial Action Order ...................................... 2-3

        2.1.4    Site Grouping and Operable Units ................................................................ 2-4

        2.1.5    Preliminary Assessments .............................................................................. 2-5

        2.1.6    Federal Facility Agreement and Parcel Designation .................................... 2-6

        2.1.7    Site Inspections ............................................................................................. 2-6

        2.1.8    Site Assessments ........................................................................................... 2-7

        2.1.9    Formerly Used Defense Sites ........................................................................ 2-7

        2.1.10   Parcel E Investigation History ...................................................................... 2-7

        2.1.11   Other Facility-Wide Investigations .............................................................. 2-8

    2.2    FOCUSED INVESTIGATIONS ................................................................................. 2-9

        2.2.1    Evaluation of Ambient Soil and Groundwater Conditions ........................... 2-9

        2.2.2    Hydrogeological Characterization ................................................................. 2-9

        2.2.3    Quarterly Groundwater Monitoring ............................................................ 2-10

        2.2.4    Tidal Influence Monitoring and Estimate of Annual Mass Loading for
                Metals .......................................................................................................... 2-11

        2.2.5    Air Monitoring ............................................................................................ 2-12

        2.2.6    Radiation Investigations .............................................................................. 2-13

        2.2.7    Ecological Risk Assessment ........................................................................ 2-13

CONFIDENTIAL                                                                        US_NAVY_02-001310017

**CONTENTS (Continued)**

**Chapter**                                                                                            **Page**

2.3    REMOVAL ACTIONS ................................................................................2-13
       2.3.1    Sandblast Waste Fixation .........................................................2-14
       2.3.2    Tank S-505 and Underground and Aboveground Storage Tanks .................2-14
       2.3.3    PCB Transformer Removal Action ...............................................2-15
       2.3.4    Exploratory Excavation Removal Actions ......................................2-15
       2.3.5    Storm Drain System Sediment Removal .........................................2-16
       2.3.6    IR-01/21 Industrial Landfill Groundwater Plume ..............................2-16
       2.3.7    IR-03 Waste Oil Reclamation Ponds............................................2-17
       2.3.8    IR-03 Floating Product Removal...............................................2-17

2.4    ONGOING ACTIVITIES.............................................................................2-17
       2.4.1    Facility Maintenance Activities...............................................2-17
       2.4.2    Transformer Survey Activities ................................................2-18
       2.4.3    Storm Drain System Inspection Activities .....................................2-19
       2.4.4    Asbestos and Lead Abatement Activities .......................................2-19

3.0    FACILITY AND PARCEL E CHARACTERISTICS.............................................3-1

3.1    HPS DESCRIPTION ................................................................................3-1
       3.1.1    HPS Land Use ...................................................................3-1
       3.1.2    HPS Utilities...................................................................3-1

3.2    PARCEL E DESCRIPTION .........................................................................3-2
       3.2.1    Parcel E Land Use ..............................................................3-2
       3.2.2    Parcel E Historic Areas ........................................................3-3

3.3    CLIMATE...........................................................................................3-3

3.4    TOPOGRAPHY AND SURFACE WATER DRAINAGE ...........................................3-3

3.5    ECOLOGY ..........................................................................................3-4

3.6    SOILS ..............................................................................................3-9

3.7    GEOLOGY ..........................................................................................3-9
       3.7.1    Regional Geology of the San Francisco Bay Area...............................3-10
       3.7.2    Hunters Point Shipyard Geology...............................................3-14
       3.7.3    Parcel E Geology..............................................................3-18

3.8    HYDROGEOLOGY .................................................................................3-20
       3.8.1    Regional Hydrogeology .......................................................3-20
       3.8.2    HPS Hydrogeology ...........................................................3-23
       3.8.3    Parcel E Hydrogeology .......................................................3-25

3.9    GROUNDWATER USE AND POTENTIAL DEVELOPMENT.................................3-32

3.10   CONCEPTUAL SITE MODEL .....................................................................3-32
       3.10.1   Potential Sources of Contamination ...........................................3-33

CONFIDENTIAL                                    US_NAVY_02-001310018

## CONTENTS (Continued)

| Chapter | | | | Page |
|---|---|---|---|---|
| | | 3.10.2 | Potentially Affected Media and Migration Pathways | 3-33 |
| | | 3.10.3 | Contaminant Exposure Points and Receptors | 3-34 |
| 4.0 | | PARCEL E REMEDIAL INVESTIGATION | | 4-1 |
| | 4.1 | PARCEL-WIDE ASSESSMENT OF CONSTITUENTS IN SOIL AND GROUNDWATER AND BENEFICIAL USES OF GROUNDWATER | | 4-17 |
| | | 4.1.1 | Spatial Distribution of Metals in Soil | 4-19 |
| | | 4.1.2 | Spatial Distribution of Organic Constituents in Soil | 4-43 |
| | | 4.1.3 | Spatial Distribution of Total Petroleum Hydrocarbons in Soil | 4-47 |
| | | 4.1.4 | Spatial Distribution of Metals in Groundwater | 4-53 |
| | | 4.1.5 | Spatial Distribution of Organic Constituents in Groundwater | 4-59 |
| | | 4.1.6 | Spatial Distribution of Petroleum Hydrocarbons in Groundwater | 4-60 |
| | | 4.1.7 | Correlation of Total Petroleum Hydrocarbons and Aroclor-1260 | 4-63 |
| | | 4.1.8 | Parcel-Wide Human Health Risk Assessment | 4-65 |
| | | 4.1.9 | Parcel-Wide Ecological Risk Assessment | 4-66 |
| | | 4.1.10 | Parcel-Wide Assessment of Beneficial Use of Groundwater | 4-68 |
| | 4.2 | IR-01/21:  INDUSTRIAL LANDFILL (TRIPLE A SITES 1 AND 16) | | 4-75 |
| | | 4.2.1 | Field Investigations | 4-77 |
| | | 4.2.2 | Geology and Hydrogeology | 4-91 |
| | | 4.2.3 | RI Analytical Results | 4-97 |
| | | 4.2.4 | Nature and Extent of Contaminants | 4-113 |
| | | 4.2.5 | Contaminant Fate and Transport | 4-147 |
| | | 4.2.6 | Risk Assessments | 4-152 |
| | | 4.2.7 | Conclusions and Recommendations | 4-167 |
| | 4.3 | IR-02 NORTHWEST:  BAY FILL AREA (TRIPLE A SITES 2 AND 14) | | 4-184 |
| | | 4.3.1 | Field Investigations | 4-186 |
| | | 4.3.2 | Geology and Hydrogeology | 4-196 |
| | | 4.3.3 | RI Analytical Results | 4-200 |
| | | 4.3.4 | Nature and Extent of Contaminants | 4-208 |
| | | 4.3.5 | Contaminant Fate and Transport | 4-231 |
| | | 4.3.6 | Risk Assessment | 4-236 |
| | | 4.3.7 | Conclusions and Recommendations | 4-252 |
| | 4.4 | IR-02 CENTRAL:  BAY FILL AREA (TRIPLE A SITES 18 AND 19) | | 4-263 |
| | | 4.4.1 | Field Investigations | 4-265 |
| | | 4.4.2 | Geology and Hydrogeology | 4-276 |
| | | 4.4.3 | RI Analytical Results | 4-280 |
| | | 4.4.4 | Nature and Extent of Contaminants | 4-289 |
| | | 4.4.5 | Contaminant Fate and Transport | 4-309 |

DRAFT FINAL

CONFIDENTIAL                                    US_NAVY_02-001310019

## CONTENTS (Continued)

| **Chapter** | | | **Page** |
|---|---|---|---|

|  | 4.4.6 | Risk Assessment................................................................................4-314 |
|  | 4.4.7 | Conclusions and Recommendations....................................................4-327 |
| 4.5 | | IR-02 SOUTHEAST:  BAY FILL AREA (TRIPLE A SITE 13) AND TANK S-505................................................................................................4-337 |
|  | 4.5.1 | Field Investigations ...........................................................................4-339 |
|  | 4.5.2 | Geology and Hydrogeology ...............................................................4-348 |
|  | 4.5.3 | RI Analytical Results..........................................................................4-352 |
|  | 4.5.4 | Nature and Extent of Contaminants ...................................................4-359 |
|  | 4.5.5 | Contaminant Fate and Transport ........................................................4-380 |
|  | 4.5.6 | Risk Assessment................................................................................4-385 |
|  | 4.5.7 | Conclusions and Recommendations....................................................4-399 |
| 4.6 | | IR-03:  OIL RECLAMATION PONDS .............................................................4-408 |
|  | 4.6.1 | Field Investigations ...........................................................................4-410 |
|  | 4.6.2 | Geology and Hydrogeology ...............................................................4-420 |
|  | 4.6.3 | RI Analytical Results..........................................................................4-424 |
|  | 4.6.4 | Nature and Extent of Contaminants ...................................................4-441 |
|  | 4.6.5 | Contaminant Fate and Transport ........................................................4-464 |
|  | 4.6.6 | Risk Assessment................................................................................4-469 |
|  | 4.6.7 | Conclusions and Recommendations....................................................4-481 |
| 4.7 | | IR-04:  SCRAP YARD .....................................................................................4-492 |
|  | 4.7.1 | Field Investigations ...........................................................................4-493 |
|  | 4.7.2 | Geology and Hydrogeology ...............................................................4-501 |
|  | 4.7.3 | RI Analytical Results..........................................................................4-505 |
|  | 4.7.4 | Nature and Extent of Contaminants ...................................................4-516 |
|  | 4.7.5 | Contaminant Fate and Transport ........................................................4-532 |
|  | 4.7.6 | Risk Assessments...............................................................................4-537 |
|  | 4.7.7 | Conclusions and Recommendations....................................................4-548 |
| 4.8 | | IR-05:  OLD TRANSFORMER STORAGE SITE...........................................4-558 |
|  | 4.8.1 | Field Investigations ...........................................................................4-558 |
|  | 4.8.2 | Geology and Hydrogeology ...............................................................4-563 |
|  | 4.8.3 | RI Analytical Results..........................................................................4-568 |
|  | 4.8.4 | Nature and Extent of Contaminants ...................................................4-574 |
|  | 4.8.5 | Contaminant Fate and Transport ........................................................4-588 |
|  | 4.8.6 | Risk Assessment................................................................................4-593 |
|  | 4.8.7 | Conclusions and Recommendations....................................................4-603 |
| 4.9 | | IR-11/14/15:  OILY WASTE PONDS, OILY LIQUID WASTE DISPOSAL AREA, INCINERATION TANK (TRIPLE A SITES 6, 7, 12 AND 13), AND BUILDING 521 (POWER PLANT)....................................................................4-611 |
|  | 4.9.1 | Field Investigations ...........................................................................4-615 |

CONFIDENTIAL

## CONTENTS (Continued)

<u>Chapter</u>                                                                                                    <u>Page</u>

4.9.2     Geology and Hydrogeolgy ................................................................. 4-626
4.9.3     RI Analytical Results ....................................................................... 4-631
4.9.4     Nature and Extent of Contaminants ................................................ 4-645
4.9.5     Contaminant Fate and Transport ..................................................... 4-667
4.9.6     Risk Assessment .............................................................................. 4-672
4.9.7     Conclusions and Recommendations ................................................ 4-686

4.10   IR-12:  DISPOSAL TRENCH AND SALVAGE YARD (TRIPLE A SITES 3 AND 4) .................................................................................................... 4-696
4.10.1   Field Investigations ......................................................................... 4-697
4.10.2   Geology and Hydrogeology ............................................................ 4-703
4.10.3   RI Analytical Results ....................................................................... 4-707
4.10.4   Nature and Extent of Contaminants ................................................ 4-719
4.10.5   Contaminant Fate and Transport ..................................................... 4-734
4.10.6   Risk Assessment .............................................................................. 4-739
4.10.7   Conclusions and Recommendations ................................................ 4-749

4.11   IR-13:  THE OLD COMMISSARY (TRIPLE A SITES 5 AND 15) ......................... 4-757
4.11.1   Field Investigations ......................................................................... 4-758
4.11.2   Geology and Hydrogeology ............................................................ 4-764
4.11.3   RI Analytical Results ....................................................................... 4-768
4.11.4   Nature and Extent of Contaminants ................................................ 4-780
4.11.5   Contaminant Fate and Transport ..................................................... 4-797
4.11.6   Risk Assessment .............................................................................. 4-802
4.11.7   Conclusions and Recommendations ................................................ 4-810

4.12   IR-38:  FORMER NRDL BUILDINGS 507 (BIOLOGICAL LABORATORY) AND 508 (HEALTH PHYSICS OFFICE) AND PCB SPILL AREA ....................... 4-818
4.12.1   Field Investigations ......................................................................... 4-820
4.12.2   Geology and Hydrogeology ............................................................ 4-826
4.12.3   RI Analytical Results ....................................................................... 4-829
4.12.4   Nature and Extent of Contaminants ................................................ 4-833
4.12.5   Contaminant Fate and Transport ..................................................... 4-840
4.12.6   Risk Assessment .............................................................................. 4-843
4.12.7   Conclusions and Recommendations ................................................ 4-852

4.13   IR-39: BUILDINGS 707 AND 708 .................................................................. 4-858
4.13.1   Field Investigations ......................................................................... 4-860
4.13.2   Geology and Hydrogeology ............................................................ 4-864
4.13.3   RI Analytical Results ....................................................................... 4-868
4.13.4   Nature and Extent of Contaminants ................................................ 4-873
4.13.5   Contaminant Fate and Transport ..................................................... 4-881

CONFIDENTIAL              US_NAVY_02-001310021

## CONTENTS (Continued)

**Chapter**                                                                                          **Page**

4.13.6  Risk Assessment ........................................................................................... 4-885
4.13.7  Conclusions and Recommendations ............................................................. 4-893

4.14  IR-40:  BUILDING 527 (ELECTRICAL SUBSTATION) AND PIER 2 .................. 4-900

4.14.1  Field Investigation ...................................................................................... 4-900
4.14.2  Geology and Hydrogeology ........................................................................ 4-902
4.14.3  RI Analytical Results .................................................................................. 4-902
4.14.4  Nature and Extent of Contaminants ........................................................... 4-902
4.14.5  Contaminant Fate and Transport ................................................................ 4-902
4.14.6  Risk Assessment ......................................................................................... 4-902
4.14.7  Conclusions and Recommendations ............................................................. 4-903

4.15  IR-45:  STEAM LINE SYSTEM ............................................................................. 4-905

4.15.1  Field Investigations .................................................................................... 4-905
4.15.2  Geology and Hydrogeology ........................................................................ 4-908
4.15.3  RI Analytical Results .................................................................................. 4-908
4.15.4  Nature and Extent of Contaminants ........................................................... 4-913
4.15.5  Contaminant Fate and Transport ................................................................ 4-914
4.15.6  Risk Assessment ......................................................................................... 4-915
4.15.7  Conclusions and Recommendations ............................................................. 4-916

4.16  IR-47 FUEL DISTRIBUTION LINES - TANK S-505 ............................................ 4-920

4.16.1  Field Investigations .................................................................................... 4-921
4.16.2  Geology and Hydrogeology ........................................................................ 4-922
4.16.3  RI Analytical Results .................................................................................. 4-923
4.16.4  Nature and Extent of Contaminants ........................................................... 4-925
4.16.5  Contaminant Fate and Transport ................................................................ 4-927
4.16.6  Risk Assessment ......................................................................................... 4-929
4.16.7  Conclusions and Recommendations ............................................................. 4-931

4.17  IR-50:  STORM DRAIN SYSTEM .......................................................................... 4-1082

4.17.1  Field Investigations .................................................................................... 4-1085
4.17.2  Geology and Hydrogeology ........................................................................ 4-1088
4.17.3  RI Analytical Results .................................................................................. 4-1089
4.17.4  Nature and Extent of Contaminants ........................................................... 4-1093
4.17.5  Contaminant Fate and Transport ................................................................ 4-1095
4.17.6  Risk Assessment ......................................................................................... 4-1098
4.17.7  Conclusions and Recommendations ............................................................. 4-1100

4.18  IR-50:  SANITARY SEWER SYSTEM .................................................................... 4-1082

4.18.1  Field Investigations .................................................................................... 4-1083
4.18.2  Geology and Hydrogeology ........................................................................ 4-1086
4.18.3  RI Analytical Results .................................................................................. 4-1086
4.18.4  Nature and Extent of Contaminants ........................................................... 4-1090

CONFIDENTIAL                                         US_NAVY_02-001310022

## CONTENTS (Continued)

**Chapter**                                                                                      **Page**

4.18.5   Contaminant Fate and Transport ................................................................. 4-1092
4.18.6   Risk Assessment ...................................................................................... 4-1094
4.18.7   Conclusions and Recommendations ........................................................ 4-1096

4.19   IR-51: FORMER TRANSFORMER LOCATIONS ............................................... 4-1098

4.19.1   Field Investigations ................................................................................. 4-1098
4.19.2   Conclusions and Recommendations ........................................................ 4-1103

4.20   IR-52: RAILROAD RIGHT-OF-WAY .................................................................. 4-1105

4.20.1   Field Investigations ................................................................................. 4-1106
4.20.2   Geology and Hydrogeology .................................................................... 4-1107
4.20.3   RI Analytical Results ............................................................................... 4-1108
4.20.4   Nature and Extent of Contaminants ....................................................... 4-1111
4.20.5   Contaminant Fate and Transport ............................................................ 4-1117
4.20.6   Risk Assessments .................................................................................... 4-1120
4.20.7   Conclusions and Recommendations ........................................................ 4-1124

4.21   IR-54: FORMER BUILDING 511A (WOODWORKING HOBBY SHOP) .......... 4-1129

4.21.1   RI Field Investigations ............................................................................ 4-1129
4.21.2   Geology and Hydrogeology .................................................................... 4-1131
4.21.3   RI Analytical Results ............................................................................... 4-1133
4.21.4   Nature and Extent of Contaminants ....................................................... 4-1135
4.21.5   Contaminant Fate and Transport ............................................................ 4-1137
4.21.6   Risk Assessments .................................................................................... 4-1139
4.21.7   Conclusions and Recommendations ........................................................ 4-1144

4.22   IR-56: AREA VII, RAILROAD TRACKS, AND BUILDING 809 ...................... 4-1148

4.22.1   Field Investigations ................................................................................. 4-1149
4.22.2   Geology and Hydrogeology .................................................................... 4-1156
4.22.3   RI Analytical Results ............................................................................... 4-1160
4.22.4   Nature and Extent of Contaminants ....................................................... 4-1165
4.22.5   Contaminant Fate and Transport ............................................................ 4-1177
4.22.6   Risk Assessment ...................................................................................... 4-1181
4.22.7   Conclusions and Recommendations ........................................................ 4-1188

4.23   IR-72: BUILDINGS 810 AND 811, TANKS S-801 AND S-802, AND
       SURROUNDING AREA ......................................................................................... 4-1196

4.23.1   Field Investigations ................................................................................. 4-1198
4.23.2   Geology and Hydrogeology .................................................................... 4-1205
4.23.3   RI Analytical Results ............................................................................... 4-1209
4.23.4   Nature and Extent of Contamination ...................................................... 4-1216
4.23.5   Contaminant Fate and Transport ............................................................ 4-1232
4.23.6   Risk Assessment ...................................................................................... 4-1236
4.23.7   Conclusions and Recommendations ........................................................ 4-1246

CONFIDENTIAL                                                    US_NAVY_02-001310023

## CONTENTS (Continued)

| Chapter | | | Page |
|---|---|---|---|

4.24    IR-73: ASPHALT BATCH PLANT ..........................................................................4-1254

    4.24.1    Field Investigations .......................................................................4-1255
    4.24.2    Geology and Hydrogeology ...........................................................4-1258
    4.24.3    RI Analytical Results .....................................................................4-1261
    4.24.4    Nature and Extent of Contaminants ...............................................4-1265
    4.24.5    Contaminant Fate and Transport ....................................................4-1273
    4.24.6    Risk Assessment ............................................................................4-1276
    4.24.7    Conclusions and Recommendations ...............................................4-1281

4.25    IR-74: BUILDING 815 (FORMER NRDL SITE) ...................................................4-1287

    4.25.1    RI Field Investigations ..................................................................4-1288
    4.25.2    Geology and Hydrogeology ...........................................................4-1290
    4.25.3    RI Analytical Results .....................................................................4-1291
    4.25.4    Nature and Extent of Contaminants ...............................................4-1291
    4.25.5    Fate and Transport .........................................................................4-1291
    4.25.6    Risk Assessments ..........................................................................4-1291
    4.25.7    Conclusions and Recommendations ...............................................4-1292

4.26    IR-75: BUILDING 820 (FORMER NRDL SITE) ...................................................4-1293

    4.26.1    RI Field Investigations ..................................................................4-1294
    4.26.2    Geology and Hydrogeology ...........................................................4-1296
    4.26.3    RI Analytical Results .....................................................................4-1298
    4.26.4    Nature and Extent of Contaminants ...............................................4-1301
    4.26.5    Contaminant Fate and Transport ....................................................4-1304
    4.26.6    Risk Assessments ..........................................................................4-1307
    4.26.7    Conclusions and Recommendations ...............................................4-1312

4.27    IR-76: BUILDINGS 830 AND 831 .........................................................................4-1316

    4.27.1    Field Investigations .......................................................................4-1318
    4.27.2    Geology and Hydrogeology ...........................................................4-1322
    4.27.3    RI Analytical Results .....................................................................4-1326
    4.27.4    Nature and Extent of Contaminants ...............................................4-1333
    4.27.5    Contaminant Fate and Transport ....................................................4-1350
    4.27.6    Risk Assessment ............................................................................4-1355
    4.27.7    Conclusions and Recommendations ...............................................4-1364

5.0    SUMMARIES AND RECOMMENDATIONS.............................................................5-1

5.1    IR SITE SUMMARIES ...............................................................................................5-3

    5.1.1    IR-01/21: Industrial Landfill (Triple A Sites 1 and 16) ................5-4
    5.1.2    IR-02 Northwest: Bay Fill Area (Triple A Sites 2 and 14) ............5-7
    5.1.3    IR-02 Central: Bay Fill Area (Triple A Sites 18 and 19) and Building 600...5-9
    5.1.4    IR-02 Southeast: Bay Fill Area (Triple A Site 13) and Tank S-505 ............5-11

CONFIDENTIAL

## CONTENTS (Continued)

**Chapter**                                                                                                                  **Page**

5.1.5    IR-03: Oil Reclamation Ponds (Triple A Site 17) ........................................5-14
5.1.6    IR-04: Scrap Yard (Triple A Site 3) ..........................................................5-16
5.1.7    IR-05: Old Transformer Storage Yard ........................................................5-18
5.1.8    IR-11/14/15: Oily Waste Ponds, Oily Liquid Waste Disposal Area,
         Incineration Tank (Triple A Sites 6, 7, 12, and 13), and Building 521
         (Power Plant) ..............................................................................................5-20
5.1.9    IR-12: Disposal Trench Area (Triple A Sites 3 and 4) ................................5-22
5.1.10   IR-13: Old Commissary Area (Triple A Sites 5 and 15) .............................5-24
5.1.11   IR-38: Former NRDL Buildings 507 and 508 .............................................5-25
5.1.12   IR-39: Buildings 707 (NRDL Animal Colony) and 708 (NRDL
         Biomedical Facility) and Surrounding Area ................................................5-27
5.1.13   IR-40: Pier 2 and Building 527 (Electrical Substation) ...............................5-28
5.1.14   IR-45: Steam Line System ...........................................................................5-28
5.1.15   IR-47: Fuel Distribution Line System ........................................................5-28
5.1.16   IR-50: Storm Drain System .........................................................................5-29
5.1.17   IR-50: Sanitary Sewer System .....................................................................5-29
5.1.18   IR-51: Former Transformer Locations ........................................................5-30
5.1.19   IR-52: Railroad Right-of-Way ....................................................................5-30
5.1.20   IR-54: Former Building 511A (Woodworking Hobby Shop) .....................5-31
5.1.21   IR-56: Area VII, Railroad Tracks, and Building 809 ..................................5-31
5.1.22   IR-72: Buildings 810 and 811, Tanks S-801 and S-802, and
         Surrounding Area ........................................................................................5-33
5.1.23   IR-73: Asphalt Batch Plant ..........................................................................5-35
5.1.24   IR-74: FUDS Building 815 (NRDL Main Laboratory) ...............................5-36
5.1.25   IR-75: FUDS Building 820 (NRDL Radiation Laboratory Cyclotron) .......5-36
5.1.26   IR-76: FUDS Buildings 830 and 831 (NRDL Biological Laboratory) ........5-37

5.2      AREAS OF CONCERN ............................................................................................5-39
5.2.1    Soil ...............................................................................................................5-39
5.2.2    Groundwater .................................................................................................5-41
5.2.3    Dense Nonaqueous-Phase Liquid In Groundwater at Parcel E ....................5-42
5.2.4    Radium-Containing Devices at Parcel E ......................................................5-43

5.3      PARCEL-WIDE SUMMARY ..................................................................................5-43
5.3.1    Soil ...............................................................................................................5-43
5.3.2    Groundwater .................................................................................................5-52

5.4      BOUNDARY CONDITIONS ...................................................................................5-58

5.5      SUMMARY OF CONCEPTUAL MODEL .............................................................5-69

5.6      POTENTIAL DATA GAPS .....................................................................................5-76

5.7      RECOMMENDATIONS ..........................................................................................5-78

REFERENCES ..................................................................................................................... R-1

CONFIDENTIAL                                          US_NAVY_02-001310025

## 3.0    FACILITY AND PARCEL E CHARACTERISTICS

This section describes HPS and Parcel E and discusses HPS and Parcel E climate, topography and surface water drainage, ecology, soils, geology, hydrogeology, groundwater use and potential development, and HPS generalized conceptual site model.

### 3.1    HPS DESCRIPTION

Section 1.3 describes HPS setting, surrounding area, and history.  HPS land use and utilities are discussed in the following sections.

#### 3.1.1    HPS Land Use

Historically, land use at HPS has been divided into three functional areas:  (1) the industrial production area, which consisted of the waterfront and shop facilities for the structural machinery, electrical, and HPS service groups; (2) the industrial support area, which consisted of supply and public works facilities; and (3) the nonindustrial area, which consisted of Navy personnel residential facilities, recreational areas, and a restaurant.  The industrial production area occupied the north and east portions of HPS (Parcels B and C); the industrial support area occupied the south and southwest portions of HPS (Parcels D and E); and the nonindustrial area occupied the northwest and central portions of HPS (Parcel A).  Parcels B and E also contain nonindustrial buildings.  The land surface at Parcels A, B, C, and D is mostly covered by asphalt, buildings, or other structures.  The majority of the land in Parcel E remains unpaved.

South Bayshore, where HPS is located, is a low-density demographic area.  According to the 1990 U.S. Census, the population density is approximately 8.9 persons per acre in this community.  Approximately 50 percent of the residents in South Bayshore own their own homes, and 44 percent reside in rental properties.  The amount of park land in South Bayshore is approximately 10.36 acres per 1,000 persons.

#### 3.1.2    HPS Utilities

The following utility systems serve HPS:

- Fuel lines
- Steam lines
- Sanitary sewer system
- Storm drain system

DRAFT FINAL

CONFIDENTIAL                    US_NAVY_02-001310192

- Electrical power system, including street lighting
- Fresh water system
- Saltwater systems
- Natural gas system
- Compressed air system

Figure 3.1-1 shows the fuel lines, steam lines, sanitary sewer system, and storm drain system at Parcel E. All of the utilities listed exist at Parcel E. The HPS utility systems and relevant previous investigations at HPS are presented in Appendix A.

## 3.2    PARCEL E DESCRIPTION

Parcel E consists of about 135 acres of south shoreline and lowland coast. Parcel E is bounded by San Francisco Bay and Parcels A and D. The majority of the Parcel E land surface is covered by sparsely to fully vegetated fields; the rest of the parcel is covered by asphalt, buildings, or other structures used in light industrial operations related to ship repair (HLA 1994c).

Properties located outside the HPS facility boundary but included in Parcel E are the FUDS properties and the railroad right-of-way. The FUDS are buildings or land formerly owned and used by the Navy that have been transferred to nonmilitary owners. The FUDS properties are located adjacent to Parcels A and E along Crisp Avenue and are comprised of IR-74 (Building 815), IR-75 (Building 820), and IR-76 (Buildings 830 and 831). The railroad right-of-way (IR-52) is located along the northwest edge of Parcel E between Griffith and Ingalls Streets and extends approximately 3,200 feet from Palou to Bancroft Avenues. The Navy-owned railroad right-of-way is currently used by the Golden Gate Railroad Museum for transporting trains to their restoration area in Parcel E.

Parcel E land use and historic areas are discussed in the following sections.

### 3.2.1    Parcel E Land Use

The historic and current land use of buildings on Parcel E is summarized in Table 3.2-1. The future land-use pattern selected by the San Francisco Mayor's Citizen Advisory Committee on June 2, 1994 is entitled "Education and Arts." Based on this land-use pattern, a commercial area in the northern section of Parcel E will be zoned to accommodate mixed industrial uses, including a business park and research and development industries.

DRAFT FINAL

CONFIDENTIAL                              US_NAVY_02-001310193

The southern portion of Parcel E is undeveloped open space and includes an industrial landfill containing hazardous substances. Although substantial remediation must be performed in this area prior to use, the SFPD has proposed setting aside for open space the area south of the proposed commercial area in Parcel E and bounded by the edge of San Francisco Bay. This open space may be used for recreational facilities and is considered an opportunity to connect the HPS shoreline with existing waterfront open space in this part of San Francisco. In addition, portions of the Parcel E shoreline may be developed as wetlands.

### 3.2.2      Parcel E Historic Areas

Although HPS contains prehistoric and historic resources, WWII structures of significance, and Cold War Era resources, no structures within Parcel E have been identified as qualifying for placement on the National Register of Historic Places (PRC 1996j). Buildings used by the NRDL may be of some historic interest. The NRDL evolved as a separate command under the auspices of the shipyard in September 1950 and conducted research regarding the optimal use of naval forces in a radiation environment (PRC 1996j). Several Parcel E buildings were used by the NRDL during the 1950s and 1960s (see Table 3.2-1). Except for Buildings 707 and 708 and the FUDS buildings (815, 820, 830, and 831), all of the NRDL buildings at Parcel E have been demolished.

### 3.3      CLIMATE

The climate in the HPS area is characterized by partly cloudy, cool summers with little precipitation and mostly clear, mild winters with moderate precipitation. Air monitoring conducted at HPS indicates that the prevailing wind direction is west to east towards San Francisco Bay (Brown and Caldwell 1995). The average and maximum wind speeds at HPS are approximately 15 and 30 feet per second, respectively (HLA 1992b). Normal annual rainfall in San Francisco as monitored at the San Francisco Federal Building is approximately 20 inches (National Oceanic and Atmospheric Administration [NOAA] 1982). A detailed description of the climate in the HPS area is presented in Appendix H.

### 3.4      TOPOGRAPHY AND SURFACE WATER DRAINAGE

Between 70 and 80 percent of HPS land consists of relatively level lowlands constructed by excavating portions of surrounding hills and placing nonengineered fill materials along the margin of San Francisco Bay. Rock material from the ridge was used for filling in portions of the lowlands and constructing building pads, except in the 46-acre Industrial Landfill site (IR-01/21) in Parcel E, which was filled with rock materials mixed with industrial and municipal debris and refuse (PRC 1996j). Essentially all of

CONFIDENTIAL                              US_NAVY_02-001310194

Parcel E was constructed by excavating portions of nearby hillsides and placing fill along the Bay margin. The Parcel E land area is near sea level, ranging in elevation from approximately 5 to 12 feet above mean sea level (msl). Figure 3.4-1 shows contour lines for ground surface elevations at HPS. Ground surface elevations are generally 0 to 18 feet above msl in the lowlands at Parcels B through E and 20 to 180 feet above msl at the ridge crest in Parcel A.

Surface water at HPS drains primarily in a sheet-flow pattern from either the highlands of Parcel A to the surrounding lowlands or from the lowlands themselves. Runoff is collected by the storm drain system and is discharged to San Francisco Bay through outfalls. Parcel E has three storm water discharge outlets which discharge into the Bay at the southeast corner of the site (PRC 1996j). Storm drains in Parcel E are generally above the groundwater table and may receive incoming water at outfalls to the Bay, with the exception of approximately 10 percent of the storm drain lines at HPS that are affected by significant levels of infiltration or tidal fluctuations (HLA 1994c).

No naturally occurring channelized drainage remains at HPS. Preexisting drainage channels were filled in or modified by construction over the years (PRC 1996j). A few springs and seeps have been created by the south-facing, cut-face slopes at the central portion of Parcel A, and lesser seeps are present on the northeast face of the parcel. These springs and seeps have not developed drainage channels. Runoff from these areas, if present, is captured by the storm drain system or in ponds in low-lying areas. The location and distribution of the storm drains at HPS are presented in Figure 3.1-1.

Locally, groundwater may enter the sanitary sewer system where the system is below the groundwater table. Sanitary sewer flow from HPS discharges to the CCSF sanitary sewer system for treatment at the Southeast Wastewater Pollution Control Plant (SWPCP). This plant, a publicly owned treatment works, is located 1.1 miles north of the HPS main gate at Innes Avenue. Approximately 20 percent of Parcel E is served by sanitary sewer pipes which connect into the system in Parcel D. The remaining Parcel E areas are undeveloped and do not require sanitary sewer connections.

## 3.5       ECOLOGY

The ecology of Parcel E includes terrestrial habitat, aquatic environments, and transitional wetlands. All of these ecological areas have been disturbed by human activities such as excavation, filling, and development (HLA 1991b).

On February 12 and 13, 1997, Parcel E was surveyed to assess the area of each habitat type present at each IR Site within Parcel E (SOMA Corporation [SOMA] 1997). The field survey results delineated the

DRAFT FINAL

CONFIDENTIAL                                   US_NAVY_02-001310195

following six habitats in Parcel E: industrial, ruderal, non-native annual grassland, landscaped, wetland, and intertidal. The ruderal habitat was further divided to distinguish two relatively small ruderal areas where trees were noted. In addition, two types of wetlands were observed, saline emergent wetland (salt marsh) and freshwater seasonal wetlands. Figure 3.5-1 presents these habitat areas graphically while Table 3.5-1 lists the acreage estimates for each habitat type by IR site. The acreage for each site was based on the extended ecological boundaries as shown in Figure 3.5-1. These extended boundaries slightly overestimate the industrial and ruderal habitat in Parcel E because portions of these habitats lie outside the Parcel E boundary.

The on-shore environment at Parcel E is significantly less developed than other areas at HPS and consists primarily of approximately equal portions of industrial and ruderal (disturbed) habitat. These habitats are typified by paved and fenced areas, abandoned lots and structures, and other disturbed areas. Poorly developed soil horizons, low organic soil content, soil contamination, and shallow saline groundwater limit the composition and abundance of the terrestrial vegetation community (PRC 1995a). Plant species present in Parcel E are opportunistic weeds and herbaceous species adapted to arid conditions and poor soil quality (HLA 1991b). Although the on-shore environment at Parcel E supports few plant species, birds, mammals, and reptiles have been observed in this parcel. The habitat in Parcel E provides food for granivorous, omnivorous, and scavenging birds observed at HPS (HLA 1991b). Numerous burrows have been observed in Parcel E and are suspected to have been created by small mammals (PRC 1994c).

Although no threatened or endangered species are known to inhabit HPS or its immediate vicinity, several special status species have been observed at HPS. Observed species include the federally endangered peregrine falcon (*Falco peregrinus*) and California brown pelican (*Pelecanus occidentalis californicus*) as well as several California species of special concern (CSC), such as the double-crested cormorant (*Phalacrocorax auritus*) and Barrow's goldeneye (*Bucephala islandica*) (PRC 1996k).

Much of the off-shore environment at Parcel E is substantially isolated from the open waters of the Bay and, therefore, is not characterized by strong tidal currents (PRC 1996k). Physical structures, such as riprap and docks, serve as artificial habitats for estuarine life. Species observed in the Parcel E off-shore environment include marine plants and algae; benthic and water column-dwelling marine animals such as clams, mussels, and amphipods; and fish and amphibians.

Four small areas of salt marsh wetland habitat are located along the undeveloped southern shoreline of Parcel E and provide the greatest ecological diversity (PRC 1996k). This habitat is typically present within the zone of tidal influence and contains plant species tolerant of estuarine environments

DRAFT FINAL

CONFIDENTIAL                                   US_NAVY_02-001310196

(PRC 1994d).  In addition, a small strip of seasonal freshwater wetland adjoins the west side of the
Industrial Landfill (IR-01/21).  The intertidal zone, which is the area between mean high and mean low
tide, provides habitat for many invertebrates; during low tide, much of this zone is characterized by
mudflats (PRC 1996k).

The characteristics of each habitat observed at Parcel E are described in the following paragraphs.
Appendix F provides additional information compiled from the Parcel E terrestrial ERA report, the
Phase 1B ERA report, and earlier ecological studies.  It also includes a discussion of risk posed to
terrestrial and aquatic receptors at or immediately off shore from Parcel E.

**Industrial Areas**

Industrial areas consist of artificial structures including buildings, paved areas (such as roadways, parking
lots, old foundations), packed earth, railroad tracks, piers, and other similar areas.  Industrial habitat
covers an estimated 62 acres (41 percent) of the extended area of Parcel E.

Industrial areas may provide shelter for wildlife species but lack the vegetative component essential to
support most wildlife.  Common bird species such as barn swallows (*Hirundo rustica*), mourning doves
(*Zenaida macroura*), song sparrows (*Melospiza melodia*), and barn owls (*Tyto alba*) are known to use
abandoned industrial structures for nesting.  Raptors such as the red-tailed hawk (*Buteo jamaicensis*) and
American kestrel (*Falco sparvarius*) may also use these areas to perch.  Small mammals such as the house
mouse (*Mus musculus*), deer mouse (*Peromyscus maniculatus*), and Norway rat (*Rattus novegicus*) may
shelter in abandoned structures.  Although industrial structures may provide shelter, they do not provide a
food source.  Therefore, animals are expected to forage in other less disturbed habitat types in Parcel E
where food sources are present.

**Ruderal Habitat**

The ruderal habitat is the predominant habitat found at Parcel E, covering an estimated extended site area
of 70.6 acres (46 percent).  It consists of areas that have been "altered" and is typified by abandoned lots,
eroding pavement, and other marginal zones.  The majority of the habitat is undeveloped and often
cluttered with debris such as concrete, scrap iron, and other discarded materials.  Ruderal areas are
dominated by aggressive non-native plants.  Common plant species found in ruderal habitat at Parcel E
include sweet fennel *(Foniculum vulgare)*, black mustard (*Brassica nigra*), and annual grasses such as
ripgut brome (*Bromus diandrus*), perennial ryegrass (*Lollium perenne*), and Mediterranean barley
(*Hordeum murinum var. gussoneanum*).  Native shrub species such as coyote brush (*Baccharis pilularis*)

DRAFT FINAL

CONFIDENTIAL                    US_NAVY_02-001310197

and non-native ornamental tree species such as Peruvian pepper tree (*Schinus molle*) and green wattle (*Acacia decurrens*) occur in disturbed areas as well.

The ruderal areas throughout Parcel E provide habitat for a variety of bird species including the mourning dove, rock dove (*Columba livia*), house finch (*Carpodacus mexicanus*), savannah sparrow (*Passerculus sandwichensis*), song sparrow, western meadowlark (*Sturnella neglecta*), and northern mockingbird (*Mimus polyglottos*). These bird species were observed during the February 1997 field survey. Birds of prey including the red-tailed hawk and American kestrel were also observed at Parcel E during this most recent survey.

Small mammals observed within the ruderal habitat include the black-tailed hare (*Lepus californicus*) and California ground squirrel (*Spermophilus beecheyi*). Other mammals that may occur within this habitat include the deer mouse, Botta's pocket gopher (*Thomomys bottae*), raccoon (*Procyon lotor*), and red fox (*Vulpes vulpes*). Ruderal habitat at Parcel E may provide a home for the western fence lizard (*Sceloporus occidentalis*), gopher snake (*Pituophis melanoleucus*), and garter snake (*Thamnophis sirtalis*) (HLA 1991b; PRC 1994c). The bird, mammal, and reptile species noted above are a potential prey base for predatory birds observed over Parcel E, such as the red-tailed hawk and American kestrel.

**Non-Native Annual Grassland**

Non-native annual grasslands are areas within Parcel E that are dominated by annual grass species such as ripgut brome, perennial ryegrass, wild oat *(Avena fatua)*, and Mediterranean barley. Although these grasses may occur in the other habitat types, non-native annual grassland is characterized by approximately 100 percent grass coverage with little or no shrub component. This habitat type covers over 12 percent of Parcel E. Non-native annual grassland habitat is located in the western portion of Parcel E and on steep slopes north of Building 815.

The herbaceous vegetation of grassland habitat provides refuge, as well as foraging and nesting habitat, for many wildlife species. Grassland habitats likely support fauna similar to ruderal and landscaped areas, including avian species such as the meadowlark, song sparrow, red-tailed hawk, northern harrier (*Circus cyaneus*, a CSC), and the American kestrel. Additionally, the burrowing owl (*Athene cunicularia*), also a CSC, has been sighted in the past at HPS and may use grassland habitat at Parcel E for nesting and foraging (PRC 1996l). Small mammals commonly found in grassland habitat include the black-tailed hare, California ground squirrel, Botta's pocket gopher, and the deer mouse. Other mammals, such as the black tailed deer (*Odocoileus hemionus*) and red fox, likely forage in the grassland habitat.

DRAFT FINAL

CONFIDENTIAL                                          US_NAVY_02-001310198

**Landscaped Habitat**

Landscaped areas are located around several buildings in and near Parcel E. This habitat is comprised of ornamental plants such as Mexican fan palm (*Washingtonia robusta*), deodar cypress (*Cedrus deodara*), and Monterey pine (*Pinus radiata*). This habitat type is limited in extent and only comprises a small percentage of Parcel E (approximately 0.2 acre).

Trees and shrubs in landscaped areas provide nesting and roosting habitat for common avian species such as song sparrows, house finches, mourning doves, mocking birds, American robins (*Turdus migratorius*), and scrub jays (*Aphelocoma coerulescens*). Additionally raptors, such as the red-tailed hawk and American kestrel, may perch in these trees.

Small mammals such as the house mouse, deer mouse, and Norway rat are typically associated with landscaped areas, adjacent buildings, and other structures.

**Wetland Habitat**

Two types of wetland habitat are present in Parcel E: saline emergent wetland (coastal salt marsh) and a small area of seasonal freshwater wetland. Several small patches of saline emergent wetland are found within the intertidal zone along the San Francisco Bay shoreline edges. Plant species observed during the February 1997 field survey include pickleweed (*Salicornia virginica*) and salt grass (*Distichlis spicata*). A small freshwater emergent wetland occurs in IR-01/21. This area is supported by a small intermittent freshwater source originating in the northwest corner of the site. Observed species include toad rush (*Juncus sp.*), umbrella sedge (*Cyperus laevigatus*), Pacific coast bulrush (*Scirpus robustus*), and rabbits-foot grass (*Polypogon monspeliensis*). Wetland habitat comprises a small percentage of the entire coverage at Parcel E (2.7 acres).

Wetlands are known to provide habitat for a variety of wildlife species. Waterfowl, shorebirds, and wading birds may use this habitat as a source for food, cover, and water. The following species were observed during the field survey: the common snipe (*Gallinago gallinago*), greater yellowlegs (*Tringa melanoleuca*), killdeer (*Charadrius vociferus*), mallard (*Anas platyrhynchos*), great blue heron (*Ardea herodias*), and great egret (*Casmerodius albus*). The abundance of shorebirds may serve as prey for raptors, such as the federally endangered peregrine falcon. Small mammals such as raccoon and opossum (*Didelphis virginiana*) may forage in or along the edges of wetland habitat. Both saline emergent wetland and seasonal freshwater wetland habitat areas are considered suitable habitat for the representative receptors.

DRAFT FINAL

CONFIDENTIAL                                                    US_NAVY_02-001310199

**Intertidal Habitat**

The intertidal habitat occurs along the edges of the San Francisco Bay shoreline of Parcel E and is defined as the area between the mean low tide and mean high tide marks. This area is dominated by mudflats, cobble- to boulder-sized asphalt, and concrete debris. The intertidal zone is primarily devoid of vegetation except for small patches of salt-tolerant wetland plant species such as pickleweed and saltgrass. Based on the historic delineation of the Parcel E shoreline boundary, the intertidal habitat comprises a small percentage of the total acreage of Parcel E (2.2 acres). However, the intertidal zone actually extends into what is formally part of Parcel F (the off-shore area), and the total intertidal habitat adjacent to Parcel E is much greater than has been estimated here.

The Bay Mud substrate provides habitat for invertebrates which represent forage prey for avian species such as the willet (*Catoptrophorus semipalmatus*), dunlin (*Calidris alpina*), black oystercatcher (*Haematopus bachmani*), and western sandpiper (*Chalidris mauri*). These species were all observed foraging within intertidal habitat during the February 1997 field survey.

## 3.6    SOILS

Soils at HPS are derived from underlying rocks and weathered material or are imported as fill. Parcel A is primarily covered by upland soils, and Parcels B through E are primarily covered by lowland soils. The upland soils are Orthents of the cut-and-fill Urban Land complex and Urban Land. The lowland soils are Urban Land-Orthents, reclaimed complex. Lowland soils at HPS have a high liquefaction potential, especially in areas that have subsided as a result of the Loma Prieta earthquake of 1989. HPS soils are described in Appendix H, and Figure 3.6-1 shows the distribution of soils at HPS.

## 3.7    GEOLOGY

This section describes the geology of the region, HPS, and Parcel E. HPS is located on a peninsula that projects southeast from the northeastern San Francisco peninsula to San Francisco Bay. The San Francisco Bay area is in the Coast Ranges geomorphic province, which consists of a series of northwest-trending ridges and valleys, with average ridge crest elevations ranging from 1,500 to 4,000 feet above msl in elevation. The Coast Ranges are over 500 miles long and 50 to 70 miles wide, extending from the Tehachapi mountains in south-central California to southern Oregon. The Coast Ranges are bounded on the east along a relatively abrupt range front by the Central Valley and on the west by the Pacific Ocean. Only one modern river drainage crosses the Coast Ranges: the Sacramento-San Joaquin River system, which drains Central Valley and flows into San Francisco Bay. The regional geology discussion in the

DRAFT FINAL

CONFIDENTIAL                              US_NAVY_02-001310200

next section focuses on the geology along the margins of San Francisco Bay because this regional geology directly applies to local geologic conditions at HPS.

**3.7.1        Regional Geology of the San Francisco Bay Area**

The regional geology of the San Francisco Bay region can be divided into (1) basement geology, which relates to the geology of rocks older than 65 million years (pre-Cenozoic units) and their tectonic history; and (2) cover geology, which relates to geology of deposits younger than 65 million years (most younger than 2 million years) and their tectonic history. The following sections discuss regional basement and cover geology.

**3.7.1.1        Basement Geology and Tectonics**

Basement rocks (rocks older than 65 million years) of the San Francisco Bay region consist of the Franciscan Complex, Coast Range Ophiolite, the Great Valley Group, and the granitic and metamorphic rocks of the Salinian Block (see Figure 3.7-1). The Franciscan Complex (KJfm) makes up much of the basement of California Coast Ranges and consists of an assemblage of variably deformed and metamorphosed rock units formed as a subduction complex associated with continuous east-dipping subduction at the western North American plate margin from 160 million to about 10 million years ago (Wakabayashi 1992).

Because the basement rocks beneath or along the margins of the San Francisco Bay and in the HPS area are Franciscan Complex, this discussion focuses on Franciscan Complex geology and tectonics. Franciscan Complex rocks can be classified as "melange" units having a sheared matrix enclosing blocks of a variety of lithologies, and   coherent" units which can range from internally mappable stratigraphy to a sequence of rocks juxtaposed by discrete faults. About 90 percent of Franciscan Complex rocks consist of sandstones (arkoses and greywackes), shale, and their metamorphosed equivalents. Basalts, cherts, and serpentinite represent smaller relative volumes of Franciscan Complex lithologies.

Franciscan Complex rocks of the San Francisco Bay region are sufficiently recrystallized so that intergranular permeability is negligible. Franciscan Complex rocks in the San Francisco Bay region are thoroughly fractured. Fracture spacing averages less than 3 inches. Ore deposits have been found and exploited in Franciscan Complex rocks of the San Francisco Bay region. Chief among these deposits are small manganese ore bodies associated with cherts, and mercury deposits commonly present in hydrothermally altered serpentinites (Bailey and Others 1964; Bailey and Everhart 1964). In San Francisco and Marin Counties, small manganese deposits associated with cherts have been found (Bailey

DRAFT FINAL

CONFIDENTIAL                                    US_NAVY_02-001310201

and Others 1964), and native mercury associated with serpentinite has been found in an east to west trending serpentinite shear zone that parallels Interstate 280 west of its intersection with Highway 101 (Bradley 1918). Lithologies of specific Franciscan Complex rocks that crop out at HPS are discussed in Section 3.7.2 (HPS Geology).

The contacts between major units in the Franciscan Complex are universally faulted (Blake and Others 1982, 1984; Wakabayashi 1992). In the San Francisco Bay area, the Franciscan Complex consists of a stack of coherent units present as folded thrust sheets 0.6 to 1.9 miles thick and separated by melange zones several hundred feet to 1.2 miles thick (see Figure 3.7-2). Each coherent unit is itself imprecated by numerous internal thrust faults that can locally be shown to repeat stratigraphic sections (Wahrhaftig 1984a). Some of the internal faults within coherent sheets locally widen to melange zones up to several hundred meters thick (Wakabayashi 1992). The tectonic stack is about 6 miles thick, and larger sheets measure about 19 miles across by 43 miles along strike. This stack of fault-bounded sheets is folded in mile-scale folds. Erosion of the folded stack of thrust sheets in the San Francisco Bay area and elsewhere in California has given rise to the typical map pattern of northwest trending lithologic belts (Jennings 1977; Wagner and Bortugno 1982), which represent the limbs and axes of folds in the basement. All of the nappe-bounding shear zones, such as Hunters Point shear zone, that pass through HPS, formed during the subduction history of these rocks (more than about 80 million years ago) (Wakabayashi 1992). More recent tectonic events are discussed in the following section (Cover Geology).

### 3.7.1.2    Cover Geology

Cover geologic units in the San Francisco Bay region span nearly the entire age range of the Cenozoic (approximately 65 million years ago to present). However, only deposits less than 2 million years old are found within 5 miles of HPS.

Several Quaternary (less than 1.6 million years old) deposits are located beneath and along the margins of the Bay. The general distribution of Quaternary deposits bordering the Bay is shown in Figure 3.7-3. The oldest of these deposits present near San Francisco is the Merced Formation, which is composed of moderately lithified marine sandstones and siltstones ranging in age from about 1.5 million to 200 thousand years (Clifton and Others 1988). The Merced Formation is located on the northern San Francisco peninsula west of the San Andreas Fault and underlies much of the Colma Valley south of San Bruno Mountain (Clifton and Others 1988; Bonilla 1964). The Merced Formation has not been identified north of San Bruno Mountain and is not present in the HPS area; however, the presence of this formation is important in relation to the neotectonic interpretation of the area as discussed in Section 3.7.2.

DRAFT FINAL

CONFIDENTIAL    US_NAVY_02-001310202

Overlying the Merced Formation along an unconformable contact is the Colma Formation, which consists of weakly cemented marine and dune sands that may be 70 to 130 thousand years old (Clifton and Others 1988). The Colma Formation occurs in many localities in the San Francisco region and may be present at HPS (Schlocker 1974; Bonilla 1971). On land in San Francisco, the Colma Formation is overlain by Holocene dune sand that is common throughout San Francisco (Bonilla 1971; Schlocker 1974). Beneath San Francisco Bay are deposits of Quaternary sediments that consist of alternating sandy and muddy horizons. These deposits may locally be several hundred feet thick, and the basal deposits are as old as a million years (Rogers and Figuers 1992). Underlying the San Francisco Bay and its margins are sands and muddy estuarine deposits, most of which have been deposited since the last glaciation (Helley and Others 1979). Under San Francisco Bay and at elevations generally less than 8 feet above sea level along the Bay margins, the late Quaternary stratigraphy consists of late Pleistocene sands generally less than 50,000 years old overlain by the Holocene (10,000 years old and younger) Bay Mud Deposits, the youngest parts of which are being actively deposited. These sediments interfinger with late Pleistocene and Holocene alluvium along the alluvial plain margins of the San Francisco Bay (Helley and Others 1979).

In the last 2 million years, strike-slip faulting and secondary deformation associated with the San Andreas Fault system has dominated the tectonic evolution of the area (Page 1982). The San Andreas Fault system consists of several main, right-lateral, strike-slip faults and occupies nearly the entire width of the California Coast Ranges (Lisowski and Others 1991). The San Andreas Fault system accommodates about 38 to 40 millimeters per year (mm/yr) of the 48-mm/yr right-lateral relative motion between the Pacific and North American Plates, and most of the residual plate motion occurs east of the Sierra Nevada (Argus and Gordon 1991). Nearly all of the strike-slip plate motion in western California is accounted for by the major strike-slip faults (Kelson and Others 1992).

A small component of plate convergence is also present in the California Coast Range. This convergent component is less than or equal to 3 mm/yr (Argus and Gordon 1991), and most of this contraction may be accommodated on blind thrust faults along the Coast Range-Central Valley boundary (Wakabayashi and Smith 1994). Much of the folding and uplift within the Coast Ranges, including the ranges bounding the San Francisco Bay, may be driven by left bends, left stepovers, and slip transfers between the major strike slip faults (Aydin and Page 1984; Wakabayashi 1994). Thrust and oblique faults associated with this secondary deformation generally accommodate less than 1 mm/yr. Several active faults are capable of producing earthquakes that can generate significant ground motion at HPS. A list of major active faults, their estimated maximum magnitudes, slip rates, and distance to HPS is presented in Table 3.7-1.

CONFIDENTIAL                                          US_NAVY_02-001310203

The Hunters Point shear zone itself is probably not active (Marlow and Others 1994) based on the lack of offset of Bay Mud Deposits recorded by detailed seismic reflection studies in San Francisco Bay. Alternatively, the Hunters Point shear zone may accommodate very low slip rates (one-tenth of 1 mm/yr or less) and has recurrent movement on intervals of tens of thousands of years (last movement occurred before Bay Mud deposition).

San Francisco Bay is underlain by deep basins of Quaternary sediments at only two locations, and elsewhere, Franciscan Complex basement rocks are covered by sediments of a hundred feet thick or less. Two major basins with late Cenozoic sediment depths that may exceed 3,000 feet are the San Leandro Basin located off shore of San Leandro (Rogers and Figuers 1992) and San Pablo Bay (Wright and Smith 1992). The basin at San Pablo Bay has been attributed to a right (extensional) step-over between the Hayward and Rodgers Creek fault (Wright and Smith 1992), and the San Leandro Basin has been attributed to a possible right step-over along the now inactive Point Richmond Fault (Wakabayashi and Hengesh 1995).

The formation of San Francisco Bay is a consequence of relatively recent inundation by rising sea levels during the last 15,000 years following the last glaciation (Atwater and Others 1977). This inundation is a superposition of global sea level rise associated with the melting of glaciers and local tectonic subsidence (Atwater and Others 1977). This relative sea level rise exceeds 328 feet and has resulted in the shoreline moving over 25 miles inland from west of the Farallon Islands to its present position (Helley and Others 1979). The present day sea level is the highest yet attained in the Holocene; therefore, any Holocene marine deposits found at 8 feet above msl, the high tide mark, could have reached that elevation only by significant recent faulting.

The present topography in the San Francisco region is a consequence of both active vertical tectonic activity related to secondary thrust and oblique faulting and late Cenozoic (but now dormant) uplift of a similar nature. Secondary contractional deformation that causes uplift may migrate with irregularities along the major strike-slip faults of the San Andreas Fault system (Wakabayashi and Hengesh 1995). Much of the topography in the San Francisco region may have been generated by such a past interaction during the mid- to late Quaternary and the Merced Formation may have formed in a northward-migrating pull-apart basin that is now off the Golden Gate Bridge (Wakabayashi and Hengesh 1995).

San Francisco Bay receives water from streams that drain 40 percent of California, an area of 63,000 square miles (Conomos 1979). Approximately 90 percent of the fresh water inflow comes from the Sacramento-San Joaquin River system that drains the eastern Klamath Mountains, southwestern

CONFIDENTIAL                                                    US_NAVY_02-001310204

Cascades, eastern Coast Ranges, the Sierra Nevada and the Central Valley (Conomos 1979). The average annual inflow of water is estimated to be approximately 19.9 million acre-feet (Conomos 1979). This inflow is reduced by human activities from before 1850, when inflows of 22.8 million acre-feet have been estimated (Nichols and Others 1986). Human activities since 1850 have profoundly affected the Bay. Hydraulic gold mining that peaked between 1850 and 1864 produced a large amount of clay and silt that was deposited in the northern part of San Francisco Bay. The quantity of sediment resulting from hydraulic mining deposited in the northern portion of the Bay between 1849 and 1914 has been estimated at 1.2 million acre-feet (Gilbert 1917). Perhaps the most notable human influence on San Francisco Bay has been the filling in of the Bay. Fill has now replaced 40 percent of the former area of San Francisco Bay (Helley and Others 1979).

## 3.7.2        Hunters Point Shipyard Geology

The specific geologic units and structures at HPS are discussed in this section. These units have already been discussed in general terms in the preceding sections, but this section will focus on local HPS geology. Local geology consists of two major components: (1) the Franciscan Complex basement, and (2) the late Quaternary cover deposits, including Artificial Fill. HPS is a southeast-trending peninsula cored by a bedrock ridge that reaches elevations of 275 feet above msl. The bedrock ridge is mantled by colluvium at the base of the slope. The basement units are covered by the latest Quaternary sands, Bay Mud Deposits, and Artificial Fill on the topographically low-lying areas bordering San Francisco Bay. Table 3.7-2 summarizes geologic units at HPS.

### 3.7.2.1        Basement Geology

All basement rocks underlying or exposed at HPS are of Franciscan Complex. Much of the basement of the Hunters Point peninsula consists of rocks of the Hunters Point shear zone (Schlocker 1974); however, the southwestern margin of the peninsula may contain rocks of the Marin Headlands Terrane, a sub-unit of the Franciscan Complex. The Hunters Point shear zone is a serpentinite and shale matrix melange with a sheared shale or serpentinite matrix including lenses of different lithologies. This zone regionally strikes northwestward and dips northeast at shallow to moderate angles, and places the rocks structurally above the cherts, basalts, greywackes, and shales of the Marin Headlands Terrane (Wahrhaftig 1984b; Wakabayashi 1992). Foliation is pervasive throughout this zone, and the strikes and dips of the foliation are sub-parallel to the boundaries of the shear zone.

The northeastern or structurally higher part of the shear zone predominantly consists of serpentinite with blocks of gabbro; the largest mapped block is over 300 feet long (Schlocker 1974). These blocks

3-14                                                      DRAFT FINAL

CONFIDENTIAL

constitute a relatively small fraction of the total volume of the serpentinite unit. The serpentinite itself is heterogeneous with a sheared matrix of massive lenses. The original minerals associated with these ultramafic rocks have been largely replaced up to nearly 100 percent by serpentine minerals, primarily lizardite and chrysotile. These serpentine minerals are hydrous magnesium silicates that most commonly display a platy habit but also occur as fibrous, asbestiform growths.

The structurally lower or southwestern part of the Hunters Point shear zone is either exposed or underlies Parcels A, C, D, and E and consists primarily of shale matrix melange, with sheared shale surrounding lenses of mostly greywacke and smaller amounts of basalt, chert, and rare schists. Schists have only been found in the structurally low part of the shear zone far to the northwest at Baker Beach, where the shear zone meets the Pacific Coast. Most greywackes show at least a moderate amount of quartz recrystallization. The shale matrix is pervasively sheared and shattered.

On outcrop scale, the foliation of both the serpentinite and shale matrix melange is irregular in orientation as it wraps around more competent blocks, which contributes to irregular variations in orientation with wavelengths on the scale of tens of feet. Some larger-scale folds are more than 300 feet in wavelength and amplitude and appear to fold the foliation, and the erosion of such folds has created windows into the rocks structurally beneath the Hunters Point shear zone.

Marin Headlands Terrane of the Franciscan Complex may crop out in a tectonic window in the southwestern part of HPS at Parcel C. These rocks consist of chert and basalt with sandstone and shale. Locally, shale matrix melange zones are present within the Marin Headlands Terrane (Wahrhaftig 1984a and 1984b), but it is unclear whether any melange zones within this terrane are present at HPS. The basalt generally preserves igneous textures, although igneous minerals have been variably replaced by metamorphic minerals. Cherts range from relatively clean cherts of nearly pure silica to lithologies transitional between chert and shale. Shale interbeds are located between chert beds. Some cherts are visibly recrystallized and commonly cut by numerous quartz veins. Greywackes associated with the Marin Headlands Terrane are similar to those described for the HPS shear zone above.

As noted above, none of the Franciscan Complex lithologies have significant intergranular permeability, but all are pervasively fractured and the melange matrix is pervasively foliated. Both the serpentinite matrix and shale melange matrix weather readily to clay; therefore, water-bearing zones in the Hunters Point shear zone are expected to be of limited extent. Major element chemical analyses for Hunters Point shear zone serpentinite; serpentinite in other Franciscan Complex exposures in the San Francisco Bay

DRAFT FINAL

CONFIDENTIAL                    US_NAVY_02-001310206

area; and Marin Headlands Terrane chert, basalt, and sandstone in San Francisco are summarized in Table 3.7-3. These sampling locations were from outcrops judged to be free of human influence.

### 3.7.2.2   Cover Geology

Late Quaternary deposits at HPS consist of Artificial Fill; Holocene Bay Mud Deposits (Qbm in Figures 3.7-6 through 3.7-21); Holocene Undifferentiated Upper Sand Deposits of alluvial origin deposited in marine or fresh water (Quus in Figures 3.7-6 through 3.7-21); latest Pleistocene to Holocene Undifferentiated Sedimentary Deposits (Qu in Figures 3.7-6 through 3.7-21); and latest Pleistocene to Holocene colluvium (Qc/Qal not present in Parcel E).

**Artificial Fill**

Artificial Fill is placed over all naturally occurring deposits and basement. Artificial Fill deposits range up to 60 feet or more thick. The Artificial Fill is extremely heterogeneous and consists of sandy clays and gravel to poorly-graded sands, boulder, and debris deposits. Based on the large volume of bedrock excavated at HPS and the volume of the Artificial Fill that is present, it is reasonable to assume that most of the fill material is locally derived from the Franciscan Complex bedrock of which the main constituents, in expected order of decreasing volume, are serpentinite, shale, and greywacke. In addition to bedrock-derived fill are two other types of fill: (1) Industrial Fill, and (2) recently imported backfill materials. Industrial Fill includes metal debris, processed wood fragments, bricks, concrete, sandblast waste, and household refuse. These materials are usually incorporated in a clay and/or sand matrix. Recently imported backfill materials are poorly-graded, very fine- to fine-grained sand mixed with fine- to coarse-grained angular gravel, occasionally with well-graded, fine- to coarse-grained sand with gravel. These materials are brown to olive and brownish-yellow in color, and range from loose to dense. Recently imported backfill material has been placed as a cover over the Industrial Landfill at IR-01/21 in Parcel E.

**Bay Mud Deposits**

Bay Mud Deposits consist of dark, greenish-gray to gray clays and silts, with some sand and peat interbeds or lenses. These deposits are soft and contain abundant shell fragments. The strength and density of these deposits may be locally higher than expected owing to compaction beneath the Artificial Fill. Bay Mud Deposits are generally present at elevations of 5 feet below msl and lower. The Bay Mud stratigraphic horizon dips gently toward San Francisco Bay. Bay Mud Deposits pinch out inland away from the shore and thicken toward the Bay. As noted above, the Bay Mud Deposits are Holocene and of

DRAFT FINAL

CONFIDENTIAL                                    US_NAVY_02-001310207

estuarine origin; therefore, no Bay Mud Deposits are expected to be present above the present high tide lines of 8 feet above msl unless uplifted along a significant active fault. Similarly, no marine deposits stratigraphically located below the Bay Mud Deposits would be expected above msl. No late Quaternary faulting (younger than 100,000 years) has been identified at HPS.

**Undifferentiated Upper Sand Deposits**

Undifferentiated Upper Sand Deposits at HPS include terrestrial alluvial deposits and estuarine marine sands that may locally interfinger with Bay Mud Deposits. The Undifferentiated Upper Sand Deposits commonly consist of dark gray, poorly-graded sands with trace shell fragments. These deposits are of generally loose to medium density. The terrestrial alluvium is present at elevations above msl and equivalent alluvium deposited in salt water is present below msl. The Undifferentiated Upper Sand Deposits generally overlie the Bay Mud Deposits and underlie Artificial Fill, but locally, because of interfingering with the Bay Mud Deposits at the shoreward extremity of the Bay Mud Deposits, the Undifferentiated Upper Sand Deposits underlie the Bay Mud Deposits and overlie either Undifferentiated Sedimentary Deposits or basement.

**Colluvium and Alluvium**

Colluvium (also called "slope and ravine deposits" by Bonilla [1971]), is present along the base of slopes and also occurs in accumulations in swales and gullies. Colluvium overlies Franciscan Complex and consists of fairly dense, yellowish-brown, clayey sands and clays and deposits with angular gravel clasts. Colluvium may be difficult to distinguish from alluvium that is deposited in small, local drainages and terrestrial alluvial deposits located near the base of slopes (hence, the dual geologic acronym designation Qc/Qal). Colluvium may overlie, interfinger with, or underlie other naturally occurring surficial deposits at HPS, although this relationship is not well constrained by existing subsurface data.

**Undifferentiated Sedimentary Deposits**

Undifferentiated Sedimentary Deposits underlie Bay Mud Deposits, or locally Undifferentiated Upper Sands, and overlie basement units in areas where the contacts have not been disturbed by human activities. In several areas, Artificial Fill directly overlies Undifferentiated Sedimentary Deposits as a result of human removal of the overlying natural deposits prior to Artificial Fill placement. These deposits are generally located at elevations below msl. Undifferentiated Sedimentary Deposits are greenish- to olive-gray sands and silts with trace shell fragments and are interbedded with stiff to very stiff, lean clay. Undifferentiated Sedimentary Deposits may locally include sands of the Colma

DRAFT FINAL

CONFIDENTIAL                                    US_NAVY_02-001310208

Formation. Remnants of the Colma Formation may be present at elevations above msl and extend to the base of the bedrock slope.

### 3.7.3          Parcel E Geology

This section describes the three-dimensional spatial distribution of the units at Parcel E. A schematic diagram illustrating the cross-sectional spatial relationships of geologic units at Parcel E is shown in Figure 3.7-4. Figures 3.7-5 through 3.7-7 show the elevation contours of bedrock surface, Bay Mud surface, and Bay Mud thickness at Parcel E, respectively. Figures 3.7-10 through 3.7-21 show the geologic cross-sections A-A' through L-L', and the locations of geologic cross-sections are shown in Figures 3.7-8A and 3.7-8B. Figure 3.7-9 explains the soil and rock classification and numbering system.

Parcel E is located on the southern side of the Hunters Point peninsula. It is bounded on its north side by a bedrock ridge composed of shale matrix melange and serpentinite of the Hunters Point shear zone and is bounded on the south by the San Francisco Bay. The bedrock ridge reaches a peak elevation of 148 feet msl directly above the projection of the eastern boundary of Parcel E, then drops westward to a saddle. West of the saddle the ridge crest climbs continuously, reaching a peak elevation of 275 feet msl, 1,500 feet northwest of the projection of the western Parcel E boundary. Basement is not exposed on Parcel E. The basement underlying Parcel E is the structurally lower portion of the Hunters Point shear zone and consists of both shale matrix melange and serpentinite that are distributed irregularly beneath the parcel. Greywacke is the most commonly occurring block type within the shale matrix melange but blocks of chert and basalt (greenstone) also occur as well as local zones of serpentinite. Foliation as noted above strikes northwesterly and dips northeasterly.

The basement-cover interface dips in a southerly direction beneath the western part of Parcel E, including the area beneath IR-01/21, IR-02 Northwest and IR-12 (see Figure 3.7-5). The southerly slope of the bedrock upper surface beneath this part of the parcel includes two buried small hills, that may be formed by large (on the scale of over 100 feet in size) hard blocks in the bedrock shear zone. The southern side of one of these irregularities, near boring IR01B025, has an abrupt south-facing drop-off of 72 vertical feet over a horizontal distance of 70 feet. Beneath the central part of the site (IR-02 Central, IR-13, and IR-39), the upper surface of the bedrock slopes westward. The dominant bedrock feature of eastern part of the parcel is a major bedrock high known as Shag Rock. The bedrock surface slopes radially away from this high, located beneath IR-11/14/15.

Undifferentiated Sedimentary Deposits underlie much of Parcel E, generally occurring beneath Bay Mud, and beneath the northernmost part of the parcel, occur directly beneath the Artificial Fill. Deposits

CONFIDENTIAL                                          US_NAVY_02-001310209

encountered in subsurface borings range up to at least 220 feet in thickness. In general, this geologic unit thickens as the bedrock upper surface deepens.

Bay Mud Deposits overlie Undifferentiated Sedimentary Deposits, and beneath the northern part of the site and locally on the flanks of Shag Rock at the northwestern margin of the parcel, these deposits overlie bedrock. Bay Mud Deposits most commonly underlie Artificial Fill and locally Undifferentiated Upper Sand Deposits. Bay Mud Deposits underlie most of Parcel E except for a strip along the northern margin of the parcel that approximately coincides with the former shoreline, over Shag Rock, and several small areas in the western part of IR-01/21. Bay Mud Deposits are found below an elevation of about 3 feet msl. Beneath Parcel E, the upper surface of the Bay Mud Deposits is extremely irregular. The highest sampled elevations on the upper surface of the Bay Mud Deposits are on highs that are a considerable distance Bayward of the former shoreline. The lowest elevations are closed depressions (see Figure 3.7-6) on the Bay Mud Deposits surface. The irregularity of the Bay Mud Deposits surface may be a consequence of human activities that include the excavation of Bay Mud Deposits, forming troughs or depressions in the Bay Mud Deposits surface, and placement and compaction of the overlying Artificial Fill, that has apparently caused both lateral and vertical movement of these soft deposits. The lower contact of the Bay Mud Deposits has not been perceptibly disturbed by human activities and it generally slopes in the same direction as the bedrock surface. The Bay Mud Deposits range up to 75 feet thick and are generally thickest beneath the southern and central part of the parcel, with the thickest deposits occurring beneath IR-13. The Bay Mud Deposits are contiguous beneath Parcel E except for a major area of missing Bay Mud Deposits at Shag Rock, and small, isolated areas of missing Bay Mud Deposits in IR-01/21. Bay Mud Deposits are rather thin (less than 2 feet) in several other areas, and it is possible there are as yet undetected small areas of missing Bay Mud Deposits that have not been located by boreholes.

The Undifferentiated Upper Sand Deposits are rather scattered in occurrence beneath Parcel E. These sands range in thickness up to slightly more than 20 feet. Undifferentiated Upper Sand Deposits generally overlie Bay Mud Deposits but they locally underlie Bay Mud Deposits. The Undifferentiated Upper Sand Deposits do not appear to be part of a large contiguous body, but rather apparently represent scattered deposits.

Artificial Fill overlies all of the naturally occurring units and ranges in thickness up to 60 feet. The thickness of the Artificial Fill is irregular. The thickness of the Artificial Fill mirrors the upper surface of the Bay Mud Deposits, the unit that underlies Artificial Fill beneath most of Parcel E. Thus, Artificial Fill is thickest over closed depressions and gullies in the upper surface of the Bay Mud

3-19                                                          DRAFT FINAL

Deposits and thinnest over ridges and highs in this surface (see Figure 3.7-6). Details of the spatial relationship of the various geologic units beneath specific IR sites are listed in Table 3.8-2.

## 3.8      HYDROGEOLOGY

This section describes the hydrogeology of the region, HPS, and Parcel E and presents a conceptual hydrogeologic model of HPS.

### 3.8.1      Regional Hydrogeology

San Francisco contains seven groundwater basins: two oceanside (or west side) basins and five Bayside (or east side) basins (CH2M Hill 1993). Two of the Bayside basins are significant to this report. The two basins equally divide HPS: (1) the Islais Valley Groundwater Basin to the northeast, and (2) the South Groundwater Basin to the southwest (see Figure 3.8-1). The 5,600-acre Islais Valley Groundwater Basin consists of 5,000 acres in the City of San Francisco and 600 acres south of the city. The 2,100-acre South Groundwater Basin lies in the city near HPS. Regional aquifers and aquitards, groundwater balance, groundwater flow, and groundwater quality are discussed below.

#### 3.8.1.1      Regional Aquifers and Aquitards

Bedrock and surficial, unconsolidated deposits comprise the regional rocks, aquifers, and aquitards in San Francisco. These units are discussed in the following paragraphs.

**Bedrock**

Bedrock in San Francisco consists of the Franciscan Complex (Blake and Others 1984; Wakabayashi 1992). The bedrock geology is discussed in Section 3.7.2.1.

Regionally, bedrock is pervasively fractured, and consequently may locally be a water-bearing zone capable of storing and transmitting groundwater; however, several lithologies, particularly shale and serpentinite, readily weather to clay and become comparatively impermeable. Water-bearing zones in the bedrock are therefore expected to be discontinuous and of limited extent. Bedrock ridges are boundaries between the groundwater basins. The vertical distance between the land surface and the top of the buried bedrock surface defines the total thickness of surficial or unconsolidated deposits in San Francisco.

DRAFT FINAL

CONFIDENTIAL                              US_NAVY_02-001310211

Groundwater is unlikely to be developed from bedrock at HPS because (1) bedrock appears to be incapable of yielding adequate quantities of water from individual wells, and (2) drinking water for the City and County of San Francisco is readily available from the Hetch-Hetchy system.

**Surficial Unconsolidated Deposits**

From oldest (deepest) to youngest (shallowest), the Merced Formation, the Colma Formation, Dune Sands (as yet not identified at HPS), alluvium, Bay Mud Deposits, and Artificial Fill comprise the surficial or unconsolidated deposits in San Francisco (Helley and Others 1979). These deposits are porous and are aquifers or aquitards.

Alluvium is a regional aquifer that readily stores and transmits groundwater. Alluvium consists of slope deposits and ravine deposits and is located adjoining bedrock highs and historic ravines and creek beds leading from bedrock highs to San Francisco Bay. Regionally, alluvium may reach up to 60 feet thick (Schlocker 1974), has a high hydraulic conductivity of 230 feet per day, and has produced high well yields during historic (1913) well production in the western groundwater basins (CH2M Hill 1993). At HPS, alluvium is present in the subsurface of Parcels B through E, and in the southern part of Parcel A.

Bay Mud Deposits are a regional aquitard that stores groundwater but that acts as a barrier to groundwater flow, although leakage from Bay Mud Deposits may locally recharge adjoining aquifers. Bay Mud Deposits consist of soft, unconsolidated sediments containing more than 90 percent clay and silt (CGKT 1982). Located on the north and east sides of San Francisco adjoining San Francisco Bay, Bay Mud Deposits reach on-shore thicknesses of up to 80 feet. At HPS, these deposits are located in the subsurface of Parcels C, D, and E. Heavy historic regional pumping of the underlying alluvium has caused compaction of the Bay Mud Deposits and land surface subsidence.

Artificial Fill is a local aquifer in the San Francisco area but is limited by its thickness, extent, and water quality for future use. Artificial Fill stores and transmits groundwater at rates fast enough to supply reasonable amounts to wells and is located on the north and east sides of San Francisco and in areas adjoining San Francisco Bay. The Artificial Fill resulted from the filling of tidal flats for development purposes, primarily after 1860. At HPS, the Bay was filled with massive amounts of nonengineered, uncompacted fill after 1935. Regionally, Artificial Fill consists of Dune Sand, alluvium, debris from the Bay, and industrial debris, as well as bedrock-derived material. The Artificial Fill reaches a maximum thickness of 10 feet north of China Basin and 60 feet south of China Basin (Schlocker 1974). The China Basin is about 2,000 feet north of the HPS Main Gate in the Downtown Groundwater Basin (see Figure 3.8-1). Groundwater is unlikely to be developed in areas of Artificial Fill because the material is

DRAFT FINAL

CONFIDENTIAL                                    US_NAVY_02-001310212

of limited extent, subject to surface contamination and potential toxic releases, and tidally affected (CH2M Hill 1993). Nonengineered Artificial Fill is known to be subject to liquefaction, settling, and land surface subsidence, especially resulting from earthquakes or from the pumping of underlying groundwater.

**3.8.1.2    Groundwater Balance**

The following aspects were estimated for each groundwater basin in San Francisco: (1) the annual groundwater recharge (Phillips and Others 1993), (2) groundwater discharge as pumping and streamflow only (reported pumpage and creek flow), (3) groundwater budget deficit or surplus, and (4) groundwater outflow (recharge less discharge) to San Francisco Bay or the Pacific Ocean (CH2M Hill 1993). In the Islais Valley Groundwater Basin, 2,000 acre-feet per year of recharge, 0 acre-feet per year of discharge storage, and 2,000 acre-feet per year of outflow were estimated. In the South Groundwater Basin, 700 acre-feet per year of recharge, 0 acre-feet per year of discharge storage, and 700 acre-feet per year outflow were estimated. The 700 acre-feet per year of recharge to the South Groundwater Basin represents the smallest recharge estimated for any of the San Francisco groundwater basins. The total amount of groundwater stored in the basins is estimated as 13,000 acre-feet per year in the Islais Valley Groundwater Basin and 5,000 acre-feet per year in the South Groundwater Basin.

Insufficient information is available to determine a reasonable groundwater budget at HPS or any of its parcels.

**3.8.1.3    Groundwater Flow**

Most of the groundwater recharge to the Islais Valley and South Groundwater Basins is discharged as outflow to San Francisco Bay east of the basins. Discharge as outflow from the Islais Valley Groundwater Basin is mainly from outflow to the Bay (CH2M Hill 1993). An active water well at 415 Delano Street, about 20,000 feet west of the HPS Main Gate, and 13 adjacent inactive historic wells, each rated at greater than 50,000 gallons per day (gpd), or 35 gallons per minute (gpm), were identified in the Islais Valley Groundwater Basin. Well construction details for the 415 Delano Street active water well were unavailable. The active water well reportedly produces water that exceeds the primary drinking water standard for nitrate (CH2M Hill 1993).

Discharge as outflow from the South Groundwater Basin is generally eastward from the bedrock ridges to the Bay (CH2M Hill 1993). Three active water wells were identified in the South Groundwater Basin with unknown pumping capacities that are used for residential irrigation. The wells are located about

CONFIDENTIAL                                         US_NAVY_02-001310213

5,000 to 10,000 feet west of the HPS Main Gate, and four historic wells located about 5,000 feet west of the HPS Main Gate are rated at greater than 50,000 gpd (35 gpm). One active well reportedly produced water that exceeds the primary drinking water standard for nitrate and the secondary drinking water standard for TDS (CH2M Hill 1993). Another active well reportedly produces water that exceeds the standard for nitrate. Additionally, the Albion Mountain Springs Water Company developed a commercial spring by constructing a horizontal shaft to connect fractures in serpentinite bedrock containing groundwater. This commercial spring is about 1,200 feet northwest of the HPS Main Gate and reportedly produces drinking water. Groundwater from the spring is expected to flow from the spring toward HPS assuming that groundwater flows in a downslope direction. The ridge into which the Albion Mountain Springs Water Company shaft is excavated has a crest that decreases steadily in elevation toward Parcel B.

### 3.8.1.4    Groundwater Quality

The regional groundwater quality of the Islais Valley and South Groundwater Basins is unknown, although toxic sites (including leaking USTs) east of Highway 101 were identified by the RWQCB (CH2M Hill 1993). The few wells developed in these basins are known to produce water ranging in quality from drinking water quality to water that exceeds primary drinking water standards for nitrate and secondary drinking water standards for TDS (see Table 3.8-10). Well water samples from the Islais Valley Groundwater Basin are reportedly very hard, with over 200 milligrams per liter (mg/L) as calcium carbonate ($CaCO_3$), and hard to very hard from the South Groundwater Basin.

A moderate to high density of known toxic release sites, including USTs, are located in the Islais Valley and South Groundwater Basins, with the highest density of sites in the industrial area east of Highway 101 (CH2M Hill 1993). This industrial area covers Artificial Fill or Bay Mud Deposits and is unlikely to be used for groundwater development.

### 3.8.2    HPS Hydrogeology

Two aquifers and one water-bearing zone are identified at HPS: (1) the A-aquifer, (2) the B-aquifer, and (3) the bedrock water-bearing zone. The general relationships among the A-aquifer, the Bay Mud aquitard, the B-aquifer, and the underlying bedrock water-bearing zone, as well as the general direction of groundwater flow and areas of tidal influences, are shown in the conceptual groundwater flow model (see Figure 3.8-2). The A-aquifer, B-aquifer, and bedrock water-bearing zone are discussed in the following sections.

DRAFT FINAL

CONFIDENTIAL                                            US_NAVY_02-001310214

### 3.8.2.1        A-Aquifer

The A-aquifer, the most characterized aquifer at HPS, consists of saturated, porous media such as Artificial Fill and Undifferentiated Upper Sand Deposits overlying Bay Mud Deposits.  The A-aquifer may overlie bedrock directly in excavated areas at the former 1935 shoreline.  The A-aquifer is unconfined, with depths to groundwater ranging from 2 to 17 feet bgs.  The aquifer is recharged by (1) precipitation infiltration in the unpaved area (especially within Parcel E), (2) Bay water intrusion, and (3) possible water leakage from storm drains and, in some areas, sanitary sewer systems.  In areas where sewer lines are located below the groundwater surface, or where they are influenced by Pump Station A in Parcel A, the sewer system may serve as a hydrogeologic discharge or sink area.

Groundwater flow in the A-aquifer at HPS is complex due to nonuniformity (heterogeneity) in the hydraulic properties of the subsurface fill materials, tidal influences, effects of storm drain and sanitary sewer systems, and variations in topography and drainage.  Large variations in hydraulic properties are due to variations in fill type, soil texture, degree of compaction, and distribution of sediments. Groundwater in the A-aquifer at HPS generally flows outward toward San Francisco Bay, except where reversed due to the possible influence of Pump Station A and along the shoreline where tidal influences are apparent.  Groundwater quality of the A-aquifer is slightly to very saline, with TDS ranging from 440 to 77,000 mg/L.

The A-aquifer and underlying B-aquifer are separated by Bay Mud Deposits, ranging in thickness from 5 to 60 feet under most of the low-lying areas of HPS in Parcels B through E.  Clay and silt, which make up the greatest portion of the Bay Mud Deposits, act as an aquitard or vertical hydraulic barrier (confining layer) between the A-aquifer and B-aquifer (PRC 1994a).

### 3.8.2.2        B-Aquifer

The B-aquifer consists of saturated, porous Undifferentiated Sedimentary Deposits underlying Bay Mud Deposits and overlying the Franciscan Complex Bedrock in the lower elevations of HPS.  The B-aquifer is generally a confined, porous, media aquifer where the groundwater is under pressure.  The B-aquifer directly underlies the A-aquifer where Bay Mud Deposits are absent.  Due to the absence of Bay Mud Deposits, the B-aquifer is unconfined or semiconfined at these locations.  An example of this situation is found in the northern portion of Parcel E (IR-01/21).  Recharge to the B-aquifer is generally unknown, but the bedrock water-bearing zone and San Francisco Bay are likely to contribute to it.  In general, the groundwater in the B-aquifer at HPS flows outward toward San Francisco Bay and ranges from fresh to very saline, with TDS ranging from 450 to 24,800 mg/L.

CONFIDENTIAL                                    US_NAVY_02-001310215

### 3.8.2.3        Bedrock Water-Bearing Zone

The bedrock water-bearing zone is the upper, weathered portions or the deeper, fractured portions of the Franciscan Complex Bedrock. The bedrock water-bearing zone appears to be in direct hydraulic communication with the A-aquifer where the A-aquifer directly overlies it. This situation occurs mainly in excavated areas adjacent to the former 1935 shoreline. Groundwater in the bedrock is limited to the discrete fractures or shear zones, or weathered portions. The bedrock water-bearing zone is likely to be recharged from precipitation, runoff, possible leakage from storm drains and sanitary sewers, and in some areas the A-aquifer. The direction of groundwater flow in the bedrock water-bearing zone at HPS is not discussed because of the uncertainty associated with its continuity. Groundwater quality of the bedrock water-bearing zone at HPS (1) is fresh in portions of Parcel A with TDS ranging from 360 to 440 mg/L; (2) ranges from fresh to saline in Parcel B with TDS ranging from 355 to 5,380 mg/L; (3) ranges from fresh to very saline in Parcel C, with TDS ranging from 436 to 26,400 mg/L; and (4) is saline in Parcel E with TDS ranging from 2,140 to 7,480 mg/L. Although the bedrock water-bearing zone in Parcel E has not been fully characterized, the groundwater quality of this unit in the vicinity of IR-09 appears to be fresh, with a TDS concentration of 740 mg/L.

### 3.8.3        Parcel E Hydrogeology

The following sections describe the characteristics of the A-aquifer, B-aquifer, and bedrock water-bearing zone at Parcel E. Table 3.8-1 summarizes the numbers of monitoring wells and piezometers installed in the A- and B-aquifers and bedrock water-bearing zone at each IR site in Parcel E. Table 3.8-2 shows the geologic and hydrogeologic units at each site in Parcel E.

### 3.8.3.1        A-Aquifer

The A-aquifer consists primarily of saturated Artificial Fill (including landfill), and to a lesser extent Undifferentiated Upper Sand Deposits. The A-aquifer directly overlies the B-aquifer or bedrock water-bearing zone where the Bay Mud aquitard is absent. In Parcel E, the A-aquifer is generally unconfined.

The A-aquifer at Parcel E is recharged from infiltration of precipitation, surface runoff, other sources of surface flow, water leakage from storm drains, Bay water intrusion, and in some areas vertical flow of water from the underlying the B-aquifer and bedrock water-bearing zone.

DRAFT FINAL

CONFIDENTIAL                                    US_NAVY_02-001310216

Depth to groundwater levels measured in the A-aquifer wells range from 1 to 15 feet bgs. Groundwater levels are generally higher during the wet season (winter and spring) than during the dry season (summer and fall), indicating that precipitation is one of the recharge sources for groundwater in the A-aquifer. Seasonal fluctuations of groundwater levels, based on groundwater levels measured in November 1995 and April 1996, range from 0 to 3.8 feet but are generally less than 3 feet.

Figures 3.8-3 through 3.8-5 show the contour lines representing A-aquifer groundwater elevation for Parcel E, based on groundwater levels measured in May and November 1995 and April 1996 representing the wet and dry seasons and the transition period. Figure 3.8-6 shows the contour lines for the A-aquifer in northern portion of Parcel E and west of HPS based on groundwater levels measured in November 1996. Tables 3.8-3 through 3.8-6 summarize the results of groundwater elevation measurement for May and November 1995 and April and November 1996.

The A-aquifer groundwater appears to flow from west of HPS to south and east toward Parcel E of HPS (see Figure 3.8-6). Groundwater flow direction for the A-aquifer varies at different portions of Parcel E. In the northwestern portion (IR-01/21 and IR-76), groundwater generally flows to the south, southeast, and southwest toward San Francisco Bay. In the northeastern portion (IR-04, IR-12, IR-56, and IR-72), groundwater generally flows to the east toward Parcel D. In the central portion (IR-02 Northwest, IR-02 Central, and IR-39), the A-aquifer groundwater flows to the west toward San Francisco Bay at an area about 300 feet from the shoreline, and to the east toward Parcel D. In the southern portion (IR-03, IR-02 Southeast, IR-11, IR-14, and IR-15), the A-aquifer groundwater flows to the north toward Parcel D (see Figures 3.8-3 through 3.8-5).

The complex A-aquifer groundwater flow directions at Parcel E may be the result of the natural groundwater flow (toward the Bay) affected by the pumping of sanitary sewer system at Pump Station A, which results in a groundwater depression in Parcel D. The hydraulic gradient associated with groundwater flow toward San Francisco Bay ranges from (1) 0.002 to 0.01 during the wet season (based on groundwater levels measured in April 1996), (2) 0.0009 to 0.008 during the dry season (based on groundwater levels measured in November 1995), and (3) 0.002 to 0.007 during the transitional period (based on groundwater levels measured in May 1995). The hydraulic gradient associated with groundwater flow toward Parcel D ranges from (1) 0.0008 to 0.01 during the wet season (based on groundwater levels measured in April 1996), (2) 0.0009 to 0.01 during the dry season (based on groundwater levels measured in November 1995), and (3) 0.004 to 0.009 during the transitional period (based on groundwater levels measured in May 1995).

CONFIDENTIAL                                                      US_NAVY_02-001310217

The tidal influence studies indicate that the tidal fluctuation of the Bay impacts groundwater levels in monitoring wells installed within approximately 300 to 500 feet of the shoreline at Parcel E. Locations of the monitoring wells used for the tidal influence studies, the maximum water-level changes, TDS concentrations, and salinity values are shown in Figure 3.8-7. The high TDS and salinity of groundwater in these monitoring wells also support the theory of Bay water intrusion (see Figure 3.8-7). Detailed tidal influence monitoring results are presented in Appendix C.

Slug tests were performed at 69 monitoring wells and piezometers in the A-aquifer at Parcel E. The Bouwer and Rice method was used to analyze the slug test data. Appendix C presents the methods used to conduct slug tests and to analyze the slug test data. Table 3.8-7 summarizes the range of transmissivity and hydraulic conductivity (permeability) results based on the slug test data. The calculated hydraulic conductivity in the A-aquifer at Parcel E ranges from 0.094 to 325 feet per day (see Table 3.8-7). These values are in the range of values for silty sand, fine- to coarse-grained sand, and gravel (Heath 1987). The calculated transmissivity in the A-aquifer at Parcel E ranges from 1 to 6,172 square feet per day (see Table 3.8-7). The ranges in hydraulic conductivity and transmissivity are several orders of magnitude, indicating that the aquifer matrix is very heterogeneous. The A-aquifer consists primarily of Artificial Fill (including landfill), which is heterogeneous and varies from clay to silt to sand to gravel to boulder.

Thirteen constant-rate pumping tests were conducted on the A-aquifer at Parcel E. Table 3.8-8 summarizes the transmissivity, hydraulic conductivity, and storativity values calculated using the different methods for each test. Appendix C presents the methods used to conduct the tests and to analyze the drawdown and recovery data. The calculated storativity ranges from 0.003 to 0.42 (see Table 3.8-8). Most of calculated storativity values correspond to the storativity values for the unconfined aquifer (0.02 to 0.3) (Fetter 1988). The hydraulic conductivity ranges from 3.4 to 1,440 feet per day. The calculated hydraulic conductivity values based on pumping test results are in the range of values for silty sand and fine-grained sand to coarse-grained gravel (Heath 1987), indicating that the Artificial Fill that comprises the A-aquifer is very heterogeneous at Parcel E. The calculated transmissivity ranges from 44 to 15,900 square feet per day.

The groundwater average linear velocity was calculated based on the following formula (Darcy's Law):

$$V = -\frac{KI}{n}$$

DRAFT FINAL

CONFIDENTIAL                                                US_NAVY_02-001310218

where          $V$ is average linear velocity (feet per day)

               $K$ is hydraulic conductivity (unitless)

               $I$ is hydraulic gradient (feet per day)

               $n$ is effective porosity (feet per foot)

The calculated average linear velocity of Bayward groundwater flow in the A-aquifer at Parcel E ranges from (1) 0.00047 to 11.6 feet per day during the wet season, (2) 0.0021 to 9.4 feet per day during the dry season, and (3) 0.00047 to 8.2 feet per day during the transitional period. The calculated average linear velocity of eastward and northward (toward Parcel D) groundwater flow in the A-aquifer at Parcel E ranges from (1) 0.00019 to 11.7 feet per day during the wet season, (2) 0.00021 to 11.7 feet per day during the dry season, and (3) 0.00094 to 10.5 feet per day during the transitional period. These calculations were made based on the following parameters:

- Hydraulic conductivities of 0.0094 to 325 feet per day (from slug tests)

- The hydraulic gradient associated with groundwater flow toward San Francisco Bay ranges from (1) 0.002 to 0.01 during the wet season (based on groundwater levels measured in April 1996), (2) 0.0009 to 0.008 during dry season (based on groundwater levels measured in November 1995), and (3) 0.002 to 0.007 during the transitional period (based on groundwater levels measured in May 1995). Hydraulic gradient associated with groundwater flow toward Parcel D ranges from (1) 0.0008 to 0.01 during the wet season (based on groundwater levels measured in April 1996), (2) 0.0009 to 0.01 during the dry season (based on groundwater levels measured in November 1995), and (3) 0.004 to 0.009 during the transition period (based on groundwater levels measured in May 1995).

- Porosities of 28 to 40 percent (the effective porosity is assumed to be the same as the laboratory-tested porosity)

The calculated average linear velocities of A-aquifer groundwater for each IR site at Parcel E are presented in Table 3.8-9. Conductivities from the slug tests were used in this calculation because their abundance, distribution, and numerical range are more likely to represent the large variations present at HPS than the conductivities from more limited pumping tests. The porosity (28 to 40 percent) used in this calculation is the typical range of porosity for soil samples collected at HPS. The large variation in velocities reflect the heterogeneity of the A-aquifer. The average linear velocity of groundwater represents the rate at which groundwater moves through the pore spaces in an aquifer. Other predominant transport or attenuation mechanisms, such as retardation, dispersion, and partitioning characteristics, should be taken into account during the estimation of transport for solutes and nonaqueous-phase liquids (NAPL) in groundwater.

DRAFT FINAL

CONFIDENTIAL                                        US_NAVY_02-001310219

The TDS concentration of groundwater in the A-aquifer at Parcel E ranges from 109 to 77,000 mg/L, and TDS concentrations in the A-aquifer generally increase from inland to the shoreline, as shown in Figure 3.8-8. The TDS content in A-aquifer groundwater is generally greater than the RWQCB criterion for TDS in a drinking water source of 3,000 mg/L (see Table 3.8-10). The salinity of groundwater in the A-aquifer at Parcel E ranges from 0.28 to 31.8 part per thousand (ppt) (see Table 3.8-10).

### 3.8.3.2      B-Aquifer

The B-aquifer, consisting of the Undifferentiated Sedimentary Deposits, is present beneath most of Parcel E, but is absent in small portions of IR-02 Southeast, IR-04, IR-11/14/15, IR-56, and IR-72, and is absent at the entire IR-74 site. Nine monitoring wells have been installed in the B-aquifer at Parcel E (see Table 3.8-1). The B-aquifer generally is present beneath the Bay Mud aquitard, and is usually under a confined condition. At parts of IR-01/21, IR-05, IR-56, IR-72, IR-73, and IR-76, the A-aquifer may directly overlie the B-aquifer due to the absence of the Bay Mud aquitard at parts of these sites (see Figure 3.7-6).

Based on the groundwater levels measured at the nested A- and B-aquifer monitoring wells (IR01MW03A and IR01MW02B; IR01MW48A and IR01MW53B), vertical hydraulic gradient between the A- and B-aquifers is generally upward from the B- to A-aquifer; thus, groundwater in the B-aquifer may recharge the A-aquifer. Vertical hydraulic gradients between the A- and B-aquifer monitoring well pairs and the vertical distance between the midpoints of the screened intervals for a monitoring well pair. The vertical hydraulic gradient between the A- and B-aquifers at IR-01/21 ranges from (1) 0.33 (IR01MW03A and IR01MW02B) to 0.11 (IR01MW48A and IR01MW53B) during the wet season, (2) 0.009 (IR01MW03A and IR01MW02B) to 0.09 (IR01MW48A and IR01MW53B) during the dry season, and (3) 0.23 (IR01MW03A and IR01MW02B) to 0.12 (IR01MW48A and IR01MW53B) during the transition period.

Groundwater in the B-aquifer at Parcel E appears to flow radially in all directions during the wet season from a groundwater high at the north-central portion (IR01MW17B) of the site; the predominant flow directions appear to be to the south towards the Bay and to the east towards Parcel D (see Figure 3.8-9). Groundwater in the B-aquifer appears to flow predominantly to the south towards the Bay and to the east towards Parcel D during the dry season and the transition period. The horizontal hydraulic gradient associated with Bayward groundwater flow in the B-aquifer ranges from approximately 0.001 to 0.006 during the wet season and ranges from approximately 0.00005 to 0.001 during the dry season and the transition period (see Figures 3.8-10 and 3.8-11). The horizontal hydraulic gradient associated with

3-29

DRAFT FINAL

CONFIDENTIAL

groundwater flow to the east towards Parcel D is approximately 0.002 during the wet and dry seasons and 0.01 during the transition period.

The tidal influence monitoring was conducted at three B-aquifer monitoring wells (IR01MW02B, IR01MW17B, and IR01MW53B). The results of tidal influence monitoring indicated that the B-aquifer groundwater level at monitoring well IR01MW53B, located within 300 feet of the shoreline, was influenced by tidal fluctuations in the Bay (see Figure 3.8-7). The B-aquifer groundwater levels at the other two monitoring wells (IR01MW02B and IR01MW17B), which are located more than 500 feet from the shoreline, were not significantly influenced by tidal fluctuations in the Bay (see Figure 3.8-7).

Slug tests were performed at six B-aquifer monitoring wells (three monitoring wells at IR-01/21, and one each at IR-02 Northwest, IR-03, and IR-75) (see Table 3.8-7). The calculated hydraulic conductivity in the B-aquifer ranges from 0.83 to 6.69 feet per day. The calculated transmissivity in the B-aquifer at Parcel E ranges from 65 to 701 square feet day (see Table 3.8-7).

One constant pumping test was conducted at monitoring well IR01MW53B. Based on this pumping test, the estimated hydraulic conductivity of the B-aquifer is 14 feet per day, and the estimated transmissivity is 150 square feet per day. The storativity is not estimated because no observation well was used during this pumping test. In addition, monitoring well IR01MW02B was used as an observation well during a constant pumping test conducted at an A-aquifer monitoring well (IR01MW03A). The estimated hydraulic conductivity ranges from 11.7 to 14.8 feet per day, and transmissivity ranges from 199 to 251 square feet per day, based on the water-level drawdown and recovery observed at monitoring well IR01MW02B during the pumping test.

Using the hydraulic conductivities estimated from the slug test results, the hydraulic gradients given above, and the assumed porosity of 33 percent, the calculated average linear velocity for the Bayward groundwater flow in the B-aquifer ranges from (1) $2.5 \times 10^{-3}$ to 0.12 feet per day during the wet season, and (2) $1.3 \times 10^{-3}$ to 0.0020 feet per day during the dry season and transition period. The calculated linear velocity for groundwater flowing eastwards towards Parcel D in the B-aquifer ranges from (1) $5.0 \times 10^{-3}$ to $4.0 \times 10^{-2}$ to per day during the wet and dry seasons, and (2) $2.5 \times 10^{-2}$ to 0.20 feet per day during the transition period.

The TDS concentration of groundwater in the B-aquifer are in the range of 765 to 6,010 mg/L, except at one monitoring well (IR03MW210B). The TDS concentration of groundwater samples collected from monitoring well IR03MW210B ranges from 17,000 to 24,800 mg/L (see Table 3.8-10). Salinity of

DRAFT FINAL

CONFIDENTIAL                                              US_NAVY_02-001310221

groundwater varies from 0.79 to 2.3 ppt, based on groundwater samples collected from monitoring wells IR01MW02B and IR01MW53B. These values indicate that groundwater in the B-aquifer is not a suitable drinking water source, based on the Safe Drinking Water Act secondary maximum contaminant level (MCL) of 500 mg/L for TDS.

### 3.8.3.3        Bedrock Water-Bearing Zone

The bedrock water-bearing zone at Parcel E has not been fully characterized. Two monitoring wells are screened in the bedrock water-bearing zone: IR15MW09F and IR15MW10F, both located at IR-11/14/15. Groundwater level measurements at monitoring wells IR15MW09F and IR15MW10F are 8.73 and 8.25 feet bgs in April 1996 (wet season), 9.63 and 8.39 feet bgs in November 1995 (dry season), and 9.1 and 8.26 feet bgs in May 1995 (transition period). Groundwater levels are generally higher during the wet season than during the dry season, indicating that precipitation is one of the indirect recharge sources of the bedrock water-bearing zone. The groundwater level in the bedrock water-bearing zone was not contoured because of the uncertainty associated with the continuity of the water-bearing zone and the lack of data points.

Tidal influence monitoring was conducted at monitoring well IR15MW10F, and the results indicated that the groundwater level in the bedrock water-bearing zone at the location is influenced by tidal fluctuations in the Bay (see Figure 3.8-7). This influence is probably the result of the absence of the Bay Mud aquitard and B-aquifer, and because the bedrock water-bearing zone at this location is in direct hydraulic communication with the overlying A-aquifer.

Slug tests were performed at two monitoring wells screened in the bedrock water-bearing zone at IR-11/14/15 (see Appendix C). The calculated hydraulic conductivities in the bedrock water-bearing zone were 0.12 and 0.34 feet per day (see Table 3.8-7). The transmissivity was not calculated because the saturated thickness of the bedrock water-bearing zone is unknown. No constant-rate pumping tests were conducted in the bedrock water-bearing zone.

The average linear velocity of groundwater in the bedrock water-bearing zone was not calculated due to a lack of monitoring wells screened in this zone.

The TDS concentration in groundwater from monitoring wells IR15MW09F and IR15MW10F, which are screened in the bedrock water-bearing zone, is from 2,140 to 7,480 mg/L and salinity is from 1.7 to 6.3 ppt (see Figure 3.8-8 and Table 3.8-10).

DRAFT FINAL

CONFIDENTIAL                                          US_NAVY_02-001310222

3.9        **GROUNDWATER USE AND POTENTIAL DEVELOPMENT**

The potential for future groundwater development in San Francisco is limited but is most promising in the westside groundwater basins where thicker alluvium is located beneath residential, nonurbanized, and nonindustrial land.  The Bayside Islais Valley and South Groundwater Basins have an estimated total amount of groundwater available for development of less than 2,000 acre-feet per year and less than 700 acre-feet per year, respectively (CH2M Hill 1993).

It is unlikely for HPS to be used as a groundwater source because HPS is removed from the more potentially productive valley bottom of the Islais Valley Groundwater Basin to the west.  HPS is dominated by bedrock, a thin alluvial aquifer, Bay Mud Deposits aquitard, and Artificial Fill (unlikely to developed as an aquifer).  Additional, HPS has a relatively low freshwater recharge rate because of its high bedrock elevations compared to other areas.  HPS also has a thin, tidally and salinity impacted (sea water intrusion), alluvial aquifer that is also not likely to attract groundwater development.  It is unlikely that any of the water-bearing zones at HPS will be used as a groundwater source because at HPS, bedrock is overlain by a thin aquifer, the Bay Mud Deposits aquitard, and Artificial Fill, which do not produce sufficient yield for groundwater development.  A more readily available and better quality water source is available through the Hetch-Hetchy distribution system.

No groundwater or surface water at HPS are currently used for domestic drinking water (NEESA 1984). The City and County of San Francisco supplies approximately 8,049 million gallons per day (mgd) of surface water from the Sierra Nevada Mountain Range by the Hetch-Hetchy distribution system to HPS for drinking water and industrial uses (Pacific Group 1993).

3.10       **CONCEPTUAL SITE MODEL**

This section presents the site conceptual model for Parcel E, addressing potential sources, affected media and migration pathways, and contaminant exposure points and receptors.  The site conceptual model was developed to evaluate the data quality objectives for the Parcel E RI (see Figure 3.10-1).  The RI objectives for Parcel E provide a framework for understanding the sources of contamination, potential migration pathways, and potential human and ecological receptors.  This model is a synthesis of the interpretations developed by the Navy and the BCT through previous investigations at the site.

DRAFT FINAL

CONFIDENTIAL                          US_NAVY_02-001310223

**3.10.1        Potential Sources of Contamination**

Potential sources of contamination include those sites where contaminants could have been placed, spilled, or leaked.  Parcel E was part of a mixed use and industrial area supporting HPS and NRDL (see Table 3.2-1).  The primary sources of potential contamination are industrial operations such as landfill, NRDL laboratories, woodworking, and a scrap yard; USTs; ASTs; electrical substations; and utilities such as the steam line system, fuel distribution lines, the storm drain system, and the sanitary sewer system.  The nature and extent of contamination from the primary sources are discussed in detail in Sections 4.2 through 4.27.  Secondary sources of potential contamination are the affected media such as air, unsaturated subsurface media, groundwater, sediment, surface water, and contaminated biota which have been potentially affected by primary sources.

**3.10.2        Potentially Affected Media and Migration Pathways**

Potentially affected media at Parcel E consist of air, unsaturated subsurface media, groundwater, sediment, surface water, and contaminated biota.  The affected media can also act as migration pathways.

Air quality could be potentially affected by volatilization of contaminants from soil or groundwater through asphalt, floors, or cracks in foundations and resuspension of contaminants in soil to air.  Based on the air sampling results (see Appendix D), the transport of contaminated, windblown dust is not generally considered to affect air quality.  Potential migration pathways of contaminants in air are surface deposition to soil and windblown transport of dust in air.

Unsaturated subsurface media include soil, weathered and unweathered bedrock, and artificial fill found in the unsaturated zone at Parcel E.  The quality of unsaturated subsurface media could be affected by placement, spillage, or leakage of contamination from a primary source directly to soil; surface deposition of contaminants in air; soil vapor; or adsorption from groundwater.  Primary migration pathways from contaminants in soil are leaching and desorption to groundwater, volatilization and resuspension of contaminants to air, and plant and animal intake.

Groundwater quality could be affected by placement, spillage, or leakage of contaminants from a primary source directly into groundwater, and leaching or desorption from soil.  Primary migration pathways are migration of groundwater into storm drains and sanitary sewers located below the water table, migration or discharge of groundwater into San Francisco Bay, and migration of groundwater along horizontal conduits such as utility trench bedding materials.  Contaminated groundwater would flow through

DRAFT FINAL

CONFIDENTIAL                                   US_NAVY_02-001310224

intergranular pore spaces or through fractures through soil and may flow through fractures or discontinuities in bedrock.

San Francisco Bay surface water and sediment quality may be affected by contaminated groundwater, effluent from the storm drain system, and the sanitary sewer system through discharge from the publicly owned treatment works located outside of HPS; surface runoff; windblown transport; or surface erosion. Potential interactions include deposition onto or sorption into sediment, infiltration downward into the soil, or volatilization. The quality of storm drain sediment may be affected by infiltration of groundwater or surface runoff, or surface erosion into the storm drain system. The sediment quality for the storm drain system is currently being addressed in an interim removal action.

Biota would be contaminated through exposure to contaminants in air, unsaturated subsurface media, groundwater, surface water, or sediments. The primary migration pathway of contamination in contaminated biota would be through food chain transfer.

### 3.10.3 Contaminant Exposure Points and Receptors

A working model of potential contaminant pathways and receptors is presented in Figure 3.10-1. The potential contaminant pathways are the following:

- Air
- Groundwater
- Unsaturated subsurface media
- Sediments
- Surface water
- Biota

The potential routes for human exposure are ingestion, inhalation, and dermal contact. The potential routes for animal receptors are ingestion, respiration, and dermal contact. The potential routes for plant receptors are root uptake and surface deposition.

The potential receptors are the following:

- Adult and child residents
- On-site workers
- On- and off-site recreational populations and visitors
- On- and off-site aquatic and terrestrial plants and animals

DRAFT FINAL

CONFIDENTIAL

US_NAVY_02-001310225

The contaminant sources, primary and secondary release mechanisms, exposure pathways for human receptors, and exposure pathways for the ecological receptors are discussed for each IR site in Sections 4.2 through 4.27. The contaminant fate and transport are also discussed in Appendix O. The exposure pathways for ecological and human receptors are also in Appendices F and N, respectively.

CONFIDENTIAL                                  US_NAVY_02-001310226

**TABLES**

DRAFT FINAL

US_NAVY_02-001310227

## 5.0     SUMMARIES AND RECOMMENDATIONS

This section summarizes the results of the Parcel E RI and presents recommendations for further action. Section 5.1 summarizes the results of the HHRA, radiation risk assessment, and ERA, and briefly summarizes the nature and extent of contamination in soil and groundwater for each IR site. Section 5.2 presents the types of contaminants detected at concentrations exceeding the screening criteria in soil and groundwater at each IR site, and discusses the presence of DNAPLs and radium-containing devices at Parcel E. The parcel-wide distribution of contaminants is summarized in Section 5.3. Section 5.4 discusses soil and groundwater conditions along the boundaries of Parcel E and the potential for contaminants to migrate from Parcel E to other parcels, off-site areas, or San Francisco Bay. A review of the site conceptual model is presented in Section 5.5. Section 5.6 identifies the potential data gaps that may remain at Parcel E, and Section 5.7 presents recommendations for further action at Parcel E. The details of soil and groundwater remediation will be addressed in the draft Parcel E FS, which will be issued in September 1997.

Parcel E occupies approximately 135 acres of shoreline and lowland coast in the southern portion of the HPS peninsula. Parcel E is bounded by San Francisco Bay to the south and east, Parcel A to the north, and Parcel D to the north and east. The Parcel E shoreline was entirely developed from Artificial Fill. The local geology consists of Franciscan Complex basement bedrock typically overlain by Undifferentiated Sedimentary Deposits up to 220 feet thick. Bay Mud Deposits, which generally overlie Undifferentiated Sedimentary Deposits, are contiguous beneath Parcel E except near a bedrock high known as Shag Rock and in isolated areas at IR-01/21; the Bay Mud Deposits range in thickness from 0 feet up to 75 feet. Undifferentiated Upper Sand Deposits are scattered in occurrence and overlie or are interfingered with the Bay Mud Deposits. Artificial Fill overlies all of the naturally occurring units and ranges in thickness from 0 feet up to 60 feet.

Historically, Parcel E was a mixed use and industrial area supporting HPS shipping and ship repair activities. The shoreline sites were used for storage of construction and industrial materials, as well as the disposal of industrial waste and construction debris. In addition, the NRDL used many Parcel E buildings during the 1950s and 1960s (see Table 3.2-1). HPS was deactivated in 1974 and remained relatively unused until 1976, when the Navy leased most of HPS to Triple A, a private ship repair company. Triple A remained on the site until 1986.

On June 2, 1994, the Citizen's Advisory Committee considered several alternative land-use plans for HPS. The preferred alternative was the Education and Arts alternative. This plan was reviewed by the Bay

CONFIDENTIAL                                        US_NAVY_02-001311572

Conservation and Development Commission and revisions were made by the Office of Military Base Conversion on November 1, 1994. The reuse plan was submitted to the San Francisco Board of Supervisors in March 1995 and was endorsed as the preferred alternative plan (San Francisco Board of Supervisors' Resolution 49-95). The community reuse plan has since been updated to include refinements to the areas previously slated for future development and mixed use, and port priority areas designated for maritime use. Figure 4.0-3 shows the current reuse plan for HPS from the SFRA as of November 26, 1996 (SFRA 1996).

The site designation "IR" denotes an installation restoration site that has proceeded to the remedial level of investigation. To evaluate the nature and extent of contaminants at Parcel E, RIs were conducted at the following IR sites: IR-01/21, IR-02 Northwest, IR-02 Central, IR-02 Southeast, IR-03, IR-04, IR-05, IR-11/14/15, IR-12, IR-13, IR-38, IR-39, IR-40, IR-52, IR-54, IR-56, IR-72, IR-73, IR-74, IR-75, and IR-76. RIs were also conducted at facility-wide sites IR-45 (steam line system), IR-47 (fuel distribution line system), IR-50 (storm drain and sanitary sewer systems), and IR-51 (former transformer locations).

Several interim removal actions were performed at Parcel E. Completed removal actions consist of the following:

- Two USTs (S-801 and S-802) at IR-72 were closed in place in 1991 during the Phase I UST program at HPS (PRC 1994b). Each 10,000-gallon steel tank used to store gasoline.

- An AST (Tank S-505) at IR-02 Southeast was removed in 1993; a berm, a pump station, and associated piping and equipment were also removed (HLA 1994a). The 630,000-gallon fuel storage tank was approximately 67 feet in diameter and 25 feet high. The Navy stored fuel oil in the tank and Triple A reportedly pumped waste oil from ships under repair into Tank S-505.

- Sediment and debris were removed from storm drain lines and catch basins in 1997; manholes were also removed and the storm drain lines were jetted clean with high pressure water (PRC 1996f). Sediment, debris, and water generated during the removal action were collected and removed from the downstream manhole or catch basin of each storm drain reach; the solid material was disposed of off site and the water was discharged to the CCSF sewage treatment plant.

- Approximately 4,910 tons of sandblast waste, generated throughout HPS, was consolidated in Parcel E in 1995 (Battelle 1996). The waste was sent to an asphalt plant, where it was reused in the manufacture of asphalt.

- An exploratory excavation (Site EE-18) was performed at IR-11/14/15 in 1997 (see Section 4.9). Approximately 36 cubic yards of soil containing arsenic and mercury was excavated from a 10-foot by 25-foot area to a depth of 6 feet bgs.

DRAFT FINAL

CONFIDENTIAL                                   US_NAVY_02-001311573

- Approximately 69 gallons of product floating on the water table was recovered from four monitoring wells at IR-03 in 1991 (HLA 1991a; 1992g).

- Forty-eight transformers stored in the Building 524 yard at IR-13 were removed and disposed of off site in 1988 (HLA 1990a). The original locations of the 48 transformers stored near Building 524 were not identified.

Two ongoing removal actions consist of the following:

- Groundwater at IR-01/21 will be contained with a wall of sheet piles approximately 600 feet long (PRC 1996h). Groundwater mounding will be prevented and hydraulic control will be maintained by extracting groundwater from the landward side of the sheet pile wall. Extracted groundwater will be discharged to the CCSF sewage treatment plant.

- A sheet pile wall approximately 800 feet long will be installed along the shoreline at IR-03 to contain contaminated groundwater and floating product, and to reduce the threat of contaminant migration to the Bay (PRC 1996i).

## 5.1      IR SITE SUMMARIES

The following sections briefly summarize the RI results for each site. For each IR site, the results of the HHRA, radiation risk assessment, and ERA are presented along with a summary of the nature and extent of hazardous substances in soil and groundwater. Schematic representations of portions of Parcel E are shown in Figures 5.1-1A through 5.1-1C. Figure 5.1-1A depicts IR-01/21; Figure 5.1-1B depicts IR-02 Northwest, IR-04, and IR-12; and Figure 5.1-1C depicts IR-03 and IR-11/14/15.

The first paragraph of each section lists the compounds which exceed the soil screening criteria, the COPCs in soil under the current and future industrial land-use scenario and the COPCs in soil under the future residential land-use scenario. The COPCs in soil under the future residential land-use scenario are based on exceedances of the ELCR or HI criteria, as well as lead exceeding hazardous concentrations according to EPA's biokinetic uptake model (see Figure 5.1-2). For the purpose of this discussion, soil samples collected between 0 and 2 feet bgs will be referred to as surface soil samples and soil samples collected at depths of 2 feet bgs or more will be referred to as subsurface soil samples. Table 5.1-1 summarizes the number of industrial exposure areas in which risks from soil exceed the points of departure for soils under the future industrial land-use scenario at each IR site. Table 5.1-2 summarizes the number of residential exposure areas in which risks from soil exceed the points of departure for soils under the future residential land-use scenario at each IR site.

The second paragraph of each section summarizes the nature and extent of hazardous substances and petroleum hydrocarbons exceeding the screening criteria in soil. The presence of petroleum

CONFIDENTIAL                                    US_NAVY_02-001311574

hydrocarbons in soil will be evaluated further in the petroleum corrective action plan (CAP), which is currently in progress and scheduled to be completed by mid to late 1998.

The third paragraph of each section summarizes the results of the risk assessment for A-aquifer groundwater, which evaluated the potential for VOC vapors to migrate from A-aquifer groundwater into on-site buildings. The risk assessment did not evaluate groundwater from the A-aquifer, B-aquifer, or bedrock water-bearing zone as drinking water sources due to the naturally high TDS values.

The fourth paragraph of each section summarizes the nature and extent of hazardous substances and petroleum hydrocarbons exceeding the screening criteria in groundwater. Petroleum hydrocarbons in groundwater will be evaluated further in the petroleum CAP.

For sites where a terrestrial ERA was conducted, the fifth paragraph of each section summarizes the results; these sites are IR-01/21, IR-02 Northwest, IR-02 Central, IR-02 Southeast, IR-03, IR-04, IR-05, IR-11/14/15, IR-12, IR-38, IR-39, IR-54, IR-72, and IR-76.

For sites where a radiation risk assessment was conducted, the last paragraph of each section summarizes the results; these sites are IR-01/21, IR-02 Northwest, IR-02 Central, IR-02 Southeast, and IR-11/14/15.

### 5.1.1        IR-01/21:  Industrial Landfill (Triple A Sites 1 and 16)

Metals, SVOCs, PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in soil samples collected at IR-01/21. COPCs in soil under the current industrial land-use scenario are arsenic, beryllium, PAHs, and Aroclor-1260. COPCs in soil contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future industrial land-use scenario are arsenic, beryllium, hexavalent chromium, 1,4-dichlorobenzene, PAHs, pentachlorophenol, 3,3'-dichlorobenzidine, Aroclor-1242, Aroclor-1254, and Aroclor-1260. COPCs contributing to a total segregated HI in at least one exposure area under the future industrial land-use scenario are antimony, copper, vanadium, and Aroclor-1016. COPCs contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future residential land-use scenario are arsenic, beryllium, hexavalent chromium, benzene, 1,4-dichlorobenzene, methylene chloride, PAHs, pentachlorophenol, n-nitrosodiphenylamine, aldrin, 4,4'-DDT, 4,4'-DDD, 4,4'-DDE, Aroclor-1016, Aroclor-1242, Aroclor-1254, and Aroclor-1260. COPCs contributing to a total segregated HI exceeding 1 in at least one exposure area under the future residential land-use scenario are antimony, cadmium, copper, cyanide, manganese, mercury, molybdenum, nickel, vanadium, zinc, PAHs, 4-methylphenol, and Aroclor-1254. Lead was detected at concentrations

DRAFT FINAL

CONFIDENTIAL                                          US_NAVY_02-001311575

exceeding the residential land-use scenario concentration of concern (169 mg/kg) in 19 soil samples collected at depths between 0 to 10 feet bgs.

Seventeen metals and hexavalent chromium were detected at concentrations exceeding the screening criteria in surface or subsurface soil at IR-01/21. The presence of arsenic, beryllium, barium, manganese, nickel, selenium, and vanadium is likely unrelated to wastes disposed of in the Industrial Landfill. The source of these metals is unknown. The presence of antimony, copper, cadmium, chromium, lead, mercury, molybdenum, silver, and zinc at IR-01/21, however, is probably related to wastes disposed of in the Industrial Landfill. PAHs were detected at concentrations exceeding the screening criteria in soil samples collected from within and outside of the extent of the Industrial Landfill. The presence of PAHs at IR-01/21 is possibly due to (1) disposal of waste fuels in the Industrial Landfill before and after a cover was placed on the landfill, (2) use of waste fuel and waste oil as a dust suppressant, or (3) releases from uncovered, deteriorating drums stored by Triple A. PCBs were detected at concentrations exceeding the screening criteria in soil samples collected from within and outside of the extent of the Industrial Landfill. The presence of PCBs in the Industrial Landfill is probably due to the disposal of waste oil containing PCBs in the Industrial Landfill. The presence of PCBs outside of the Industrial Landfill is possibly due to the use of waste oil containing PCBs as a dust suppressant. The petroleum hydrocarbons TPH-g, TPH-d, and TPH-mo were detected at concentrations exceeding their respective screening criteria in soil samples collected from within the Industrial Landfill and in the eastern portion of the site. The presence of these petroleum hydrocarbons is not directly related to wastes disposed of in the Industrial Landfill.

Metals, VOCs, SVOCs, pesticides and PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in A-aquifer groundwater samples collected at IR-01/21 and metals were detected at concentrations exceeding the screening criteria in B-aquifer groundwater samples collected at IR-01/21. A-aquifer groundwater contained concentrations of VOCs in 22 industrial and 22 residential exposure areas. However, the potential adverse health effects associated with potential exposures to VOCs through inhalation of indoor air are expected to be insignificant at IR-01/21 because the modeled indoor air concentrations of these VOCs are less than their respective EPA Region IX ambient air PRGs. B-aquifer groundwater data are available for five industrial and five residential exposure areas. COPCs contributing to ELCRs exceeding $1 \times 10^{-6}$ or total segregated HI exceeding 1 in at least one exposure area under the future industrial and residential land-use scenarios are antimony, arsenic, beryllium, cadmium, hexavalent chromium, manganese, nickel, carbon tetrachloride, and trichloroethene. Total ELCRs in the five exposure areas in which carcinogenic COPCs were detected range from $4 \times 10^{-5}$ in exposure area 040100 to $1 \times 10^{-3}$ in exposure area 019084. Of the five exposure

DRAFT FINAL

CONFIDENTIAL                                              US_NAVY_02-001311576

areas for which B-aquifer groundwater data are available, total segregated HIs equal or exceed 1 in three exposure areas under the child residential scenario and one exposure area under the adult residential. No groundwater samples were collected from the bedrock water-bearing zone at IR-01/21; therefore, an HHRA was not conducted for this aquifer.

The maximum concentrations for the 14 metals detected at concentrations exceeding the screening criteria in A-aquifer groundwater at IR-01/21 were distributed among six monitoring wells. With the exception of copper, chromium, lead, and nickel, the distributions of these metals do not appear to be related to each other nor does their distribution appear to be indicative of a release. The presence of copper, chromium, lead, and nickel is not entirely related to the Industrial Landfill, but their presence is possibly due to a combination of (1) wastes disposed of in the Industrial Landfill, (2) sandblast waste used as fill material, or (3) soil containing copper used as fill material throughout IR-01/21. Benzene and PCBs were detected at concentrations exceeding the screening criteria in groundwater samples collected from monitoring wells in the Industrial Landfill and in the southeast corner of the site, outside of the Industrial Landfill. The presence of these compounds in groundwater in the Industrial Landfill is due to wastes disposed of in the landfill, and the presence of benzene and PCBs in groundwater in the southeast corner of the site is not related to the Industrial Landfill and is probably due to an off-site source. The SVOC 1,4-dichlorobenzene was detected in groundwater samples collected from the Industrial Landfill and its presence is probably due to wastes disposed of in the Industrial Landfill. Petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in the southeast corner of the site, and their presence is probably due to an off-site source. In groundwater samples collected from the B-aquifer, the metals arsenic, beryllium, cadmium, chromium, hexavalent chromium, lead, and manganese were detected at concentrations exceeding their respective screening criteria. However, the presence of these metals is probably not due to the Industrial Landfill and their distribution and concentrations are not indicative of a release.

Ecological COPCs identified during the terrestrial ERA at IR-01/21 are antimony, arsenic, barium, beryllium, cadmium, cobalt, copper, lead, manganese, mercury, molybdenum, nickel, selenium, silver, thallium, zinc, dibenzofuran, HMW PAHs, LMW PAHs, total chlordane, total DDT, and total PCBs. Most of these COPCs were ranked in Category 2, representing potential risks to the representative terrestrial ecological receptors, the deer mouse and American kestrel. Beryllium, mercury, silver, thallium, total chlordane, total DDT, HMW PAHs, and LMW PAHs for the deer mouse and silver and thallium for the American kestrel were classified as Category 1, indicating they are unlikely to pose a risk to the given receptor. Based on the COPC-specific categorizations, ecological COPCs in surface soil

DRAFT FINAL

CONFIDENTIAL                                              US_NAVY_02-001311577

pose an uncertain but not a significant, immediate risk to terrestrial ecological receptors at IR-01/21. IR-01/21 is a Category 2 site.

During the radiation risk assessment for IR-01/21, total ELCRs for radium-226 and its daughters in soil were assessed separately from ELCRs for radon-222 gas because risk associated with the inhalation of radon-222 is relevant only if buildings are constructed in the contaminated areas. Total ELCRs for radium-226 equal or exceed $1 \times 10^{-6}$ in all 11 exposure areas evaluated for the RME case under the future residential land-use scenario. Total ELCRs for radium-226 are less than $1 \times 10^{-6}$ for all five exposure areas evaluated for the RME case under the future industrial land-use scenario. Radon-222 ELCRs equal or exceed $1 \times 10^{-6}$ in all 11 exposure areas evaluated for the RME case under the future residential land-use scenario. Radon-222 ELCRs are less than $1 \times 10^{-6}$ for all five exposure areas evaluated for the RME case under the future industrial land-use scenario.

## 5.1.2      IR-02 Northwest: Bay Fill Area (Triple A Sites 2 and 14)

Metals, VOCs, SVOCs, pesticides and PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in soil samples collected at IR-02 Northwest. COPCs in soil under the current industrial land-use scenario are arsenic, beryllium, PAHs, Aroclor-1254, and Aroclor-1260. COPCs in soil contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future industrial land-use scenario are arsenic, beryllium, vinyl chloride, PAHs, aldrin, Aroclor-1254, and Aroclor-1260. COPCs contributing to a total segregated HI in at least one exposure area under the future industrial land-use scenario are antimony and copper. COPCs contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future residential land-use scenario are arsenic, beryllium, hexavalent chromium, nickel, benzene, trichloroethene, tetrachloroethene, vinyl chloride, PAHs, pentachlorophenol, aldrin, 4,4'-DDE, 4,4'-DDD, 4,4'-DDT, Aroclor-1254, and Aroclor-1260. COPCs contributing to a total segregated HI exceeding 1 in at least one exposure area under the future residential land-use scenario are antimony, barium, cadmium, copper, cyanide, manganese, mercury, molybdenum, nickel, silver, vanadium, zinc, trichloroethene, noncarcinogenic PAHs, 4,4'-DDT, aldrin, and Aroclor-1254. Lead concentrations did exceed the residential scenario concentration of concern (169 mg/kg) in 23 soil samples collected at depths between 0 and 10 feet bgs.

Seventeen metals and hexavalent chromium were detected in soil samples at concentrations exceeding the screening criteria at widespread locations and varying depths throughout the site, with the maximum concentrations detected in samples collected at the Triple A sites and disposal dump area. The presence of these metals is likely due to the disposal of industrial debris in these areas as well as the use of

DRAFT FINAL

CONFIDENTIAL

serpentinite bedrock, sandblast waste, and other materials as Artificial Fill.  The presence of vinyl chloride at a concentration exceeding the screening criteria in one subsurface soil sample collected from Triple A Site 14 was an isolated occurrence.  PAHs, Aroclor-1260, TPH-g, and TPH-d were detected in soil samples at concentrations exceeding their respective screening criteria primarily at the Triple A sites and disposal dump area; their presence is likely due to the disposal of industrial debris in these areas.

Metals, VOCs, SVOCs, pesticides and PCBs, petroleum hydrocarbons, and anions were detected at concentrations exceeding the screening criteria in groundwater samples collected at IR-02 Northwest. A-aquifer groundwater contained concentrations of VOCs in five industrial and five residential exposure areas.  However, the potential adverse health effects associated with potential exposures to VOCs through inhalation of indoor air are expected to be insignificant at IR-02 Northwest because the modeled indoor air concentrations of these VOCs are less than their respective EPA Region IX ambient air PRGs. B-aquifer groundwater data are available for the industrial exposure area AN37 and the residential exposure area 055109.  COPCs contributing to ELCRs exceeding $1 \times 10^{-6}$ or total segregated HIs exceeding 1 in at least one exposure area under the future industrial and residential land-use scenarios are arsenic and manganese.  No groundwater samples were collected from the bedrock water-bearing zone at IR-02 Northwest; therefore, an HHRA was not conducted for this aquifer.

Sixteen metals were detected at concentrations exceeding the screening criteria in A-aquifer groundwater and three metals were detected at concentrations exceeding the screening criteria in B-aquifer groundwater at IR-02 Northwest.  The presence of these metals in groundwater at IR-02 Northwest is likely related to their presence in soils at the site.  The VOCs benzene, trichloroethene, tetrachloroethene, and vinyl chloride were detected at concentrations exceeding their respective screening criteria in A-aquifer groundwater collected from monitoring wells at Triple A Site 14; the presence of VOCs in groundwater in this area may be due to the disposal of industrial debris.  Isolated detections of PAHs, pentachlorophenol, and pesticides at concentrations exceeding their respective screening criteria occurred infrequently in A-aquifer groundwater collected from monitoring wells at the Triple A sites.  The PCBs Aroclor-1254 and Aroclor-1260 were detected at concentrations exceeding their respective screening criteria in A-aquifer groundwater collected from monitoring wells primarily at the Triple A sites.  The detection of fluoride at a concentration exceeding the screening criteria in A-aquifer groundwater is an isolated occurrence.

Ecological COPCs identified during the terrestrial ERA at IR-02 Northwest are antimony, arsenic, barium, beryllium, cadmium, cobalt, copper, lead, manganese, mercury, molybdenum, nickel, selenium, silver, zinc, dibenzofuran, HMW PAHs, LMW PAHs, total chlordane, total DDT, and total PCBs.  Most

5-8

DRAFT FINAL

of these COPCs were ranked in Category 2, representing potential risks to the representative terrestrial ecological receptors, the deer mouse and the American kestrel. Beryllium, silver, total chlordane, total DDT, and LMW PAHs for the deer mouse and silver for the American kestrel were classified as Category 1, indicating they are unlikely to pose a risk to the given receptor. Based on the COPC-specific categorizations, ecological COPCs in surface soil pose an uncertain but not a significant, immediate risk to terrestrial ecological receptors at IR-02 Northwest. IR-02 Northwest is a Category 2 site.

During the radiation risk assessment for IR-02 Northwest, total ELCRs for radium-226 and its daughters in soil were assessed separately from ELCRs for radon-222 gas because risk associated with the inhalation of radon-222 is relevant only if buildings are constructed in the contaminated areas. Total ELCRs for radium-226 equal or exceed $1 \times 10^{-6}$ in all 112 exposure areas evaluated for the RME case under the future residential land-use scenario. Total ELCRs for radium-226 equal or exceed $1 \times 10^{-6}$ for nine of the 21 exposure areas evaluated for the RME case under the future industrial land-use scenario. Radon-222 ELCRs equal or exceed $1 \times 10^{-6}$ in all 112 exposure areas evaluated for the RME case under the future residential land-use scenario. Radon-222 ELCRs equal or exceed $1 \times 10^{-6}$ for 14 of the 21 exposure areas evaluated for the RME case under the future industrial land-use scenario.

### 5.1.3    IR-02 Central:  Bay Fill Area (Triple A Sites 18 and 19) and Building 600

Metals, SVOCs, pesticides and PCBs, petroleum hydrocarbons, and dioxins were detected at concentrations exceeding the screening criteria in soil samples collected at IR-02 Central. COPCs in soil under the current industrial land-use scenario are arsenic, beryllium, PAHs, Aroclor-1260, HpCDDs (total), and OCDD. COPCs in soil contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future industrial land-use scenario are antimony, arsenic, beryllium, PAHs, aldrin, and Aroclor-1260. The COPC contributing to a total segregated HI in at least one exposure area under the future industrial land-use scenario is antimony in exposure area AP38. COPCs contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future residential land-use scenario are arsenic, beryllium, hexavalent chromium, benzene, 1,4-dichlorobenzene, trichloroethene, tetrachloroethene, PAHs, pentachlorophenol, aldrin, 4,4'-DDD, 4,4'-DDE, 4,4'-DDT, Aroclor-1254, Aroclor-1260, OCDD, HpCDD (total), and 1,2,3,4,6,7,8-HpCDD. COPCs contributing to a total segregated HI exceeding 1 in at least one exposure area under the future residential land-use scenario are aluminum, antimony, arsenic, copper, manganese, mercury, vanadium, zinc, aldrin, Aroclor-1254, and noncarcinogenic PAHs. Lead concentrations did exceed the residential scenario concentration of concern (169 mg/kg) in 13 soil samples collected at depths between 0 and 10 feet bgs.

DRAFT FINAL

CONFIDENTIAL                                                          US_NAVY_02-001311580

Sixteen metals were detected in soil samples at concentrations exceeding the screening criteria at widespread locations and varying depths throughout the site, with the maximum concentrations detected at the Triple A sites, the former firing range, and the area of surficial sandblast waste in the northwestern portion of the site. With the exception of lead, which may be related to petroleum hydrocarbons, the metals present at IR-02 Central do not appear to be related to the presence of organic constituents at the site. PAHs were detected at concentrations exceeding the screening criteria in three main areas: (1) surface soil at the former firing range, (2) the uppermost 3.25 feet of soil at Triple A Site 18, and (3) the uppermost 3 feet of soil in an area south of Triple A Site 19. The presence of PAHs in these areas may be related to the disposal of industrial debris or to the dumping of liquid waste from Tank S-505 onto surface soil at IR-02 Central (see Section 4.5). The presence of the pesticides 4,4'-DDD and aldrin at concentrations exceeding the screening criteria are isolated occurrences. Aroclor-1260 was detected at concentrations exceeding the screening criteria in soil samples collected to depths of 6.75 feet bgs in three main areas: (1) at and near the eastern end of Triple A Site 18, (2) around Triple A Site 19, and (3) near the former firing range; the presence of this PCB may be related to dumping of liquid waste in these areas. The petroleum hydrocarbons TPH-g, TPH-d, TPH-mo, and TRPH were detected at concentrations exceeding their respective screening criteria in soil samples collected to depths of 6.25 feet bgs at and southeast of Triple A Site 19; the presence of these petroleum hydrocarbons is likely due to the dumping of fuels and other liquid waste at the site. Dioxins were detected at concentrations exceeding the screening criteria in surface soil samples collected east of Triple A Site 19. The source of these dioxins is likely combustion by-products dispersed by the wind.

Metals, VOCs, SVOCs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in A-aquifer groundwater samples collected at IR-02 Central. A-aquifer groundwater contained concentrations of VOCs in four industrial and four residential exposure areas. However, the potential adverse health effects associated with potential exposures to VOCs through inhalation of indoor air are expected to be insignificant at IR-02 Central because the modeled indoor air concentrations of these VOCs are less than their respective EPA Region IX ambient air PRGs. No groundwater samples were collected from the B-aquifer or bedrock water-bearing zone at IR-02 Central; therefore, an HHRA was not conducted for these aquifers.

Sixteen metals were detected at concentrations exceeding the screening criteria in groundwater at IR-02 Central; the maximum concentrations of 11 of these metals were detected in monitoring wells along the southern shoreline. The presence of these metals in groundwater is likely related to their presence in soils at the site. The presence of all organic constituents (VOCs, SVOCs, and petroleum hydrocarbons) in

DRAFT FINAL

CONFIDENTIAL                    US_NAVY_02-001311581

groundwater at concentrations exceeding their respective screening criteria are isolated occurrences not indicative of groundwater contamination at IR-02 Central.

Ecological COPCs identified during the terrestrial ERA at IR-02 Central are antimony, arsenic, barium, beryllium, cadmium, cobalt, copper, lead, manganese, mercury, molybdenum, nickel, selenium, silver, thallium, zinc, dibenzofuran, HMW PAHs, LMW PAHs, total DDT, total PCBs, and polychlorinated dioxins and furans. Most of these COPCs were ranked in Category 2, representing potential risks to the representative terrestrial ecological receptors, the deer mouse and American kestrel. Beryllium, silver, thallium, total DDT, and LMW PAHs for the deer mouse and silver and thallium for the American kestrel were classified as Category 1, indicating they are unlikely to pose a risk to the given receptor. Based on the COPC-specific categorizations, ecological COPCs in surface soil pose an uncertain but not a significant, immediate risk to terrestrial ecological receptors at IR-02 Central. IR-02 Central is a Category 2 site.

During the radiation risk assessment for IR-02 Central, total ELCRs for radium-226 and its daughters in soil were assessed separately from ELCRs for radon-222 gas because risk associated with the inhalation of radon-222 is relevant only if buildings are constructed in the contaminated areas. Total ELCRs for radium-226 equal or exceed $1 \times 10^{-6}$ in all 11 exposure areas evaluated for the RME case under the future residential land-use scenario. Total ELCRs for radium-226 are less than $1 \times 10^{-6}$ for all four exposure areas evaluated for the RME case under the future industrial land-use scenario. Radon-222 ELCRs equal or exceed $1 \times 10^{-6}$ in all 11 exposure areas evaluated for the RME case under the future residential land-use scenario. Radon-222 ELCRs equal or exceed $1 \times 10^{-6}$ for two of the four exposure areas evaluated for the RME case under the future industrial land-use scenario.

## 5.1.4    IR-02 Southeast:  Bay Fill Area (Triple A Site 13) and Tank S-505

Metals, SVOCs, pesticides and PCBs, dioxins, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in soil samples collected at IR-02 Southeast. COPCs in soil under the current industrial land-use scenario are arsenic, beryllium, PAHs, dieldrin, Aroclor-1254, Aroclor-1260, 1,2,3,4,6,7,8-HpCDD, HpCDD (total), and OCDD. COPCs in soil contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future industrial land-use scenario are arsenic, beryllium, PAHs, aldrin, dieldrin, heptachlor epoxide, Aroclor-1248, Aroclor-1254, Aroclor-1260, HpCDDs (total), and OCDD. The COPC contributing to a total segregated HI in the one exposure area under the future industrial land-use scenario is Aroclor-1254. COPCs contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future residential land-use scenario are arsenic, beryllium,

DRAFT FINAL

CONFIDENTIAL                                                  US_NAVY_02-001311582

hexavalent chromium, PAHs, 1,2-dichloroethane, beta-BHC, 4,4'-DDT, dieldrin, aldrin, heptachlor epoxide, heptachlor, and Aroclor-1260.  COPCs contributing to a total segregated HI exceeding 1 in at least one exposure area under the future residential land-use scenario are antimony, arsenic, cadmium, copper, manganese, mercury, molybdenum, vanadium, zinc, 4-methylphenol, noncarcinogenic PAHs, 4,4'-DDT, aldrin, dieldrin, heptachlor epoxide, and Aroclor-1254.  Lead concentrations did exceed the residential scenario concentration of concern (169 mg/kg) in seven soil samples collected at depths between 0 and 10 feet bgs.

Eighteen metals and hexavalent chromium were detected in soil samples at concentrations exceeding the screening criteria at widespread locations and varying depths throughout the site, with the maximum concentrations detected in the former burn area and the former location of Tank S-505.  The presence of these metals may be related to spills and leaks of waste oil from Tank S-505, debris from refuse burned in the former burn area, or the use of sandblast waste and other materials as Artificial Fill at IR-02 Southeast.  PAHs were detected in soil samples at concentrations exceeding the screening criteria at widespread locations and varying depths throughout IR-02 Southeast; the presence of these PAHs may be related to materials used as Artificial Fill.  The detections of the pesticides aldrin and dieldrin at concentrations exceeding their respective screening criteria in one soil sample are isolated occurrences. Aroclor-1260 was detected at concentrations exceeding the screening criteria in (1) soil samples collected to depths of 10.75 feet bgs in the former Tank S-505 area, (2) soil samples collected to depths of 11.25 feet bgs in the former burn area, and (3) one subsurface soil sample collected between the former Tank S-505 and burn areas.  The presence of Aroclor-1260 in these areas may be related to the use of Tank S-505 and the bermed area around it to store PCB-containing waste oil or to dumping of liquid waste from the tank along the Parcel E shoreline.  Dioxins were detected at concentrations exceeding the screening criteria in surface soil collected in the former burn area; the source of these dioxins is likely debris from refuse burned in the area.  Petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in soil samples collected to a depth of 10.25 feet bgs in the former Tank S-505 area; the source of these petroleum hydrocarbons is likely leaks and spills of waste oil transported to and stored in Tank S-505.  In addition, petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in surface and shallow subsurface soil samples collected in the former burn area; these detections are probably the result of isolated surface releases.

Metals, VOCs, SVOCs, pesticides and PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in A-aquifer groundwater samples collected at IR-02 Southeast.  A-aquifer groundwater contained concentrations of VOCs in four industrial and five

CONFIDENTIAL                                          US_NAVY_02-001311583

residential exposure areas. However, the potential adverse health effects associated with potential exposures to VOCs through inhalation of indoor air are expected to be insignificant at IR-02 Southeast because the modeled indoor air concentrations of these VOCs are less than their respective EPA Region IX ambient air PRGs. Groundwater data were available for the bedrock water-bearing zone for a single industrial exposure area and no residential exposure areas. COPCs contributing to ELCRs exceeding $1 \times 10^{-6}$ or total segregated HI exceeding 1 in exposure area BF34 are arsenic, beryllium, PAHs, 4,4'-DDT, aldrin, dieldrin, heptachlor epoxide, Aroclor-1248, Aroclor-1254, Aroclor-1260, HpCDDs (total), and OCDD. No B-aquifer groundwater samples were collected at IR-02 Southeast; therefore, an HHRA was not conducted for this aquifer.

Fifteen metals were detected at concentrations exceeding the screening criteria in A-aquifer groundwater at IR-02 Southeast. The presence of these metals in groundwater is likely related to their presence in soils at the site. The presence of all organic constituents (VOCs, SVOCs, pesticides and PCBs, and petroleum hydrocarbons) in A-aquifer groundwater at concentrations exceeding their respective screening criteria are isolated occurrences not indicative of groundwater contamination at IR-02 Southeast.

Ecological COPCs identified during the terrestrial ERA at IR-02 Southeast are antimony, arsenic, barium, beryllium, cadmium, cobalt, copper, lead, manganese, mercury, molybdenum, nickel, selenium, silver, thallium, zinc, dibenzofuran, HMW PAHs, LMW PAHs, total phthalates, total DDT, total PCBs, and polychlorinated dioxins and furans. Most of these COPCs were ranked in Category 2, representing potential risks to the representative terrestrial ecological receptors, the deer mouse and American kestrel. Beryllium, silver, thallium, HMW PAHs, LMW PAHs, total phthalates, and total DDT for the deer mouse and molybdenum, silver, and thallium for the American kestrel were classified as Category 1, indicating they are unlikely to pose a risk to the given receptor. Based on the COPC-specific categorizations, ecological COPCs in surface soil pose an uncertain but not a significant, immediate risk to terrestrial ecological receptors at IR-02 Southeast. IR-02 Southeast is a Category 2 site.

During the radiation risk assessment for IR-02 Southeast, total ELCRs for radium-226 and its daughters in soil were assessed separately from ELCRs for radon-222 gas because risk associated with the inhalation of radon-222 is relevant only if buildings are constructed in the contaminated areas. Total ELCRs for radium-226 equal or exceed $1 \times 10^{-6}$ in all 12 exposure areas evaluated for the RME case under the future residential land-use scenario. Total ELCRs for radium-226 are less than $1 \times 10^{-6}$ for all four exposure areas evaluated for the RME case under the future industrial land-use scenario. Radon-222 ELCRs equal or exceed $1 \times 10^{-6}$ in all 12 exposure areas evaluated for the RME case under the future

5-13

residential land-use scenario.  Radon-222 ELCRs are less than $1 \times 10^{-6}$ for all four exposure areas evaluated for the RME case under the future industrial land-use scenario.

## 5.1.5        IR-03:  Oil Reclamation Ponds (Triple A Site 17)

Metals, SVOCs, pesticides and PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in soil samples collected at IR-03.  COPCs in soil under the current industrial land-use scenario are arsenic, beryllium, n-nitroso-di-n-propylamine, PAHs, and Aroclor-1260.  COPCs in soil contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future industrial land-use scenario are arsenic, beryllium, and Aroclor-1260.  No total segregated HI exceeds 1 under the future industrial land-use scenario.  COPCs contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future residential land-use scenario are arsenic, beryllium, benzene, bis(2-ethylhexyl)phthalate, PAHs, 4,4'-DDD, 4,4'-DDT, and Aroclor-1260.  COPCs contributing to a total segregated HI exceeding 1 in at least one exposure area under the future residential land-use scenario are aluminum, arsenic, barium, copper, manganese, mercury, molybdenum, zinc, bis(2-ethylhexyl)phthalate, noncarcinogenic PAHs, and 4,4'-DDT.  Lead concentrations did exceed the residential scenario concentration of concern (169 mg/kg) in 16 soil samples collected at depths between 0 and 10 feet bgs.

Seventeen metals and hexavalent chromium were detected at concentrations exceeding the screening criteria in surface or subsurface soil at IR-03.  The source of barium, beryllium, chromium, manganese, nickel, selenium, and vanadium is unknown.  The presence of arsenic, antimony, mercury, and zinc is possibly due to a combination of (1) waste managed in the former ponds, (2) sandblast waste disposed of on the surface at IR-03, (3) sandblast waste used as fill material, or (4) soil containing these metals used as fill material throughout IR-03.  The presence of cadmium, lead, and silver is possibly due to waste oil or other liquid wastes managed in the former ponds.  The presence of cobalt, copper, and molybdenum is probably due to sandblast waste disposed of on the surface at IR-03.  PAHs and the PCB Aroclor-1260 were detected at concentrations exceeding the screening criteria in soil samples collected from within areas where residual product was identified and in soil samples collected at depths more shallow than where residual product in soil was identified.  The presence of PAHs and Aroclor-1260 in deeper soil is probably due to waste fuels managed in the former ponds, and the presence of PAHs and Aroclor-1260 in more shallow soil is possibly due to the alleged disposal of waste liquids from Tank S-505 on the surface at IR-03.  Petroleum hydrocarbons were detected at concentrations exceeding their respective screening criteria in soil samples collected from locations within close proximity of the former pond locations.  The presence of petroleum hydrocarbons is due to waste fuels and waste oils managed in the former ponds.

CONFIDENTIAL

Metals, VOCs, SVOCs, pesticides and PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in A-aquifer groundwater samples collected at IR-03. A-aquifer groundwater contained concentrations of VOCs in eight industrial and 13 residential exposure areas. However, the potential adverse health effects associated with potential exposures to VOCs through inhalation of indoor air are expected to be insignificant at IR-03 because the modeled indoor air concentrations of these VOCs are less than their respective EPA Region IX ambient air PRGs. B-aquifer groundwater data were available for two industrial exposure areas and two residential exposure areas. COPCs contributing to ELCRs exceeding $1 \times 10^{-6}$ or total segregated HIs exceeding 1 in at least one exposure area under the future industrial and residential land-use scenarios are arsenic, cadmium, manganese, and molybdenum. No groundwater samples were collected from the bedrock water-bearing zone at IR-03; therefore, an HHRA was not conducted for this aquifer.

The maximum concentrations for the 14 metals detected at concentrations exceeding the screening criteria in groundwater at IR-03 were distributed among eight monitoring wells. Only arsenic, barium, chromium, copper, lead, nickel, vanadium, and zinc were detected at concentrations exceeding their respective HGALs during more than one sampling round. The presence of arsenic, copper, and zinc is possibly due to (1) waste managed in the former ponds, (2) sandblast waste disposed of on the surface at IR-03, (3) sandblast waste used as fill material, or (4) soil containing these metals used as fill material throughout IR-03. The presence of barium, chromium, nickel, and vanadium in groundwater is possibly due to soil containing these metals as fill material throughout IR-03. The presence of lead is probably due to waste oils managed in the former ponds. The VOCs benzene, 1,4-dichlorobenzene, and chlorobenzene, PAHs, the PCB Aroclor-1260, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in groundwater samples collected from monitoring wells near the former pond locations. All monitoring wells are near the shoreline. The presence of these compounds in groundwater is due to waste oils managed in the former ponds.

Ecological COPCs identified during the terrestrial ERA at IR-01/21 are antimony, arsenic, barium, beryllium, cadmium, cobalt, copper, lead, manganese, mercury, molybdenum, nickel, selenium, silver, zinc, dibenzofuran, HMW PAHs, LMW PAHs, total phthalates, total chlordane, total DDT, and total PCBs. Most of these COPCs were ranked in Category 2, representing potential risks to the representative terrestrial ecological receptors, the deer mouse and American kestrel. Beryllium, silver, LMW PAHs, total phthalates, total chlordane, and total DDT for the deer mouse and silver for the American kestrel were classified as Category 1, indicating they are unlikely to pose a risk to the given receptor. Based on

DRAFT FINAL

CONFIDENTIAL

US_NAVY_02-001311586

the COPC-specific categorizations, ecological COPCs in surface soil pose an uncertain but not a significant, immediate risk to terrestrial receptors at IR-03.  IR-03 is a Category 2 site.

## 5.1.6          IR-04:  Scrap Yard (Triple A Site 3)

Metals, VOCs, SVOCs, PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in soil samples collected at IR-04.  COPCs in soil under the current industrial land-use scenario are beryllium, PAHs, and Aroclor-1260.  COPCs in soil contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future industrial land-use scenario are arsenic, beryllium, PAHs, and Aroclor-1260.  The COPC contributing to a total segregated HI in at least one exposure area under the future industrial land-use scenario is antimony.  COPCs contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future residential land-use scenario are arsenic, beryllium, hexavalent chromium, 1,1-dichloroethene, benzene, tetrachloroethene, 4-methylphenol, PAHs, and Aroclor-1260.  COPCs contributing to a total segregated HI exceeding 1 in at least one exposure area under the future residential land-use scenario are aluminum, antimony, arsenic, cadmium, copper, manganese, mercury, nickel, and zinc.  Lead concentrations did exceed the residential scenario concentration of concern (169 mg/kg) in 20 soil samples collected at depths between 0 and 10 feet bgs.

Eighteen metals and hexavalent chromium were detected at concentrations exceeding the screening criteria in surface or subsurface soil at IR-04.  The source of arsenic, barium, beryllium, cobalt, manganese, molybdenum, selenium, silver, thallium, vanadium, and zinc is unknown.  The presence of antimony, chromium, and hexavalent chromium at IR-04 is probably due to the storage of metal debris and other activities conducted along the railroad spur in the scrap material area.  The presence of copper and lead at IR-04 is probably due to used batteries managed in the scrap material area.  The presence of lead may also be due to releases of waste oils in the scrap material area.  The presence of mercury and zinc is probably related to sandblast waste disposed of on the surface at IR-04.  PAHs were detected at concentrations exceeding the screening criteria in soil samples collected from the central and western portions of IR-04.  The presence of PAHs at IR-04 is possibly due to (1) alleged management of liquid wastes in portions of IR-04 by Triple A, or (2) use of waste fuel and waste oil as a dust suppressant.  PCBs were detected at concentrations exceeding the screening criteria in soil samples collected from throughout the site along the railroad spur.  The presence of PCBs along the railroad spur is possibly due to (1) releases of PCB-containing oil from electrical capacitors, (2) the alleged disposal of waste oil containing PCBs by Triple A in portions of IR-04, or (3) the use of waste oil containing PCBs for dust suppression.

CONFIDENTIAL                                      US_NAVY_02-001311587

Metals, VOCs, SVOCs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in A-aquifer groundwater samples collected at IR-04. A-aquifer groundwater contained concentrations of VOCs in 11 industrial and four residential exposure areas. However, the potential adverse health effects associated with potential exposures to VOCs through inhalation of indoor air are expected to be insignificant at IR-04 because the modeled indoor air concentrations of these VOCs are less than their respective EPA Region IX ambient air PRGs. B-aquifer groundwater data are available for industrial exposure area AK29 and residential exposure area 044083. COPCs contributing to ELCRs exceeding $1 \times 10^{-6}$ or total segregated HIs exceeding 1 in either exposure area under the future industrial exposure area and residential land-use scenarios are arsenic, manganese, and carbon disulfide. No groundwater samples were collected from the bedrock water-bearing zone at IR-04; therefore, an HHRA was not conducted for this aquifer.

The maximum concentrations for the 16 metals detected at concentrations exceeding the screening criteria in groundwater at IR-04 were distributed among four monitoring wells. Only five metals (arsenic, copper, mercury, nickel, and zinc) were detected at concentrations exceeding their respective HGALs during more than one sampling round at a monitoring well. These metals were infrequently detected at concentrations exceeding the HGAL. The source of arsenic and nickel in groundwater is unknown and the presence of copper, mercury, and zinc is possibly due to the disposal of sandblast waste. The VOCs tetrachloroethene and trichloroethene were detected at concentrations exceeding the screening criteria during more than one sampling round at monitoring well IR04MW13A, and at monitoring wells IR04MW35A and IR04MW39A, respectively. The presence of these VOCs in groundwater is unknown; however, it may be due to the regular use of solvents along the railroad spur for cleaning metal parts. The petroleum hydrocarbon TPH-d was detected at concentrations exceeding the screening criteria during more than one sampling round at monitoring wells in the western portion of the site. The presence of TPH-d is possibly due to materials stored west of Building 810 in IR-72. In groundwater samples collected from the B-aquifer, a few metals were detected at concentrations exceeding their respective screening criteria. However, the occurrence of these metals at concentrations exceeding the screening criteria were infrequent and isolated.

Ecological COPCs identified during the terrestrial ERA at IR-04 are antimony, arsenic, barium, beryllium, cadmium, cobalt, copper, lead, manganese, mercury, molybdenum, nickel, selenium, silver, thallium, zinc, HMW PAHs, and total PCBs. Most of these COPCs were ranked in Category 2, representing potential risks to the representative terrestrial ecological receptors, the deer mouse and American kestrel. Beryllium, silver, HMW PAHs, and LMW PAHs for the deer mouse and silver and

DRAFT FINAL

CONFIDENTIAL                                          US_NAVY_02-001311588

thallium for the American kestrel were classified as Category 1, indicating they are unlikely to pose a risk to the given receptor. Based on the COPC-specific categorizations, ecological COPCs in surface soil pose an uncertain but not a significant, immediate risk to terrestrial ecological receptors at IR-04. IR-04 is a Category 2 site.

## 5.1.7        IR-05: Old Transformer Storage Yard

Metals, SVOCs, PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in soil samples collected at IR-05. COPCs in soil under the current industrial land-use scenario are arsenic, beryllium, PAHs, and Aroclor-1260. COPCs in soil contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future industrial land-use scenario are arsenic, beryllium, PAHs, and Aroclor-1260. No total segregated HI exceeds 1 under the future industrial land-use scenario. COPCs contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future residential land-use scenario are arsenic, beryllium, PAHs, pentachlorophenol, 4,4'-DDD, 4,4'-DDT, and Aroclor-1260. COPCs contributing to a total segregated HI exceeding 1 in at least one exposure area under the future residential land-use scenario are aluminum, antimony, arsenic, cadmium, copper, manganese, mercury, zinc, and noncarcinogenic PAHs. Lead concentrations did exceed the residential scenario concentration of concern (169 mg/kg) in three soil samples collected at depths between 0 and 10 feet bgs.

Seventeen metals and hexavalent chromium were detected at concentrations exceeding the screening criteria in surface or subsurface soil at IR-05. The source of antimony, barium, chromium, mercury, molybdenum, nickel, silver, and vanadium is unknown. Manganese was detected at concentrations exceeding the PRG and HPAL in five samples collected from the western portion of the site, but a potential source of the manganese is unknown. Hexavalent chromium was detected at concentrations exceeding the screening criteria in two samples collected at the Parcel D boundary. Copper and zinc were detected at concentrations exceeding the HPAL in surface soil samples. The source of copper and zinc is possibly due to sandblast waste disposed of on the surface at IR-05. The presence of hexavalent chromium is possibly due to a release at IR-36 North in Parcel D. Lead was detected at concentrations exceeding the PRG and the HPAL in soil samples collected from the central and southern portion of the site and in samples collected at the Parcel D boundary. The presence of lead in the central and southern portion of the site is possibly due to the presence of lead in oil released from transformers stored in the area. The presence of lead at the Parcel D boundary is possibly due to a release at IR-36 North in Parcel D. PAHs were detected at concentrations exceeding the screening criteria in soil samples collected from locations near the transformer storage yard and at the Parcel D boundary. The presence of PAHs

CONFIDENTIAL                                    US_NAVY_02-001311589

near the transformer storage yard is possibly due the storage of transformers; however, the presence of PAHs at the Parcel D boundary is probably due to a release at IR-36 North. PCBs were detected in surface soil samples collected from within and south of the transformer storage yard. The presence of PCBs at IR-05 is probably due to releases of PCB-laden oil from electrical transformers.

Metals, VOCs, SVOCs, PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in A-aquifer groundwater samples collected at IR-05. A-aquifer groundwater contained concentrations of VOCs in three industrial and three residential exposure areas. However, the potential adverse health effects associated with potential exposures to VOCs through inhalation of indoor air are expected to be insignificant at IR-05 because the modeled indoor air concentrations of these VOCs are less than their respective EPA Region IX ambient air PRGs. No groundwater samples were collected from the B-aquifer or bedrock water-bearing zone at IR-05; therefore, no HHRA were conducted for these aquifers.

The maximum concentrations for the nine metals detected at concentrations exceeding the screening criteria in groundwater at IR-05 were distributed among six monitoring wells. With the exception of arsenic, copper, and mercury, the source of these metals is unknown. Arsenic, copper, and mercury were detected at concentrations exceeding their respective HGALs during more than one sampling round at monitoring well IR05MW85A, which is at the Parcel D boundary. The presence of these metals is probably due to the disposal of construction debris including cement blocks, scrap metal, and wood in the western portion of IR-36 North. The VOCs tetrachloroethene and trichloroethene were detected at concentrations exceeding the PRG in groundwater samples collected from a monitoring well at the intersection of 6th and "R" Streets. The presence of the VOCs is unknown; however, it is possibly due to the routine use of solvents from cleaning and degreasing metal parts throughout Parcel E. PAHs and TPH-mo were detected at concentrations exceeding the screening criteria in groundwater samples collected from monitoring well IR05MW85A at the Parcel D boundary. The presence of these compounds in groundwater is possibly due to the disposal of waste fuel at IR-36 North in Parcel D.

Ecological COPCs identified during the terrestrial ERA at IR-05 are antimony, arsenic, barium, beryllium, cadmium, cobalt, copper, lead, manganese, mercury, molybdenum, nickel, silver, zinc, dibenzofuran, HMW PAHs, LMW PAHs, total DDT, and total PCBs. Most of these COPCs were ranked in Category 2, representing potential risks to the representative terrestrial ecological receptors, the deer mouse and American kestrel. Beryllium, mercury, silver, HMW PAHs, LMW PAHs, and total DDT for the deer mouse and molybdenum and silver for the American kestrel were classified as Category 1, indicating they are unlikely to pose a risk to the given receptor. Based on the COPC-specific

5-19                                                                              DRAFT FINAL

categorizations, ecological COPCs in surface soil pose an uncertain but not a significant, immediate risk to terrestrial ecological receptors at IR-05.  IR-05 is a Category 2 site.

**5.1.8       IR-11/14/15:  Oily Waste Ponds, Oily Liquid Waste Disposal Area, Incineration Tank (Triple A Sites 6, 7, 12, and 13), and Building 521 (Power Plant)**

Metals, SVOCs, pesticides and PCBs, dioxins, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in soil samples collected at IR-11/14/15.  COPCs in soil under the current industrial land-use scenario are arsenic, beryllium, PAHs, Aroclor-1254, Aroclor-1260, 1,2,3,4,6,7,8-HpCDD, HpCDDs (total), HpCDFs (total), and OCDD.  COPCs in soil contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future industrial land-use scenario are arsenic, beryllium, PAHs, Aroclor-1254, Aroclor-1260, HpCDDs (total), HpCDFs (total), and OCDD. The COPC contributing to a total segregated HI in the one exposure area under the future industrial land-use scenario is Aroclor-1254.  COPCs contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future residential land-use scenario are arsenic, beryllium, benzene, methylene chloride, n-nitroso-di-n-propylamine, PAHs, 4,4'-DDD, 4,4'-DDE, 4,4'-DDT, alpha-chlordane, dieldrin, gamma-BHC, heptachlor epoxide, Aroclor-1254, Aroclor-1260, 1,2,3,4,6,7,8-HpCDD, 1,2,3,4,6,7,8-HpCDF, HpCDDs (total), HpCDFs (total), OCDD, and OCDF.  COPCs contributing to a total segregated HI exceeding 1 in at least one exposure area under the future residential land-use scenario are aluminum, antimony, arsenic, barium, beryllium, cadmium, copper, manganese, mercury, nickel, vanadium, zinc, noncarcinogenic PAHs, 4,4'-DDT, aldrin, alpha-chlordane, heptachlor epoxide, and Aroclor-1254.  Lead concentrations did exceed the residential scenario concentration of concern (169 mg/kg) in eight soil samples collected at depths between 0 and 10 feet bgs.

Eighteen metals were detected in soil samples at concentrations exceeding the screening criteria at widespread locations and varying depths throughout the site, with most of the maximum concentrations detected at the Triple A sites.  The presence of these metals is likely related to fill materials used at the site, petroleum hydrocarbons disposed of at the site, or burning of materials in the incineration tank area. PAHs were detected at concentrations exceeding the screening criteria at widespread locations and varying depths throughout the site; the presence of PAHs may be related to waste and fuel oils disposed of at the site.  The presence of the pesticides 4,4'-DDE, 4,4'-DDD, and 4,4'-DDT at concentrations exceeding the screening criteria are isolated occurrences.  Aroclor-1260 was detected at concentrations exceeding the screening criteria in surface soil samples at widespread locations, with significant concentrations detected in the oily liquid waste disposal areas and around Building 506.  The source of this PCB may be related to releases of PCB-containing oil at the site.  Three areas of residual product in

CONFIDENTIAL                                        US_NAVY_02-001311591

soil were identified at IR-11/14/15; petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in these areas. Dioxins and furans were detected at concentrations exceeding the screening criteria in surface soil collected in the incineration tank area; the source of these constituents is likely wind borne combustion by-products from the former incineration tank.

Metals, VOCs, SVOCs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in A-aquifer groundwater samples collected at IR-11/14/15. A-aquifer groundwater contained concentrations of VOCs in six industrial and seven residential exposure areas. However, the potential adverse health effects associated with potential exposures to VOCs through inhalation of indoor air are expected to be insignificant at IR-11/14/15 because the modeled indoor air concentrations of these VOCs are less than their respective EPA Region IX ambient air PRGs. Groundwater data are available for the bedrock water-bearing zone for two industrial and two residential exposure areas. COPCs contributing to ELCRs exceeding $1 \times 10^{-6}$ or total segregated HIs exceeding 1 are arsenic, selenium, and bis(2-ethylhexyl)phthalate. No B-aquifer groundwater samples were collected at IR-11/14/15; therefore, an HHRA was not conducted for this aquifer.

Thirteen metals were detected at concentrations exceeding the screening criteria in groundwater in the A-aquifer at IR-11/14/15; a few metals were detected in the bedrock water-bearing zone. The presence of these metals in groundwater at IR-11/14/15 is likely due to their presence in soils at the site. The detections of VOCs and SVOCs at concentrations exceeding their respective screening criteria in groundwater in the A-aquifer and bedrock water-bearing zone are isolated occurrences not indicative of groundwater contamination at IR-11/14/15. The petroleum hydrocarbons TPH-g, TPH-d, and TPH-mo were detected at concentrations exceeding their respective screening criteria in A-aquifer groundwater near the area of free product in the eastern portion of the oily liquid waste disposal area (Triple A Site 6) and the western portion of the oily waste ponds (Triple A Site 13).

Ecological COPCs identified during the terrestrial ERA at IR-11/14/15 are antimony, arsenic, barium, beryllium, cadmium, cobalt, copper, lead, manganese, mercury, molybdenum, nickel, silver, thallium, zinc, HMW PAHs, LMW PAHs, total phthalates, total chlordane, total DDT, total PCBs, and polychlorinated dioxins and furans. Most of these COPCs were ranked in Category 2, representing potential risks to the representative terrestrial ecological receptors, the deer mouse and American kestrel. Beryllium, mercury, silver, thallium, HMW PAHs, LMW PAHs, total phthalates, and total DDT for the deer mouse and silver and thallium for the American kestrel were classified as Category 1, indicating they are unlikely to pose a risk to the given receptor. Based on the COPC-specific categorizations, ecological

CONFIDENTIAL                                        US_NAVY_02-001311592

COPCs in surface soil pose an uncertain but not a significant, immediate risk to terrestrial ecological receptors at IR-11/14/15. IR-11/14/15 is a Category 2 site.

During the radiation risk assessment for IR-11/14/15, total ELCRs for radium-226 and its daughters in soil were assessed separately from ELCRs for radon-222 gas because risk associated with the inhalation of radon-222 is relevant only if buildings are constructed in the contaminated areas. The total ELCR for radium-226 equals or exceeds $1 \times 10^{-6}$ in the single exposure area evaluated for the RME case under the future residential land-use scenario. The total ELCR for radium-226 is less than $1 \times 10^{-6}$ for the single exposure area evaluated for the RME case under the future industrial land-use scenario. The radon-222 ELCR exceeds $1 \times 10^{-6}$ in the single exposure area evaluated for the RME case under the future residential land-use scenario. The radon-222 ELCR is less than $1 \times 10^{-6}$ for the single exposure area evaluated for the RME case under the future industrial land-use scenario.

## 5.1.9      IR-12: Disposal Trench Area (Triple A Sites 3 and 4)

Metals, VOCs, SVOCs, pesticides and PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in soil samples collected at IR-12. COPCs in soil under the current industrial land-use scenario are beryllium, pentachlorophenol, PAHs, Aroclor-1254, and Aroclor-1260. COPCs in soil contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future industrial land-use scenario are arsenic, beryllium, pentachlorophenol, bis(2-ethylhexyl)phthalate, PAHs, and Aroclor-1260. No total segregated HI exceeds 1 under the future industrial land-use scenario. COPCs contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future residential land-use scenario are arsenic, beryllium, 1,1-dichloroethene, 1,4-dichlorobenzene, methylene chloride, pentachlorophenol, tetrachloroethene, trichloroethene, bis(2-ethylhexyl)phthalate, PAHs, 4,4'-DDD, 4,4'-DDE, 4,4'-DDT, aldrin, gamma-BHC, Aroclor-1254, and Aroclor-1260. COPCs contributing to a total segregated HI exceeding 1 in at least one exposure area under the future residential land-use scenario are aluminum, antimony, arsenic, cadmium, copper, cyanide, manganese, mercury, nickel, vanadium, zinc, 2,4-dimethylphenol, 4-methylphenol, noncarcinogenic PAHs, 4,4'-DDT, aldrin, and Aroclor-1254. Lead concentrations did exceed the residential scenario concentration of concern (169 mg/kg) in 12 soil samples collected at depths between 0 and 10 feet bgs.

Sixteen metals and hexavalent chromium were detected at concentrations exceeding the screening criteria in surface or subsurface soil at IR-12. With the exception of antimony, barium, chromium, copper, lead, molybdenum, and zinc, the source of these metals is unknown. The presence of antimony, barium, and

CONFIDENTIAL                                US_NAVY_02-001311593

chromium is probably due to wastes disposed of in the disposal trench area. PAHs, PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in soil samples collected from the disposal trench area. The presence of these compounds in the disposal trench area is probably due to releases of fuel and oil contained in drums crushed at the drum crushing pad. Petroleum hydrocarbons were also detected at concentrations exceeding their respective screening criteria in soil samples collected from the salvage yard. The presence of petroleum hydrocarbons in the salvage yard is unknown; however, an approximately 150-foot by 200-foot area of residual product present in soil in the area is probably the result of repeated disposal of waste fuels and oils.

Metals, VOCs, SVOCs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in A-aquifer groundwater samples collected at IR-12. A-aquifer groundwater contained concentrations of VOCs in nine industrial and eight residential exposure areas. However, the potential adverse health effects associated with potential exposures to VOCs through inhalation of indoor air are expected to be insignificant at IR-12 because the modeled indoor air concentrations of these VOCs are less than their respective EPA Region IX ambient air PRGs. No groundwater samples were collected from the B-aquifer or bedrock water-bearing zone at IR-12; therefore, an HHRA was not conducted for these aquifers.

The maximum concentrations for the 10 metals detected at concentrations exceeding the screening criteria in groundwater at IR-12 were distributed among six monitoring wells. Only arsenic, barium, molybdenum, and nickel were detected at concentrations exceeding their respective HPALs during more than one sampling round. The source of these metals is unknown. The VOC benzene and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in groundwater samples collected from monitoring well IR12MW21A, which is in the center of an area where residual product in soil was identified. The presence of these compounds in groundwater samples collected from this monitoring well is possibly is due to the repeated disposal of waste fuels in the area. Petroleum hydrocarbons were also detected at concentrations exceeding the screening criteria in groundwater samples collected from a monitoring well in the disposal trench area, and their presence is probably due to releases of waste fuels contained in drums crushed at the former drum crushing pad.

Ecological COPCs identified during the terrestrial ERA at IR-12 are antimony, arsenic, barium, beryllium, cadmium, cobalt, copper, lead, manganese, mercury, molybdenum, nickel, selenium, silver, zinc, chlorobenzene, dibenzofuran, HMW PAHs, LMW PAHs, total DDT, and total PCBs. Most of these COPCs were ranked in Category 2, representing potential risks to the representative terrestrial ecological receptors, the deer mouse and American kestrel. Beryllium, mercury, silver, chlorobenzene, HMW

CONFIDENTIAL                                        US_NAVY_02-001311594

PAHs, LMW PAHs, and total DDT for the deer mouse and silver for the American kestrel were classified as Category 1, indicating they are unlikely to pose a risk to the given receptor. Based on the COPC-specific categorizations, ecological COPCs in surface soil pose an uncertain but not a significant, immediate risk to terrestrial ecological receptors at IR-12. IR-12 is a Category 2 site.

## 5.1.10     IR-13: Old Commissary Area (Triple A Sites 5 and 15)

Metals, VOCs, SVOCs, PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in soil samples collected at IR-13. COPCs in soil under the current industrial land-use scenario are PAHs and Aroclor-1260. COPCs in soil contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future industrial land-use scenario are arsenic, beryllium, benzene, PAHs, and Aroclor-1260. No total segregated HI exceeds 1 under the future industrial land-use scenario. COPCs contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future residential land-use scenario are arsenic, beryllium, hexavalent chromium, 1,1-dichloroethene, methylene chloride, pentachlorophenol, PAHs, 4,4'-DDD, 4,4'-DDT, aldrin, beta-BHC, Aroclor-1254, and Aroclor-1260. COPCs contributing to a total segregated HI exceeding 1 in at least one exposure area under the future residential land-use scenario are aluminum, antimony, copper, manganese, mercury, zinc, benzene, noncarcinogenic PAHs, 4,4'-DDT, Aroclor-1254. Lead concentrations did exceed the residential scenario concentration of concern (169 mg/kg) in four soil samples collected at depths between 0 and 10 feet bgs.

Seventeen metals were detected at concentrations exceeding their screening criteria in surface or subsurface soil at IR-13. With the exception of chromium, copper, mercury, lead, vanadium, and zinc, the source of these metals is unknown. Chromium, mercury, and vanadium were detected in soil samples collected from two borings west of former Building 524 and 803 and adjacent to Triple A Site 15. The presence of chromium, mercury, and vanadium is likely due to Triple A's management of sandblast waste in the area. Copper, lead, and zinc were detected at concentrations exceeding their respective HPALs in soil samples collected from borings located throughout IR-13. The presence of copper, lead, and zinc south and west of Buildings 524 and 803 is likely due to Triple A's alleged management of sandblast waste, and the presence of copper, lead, and zinc in soil in the northwestern portion of IR-13 is most likely due to (1) alleged management of drums containing liquids and the oily dirt pile, (2) activities associated with the former service station, and (3) releases from USTs at the former service station. PAHs, PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the PRG in soil samples collected from borings in the western portion of IR-13, surrounding the former service station and Triple A Site 15. The presence of these compounds in surface soil is most likely due to releases of

CONFIDENTIAL                                        US_NAVY_02-001311595

waste fuels or waste oils at the surface and other activities conducted at the former service station, and the presence of these compounds in subsurface soil is most likely due to releases from the former USTs.

Metals, VOCs, SVOCs, PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in A-aquifer groundwater samples collected at IR-13. A-aquifer groundwater contained concentrations of VOCs in four industrial and five residential exposure areas. However, the potential adverse health effects associated with potential exposures to VOCs through inhalation of indoor air are expected to be insignificant at IR-13 because the modeled indoor air concentrations of these VOCs are less than their respective EPA Region IX ambient air PRGs. No groundwater samples were collected from the B-aquifer or bedrock water-bearing zone at IR-13; therefore, an HHRA was not conducted for these aquifers.

The maximum concentrations for the 10 metals detected in the A-aquifer at concentrations exceeding the screening criteria were distributed among five monitoring wells. Only barium was detected at concentrations exceeding the HGALs during more than one sampling round, but the presence of barium in groundwater in this area is unknown. Benzene and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria during more than one sampling round at monitoring wells in the western portion of the site near the former service station. The presence of benzene and petroleum hydrocarbons in groundwater is likely due to releases from the former USTs. Two VOCs, bromodichloromethane and chloroform, were detected at concentrations exceeding their respective PRGs during two rounds of sampling at one monitoring well. The presence of these VOCs is unknown.

### 5.1.11        IR-38: Former NRDL Buildings 507 and 508

Metals, SVOCs, pesticides and PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in soil samples collected at IR-38. The COPC in soil under the current industrial land-use scenario is Aroclor-1260. COPCs in soil contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future industrial land-use scenario are arsenic, beryllium, PAHs, and Aroclor-1260. The total segregated HI less than 1 under the future industrial land-use scenario are PAHs and Aroclor-1260. No total segregated HI exceeds 1 under the future industrial land-use scenario. COPCs contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future residential land-use scenario are arsenic, PAHs, 4,4'-DDD, 4,4'-DDE, 4,4'-DDT, and Aroclor-1260. COPCs contributing to a total segregated HI exceeding 1 in at least one exposure area under the future residential land-use scenario are aluminum, antimony, copper, manganese, mercury, vanadium, and

CONFIDENTIAL                              US_NAVY_02-001311596

4,4'-DDT. Lead concentrations did not exceed the residential scenario concentration of concern (169 mg/kg) in any IR-38 soil samples collected at depths between 0 and 10 feet bgs.

Twelve metals and hexavalent chromium were detected in soil samples at concentrations exceeding the screening criteria at widespread locations and varying depths throughout IR-38. Metals were detected at concentrations exceeding their respective HPALs primarily at the former PCB spill area in Parcel D; the source of these metals is unknown. PAHs were detected at concentrations exceeding the screening criteria in surface soils collected from the former PCB spill area in the Parcel D portion of IR-38; the source of these PAHs is unknown. The detections of the pesticides 4,4'-DDD and 4,4'-DDE at concentrations exceeding the screening criteria in one soil sample are isolated occurrences. Aroclor-1260 was detected at concentrations exceeding the screening criteria in soil samples primarily in the uppermost 3.25 feet of soil in the former PCB spill area in the Parcel D portion of IR-38. Aroclor-1260 was also detected at a concentration exceeding the screening criteria in one soil sample collected beneath a fuel line in the Parcel E portion of IR-38; the source of Aroclor-1260 in this location does not appear related to contamination in the PCB spill area.

Metals were detected at concentrations exceeding the screening criteria in groundwater samples collected at IR-38. A-aquifer groundwater contained concentrations of VOCs in two industrial and one residential exposure areas. However, the potential adverse health effects associated with potential exposures to VOCs through inhalation of indoor air are expected to be insignificant at IR-38 because the modeled indoor air concentrations of these VOCs are less than their respective EPA Region IX ambient air PRGs. No groundwater samples were collected from the B-aquifer or the bedrock water-bearing zone at IR-38; therefore, an HHRA was not conducted for these aquifers.

Seven metals were infrequently detected at concentrations exceeding the screening criteria in A-aquifer groundwater at IR-38. These metals were not detected at concentrations exceeding their respective HGALs. Therefore, the presence of metals in A-aquifer groundwater may be the result of naturally occurring conditions at IR-38 and is not indicative of a release to groundwater.

Ecological COPCs identified during the terrestrial ERA at IR-38 are antimony, arsenic, barium, beryllium, cadmium, cobalt, copper, lead, manganese, mercury, nickel, zinc, dibenzofuran, HMW PAHs, LMW PAHs, total phthalates, total DDT, and total PCBs. Most of these COPCs were ranked in Category 2, representing potential risks to the representative terrestrial ecological receptors, the deer mouse and American kestrel. Beryllium, mercury, HMW PAHs, LMW PAHs, total phthalates, and total DDT for the deer mouse and arsenic and cadmium for the American kestrel were classified as Category 1, indicating

DRAFT FINAL

CONFIDENTIAL

they are unlikely to pose a risk to the given receptor.  Based on the COPC-specific categorizations, ecological COPCs in surface soil pose an uncertain but not a significant, immediate risk to terrestrial ecological receptors at IR-38.  IR-38 is a Category 2 site.

### 5.1.12   IR-39:  Buildings 707 (NRDL Animal Colony) and 708 (NRDL Biomedical Facility) and Surrounding Area

Metals, SVOCs, PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in soil samples collected at IR-39.  COPCs in soil under the current industrial land-use scenario are PAHs.  COPCs in soil contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future industrial land-use scenario are arsenic and PAHs.  No total segregated HI exceeds 1 under the future industrial land-use scenario.  COPCs contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future residential land-use scenario are arsenic, beryllium, PAHs, 4,4'-DDT, beta-BHC, heptachlor, and heptachlor epoxide.  COPCs contributing to a total segregated HI exceeding 1 in at least one exposure area under the future residential land-use scenario are antimony, manganese, and heptachlor epoxide.  Lead concentrations did not exceed the residential scenario concentration of concern (169 mg/kg) in any IR-39 soil samples collected at depths between 0 and 10 feet bgs.

Twelve metals were detected at concentrations exceeding the screening criteria in subsurface soil at IR-39.  The source of these metals is unknown.  However, lead, zinc, and the PCB Aroclor-1260 were detected at concentrations exceeding their respective screening criteria in a soil sample collected at the southwest corner of Building 707.  The source of lead, zinc, and Aroclor-1260 is also unknown, but may be due to a waste oil spill or a release from a pole-mounted transformer at Building 707.  The PAH benzo(a)pyrene and the petroleum hydrocarbon TPH-mo were detected in a soil sample collected from monitoring well boring IR36MW135A and soil boring IR36B058, respectively.  The presence of these compounds is possibly due to waste oil spills.

Metals, pesticides and PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in A-aquifer groundwater samples collected at IR-39.

The maximum concentrations for the three metals detected at concentrations exceeding the screening criteria in groundwater at IR-01/21 were distributed among the two monitoring wells.  The source of these metals is unknown.  The presence of  PCBs and petroleum hydrocarbons is possibly due to releases of waste oil.

CONFIDENTIAL                                        US_NAVY_02-001311598

Ecological COPCs identified during the terrestrial ERA at IR-39 are antimony, arsenic, barium, beryllium, cadmium, cobalt, copper, lead, manganese, mercury, nickel, silver, zinc, HMW PAHs, total chlordane, and total DDT. Most of these COPCs were ranked in Category 2, representing potential risks to the representative terrestrial ecological receptors, the deer mouse and American kestrel. Beryllium, mercury, silver, HMW PAHs, total chlordane, and total DDT for the deer mouse and silver and total chlordane for the American kestrel were classified as Category 1, indicating they are unlikely to pose a risk to the given receptor. Based on the COPC-specific categorizations, ecological COPCs in surface soil pose an uncertain but not a significant, immediate risk to terrestrial ecological receptors at IR-39. IR-39 is a Category 2 site.

### 5.1.13        IR-40:  Pier 2 and Building 527 (Electrical Substation)

Source, soil, and groundwater samples were not collected at IR-40. Sediment samples collected near Pier 2 are being assessed as part of the Parcel F FS. No HHRA or ERA was performed for this site.

### 5.1.14        IR-45:  Steam Line System

Metals and Aroclor-1260 were detected at concentrations exceeding the screening criteria in soil samples collected at IR-45. Because the steam lines span much of Parcel E and cross below many IR sites, an HHRA was not prepared for these samples as a group. Rather, the two IR-45 samples were included in the set of samples for the IR site in which they were collected; one of these samples was collected in IR-11/14/15 and one in IR-38.

Five metals were detected at concentrations exceeding their respective screening criteria in soil samples collected at IR-45. Aroclor-1260 was detected at a concentration exceeding the screening criteria in the sample collected at IR-38. These constituents were not detected in source water samples collected from the steam line system. Copper, lead, mercury, and zinc were detected in oil samples collected from the steam line system.

### 5.1.15        IR-47:  Fuel Distribution Line System

Metals and PCBs were detected at concentrations exceeding the screening criteria in soil samples collected at IR-47. Because the fuel distribution lines span much of Parcel E and cross below many IR sites, an HHRA was not prepared for these samples as a group. Rather, the five IR-47 samples were included in the set of samples for the IR site in which they were collected; two of these samples were collected in IR-02 Southeast, one in IR-03, one in IR-11/14/15, and one in IR-73.

CONFIDENTIAL                                                US_NAVY_02-001311599

Six metals were detected at concentrations exceeding their respective screening criteria in soil samples collected at IR-47. Aroclor-1260 was detected at a concentration exceeding the screening criteria in the sample collected at IR-11/14/15. Source samples were not collected from the fuel distribution lines because (1) petroleum hydrocarbons were not detected at concentrations exceeding the screening criteria in soil surrounding the fuel distribution lines, and (2) the integrity of the fuel distribution lines appear to be good. In addition, the concentrations and distributions of the metals and PCBs detected in IR-47 soil samples do not indicate a release to the environment from the fuel distribution lines.

### 5.1.16     IR-50: Storm Drain System

Metals were detected at concentrations exceeding the screening criteria in soil samples collected at IR-50 Storm Drain System. Because the storm drain system spans much of Parcel E and crosses below many IR sites, an HHRA was not prepared for these samples as a group. Rather, the two IR-50 Storm Drain System samples were included in the set of samples for the IR site in which they were collected; one of these samples was collected in IR-03 and one in IR-73.

Four metals were detected at concentrations exceeding their respective screening criteria in soil samples collected at IR-50 Storm Drain System. Sediment samples collected from the storm drains did not contain metals at concentrations exceeding the screening criteria. In addition, the concentrations and distributions of the metals detected in IR-50 Storm Drain System soil samples do not indicate a release to the environment from the storm drain system.

### 5.1.17     IR-50: Sanitary Sewer System

Metals, VOCs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in groundwater samples collected at IR-50 Sanitary Sewer System. Because the sanitary sewer system spans much of Parcel E and crosses below many IR sites, an HHRA was not prepared for these samples as a group. Rather, the six groundwater samples collected from the two IR-50 Sanitary Sewer System monitoring wells were included in the set of samples for the IR site in which they were collected; one of these monitoring wells was installed in IR-04 and one in IR-73.

Seven metals were detected at concentrations exceeding their respective screening criteria in groundwater samples collected at the IR-50 Sanitary Sewer System. The detections of chloroform and petroleum hydrocarbons at concentrations exceeding their respective screening criteria were isolated occurrences. Only nickel was detected at a concentration exceeding the screening criteria in the source water sample collected from the sanitary sewer system. In addition, the concentrations and distributions of the

CONFIDENTIAL                                    US_NAVY_02-001311600

constituents detected in IR-50 Sanitary Sewer System groundwater samples do not indicate a release to groundwater from the sanitary sewer system.

## 5.1.18    IR-51: Former Transformer Locations

IR-51 is a facility-wide site consisting of former transformer locations; these transformers potentially contained PCBs.  There are 23 former transformer locations within Parcel E.  Soil samples collected near the former transformer locations are evaluated with the data set for the IR site in which they were collected; these sites are IR-03, IR-12, IR-39, IR-40, IR-72, and IR-76.

## 5.1.19    IR-52: Railroad Right-of-Way

Metals, SVOCs, PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in soil samples collected at IR-52.  COPCs in soil under the current industrial land-use scenario are arsenic, PAHs, Aroclor-1260.  COPCs in soil contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future industrial land-use scenario are arsenic and PAHs.  No total segregated HI exceeds 1 under the future industrial land-use scenario.  COPCs contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future residential land-use scenario are arsenic, beryllium, hexavalent chromium, PAHs, 4,4'-DDT, dieldrin, Aroclor-1254, Aroclor-1260.  No segregated HIs exceed 1 under the future residential land-use scenario.  Lead concentrations did exceed the residential scenario concentration of concern (169 mg/kg) in one soil samples collected at depths between 0 and 10 feet bgs.

Thirteen metals were detected at concentrations exceeding the screening criteria in surface or subsurface soil at IR-52.  With the exception of chromium, copper, and lead, the source of these metals is unknown.  Chromium, copper, lead, and zinc were detected at concentrations exceeding the screening criteria in soil samples collected from locations north of Thomas Avenue.  The presence of these metals is probably due to (1) activities conducted along the railroad, or (2) paint spills along the railroad, or (3) sandblast waste disposed of on the surface.  PAHs, PCBs, and TPH-d were detected at concentrations exceeding the screening criteria in soil samples collected at IR-52.  The presence of these compounds is probably due to the spills of waste oils and fuels.

No groundwater samples were collected at IR-52; therefore, an HHRA was not conducted.

CONFIDENTIAL                                   US_NAVY_02-001311601

**5.1.20**          **IR-54:  Former Building 511A (Woodworking Hobby Shop)**

Metals and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in
soil samples collected at IR-54.  ELCRs under the current and future industrial land-use scenario at IR-54
are below $1 \times 10^{-6}$ in exposure areas 108094 and 109093.  No total segregated HI exceeds 1 under the
future industrial land-use scenario.  The COPC contributing to the ELCR exceeding $1 \times 10^{-6}$ in exposure
area 108094 under the future residential land-use scenario is benzo(k)fluoranthene.  COPCs contributing
to a total segregated HI exceeding 1 in at least one exposure area under the future residential land-use
scenario are copper, molybdenum, zinc.  Lead concentrations did not exceed the residential scenario
concentration of concern (169 mg/kg) in any IR-54 soil samples collected at depths between 0 and 10 feet
bgs.

Six metals were detected at concentrations exceeding the screening criteria in surface soil at IR-54.  The
source of these metals is unknown but may be related to fill materials used at the site.  The petroleum
hydrocarbons TPH-d and TRPH were detected at concentrations only slightly exceeding their respective
screening criteria in surface soil.  The presence of these petroleum hydrocarbons may be related to
isolated surface releases or the disposal of waste oils and fuels at adjacent site IR-11/14/15.

Groundwater samples were not collected at IR-54; therefore, an HHRA was not conducted.
Ecological COPCs identified during the terrestrial ERA at IR-54 are arsenic, barium, cobalt, copper, lead,
manganese, mercury, molybdenum, nickel, zinc, and HMW PAHs.  Most of these COPCs were ranked in
Category 2, representing potential risks to the representative terrestrial ecological receptors, the deer
mouse and American kestrel.  HMW PAHs for the deer mouse and arsenic and HMW PAHs for the
American kestrel were classified as Category 1, indicating they are unlikely to pose a risk to the given
receptor.  Based on the COPC-specific categorizations, ecological COPCs in surface soil pose an
uncertain but not a significant, immediate risk to terrestrial ecological receptors at IR-54.  IR-54 is a
Category 2 site.

**5.1.21**          **IR-56:  Area VII, Railroad Tracks, and Building 809**

Metals, SVOCs, PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the
screening criteria in soil samples collected at IR-56.  No soil samples were collected from 0 to 2 feet bgs
collected in unpaved areas at IR-56; therefore, no current HHRA was conducted for this site.  COPCs in
soil contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future industrial
land-use scenario are arsenic, beryllium, hexavalent chromium, PAHs, and Aroclor-1260.  No total

CONFIDENTIAL                                   US_NAVY_02-001311602

segregated HI exceeds 1 under the future industrial land-use scenario. COPCs contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future residential land-use scenario are arsenic, beryllium, hexavalent chromium, benzene, bis(2-ethylhexyl)phthalate, pentachlorophenol, PAHs, and Aroclor-1260. COPCs contributing to a total segregated HI exceeding 1 in at least one exposure area under the future residential land-use scenario are antimony, arsenic, barium, cadmium, copper, manganese, mercury, thallium, vanadium, zinc. Lead concentrations did exceed the residential scenario concentration of concern (169 mg/kg) in a single soil samples collected at depths between 0 and 10 feet bgs.

Seventeen metals were detected at concentrations exceeding the screening criteria in soils at widespread locations and varying depths throughout IR-56. The sources of metals detected at concentrations exceeding their respective HPALs are likely related to (1) sandblast waste used as fill material, (2) activities in the railroad track area, and (3) spills and leaks in the former storage yard. PAHs were detected at concentrations exceeding the screening criteria in surface soils collected from the stained area at the former storage yard west of Building 809 and in the railroad track area east of Building 809; the source of these PAHs is likely spills and leaks from materials stored or used in these areas. Bis(2-ethylhexyl)phthalate was detected at a concentration exceeding the screening criteria in one soil sample collected at a depth of 16 feet bgs; the source of this SVOC is unknown. Petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in (1) surface soils in the former storage yard area west of Building 809, and (2) the uppermost 5.5 feet of soil at borings along Crisp Avenue. The source of these petroleum hydrocarbons is likely related to spills and leaks of (1) waste oils stored in the former storage yard area, and (2) oils and fuels from railroad yard operations and parked cars along Crisp Avenue.

Metals, VOCs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in groundwater samples collected at IR-56. A-aquifer groundwater contained concentrations of VOCs in three industrial exposure areas and one residential exposure area. However, the potential adverse health effects associated with potential exposures to VOCs through inhalation of indoor air are expected to be insignificant at IR-56 because the modeled indoor air concentrations of these VOCs are less than their respective EPA Region IX ambient air PRGs. No groundwater samples were collected from the B-aquifer or bedrock water-bearing zone at IR-56; therefore, an HHRA was not conducted for these aquifers.

Four metals were infrequently detected at concentrations exceeding the screening criteria in A-aquifer groundwater at IR-56. These metals were not detected at concentrations exceeding their respective

5-32                              DRAFT FINAL

HGALs. Therefore, the presence of metals in A-aquifer groundwater may be the result of naturally occurring conditions at IR-56 and is not indicative of a release to groundwater. The VOC trichloroethene was detected at concentrations exceeding the screening criteria in monitoring well and Hydropunch groundwater samples collected from the railroad track area between Buildings 809 and 815. The source of this VOC is unknown but may be related to former railroad yard activities and solvents or paints in boxcars passing through or stored in this area. The detection of chloroform at a concentration exceeding the screening criteria in one monitoring well groundwater sample is an isolated occurrence likely related to laboratory contamination. TPH-mo was detected at concentrations exceeding the screening criterion in monitoring well, Hydropunch, and grab groundwater samples in two areas at IR-56: (1) the storage yard area west of Building 809, and (2) the area north and east of Building 809 including Crisp Avenue. The source of TPH-mo in groundwater in these areas is unknown but is likely related to the presence of TPH-mo in soil in these areas.

### 5.1.22    IR-72: Buildings 810 and 811, Tanks S-801 and S-802, and Surrounding Area

Metals, SVOCs, PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in soil samples collected at IR-72. COPCs in soil under the current industrial land-use scenario are beryllium, PAHs, and Aroclor-1260. COPCs in soil contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future industrial land-use scenario are arsenic, beryllium, hexavalent chromium, PAHs, and Aroclor-1260. No total segregated HI exceeds 1 under the future industrial land-use scenario. COPCs contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future residential land-use scenario are arsenic, beryllium, hexavalent chromium, bis(2-ethylhexyl)phthalate, pentachlorophenol, tetrachloroethene, PAHs, dieldrin, heptachlor epoxide, and Aroclor-1260. COPCs contributing to a total segregated HI exceeding 1 in at least one exposure area under the future residential land-use scenario are antimony, arsenic, barium, cadmium, copper, manganese, mercury, nickel, silver, zinc, noncarcinogenic PAHs, dieldrin, heptachlor epoxide. Lead concentrations did exceed the residential scenario concentration of concern (169 mg/kg) in three soil samples collected at depths between 0 and 10 feet bgs.

Seventeen metals and hexavalent chromium were detected at concentrations exceeding the screening criteria in soils at widespread locations and varying depths throughout IR-72. Metals at concentrations exceeding their respective HPALs were detected in three areas: (1) the storage yard area west of Building 810, (2) beneath Building 810, and (3) the area east of Building 810 near Triple A Site 3 and the USTs. The source of these metals is unknown but may be related to (1) activities in the former storage yard and Triple A Site 3, (2) fill materials used during construction of Building 810, and (3) sandblast

waste and other fill material used at the site.  PAHs were detected at concentrations exceeding the screening criteria primarily in surface and subsurface soils in the storage yard area west of Building 810. The source of these PAHs in surface soils may be related to spills and leaks of petroleum hydrocarbons at the storage yard area; the source of PAHs in subsurface soils may be related to Artificial Fill materials used at the site.  Aroclor-1260 was detected at concentrations exceeding the screening criteria in soils to depths of 9.75 feet bgs in the former storage yard area west of Building 810; the source of this PCB may be related to spills and leaks of PCB-containing waste oil from drums and the AST formerly present in this area.  Aroclor-1260 was also detected at a concentration exceeding the screening criteria at one isolated location east of Building 811 near the former location of an electrical transformer.  Petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in soils extending to depths of (1) 16.25 feet bgs in the former storage yard area west of Building 810 and (2) 11.25 feet bgs in the area near USTs S-801 and S-802.  The source of petroleum hydrocarbons in the former storage yard area is likely spills and leaks from drums formerly stored in the area.  The source of petroleum hydrocarbons in the former UST area is likely leaks from the USTs.

Metals, VOCs, PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in groundwater samples collected at IR-72.  A-aquifer groundwater contained concentrations of VOCs in four industrial and two residential exposure areas.  However, the potential adverse health effects associated with potential exposures to VOCs through inhalation of indoor air are expected to be insignificant at IR-72 because the modeled indoor air concentrations of these VOCs are less than their respective EPA Region IX ambient air PRGs.  No groundwater samples were collected from the B-aquifer or bedrock water-bearing zone at IR-56; therefore, an HHRA was not conducted for these aquifers.

Seven metals were infrequently detected at concentrations exceeding the screening criteria in A-aquifer groundwater at IR-72.  These metals were not detected at concentrations exceeding their respective HGALs.  Therefore, the presence of metals in A-aquifer groundwater may be the result of naturally occurring conditions at IR-72 and is not indicative of a release to groundwater.  The VOCs benzene and trichloroethene were detected at concentrations exceeding their respective screening criteria in monitoring well and Hydropunch groundwater samples collected east of Building 810 near the former UST area.  The source of these VOCs is unknown but may be related to the presence VOCs in A-aquifer groundwater at adjacent sites IR-04, IR-12, and IR-56.  The detection of chloroform at a concentration exceeding the screening criteria in one Hydropunch groundwater sample is an isolated occurrence likely related to laboratory contamination.  TPH-mo was detected at concentrations exceeding the screening criterion in

DRAFT FINAL

CONFIDENTIAL

US_NAVY_02-001311605

monitoring well, Hydropunch, and grab groundwater samples in two areas at IR-56: (1) the storage yard area west of Building 809, and (2) the area north and east of Building 809, including Crisp Avenue. The source of TPH-mo in groundwater in these areas is unknown but is likely related to the presence of TPH-mo in soil in these areas.

Ecological COPCs identified during the terrestrial ERA at IR-72 are antimony, arsenic, barium, beryllium, cadmium, cobalt, copper, lead, manganese, mercury, molybdenum, nickel, selenium, silver, zinc, dibenzofuran, HMW PAHs, LMW PAHs, total chlordane, total DDT, and total PCBs. Most of these COPCs were ranked in Category 2, representing potential risks to the representative terrestrial ecological receptors, the deer mouse and American kestrel. Beryllium, LMW PAHs, total chlordane, and total DDT for the deer mouse and arsenic, total chlordane, total DDT, and total PCBs for the American kestrel were classified as Category 1, indicating they are unlikely to pose a risk to the given receptor. Based on the COPC-specific categorizations, ecological COPCs in surface soil pose an uncertain but not a significant, immediate risk to terrestrial ecological receptors at IR-72. IR-72 is a Category 2 site.

## 5.1.23       IR-73: Asphalt Batch Plant

Metals, SVOCs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in soil samples collected at IR-73. COPCs in soil under the current industrial land-use scenario are beryllium, PAHs, and Aroclor-1260. The COPC in soil contributing to the ELCR exceeding $1 \times 10^{-6}$ in at least one exposure area under the future industrial land-use scenario is benzo(a)pyrene. No total segregated HI exceeds 1 under the future industrial land-use scenario. COPCs contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future residential land-use scenario are PAHs, 4,4'-DDD, 4,4'-DDE, 4,4-DDT, and Aroclor-1260. The COPC contributing to a total segregated HI exceeding 1 in exposure area 112096 under the future residential land-use scenario is mercury. Lead concentrations did not exceed the residential scenario concentration of concern (169 mg/kg) in any IR-73 soil samples collected at depths between 0 and 10 feet bgs.

Seven metals were infrequently detected at concentrations exceeding the screening criteria in soil samples at IR-73. With the exception of lead, which may be related to petroleum hydrocarbons, the metals present at IR-73 do not appear to be related to the presence of organic constituents at the site. The source of these metals is unknown. Benzo(a)pyrene was detected at concentrations exceeding the screening criteria in surface soil samples near the former location of a 500-gallon diesel AST; the source of this PAH is likely surface spills and leaks of diesel fuel from the AST. Petroleum hydrocarbons were detected at concentrations exceeding the screening criteria primarily in the uppermost 2.75 feet of soil in an area of

DRAFT FINAL

CONFIDENTIAL                                    US_NAVY_02-001311606

about 7,500 square feet that was formerly the location of three diesel ASTs and a drum storage area; the horizontal extent of this area has not been fully characterized.  The source of petroleum hydrocarbons in this area is likely surface spills and leaks from ASTs and drums.

Metals and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in groundwater samples collected at IR-73.  Because VOCs were not detected in groundwater samples collected from the A-aquifer at IR-73; therefore, an HHRA was not conducted for this aquifer. No groundwater samples were collected from the B-aquifer or bedrock water-bearing zone at IR-73; therefore, an HHRA was not conducted for these aquifers.

Four metals were infrequently detected at concentrations exceeding the screening criteria in A-aquifer groundwater at IR-73.  These metals were not detected at concentrations exceeding their respective HGALs.  Therefore, the presence of metals in A-aquifer groundwater may be the result of naturally occurring conditions at IR-73 and is not indicative of a release to groundwater.  Petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in A-aquifer monitoring wells and Hydropunch groundwater samples collected near the former diesel and asphalt ASTs.  The source of petroleum hydrocarbons in groundwater at IR-73 is unknown but may be related to spills and leaks from diesel ASTs formerly in the area.  The extent of petroleum hydrocarbon contamination in groundwater has not been fully characterized.

### 5.1.24        IR-74:  FUDS Building 815 (NRDL Main Laboratory)

Due to access difficulties, only soil gas samples were collected at IR-74.  Hazardous substances and petroleum hydrocarbons were not detected in these samples; therefore, no HHRA was performed at this site.

### 5.1.25        IR-75:  FUDS Building 820 (NRDL Radiation Laboratory Cyclotron)

Metals were detected at concentrations exceeding the screening criteria in soil samples collected at IR-75. COPCs in soil under the current industrial land-use scenario were not present in unpaved soil samples collected from 0 to 2 feet bgs.  No ELCR exceeds $1 \times 10^{-6}$ under the future industrial land-use scenario. No total segregated HI exceeds 1 under the future industrial land-use scenario.  No ELCR exceed $1 \times 10^{-6}$ under the future residential land-use scenario.  The COPC contributing to a total segregated HI exceeding 1 in exposure area 999002 under the future residential land-use scenario is nickel.  Lead concentrations did not exceed the residential scenario concentration of concern (169 mg/kg) in any IR-75 soil samples collected at depths between 0 and 10 feet bgs.

5-36                                                    DRAFT FINAL

Arsenic, manganese, and nickel were infrequently detected at concentrations exceeding the screening criteria in soil samples at IR-75. Concentrations of arsenic and manganese did not exceed their respective HPALs; therefore, the presence of these metals may be due to naturally occurring conditions. The source of nickel is unknown.

Metals, VOCs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in groundwater samples collected at IR-75. B-aquifer groundwater data are available for one industrial and one residential land-use scenario. The COPC contributing to the ELCR exceeding $1 \times 10^{-6}$ in exposure areas ZZ02 and 999002 under the industrial and residential land-use scenarios, respectively, is hexavalent chromium. No segregated HI exceeds 1 under the future industrial or future residential land-use scenarios. No groundwater samples were collected from the A-aquifer or bedrock water-bearing zone at IR-75; therefore, an HHRA was not conducted for these aquifers.

Nickel was detected at concentrations exceeding the screening criteria in B-aquifer groundwater at IR-75; nickel was not detected at concentrations exceeding the HGAL. Therefore, the presence of nickel in B-aquifer groundwater may be the result of naturally occurring conditions at IR-75 and is not indicative of a release to groundwater. The presence of chloroform at a concentration exceeding the screening criteria in one B-aquifer groundwater sample is an isolated occurrence likely related to laboratory contamination. TPH-mo was detected at a concentration exceeding the screening criterion in one round of groundwater sampling at B-aquifer monitoring well IR75MW05B. TPH-mo was also detected at concentrations below the screening criterion in prior and subsequent rounds of groundwater sampling at this monitoring well. The source of TPH-mo in groundwater at IR-75 is unknown but may be related to (1) leakage from the UST reportedly present near Building 820, or (2) the presence of TPH-mo in soil and groundwater at adjacent site IR-76.

## 5.1.26    IR-76: FUDS Buildings 830 and 831 (NRDL Biological Laboratory)

Metals, SVOCs, pesticides and PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in soil samples collected at IR-76. COPCs in soil under the current industrial land-use scenario are beryllium and PAHs. COPCs in soil contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future industrial land-use scenario are arsenic, 1,4-dichlorobenzene, PAHs, Aroclor-1254, and Aroclor-1260. The COPC contributing to a total segregated HI in at least one exposure area under the future industrial land-use scenario is Aroclor-1016. COPCs contributing to ELCRs exceeding $1 \times 10^{-6}$ in at least one exposure area under the future residential land-use scenario are arsenic, hexavalent chromium, 1,4-dichlorobenzene, benzene,

CONFIDENTIAL

methylene chloride, pentachlorophenol, PAHs, 4,4'-DDD, 4,4'-DDT, aldrin, dieldrin, Aroclor-1016, Aroclor-1254, and Aroclor-1260.  COPCs contributing to a total segregated HI exceeding 1 in at least one exposure area under the future residential land-use scenario are antimony, cadmium, copper, manganese, mercury, nickel, zinc, cyanide, 4-methylphenol, heptachlor epoxide, Aroclor-1254.  Lead concentrations did exceed the residential scenario concentration of concern (169 mg/kg) in seven soil samples collected at depths between 0 and 10 feet bgs.

Sixteen metals were detected at concentrations exceeding the screening criteria in soils at widespread locations and depths throughout IR-76.  Metals at concentrations exceeding their respective HPALs were detected primarily in and near the area of trace debris associated with the Industrial Landfill.  The source of these metals may be related to fill materials used in this area, including sandblast waste.  PAHs and petroleum hydrocarbons were detected together at concentrations exceeding the screening criteria in soils to depths of 20.75 feet bgs in an area extending from the western portion to the central portion of the site.  The source of these constituents is unknown but may be related to (1) fill materials used in this area, or (2) leaks from the UST reportedly present at IR-75.  Aroclor-1260 was detected at a concentration exceeding the screening criteria in surface soil in a former electrical transformer area.  Petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in surface soil at the former motor storage yard in the eastern portion of IR-76.  In addition to these localized areas of contamination, isolated detections of benzo(a)pyrene, pesticides, Aroclor-1260, and petroleum hydrocarbons at concentrations exceeding their respective screening criteria occurred throughout the area of trace debris associated with the Industrial Landfill; the source of these constituents is likely related to fill material used in this area.

Metals, VOCs, SVOCs, pesticides, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in groundwater samples collected at IR-76.  A-aquifer groundwater contained concentrations of VOCs in three industrial and one residential exposure areas.  However, the potential adverse health effects associated with potential exposures to VOCs through inhalation of indoor air are expected to be insignificant at IR-76 because the modeled indoor air concentrations of these VOCs are less than their respective EPA Region IX ambient air PRGs.  B-aquifer groundwater data are available for one industrial and no residential exposure areas.  COPCs contributing to the ELCR exceeding $1 \times 10^{-6}$ in one exposure area under the future industrial land-use scenario are arsenic and hexavalent chromium.  No segregated HIs exceeded 1 in exposure area AB29.  No groundwater samples were collected from the bedrock water-bearing zone at IR-76; therefore, an HHRA was not conducted for this aquifer.

CONFIDENTIAL                                      US_NAVY_02-001311609

Seven metals were infrequently detected at concentrations exceeding the screening criteria in A-aquifer groundwater at IR-76. These metals were not detected at concentrations exceeding their respective HGALs. Therefore, the presence of metals in A-aquifer groundwater may be the result of naturally occurring conditions at IR-76 and is not indicative of a release to groundwater. A few VOCs, SVOCs, and pesticides were detected at concentrations exceeding their respective screening criteria in Hydropunch and grab groundwater samples; these detections are isolated occurrences and do not appear indicative of groundwater contamination at IR-76. The petroleum hydrocarbons TPH-g, TPH-d, and TPH-mo were detected at concentrations exceeding their respective screening criteria in Hydropunch and monitoring well groundwater samples at IR-76. The source of TPH-g is unknown; the presence of TPH-d and TPH-mo in groundwater may be related to the presence of these petroleum hydrocarbons in soil at IR-76.

Ecological COPCs identified during the terrestrial ERA at IR-76 are antimony, arsenic, barium, beryllium, cadmium, cobalt, copper, lead, manganese, mercury, molybdenum, nickel, selenium, silver, zinc, HMW PAHs, LMW PAHs, total chlordane, total DDT, and total PCBs. Most of these COPCs were ranked in Category 2, representing potential risks to the representative terrestrial ecological receptors, the deer mouse and American kestrel. Antimony, beryllium, mercury, silver, HMW PAHs, LMW PAHs, total chlordane, and total DDT for the deer mouse and arsenic and total chlordane for the American kestrel were classified as Category 1, indicating they are unlikely to pose a risk to the given receptor. Based on the COPC-specific categorizations, ecological COPCs in surface soil pose an uncertain but not a significant, immediate risk to terrestrial ecological receptors at IR-76. IR-76 is a Category 2 site.

## 5.2     AREAS OF CONCERN

The following sections provide an overall estimation of the extent of chemical and radiological contaminants of concern at Parcel E. Section 5.2.1 summarizes the compounds detected in soil at concentrations exceeding the screening criteria at each IR site. Section 5.2.2 summarizes the compounds detected in groundwater at concentrations exceeding the screening criteria at each IR site. Section 5.2.3 presents an evaluation of DNAPLs at Parcel E. Section 5.2.4 discusses the disposal of radium-containing devices at Parcel E.

### 5.2.1     Soil

The following table summarizes the types of analytes detected at concentrations exceeding the screening criteria in soils at each IR site.

DRAFT FINAL

CONFIDENTIAL                                    US_NAVY_02-001311610

| IR Site | Interim Removal Action | Analytes Detected at Concentrations Exceeding the Screening Criteria in Parcel E Soils | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Metals | VOCs | SVOCs | Pesticides | PCBs | Dioxins and Furans | TPH |
| IR-01/21 | X | X | | X | | X | | X |
| IR-02 NW | | X | X | X | X | X | | X |
| IR-02 C | | X | | X | X | X | X | X |
| IR-02 SE | X | X | | X | X | X | X | X |
| IR-03 | X | X | | X | X | X | | X |
| IR-04 | | X | X | X | | X | | X |
| IR-05 | | X | | X | | X | | X |
| IR-11/14/15 | X | X | | X | X | X | X | X |
| IR-12 | | X | X | X | X | X | | X |
| IR-13 | X | X | X | X | | X | | X |
| IR-38 | | X | | X | X | X | | X |
| IR-39 | | X | | X | | X | | X |
| IR-40* | | | | | | | | |
| IR-45 | | X | | | | X | | |
| IR-47 | | X | | | | X | | |
| IR-50 SD | X | X | | | | | | |
| IR-50 SS* | | | | | | | | |
| IR-51* | | | | | | | | |
| IR-52 | | X | | X | | X | | X |
| IR-54 | | X | | | | | | X |
| IR-56 | | X | | X | | X | | X |
| IR-72 | | X | | X | | X | | X |
| IR-73 | | X | | X | | | | X |
| IR-74* | | | | | | | | |
| IR-75 | | X | | | | | | |
| IR-76 | | X | | X | X | X | | X |

Notes:

| | | | | |
|---|---|---|---|---|
| C | Central | | SS | Sanitary Sewer |
| NW | Northwest | | SVOC | Semivolatile organic compound |
| PCB | Polychlorinated biphenyl | | TPH | Total petroleum hydrocarbon |
| SD | Storm drain | | VOC | Volatile organic compound |
| SE | Southeast | | | |
| * | No soil samples collected | | | |

DRAFT FINAL

CONFIDENTIAL                                     US_NAVY_02-001311611

5.2.2          Groundwater

The following table summarizes the types of analytes detected at concentrations exceeding the screening criteria in groundwater at each IR site.

| IR Site | Analytes Detected at Concentrations Exceeding the Screening Criteria in Parcel E Groundwater | | | | | |
|---|---|---|---|---|---|---|
| | Metals | VOCs | SVOCs | Pesticides | PCBs | TPH |
| IR-01/21 | X | X | X | X | X | X |
| IR-02 NW | X | X | X | X | X | X |
| IR-02 C | X | X | X | | | X |
| IR-02 SE | X | X | X | X | X | X |
| IR-03 | X | X | X | X | X | X |
| IR-04 | X | X | X | | | X |
| IR-05 | X | X | X | | X | X |
| IR-11/14/15 | X | X | X | | | X |
| IR-12 | X | X | X | | | X |
| IR-13 | X | X | X | | X | X |
| IR-38 | X | | | | | |
| IR-39 | X | | | X | X | X |
| IR-40* | | | | | | |
| IR-45* | | | | | | |
| IR-47* | | | | | | |
| IR-50 SD* | | | | | | |
| IR-50 SS | X | X | | | | X |
| IR-51* | | | | | | |
| IR-52* | | | | | | |
| IR-54* | | | | | | |
| IR-56 | X | X | | | | X |
| IR-72 | X | X | | | X | X |
| IR-73 | X | | | | | X |
| IR-74* | | | | | | |
| IR-75 | X | X | | | | X |
| IR-76 | X | X | X | X | | X |

Notes:

| | |
|---|---|
| C | Central |
| NW | Northwest |
| PCB | Polychlorinated biphenyl |
| SD | Storm drain |
| SE | Southeast |
| SS | Sanitary sewer |
| SVOC | Semivolatile organic compound |
| TPH | Total petroleum hydrocarbons |
| VOC | Volatile organic compound |
| * | No groundwater samples collected |

CONFIDENTIAL                                      US_NAVY_02-001311612

**5.2.3**          **Dense Nonaqueous-Phase Liquid In Groundwater at Parcel E**

Concentrations of VOCs, SVOCs, and PCBs detected in monitoring well groundwater samples collected at Parcel E were compared to reference concentrations indicating a high likelihood of dense nonaqueous-phase liquid (DNAPL) presence, as determined in the "Parcels B, C, and D Evaluation of Dense Nonaqueous-Phase Liquids at Selected Installation Restoration Site" (PRC 1996s). The method used in this evaluation is similar to a method described in an EPA report titled "Evaluation of the Likelihood of DNAPL Presence at National Priority List Sites, National Results" (EPA 1993b).

The results of the comparison indicate the following:

- VOC and SVOC (except PAHs) concentrations are several magnitudes less than those concentrations indicating a high likelihood of DNAPL presence

- PAH concentrations detected in groundwater monitoring well samples collected at IR-01/21, IR-02 Northwest, IR-02 Southeast, IR-03, IR-05, IR-12, IR-11/14/15, and IR-13 exceed those concentrations indicating a high likelihood of DNAPL presence

- PCB concentrations detected in groundwater monitoring well samples collected at IR-01/21, IR-02 Northwest, IR-03, IR-05, IR-13, and IR-72 exceed those concentrations indicating a high likelihood of DNAPL presence

Although PAH concentrations are indicative of a high likelihood of DNAPL presence, PAHs are probably not present in groundwater at Parcel E as DNAPLs due to the types of wastes released. The presence of PAHs at Parcel E is due to releases of waste fuels containing mixtures of PAHs. These waste fuels are less dense than water; when present in groundwater as a liquid, they are expected to float on the water table and not migrate to the bottom of the A-aquifer as they would if they behaved as DNAPLs.

Although PCB concentrations are indicative of a high likelihood of DNAPL presence, at most IR sites PCBs are probably not present in groundwater at Parcel E as a DNAPL due to the types of wastes released. The presence of PCBs at Parcel E is mostly due to releases of waste oils containing PCBs. The fraction of PCBs in these waste oils is insufficient to result in a DNAPL in groundwater. PCB concentrations were probably detected in groundwater samples because the presence of petroleum hydrocarbons in these samples enhances the solubility of the PCBs. The only likely area where PCBs could be present as a DNAPL in groundwater is in the Industrial Landfill at IR-01/21. It is possible that entire transformers containing PCBs were disposed of in the Industrial Landfill, which could result in the release of liquids containing higher concentrations of PCBs and lead to the presence of these liquids as a DNAPL in groundwater.

DRAFT FINAL

CONFIDENTIAL                                US_NAVY_02-001311613

5.2.4        **Radium-Containing Devices at Parcel E**

Radium-containing devices generated during ship repair and maintenance activities at HPS were buried in the disposal dump area at IR-02 Northwest.  This area is approximately 400 feet by 250 feet in size and extends about 50 feet into IR-02 Central; the disposal dump area does not extend through the beach and intertidal areas to the Parcel E shoreline.  Radium-containing devices are buried to a maximum depth of 9 feet bgs in the disposal dump area.

The few radium-containing devices and radium-contaminated soils found at IR-01/21, IR-02 Central, IR-02 Southeast, and IR-11/14/15 do not appear to have been originally deposited in these areas. Excavation activities conducted by Triple A in the disposal dump area in the late 1970s may have brought buried radium-containing devices and radium-contaminated soil to the ground surface at IR-02 Northwest.  Radium-containing devices and soils found at IR-01/21, IR-02 Central, IR-02 Southeast, and IR-11/14/15 may have been inadvertently transported from the disposal dump area during the movement and disposal of soil, construction materials, and industrial debris.

Radiation investigations conducted at Parcel E are summarized in Appendix E of this RI report. The radiation risk assessment for the areas of concern is presented in Appendix P of this RI report.

5.3        **PARCEL-WIDE SUMMARY**

A detailed description of the parcel-wide distribution of constituents in soil and groundwater is presented in Section 4.1.  This section summarizes Section 4.1 in order to provide a parcel-wide perspective on the nature and extent of contamination discussed in Sections 5.1 and 5.2.

5.3.1        **Soil**

Concentrations for 17 metals, benzo(a)pyrene, Aroclor-1260, and petroleum hydrocarbons are plotted and contoured in Figures 4.1-1A through 4.1-22B to present their parcel-wide distribution in soil.  The parcel-wide distribution of these compounds is discussed in the following paragraphs; however, the discussion does not include greater than 10 feet bgs soils since this interval is very similar to the 2- to 10-foot bgs interval.  The distribution of chemicals in the greater than 10 feet bgs soils is discussed in Section 4.1.

Antimony was detected in surface soil samples at concentrations exceeding the PRG in eight discrete areas.  Antimony concentrations in surface soil samples also exceeded the HPAL in 21 small to comparatively large, discrete areas throughout Parcel E.  The distribution of antimony concentrations exceeding the screening criteria in soil collected between 0 and 2 feet bgs indicates an apparent horizontal

5-43

DRAFT FINAL

US_NAVY_02-001311614

concentration trend at IR-02 Northwest and IR-04. Between 2 and 10 feet bgs, antimony was detected at concentrations exceeding the PRG in 10 discrete areas and at concentrations exceeding the HPAL in 27 discrete areas throughout Parcel E; the majority of these areas are in the northern portion of the parcel. The distribution of antimony concentrations exceeding the screening criteria in soil collected between 2 and 10 feet bgs indicates an apparent horizontal concentration trend at IR-01/21, IR-02 Northwest, and IR-04. Correlation of antimony concentrations exceeding the screening criteria in soil collected between 0 to 2 and 2 to 10 feet bgs indicates the presence of vertical concentration trends in the southeast and southwest portions of IR-01/21, at IR-02 Northwest, and in the southern portion of IR-04. Antimony concentrations at these locations both decrease and increase with depth.

Arsenic was detected at concentrations exceeding the PRG in most surface soil samples collected throughout Parcel E and at concentrations exceeding the HPAL at eight IR sites. In soil samples collected between 2 and 10 feet bgs, arsenic was detected at concentrations exceeding the PRG in most soil samples collected throughout Parcel E and at concentrations exceeding the HPAL in several small to comparatively large areas throughout the parcel. Correlation of arsenic concentrations exceeding the HPAL in soil collected between 0 to 2 and 2 to 10 feet bgs appear to indicate possible vertical concentration trends in the southern portion of IR-02 Northwest and in the south-central portion of IR-03. In general, arsenic concentrations in these areas tend to decrease with depth.

Barium was detected at a concentration of 16,200 mg/kg in a surface soil sample collected in the southern portion of IR-02 Northwest. This concentration exceeds the PRG. Barium was also detected at concentrations exceeding the HPAL in small to comparatively large areas at nearly every Parcel E site where surface soil samples were collected. In soil samples collected from between 2 and 10 feet bgs, barium was detected at concentrations exceeding the HPAL, but not the PRG, in several discrete areas throughout Parcel E. Correlation of barium concentrations exceeding the HPAL between 0 to 2 and 2 to 10 feet bgs appear to indicate possible vertical concentration trends in the central portion of IR-03 and in the north-central portion of IR-56. In general, barium concentrations in these two areas tend to decrease with depth.

Beryllium was detected at concentrations exceeding the PRG in surface soil collected at small to comparatively large areas throughout Parcel E. Beryllium concentrations exceeding the PRG appear to extend from several Parcel E sites into Parcel D, and from IR-01/21 into Parcel A and beyond the western boundary of the site. Beryllium was also detected at concentrations exceeding the HPAL in surface soil collected at nearly every Parcel E site. Between 2 and 10 feet bgs, beryllium was detected at concentrations exceeding the PRG in soil collected throughout most of Parcel E. Beryllium was also

DRAFT FINAL

CONFIDENTIAL                                    US_NAVY_02-001311615

detected at concentrations exceeding the HPAL in soil collected at nearly every Parcel E site. Correlation of beryllium concentrations exceeding the screening criteria in soil collected between 0 to 2 and 2 to 10 feet bgs indicates the presence of vertical concentration trends in limited northern and central portions of IR-01/21, in a large portion of IR-02 Northwest, in the south-central portion of IR-03, in the west-central portion of IR-05, in the southern portion of IR-12, and in the southeastern portion of IR-11/14/15.

Cadmium was detected at concentrations exceeding the PRG in surface soil collected at three IR sites. Cadmium was also detected at concentrations exceeding the HPAL in surface soil collected from nine small to comparatively large, discrete areas. The distribution of cadmium concentrations exceeding the screening criteria in soil collected between 0 and 2 feet bgs indicates the presence of horizontal concentration trends at IR-02 Northwest and IR-04. Between 2 and 10 feet bgs, cadmium was detected at concentrations exceeding the PRG in soil collected at three IR sites. Cadmium was also detected at concentrations exceeding the HPAL in soil collected from 13 small to comparatively large areas throughout Parcel E. Correlation of cadmium concentrations exceeding the screening criteria in soil collected between 0 to 2 and 2 to 10 feet bgs indicates the presence of a vertical concentration trend in the southern portion of IR-02 Northwest. In general, cadmium concentrations exceeding the screening criteria tend to increase in frequency and concentration with depth.

Chromium was detected at concentrations exceeding the PRG in soil collected at small to comparatively large areas predominantly throughout the eastern and southern portions of Parcel E. Chromium concentrations exceeding the PRG appear to extend from IR-05 and IR-39 into Parcel D. Chromium was also detected at concentrations exceeding the sample-specific HPAL in 19 discrete surface soil samples collected between 0 and 2 feet bgs at eight IR sites. Between 2 and 10 feet bgs, chromium was detected at concentrations exceeding the PRG in soil collected at every Parcel E site. Chromium was also detected at concentrations exceeding the sample-specific HPAL in 49 discrete soil samples collected between 2 and 10 feet bgs at 11 IR sites. Correlation of chromium concentrations exceeding the PRG in soil collected between 0 to 2 and 2 to 10 feet bgs indicates the presence of vertical concentration trends in the south-central portions of IR-02 Northwest and IR-72, in the northern portion of IR-05, and throughout IR-12. Correlation of chromium concentrations exceeding the sample-specific HPAL in soil collected between 0 to 2 and 2 to 10 feet bgs occurs in two discrete sampling locations: IR02B249 at IR-01/21 and IR04B030 at IR-04. In general, chromium concentrations exceeding the screening criteria tend to increase in frequency and concentration with depth. The distribution of detected chromium is widespread in soil samples collected throughout Parcel E. This metal is commonly associated with manganese and

DRAFT FINAL

nickel in serpentinite-derived fill material, which is present and also widespread as Artificial Fill throughout Parcel E.

Cobalt was detected at concentrations exceeding the sample-specific HPAL in 25 discrete surface soil samples collected at 10 IR sites. Between 2 and 10 feet bgs, cobalt was detected at concentrations exceeding the sample-specific HPAL in 29 discrete soil samples collected at 13 IR sites. Correlation of cobalt concentrations exceeding the sample-specific HPAL in soil collected between 0 to 2 and 2 to 10 feet bgs occur at two discrete sampling locations: IR01B021A at IR-01/21 and IR39MW36A at IR-13.

Copper was detected at concentrations exceeding the PRG in 13 surface soil samples collected at eight IR sites. Copper was also detected at concentrations exceeding the HPAL in surface soil collected at several small to comparatively large areas throughout Parcel E. The distribution of copper concentrations exceeding the screening criteria in soil collected between 0 and 2 feet bgs indicates an apparent horizontal concentration trend at IR-01/21, IR-02 Northwest, IR-02 Southeast, IR-03, IR-04, IR-12, and IR-13. Between 2 and 10 feet bgs, copper was detected at concentrations exceeding the PRG in 23 soil samples collected at nine IR sites. Copper was also detected at concentrations exceeding the HPAL in soil collected at several small to comparatively large areas throughout Parcel E. The distribution of copper concentrations exceeding the screening criteria in soil collected between 2 and 10 feet bgs indicates the presence of horizontal concentration trends in IR-01/21 extending into IR-02 Northwest, IR-02 Central, IR-02 Southeast, IR-03, IR-04, IR-12, and IR-76. Correlation of copper concentrations exceeding the screening criteria in soil collected between 0 to 2 and 2 to 10 feet bgs indicates that vertical concentration trends may occur in the southeast portion of IR-01/21; in the southern portions of IR-02 Northwest, IR-02 Southeast, IR-03, and IR-04; and in the central portions of IR-11/14/15 and IR-76. In general, copper concentrations in these areas tend to increase with depth.

Lead was detected at concentrations exceeding the PRG in surface soil collected at several small to comparatively large areas throughout Parcel E. Lead was also detected at concentrations exceeding the HPAL in most soil samples collected throughout Parcel E. The distribution of lead concentrations exceeding the screening criteria in soil collected between 0 and 2 feet bgs indicates the presence of horizontal concentration trends at IR-02 Northwest, IR-02 Southeast, and IR-04. Between 2 and 10 feet bgs, lead was detected at concentrations exceeding the PRG in soil collected at several small to comparatively large areas throughout Parcel E. The distribution of lead concentrations exceeding the screening criteria in soil collected between 2 and 10 feet bgs indicates apparent horizontal concentration trends at IR-01/21, IR-02 Northwest, IR-02 Central, IR-02 Southeast, IR-03, IR-04, and the southern portion of IR-12. Correlation of lead concentrations exceeding the screening criteria in soil collected

DRAFT FINAL

CONFIDENTIAL   US_NAVY_02-001311617

between 0 to 2 and 2 to 10 feet bgs indicates the presence of vertical concentration trends in the southern portions of IR-02 Northwest and IR-04, and in the northern portion of IR-02 Southeast.

Manganese was detected at concentrations exceeding the PRG in most surface soil samples collected throughout Parcel E. Manganese was also detected at concentrations exceeding the HPAL in surface soil collected at several small to comparatively large, discrete areas at nearly every site. Between 2 and 10 feet bgs, manganese was detected at concentrations exceeding the PRG in most surface soil samples collected throughout Parcel E. Manganese was also detected at concentrations exceeding the HPAL in surface soil collected at nearly every Parcel E site. In general, manganese concentrations throughout Parcel E increase with depth. The distribution of detected manganese is widespread in soil samples collected throughout Parcel E. This metal is commonly associated with chromium and nickel in serpentinite-derived fill material, which is present and also widespread as Artificial Fill throughout Parcel E.

Mercury was detected at concentrations exceeding the PRG in only surface four soil samples collected at four IR sites. Mercury was also detected at concentrations exceeding the HPAL in surface soil collected from 13 discrete areas at eleven IR sites. The distribution of mercury concentrations exceeding the screening criteria in soil collected between 0 and 2 feet bgs indicates apparent horizontal concentration trends at IR-02 Northwest and IR-04. Between 2 and 10 feet bgs, mercury was detected at concentrations exceeding the PRG in only four soil samples collected at four IR sites. Mercury was also detected at concentrations exceeding the HPAL in soil collected at 24 small to comparatively large, discrete areas throughout Parcel E. The distribution of mercury concentrations exceeding the screening criteria in soil collected between 2 and 10 feet bgs indicates apparent horizontal concentration trends at IR-01/21, IR-02 Northwest, IR-02 Central, IR-04, and IR-76. Correlation of mercury concentrations exceeding the screening criteria in soil collected between 0 to 2 and 2 to 10 feet bgs indicates the presence of vertical concentration trends in the southern portion of IR-02 Northwest and near the north-central portion of IR-02 Southeast.

Molybdenum was detected at a concentration of 1,450 mg/kg in one surface soil sample collected in the south-central portion of IR-03; this concentration exceeded the PRG. Molybdenum was also detected at concentrations exceeding the HPAL in surface soil collected at small to comparatively large areas throughout Parcel E. Molybdenum concentrations exceed the HPAL in three large areas. The distribution of molybdenum concentrations exceeding the screening criteria in soil collected between 0 and 2 feet bgs indicates apparent horizontal concentration trends at IR-02 Northwest, IR-03, IR-04, and the southern portion of IR-12. Between 2 and 10 feet bgs, molybdenum was detected at concentrations

CONFIDENTIAL                                          US_NAVY_02-001311618

exceeding the HPAL, but not the PRG, in soil collected at several small to comparatively large areas throughout Parcel E. The distribution of molybdenum concentrations exceeding the screening criteria in soil collected between 2 and 10 feet bgs indicates apparent horizontal concentration trends at IR-01/21, IR-02 Northwest, IR-02 Central, IR-02 Southeast, IR-03, IR-04, and the southern portion of IR-12. Correlation of molybdenum concentrations exceeding the screening criteria in soil collected between 0 to 2 and 2 to 10 feet bgs indicates the presence of vertical concentration trends in the southern portion of IR-02 Northwest, in the northwest and southeast portions of IR-02 Southeast, and in the south-central portion of IR-03. Molybdenum concentrations in these areas decrease and increase with depth.

Nickel was detected at concentrations exceeding the PRG in surface soil collected at several small to comparatively large areas throughout Parcel E. Nickel was also detected at concentrations exceeding the sample-specific HPAL in surface soil collected from several additional small- to moderately-sized areas at four IR sites and in 17 discrete soil samples collected at eight IR sites. Between 2 and 10 feet bgs, nickel was detected at concentrations exceeding the PRG in most soil samples collected throughout Parcel E. Nickel was also detected at concentrations exceeding the sample-specific HPAL in 39 discrete soil samples collected at 12 IR sites. Nickel concentrations exceeding the PRG in soil collected between 0 to 2 and 2 to 10 feet bgs correlate throughout Parcel E. However, no apparent vertical concentration trends were noted within specific IR sites at Parcel E. Nickel concentrations exceeding the sample-specific HPAL in soil collected between 0 to 2 and 2 to 10 feet bgs correlate in six discrete sampling locations: IR01B033 at IR-01/21; IR02B122, IR02B288, and IR02MW127B at IR-02 Northwest; and IR39MW36A at IR-13. In general, nickel concentrations appear to increase with depth. The distribution of detected nickel is widespread in soil samples collected throughout Parcel E. This metal is commonly associated with chromium and manganese in serpentinite-derived fill material, which is present and also widespread as Artificial Fill throughout Parcel E.

Selenium was detected at concentrations exceeding the HPAL in surface soil samples collected at five IR sites. Between 2 and 10 feet bgs, selenium was detected at concentrations exceeding the HPAL in soil samples collected at four IR sites.

Silver was detected at concentrations exceeding the HPAL in surface soil collected from several small to comparatively large, discrete areas at seven IR sites. The distribution of silver concentrations exceeding the screening criteria in soil collected between 0 and 2 feet bgs indicates an apparent horizontal concentration trend at IR-02 Northwest. Between 2 and 10 feet bgs, silver was detected at concentrations exceeding the HPAL in soil collected at nearly every Parcel E. Silver concentrations detected in one of every three samples exceeded the HPAL at seven IR sites. The distribution of silver concentrations

DRAFT FINAL

exceeding the screening criteria in soil collected between 2 and 10 feet bgs indicates apparent horizontal concentration trends at IR-01/21, IR-02 Northwest, and the southern portion of IR-12. Correlation of silver concentrations exceeding the HPAL in soil collected between 0 to 2 and 2 to 10 feet bgs indicates the presence of vertical concentration trends in the southern portion of IR-02 Northwest, in the south-central portion of IR-03, and in the central portion of IR-05. In general, silver concentrations exceeding the HPAL, and the frequency of detection throughout Parcel E, tend to increase with depth.

Vanadium was detected at a concentration of 1,540 mg/kg in one surface soil sample. This concentration exceeded the PRG (537 mg/kg). Vanadium was also detected at concentrations exceeding the HPAL in surface soil collected from 21 small- to moderately-sized areas throughout Parcel E. Between 2 and 10 feet bgs, vanadium was detected in soil at concentrations that equal or exceed the PRG in six soil samples collected at four IR sites. Vanadium was also detected at concentrations exceeding the HPAL in soil collected from several small to comparatively large areas throughout Parcel E. Correlation of vanadium concentrations exceeding the screening criteria in soil collected between 0 to 2 and 2 to 10 feet bgs indicates the presence of a vertical concentration trend in the south-central portion of IR-12.

Zinc was detected at concentrations exceeding the HPAL, but not the PRG, in surface soil collected in several small to comparatively large areas throughout Parcel E. The distribution of zinc concentrations exceeding the HPAL in soil collected between 0 and 2 feet bgs indicates the presence of horizontal concentration trends at IR-02 Northwest, IR-02 Southeast, IR-03, IR-04, and the southern portion of IR-12. Between 2 and 10 feet bgs, zinc was detected at concentrations of 116,000 and 25,000 mg/kg in soil samples collected in the southwest portion of IR-01/21 and in the south-central portion of IR-02 Northwest, respectively. These concentrations exceeded the PRG. Zinc was also detected at concentrations exceeding the HPAL in soil collected at predominantly large- to moderately-sized areas throughout Parcel E is present in four large areas. The distribution of zinc concentrations exceeding the screening criteria in soil collected between 2 and 10 feet bgs indicates the presence of horizontal concentration trends at IR-01/21, IR-02 Northwest, IR-02 Central, IR-02 Southeast, IR-03, the southern portions of IR-04 and IR-12, and IR-76. Correlation of zinc concentrations exceeding the screening criteria in soil collected between 0 to 2 and 2 to 10 feet bgs indicates the presence of vertical concentration trends at every Parcel E site, except IR-54 and IR-73.

Benzo(a)pyrene was detected at concentrations exceeding the PRG in surface soil collected from several small to comparatively large, discrete areas at nearly every Parcel E site. The distribution of benzo(a)pyrene concentrations exceeding the PRG in soil collected between 0 and 2 feet bgs indicates the presence of horizontal concentration trends in the south-central portion of IR-03. Between 2 and 10 feet

CONFIDENTIAL

bgs, benzo(a)pyrene was detected at concentrations exceeding the PRG in soil collected from several small to comparatively large areas throughout Parcel E. Benzo(a)pyrene concentrations did not exceed the PRG in soil collected at eight IR. The distribution of benzo(a)pyrene concentrations exceeding the PRG in soil collected between 2 and 10 feet bgs indicate the presence of horizontal concentration trends at IR-02 Northwest and extending into IR-01/21. Correlation of benzo(a)pyrene concentrations exceeding the screening criteria in soil collected between 0 to 2 and 2 to 10 feet bgs indicates the presence of vertical concentration trends in the south-central portion of IR-01/21, in the central and western portions of IR-02 Northwest, at IR-02 Southeast, in the eastern portion of IR-03, and near the southern boundary of IR-72. Benzo(a)pyrene concentrations at these locations decrease and increase with depth.

Aroclor-1260 was detected at concentrations exceeding the PRG in surface soil collected at several small to comparatively large areas throughout most of Parcel E. Aroclor-1260 concentrations did not exceed the PRG in large areas in the western, northern, central-eastern, and southeastern portions of the parcel. The distribution of Aroclor-1260 concentrations exceeding the PRG in soil collected between 0 and 2 feet bgs indicates the presence of horizontal concentration trends in the southeast portion of IR-01/21, IR-02 Northwest, IR-03, IR-04, IR-05, the southern portion of IR-12, and IR-38. Between 2 and 10 feet bgs, Aroclor-1260 was detected at concentrations exceeding the PRG in soil collected at several small to large areas throughout Parcel E. Similar to the 0- to 2-foot bgs interval, the largest areas where Aroclor-1260 concentrations did not exceed the PRG are in the western, northern, central-eastern, and southeastern portions of the parcel. The distribution of Aroclor-1260 concentrations exceeding the PRG in soil collected between 2 and 10 feet bgs indicates the presence of horizontal concentration trends in the southeastern and northern portions of IR-01/21, IR-02 Northwest, IR-03, in the southern portions of IR-04 and IR-12, and IR-38. Correlation of Aroclor-1260 concentrations exceeding the PRG in soil collected between 0 to 2 and 2 to 10 feet bgs indicates the presence of vertical concentration trends in the southeast portion of IR-01/21, in the south-central portion of IR-02 Northwest, in the southwest and southeast portions of IR-02 Central, in the northwest and southeast portions of IR-02 Southeast, in the south-central portion of IR-03, in the southern portions of IR-04 and IR-12, in the east-central portion of IR-05, in the northwest portion of IR-13, and in the southwest portion of IR-72. Aroclor-1260 concentrations in these areas both decrease and increase with depth.

TPH-d was detected at concentrations that equal or exceed the screening criterion in 14 surface soil samples collected throughout Parcel E. These soil samples were collected in 12 small to comparatively large, discrete areas. The distribution of TPH-d concentrations exceeding the screening criterion in soil collected between 0 and 2 feet bgs indicates the presence of a horizontal concentration trend at IR-73.

CONFIDENTIAL                                          US_NAVY_02-001311621

Between 2 and 10 feet bgs, TPH-d was detected at concentrations that equal or exceed the screening criterion in 34 soil samples collected eight areas throughout Parcel E.  The distribution of TPH-d concentrations exceeding the screening criterion in soil collected between 2 and 10 feet bgs indicates the presence of horizontal concentration trends at IR-01/2,1 IR-02 Northwest, IR-02 Central, and IR-03. Correlation of TPH-d concentrations exceeding the screening criterion in soil collected between 0 to 2 and 2 to 10 feet bgs indicates the presence of vertical concentration trends in the central and southeast portions of IR-02 Central, and in the central portion of IR-73.  In general, TPH-d concentrations in soil collected throughout Parcel E appear to decrease with depth.

TPH-g was detected at concentrations exceeding the screening criterion in three surface soil samples collected from three areas.  Between 2 and 10 feet bgs, TPH-g was detected at concentrations exceeding the screening criterion in 19 soil samples collected at eight IR sites.  The distribution of TPH-g concentrations exceeding the screening criterion in soil collected between 2 and 10 feet bgs indicates horizontal concentration trends at the southeast corner of IR-01/21 extending into the northwest portion of IR-02 Northwest.

TPH-mo was detected at concentrations exceeding the screening criterion in surface soil collected in three areas.  The distribution of TPH-mo concentrations exceeding the screening criterion in soil collected between 0 and 2 feet bgs indicates the presence of horizontal concentration trends in IR-72 andIR-73. Between 2 and 10 feet bgs, TPH-mo was detected at concentrations exceeding the screening criterion in soil collected from three areas of Parcel E.  The distribution of TPH-mo concentrations exceeding the screening criterion in soil collected between 2 and 10 feet bgs indicates the presence of horizontal concentration trends in IR-02 Southeast, the northern portion of IR-13, the southwest portion of IR-72, IR-73, and IR-76.  Correlation of TPH-mo concentrations exceeding the screening criterion in soil collected between 0 to 2 and 2 to 10 feet bgs indicates the presence of vertical concentration trends in the northwest portions of IR-02 Southeast and IR-13, in the southwest portion of IR-72, in the central portion of IR-72, and at IR-76.

The coincidences of occurrence of the various types of TPHs and Aroclor-1260 at concentrations exceeding the screening criteria in soil collected between 0 and 2 feet bgs throughout Parcel E are the following:

- IR-01/21:  TPH-g and Aroclor-1260 in the southeast portion of the site
- IR-02 Central:  TPH-d and Aroclor-1260 in the southeast portion of the site
- IR-02 Southeast:  TPH-mo and Aroclor-1260 in the northwest portion of the site

CONFIDENTIAL                          US_NAVY_02-001311622

- IR-04: TPH-g and Aroclor-1260 in the southern portion of the site

- IR-05: TPH-g and Aroclor-1260 in the eastern portion of the site

- IR-12: TPH-d and Aroclor-1260 in the southern portion of the site

- IR-13: TPH-mo and Aroclor-1260 in the northwest portion of the site

- IR-72: TPH-mo, TPH-d, and Aroclor-1260 in the western portion of the site

The coincidences of occurrence of the various types of TPHs and Aroclor-1260 at concentrations exceeding the screening criteria in soil collected between 2 and 10 feet bgs throughout Parcel E are the following:

- IR-01/21: TPH-d, TPH-g, and Aroclor-1260 in the north-central portion of the site and TPH-d, TPH-mo and Aroclor-1260 in the southeast portion of the site

- IR-02 Northwest: TPH-d and TPH-g in the northern portion of the site

- IR-02 Central: TPH-d, TPH-g, and TPH-mo in the central portion of the site

- IR-02 Southeast: TPH-d, TPH-g, TPH-mo, and Aroclor-1260 in the northwest portion of the site; TPH-d and Aroclor-1260 in the southwest and southeast portions of the site; and TPH-mo and Aroclor-1260 in the southeast portion of the site

- IR-03: TPH-d, TPH-g, and Aroclor-1260 in the south-central portion of the site

- IR-04: TPH-d, TPH-g, and Aroclor-1260 in the southern portion of the site

- IR-12: TPH-d and TPH-g in the northern portion of the site

- IR-13: TPH-d, TPH-g, TPH-mo, and Aroclor-1260 in the northwest portion of the site

- IR-72: TPH-mo and Aroclor-1260 in the southwest portion of the site

- IR-73: TPH-d and TPH-g in the central portion of the site

## 5.3.2        Groundwater

Concentrations for six metals, Aroclor-1260, and petroleum hydrocarbons are plotted in Figures 4.1-23 through 4.1-32 to present their parcel-wide distribution in A-aquifer, B-aquifer, and bedrock water-bearing zone groundwater. The distribution of these compounds is discussed in the following paragraphs.

Arsenic was detected in groundwater collected from the A-aquifer at concentrations exceeding the PRG throughout Parcel E. Arsenic concentrations also exceeded the MCL, NAWQC, and the HGAL in several

CONFIDENTIAL                                      US_NAVY_02-001311623

comparatively small- to moderately-sized areas in six IR sites. The only apparent horizontal concentration trend in the A-aquifer exhibiting elevated arsenic concentrations appears in IR-03. Arsenic was detected in groundwater collected from all but one B-aquifer and both bedrock water-bearing zone monitoring wells at concentrations exceeding the PRG. A lack of horizontal concentration trends exhibiting elevated arsenic concentrations occur in groundwater from either the B-aquifer or the bedrock water-bearing zone.

Chromium was detected in groundwater collected from the A-aquifer at concentrations exceeding the MCL and HGAL in several discrete areas throughout Parcel E. There are four areas with elevated chromium concentrations. A lack of horizontal concentration trends exhibiting elevated chromium concentration occurs in A-aquifer groundwater. Chromium was detected at a concentration of 80 µg/L in one groundwater sample collected from the B-aquifer. This sample concentration exceeds the MCL. A lack of horizontal concentration trends exhibiting elevated chromium concentrations occur in either B-aquifer or bedrock water-bearing zone groundwater.

Copper was detected in groundwater collected from the A-aquifer throughout Parcel E at concentrations exceeding the screening criteria. Copper concentrations exceed the PRG in only three locations. Copper was detected at concentrations exceeding the NAWQC (2.4 µg/L) in groundwater at every Parcel E site except IR-39. Copper was also detected at concentrations exceeding the HGAL in A-aquifer groundwater at several Parcel E sites. A lack of horizontal concentration trends exhibiting elevated copper concentrations occur in groundwater from the A-aquifer. Copper was detected in groundwater collected from seven of 10 B-aquifer monitoring wells and from both bedrock water-bearing zone monitoring wells at concentrations exceeding the NAWQC. A lack of horizontal concentrations trends exhibiting elevated copper concentrations occur in groundwater from either the B-aquifer or bedrock water-bearing zone.

Lead was detected in groundwater collected from the A-aquifer at concentrations exceeding the screening criteria at several locations throughout Parcel E. Comparatively small to large areas with elevated concentrations exceeding one of the screening criteria are within the boundaries of nearly every site. The only apparent horizontal concentration trends in the A-aquifer at Parcel E exhibiting elevated lead concentrations are near the south-central portion of IR-03 and at IR-04. Lead was detected in groundwater samples collected from five B-aquifer and bedrock water-bearing zone monitoring wells. A lack of horizontal concentration trends exhibiting elevated lead concentrations occur in groundwater from either B-aquifer or bedrock water-bearing zone.

CONFIDENTIAL                                    US_NAVY_02-001311624

Manganese was detected in A-aquifer groundwater at nearly every Parcel E site. Most manganese concentrations throughout the parcel exceed the PRG; only 22 samples did not exceed this screening criterion. Manganese concentrations exceeding the HGAL were detected in groundwater samples collected from two A-aquifer monitoring wells. The only apparent horizontal concentration trend within the A-aquifer exhibiting elevated manganese concentrations appear to occur near the southern to central portion of IR-04. Manganese concentrations exceeding the PRG appear to extend north to Parcel A and west beyond the Parcel E boundary (IR-01/21) and east to Parcel D (IR-04, IR-05, IR-11/14/15, IR-13, and IR-38). Manganese was detected at concentrations exceeding the PRG in groundwater collected from eight out of 10 B-aquifer monitoring wells. A lack of horizontal concentration trends exhibiting elevated manganese concentrations occur in B-aquifer groundwater. Although manganese was detected in groundwater samples collected from both bedrock water-bearing zone monitoring wells, no concentrations exceed the screening criteria.

Nickel was detected in groundwater collected from the A-aquifer at concentrations exceeding the PRG in seven small areas at five IR sites. Nickel concentrations in the A-aquifer exceed the MCL in several comparatively small to large, discrete areas at seven IR sites. Nickel also was detected at concentrations exceeding the NAWQC throughout most of Parcel E. Nickel concentrations exceeding the NAWQC and MCL appear to extend north to Parcel A (IR-01/21). The only apparent horizontal concentration trend in the A-aquifer exhibiting elevated nickel concentrations is present in the southern portion of IR-04. Nickel was detected in groundwater collected from three B-aquifer monitoring wells. Nickel was also detected in groundwater samples collected from both of the bedrock water-bearing zone monitoring wells at IR-11/14/15. However, only one concentration exceeds the NAWQC. A lack of horizontal concentration trends exhibiting elevated nickel concentrations occur in groundwater from either the B-aquifer or the bedrock water-bearing zone.

Aroclor-1260 was detected in groundwater collected from the A-aquifer in 10 small to comparatively large, discrete areas in Parcel E. A lack of horizontal concentration trends exhibiting elevated Aroclor-1260 concentrations occur in A-aquifer groundwater. Aroclor-1260 was not detected in groundwater from either the B-aquifer or the bedrock water-bearing zone.

TPH-g was detected in A-aquifer groundwater in 11 discrete areas throughout Parcel E. Apparent horizontal concentration trends in A-aquifer groundwater exhibiting elevated TPH-g concentrations appear to occur near the central portion of IR-11/14/15 and near the south-central portion of IR-03. In addition, TPH-g concentrations exceeding the screening criterion appear to extend north to Parcel D at

CONFIDENTIAL                                    US_NAVY_02-001311625

IR-13 and slightly west beyond the Parcel E boundary at IR-01/21. TPH-g was not detected in groundwater from either the B-aquifer or the bedrock water-bearing zone.

TPH-d was detected in A-aquifer groundwater in 15 discrete areas throughout Parcel E; however, most detections occurred in the northern portion of the parcel. Comparatively large areas with TPH-d concentrations exceeding the screening criterion are present at six IR sites. Apparent horizontal concentration trends in A-aquifer groundwater exhibiting TPH-d concentrations appear to occur near the central portion of IR-11/14/15 and near the south-central portion of IR-03. In addition, TPH-d concentrations exceeding the screening criterion appear to extend north to Parcel D at IR-13 and slightly west beyond the Parcel E boundary at IR-01/21. TPH-d was detected in groundwater collected from only one B-aquifer and one bedrock water-bearing zone monitoring well. One TPH-d concentration exceeds the screening criterion in groundwater collected from the bedrock water-bearing zone. A lack of horizontal concentration trends exhibiting elevated TPH-d concentrations occur in groundwater from either the B-aquifer or the bedrock water-bearing zone.

TPH-mo was detected in A-aquifer groundwater in 19 discrete areas throughout Parcel E. Comparatively large areas with concentrations exceeding the screening criterion are present at five IR sites. Apparent horizontal concentration trends in A-aquifer groundwater exhibiting elevated TPH-mo concentrations appear to occur near the south-central portion of IR-03 and the northern portion of IR-13. In addition, TPH-mo concentrations exceeding the screening criterion appear to extend north to Parcel D at IR-13 and slightly west beyond the Parcel E boundary at IR-01/21. TPH-mo was detected in groundwater collected from only one B-aquifer and one bedrock water-bearing zone monitoring well. A lack of horizontal concentration trends exhibiting elevated TPH-mo concentrations occur in groundwater from either the B-aquifer or the bedrock water-bearing zone.

The coincidences of occurrence within the A-aquifer of the three types of total TPHs and Aroclor-1260 detected in groundwater at concentrations exceeding the screening criteria collected throughout Parcel E are the following:

- IR-01/21: TPH-g, TPH-d, TPH-mo, and Aroclor-1260 occur near the southeast boundary, near the northern to northwest corner, and near the south-central to southeast portions of the site

- IR-03: TPH-g, TPH-d, TPH-mo, and Aroclor-1260 occur near the south-central to southeast portion of the site

- IR-04: TPH-d and TPH-mo occur in the southern portion of the site

CONFIDENTIAL                                      US_NAVY_02-001311626

- IR-11/14/15:  TPH-g, TPH-d, and TPH-mo occur near the central portion of the site

- IR-12:  TPH-g, TPH-d, and TPH-mo occur near the north-central portion of the site

- IR-13:  TPH-g, TPH-d, TPH-mo, and Aroclor-1260 occur near the northern portion of the site and extend into Parcel D

- IR-72:  TPH-g, TPH-d, TPH-mo, and Aroclor-1260 occur near the northeast portion of the site

- IR-73:  TPH-d and TPH-mo occur near the eastern boundary of the site

The coincidences of occurrence of TPH-g in soil and groundwater at concentrations exceeding the screening criterion collected throughout Parcel E are the following:

- IR-01/21:  TPH-g occurs in soil collected at greater than 2 feet bgs and in groundwater near the southeast portion of the site

- IR-03:  TPH-g occurs in soil collected at greater than 2 feet bgs and in groundwater near the south-central portion of the site

- IR-11/14/15:  TPH-g occurs in soil collected at greater than 2 feet bgs and in groundwater near the west-central portion of the site

- IR-12:  TPH-g occurs in soil collected between 2 and 10 feet bgs and in groundwater near the northern portion of the site

- IR-13:  TPH-g occurs in soil collected between 2 and 10 feet bgs and in groundwater near the northwest portion of the site

- IR-72:  TPH-g occurs in soil collected at greater than 10 feet bgs and in groundwater near the eastern portion of the site

The coincidences of occurrence of TPH-d in soil and groundwater at concentrations exceeding the screening criterion collected throughout Parcel E are the following.

- IR-01/21:  TPH-d occurs in soil collected at greater than 2 feet bgs and in groundwater near the northern and southeast portions of the site

- IR-02 Central:  TPH-d occurs in soil collected between 0 and 10 feet bgs and in groundwater near the central portion of the site

- IR-03:  TPH-d occurs in soil collected at greater than 2 feet bgs and in groundwater near the south-central portion of the site

- IR-04:  TPH-d occurs in soil collected between 2 and 10 feet bgs and in groundwater near the southern portion of the site

DRAFT FINAL

CONFIDENTIAL                                US_NAVY_02-001311627

- IR-11/14/15: TPH-d occurs in soil collected at greater than 10 feet bgs and in groundwater near west-central portion of the site

- IR-12: TPH-d occurs in soil collected between 0 and 2 feet bgs and in groundwater near the southern portion of the site; TPH-d occurs in soil collected between 2 and 10 feet bgs and in groundwater near the north-central portion of the site

- IR-13: TPH-d occurs in soil collected at greater than 2 feet bgs and in groundwater near the western portion of the site

- IR-54: TPH-d occurs in soil collected between 0 and 2 feet bgs and in groundwater at this site

- IR-72: TPH-d occurs in soil collected between 0 and 2 feet bgs and in groundwater near the western and southwest boundary of the site; TPH-d occurs in soil collected at greater than 10 feet bgs and in groundwater near the eastern portion of the site

- IR-73: TPH-d occurs in soil collected between 0 and 10 feet bgs and in groundwater near the central portion of the site

The coincidences of occurrence of TPH-mo in soil and groundwater at concentrations exceeding the screening criterion collected throughout Parcel E are the following:

- IR-02 Central:  TPH-mo occurs in soil collected between 2 and 10 feet bgs and in groundwater near the central portion of the site

- IR-13:  TPH-mo occurs in soil collected from the ground surface to greater than 10 feet bgs and in groundwater near the northwest portion of the site

- IR-56:  TPH-mo occurs in soil collected between 0 and 2 feet bgs and in groundwater near the north-central portion of the site

- IR-72:  TPH-mo occurs in soil collected between 0 and 10 feet bgs and in groundwater near the southwest portion of the site

- IR-73: :  TPH-mo occurs in soil collected between 0 and 10 feet bgs and in groundwater near the eastern portion of the site

- IR-76:  TPH-mo occurs in soil collected at greater than 2 feet bgs and in groundwater near the northern portion of the site

The coincidences of occurrence of Aroclor-1260 in soil and groundwater at concentrations exceeding the screening criteria collected throughout Parcel E are the following:

5-57

DRAFT FINAL

US_NAVY_02-001311628

- IR-01/21:  Aroclor-1260 occurs in soil collected between 0 and 2 feet bgs and in groundwater near the southeast portion of the site; Aroclor-1260 occurs in soil collected between 2 and 10 feet bgs and in groundwater near the central, western, and northern portions of the site; Aroclor-1260 occurs in soil collected at greater than 10 feet bgs and in groundwater near the central and northern portions of the site

- IR-02 Northwest:  Aroclor-1260 occurs in soil collected at greater than 2 feet bgs and in groundwater near the southern portion of the site

- IR-03:  Aroclor-1260 occurs in soil collected at greater than 2 feet bgs and in groundwater near the south-central portion of the site

- IR-05:  Aroclor-1260 occurs in soil collected at greater than 2 feet bgs and in groundwater near the south-central portion of the site

- IR-13:  Aroclor-1260 occurs in soil collected from the ground surface to 10 feet bgs and in groundwater near the northern portion of the site

## 5.4      BOUNDARY CONDITIONS

Parcel E is bounded to the north by Parcels A and D, to the west by off-base property, and to the south and east by San Francisco Bay.  This section describes identified soil- or groundwater-affected areas in Parcel E that could potentially migrate from Parcel E to other parcels, off-base property, or San Francisco Bay.  The FUDS, which have been evaluated as part of Parcel E in this RI report, are not owned by the Navy; therefore, their boundaries with Navy property at HPS, as well as their boundaries with off-base property, have been evaluated in this section.  The FUDS are located along the northern boundary of Parcel E.

The following Parcel E IR sites share a common boundary with adjacent parcels at HPS, off-base land areas, or with the San Francisco Bay:

- Parcel A Boundary: IR-56, IR-74, and IR-76

- Parcel D Boundary: IR-05, IR-11/14/15, IR-13, IR-38, IR-39, and IR-73

- Off-Base Boundary:  IR-01/21, IR-52, and IR-75

- FUDS Boundary:  IR-74, IR-75, and IR-76

- San Francisco Bay Boundary:  IR-01/21, IR-02 Northwest, IR-02 Central, IR-02 Southeast, and IR-03

CONFIDENTIAL                                  US_NAVY_02-001311629

It should be noted that, because IR-36 North, IR-36 South, and IR-36 West in Parcel D have been transferred into Parcel E for evaluation during the Parcel E FS, several of the Parcel D boundary sites noted above actually border what are now Parcel E sites IR-36 West and IR-36 North.  IR-36 West borders IR-13 and IR-39, while IR-36 North borders IR-05.  Since this change in boundaries has not changed the physical areas that were evaluated in their respective Parcel D and E RI reports, the boundary conditions reflect the original site boundaries.  For consistency, discussion in this section refers to these former Parcel D sites as parts of Parcel D.

**Boundary of Parcels E and A**

Parcel E site IR-56 and FUDS IR-74 and IR-76 are located along the boundary of Parcel A. The possibility of hazardous substances and petroleum hydrocarbons migrating across this common boundary is discussed in the following paragraphs.

<u>IR-56</u>

Petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in surface and near-surface soil along Crisp Avenue.  The source of these petroleum hydrocarbons is likely related to surface spills and leaks of oils and fuels from parked cars or activities associated with the railroad tracks. Analytical data do not indicate that these constituents have migrated to Parcel A.

Trichloroethene and TPH-mo were detected in A-aquifer groundwater at concentrations exceeding the screening criteria in the north-central portion of IR-56.  Because groundwater in this area generally flows east to southeast, these constituents may migrate across the site boundary into Parcel A.  However, analytical data do not indicate that chemical constituents have migrated from IR-56 to Parcel A.

<u>IR-74</u>

Hazardous substances and petroleum hydrocarbons were not detected in soil gas samples collected along Crisp Avenue at IR-74.  Due to access difficulties, soil and groundwater samples were not collected at this site.  No evidence is available to indicate that hazardous substances or petroleum hydrocarbons are present at IR-74; therefore, contaminant migration toward Parcel A is unlikely.

<u>IR-76</u>

In general, hazardous substances and petroleum hydrocarbons were not detected at concentrations exceeding the screening criteria in soil along the IR-76 northern site boundary.  Soil contamination is

CONFIDENTIAL                                    US_NAVY_02-001311630

predominantly present in the western and central portions of IR-76 more than 100 feet from Parcel A and is unlikely to migrate across the site boundary. Groundwater at IR-76 flows predominantly toward the southeast; therefore, groundwater contamination at IR-76 is unlikely to migrate into Parcel A. No evidence is available to indicate that hazardous substances or petroleum hydrocarbons have migrated into Parcel A from IR-76.

**Boundary of Parcels E and D**

Sites IR-02 Southeast, IR-05, IR-11/14/15, IR-13, IR-38, IR-39, and IR-73 are located along or near the boundary of Parcels E and D. For the purposes of this RI report, the IR site boundaries for IR-05, IR-13, IR-38, and IR-39 were extended to include portions of Parcel D to better characterize the nature and extent of hazardous substances in areas along the parcel boundaries. The possibility of hazardous substances and petroleum hydrocarbons migrating across the Parcels E and D common boundary is discussed in the following paragraphs.

<u>IR-02 Southeast</u>

Hazardous substances and petroleum hydrocarbons in soil associated with sources at IR-02 Southeast are not located near the site boundary and do not appear to have migrated into Parcel D. A few metals and organic compounds were detected in groundwater at IR-02 Southeast at concentrations exceeding the screening criteria. Because groundwater at IR-02 Southeast flows inland toward Parcel D during the dry season and transition period, these constituents may migrate across the site boundary into Parcel D. However, no evidence is available to indicate hazardous substances or petroleum hydrocarbons in groundwater have migrated from IR-02 Southeast to Parcel D.

<u>IR-05</u>

Lead and mercury were detected at concentrations exceeding the PRG and HPAL in soil samples collected at depths of 3.25 and 11.25 feet bgs from monitoring well boring IR05MW85A in Parcel D. These metals were also detected at concentrations exceeding the PRG and HPAL in soil samples collected at a depth of 21.25 feet bgs from soil boring IR05B053 in Parcel E. The western portion of site IR-36 North (formerly in Parcel D; see Appendix R) was used for the disposal of construction debris such as cement blocks, scrap metal, and wood. Therefore, the presence of lead and mercury is probably due to the disposal practices at IR-36 North and the extent of these compounds extends into Parcel E site IR-05.

CONFIDENTIAL                                            US_NAVY_02-001311631

Hexavalent chromium was detected at concentrations exceeding the PRG in two samples; both samples were collected from monitoring well boring IR05MW85A. Monitoring well boring IR05MW85A is near the original boundary of Parcels D and E and is in IR-36 North. It is possible that hexavalent chromium is present due to the disposal practices at IR-36 North. Hexavalent chromium was not detected at nearby soil boring IR05B053 at Parcel E site IR-05.

PAHs were detected at concentrations exceeding the screening criteria in soil samples collected from monitoring well boring IR05MW85A, which is near the boundary of IR-05 and IR-36 North. These samples were collected at depths ranging from 6.25 to 16.25 feet bgs. PAHs were also detected at concentrations exceeding the screening criteria in one soil sample collected at a depth of 21.25 feet bgs from soil boring IR05B053 and in one soil sample collected at a depth of 16.25 feet bgs from soil boring IR05B055C. These soil borings are in IR-05. Because gasoline and diesel fuel were stored at IR-36 North in Building 405, and the area west of Building 405 was used for disposal of construction debris, it is possible that waste fuels were also disposed of in the area west of Building 405. If waste fuels were disposed of west of Building 405, it is possible that the presence of PAHs in soil result from this practice. The presence of PAHs may also be due to debris, including creosote-saturated wood and asphalt, which were encountered in monitoring well boring IR05MW85A.

Aroclor-1260 was detected at a concentration exceeding the PRG in a sample collected at a depth of 3.25 feet from soil boring IR05B045 which is near the boundary of IR-05 and IR-36 West. Aroclor-1260 was also detected at concentrations exceeding the PRG in two surface soil samples collected feet from two soil borings in IR-36 West. The presence of PCBs is probably due to the previous use of the area as a storage area for used electrical transformers. It is possible that releases of PCB-laden oil from these transformers occurred at IR-05 and IR-36 or that PCBs migrated across the site boundary.

Arsenic, copper, mercury, and PAHs were detected at concentrations exceeding the screening criteria during more than one sampling round at monitoring well IR05MW85A which is in IR-36 North. The presence of these metals is likely due to the disposal practices in the western portion of IR-36 North. These compounds were not detected at concentrations exceeding the screening criteria in monitoring wells further east of IR05MW85A at IR-05.

IR-11/14/15

Hazardous substances and petroleum hydrocarbons in soil associated with sources at IR-11/14/15 are not located near the site boundary and do not appear to have migrated into Parcel D. VOCs, SVOCs, and petroleum hydrocarbons at concentrations exceeding the screening criteria are present in groundwater at

CONFIDENTIAL                                    US_NAVY_02-001311632

IR-11/14/15.  Because groundwater at IR-11/14/15 flows in a north to northwesterly direction, these constituents may migrate across the site boundary into Parcel D; however, no evidence is available to indicate that hazardous substances and petroleum hydrocarbons in groundwater have migrated from IR-11/14/15 to Parcel D.

IR-13

The PAH benzo(a)pyrene, the PCB Aroclor-1260, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in soil samples collected along Manseau Street in Parcel E.  The soil samples were collected at depths less than 3 feet bgs.  Similar compounds were detected in soil samples collected north of Manseau Street in Parcel D.  The presence of these compounds in surface soil is possibly due to releases of waste fuels and waste oils resulting from activities associated with the former service station.  These releases may have only occurred in Parcel D at the former service station and migrated across Manseau Street into Parcel D or these releases may have occurred in Parcel E as well as Parcel D.

Benzene and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in groundwater samples collected from monitoring wells northwest of Manseau Street in Parcel D. The presence of these compounds is likely due to releases from former USTs at the former service station in Parcel D.  These compounds were not detected at concentrations exceeding the screening criteria in groundwater samples collected from monitoring well and IR13MW11A southeast of Manseau Street in Parcel E.  In other groundwater samples collected southeast of Manseau Street, TPH-extractables were detected in one sample collected from monitoring well IR13MW10A, TPH-d was detected in a grab groundwater sample collected from soil boring IR39B026, and TPH-d and TPH-mo were detected in a grab groundwater sample collected from soil boring IR39B031.  During the wet season, groundwater flows southeast from the former UST locations in Parcel D toward the northern portion of IR-13 in Parcel E.  During this season, petroleum hydrocarbons apparently migrated southeast across the parcel boundary into the northern corner of IR-13 in Parcel E.  However, petroleum hydrocarbons have not apparently migrated southeast across the parcel boundary into Parcel E in the southern portion of IR-13.

IR-38

PAHs, PCBs, and petroleum hydrocarbons at concentrations exceeding the screening criteria in surface and shallow subsurface soil at IR-38 are present in the portion of the site within the Parcel D boundary. Contamination associated with the PCB spill area at Parcel D has not apparently migrated across the parcel boundary.

CONFIDENTIAL                                           US_NAVY_02-001311633

IR-39

TPH-mo was detected at a concentration exceeding the screening criterion in one groundwater sample collected from monitoring well IR36MW11A, which is in Parcel D Site IR-36 West. The presence of TPH-mo at monitoring well IR36MW11A is possibly due to releases of waste oil south of Building 704. TPH-mo was also detected at a concentration exceeding the screening criterion in a Hydropunch sample collected from Hydropunch boring IR36B134, which is west of "R" Street in Parcel E. During the dry season, groundwater flows west from Parcel D across IR-39 in Parcel E. Therefore, TPH-mo in groundwater due to possible releases of waste oil south of Building 704 may extend into Parcel E site IR-39. However, if releases of waste oil occurred at IR-39 in Parcel E, the presence of petroleum hydrocarbons west of "R" Street in Parcel E may be due to migration of releases from Parcel D or releases of waste oil in Parcel E.

IR-73

PAHs and petroleum hydrocarbons at concentrations exceeding the screening criteria are present in surface soils in a localized area at IR-73 more than 100 feet from the Parcel D boundary. These constituents in soil are not likely to migrate into Parcel D. Petroleum hydrocarbons at concentrations exceeding the screening criteria are present in groundwater at IR-73. Because groundwater at IR-73 flows in a north to northwesterly direction, these constituents may migrate across the site boundary into Parcel D; however, soil and groundwater samples collected across "H" Street in Parcel D sites IR-16, IR-17, and IR-53 did not contain petroleum hydrocarbons at concentrations exceeding the screening criteria. No evidence is available to indicate that petroleum hydrocarbons in groundwater have migrated from IR-73 to Parcel D.

**Boundary of Parcel E and Off-Base Property**

Sites IR-01/21, IR-52, and IR-75 are located along or near boundaries with off-base areas. The possibility of hazardous substances and petroleum hydrocarbons migrating across this common boundary is discussed in the following paragraphs.

IR-01/21

Benzene, PCBs, and petroleum hydrocarbons were detected during more than one sampling round in groundwater collected from monitoring wells in the southwest corner of IR-01/21 and along the western boundary of IR-01/21. A-aquifer groundwater in this area flows from off site toward Parcel E and San

CONFIDENTIAL                                              US_NAVY_02-001311634

Francisco Bay. In soil samples collected from this area, benzene was not detected at concentrations exceeding the PRG, PCBs were detected at concentrations exceeding the PRG in two samples, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in one sample. These samples were collected in subsurface soil at depths ranging from 6.25 feet bgs to 11.25 feet bgs. These compounds are most likely due to an off-site source because (1) these compounds were detected frequently at concentrations exceeding the screening criteria in groundwater samples collected in the southwest portion of the site, (2) these compounds were detected infrequently at concentrations exceeding the screening criteria in soil samples collected in the same area, and (3) A-aquifer groundwater in this area flows from off-site toward Parcel E and the shoreline.

Two potential off-site sources were identified in the base-wide EBS (PRC 1996j). One potential source is a 1,000-gallon gasoline tank that was removed from the corner of Griffith Street and Shafter Avenue, approximately 300 feet from the Parcel E boundary. The other potential source is a UST that was removed from along Underwood Avenue, approximately 200 feet from the Parcel E boundary. No documentation regarding the size or contents of the tank was available. Releases from these UST may be the source of benzene, PCBs, and petroleum hydrocarbons in groundwater in the southwest corner of IR-01/21.

IR-52

Metals, PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in surface soil samples collected along the railroad at IR-52. The presence of these compounds in surface soil is possibly due to activities conducted along the railroad. However, IR-52 is in an industrial area and the presence of these compounds may be due to releases from nearby industrial activities. No soil samples were collected from beyond 30 feet of the railroad. Therefore, it is difficult to determine the exact source of the presence of these compounds at IR-52.

IR-75

VOCs and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in groundwater at IR-75. Although groundwater direction at IR-75 could not be determined with existing data, groundwater flows predominantly toward the southeast at adjacent sites IR-01/21 and IR-76. Therefore, it is likely that groundwater will flow southeast at IR-75; VOCs and petroleum hydrocarbons in groundwater at IR-75 are unlikely to migrate to off-base areas.

CONFIDENTIAL                    US_NAVY_02-001311635

**Boundary of FUDS with Parcel E**

The FUDS are located along or near the boundary of Parcel E. The possibility of hazardous substances and petroleum hydrocarbons migrating across this common boundary is discussed in the following paragraphs.

IR-74

Hazardous substances and petroleum hydrocarbons were not detected in soil gas samples collected at IR-74. Due to access difficulties, soil and groundwater samples were not collected at this site. No evidence is available to indicate that hazardous substances or petroleum hydrocarbons are present at IR-74. Contaminant migration from IR-56 Parcel E into IR-74 is unlikely since the soil gas samples were collected along this site boundary.

IR-75

VOCs and petroleum hydrocarbons are present at concentrations exceeding the screening criteria in groundwater at IR-75. Due to access difficulties, the presence of a UST at IR-75 could not be confirmed during the RI; this UST is a possible source of VOCs and petroleum hydrocarbons in the area. Although groundwater direction at IR-75 could not be determined with existing data, groundwater flows predominantly toward the southeast at adjacent sites IR-01/21 and IR-76. Therefore, it is likely that groundwater will flow southeast at IR-75 and contaminants may migrate toward IR-76 and Parcel E. Analytical data for IR-76 indicate that contaminants may be migrating across the IR-75 boundary into IR-76. Additional field investigation is recommended to better define the boundary issues at this site (see Section 5.6).

IR-76

Metals, PAHs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in soil and groundwater at IR-76. The source of these metals and organic compounds may be related to the UST reportedly present at IR-75 or, to a lesser extent, migration of contaminants from the Industrial Landfill at Parcel E. Because groundwater at IR-76 flows to the southeast, hazardous substances and petroleum hydrocarbons may potentially migrate into Parcel E.

DRAFT FINAL

CONFIDENTIAL

**Boundary of Parcel E and San Francisco Bay**

Sites IR-01/21, IR-02 Northwest, IR-02 Central, IR-02 Southeast, and IR-03 are located along the boundary with San Francisco Bay. The possibility of hazardous substances and petroleum hydrocarbons migrating across this boundary is discussed in the following paragraphs. An analysis of the onshore to offshore migration pathway will be included in the Parcel F FS.

IR-01/21

The extent of the Industrial Landfill reaches the boundary of Parcel E and San Francisco Bay. Hazardous substances and petroleum hydrocarbons associated with the Industrial Landfill may have migrated from Parcel E to San Francisco Bay.

Analytical results indicate that metals, PAHs, PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in surface soil samples collected near the shoreline at IR-01/21. Because surface water at IR-01/21 flows overland toward San Francisco Bay, these compounds may have migrated from Parcel E to San Francisco Bay through surface water transport.

Analytical results indicate that metals, VOCs, SVOCs, pesticides and PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in A-aquifer groundwater samples collected at IR-01/21. Because A-aquifer groundwater at IR-01/21 flows south and southeast towards San Francisco Bay, these compounds could migrate from Parcel E to San Francisco Bay through groundwater transport. Because these compounds were detected in samples collected from groundwater that is influenced by tidal fluctuations in San Francisco Bay, these compounds may have migrated from Parcel E to San Francisco Bay through groundwater transport.

Analytical results indicate that metals, VOCs, and SVOCs were detected at concentrations exceeding the screening criteria in B-aquifer groundwater samples collected at IR-01/21. The groundwater gradient in the northern portion of IR-01/21 (where no Bay Mud is present) is upward from the B-aquifer to the A-aquifer. In addition, Bay Mud in the southern portion of IR-01/21 can be up to 24 feet thick above the monitoring wells screened in the B-aquifer. For these reasons, the source of hazardous substances in the B-aquifer is unknown. Because hazardous substances are present in the B-aquifer, and groundwater in the B-aquifer flows toward San Francisco Bay, hazardous substances may cross the boundary of Parcel E and flow into San Francisco Bay.

CONFIDENTIAL                                          US_NAVY_02-001311637

IR-02 Northwest

Metals, PAHs, PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in surface and subsurface soils throughout the Triple A sites; these sites are along the site boundary with the Bay. In addition, continuous areas of the A-aquifer in the vicinity of the Triple A sites contain PCBs at concentrations exceeding the screening criteria. Groundwater at IR-02 Northwest flows predominantly southwest toward San Francisco Bay. Therefore, hazardous substances and petroleum hydrocarbons in soil and groundwater at IR-02 Northwest have the potential to migrate to San Francisco Bay through groundwater and surface water transport and affect aquatic ecological receptors.

The primary disposal area for radium-containing devices generated during ship repair and maintenance activities at HPS is located at IR-02 Northwest. This area does not extend through the beach and intertidal areas to the shoreline. Radium-226 concentrations in soil do not appear to have migrated from the disposal area; in addition, radium-226 was not detected in groundwater at IR-02 Northwest (see Appendix E). Therefore, it is unlikely that radiological contaminants will migrate to the Bay through groundwater transport.

IR-02 Central

Metals, PAHs, PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in surface and subsurface soils at the former firing range and at and near Triple A Site 18; these areas are in the southern portion of IR-02 Central along the site boundary with the Bay. No continuous areas of the A-aquifer at IR-02 Central are affected by hazardous substances or petroleum hydrocarbons. However, groundwater collected from two A-aquifer monitoring wells along the site boundary with the Bay contained the maximum concentrations of most metals detected at IR-02 Central. Groundwater in the southern portion of IR-02 Central flows predominantly south toward San Francisco Bay. Therefore, hazardous substances and petroleum hydrocarbons in soil and groundwater at IR-02 Central have the potential to migrate to San Francisco Bay through groundwater and surface water transport and affect aquatic ecological receptors.

IR-02 Southeast

Metals, PAHs, PCBs, dioxins, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in surface and subsurface soils at (1) the former burn area, and (2) the former Tank S-505 area; both of these sites are within 150 feet of the site boundary with the Bay. No continuous areas of the A-aquifer at IR-02 Southeast are affected by hazardous substances or petroleum hydrocarbons.

DRAFT FINAL

CONFIDENTIAL                    US_NAVY_02-001311638

However, isolated detections of hazardous substances and petroleum hydrocarbons at concentrations exceeding the screening criteria were observed in A-aquifer groundwater collected from monitoring wells and open boreholes at the former burn area. Groundwater at IR-02 Southeast flows predominantly southwest toward San Francisco Bay during the dry season and transition period. Therefore, hazardous substances and petroleum hydrocarbons in soil and groundwater at IR-02 Southeast have the potential to migrate to San Francisco Bay through groundwater and surface water transport and affect aquatic ecological receptors.

IR-03

Residual product in soil and floating product on the water table were identified near the boundary of Parcel E and San Francisco Bay, within an area where groundwater is influenced by tidal fluctuations in San Francisco Bay. The floating product might have migrated from Parcel E to San Francisco Bay through groundwater transport.

Analytical results indicate that metals, PAHs, PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in surface soil samples collected near the shoreline at IR-03. Because surface water at IR-03 flows overland toward San Francisco Bay, these compounds may have migrated from Parcel E to San Francisco Bay through surface water transport.

Analytical results indicate that metals, VOCs, SVOCs, PCBs, and petroleum hydrocarbons were detected at concentrations exceeding the screening criteria in A-aquifer groundwater samples collected at IR-03. Because A-aquifer groundwater at IR-03 flows northeast toward Parcel D, it is possible that these compounds are not migrating from Parcel E to San Francisco Bay through groundwater transport. However, because these compounds were detected in samples collected from groundwater that is influenced by tidal fluctuations in San Francisco Bay, these compounds may have migrated from Parcel E to San Francisco Bay through groundwater transport.

Analytical results indicate that metals were detected at concentrations exceeding the screening criteria in B-aquifer groundwater samples collected at IR-03. The direction of groundwater flow in the B-aquifer at IR-03 is unknown. Based on analytical data, it is unlikely that these metals migrated from Parcel E to San Francisco Bay.

DRAFT FINAL

CONFIDENTIAL                                        US_NAVY_02-001311639

## 5.5        SUMMARY OF CONCEPTUAL MODEL

This section summarizes the conceptual model developed for the RI at HPS and specifically for Parcel E. The site conceptual model for HPS is presented on a facility-wide level, addressing the site geology and groundwater flow; it is also presented on the Parcel E-specific level, addressing potential sources, contaminants, and migration pathways.

The site conceptual model was developed to reflect the RI objectives for the Parcel E investigation. The RI objectives for Parcel E were to provide a framework for understanding the sources of contamination, potential migration pathways, and potential ecological or human receptors. This model is a synthesis of the interpretations developed by the Navy and the BCT through previous investigations at the site. The model represents an interpretation of the site characteristics and provides a basis for the identification of data gaps that may need to be addressed in order to meet the RI objectives. Data gaps will be evaluated and addressed within the RI/FS process.

Components of the conceptual site model consist of the following:

- Geology
- Hydrogeology
- Potential sources of contamination
- Potentially affected media and migration pathways
- Contaminant exposure pathways and receptors

Each of these components is described in the following sections.

### Geology

The following paragraphs briefly describe the HPS geology with an emphasis on Parcel E. A detailed description of the regional geology, HPS geology, and geology of Parcel E is presented in Section 3.7. The local geology in the HPS area consists of two major components: the Franciscan Complex Basement and Late Quaternary cover deposits, including Artificial Fill. HPS is located on a southeast-trending peninsula cored by a Franciscan Complex basement ridge, which is mantled by colluvium at the base of the slope. These basement units are covered by Quaternary sands, Bay Mud Deposits, and Artificial Fill on the topographically low-lying areas, such as Parcel E, which border San Francisco Bay.

5-69                                                        DRAFT FINAL

CONFIDENTIAL                                    US_NAVY_02-001311640

The basement rocks underlying or exposed at HPS and Parcel E are composed of the Franciscan Complex, particularly the Hunters Point shear zone. The Hunters Point shear zone consists of a serpentinite and shale matrix melange with lenses of differing lithologies such as gabbro, greywacke, basalt, chert, and schists. The late Quaternary Deposits at HPS consist of Artificial Fill; Holocene Bay Mud Deposits; Holocene Undifferentiated Upper Sand Deposits; latest Pleistocene to Holocene Undifferentiated Sedimentary Deposits; and latest Pleistocene to Holocene colluvium. Each of these units is described in Section 3.7. The locations of these geologic units at HPS are shown in Figures 3.7-5 through 3.7-7. The thickness and vertical relationships between the geologic units are shown in these figures.

Parcel E is located on the southern side of the Hunters Point peninsula. It is bounded on its north side by a bedrock ridge of the Hunters Point shear zone composed of shale matrix melange and serpentinite. The bedrock is not exposed on the surface within Parcel E. The bedrock underlying Parcel E is comprised of shale matrix melange and serpentinite distributed irregularly beneath the parcel. The shale matrix melange is predominantly blocks of greywacke with occasional blocks of chert and basalt. The contact between the bedrock surface and overlying deposits slopes to the south beneath the western part of Parcel E (IR-01/21, IR-02 Northwest, and IR-12) and slopes to the west beneath the central part of the site (IR-02 Central and IR-03). A bedrock high known as Shag Rock is present in the eastern part of the site at IR-11/14/15; the bedrock surface slopes radially away from this high.

Undifferentiated Sedimentary Deposits vary from 0 to 220 feet thick, and overlie the basement rocks across most of Parcel E. These rocks usually occur beneath Bay Mud Deposits except in the northern part of the parcel, where they occur directly beneath the Artificial Fill. In general, this geologic unit thickens as the bedrock upper surface deepens.

Bay Mud Deposits generally overlie Undifferentiated Sedimentary Deposits. In the northern part of Parcel E along the former shoreline, over Shag Rock, and in isolated areas at IR-01/21, Bay Mud Deposits overlie bedrock. Artificial Fill and Undifferentiated Upper Sand Deposits usually overlie the Bay Mud Deposits. The thickness of the Bay Mud Deposits is highly variable, with a maximum thickness of 75 feet; these deposits are generally thickest beneath the southern and central portions of the site.

Portions of Parcel E are underlain by lenses of Undifferentiated Upper Sand Deposits with a maximum thickness of 20 feet. This unit usually overlies the Bay Mud Deposits but can interfinger with them, and in a few occurrences directly overlies Undifferentiated Sedimentary Deposits. The presence of the Undifferentiated Upper Sand Deposits seem to represent scattered deposition.

DRAFT FINAL

CONFIDENTIAL                                     US_NAVY_02-001311641

Artificial Fill overlies all of the naturally occurring units and ranges in thickness up to 60 feet. The Artificial Fill is thickest over closed depressions and gullies in the upper surface of the Bay Mud Deposits and is thinnest over ridges and highs in the Bay Mud Deposits.

**Hydrogeology**

This section briefly discusses the hydrogeology of HPS, with an emphasis on Parcel E. A detailed discussion of the regional hydrogeology, hydrogeology of HPS, and hydrogeology of Parcel E is presented in Section 3.8 and Appendix C.

Two aquifers and one water-bearing zone are identified at HPS and Parcel E  (1) the A-aquifer, (2) the B-aquifer, and (3) the bedrock water-bearing zone. The general relationships among the A-aquifer, the Bay Mud Aquitard, the B-aquifer, and the underlying bedrock-water bearing zone, along with the general direction of groundwater flow and areas of tidal influence, are shown in Figure 3.8-2, the conceptual groundwater flow model. The A-aquifer, B-aquifer, and bedrock water-bearing zone at HPS and Parcel E are discussed below.

A-Aquifer

The A-aquifer at HPS and Parcel E consists primarily of saturated Artificial Fill and, to a lesser extent, Undifferentiated Upper Sand Deposits. The A-aquifer directly overlies the B-aquifer or bedrock water-bearing zone where the Bay Mud aquitard is absent. The A-aquifer is usually unconfined in Parcel E, with groundwater levels ranging from 1 to 15 feet bgs. Groundwater levels are generally higher in the wet season than in the dry season, and seasonal fluctuation is generally less than 3 feet. The A-aquifer is recharged through precipitation, surface runoff, other sources of surface flow, water leakage from storm drains, Bay water intrusion, and in some areas, vertical flow of water from the underlying B-aquifer and bedrock water-bearing zone.

Groundwater flow within the A-aquifer is complex, due to heterogeneity in the hydraulic properties of the fill materials, tidal influences, effects of storm drains and sanitary sewers, and variations in drainage. Large variations in the hydraulic properties within the Artificial Fill are due to the fill type, soil texture, degree of compaction, and sediment distribution. Groundwater flow direction for the A-aquifer varies for different areas at Parcel E. In the northwestern portion of the site (IR-01/21 and IR-76), groundwater generally flows to the south, southeast, and southwest toward San Francisco Bay. In the northeastern portion of the site (IR-04, IR-12, IR-56, and IR-72), groundwater generally flows to the east toward Parcel D. In the central portion of the site (IR-02 Northwest, IR-02 Central, and IR-39), groundwater

CONFIDENTIAL                                US_NAVY_02-001311642

flows to the west toward San Francisco Bay at an area about 300 feet from the shoreline, and to the east toward Parcel D.  In the southern portion of the site (IR-03, IR-02 Southeast, IR-11, IR-14, and IR-15), groundwater flows to the north toward Parcel D.

Tidal influence studies indicate that the tidal fluctuation of the San Francisco Bay can impact groundwater levels up to 500 feet from the shoreline.  Much of Parcel E is adjacent to San Francisco Bay, and is therefore affected by tidal influence.  The TDS content in A-aquifer groundwater ranges from 109 to 77,000 mg/L and the salinity ranges from 0.28 to 31.8 ppt.  The high TDS and salinity in Parcel E monitoring wells also support the San Francisco Bay water intrusion theory and its impact on groundwater.

B-Aquifer

The B-aquifer consists of saturated Undifferentiated Sedimentary Deposits underlying Bay Mud Deposits and overlying Franciscan Complex Bedrock.  The B-aquifer is generally present beneath the Bay Mud aquitard, and is usually under a confined condition.  The B-aquifer is present beneath most of Parcel E, but is absent in small portions of IR-02 Southeast, IR-04, IR-11/14/15, IR-56, and IR-72, and is entirely absent at IR-74.  Nine B-aquifer monitoring wells are installed at Parcel E.  Due to the absence of the Bay Mud aquitard, the A-aquifer may directly overlie the B-aquifer at parts of IR-01/21, IR-05, IR-56, IR-72, IR-73, and IR-76.  Recharge is generally unknown, but the A-aquifer, bedrock water-bearing zone, and San Francisco Bay likely contribute.

During the wet season, groundwater in the B-aquifer at Parcel E appears to flow radially in all directions from a groundwater high at IR-01/21; the predominant flow directions appear to be to the south towards the Bay and to the east towards Parcel D.  During the dry season and transition period, groundwater in the B-aquifer at Parcel E appears to flow predominantly to the south towards the Bay and to the east towards Parcel D.

Tidal influence studies indicated that tidal fluctuations of the San Francisco Bay can impact groundwater levels in the B-aquifer up to 300 feet from the shoreline.  The TDS content of groundwater from the B-aquifer varies from 17,000 to 24,800 mg/L and the salinity ranges from 0.79 to 2.3 ppt; these values indicate that groundwater in the B-aquifer is not a suitable drinking water source.

DRAFT FINAL

CONFIDENTIAL                        US_NAVY_02-001311643

Bedrock Water-Bearing Zone

The bedrock water-bearing zone is composed of the upper weathered portions of the Franciscan Complex Bedrock. Groundwater within the bedrock is limited to discrete fractures, shear zones, or weathered portions. The bedrock water-bearing zone at Parcel E has not been fully characterized. Only two monitoring wells are screened in the bedrock water-bearing zone, both of which are at IR-11/14/15. At one of these monitoring wells, the A-aquifer directly overlies the bedrock water-bearing zone; tidal fluctuations of the Bay influence groundwater levels in the bedrock water-bearing zone at this monitoring well. This influence is likely the result of the direct hydraulic communication between the bedrock water-bearing zone and the A-aquifer. Recharge sources include precipitation runoff, possible leakage from sanitary sewers and storm drains, and, possibly, from the A-aquifer.

Groundwater levels in the bedrock water-bearing zone range from 8.3 to 9.6 feet bgs. The groundwater surface in the bedrock water-bearing zone was not contoured due to a lack of data points and the uncertainty associated with the continuity of the water-bearing zone. The TDS content of groundwater from the bedrock water-bearing zone varies from 2,140 to 7,480 mg/L and salinity ranges from 1.7 to 6.3 ppt.

**Potential Sources of Contamination**

Potential sources of contamination include those sites where contaminants could have been placed, spilled, or leaked. Parcel E was part of a mixed use and industrial area supporting HPS and NRDL (see Table 3.2-1). The potential sources of contamination are classified as primary and secondary. The primary sources of potential contamination are industrial operations such as the Industrial Landfill, the radium-containing device disposal area, NRDL laboratories, woodworking, and a scrap yard; USTs; ASTs; electrical substations; and utilities such as the steam line system, fuel distribution lines, the storm drain system, and the sanitary sewer system. The nature and extent of contamination from the primary sources are discussed in detail in Sections 4.2 through 4.27. Secondary sources of potential contamination are the affected media, such as air, unsaturated subsurface media, groundwater, sediment, surface water, and contaminated biota, which have been potentially affected by primary sources.

**Potentially Affected Media and Migration Pathways**

Potentially affected media at Parcel E consist of air, unsaturated subsurface media, groundwater, surface water, sediment, and contaminated biota. The affected media can also act as migration pathways.

DRAFT FINAL

CONFIDENTIAL                          US_NAVY_02-001311644

Air

Air quality could be potentially affected by volatilization of contaminants from soil or groundwater through asphalt, floors, or cracks in foundations and resuspension of contaminants in soil to air. Based on the air sampling results (see Appendix D), the transport of contaminated, windblown dust is not generally considered to affect air quality. Potential migration pathways of contaminants in air are surface deposition to soil and windblown transport of dust in air.

Unsaturated Subsurface Media

Unsaturated subsurface media include soil, weathered and unweathered bedrock, and Artificial Fill found in the unsaturated zone at Parcel E. The quality of unsaturated subsurface media could be affected by placement, spillage, or leakage of contamination from a primary source directly to soil; surface deposition of contaminants in air; soil vapor; or adsorption from groundwater. Primary migration pathways from contaminants in soil are leaching and desorption to groundwater, volatilization and resuspension of contaminants to air, and plant and animal intake.

Groundwater

Groundwater quality could be affected by placement, spillage, or leakage of contaminants from a primary source directly into groundwater, and leaching or desorption from soil. Primary migration pathways are migration of groundwater into storm drains and sanitary sewers located below the water table, migration or discharge of groundwater into San Francisco Bay, and migration of groundwater along horizontal conduits such as utility trench bedding materials. Contaminated groundwater would flow through intergranular pore spaces or through fractures through soil and may flow through fractures or discontinuities in bedrock.

Surface Water and Sediment

San Francisco Bay water and sediment quality may be affected by contaminated groundwater, effluent from the storm drain system, and sanitary sewer system through discharge from the POTW located outside of HPS; surface runoff; windblown transport; or surface erosion. Potential interactions include deposition onto or sorption into sediment, infiltration downward into the soil, or volatilization. The quality of storm drain sediment may be affected by infiltration of groundwater or surface runoff, or surface erosion into the storm drain system. The sediment quality for the storm drain system is currently being addressed in an interim removal action.

CONFIDENTIAL                                    US_NAVY_02-001311645

Contaminated Biota

Biota would be contaminated through exposure to contaminants in air, unsaturated subsurface media, groundwater, surface water, or sediments. The primary migration pathway of contamination in contaminated biota would be through food chain transfer.

**Contaminant Exposure Pathways and Receptors**

A working model of potential contaminant pathways and receptors was determined from the risk assessment. The potential contaminant pathways are the following:

- Air
- Groundwater
- Unsaturated Subsurface Media
- Sediments
- Surface water

The potential routes for human exposure within these pathways are inhalation, ingestion, and dermal contact. The potential routes for plant receptors are root uptake and surface deposition.

The potential receptors are the following:

- Adult and child residents
- On-site workers
- On-site and off-site recreational populations and visitors
- On-site and off-site aquatic plants and animals

The contaminant sources, primary and secondary release mechanisms, exposure pathways for human receptors, and exposure pathways for the ecological receptors are discussed for each IR site in Sections 4.2 through 4.27. The contaminant fate and transport are discussed in Appendix O. The exposure pathways for ecological and human receptors are discussed in Appendices F and N, respectively.

The major components of the conceptual model and the associated media interactions have been evaluated in areas requiring further characterization. Potential data gaps are discussed in the following section.

CONFIDENTIAL                          US_NAVY_02-001311646

5.6          POTENTIAL DATA GAPS

The data gathered in the RI in conjunction with the Parcel E site conceptual model and RI objectives indicate areas where further characterization may be required.  These potential data gaps were identified to complete the Parcel E conceptual model and to determine the extent of contamination in Parcel E.  It may be necessary to address these data gaps in order to adequately understand the site setting and the nature and extent of contamination.  Addressing these data gap may be necessary to adequately evaluate proposed remedial actions in the FS.  This section describes the potential data gaps and evaluates the necessity for further characterization.  This evaluation was based on the following four factors: (1) whether the information adequately defined nature and extent of contamination at each site and at Parcel E, (2) whether the potential data gap could be addressed by one of the ongoing interim removal actions, (3) whether the potential data gap will be addressed in a proposed remedial action being evaluated in the FS, and (4) whether the information is adequate to prepare the FS.

The potential data gaps are grouped into parcel-wide issues affecting several sites and site-specific concerns.

**Contaminant Exposure Pathways and Receptors**

The nature and extent of contamination in the shoreline riprap is the only parcel-wide data gap identified. The nature and extent of hazardous substances in the riprap along the Parcel E shoreline has not been fully characterized.  Additionally, the migration of hazardous substances from the riprap to the Bay may pose a risk to aquatic ecological receptors.  Sampling was attempted in this area during the RI; however, due to physical access problems and the type of debris encountered, riprap samples could not be collected.  The relationship between the onshore and offshore contamination will be evaluated in the Parcel F FS.  In areas where the offshore contaminants appear to be related to onshore sources, any intervening riprap will be assumed to also be contaminated for the purposes of the Parcel E FS evaluation.

**Potential IR Site-Specific Data Gaps**

The following IR sites have been identified as having potential data gaps:  IR-01/21, IR-02 Central, IR-12, IR-73, and IR-75.  The potential data gaps for these sites are discussed in the following paragraphs.

DRAFT FINAL

CONFIDENTIAL                                          US_NAVY_02-001311647

IR-01/21

Benzene, PCBs, and petroleum hydrocarbons were detected in the southwest corner of IR-01/21 at concentrations exceeding the screening criteria. The presence of these compounds is likely due to an off-site source. However, the extent of these compounds and the exact source of their presence is unknown. Additional field investigation may be required.

IR-02 Central

The total surficial extent of dioxins in soil in the area near Triple A Site 19 has not been fully characterized; however, the source area and maximum concentrations were located during the RI. Additional sampling to better define the dioxin-affected area at IR-02 Central may be performed during the remedial design phase.

IR-12

The extent of VOCs in groundwater in the eastern portion of IR-12 has not been fully characterized. Additional field investigation may be required.

IR-73

The total horizontal extent of petroleum hydrocarbons in shallow surface soil and A-aquifer groundwater at IR-73 has not been fully characterized; however, the source area and maximum concentrations were located during the RI. Additional sampling to better define the extent of these areas may be performed during the remedial design phase.

IR-75

The presence of petroleum hydrocarbons at IR-76 may be related to a UST reportedly present near Building 820 at IR-75. This indicates that contamination from this source at IR-75 may have migrated across the property boundary. Additional field investigation to identify possible contaminant sources at IR-75 may be required.

**Summary of Potential Data Gaps**

The following potential data gaps may require additional characterization:

DRAFT FINAL

CONFIDENTIAL                                                        US_NAVY_02-001311648

- The nature and extent of contamination in shoreline riprap

- The extent and source of benzene, PCBs, and petroleum hydrocarbons in the southwestern portion of IR-01/21

- The extent of dioxins in surface soils at IR-02 Central

- The extent of VOCs in groundwater at IR-12

- The horizontal extent of petroleum hydrocarbons in shallow surface soils and A-aquifer groundwater at IR-73

- The source of petroleum hydrocarbons at IR-75

These individual data gaps may be addressed by individual characterization efforts or by a single integrated effort. The mechanism for addressing these data gaps, due to the accelerated schedule, is not a contiguous phase of RI field work. A combination of approaches such as using the FS, a conditional ROD (one in which a general remedial approach is described based on information obtained after the FS and before the remedial action), or petroleum CAP sampling in the remedial design phase may be appropriate. The proposed approach will be documented in a technical memorandum between the Navy and the BCT and will be discussed prior to the draft final FS.

IR site-specific data gaps identified for IR-01/21, IR-02 Central, IR-12, IR-73, and IR-75 may be addressed in the required characterization for the parcel-wide potential data gaps.

## 5.7      RECOMMENDATIONS

Sites IR-01/21, IR-02 Northwest, IR-02 Central, IR-02 Southeast, IR-03, IR-04, IR-05, IR-11/14/15, IR-12, IR-13, IR-38, IR-39, IR-47, IR-52, IR-54, IR-56, IR-72, IR-73, IR-75, and IR-76 are recommended for evaluation in the FS for risk management and possible remediation. The HHRA results for the RME case under the future residential land-use scenario for these IR sites indicate a potential risk to human health in one or more exposure areas exists based on: (1) ELCRs exceeding $1 \times 10^{-6}$, (2) total segregated HIs exceeding 1, and/or (3) lead concentrations exceeding 169 mg/kg. Sites IR-40, IR-51, and IR-74 are recommended for no further action.

Areas which have only been affected by petroleum hydrocarbons in soil and groundwater at concentrations exceeding the screening criteria are recommended for further evaluation during the petroleum corrective action plan. Petroleum hydrocarbons detected in soil and groundwater samples at Parcel E are co-mingled with hazardous substances.

CONFIDENTIAL                                US_NAVY_02-001311649

Potential data gaps exist for IR-01/21, IR-02 Central, IR-12, IR-73, and IR-75 as described in Section 5.6. To adequately understand the site setting, nature and extent of contamination, and to adequately evaluate proposed remedial actions in the FS, these data gaps should be evaluated and addressed as appropriate. The proposed approach toward addressing these data gaps will be documented in a technical memorandum between the Navy and the BCT and will be discussed prior to the draft final FS.

DRAFT FINAL

CONFIDENTIAL

**TABLES**

DRAFT FINAL