# EXHIBIT M



Base Realignment and Closure
Program Management Office West
1455 Frazee Road, Suite 900
San Diego, California  92108-4310

CONTRACT NO. N62473-07-D-3211
CTO NO. 0018

# FINAL
# BASEWIDE DUST CONTROL PLAN
# REVISION 1
# November 29, 2010

DCN:  ECSD-3211-0018-0002.R1

HUNTERS POINT SHIPYARD
SAN FRANCISCO, CALIFORNIA

Base Realignment and Closure
Program Management Office West
1455 Frazee Road, Suite 900
San Diego, California 92108-4310

CONTRACT NO. N62473-07-D-3211
CTO NO. 0018

# FINAL

# BASEWIDE DUST CONTROL PLAN
# REVISION 1
November 29, 2010

HUNTERS POINT SHIPYARD
SAN FRANCISCO, CALIFORNIA

DCN: ECSD-3211-0018-0002.R1

Prepared by:



**TETRA TECH EC, INC.**

1230 Columbia Street, Suite 750
San Diego, California 92101-8536

_____
Shanti Montgomery
Project Manager

_____
Bill Dougherty
Senior Project Manager

# TABLE OF CONTENTS

        PAGE

ABBREVIATIONS AND ACRONYMS ................................................................................... iii

1.0    INTRODUCTION ........................................................................................................ 1-1
       1.1    DUST CONTROL PLAN FOR TIME-CRITICAL REMOVAL ACTIONS ....... 1-1
       1.2    REGULATORY BASIS ................................................................................. 1-1
       1.3    REPORT ORGANIZATION .......................................................................... 1-2

2.0    BACKGROUND ......................................................................................................... 2-1
       2.1    SITE DESCRIPTION AND HISTORY ........................................................ 2-1
       2.2    SCOPE OF WORK ......................................................................................... 2-1

3.0    POTENTIAL SOURCES OF FUGITIVE DUST ....................................................... 3-1

4.0    GENERAL CONSTRUCTION DUST CONTROL METHODS ................................ 4-1
       4.1    CONSTRUCTION TRAFFIC ....................................................................... 4-1
            4.1.1    Track-out Prevention .......................................................................... 4-1
            4.1.2    Traffic Control .................................................................................... 4-1
       4.2    SITE PREPARATION AND REMEDIATION ACTIVITIES ..................... 4-2
       4.3    EXCAVATION ACTIVITIES ....................................................................... 4-3
       4.4    MATERIAL STOCKPILES ........................................................................... 4-3
       4.5    BUILDING DEMOLITION ........................................................................... 4-3
       4.6    BULK SOIL AND DEBRIS TRANSPORT .................................................. 4-4
       4.7    POST-CONSTRUCTION STABILIZATION OF DISTURBED AREAS ..... 4-4
       4.8    RECYCLING ................................................................................................. 4-4

5.0    AIR MONITORING .................................................................................................... 5-1
       5.1    AIR QUALITY MONITORING ................................................................... 5-1
            5.1.1    Monitoring Site Locations .................................................................. 5-2
            5.1.2    Total Suspended Particulates, Manganese, and Lead ........................ 5-2
            5.1.3    $PM_{10}$ .......................................................................................... 5-3
            5.1.4    Asbestos .............................................................................................. 5-3
       5.2    AIR SAMPLING FOR RADIONUCLIDES OF CONCERN ....................... 5-3
       5.3    PERSONNEL MONITORING ...................................................................... 5-3
       5.4    QUALITY CONTROL PROCEDURES ....................................................... 5-4

6.0    REFERENCES ............................................................................................................. 6-1

ECSD-3211-0018-0002 Fnl BW Dust Control Plan Rev 1.doc    i    Final Basewide Dust Control Plan, Rev. 1
Hunters Point Shipyard
DCN: ECSD-3211-0018-0002.R1
CTO No. 0018

EPA_02-000209184

## 1.3   REPORT ORGANIZATION

Section 2.0 of this Basewide Dust Control Plan provides site background and history.  Section 3.0 describes potential sources of fugitive dust.  Section 4.0 discusses control measures for dust generated by general construction activities.  Section 5.0 describes air monitoring requirements. Section 6.0 presents references cited in this plan.  Tables and figures follow the text.

ECSD-3211-0018-0002 Fnl BW Dust Control Plan Rev 1.doc        1-2        Final Basewide Dust Control Plan, Rev. 1
Hunters Point Shipyard
DCN: ECSD-3211-0018-0002.R1
CTO No. 0018

EPA_02-000209189

# 2.0 BACKGROUND

## 2.1 SITE DESCRIPTION AND HISTORY

HPS is located in the City and County of San Francisco, California, on a long promontory in the southeastern part of San Francisco that extends east into San Francisco Bay (Figure 1-1). Presently, HPS includes 866 acres (420 acres on land and 446 acres under water). The land portion of HPS was purchased by the DON in 1939 and leased to Bethlehem Steel Corporation. At the start of World War II in 1941, the DON took possession of the property and operated it as a shipbuilding, repair, and maintenance facility until 1974. Throughout the 1940s, 1950s, and 1960s, the DON excavated the hills surrounding the shipyard, and used the resulting spoils along with available dredge material and engineered fill material to expand the shipyard's shoreline into San Francisco Bay. The DON deactivated HPS in 1974. From 1976 to 1986, the DON leased HPS to Triple A Machine Shop, Inc., a private ship repair company. In 1986, Triple A Machine Shop ceased operations at HPS, and the DON resumed occupancy through 1989.

Because of previous hazardous operations on the site, HPS was placed on the National Priorities List in 1989 as a Superfund site pursuant to CERCLA, as amended by the Superfund Amendments and Reauthorization Act of 1986. HPS then came under the administrative jurisdiction of the Treasure Island Naval Station in April 1990.

In 1991, HPS was placed on the Navy's Base Realignment and Closure list, and its mission as a Navy shipyard ended in April 1994. Closure activities at HPS involve environmental remediation activities and making the property available for non-defense use. On March 31, 1994, control of HPS was transferred from the Treasure Island Naval Station to the Naval Facilities Engineering Command, Western Division (now Engineering Field Activity West) in San Bruno, California. In October 1999, Naval Facilities Engineering Command Southwest assumed management of HPS.

## 2.2 SCOPE OF WORK

The DON has various active contracts at HPS. The contracts cover the removal and remediation of potentially radiologically impacted sanitary sewer and storm drain lines, radiological and nonradiological waste disposal, long-term monitoring, site investigations, and other remedial actions.

In general, work activities may consist of one or more of the following: removal of asphalt pavement, geophysical investigations and utility clearance of excavation areas, establishment of soil and debris stockpile areas, excavation of impacted soil and piping, backfill of excavations, building demolition, soil/groundwater sampling, and site restoration.

ECSD-3211-0018-0002 Fnl BW Dust Control Plan Rev 1.doc         2-1         Final Basewide Dust Control Plan, Rev. 1
Hunters Point Shipyard
DCN: ECSD-3211-0018-0002.R1
CTO No. 0018

EPA_02-000209190

This page intentionally left blank.

ECSD-3211-0018-0002 Fnl BW Dust Control Plan Rev 1.doc

2-2

Final Basewide Dust Control Plan, Rev. 1
Hunters Point Shipyard
DCN: ECSD-3211-0018-0002.R1
CTO No. 0018

EPA_02-000209191

# 3.0 POTENTIAL SOURCES OF FUGITIVE DUST

Site activities have the potential to generate air emissions in the form of fugitive dust. Possible sources of emissions include the following activities:

- Construction Traffic – Movement of construction equipment around the construction areas is capable of creating construction emissions in excavated or cleared areas.

- Site Preparation – Asphalt and vegetation removal will increase the potential for fugitive dust emissions through wind erosion.

- Excavation – Removal of soil from the ground and loading it either onto screening pads or into waiting vehicles could cause fugitive dust emissions.

- Material Stockpiles – Soil that has been cleared of radioactivity may be stockpiled prior to being used as backfill or shipped to appropriate disposal facilities. Soil will be loaded into trucks for final disposal. Fugitive emissions during stockpiling and truck loading, as well as wind erosion, are possible.

- Building Demolition – Demolition of buildings may produce fugitive dust emissions. Structures will be evaluated for lead and asbestos contamination by a California-certified consultant. Based on the resulting data, site-specific Demolition Plans will be developed that describe the controls necessary to minimize fugitive dust.

- Transportation of Solid Bulk Material – If material is left uncovered, fugitive emissions could occur.

- Site Restoration – Backfilling and revegetating/restoration of the excavated areas may produce fugitive dust emissions.

- Recycling – Asphalt and concrete are typically recycled on-site, which may produce fugitive dust emissions.

ECSD-3211-0018-0002 Fnl BW Dust Control Plan Rev 1.doc  3-1  Final Basewide Dust Control Plan, Rev. 1
Hunters Point Shipyard
DCN: ECSD-3211-0018-0002.R1
CTO No. 0018

EPA_02-000209192