# EXHIBIT X



### Environmental Cleanup Complete
(January 2021)

| Parcel * radiological retesting pending | Suitable for Transfer | CERCLA Activities Pending |
|---|---|---|
| G* | Oct 2023 | cleanup complete |
| UC-3* | Feb 2024 | cleanup complete |
| B* (inclusive) | Aug 2024 | soil vapor treatment (IR-10); groundwater treatment (IR-26) |
| D-1* | Nov 2024 | cleanup complete |
| E-2 | Nov 2024 | Remedial Action completion |
| C* | Dec 2024 | groundwater treatment |
| E* | Jul 2026 | Remedial Action completion |
| F | Sep 2028 | Remedial Action completion |

Legend: Transferred, no further action | Transferred, retesting pending | 2023 (2nd half) | 2024 (1st half) | 2024 (2nd half) | 2025 (2nd half) | 2026 (2nd half) | 2028 (2nd half)

US_NAVY-013602869