LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
SARA M. PETERS (State Bar #260610)
speters@walkuplawoffice.com
KELLY GANCI (State Bar #335658)
kganci@walkuplawoffice.com

GREGG MCLEAN ADAM (State Bar #203436)
MESSING ADAM & JASMINE LLP
235 Montgomery Street, Suite 828
San Francisco, CA 94104
Telephone: (415) 266-1800
Facsimile: (415) 266-1128
gregg@majlabor.com

**ATTORNEYS FOR PLAINTIFFS KEVIN ABBEY, ET AL.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN ABBEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TETRA TECH, INC.; et al., <br><br> Defendants.. | CASE NOS.   3:19-CV-07510-JD <br> 3:19-CV-01417-JD <br> 3;18-CV-05330-JD <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING PLAINTIFFS' DEADLINE TO RESPOND TO TETRA TECH EC, INC., TETRA TECH, INC., AND ANDREW BOLT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON NUISANCE CAUSES OF ACTION** <br><br> **Assigned to Judge James Donato** <br><br> **Current Hearing Date: 11/16/23** <br> **Time:            10:00 a.m.** <br> **Courtroom:     11** |

| | | |
|---|---|---|
| 1 | DANIELLE CARPENTER, et al., | CASE NO. 3:19-CV-01417-JD |
| 2 | Plaintiffs, | |
| 3 | v. | |
| 4 | TETRA TECH EC, INC., et al., | |
| 5 | Defendants. | |
| 6 | LINDA PARKER PENNINGTON, et al., | CASE NO. 3:18-cv-05330-JD |
| 7 | Plaintiffs, | |
| 8 | v. | |
| 9 | TETRA TECH, INC., et al., | |
| 10 | Defendants. | |

The Plaintiffs in the above-captioned cases and Defendants Tetra Tech, EC, Tetra Tech, Inc. and Andrew Bolt (collectively "Defendants Tetra Tech, EC, et al."), by and through their undersigned counsel, hereby stipulate as follows:

Wherefore, on September 1, 2023, Defendants Tetra Tech, EC, et al. filed a partial motion for summary judgment on the nuisance causes of action in the above-captioned cases. ECF 234 in 19-cv-01417; ECF 275 in 18-cv-05330; ECF 231 in 19-cv-07510.

Wherefore, said motion for summary judgment was set for hearing on November 16, 2023.

Wherefore, pursuant to Local Rule 7-3(a), the Plaintiffs in the above-captioned cases must file an opposition on or before September 15, 2023.

Wherefore, Plaintiffs requested an extension of time within which to respond to the partial motion for summary judgment, in order for them to conduct discovery that Plaintiffs contend is related to the motion.

Wherefore, the parties require additional time to meet and confer regarding what discovery is necessary and relevant to the motion, if any, and regarding what duration of extension is necessary to accommodate that discovery, if any.

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

1  Therefore, the parties stipulate and agree to an extension to October 16, 2023,
2  for Plaintiffs' opposition. The parties further agree that this initial extension is
3  intended to provide time for the parties to meet and confer about a potential
4  additional extension to allow Plaintiffs a reasonable amount of time to complete
5  additional discovery that Plaintiffs contend is related to the pending motion.
6  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 15, 2023    WALKUP, MELODIA, KELLY & SCHOENBERGER

By:   /s/ Sara M. Peters
KHALDOUN A. BAGHDADI
SARA M. PETERS
KELLY L. GANCI
Attorneys for ABBEY PLAINTIFFS

Dated: September 15, 2023    WILMERHALE LLP

By:   /s/ Christopher A. Rheinheimer
DAVINA PUJARI
CHRISTOPHER A. RHEINHEIMER
Attorneys for DEFENDANTS TETRA TECH, INC., TETRA TECH EC, INC., ANDREW BOLT

Dated: September 15, 2023    COTCHETT, PITRE & MCCARTHY, LLP

By:   /s/ Anne Marie Murphy
JOSEPH W. COTCHETT
ANNE MARIE MURPHY
Attorneys for PENNINGTON PLAINTIFFS

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3
STIP. AND [PROPOSED] ORDER CONTINUING PLAINTIFFS' DEADLINE TO RESPOND TO TETRA TECH'S MOTION FOR PARTIAL SUMMARY JUDGMENT - CASE NO. 3:19-CV-01417-JD

Dated: September 15, 2023           LAW OFFICES OF BONNER & BONNER

                                      By:       /s/ A. Cabral Bonner
                                               CHARLES A. BONNER
                                               A. CABRAL BONNER
                                               Attorneys for PLAINTIFF DANIELLE CARPENTER

### Civil Local Rule 5-1(i)(3) attestation

Pursuant to Local Rule 5-1(i)(3), I, Sara M. Peters, the ECF filer of this document, hereby attest that I obtained concurrence in the filing of this document from each of the other signatories.

Dated: September 15, 2023           /s/ Sara M. Peters
                                                           SARA M. PETERS

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

4

STIP. AND [PROPOSED] ORDER CONTINUING PLAINTIFFS' DEADLINE TO RESPOND TO TETRA TECH'S MOTION FOR PARTIAL SUMMARY JUDGMENT - CASE NO. 3:19-CV-01417-JD

**ORDER**

Based on the stipulation of the parties and for good cause shown, the Court therefore ORDERS as follows:

1. The deadline for the Plaintiffs in the above-captioned cases to oppose Defendants Tetra Tech, EC, et al.'s partial summary judgment motion on the nuisance causes of action, is hereby extended and continued to October 16, 2023 in order to provide sufficient time for the parties to meet and confer regarding a potential additional extension to allow Plaintiffs a reasonable amount of time to complete additional discovery that Plaintiffs contend is related to the pending motion.

IT IS SO ORDERED.

Dated: _____

Hon. James Donato, Judge
United States District Court