# EXHIBIT O

# PROPOSAL
# RAC
## REMEDIAL ACTION CONTRACT

Engineering Field Activity, Northwest, Naval Facilities Engineering Field Command

SOL N44255-01-R-2000

2001



**FW FOSTER WHEELER ENVIRONMENTAL CORPORATION**

6/11/2001

TT_00155655

THE MINIMUM QUANTITY FOR THE BASE YEAR AND EACH OF THE OPTION YEARS IS $750,000, WHICH WILL BE PAID IN ACCORDANCE WITH FAC CLAUSE 5252.216-9312 IN PARAGRAPH H5. ALL RATES ARE TO BE IDENTIFIED IN THE APPROPRIATE SECTION J ATTACHMENTS.

SECTION C Descriptions and Specifications

Block 14, DESCRIPTION OF AMENDMENT:

Section C:

Paragraph 1.3.4.d.(3), Quality Control Manager – add to the end of the sentence "or Quality Engineer Certification".

## SECTION C
## STATEMENT OF WORK

### PART 1.0  GENERAL DESCRIPTION AND PERSONNEL REQUIREMENTS

**1.1    GENERAL.** The objective of this procurement is to obtain services for performing remedial actions at environmentally contaminated sites predominately located at Navy and Marine Corps installations and other Government agencies. The sites will consist of those ranked on the Superfund National Priority List (NPL) as well as non-NPL sites regulated under Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA), Resource Conservation and Recovery Act (RCRA), Underground Storage Tanks (UST), State environmental regulatory programs and other sites, which might require remedial action.

The preponderance of the work to be placed under this contract is expected to be performed in the state of Washington. However, work may also be preformed anywhere within Engineering Field Activity, Northwest area of responsibility (including Oregon, Idaho, Montana, Utah, Nevada, Arizona, and other locations, as required by the Governmental which may also include remote sites). The exact location of individual efforts will be designated on individual Contract Task Orders.

### 1.2    SCOPE OF WORK

1.2.1 The Contractor shall provide the personnel, equipment, materials, facilities, and management to respond to multiple requests for environmental support at various sites. These services may include actions, but is not limited to, the following:

- Performing remedial actions
- Performing removal actions
- Performing immediate and rapid response actions
- Performing pilot and treatability studies
- Providing facility operation, maintenance and instructions
- Performing other related activities associated with achieving remedial action objectives at sites
- Developing work plans

1.2.2   The contaminants will include, but not be limited to, those identified and regulated under RCRA, CERCLA, Toxic Substances Control Act (TSCA), Solid Waste Disposal Act (SWDA), and petroleum oils and lubricants (POL). A relatively small number of sites may require remediation of radiological contamination. The contaminants included are predominately solvents, POL, metals, acids, bases, reactives, non-explosive ordnance residues or compounds, polychlorinated biphenyls (PCBs), and pesticides. Contaminants may be present in soils, marine sediments, ground water, air, sludge, surface water, and man-made structures. Contaminated sites may be landfills, hazardous waste treatment storage and disposal facilities, tanks, lagoons, shorelines, fire fighting training areas, open-burn open detonation (OBODs) areas, housing areas, and range areas associated with past use, storage, handling or disposal of military ordnance explosive items or other facilities.

1.2.3   The Contractor selected for the work shall perform tasks in accordance with contract task order work statements prepared in accordance with Clause G3, "Ordering Procedures." The majority of contract task order work statements will describe the requirements in terms of desired outcome of the project with minimal provision of precise details of work to be done. Contract task orders may require the development of various environmental documents describing the required remedial action and technologies to achieve cleanup. Such documents may include records of decision, remedial investigation and feasibility corrective measure studies, RCRA/CERCLA closure plans, corrective action plans, and drawings and specifications. Contract work shall specify a wide range of services relating to the cleanup of sites including, but not limited to, the following:

    a)    Performing traditional and innovative methods for complete remedial action for environmentally contaminated sites. Methods include, but will not be limited to the following actions:

- Neutralization processes
- Metals precipitation
- Chemical stabilization
- Covering or capping contaminated soils
- Installing leachate drains
- Transporting and disposing of hazardous waste off-site
- Bioremediation (both in-situ and aboveground)
- Incineration on or off-site
- Soil washing followed by disposal
- Soil venting
- Pumping and treating contaminated ground water
- Installation of slurry walls
- POL recovery systems
- Air stripping
- Carbon absorption
- Ground water monitoring
- Solvent extraction
- Chemical decomposition and solidification
- Phyto remediation