WILMER CUTLER PICKERING
  HALE AND DORR LLP
DAVINA PUJARI, SBN 183407
davina.pujari@wilmerhale.com
CHRISTOPHER A. RHEINHEIMER, SBN 253890
chris.rheinheimer@wilmerhale.com
1 Front Street, Suite 3500
San Francisco, California 94111
Telephone:   (628) 235-1002
Facsimile:    (628) 235-1001

CHRISTOPHER T. CASAMASSIMA, SBN 211280
chris.casamassima@wilmerhale.com
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone:   (213) 443-5300
Facsimile:    (213) 443-5400

MICHAEL J. BROWN, Admitted *Pro Hac Vice*
mike.brown@wilmerhale.com
60 State Street, Boston MA 02109
Telephone:   (617) 526-6310
Facsimile:    (617) 526-5000

Attorneys for Defendants TETRA TECH, INC.,
TETRA TECH EC, INC., and ANDREW BOLT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIELLE CARPENTER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TETRA TECH EC, INC., et al.,<br><br>Defendants.<br><br>KEVIN ABBEY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TETRA TECH, INC., et al.,<br><br>Defendants. | Case Nos.   3:19-cv-01417-JD<br>                    3:19-cv-07510-JD<br>                    3:18-cv-05330-JD<br><br>Assigned to Hon. James Donato<br>Courtroom 11<br>**[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT (NUISANCE CAUSES OF ACTION)**<br><br>Date: February 1, 2023<br>Time: 10:00 am<br>Courtroom: 11<br>Judge: Hon. James A. Donato |

| | |
|---|---|
| LINDA PARKER PENNINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TETRA TECH, INC., et al., <br><br> Defendants. | |

**[PROPOSED] ORDER**

Having reviewed the arguments and submissions by the Parties, this Court hereby grants Defendants' Motion for Partial Summary Judgment (Nuisance Causes of Action) on the Sixth Cause of Action (Public Nuisance) and Seventh Cause of Action (Private Nuisance) in the Sixth Amended Complaint filed in *Carpenter et al. v. Tetra Tech EC, Inc. et al.*, 19-cv-01417 (ECF 223); on the Second Cause of Action (Public Nuisance) in the First Amended Complaint filed in *Abbey et al. v. Tetra Tech EC, Inc. at al.*, 19-cv-07510 (ECF 40); and the First Claim (Permanent Public Nuisance) and Second Claim (Permanent Private Nuisance) in the Consolidated Third Amended Complaint in *Pennington et al. v. Tetra Tech EC, Inc. et al.*, 18-cv-05330 (ECF 157).

This Court find that there is no genuine dispute as to any material facts regarding Plaintiffs' public nuisance, private nuisance, permanent public nuisance, and permanent private nuisance claims. As Tetra Tech Inc., Tetra Tech EC, Inc., and Andrew Bolt[1] (the "Tetra Tech Defendants") did not cause the nuisance, nor did they possess the property at issue, or lease the property to any third party, the Tetra Tech Defendants cannot be held liable under a nuisance theory and Summary Judgment is proper. In Cases No. 3:19-cv-01417-JD, 3:19-cv-07510-JD, and 3:18-cv-05330-JD, Defendants are entitled to judgment as a matter of law under Fed. R. Civ. P. 56.

In addition, appreciation impairment damages are unavailable where the alleged nuisance in this case is continuing and not permanent. Thus, summary judgment is independently proper for

---

[1] Andrew Bolt is a defendant only in the *Pennington* case.

1 | the Tetra Tech Defendants on the Pennington Plaintiffs' claims in Case No. 3:18-cv-05330-JD for
2 | appreciation impairment damages under their nuisance claims.
3 |         IT IS SO ORDERED.
4 | DATED: _____

_____
Honorable James Donato
Judge, United States District Court