```
 1   WILMER CUTLER PICKERING
       HALE AND DORR LLP
 2   DAVINA PUJARI (SBN 183407)
     Davina.Pujari@wilmerhale.com
 3   CHRISTOPHER A. RHEINHEIMER (SBN 253890)
     Chris.Rheinheimer@wilmerhale.com
 4   One Front Street, Suite 3500
     San Francisco, CA 94111
 5   Telephone: (628) 235-1000
     Facsimile: (628) 235-1001
 6
 7   WILMER CUTLER PICKERING
       HALE AND DORR LLP
 8   CHRISTOPHER T. CASAMASSIMA (SBN 211280)
     Chris.Casamassima@wilmerhale.com
 9   350 South Grand Avenue, Suite 2400
     Los Angeles, California 90071
10   Telephone: (213) 443-5300
     Facsimile: (213) 443-5400
11
12   WILMER CUTLER PICKERING
       HALE AND DORR LLP
13   SAMUEL C. LEIFER (admitted pro hac vice)
     Samuel.Leifer@wilmerhale.com
14   MICHAEL J. BROWN (admitted pro hac vice)
     Mike.Brown@wilmerhale.com
15   60 State Street
     Boston, Massachusetts 02109
16   Telephone: (617) 526-6000
     Facsimile: (617) 526-5000
17
18   Attorneys for TETRA TECH, INC.,
     TETRA TECH EC, INC., ANDREW BOLT,
19   DAN L. BATRACK, and STEVEN M. BURDICK
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JAHR, *et al.*,<br><br>        Plaintiff,<br><br>        v.<br><br>TETRA TECH EC, INC., *et al*,<br><br>        Defendants. | **STIPULATION AND [PROPOSED] ORDER REMOVING UNRELATED CASE AND REGARDING DEPOSITION PROTOCOL**<br><br>**Assigned to Hon. Judge James Donato**<br><br>Case No. 3:13-cv-03835-JD; 3:16-cv-1106-JD; 3:16-cv-1107-JD |

**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY PROTOCOL AND CASE MANAGEMENT ORDER NUMBER ONE**

| | |
|---|---|
| LINDA PARKER PENNINGTON, et al., | |
| Plaintiffs, | Case No. 3:18-cv-05330-JD |
| v. | |
| TETRA TECH EC, INC., *et al*, | |
| Defendants. | |
| BAYVIEW HUNTERS POINT RESIDENTS, *et al.*, | |
| Plaintiffs, | Case No. 3:19-cv-01417-JD |
| v. | |
| TETRA TECH EC, INC., *et al*, | |
| Defendants. | |
| KEVIN ABBEY, *et al.*, | |
| Plaintiffs, | Case No. 3:19-cv-7510-JD |
| v. | |
| TETRA TECH EC, INC., *et al.*, | |
| Defendants. | |
| CPHP DEVELOPMENT, LP, *et al.*, | |
| Plaintiffs, | Case No. 3:20-cv-1485-JD |
| v. | |
| TETRA TECH EC, INC., *et al.*, | |
| Defendants. | |
| FIVE POINT HOLDINGS, LLP, *et al.*, | |
| Plaintiffs, | Case No. 3:20-cv-1480-JD |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |
| FIVE POINT HOLDINGS, LLP, *et al.*, | |
| Plaintiffs, | Case No. 3:20-cv-1481-JD |
| v. | |

-2-
**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL**

|   |   |
|---|---|
| TETRA TECH EC, INC., *et al.*,<br><br>    Defendants.<br>TETRA TECH EC, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CH2M HILL, INC., *et al.*,<br><br>    Defendants. | Case No. 3:20-cv-04704-JD |

Counsel for the parties in the following cases (the "Parties"), by and through their respective counsel of record, submit this Stipulation and [Proposed] Order Regarding Deposition Protocol and request that the Court enter the attached [Proposed] Order in the FCA Cases, the Parcel A Cases, the Building 606 Case, the Residents' Case, and the Commercial Cases, which terms are defined as follows, and are collectively referred to hereinafter as the "Actions":

"**FCA Cases**" are: *US ex rel. Jahr et al. v. Tetra Tech EC, Inc. et al.*, Case No. 3:13-cv-3835-JD; *US ex rel Smith v. Tetra Tech EC, Inc. et al.*, Case No. 3:16-cv-1106-JD; and *US ex rel. Wadsworth et al. v. Tetra Tech EC, Inc. et al.*, Case No. 3:16-cv-1107-JD.[1]

"**Parcel A Cases**" are: *Pennington v. Tetra Tech et al.*, Case No. 3:18-cv-05330-JD; *Ellington v. Tetra Tech*, Case No. 3:18-cv-05352-JD; *Lin v. Tetra Tech et al.*, Case No. 3:18-cv-05771-JD; *Farrell v. Tetra Tech et al.*, Case No. 3:19-cv-00248-JD; *Yegorov v. Tetra Tech et al.*, Case No. 3:19-cv-00252-JD; *Darden v. Tetra Tech et al.*, Case No. 3:19-cv-00247-JD; *Fried v. Tetra Tech et al.*, Case No. 3:19-cv-00249-JD; *Lupton v. Tetra Tech et al.*, Case No. 3:19-cv-00251-JD; *Bravo v. Tetra Tech et al.*, Case No. 3:19-cv-00667-JD; *Carter v. Tetra Tech et al.*,

---

[1] The Court ordered the case titled *US ex rel. McLaughlin v. Shaw Environmental & Infrastructure, Inc. et al.*, Case No. 14-cv-1509-JD unrelated to the cases subject to this protocol on September 8, 2023 (ECF No. 224 in 14-cv-1509-JD). That case will proceed on a different schedule. Consistent with the separate track for those claims, and consistent with the agreement in the originally stipulated CMO, ECF No. 235 in case 13-cv-03835-JD at 5 n.2, claims regarding Treasure Island and Alameda are outside of the scope of discovery for purposes of the depositions subject to this stipulation, Parties involved in the FCA matters involving Treasure Island and Alameda may ask limited questions designed to determine if the deponent has knowledge related to claims involving Treasure Island and Alameda to assist in making informed decisions whether later deposition of the deponent on these grounds is warranted.

-3-
**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL**

Case No. 3:19-cv-02555-JD; *Hershowitz v. Tetra Tech et al.*, Case No. 3:19-cv-02698-JD; *Kaplan v. Tetra Tech et al.*, Case No. 3:19-cv-02740-JD; *Yun v. Tetra Tech et al.*, Case No. 3:19-cv-02771-JD; *Castro v. Tetra Tech et al.*, Case No. 3:19-cv-02810-JD; *Zhu v. Tetra Tech et al.*, Case No. 3:19-cv-03932-JD; *LaRrett v. Tetra Tech et al.*, Case No. 3:19-cv-03941-JD; *Chen v. Tetra Tech et al.*, Case No. 3:19-cv-03955-JD; *Yang v. Tetra Tech et al.*, Case No. 3:19-cv-03992-JD; *Datta v. Tetra Tech et al.*, Case No. 3:19-cv-05405-JD; *Duncan v. Tetra Tech et al.*, Case No. 3:19-cv-05408-JD; and *San Francisco Shipyard Residents v. Tetra Tech et al.*, Case No. 3:19-cv-06137-JD.

"**Building 606 Case**" is: *Kevin Abbey v. Tetra Tech, et al.*, Case No. 3:19-cv-07510-JD.

"**Residents' Case**" is: *Bayview Hunters Point Residents v. Tetra Tech et al.*, Case No. 3:19-cv-01417-JD.

"**Commercial Cases**" are: *Five Point Holdings v. USA*, Case No. 3:20-cv-01480-JD ("*Five Point v. U.S.*"); *Five Point Holdings v. Tetra Tech et al.*, Case No. 3:20-cv-01481-JD; *CPHP Development v. Tetra Tech et al.*, Case No. 3:20-cv-01485-JD ("*CDHP*"); and *Tetra Tech EC, Inc., v. CH2M Hill, Inc., et al.,* Case No. 3:20-cv-04704-JD ("*CH2M*").

All Parties named in the above referenced cases (collectively, the "Actions") are referred to collectively as the "Parties" or in the singular as a "Party."

"Side 1" shall refer to CPHP, Five Point, plaintiffs in the Parcel A Cases, plaintiffs in the Residents' Case, plaintiffs in the Building 606 Case, the Relators, and the CH2M Parties. "Side 2" shall refer to the United States and Tetra Tech.

Counsel for the Parties have met and conferred and submit the following Stipulation and [Proposed] Order Regarding Deposition Protocol for the above-captioned cases.

A. **Deposition Protocol**

On February 2, 2023, this Court entered a Case Management Order and Stipulated Discovery Plan for these Actions ("CMO"). The CMO provides that Side 1 and Side 2 may each take 70 depositions of 7 hours each. The CMO also contemplates that Side 1 may notice the deposition of the same witness(es) noticed by Side 2, and vice versa, and if both Sides notice a

deposition of the same witness, the deposition shall run on consecutive business days until completed unless the witness desires otherwise.  This Order supplements and amends the CMO to clarify the protocol the Parties shall follow in the event both Sides elect to notice the deposition of the same witness.

The CMO provides that a Party taking a deposition must give written notice to every other Party at least 30 days prior to the date of the deposition, and that such notice must be served on each Party by e-mail and by posting on the Magna database.  Further, any deposition noticed by a Side shall automatically be deemed to have been noticed by all Parties on that Side and shall count against that Side's total number of allotted depositions.

In the event one Side notices the deposition of a witness pursuant to the terms of the CMO and the other Side also elects to notice a deposition of the same witness, the other Side must provide a written notice of deposition in accordance with the CMO within 14 days of the initial notice. No more than thirty minutes after the conclusion of questioning on day one of the deposition, in writing or on the deposition record, the other Side shall confirm its intent to either proceed with day two of the deposition or withdraw its notice for the deposition.  If a notice is withdrawn any later than thirty minutes after the conclusion of questioning on day one, the noticed day two deposition will count against a side's allotted number of depositions. Should the other Side elect not to proceed with day two of the deposition, it may still cross-examine the witness for up to one hour at the conclusion of the direct examination as provided for in the CMO. Additionally, if the other Side elects not to proceed with day two of the deposition, it must serve a written withdrawal of its deposition notice by e-mail and by posting on the Magna database within 7 days of the deposition.  Where the other Side withdraws its deposition notice in accordance with the terms of this Order, that deposition will not count against the withdrawing Side's total deposition allotment.[2]

---

[2] The same process outlined herein shall apply to the Parties' allotted fourteen-hour depositions, with the following modification: where a side notices that their day two deposition will be one of the allotted fourteen-hour depositions, within thirty minutes after the conclusion of

-5-
**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL**

If both Sides wish to depose a witness and day one of the deposition does not run for the full 7-hour limit, the Parties may mutually agree to proceed with the second Side's deposition for the remainder of day one, to be continued into day two as necessary to complete the remainder of the second 7- or 14-hour deposition.

**B. Further Amendment**

Except as otherwise provided in this Stipulation, its terms may be amended only by written stipulation of the Parties approved by the Court, or by order of the Court for good cause shown.

**IT IS SO STIPULATED, through Counsel of Record.**

DATED:  December 15, 2023                COTCHETT, PITRE & McCARTHY, LLP

By:     _/s/ Anne Marie Murphy_
JOSEPH W. COTCHETT (SBN 36324)
ANNE MARIE MURPHY (SBN 202540)
DONALD J. MAGILLIGAN (SBN 257714)
Attorneys for PENNINGTON PLAINTIFFS

DATED:  December 15, 2023                WALKUP, MELODIA, KELLY AND SCHOENBERGER

By:     _/s/ Khaldoun A. Baghadi_
KHALDOUN A. BAGHADI (SBN 190111)
SARA M. PETERS (SBN 260610)
JADE SMITH-WILLIAMS (SBN 318915)
CLIFTON SMOOT (SBN 305728)
Attorneys for PLAINTIFFS KEVIN ABBEY, ET AL.

---

the questioning on day one of the deposition, that side may confirm its intent to proceed with only one seven-hour deposition day; if that side entirely withdraws its notice of the fourteen-hour deposition, it will be counted against that side's allotment.

-6-
**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL**

| | | |
|---|---|---|
| 1 | DATED: December 15, 2023 | BONNER & BONNER |
| 2 | | By: /s/ A. Cabral Bonner |
| 3 | | CHARLES A. BONNER (SBN 85413) |
| | | A. CABRAL BONNER (SBN 247528) |
| 4 | | Attorneys for PLAINTIFFS BAYVIEW HUNTERS POINT RESIDENTS |
| 5 | DATED: December 15, 2023 | LAW OFFICE OF DAVID ANTON |

DATED: December 15, 2023            BONNER & BONNER

By: _____/s/ A. Cabral Bonner_____
CHARLES A. BONNER (SBN 85413)
A. CABRAL BONNER (SBN 247528)
Attorneys for PLAINTIFFS BAYVIEW HUNTERS POINT RESIDENTS

DATED: December 15, 2023            LAW OFFICE OF DAVID ANTON

By: _____/s/ David C. Anton_____
DAVID C. ANTON (SBN 95852)
Attorneys for RELATORS

DATED: December 15, 2023            O'MELVENY & MYERS LLP

By: _____/s/ Madhu R. Pocha_____
DANIEL M. PETROCELLI (SBN 97802)
DAVID J. MARROSO (SBN 211655)
GEOFFREY H. YOST (SBN 159687)
MADHU R. POCHA (SBN 260997)
Attorneys for LENNAR CORP.; HPS DEVELOPMENT CO., L.P.; HPS1 BLOCK 50 LLC; HPS1 BLOCK 51 LLC; HPS1 BLOCK 53 LLC; AND HPS1 BLOCK 54 LLC

DATED: December 15, 2023            ALSTON & BIRD

By: _____/s/ Jeffrey D. Dintzer_____
JEFFREY D. DINTZER (SBN 139056)
GREGORY S. BERLIN (SBN 316289)
MEREDITH JONES KINGSLEY (pro hac vice)
VICKIE CHUNG RUSEK (pro hac vice)
Attorneys for FIVE POINT HOLDINGS, LLC, CP DEVELOPMENT CO., LLC, AND EMILE HADDAD

DATED: December 15, 2023            LAW OFFICES OF RICHARD M. STEINGARD

By: _____/s/ Richard M. Steingard_____
RICHARD M. STEINGARD (SBN 106374)
Attorneys for DEFENDANT BILL DOUGHERTY

-7-
**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL**

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 15, 2023 | WILMERHALE LLP |
| 3 | | By:    */s/ Christopher A. Rheinheimer* |
| 4 | | DAVINA PUJARI |
| | | CHRISTOPHER A. RHEINHEIMER |
| 5 | | CHRISTOPHER T. CASAMASSIMA |
| | | SAMUEL C. LEIFER |
| 6 | | MICHAEL J. BROWN |
| | | Attorneys for TETRA TECH, INC., TETRA TECH |
| 7 | | EC, INC., ANDREW BOLT, DAN L. BATRACK, |
| | | and STEVEN M. BURDICK |
| 8 | | |
| 9 | DATED: December 15, 2023 | BORDIN SEMMER LLP |
| 10 | | |
| | | By:    */s/ Bryan C. Swaim* |
| 11 | | BRYAN C. SWAIM, SBN 289729 |
| | | bswaim@bordinsemmer.com |
| 12 | | Attorneys for DEFENDANTS RADIOLOGICAL |
| | | SURVEY & REMEDIATION SERVICES, LLC, |
| 13 | | DARYL DELONG, AND BRIAN HENDERSON |
| 14 | | |
| 15 | DATED: December 15, 2023 | TROPEA MCMILLAN, LLP |
| 16 | | By:    */s/ Santino M. Tropea* |
| | | SANTINO M. TROPEA (SBN 249215) |
| 17 | | Attorneys for DEFENDANT IO |
| | | ENVIRONMENTAL & INFRASTRUCTURE, |
| 18 | | INC. |

-8-
**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL**

| | | |
|---|---|---|
| 1 | DATED: December 15, 2023 | ISMAIL J. RAMSEY (SBN 189820)<br>United States Attorney |
| 2 | | |
| 3 | | By:    */s/ Robert Chandler*<br>MICHAEL T. PYLE (SBN 172954) |
| 4 | | SAVITH IYENGAR<br>Assistant United States Attorneys |
| 5 | | 450 Golden Gate Avenue<br>Ninth Floor, Box 36055 |
| 6 | | San Francisco, CA 94102<br>Tel: (415) 436-7018 |
| 7 | | |
| 8 | | JAMIE ANN YAVELBERG<br>PATRICK KLEIN |
| 9 | | ROBERT CHANDLER<br>JONATHAN K. HOERNER |
| 10 | | JOHN F. SCHIFALACQUA<br>A. THOMAS MORRIS |
| 11 | | Civil Division, Fraud Section<br>175 N Street NE |
| 12 | | Room 9.208<br>Washington, DC 20002 |
| 13 | | Tel: (202) 514-4678<br>*Attorneys for Plaintiff* UNITED STATES OF AMERICA |
| 14 | | |
| 15 | DATED:  December 15, 2023 | J. PATRICK GLYNN |
| 16 | | Director, Torts Branch<br>BRIDGET BAILEY LIPSCOMB |
| 17 | | Assistant Director<br>ADAM BAIN |
| 18 | | Senior Trial Counsel |
| 19 | | By:    */s/ Michele S. Greif* |
| 20 | | CAROLINE STANTON<br>MICHAEL L. WILLIAMS |
| 21 | | ROSEMARY YOGIAVEETIL<br>KENNETH A. PILGRIM |
| 22 | | Trial Attorneys |
| 23 | | Civil Division, Environmental Torts<br>175 N Street NE |
| 24 | | Room 11.204<br>Washington, DC 20002 |
| 25 | | Telephone: (202) 353-2492 |
| 26 | | *Attorneys for Defendant* UNITED STATES OF AMERICA |
| 27 | | |
| 28 | | -9- |

**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL**

DATED: December 15, 2023     MUNGER, TOLLES & OLSON LLP

By:     */s/ Blanca F. Young*
BLANCA F. YOUNG
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendant* CH2M Hill, Inc.

DATED: December 15, 2023     ZELMS ERLICH & MACK

By:     */s/ Rinat B. Klier Erlich*
RENAT K. ERLICH
20920 Warner Center Lane, Suite B
Woodland Hills, CA 91367
Telephone: (213) 347-9139
Facsimile: (818) 999-9155

*Attorneys for Defendant* SC&A, INC.

DATED: December 15, 2023     EDLIN GALLAGHER HUIE + BLUM

By:     */s/ Farheena A. Habib*
ERIN K. POPPLER
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone: (628) 207-1491
Facsimile: (415) 397-1339

*Attorneys for Defendant* Perma-Fix Environmental Services, Inc.

DATED: December 15, 2023     FURUKAWA CASTLES LLP

By:     */s/ Bruce Furukawa*
BRUCE FURUKAWA
800 Airport Boulevard, Suite 504
Burlingame, CA 94010
Telephone: (415) 632-1584
Facsimile: (415) 510-2240

*Attorneys for Defendant* Cabrera Services, Inc.

DATED: December 15, 2023

DAVIS WRIGHT TREMAINE LLP

By:     */s/ Joseph E. Addiego, III*
JOSEPH E. ADDIEGO, III
50 California, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

*Attorneys for Defendant* Battelle Memorial Institute

## ORDER

At the stipulated request of the parties, it is so ordered.

Dated: January 2, 2024

*IT IS SO ORDERED*
Judge James Donato
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

-11-
**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL**