DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID MARROSO (S.B. #211655)
dmarroso@omm.com
MADHU POCHA (S.B. #260997)
mpocha@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone:    +1 310 553 6700
Facsimile:    +1 310 246 6779

GEOFFREY H. YOST (S.B. #159687)
gyost@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:    +1 415 984 8700
Facsimile:    +1 415 984 8701

Attorneys for Defendant Lennar Corporation

JEFFREY D. DINTZER (S.B. #139056)
Jeffrey.Dintzer@alston.com
MATTHEW WICKERSHAM (S.B. #241733)
Matt.Wickersham@alston.com
ALSTON & BIRD
333 S. Hope Street, Suite 1600
Los Angeles, California 90071

Attorneys for Defendant Five Point Holdings, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIELLE CARPENTER, CHRISTOPHER CARPENTER, DECEASED, BY DANIELLE CARPENTER, REPRESENTATIVE AND SUCCESSOR IN INTEREST; CATHERINE MUHAMMAD, Including All Parties Listed In Exhibit A,<br><br>        Plaintiffs,<br><br>    v.<br><br>TETRA TECH EC, INC.; TETRA TECH, INC; STEPHEN C. ROLFE, In his Individual and Official Capacity, MANAGING AGENT OF TETRA TECH EC INC.; JUSTIN E. HUBBARD, In his Individual and Official Capacity, MANAGING AGENT OF TETRA TECH EC INC.; LENNAR CORPORATION; and FIVE POINT HOLDINGS, LLC., and DOES 1-100 Inclusive.<br><br>        Defendants. | Case No. 3:19-cv-01417-JD<br><br>**DECLARATION OF MADHU POCHA IN SUPPORT OF HOMEBUILDERS' MOTION FOR GOOD-FAITH SETTLEMENT DETERMINATION**<br><br>Date:      October 31, 2024<br>Time:     10 A.M.<br>Judge:    Hon. James Donato<br>Courtroom:  11- 19th Floor |

I, Madhu Pocha, declare as follows:

1. I am a partner at the law firm of O'Melveny & Myers, LLP, counsel of record for Defendant Lennar Corporation in the captioned action, *Carpenter, et al. v. Tetra Tech, Inc. et al.* I make this declaration based on my personal knowledge.

2. The Bayview Hunters Point Plaintiffs ("BVHP Plaintiffs") and the Defendants LENNAR CORPORATION and FIVE POINT HOLDINGS, LLC ("Homebuilders"), collectively the "Parties," retained the mediating team of JAMS neutrals Judge Daniel H. Weinstein (ret.) and Lizbeth Hasse to mediate the above-captioned case.

3. I participated in a series of mediation sessions beginning in 2020 that resulted in a settlement agreement to resolve Plaintiffs claims on a classwide basis.

4. After the court denied Plaintiffs' motion for preliminary approval of that agreement in December 2022, I participated in renewed settlement negotiations between the Parties facilitated by Judge Weinstein and Ms. Hasse. Those discussions ultimately led to the Settlement Agreement dated March 26, 2024 ("Settlement Agreement"). A true and correct copy of the Settlement Agreement is attached hereto as **Exhibit A**.

5. On July 12, 2024 the Parties executed an amendment to the Settlement Agreement that set August 9, 2024 as the date by which Plaintiffs counsel was required to submit to the Homebuilders executed release forms for each Plaintiff who wishes to participate in the settlement. A true and correct copy of the July 12, 2024 amendment is attached hereto as **Exhibit B**.

6. On August 9, 2024, counsel for the Plaintiffs, A. Cabral Bonner, sent me an email containing a link to download 6,464 release forms executed by Plaintiffs. A true and correct copy of a blank release form is attached hereto as **Exhibit C**.

7. On August 22, 2024, Mr. Bonner confirmed by email that all of the 6,464 release forms had been executed and that his office had signed 40 pursuant to its retainer agreement with those Plaintiffs.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

DECL. OF MADHU POCHA IN SUPPORT
OF MOTION FOR GOOD-FAITH
SETTLEMENT DETERMINATION
NO. 3:19-CV-1417-JD

Executed on September 10, 2024 in Los Angeles, CA.

Madhu Pocha, Esq.
O'Melveny & Myers, LLP

DECL. OF MADHU POCHA IN SUPPORT
OF MOTION FOR GOOD-FAITH
SETTLEMENT DETERMINATION
NO. 3:19-CV-1417-JD