DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID MARROSO (S.B. #211655)
dmarroso@omm.com
MADHU POCHA (S.B. #260997)
mpocha@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone:    +1 310 553 6700
Facsimile:    +1 310 246 6779

GEOFFREY H. YOST (S.B. #159687)
gyost@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone:    +1 415 984 8700
Facsimile:    +1 415 984 8701

Attorneys for Defendant Lennar Corporation

JEFFREY D. DINTZER (S.B. #139056)
Jeffrey.Dintzer@alston.com
ALSTON & BIRD
333 S. Hope Street, Suite 1600
Los Angeles, California 90071

Attorneys for Defendant Five Point Holdings, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIELLE CARPENTER, CHRISTOPHER CARPENTER, DECEASED, BY DANIELLE CARPENTER, REPRESENTATIVE AND SUCCESSOR IN INTEREST; CATHERINE MUHAMMAD, Including All Parties Listed In Exhibit A,<br><br>        Plaintiffs,<br><br>   v.<br><br>TETRA TECH EC, INC.; TETRA TECH, INC; STEPHEN C. ROLFE, In his Individual and Official Capacity, MANAGING AGENT OF TETRA TECH EC INC.; JUSTIN E. HUBBARD, In his Individual and Official Capacity, MANAGING AGENT OF TETRA TECH EC INC.; LENNAR CORPORATION; and FIVE POINT HOLDINGS, LLC., and DOES 1-100 Inclusive,<br><br>        Defendants. | Case No. 3:19-cv-01417-JD<br><br>**[PROPOSED] ORDER GRANTING HOMEBUILDER DEFENDANTS' MOTION FOR GOOD-FAITH SETTLEMENT DETERMINATION**<br><br>Date:      October 31, 2024<br>Time:     10 A.M.<br>Judge:    Hon. James Donato<br>Courtroom: 11- 19th Floor |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

Defendants Lennar Corporation ("Lennar") and Five Point Holdings, LLC ("Five Point," and collectively, the "Homebuilders") Motion for Good Faith Settlement Determination came on for hearing before this Court on October 31, 2024.  Having considered the moving and reply papers, all papers in opposition, the argument of counsel, the pleadings and files in this action, and all other matters properly before this Court, and for good cause appearing, **THIS COURT HEREBY ORDERS**:

1.      That the Motion for Good Faith Settlement Determination is granted;

2.      That the settlement between Homebuilders and plaintiffs Danielle Carpenter, et al., as documented in their March 26, 2024 Settlement Agreement (*see* Dkt. 271-1, Ex. A), is made in good faith pursuant to California Code of Civil Procedure §§ 877 and 877.6; and

3.      That the settlement between Homebuilders and plaintiffs bars any pending or future claims by alleged joint tortfeasors or co-obligors against Homebuilders for equitable contribution or partial, comparative, or implied indemnity for any claims in this action.

**IT IS SO ORDERED**

_____

The Honorable James Donato
UNITED STATES DISTRICT COURT

ii

[PROPOSED] ORDER GRANTING
HOMEBUILDER DEFENDANTS' MOTION
FOR GOOD-FAITH SETTLEMENT
DETERMINATION
NO. 3:19-CV-01417-JD