# EXHIBIT T

UNCERTIFIED ROUGH DRAFT TRANSCRIPT

1

2          DISCLAIMER - ROUGH DRAFT/REALTIME FEED

3     THE FOLLOWING IS A ROUGH, UNEDITED TRANSCRIPT AND

4             MAY CONTAIN CONFIDENTIAL PORTIONS

5          This unofficial draft transcript is provided to

6     you solely as a litigation support tool for use

7     IN-HOUSE BY YOU, OTHER MEMBERS OF YOUR STAFF, ASSOCIATE

8     COUNSEL, PARALEGALS, or EXPERT CONSULTANTS.

9          We agree to provide this service to you with the

10    explicit understanding that you will in no way make it

11    available, in whole or in part, in any form, to anyone

12    else.

13         This transcript has been neither checked nor

14    proofread.  It is a rough draft, NOT a certified

15    transcript.

16         Corrections will be made in the preparation of the

17    certified transcript resulting in differences in page

18    and line numbers, punctuation, and formatting.

19         California CCP 2025.540(b) provides that "When

20    prepared as a rough draft transcript, the transcript of

21    the deposition may not be certified and MAY NOT BE

22    USED, CITED, OR TRANSCRIBED AS THE CERTIFIED TRANSCRIPT

23    of the deposition proceedings. The rough draft

24   transcript may not be cited or used in any way or at

25   any time to rebut or contradict the certified

UNCERTIFIED ROUGH DRAFT TRANSCRIPT

                                                                1

UNCERTIFIED ROUGH DRAFT TRANSCRIPT

1    transcript of deposition proceedings as provided by the

2    deposition officer."

3        Also, Gov. Code 69954(d) provides that "Any court,

4    party, or person who has purchased a transcript may,

5    without paying a further fee to the reporter, reproduce

6    a copy or portion thereof as an exhibit pursuant to

7    court order or rule, or for internal use, BUT SHALL NOT

8    OTHERWISE PROVIDE OR SELL A COPY OR COPIES TO ANY OTHER

9    PARTY OR PERSON."

10       IN ACCEPTING THIS ROUGH DRAFT AND/OR REALTIME

11   FEED, YOU AGREE TO PAY THE COSTS OF THE ROUGH DRAFT

12   AND/OR REALTIME TRANSCRIPT AS WELL AS A CERTIFIED COPY.

13   THESE SERVICES ARE PROVIDED WITH THE UNDERSTANDING THAT

14   EACH PARTY (INCLUDING COUNSEL REPRESENTING NON-PARTY

15   WITNESSES) RECEIVING SUCH SERVICES WILL BE ORDERING A

16   CERTIFIED TRANSCRIPT.

17                        --o0o--

18       EXHIBIT TECH:  We are on the record.  My

19   name is Cody Furin with Mitchell Beard, contracted

20   by Steno.  I am not financially interested in this

21  action nor am I a relative or employee of any of

22  the attorneys or any of the parties.

23      Today is September 23, 2024.  The time is

24  1:03 P.M. Pacific Time.  This deposition is taken

25  at One Front Street, San Francisco, California.

UNCERTIFIED ROUGH DRAFT TRANSCRIPT

2

UNCERTIFIED ROUGH DRAFT TRANSCRIPT

1  The name of this case is Bayview-Hunters Point

2  Residents v. Tetra Tech EC, Inc. filed in the

3  United States District Court, Northern District of

4  California, San Francisco Division,

5  Case Number 3:19-cv-01417-JD.

6      This is the video-recorded deposition of

7  Chelice Bishop, Volume 1.  The attorney taking this

8  deposition is Dominick Hurley.

9      Would all present please identify

10  themselves beginning with the a deponent, Chelice

11  Bishop.

12      MR. BONNER:  Cabral Bonner from the law

13  offices of Bonner & Bonner.  I'm representing

14  Ms. Bishop.

15      MR. HURLEY:  Dominick Hurley with

16  WilmerHale representing the Tetra Tech parties.

17      THE VIDEO OPERATOR:  The court reporter

18    today is Holly Thuman with Steno.  Would the

19    reporter please swear in the witness.

20             (Witness sworn.)

21                EXAMINATION BY MR. HURLEY

22    BY MR. HURLEY:

23        Q.  Good afternoon, Ms. Bishop.

24        A.  Hi.

25        Q.  Would you please state your full name for

                UNCERTIFIED ROUGH DRAFT TRANSCRIPT
                                                              3


                UNCERTIFIED ROUGH DRAFT TRANSCRIPT

1     the record again?

2         A.  Chelice Bishop.

3         Q.  And where do you live?

4         A.  Right now I'm living at 867 Jamestown

5     Avenue, Unit 103, San Francisco, California 94124.

6         Q.  And you understand that you are under oath

7     today?

8         A.  Yes.

9         Q.  You're able to testify truthfully today.

10    Is that correct?

11        A.  Yes.

12        Q.  Have you ever been deposed before?

13        A.  Excuse me?

14        Q.  Have you ever sat for a deposition before?

```
23          Q.  Do you have any reason to doubt that the

24     allegations in paragraph 223 of your complaint are

25     true?  Excuse me.  Strike that.
                     UNCERTIFIED ROUGH DRAFT TRANSCRIPT
                                                                    93


                     UNCERTIFIED ROUGH DRAFT TRANSCRIPT
 1              Do you have any reason to doubt that the

 2     allegations in paragraph 223 of your complaint are

 3     not true?  No --

 4              Do you have any reason to doubt that the

 5     allegations in paragraph 223 of your complaint are

 6     true?

 7          A.  Say that one more time?

 8          Q.  Do you have any reason to doubt the truth

 9     of the allegations in paragraph 223 of your

10     complaint?

11          A.  No.

12          Q.  And you are seeking money damages for the

13     harms that Lennar and Five Point caused you in this

14     litigation.  Right?

15          A.  Yes.

16          Q.  Do you think a few hundred dollars would

17     be enough to compensate for that harm Lennar and

18     Five Point caused?

19          A.  No.
```

```
22        A.   No.

23        Q.   Did you agree to settle your claims

24   against the developers?

25        A.   I don't know.  I don't know if I agreed to
```

```
 1   settle.  I don't know.  I don't know if it was a

 2   trial or settle -- I don't know.

 3        Q.   You do not know whether or not you have

 4   agreed to settle your claims against the

 5   developers.  Right?

 6        A.   I do not know.

 7        Q.   Do you know what it means to indemnify

 8   someone?

 9        A.   No.

10        Q.   To your knowledge, you did not agree to

11   indemnify the -- strike that.

12             To your knowledge, you did not agree to

13   indemnify the developers for anything, then.

14   Right?

15        A.   I don't know what that means.

16        Q.   Fair to say you didn't agree to it, then?

17             MR. BONNER:  Objection.  Calls for

18   speculation.  Lack of foundation.
```

```
19              THE WITNESS:  No, that's not fair to say
20     because I don't know what it means.
21     BY MR. HURLEY:
22          Q.   Is your testimony you may have agreed to
23     it without understanding what indemnify means?
24              And straight.  I'll re-ask the question.
25              Is your testimony that you may have agreed
                    UNCERTIFIED ROUGH DRAFT TRANSCRIPT
                                                              161


                    UNCERTIFIED ROUGH DRAFT TRANSCRIPT
 1     to indemnify the developers without understanding
 2     what indemnify means?
 3          A.   I don't know.  I don't know what
 4     indemnified means, so I don't know if I answered it
 5     or not.
 6          Q.   To your knowledge, did you agree to pay
 7     back the developers for anything?
 8          A.   No.
 9          Q.   Do you think a settlement agreement
10     between you will and the developers that might
11     require you to pay them back would be fair?
12          A.   No.
13          Q.   Can you think of any reason why you should
14     have to pay the developers money?
15          A.   No.
```