WILMER CUTLER PICKERING
 HALE AND DORR LLP
DAVINA PUJARI, SBN 183407
davina.pujari@wilmerhale.com
CHRISTOPHER A. RHEINHEIMER, SBN 253890
chris.rheinheimer@wilmerhale.com
1 Front Street, Suite 3500
San Francisco, California 94111
Telephone:    (628) 235-1002
Facsimile:    (628) 235-1001


WILMER CUTLER PICKERING
 HALE AND DORR LLP
CHRISTOPHER CASAMASSIMA, SBN 211280
chris.casamassima@wilmerhale.com
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400


Attorneys for Defendants
TETRA TECH EC, INC. and
TETRA TECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN ABBEY, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TETRA TECH EC, INC. and TETRA TECH, INC.<br><br>　　　　Defendants. | **STIPULATION AND [PROPOSED] ORDER FOR STAY FOLLOWING SETTLEMENT IN PRINCIPLE**<br><br>Case No. 3:19-cv-07510-JD |

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAHR, et al.<br><br>        Plaintiffs,<br><br>  v.<br><br>TETRA TECH EC, INC., et al.<br><br>        Defendants. | Case No. 3:13-cv-03835-JD |
| LINDA PARKER PENNINGTON, et al.<br><br>        Plaintiffs,<br><br>  v.<br><br>TETRA TECH EC, INC., et al.<br><br>        Defendants. | Case No. 3:18-cv-05330-JD |
| BAYVIEW HUNTERS POINT RESIDENTS, et al.<br><br>        Plaintiffs,<br><br>  v.<br><br>TETRA TECH EC, INC., et al.<br><br>        Defendants. | Case No. 3:19-cv-01417-JD |
| CPHP DEVELOPMENT, LP, et al.<br><br>        Plaintiffs,<br><br>  v.<br><br>TETRA TECH EC, INC., et al.<br><br>        Defendants. | Case No. 3:20-cv-01485-JD |
| FIVE POINT HOLDINGS, LLC, et al.<br><br>        Plaintiffs,<br><br>  v.<br><br>TETRA TECH EC, INC., et al.<br><br>        Defendants. | Case No. 3:20-cv-01481-JD |

Counsel for Plaintiffs Kevin Abbey, et al. ("Plaintiffs") and Defendants Tetra Tech EC, Inc. and Tetra Tech, Inc., ("Tetra Tech") (together, the "Parties"), by and through their respective counsel of record, submit this Stipulation and [Proposed] Order for Fact and Expert Discovery Stay Following Settlement In Principle, and request that the Court enter the attached [Proposed] Order in the above-captioned cases. Counsel for the Parties have met and conferred regarding this stipulation.

### A. Background

Plaintiffs and Tetra Tech have reached a settlement in principle of all claims in Plaintiffs' First Amended Complaint [ECF No. 40] against Tetra Tech. The settlement is contingent on receiving individualized consent from plaintiffs (there are no class claims). The Parties are also preparing settlement documentation, and Plaintiffs intend to file a Joint Stipulation of Dismissal for the claims as soon as conditions precedent are met. The Parties seek to reduce the continuing burden of fact and expert discovery on the Parties and witnesses while the settlement is finalized.

### B. Partial Stay of Fact and Expert Discovery; Withdrawal of Pending Letter Briefs

1. Plaintiffs and Tetra Tech agree not to serve, conduct, or participate in any further discovery related solely to *Kevin Abbey, et al., v. Tetra Tech EC, Inc., et al.*, Case No. 3:19-cv-07510-JD (the "*Abbey* case").

2. The deadlines for responses to any pending Requests for Admission or Interrogatories from Tetra Tech to Plaintiffs, or Plaintiffs to Tetra Tech, are stayed.

3. To avoid the burden of unnecessary deposition testimony any deposition notices issued by Plaintiffs will be withdrawn and counsel for Abbey will not proceed with deposition topics 20-25 in the Second Amended 30(b)(6) Notice of Tetra Tech, Inc. served on December 9, 2024 by "Side 1" (or in any subsequently amended notice), as those topics were included in that notice at the Abbey Plaintiffs' request.

4. The Parties agree to withdraw all pending discovery letter briefs filed against the other Party. To the extent the Abbey Plaintiffs have joined omnibus letter briefs filed by other parties in related litigation they withdraw from those briefs. This includes:

- The April 15, 2024 letter brief regarding Abbey joining in the United States' motion to continue the deposition of Tina Rolfe [Dkt. 386 in Case 3:13-cv-03835]
- The July 8, 2024 letter brief regarding the production of clawed back documents [Dkt. 183 in Case 3:20-cv-01481]
- The October 23, 2024 letter brief regarding deposition limits [Dkt. 271 in Case 3:20-cv-01485]
- The December 5, 2024 joint request for status conference [Dkt. 215 in Case 3:20-cv-01481]

5. All expert and dispositive motion deadlines in the *Abbey* case are suspended pending the lodging and/or filing of the settlement documents. As are all deadlines contained in the Parties' July 23, 2024 Joint Stipulation Regarding Bellwether Discovery (Dkt. 261).

6. In the event the Parties are not able to execute their settlement by January 31, 2025, Plaintiffs are permitted to notice and take the deposition on the 30(b)(6) topics referenced above in paragraph 3, as well as ten or fewer 30(b)(6) topics to the City of San Francisco.

7. In the event the Parties are not able to execute their settlement by January 31, 2025, Tetra Tech and Plaintiffs will meet and confer to either (1) propose an additional extension of time for the Parties to lodge and/or file settlement documents; or (2) propose a new discovery schedule and discovery order to the Court to promptly resume discovery and advance the *Abbey* case towards trial. Plaintiffs and Tetra Tech agree that the new schedule will propose at least a two-

STIPULATION AND [PROPOSED] ORDER FOR STAY FOLLOWING SETTLEMENT IN PRINCIPLE

month extension of fact discovery, expert discovery, and dispositive motion deadlines in the *Abbey* case.

### C. Further Amendment

Except as otherwise provided in this Stipulation, its terms may be amended only by written stipulation of the Parties approved by the Court, or by order of the Court for good cause shown.

**IT IS SO STIPULATED, through Counsel of Record.**

Dated: December 12, 2024           WILMER CUTLER PICKERING, HALE AND DORR LLP

By: */s/ Christopher A. Rheinheimer*
    DAVINA PUJARI
    CHRISTOPHER CASAMASSIMA
    CHRISTOPHER A. RHEINHEIMER

*Attorneys for Defendants Tetra Tech EC, Inc. and Tetra Tech, Inc.*

Dated: December 11, 2024           WALKUP, MELODIA, KELLY & SCHOENBERGER

By: */s/ Sara M. Peters*
    KHALDOUN A. BAGHADI
    SARA M. PETERS
    JADE SMITH-WILLIAMS
    Attorneys for PLAINTIFFS

STIPULATION AND [PROPOSED] ORDER FOR STAY FOLLOWING SETTLEMENT IN PRINCIPLE

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I, Christopher A. Rheinheimer, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

                                        */s/ Christopher A. Rheinheimer*
                                        Christopher A. Rheinheimer (SBN 253890)

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, discovery is stayed in the above-captioned matter as follows:

1. Plaintiffs and Tetra Tech agree not to serve, conduct, or participate in any further discovery related solely to the *Abbey* case.

2. The deadlines for responses to any pending Requests for Admission or Interrogatories from Tetra Tech to Plaintiffs, or Plaintiffs to Tetra Tech, are stayed.

3. To avoid the burden of unnecessary deposition testimony any deposition notices issued by Plaintiffs will be withdrawn and counsel for Abbey will not proceed with deposition topics 20-25 in the Second Amended 30(b)(6) Notice of Tetra Tech, Inc. served on December 9, 2024 by "Side 1" (or in any subsequently amended notice), as those topics were included in that notice at the Abbey Plaintiffs' request.

4. The Parties agree to withdraw all pending discovery letter briefs filed against the other Party. To the extent the Abbey Plaintiffs have joined omnibus letter briefs filed by other parties in related litigation they withdraw from those briefs. This includes:

    - The April 15, 2024 letter brief regarding Abbey joining in the United States' motion to continue the deposition of Tina Rolfe [Dkt. 386 in Case 3:13-cv-03835]
    - The July 8, 2024 letter brief regarding the production of clawed back documents [Dkt. 183 in Case 3:20-cv-01481]
    - The October 23, 2024 letter brief regarding deposition limits [Dkt. 271 in Case 3:20-cv-01485]
    - The December 5, 2024 joint request for status conference [Dkt. 215 in Case 3:20-cv-01481]

5. All expert and dispositive motion deadlines in the *Abbey* case are suspended pending the lodging and/or filing of the settlement documents. As are all deadlines contained in the Parties' July 23, 2024 Joint Stipulation Regarding Bellwether Discovery (Dkt. 261).

6. In the event the Parties are not able to execute their settlement by January 31, 2025, Plaintiffs are permitted to notice and take the deposition on the 30(b)(6) topics referenced above in paragraph 3, as well as ten or fewer 30(b)(6) topics to the City of San Francisco.

7. In the event the Parties are not able to execute their settlement by January 31, 2025, Tetra Tech and Plaintiffs will meet and confer to either (1) propose an additional extension of time for the Parties to lodge and/or file settlement documents; or (2) propose a new discovery schedule and discovery order to the Court to promptly resume discovery and advance the *Abbey* case towards trial. Plaintiffs and Tetra Tech agree that the new schedule will propose at least a two-month extension of fact discovery, expert discovery, and dispositive motion deadlines in the *Abbey* case.

IT IS SO ORDERED.

DATED: _____, 2024

Honorable James Donato
United States District Court Judge